1

⑧

MICHAEL DARDEN
1801 Shore Line Drive
Apartment 307
Alameda, CA 94501
917-868-8780
mad2255@tc.columbia.edu
*Self-Represented Plaintiff*

**FILED**

JAN 28 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Fee
MP
IFPP

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

PART 1 of 2

DMR

Case No. C25-00911

MICHAEL DARDEN,

              Plaintiff.

    v.

ANTHEM BLUE CROSS LIFE AND HEALTH

INSURANCE COMPANY (Long-Term Disability)

(LTD) Plan)/ELEVANCE HEALTH, a Georgia

corporation,

              Defendant.

**DISABILITY PAYMENTS RELIEF
COMPLAINT (ERISA)**

**JURISDICTION**

1. Plaintiff brings this action for monetary relief pursuant to Employee Retirement Income Security Act of 1974 (ERISA) § 502 (a) (1) (B), 29 United States Code (U.S.C.) § 1132 (a) (1). This Court has subject matter jurisdiction over Plaintiff's claims pursuant to ERISA §§ 502 (e) and (f), 29 U.S.C. §§ 1132 (e) and (f), and 28 U.S.C. § 1331.

**VENUE**

2. Venue lies in the Northern District of California pursuant to ERISA § 502 (e) (2), 29 U.S.C. § 1132 (e) (2), because the Defendant Anthem Blue Cross Life and Health Insurance Company (Long-Term Disability (LTD) Plan)/Elevance Health (Anthem Elevance LTD)'s Long-Term Disability Plan is administered in this District, the improper claim denial and breaches alleged took place in this District, and Defendants may be found in this District.

**INTRADISTRICT ASSIGNMENT**

3. This lawsuit should get assigned to the Court's Oakland Division because a substantial portion of events or omissions which give rise to this lawsuit occurred in Alameda County.

**PARTIES**

4. At all relevant times, Plaintiff Michael A. Darden has been a participant of Anthem Elevance's LTD Plan, as defined by ERISA § 3 (7), 29 U.S.C. § 1002 (7). Mr. Darden resides in Alameda, California.

5. Defendant Anthem Elevance's LTD Plan is an employee welfare benefit plan as defined by the Employee Retirement Income Security Act of 1974 ("ERISA") § 3 (3), 29 U.S.C. § 1002 (3). At all relevant times, Anthem Elevance's LTD Plan provided disability benefits (i.e., monthly payments) to "Plan Sponsor," Nuro, Inc.'s employees, including Mr. Darden, a former Nuro

employee. (**Exhibit 1a,** Anthem LTD Plan's Insurance Certificate (Certificate) at pp. 13-76[1].)
Nuro is a California Corporation.

6. Defendant Anthem Elevance's LTD Plan is the Plan Administrator within the meaning of ERISA § 3 (16) (A), 29 U.S.C. § 1002 (16) (A). (*And see* **Exhibit 1a,** Certificate at pp. 21, 25, 29, 30-32, 66-68.)

7. Defendant Anthem Elevance LTD is a Georgia Corporation. Anthem Elevance LTD is a "fiduciary" of Anthem Elevance's LTD Plan within the meaning of ERISA § 3 (21), 29 U.S.C. § 1002 (21), in that it exercises authority or control respecting management or disposition of the Plan's assets, it exercises discretionary authority or discretionary control respecting management of the Plan, and/or it has discretionary authority or discretionary responsibility in the administration of the Plan. (*And see* **Exhibit 1a,** Certificate at pp. 21, 25, 29, 30-32, 66-68.)

## FACTS

8. Michael Darden was a Nuro employee in 2020 and 2021. (**Exhibit 1b,** Job Offer Letter; **Exhibit 2,** Disability Leave Approval (Kenneth Keough, Psychotherapist).)

9. Around or on April 15, 2021, Psychotherapist Kenneth Keough signed Mr. Darden out of work at Nuro on Psychological Disability Leave, and Mr. Darden received biweekly Short-Term Disability (STD) Payments from California between approximately April 2021-July 2021. (**Exhibit 2,** Disability Leave Approval; **Exhibit 3,** Emanuel Vergis and John Gillian Doctor's Certifications, California Disability Payments; **Exhibit 4,** California's STD-Disability Payments Account.)

---

[1] Throughout, except for caselaw precedent page-number citations, page number (including respective, Exhibit page number) citations are to this "Complaint" document's own (and no other document's) ***upper-righthand page numbers*** (e.g., "p. 16" refers to this "Complaint" document's own "p. 16.").

10. Around April 2021, Plaintiff Mr. Darden applied for and received through Plaintiff Darden's employer Nuro's insurer Anthem Elevance, Short-Term Disability, monthly STD Payments between approximately April 2021-July 2021.  (**Exhibit 5**, Anthem Short-Term Disability Correspondence.)

11. Michael Darden applied for and received from his employer Nuro's insurer Anthem LTD, monthly Long-Term Disability (LTD) payments for his *psychological disability*, from approximately July 2021-July 2023, per the December 20, 2021, Disability Claim "Approved" Letter that Anthem emailed to Darden.  (**Exhibit 6**, Anthem Psychological, LTD-Claim Application and Approval Correspondence.)

12. Michael Darden in or around September 2022, again applied to, but instead *not until* July 2023 (**approximately eleven (11) months,** *or* about *__300 days__*, **later**) received a rejection from, his former employer Nuro's insurer, Anthem LTD: Although Mr. Darden then applied to Anthem in order to receive monthly payment from Anthem LTD for his *physical or medical disability* claim, Anthem declined that claim application.  (**Exhibit 1a**, Certificate at pp. 38, 66-68 ("ERISA Information [-] The following statement is required by federal law and regulation:... ERISA was signed into law to provide additional protection of your rights under this plan...A **decision for a disability claim will be made by Anthem Blue Cross Life and Health within 45 days of the date the claim is filed.** Under special circumstances, this decision may take up to another 60 days. You will be notified and the reason for the delay will be explained to you." (emphasis added).); **Exhibit 7**, Anthem Physical or Medical LTD-Claim Application, Denial and Appeal Correspondence.)

13. Defendant Anthem Elevance's decision to deny Plaintiff Michael Darden's physical-disability claim application was "imprope[r]," "arbitrary and capricious" and an ""abuse of discretion,"" given that Anthem is an administrator or (as previously mentioned) a ""fiduciary"" concerning

Plaintiff's employer Nuro's Disability Insurance Plan. (**Exhibit 7**; *Miller v. Metropolitan Life Ins. Co.* (1991) 925 F.2d 979, 984 (*Miller*) ("[A]n ERISA benefit plan administrator's decisions on eligibility for benefits are not arbitrary and capricious if they are 'rational in light of the plan's provisions.'"); *Metropolitan Life Ins. Co. v. Glenn* (2008) 128 S.Ct. 2343, 2347-2348, 2360 (*Metropolitan Life Ins. Co.*) ("If 'a benefit plan gives discretion to an administrator or fiduciary[2] who *is operating under a conflict of interest* [i.e., Defendant disability-insurance administrator had '"authori[ty] both to decide whether an employee is eligible for benefits and to pay those benefits"'], that conflict must be *weighed as a "factor* in determining whether there is an abuse of discretion."'" (italics in original); (dissent dicta, Justices Scalia and Thomas) "[U]nreasonableness *alone* suffices to establish an abuse of discretion…A reasonable decision is one over which reasonable minds seeking the 'best' or 'right' answer could disagree. It is a course that a [Plan administrator] acting in the best interest of the beneficiary *might* have chosen." (italics in original)); *Vest v. Nissan Supplemental Executive Retirement Plan II* No. 3:19-cv-01021 (M.D. Tenn. August 29, 2022) (unpublished) (*Vest* 2022) (Concerning a Defendant-employer's "ERISA [retirement] plan," but analogously in the instant case: "[In its Benefit Plan, Defendant] cannot simply conjure up a ground for [Claim denial] not included in the Plan [Documentation]…Had Defendants wanted to include [a] purported requirement as grounds for [Claim denial], Defendants could and should have included such a requirement. They did not…Thus, [Defendants' decision to deny Plaintiff's claim to receive Plan benefits] was incorrect.…"); *Vest v. Nissan Supplemental Executive Retirement Plan II* No. 3:19-cv-01021 (M.D. Tenn. December 28, 2020) (unpublished) (*Vest* 2020) (Concerning as well the earlier indicated Defendant-employer's "ERISA [retirement] Plan," but analogously in the instant case too: "…Defendants simply were not following their Claims Procedure, but rather were injecting unwarranted steps [or, as here, apparently given internal, Anthem dysfunction (briefly described

---

[2] ERISA § 404 (a), 29 U.S.C. § 1104 (a), requires that a fiduciary discharge his or her duties with respect to a [Benefit] plan solely in the interest of the participants and beneficiaries and for the exclusive purpose of providing benefits to participants and their beneficiaries and defraying reasonable expenses of administering the Plan.

later below and demonstrated in **Exhibit 7** at pp. 218-638, 718-815), 'injecting' multiple (at least three (3)) review processes] into the procedure that served to delay [Defendants' Claim Procedure's] completion. In particular,… Defendants [as here] apparently ignored the time frames set out [or here too, that ERISA 'required' as 'more beneficial to [Plaintiff]'] in [Defendant's] own Claims Procedure…, which states that '[a claim review decision] shall be made no later than 60 days after [Defendants receive a claim review request]…From the Plan language, there is no indication that this time period may or should be stayed or otherwise postponed….''); *Black & Decker Disability Plan v. Nord* (2003) 538 U.S. 822, 825, 833-834 (*Black & Decker Disability Plan*) (Although "plan administrators are not obliged to accord special deference to the opinions of [a Plaintiff's] treating physicians…'[T]he validity of a claim to benefits under an ERISA plan,' on the other hand, 'is likely to turn,' in large part, 'on the interpretation of terms in the plan at issue'… [While it] is the [United States] Secretary of Labor's view that ERISA is best served by 'preserv[ing] the greatest flexibility possible for…prudent administration of a plan'… Plan administrators, of course, may not arbitrarily refuse to credit a claimant's reliable evidence, including the opinions of a treating physician."); Certificate at pp. 21, 38, 66-68.)  Indeed, Defendants' hired physician-consultants based Anthem's Darden, Physical-Claim Denial decision upon several incorrect conclusions. (*Ibid.* (Exhibit 7 at pp. 588-613 (Dr. Patricia Maska, 12/9/2022 and 2/9/2023 Notes); pp. 621-625, 626-630, 632-638 (Anthem 7/27/23, Physical-Claim Denial Correspondence)); pp. 850-878 (Anthem 9/7/23, Physical-Claim, Appeal Denial Correspondence)).)  One conclusion occurred "purported[ly]" because Darden apparently received negative (favorable) or "normal" results on machine tests regarding his nevertheless ongoing or "constant," vestibular migraine symptoms (i.e., dizziness, typically ranging from 6/10 – 8/10 in "Severity").  (*Ibid.* (Exhibit 7 at pp. 328-339 (Dr. Jeffrey Sharon, 1/31/23 Notes)).)  Another conclusion occurred because Plaintiff's physician Dr. Maska, a neurologist, appeared to observe some improvement of Plaintiff Darden's mentioned symptoms when Plaintiff had (in February 2023) begun to take Topamax (Topiramate) medication, a treatment which (during Defendant Anthem's Physicians' approximately July 2023 and also September 2023 so-called "review[s]") Defendant Anthem's

physicians in addition failed to inquire further about and confirm *if* said purported outcome was still true for, or if Topamax was even tolerable by, Darden: Indeed, Plaintiff Darden, as of April 2024, no longer takes Topamax, given that his migraine symptoms ultimately did not consistently improve or remain at a better and acceptable level while he took that medication, and Plaintiff Darden also ultimately claimed he could not tolerate Topamax's "Common" side effects—"Confusion," "Impaired cognition," "Memory impairment." (*Ibid.*; **Exhibit 8** at pp. 978-994 (Dr. Mai, 04/2024 Notes).)[3]  Meanwhile, Defendant Anthem's hired physician-consultants used the discussed conclusions to decide "incorrect[ly]" that Plaintiff Michael Darden therefore did not provide Anthem's physicians sufficient "evidence" to support Plaintiff's claim that his vestibular migraines made him physically disabled, and also Darden did not provide Anthem's physicians sufficient "evidence" to support his claim that consequently Plaintiff Darden "could not" under any conditions "work full-time." (*Ibid.*)  This is despite that fact that, as Darden had informed Defendant Anthem, both the United States' and California's governments respectively have declared Plaintiff Michael Darden permanently psychologically (i.e., "mental[ly]") and physically disabled. (*Ibid.* (Exhibit 7 at pp. 533-568, 680-686 California Disability Determination – Michael Darden; pp. 221-242, 573-584, US (Dept. of Education) Disability Determination – M. Darden; pp. 917-920, US (Social Security Disability Insurance (SSDI)) Disability Determination – M. Darden.; *Ball v. Blue Cross and Blue Shield Association* Nov. 4:06-cv-2. (W.D. Mich. January 23, 2007) (unpublished) (*Ball*) (While "a determination that a claimant is disabled under the Social Security regulations [i.e., SSDI] does not require an ERISA plan administrator to reach the same conclusion…[Courts will determine if there is] a reasonable basis for [a Defendant, Disability-Benefits Plan Administrator's] denial of [a Plaintiff's] claim for benefits."); **Exhibit 1a,** Certificate at pp. 21, 25, 29, 30-32, 38, 66-68 ("**Coverage Provisions…Definition of Disability and Disabled for Long Term Disability** [-] You will be considered disabled if You meet the definition of Total Disability…included below:

---

[3] During February 2023-October 2023 (*an estimated eight (8)-month period*), due to financial and other difficulties, as Plaintiff Michael Darden alerted Anthem staff and Plaintiff Darden's providers, Darden was unable to afford health insurance or medicines such as Topamax and therefore was unable to consistently take these medications then. (*Ibid.*; **Exhibit 7** at pp. 621-638, 719-815; **Exhibit 8**.)

Total Disability means that:…following the first 24 months of disability benefits, as a result of Illness or Injury, You are not able to engage with *reasonable* continuity in any occupation in which You could *reasonably* be expected to perform satisfactorily in light of Your age, education, training, experience, station in life, and physical and mental capacity." (boldface in original; italics added).)

14. Importantly, Plaintiff's physicians and providers (Sharon, Maska, Vergis, Centore) also performed personal or physical (non-machine) tests regarding Plaintiff Michael Darden's vestibular migraine symptoms. (**Exhibit 7** at pp. 328-339, 589-613, 569-584.) Based upon those test results, Plaintiff Darden's physicians and providers diagnosed him with a chronic, "intractable," vestibular migraine condition, a fact which Defendant Anthem's hired physician-consultants ignored but which nevertheless "reasonably" and in fact "'rational[ly]'" supports Darden's claim that Michael Darden's chronic, vestibular migraine condition made him physically disabled and not able to work. (*Ibid.*; **Exhibit 7** at pp. 38, 621-638, 825-826, 852-880; *Ball* Nov. 4:06-cv-2. ; *Miller* 925 F.2d 984; *Metropolitan Life Ins. Co.* 128 S.Ct. 2347-2348, 2360; *Black & Decker Disability Plan* 538 U.S. 825, 833-834.)

15. Instead, to reiterate, the Anthem Defendants prohibitively "conjure[d] up" undocumented Plan terms—e.g., "sedentary occupation" (i.e., "…clinical information does not indicate that you [Mr. Darden] could not do a sedentary occupation")—to attempt to make Defendant's otherwise "arbitrar[y]" denial of Plaintiff's "reasonable," physical disability claim appear "'rational.'" (*Vest* No. 3:19-cv-01021 2022; **Exhibit 7** at pp. 38, 218-638, 632-634; *Black & Decker Disability Plan* 538 U.S. 825, 833-834; *Metropolitan Life Ins. Co.* 128 S.Ct. 2347-2348, (dissent) 2360; *Miller* 925 F.2d 9.)

16. And, to reiterate too, the Anthem Defendants prohibitively "conjure[d] up" additional, undocumented Plan terms—e.g., Beneficiaries will receive a disability-claim decision response *apparently* in about 300 days, when compared with "ERISA['s]…required…within 45 days of

the date the claim is filed" deadline ("[u]nder special circumstances, …another 60 days"
deadline)—therefore, note these further "arbitrar[y]," Plan term "conjur[ings]" that are neither
"reasonable" nor "'rational'" (indeed, the facts Plaintiff Michael Darden alleges here
demonstrate "Defendan[t] simply [was] not following their [Plan's] Claims Procedure [and]
ignored the time frames set out [which ERISA 'required' as 'more beneficial to [Plaintiff]'] in
[Defendant's] own Claims Procedure…"), yet as the previous discussion indicates: "Had
Defendants wanted to include [the discussed, 'conjure[d] up' terms in their Anthem, Disability
Insurance Plan], Defendants could and should have included such [terms]. They did not…Thus,
[Defendant's decision to deny Plaintiff's claim to receive Disability Plan benefits] was
incorrect.…" and even "impruden[t]." (*Vest* No. 3:19-cv-01021 2022; **Exhibit 7** at pp. 38, 66-
68, 218-638, 632-634, 718-815; *Black & Decker Disability Plan* 538 U.S. 825, 833-834;
*Metropolitan Life Ins. Co.* 128 S.Ct. 2347-2348, (dissent) 2360; *Miller* 925 F.2d 9; *Vest* No.
3:19-cv-01021 2020; 29 Code of Federal Regulations (C.F.R.) § 2560.503-1 (a)-(b), (h)-(i), (*l*),
(p) (4) (ii).)

17. Consequently, 29 C.F.R. § 2560.503-1 (*l*) deems that given the previously alleged facts, Plaintiff
Michael Darden has exhausted Plaintiff Darden's administrative remedies in this case. (*Ibid.*)

18. And also given the previously alleged facts, Darden Requests that this Court to Award to
Plaintiff from Defendant Anthem Elevance LTD *both* "prejudgment interest" ("measured 'from
the date that [Plaintiff] was entitled to have [his] benefits paid to the date of the Court's
judgment'")[4] and "postjudgment interest" ("measured 'from the date of the Court's judgment to
the date that the benefits are paid.'") (*Ibid.*; (*Vest* No. 3:19-cv-01021 2022 ("Awarding
prejudgment interest in this matter would incentivize Defendan[t] to conduct themselves in a
manner that accords with the procedures set forth in the Plan for evaluating one's eligibility for

---

[4] According to Anthem Elevance's LTD Plan, for Plaintiff Michael Darden's permanent physical
disability, Plaintiff Darden is due monthly benefits payments from the Plan until July 2033, the year in
which Darden would be "67 years [old]." (**Exhibit 7** at pp. 21-24.)

benefits"; "[Federal] district courts are required to award postjudgment interest...on 'all money judgments,' including those in ERISA cases.")

## CLAIM FOR RELIEF

### [Claim for Benefits Pursuant to ERISA § 502 (a) (1) (B), 29 U.S.C. § 1132 (a) (1) (B) Against Defendant Anthem Elevance LTD]

19. Plaintiff Michael Darden incorporates Paragraphs 1 through 18 fully here.

20. ERISA § 502 (a) (1) (B), 29 U.S.C. § 1132 (a) (1) (B), permits Plaintiff Darden, a plan beneficiary, to bring a civil action to recover benefits due to him under the terms of a plan, to enforce his rights under the terms of a plan, or to clarify his rights to future benefits under the terms of a plan.

21. Per the prior discussion, because Plaintiff Michael Darden in his mentioned 2022 Application to Defendant Anthem LTD timely presented Anthem LTD with a claim that he suffered from said physical disability which reasonably prevented him from engaging in full-time or any employment, but Defendant Anthem, in addition to failing to follow Anthem's Disability Insurance Plan's own claim decision Procedures, arbitrarily and capriciously, and therefore unreasonably, denied Darden's physical benefits claim, Plaintiff Darden has entitlement to a monthly, disability benefit payment under the terms of Anthem Elevance LTD's Disability Insurance Plan.

**PRAYER FOR RELIEF**

**WHEREFORE,** Plaintiff Michael Darden Prays that the Court Grants the following Relief:

A. Declare that Defendant Anthem Elevance has violated the terms of Anthem's LTD Plan by failing to pay Plaintiff Darden a monthly, physical disability benefit under the Plan's terms;

B. Order that Anthem Elevance LTD's Plan pay Darden a monthly benefit for the period from July 2023 through the date of judgment herein, plus prejudgment interest thereon and postjudgment interest as specified earlier;

C. Declare Mr. Darden's entitlement to monthly, Plan benefits payments until July 2033 (a total of $576,000.00 approximately);

D. Declare that Anthem's LTD Plan has no entitlement to recoup any overpayment to Plaintiff that the Plan's Administrator's described failures have caused.

E. Provide such other relief as the Court deems equitable and just.

Respectfully,

Dated: January 28, 2025

MICHAEL A. DARDEN

By: _Michael A. Darden_
MICHAEL A. DARDEN
Self-Represented Plaintiff

**EXHIBIT 1a**

13

**Anthem.** ®

**BlueCross** ®



**Long Term Disability Insurance**

# A guide to your benefits

You've made a good decision in choosing
Anthem® Blue Cross Life and Health Insurance Company

| | |
|---|---|
| **Plan Sponsor:** | **NURO INC** |
| **Policy:** | **281837** |
| **Class:** | **01** |
| **Class Description:** | **ALL ELIGIBLE EMPLOYEES** |
| **Effective Date:** | **JULY 1, 2018** |

**NOTE:  If You are 65 years or older at the time Your Certificate is issued, You may examine your
certificate and, within 30 days, decide to cancel and request a refund of premiums paid.**

**anthem.com/ca**

Life and Disability products underwritten by Anthem Blue Cross Life and Health Insurance Company, an independent licensee of the Blue Cross Association.
®ANTHEM is a registered trademark of Anthem Insurance Companies, Inc.  The Blue Cross name and symbol are registered marks of the Blue Cross Association.

# Benefits Guide
## Section Contents

# Section I.  - Your Certificate of Coverage

# Section II. - ERISA Information

# Section III. – Notice of Privacy Practices

# Section IV. - Value Added Services

**Note:** The Value Added additional services and the Notice of Privacy Practices are not a part of Your Certificate of Coverage and do not modify your insured benefits.

The Value Added Services are provided based on negotiated agreements between the insurance company and certain service providers.  Although the insurance company endeavors to make these services available to all policyholders and certificateholders as described below, modifications to Our agreements with service providers may require that services be periodically modified or terminated. Such modification or termination of services may be made based on cost to the insurer, availability of services, or other business reasons at the discretion of the insurer or service providers.

| 1. | **Resource Advisor** |
|----|----------------------|
| 2. | **SpecialOffers@Anthem** |

This Group, on behalf of itself and its participants, hereby expressly acknowledges its understanding this policy constitutes a contract solely between this Group and Anthem Blue Cross Life and Health Insurance Company, which is an independent corporation operating under a license from the Blue Cross and Blue Shield Association, an association of independent Blue Cross and Blue Shield Plans, (the "Association") permitting Anthem Blue Cross Life and Health Insurance Company to use the Blue Cross and/or Blue Shield Service Mark in California and that Anthem Blue Cross Life and Health Insurance Company is not contracting as the agent of the Association. This Group further acknowledges and agrees that it has not entered into this policy based upon representations by any person other than Anthem Blue Cross Life and Health Insurance Company and that no person, entity, or organization other than Anthem Blue Cross Life and Health Insurance Company shall be held accountable or liable to this Group for any of Anthem Blue Cross Life and Health Insurance Company's obligations to the Group created under this policy. This paragraph shall not create any additional obligations whatsoever on the part of Anthem Blue Cross Life and Health Insurance Company other than those obligations created under other provisions of this agreement.

ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY

DISABILITY INCOME INSURANCE

REQUIRED DISCLOSURE STATEMENT

***The following paragraph is included in the disclosure if the plan has a pre-existing condition exclusion.***
This policy contains a pre-existing condition exclusion. A pre-existing condition is a condition for which medical advice was given, treatment was recommended by or received from a physician within the number of months specified in Your booklet prior to Your becoming insured under this Policy. Please see the Exclusions section for important details.

This Policy does not pay benefits for any disability which is related to any of the following, or for any of the following specified periods: (1) an act of war, declared or undeclared, whether civil or international; (2) service in the armed forces, military reserves or National Guard of any country or international authority, or in a civilian unit serving with such forces; (3) any attempt at suicide or intentionally self-inflicted injury, while sane or insane; (4) active participation in a riot, insurrection, or terrorist activity; (5) committing or attempting to commit a felony; (6) being intoxicated, as defined by the jurisdiction where the disability or loss occurred; (7) voluntary intake of any drug, unless prescribed or administered by a physician and taken in accordance with the physician's instructions; (8) engaging in an illegal occupation; (9) any illness or injury arising in the course of any occupation or employment for which you receive benefits under any Workers' Compensation Act or similar law, if applicable; (10) any period You are not under the regular care of a physician, or You or Your physician unreasonably fail to provide Proof of continuing Disability, or any medical or any psychiatric records which We request; (11) for a mental disorder, any period during which You are not under the continuing regular care of an appropriate specialist in psychiatric care; with respect to alcoholism and drug addiction, any period during which You are not being actively supervised by and receiving continuing treatment from a rehabilitation center or a designated institution approved for such treatment by an appropriate body in the governing jurisdiction, or, if none, by Us; (12) You have applied for benefits under fraudulent circumstances and these circumstances resulted in a conviction of fraud; (13) You unreasonably fail to submit to an independent medical exam requested by Us; and (14) cosmetic or reconstructive surgery, except for complications arising from such surgery, or surgery necessary to correct a deformity caused by illness or accidental injury.

***The following paragraph is included in the disclosure if the plan has a limitation for mental illness, alcoholism, or drug addiction.***
This Policy limits benefit payments for mental illness, alcoholism and drug addiction to 24 months.

*The following paragraph is included in the disclosure if the plan states the benefit is reduced by certain deductible sources of income.*

This Policy reduces by any of the following deductible sources of income: (1) the amount You receive or are eligible to receive under a workers compensation law, occupational disease law, or any other act or law with similar intent; (2) the amount You receive or are eligible to receive as disability income payments under any state compulsory benefit act or law, governmental retirement system as a result of Your employment with the Plan Sponsor, Veteran's Administration or other foreign or domestic governmental agency, automobile liability insurance policy, individual disability income plan which is wholly or partially paid for by the Plan Sponsor, other group insurance plan, or any plan or arrangement of disability coverage, whether insured or not, resulting from Your employment or association with the Plan Sponsor or any employer, or resulting from Your membership in or association with any group, association, union or other organization; (3a) the amount that You, Your spouse and children receive, or are eligible to receive as disability payments because of Your disability under the United States Social Security Act, the Canada Pension Plan, the Quebec Pension plan, or any similar plan or act; (3b) the amount that You receive, or are eligible to receive, as retirement payments, or the amount Your spouse and children receive as retirement payments because You are receiving retirement payments under the United States Social Security Act, the Canada Pension Plan, the Quebec Pension Plan, or any similar plan or act; (4) the amount that You receive as disability payments under the Plan Sponsor's retirement plan, voluntarily elect to receive as retirement payments under the Plan Sponsor's retirement plan, or are eligible to receive as retirement payments when You reach the later of age 62 or normal retirement age, as defined in the Plan Sponsor's retirement plan; (5) the amount You receive as a result of any action brought under Title 46, United States Code Section 688 (The Jones Act); (6) the amount You receive from a third party (after subtracting attorney's fees) by judgment, settlement or otherwise; (7) the amount You receive under the mandatory portion of any "no-fault" motor vehicle plan; (8) the amount You receive under any salary continuation or accumulated sick leave plans; (9) commissions, severance allowance, sick pay or any similar employer sponsored paid time off plan where You receive income from the employer, vacation pay or any salary continuation plan. Any earnings from any work or employment must be used to reduce Your monthly benefit payment unless otherwise specified by the terms of the Policy; (10) any amounts from partnership, proprietorship draws, or similar draws.

*The following paragraph is included in the disclosure if the plan has a termination age.*

This Policy terminates benefits at age 65 or Your normal retirement age under the 1983 amendments to the United States Social Security Act. Additional payments may be made in accordance with the maximum benefit period table found in Your booklet.

The above disclosure statement is a very brief summary of Your Policy.

The Policy itself sets forth the rights and obligations of both You and the insurance company. It is therefore important that You:

### READ YOUR POLICY CAREFULLY

## COMPLAINT NOTICE

**Should you have any complaints or questions regarding your coverage, and this certificate was delivered by a broker, you should first contact the broker.  You may also contact us at:**

**Anthem Blue Cross Life and Health Insurance Company**
**Customer Service**
**21555 Oxnard Street**
**Woodland Hills, CA 91367**

**1-818-234-2700**

**If the problem is not resolved, you may also contact the California Department of Insurance at:**

**California Department of Insurance**
**Claims Service Bureau, 11th Floor**
**300 South Spring Street**
**Los Angeles, California 90013**

**1-800-927-HELP (4357) – In California**

**1-213-897-8921 – Out of California**

**1-800-482-4833 – Telecommunication Device for the Deaf**

**E-mail Inquiry: "Consumer Services" link at**
**www.insurance.ca.gov**

| Section I. | Your Certificate of Coverage |
|---|---|

## Long Term Disability Insurance

**The Policy contains a Pre-Existing Conditions Exclusion. See the Exclusions section for important details.**

**The policy does not replace or affect the requirements for coverage by any Worker's Compensation or state disability insurance.**

### Anthem Blue Cross Life and Health Insurance Company
21555 Oxnard Street
Woodland Hills, CA 91367
Phone: 818-234-2700

DLS B 0713 C

# Introduction

Anthem Blue Cross Life and Health Insurance Company certifies that it has issued a Group Policy insuring certain eligible employees of the Plan Sponsor.

This Certificate describes the benefits provided as of the effective date. For purposes of effective dates and ending dates under the Policy, all days begin at 12:01 a.m. and end at 12:00 midnight at the Plan Sponsor's address.

Certain terms of the Group Policy which affect Your insurance are contained in the following pages. Anthem Blue Cross Life and Health has written this Certificate in plain English. However, a few terms and provisions are written as required by insurance law. Anthem Blue Cross Life and Health urges You to read Your Certificate carefully and keep it in a safe place.

If the terms and provisions of the Certificate (issued to You) are different from the Policy (issued to the Plan Sponsor), the Policy will govern. Your coverage may be cancelled or changed in whole or in part under the terms and provisions of the Policy.

The Group Policy was issued in the state of California. Its laws and rules will govern in resolving any questions about the Group Policy, except to the extent that the Policy may be governed by the Employee Retirement Income Security Act of 1974, as amended (ERISA).

While You remain insured, this booklet is Your Certificate of insurance. It replaces any prior booklet or Certificate given to You for the types of insurance described here. It is void and of no effect if You are not entitled to or have ceased to be entitled to the insurance coverage. Many of the provisions of this Certificate are interrelated, and You should read the entire Certificate to get a full understanding of Your coverage. This Certificate also contains exclusions, so please be sure to read this Certificate carefully.

**Anthem Blue Cross Life and Health Insurance Company**
**21555 Oxnard Street**
**Woodland Hills, CA  91367**

*J. B. J.*

**J. Brian Ternan**
President and CEO

**Fraud:  Any person who knowingly presents a false or fraudulent claim for payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.**

# —TABLE OF CONTENTS—

**Introduction**....................................................................................... 7

**Schedule of Benefits** ......................................................................... 9

**Long Term Disability Benefit** ........................................................ 9

**Definitions**...................................................................................... 13

**When Insurance Begins and Ends**............................................... 19

**Coverage Provisions** ....................................................................... 26

**Long Term Disability Insurance Benefits** ................................. 27
    Premium Waiver.....................................................................................32
    Long Term Disability Limitations .........................................................33
    Deductible Sources of Income................................................................35
    Additional Benefit for Survivor.............................................................40
    Additional Benefit for Vocational Rehabilitation Program....................41
    Additional Benefit for Work Incentive..................................................43
    Additional Benefit for Social Security Assistance ................................44
    Additional Benefit for Workplace Modification ...................................45
    Additional Benefit for Work Retention Assistance................................46
    Exclusions..............................................................................................47

**Uniform Compulsory Provisions**................................................. 49

# Schedule of Benefits

## About this Schedule

This Schedule of Benefits shows highlights of the coverage available under the Group Policy.  Final interpretation of all provisions and coverages will be governed by the Group Policy on file with Anthem Blue Cross Life and Health Insurance Company at its Administrative Office.

**Your amount of insurance is determined by this schedule.**

Your Long Term Disability Benefits help to protect You from loss of income due to a Disability as defined under the Policy.  Your Long Term Disability Benefits are subject to any limitations, maximums, exclusions and reductions under the Policy, including any reductions by Your Deductible Sources of Income.  Refer to the Long Term Disability Insurance Benefits section for details about how Your Monthly Benefit Payment is calculated.

# Long Term Disability Benefit

**Benefit Percentage:**               60%

**Maximum Monthly Benefit:**       $8,000

Proof of Insurability is required for any amount for which application is received more than 31 days after the employee is initially eligible to purchase the insurance.

## Minimum Monthly Benefit:

At no time will Your Monthly Benefit Payment be less than $100 per month or 10% of the Gross Monthly Benefit amount, whichever is greater unless otherwise provided under the terms and conditions of the Policy.

## Elimination Period:   The *longer* of:

- 90 days;  *or*
- until the expiration of any Employer sponsored short term disability benefits.

**Maximum Benefit Period:**  If you are eligible for Long Term Disability Benefits under the Policy, We will send You a Monthly Benefit Payment each month up to the Maximum Benefit Period.  Your Maximum Benefit Period is based on Your age at Disability as follows:

**Social Security Normal Retirement Age duration (SSNRA)**
For a disability which begins before You reach age 60, the Maximum Benefit Period will be until the Social Security Normal Retirement Age (SSNRA) as shown in the following table:

| <u>Year of Birth</u> | <u>*Social  Security Normal Retirement Age</u> |
|---|---|
| Before 1938 | 65 years |
| 1938 | 65 years and 2 months |
| 1939 | 65 years and 4 months |
| 1940 | 65 years and 6 months |
| 1941 | 65 years and 8 months |
| 1942 | 65 years and 10 months |
| 1943-1954 | 66 years |
| 1955 | 66 years and 2 months |
| 1956 | 66 years and 4 months |
| 1957 | 66 years and 6 months |
| 1958 | 66 years and 8 months |
| 1959 | 66 years and 10 months |
| 1960 and after | 67 years |

* Age at which **you** are entitled to unreduced Social Security benefits based on the Social Security Amendments of 1983.

For a disability which starts on or after You reach age 60, the Maximum Benefit Period will be determined according to the following table:

| <u>Your Age When Disability Begins</u> | <u>Maximum Benefit Period</u> |
|---|---|
| Less than age 60 | To Social Security Normal Retirement Age (SSNRA)* |
| Age 60 | 60 months or to SSNRA*, whichever is greater |
| Age 61 | 48 months or to SSNRA*, whichever is greater |
| Age 62 | 42 months or to SSNRA*, whichever is greater |
| Age 63 | 36 months or to SSNRA*, whichever is greater |
| Age 64 | 30 months or to SSNRA*, whichever is greater |
| Age 65 | 24 months |
| Age 66 | 21 months |
| Age 67 | 18 months |
| Age 68 | 15 months |
| Age 69 and over | 12 months |

**Premium Contributions:**

Your coverage is Non-Contributory.  This means Your Employer pays all of Your premium for Your Long Term Disability coverage.

**Additional Benefits:**

Additional Benefit for Survivor (Lump Sum)

Additional Benefit for Vocational Rehabilitation with Additional Benefit for Work Incentive

Additional Benefit for Social Security Assistance

Additional Benefit for Workplace Modification Program

Additional Benefit for Work Retention Assistance

Specific information regarding the Policy and its terms may be obtained from the Plan Sponsor. The provisions, terms and conditions listed in any Policy document, including but not limited to this Certificate may be modified, amended, or changed at any time. Consent from any Insured or beneficiary is not required for such modification, amendment, or change.

# Definitions

**Below, the definitions of the Policy are discussed. Where these terms are used in this Certificate, unless specified otherwise, they have the meaning explained here.**

**Accident** or **Accidental** means accidental bodily Injury for which the primary cause is not a disease, Illness, or bodily infirmity.

**Act or Law** means the original enactments of the Act or Law, and all amendments.

**Actively at Work** means that You are performing the normal duties of Your Own Occupation and working Your normal hours. You must be working the minimum number of hours per week required for the Plan Sponsor on a permanent full-time basis and must be paid regular earnings.

Your work site must be:

- at the Plan Sponsor's usual place of business; *or*
- at a location to which the Plan Sponsor's business requires You to travel.

You are not considered Actively at Work when You are off work or lose time due to Illness, Injury, Leave of Absence, Strike or Layoff. Paid days off will count as Actively at Work if You were fully capable of performing the normal duties of Your Own Occupation during the paid days off, provided that You were Actively at Work on the last working day prior to the paid days off.

**Additional Benefit or Additional Provision** means an addendum to the Policy which increases or limits coverage for a specified set of conditions. The provisions, limitations, and exclusions in the entire Policy will apply unless specifically stated otherwise in the Additional Benefit or Additional Provision.

**Annual Pre-disability Earnings** means Your annual salary from the Plan Sponsor in effect immediately prior to Your date of disability. Commissions, bonuses, overtime pay, and extra compensation will be excluded when determining Your salary. Annual Pre-disability Earnings will be determined according to the Plan Sponsor's records.

Your amount of insurance will be calculated based on the lesser of Your Annual Pre-disability Earnings as calculated above or the premium actually received by us.

**Certificate** means this document which provides a description of the coverage available under the Policy.

**Claimant** means a person who has filed a claim for benefits under the Policy.

**Class** means a grouping of Insureds based on criteria agreed on between the Plan Sponsor and Us.

**Contributory** means that You pay all or a portion of the premium for the coverage.

**Disabled and Disability** are defined in the Coverage Provisions section of this Certificate.

**Disability Work Earnings** means monthly earnings which You receive while You are Disabled and working.

**Eligible Employee** means You meet all of the following:
- You are a regular full-time employee of the Plan Sponsor, working for pay on a scheduled normal week of at least 30 hours; *and*
- You perform that work at the Plan Sponsor's usual place of business, except for duties of a kind that must be done elsewhere, *and*
- You are in a covered Class named under the Policy; *and*
- You are a legal citizen or legal resident of the United States or Canada. You will become ineligible for insurance if You leave the United States or Canada for one hundred eighty (180) or more consecutive days.

Temporary, seasonal, or contract employees are not included as Eligible Employees under the Policy.

**Eligibility Waiting Period** means the continuous length of time that You must serve in an eligible Class to reach Your eligibility date and begin Your coverage. The number of days for Your Eligibility Waiting Period is determined by the Plan Sponsor.

**Elimination Period** means the period of continuous Disability which must be satisfied before You are eligible to receive benefits under the Policy. The Elimination Period is shown in the Schedule of Benefits of this plan and begins on the first day You meet the Definition of Disability.

If You do return to work for 45 or less days during the Elimination Period, those days will interrupt the Elimination Period. However, the Disability will be treated as continuous if it is from the same or a related condition. Only those days during which You are Disabled will be used to satisfy the Elimination Period. You must complete the full 90 day Elimination Period within a total period of not more than 135 consecutive days.

**Full-Time Basis** means the ability to work and earn more than 80% of Your Indexed Monthly Pre-disability Earnings . Ability is based on capacity and not market availability.

**Gross Monthly Benefit** means Your gross Long Term Disability Benefit as calculated from the Schedule of Benefits, prior to any reductions for Deductible Sources of Income.

**Guaranteed Issue Amount** means an amount of insurance for which We do not require Proof of Insurability.

**Hospital or Medical Facility** means a facility accredited by JCAHO (Joint Commission on Accreditation of Health Care Organizations) duly licensed by the state to provide medical evaluation and treatment of patients under the direction of an active staff of licensed physicians.

**Hospitalization** means being an in-patient 24 hours a day.

**Illness** means a sickness or disease and will include pregnancy.  Disability resulting from the sickness or disease must begin while You are covered under the Policy.

**Independent Medical Exam** means an examination by a Physician of the appropriate specialty for Your condition at Our expense.  Such examination, scheduled by Us may be used for the purpose of determining eligibility for insurance or benefits, including eligibility under the Additional Benefits or Additional Provisions, if any, associated with the Policy.

**Indexed** means Your Monthly Pre-disability Earnings adjusted on each anniversary of Monthly Benefit Payments by the lesser of 7% or the current annual percentage increase of the Consumer Price Index.  Your Indexed Monthly Pre-disability Earnings may increase or remain the same, but will never decrease.

The Consumer Price Index (CPI-U) is published by the U.S. Department of Labor.  We reserve the right to use some other similar measurement if the Department of Labor changes or stops publishing the (CPI-U).

Indexing is only used to determine Your percentage of lost earnings while You are Disabled and working.

**Injury** means bodily injury resulting from an Accident, and which produces at the time of the Accident objective symptoms.  The Injury must occur and Disability must begin while You are insured under the Policy.  An Injury that occurs before You are covered under the Policy will be treated as an Illness for any subsequent claims.

Any Disability which begins more than 60 days after an Injury will be considered an Illness for the purpose of determining Long Term Disability benefits.

**Insured** means an individual covered under the Policy.

**Leave of Absence** means an arrangement where You and the Plan Sponsor agree that You will not be Actively at Work for a specific period of time and You are expected to be Actively at Work at the end of that period.  If You become Disabled while on a Leave of Absence, Benefit Payments will be based upon Monthly Pre-disability Earnings as last reported and premiums paid to Us immediately prior to the beginning of the Leave of Absence.  Refer to *When Your Insurance Ends* to determine how long Your coverage can be continued during a Leave of Absence.

**Long Term Disability Benefits** are the monthly benefits provided under the terms of the Policy.

**Monthly Benefit Payment** means the amount of income replacement payable to You while You are Disabled, subject to the terms of the Policy, and after any amounts shown in the Deductible Sources of Income section of the Policy and any Disability Work Earnings have been subtracted.

**Monthly Pre-Disability Earnings** means Your Annual Pre-disability Earnings divided by 12.
**Motorized Vehicle** means any self-propelled vehicle or conveyance, including but not limited to automobiles, trucks, motorcycles, ATV's, snowmobiles, tractors, golf carts, motorized scooters, lawn mowers, heavy equipment used for excavating, boats, and personal watercraft.  Motorized Vehicle does not include a medically necessary motorized wheelchair.

**Part-Time Basis** means the ability to work and earn between 20% and 80% of Your Indexed Monthly Pre-disability Earnings.  Ability is based on capacity and not market availability.

**Physician** means:

- a person licensed to practice medicine in the jurisdiction where such services are performed; *or*
- any other person whose services must be treated as a Physician's for the purposes of the Policy according to applicable law.  Each such person must be licensed in the jurisdiction where he or she performs the service and must act within the scope of that license.  He or she must also be certified and/or registered if required by such jurisdiction.

Physician does not include:

- You
- Your Spouse
- Anyone employed by the Plan Sponsor, or any business partner of You or the Plan Sponsor.
- Any member of Your immediate family, including Your and/or Your Spouse's:
  - Parents;
  - Children (natural, step, or adopted);
  - Siblings;
  - Grandparents;
  - Grandchildren;
  - In-Laws.

**Plan Sponsor** means the employer who makes the Policy available to you.

**Policy** or **Group Policy** means the policy issued by Us to the Plan Sponsor and described in this Certificate.

**Prior Plan** means a group plan providing similar Long Term Disability insurance benefits carried by the Plan Sponsor on the day before the Policy's effective date with Us.

**Proof** means evidence which allows the determination that the terms and provisions of the Policy have been met. Proof may include but is not limited to: questionnaires, physical exams, or Written documentation and records as required by Us. Proof must be received by Us at Our Administrative Office. All Proof must be given at Your expense (or that of Your representative or beneficiary), unless otherwise specifically provided by the terms of the Policy. If any additional Proof is reasonably required by Us, an Insured may be required to give Us authorization to obtain such additional Proof. The following are some specific types of Proof referenced under the Policy:

**Proof of Claim** or **Proof of Disability** means evidence which allows the determination that a person has satisfied the conditions and requirements for a benefit under the Policy. The Proof must establish:

- the nature and extent of the loss or condition; *and*
- our obligation to pay the claim under the Policy; *and*
- the Claimant's right to receive payment.

**Proof of Insurability** means evidence of a person's health and other information related to insurability that is used to determine whether the person can become insured, or is eligible for an increase in coverage.

**Recurrent Disability** means a Disability which is related or due to the same cause(s) as a prior Disability for which a benefit was payable.

**Regular Care** means:
- You are under the continuing care of and personally visit a Physician as required according to standard medical practice, to effectively diagnose, manage and treat Your disabling condition(s); *and*
- You are receiving appropriate treatment and care of Your disabling condition(s) which conforms with standard medical practice by a Physician whose specialty and clinical experience is appropriate for Your disabling condition(s) according to standard medical practice.

**Retirement Plan** means a defined contribution plan or defined benefit plan. These are plans which provide retirement benefits to employees and are not funded entirely by employee contributions.

DLS B 0713 C                         17                         *LTD Certificate*

**Sign** or **Signed** means use of any symbol or method executed or adopted by a person with the present intention to authenticate a record.  Such authentication may be executed and/or transmitted by paper or electronic media, provided it is acceptable to Us and consistent with applicable law.

**We, Us, and Our** mean the insurer Anthem Blue Cross Life and Health Insurance Company

**Written** or **Writing** means a record which is on or transmitted by paper or electronic media which is acceptable to Us and consistent with applicable law.

**You** and **Your** mean an Eligible Employee.

Other terms are defined elsewhere under the Policy.

# When Insurance Begins and Ends

This section tells how You may become insured.

## Obtaining Your Insurance

To obtain insurance under the Policy, You must be an Eligible Employee and be Actively at Work.

Specific information regarding the Group Policy and its terms may be obtained from the Plan Sponsor.

If You are an Eligible Employee on the effective date of the Policy, You are eligible for insurance on that date. Otherwise, You become eligible on the first day of the month coinciding with or next following the date You satisfy the Eligibility Waiting Period.

If You have been continuously employed by the Plan Sponsor for a period of time equal to the Eligibility Waiting Period, we will waive the Eligibility Waiting Period when You enter an eligible Class. We will apply any prior period of work with the Plan Sponsor toward the Eligibility Waiting Period to determine the date You are eligible for insurance.

## Enrollment

### If you contribute to the cost of your Coverage:

You must apply for Your insurance if the coverage is Contributory.

An application for You to become insured must be completed on a form approved for that purpose by Us. The Plan Sponsor must send the completed application to Us at Our Administrative Office. If Proof of Insurability is required for any coverage, the completed Proof of Insurability statement must be sent to us at our Administrative Office.

### If you do not contribute to the cost of your Coverage:

You must enroll for Your insurance if the coverage is not Contributory.

An enrollment form for You to become insured must be completed on a form approved for that purpose by Us. The Plan Sponsor must send the completed enrollment form to Us at Our Administrative Office.

## Effective Date of Insurance

This section tells when Your insurance will begin once You have become eligible and are Actively at Work.

Except as explained in this section, Your insurance will begin on the first day of the Policy month coinciding with or next following the date You become eligible for such insurance.

The Plan Sponsor may require You to contribute toward the cost of Your insurance. Any such Contributory insurance will not become effective for You before You Sign a form agreeing to make those contributions. The form may be obtained from the Plan Sponsor. If You Sign the form more than 31 days after You became eligible, Your Contributory insurance will be deferred until the date We approve Your Written Proof of Insurability.

If Your coverage is **not** Contributory, Your insurance begins on the first day You are Actively at Work following the date that You become an Eligible Employee and have satisfied the Eligibility Waiting Period. An application to become insured must be completed on a form approved for that purpose by Us. The Plan Sponsor must send Your completed enrollment to Us at our Administrative Office unless We and the Plan Sponsor have agreed that the Plan Sponsor will retain the applications.

If Your coverage *is* Contributory, Your insurance begins on the first day You are Actively at Work coincident with or following *one* of the dates below:

- If Your application to become insured is completed *on or before the earliest date* on which You may become insured, Your insurance will take effect on that earliest date; *or*
- If Your application to become insured is completed *no more than* 31 days after the earliest date on which You may become insured, Your insurance will take effect on the date on which Your application has been completed; *or*
- If Your application to become insured is completed *more than* 31 days after the earliest date on which You may become insured, Your insurance will take effect on the date on which We have, in Writing, either approved Proof of Insurability or waived, in Writing, such requirement. Any Proof of Insurability must be provided without expense to Us.

If You are required to give Proof of Insurability for all or a portion of Your insurance, that insurance for which Proof of Insurability is required begins on the date We approve, in Writing, Your Proof of Insurability.

## Delayed Effective Date of Your Insurance

If You are not Actively at Work on the date Your insurance would otherwise begin, Your insurance begins on the date You are again Actively at Work.

## Proof of Insurability Provision

You must give Proof of Insurability:

- If You pay all or part of the premium for Your insurance and You apply for insurance under the Policy more than 31 days after the date You become an Eligible Employee; *or*
- If You pay all or part of the premium for Your insurance and Your insurance would increase because of a change in Your Class membership or a change in the amount of Annual Pre-disability Earnings or Your election and the Plan Sponsor does not tell Us in Writing about the change within 31 days after the change occurs; *or*
- If You pay all or part of the premium for Your insurance and Your insurance ended at Your request or because a premium was not paid by You and You are re-applying for coverage; *or*
- For insurance for which You pay all or part of the premium if You were entitled to coverage under the Prior Plan and You had declined coverage; *or*
- If You apply for a Long Term Disability Benefit that exceeds the Guaranteed Issue Amount, if required.

We will use the Proof of Insurability form and other information You give as Proof of Insurability to determine whether You can become insured. If the Proof of Insurability is not satisfactory to Us, the insurance for which You are required to give Proof of Insurability will not take effect.  If the Proof is accepted, Your insurance will take effect on the date We approve Your Proof of Insurability in Writing

**Guaranteed Issue Amount:**  The maximum Long Term Disability amount for which a covered person can become insured without furnishing Proof of Insurability is as stated in the Schedule of Benefits.

If You are eligible for more than the Guaranteed Issue Amount as shown in the Schedule of Benefits, You will be limited to the Guaranteed Issue Amount until You give Us Proof of Insurability.  If the Proof is accepted, the additional amount of insurance will take effect on the date We approve Your Proof of Insurability.  Future increases will also require Proof of Insurability.

We may require that You undergo an Independent Medical Exam as part of Your Proof of Insurability.

## Changes in Your Insurance

### Change in Class or Monthly Pre-disability Earnings

The amount of Your insurance may change if:

- You become a member of a different Class; *or*
- The amount of Your Annual Pre-disability Earnings changes.

If the change would *increase* Your amount of insurance, the increase takes effect on the first day You are Actively at Work following the *latest* of the date:

- The change occurs; *or*
- The Plan Sponsor tells Us in Writing about a change in Class or a change in the amount of Your Annual Pre-disability Earnings; *or*
- We approve, in Writing, Your Proof of Insurability, if You are required to give Proof of Insurability.

If the change would *decrease* the amount of insurance, the decrease takes effect on the date of the change.

## When Insurance Ends

Your insurance coverage will end on the first to occur of the following dates:

1. The date the Policy is canceled; *or*
2. The date on which You cease to be a member of a Class under the Policy; *or*
3. The date Your employment terminates. For the purpose of this provision, employment terminates when You are no longer Actively at Work, unless due to Disability; *or*
4. The date the Policy is changed to end the insurance for Your Class; *or*
5. The last day of the period for which premium was paid, if a premium is not paid within the Policy's grace period; *or*
6. Preceding the date of Your death; *or*
7. The date Your Monthly Benefit Payments end, if You are not again Actively at Work the following day; *or*
8. The date You cease to be an Eligible Employee as defined in the Definitions of the Policy; *or*
9. You request, in Writing, for Your insurance to be terminated; *or*
10. The date You cease to be Actively at Work. However, the Plan Sponsor may continue Your insurance unless it ends due to any of the above reasons during the following periods:
    a) until the end of month 3 following the date You cease to be Actively at Work due to a temporary layoff; *or*
    b) until the end of month 3 following the date You cease to be Actively at Work due to a Leave of Absence or due to Your being called to active duty as a reservist with the U.S. Armed Forces Reserve; *or*

    c)   during an absence from work due to a Leave of Absence that is in compliance with the Family Medical Leave Act of 1993 ("FMLA") or applicable state, family and medical leave law; *or*

    d)   during the longest of the periods in above items (a), (b), and (c), if You cease to be Actively at Work due to Your being called to active duty as a reservist with the U.S. Armed Forces.

Any Leave of Absence must have been authorized in Writing by the Plan Sponsor. Unless otherwise specifically stated under the terms of the Policy, all premium required by the Policy must be paid in order for any continuance of insurance provision to be applicable.

If coverage is continued in accordance with the Leave of Absence provisions above, such continued coverage will cease immediately if any one or more of the following events occurs:

- the leave terminates prior to the agreed upon date; *or*
- the Policy terminates or Your employer ceases to be an associated employer with the Plan Sponsor; *or*
- You or the Plan Sponsor fail to pay premium when due; *or*
- the Policy no longer insures Your Class.

During the period that You are Disabled, Your Monthly Benefit Payments *will not* be affected by:

- termination or cancellation of the Plan Sponsor's Policy; *or*
- termination of Your coverage; *or*
- termination of Your employment; *or*
- any amendment to the Policy that becomes effective after the date You are Disabled.

## Continuity of Coverage upon Transfer of Insurance Carriers

In order to prevent loss of coverage for You because of a transfer of insurance carriers, this provision will provide coverage for certain plan members as follows:

### Failure to be in Active Employment Due to Injury or Illness

If You are not Actively at Work due to Injury, illness, leave of absence or temporary layoff on the date the Plan Sponsor changes insurance carriers to Anthem Blue Cross Life and Health, and You were covered under the prior policy at the time the Anthem Blue Cross Life and Health Policy became effective, We will provide continuity of coverage under the Anthem Blue Cross Life and Health Policy. In order for this provision to apply, the prior policy must have provided similar coverage to the Anthem Blue Cross Life and Health Policy.

If You are not Actively at Work due to injury, illness, leave of absence or temporary layoff on the effective date of the Anthem Blue Cross Life and Health Policy, and You would otherwise be eligible to become insured under the Policy, We will provide limited coverage under the Anthem Blue Cross Life and Health Policy. Coverage under this provision will begin on the Anthem Blue Cross Life and Health Policy effective date and will continue until the earliest of:

- the end of the month following the date You return to active employment; *or*
- the end of any period of continuance or extension provided under the prior policy; *or*
- the date coverage would otherwise end, according to the provisions of the Anthem Blue Cross Life and Health Policy.

Your coverage under this provision is subject to payment of premium.

Any benefits payable under this provision will be paid as if the prior policy had remained in force. We will reduce Your Monthly Benefit Payment by any amount for which the prior carrier is liable.

If coverage ends under this provision, or if You were not covered under the prior policy on the date that policy terminated, the Effective Date of Insurance provision under the Anthem Blue Cross Life and Health Policy will apply.

No Benefits are payable under this provision for any period of Disability:

- that begins prior to this Policy's effective date; *or*
- for which benefits are paid under the Prior Plan; *or*
- for which benefits would have been paid under the Prior Plan in the absence of this provision.

**Continuity of Coverage – Disability due to a Pre-existing Condition**

We may waive the Pre-Existing Condition Exclusion of the Policy to make a benefit payment for Your Disability which is caused by, contributed to by, or resulting from a Pre-Existing Condition if:

- You were insured by the prior policy at the time the Plan Sponsor changed insurance carriers to Anthem Blue Cross Life and Health; *and*
- You have been continuously covered under the Policy from the effective date of the Plan Sponsor's Anthem Blue Cross Life and Health Policy through the date Your Disability began.

In order to receive a payment, You must satisfy:

- The terms of Anthem Blue Cross Life and Health's Pre-Existing Condition Exclusion; *or*
- The terms of the prior policy's pre-existing condition provision, if benefits would have been paid had that policy remained in force.

DLS B 0713 C                                      24                                      *LTD Certificate*

If You satisfy the terms of the Pre-Existing Condition Exclusion of Anthem Blue Cross Life and Health's Policy, We will determine Your Monthly Benefit Payments according to Anthem Blue Cross Life and Health Policy provisions.

If You do not satisfy the terms of the Pre-Existing Condition Exclusion of Anthem Blue Cross Life and Health's Policy, but You do satisfy the terms of the prior policy's pre-existing condition provision:

- Your Monthly Benefit Payment will be the lesser of:
  - The monthly benefit payment that would have been payable under the terms of the prior policy if it had remained in force; *or*
  - The monthly benefit payment according to Anthem Blue Cross Life and Health's Policy provisions; *and*

- Benefits will end on the earlier of
  - The date benefits would otherwise end under the Anthem Blue Cross Life and Health Policy, as described under the *When Disability Benefits End* provision; *or*
  - The date benefits would have ended under the prior policy's provisions if it had remained in force.

If You do not satisfy either Anthem Blue Cross Life and Health's Policy or the prior policy's pre-existing condition provisions as described above, We will not make any payments.

We will require proof that You were insured under the prior policy.

All other terms and conditions of the Anthem Blue Cross Life and Health Policy will apply.

# Coverage Provisions

## Description of the Coverage

The pages of this section specify when Policy benefits will be paid. Conditions governing whether, and how much benefit is paid are also discussed in this section.

To receive Policy benefits, You must be insured under the terms of the Policy, and as described in the *When Insurance Begins and Ends* section. Then, Your amounts of insurance are as shown in the Schedule of Benefits, subject to the terms of the Policy.

## Definition of Disability and Disabled for Long Term Disability

You will be considered disabled if You meet the definition of Total Disability *or* the definition of Partial Disability included below:

**Total Disability** means that:

- during the Elimination Period and for the first 24 months of disability benefits, as a result of Illness or Injury, You are not able to perform with reasonable continuity the Substantial and Material Acts necessary to pursue Your Own Occupation in the usual or customary way; and
- following the first 24 months of disability benefits, as a result of Illness or Injury, You are not able to engage with reasonable continuity in any occupation in which You could reasonably be expected to perform satisfactorily in light of Your age, education, training, experience, station in life, and physical and mental capacity.

**Partial Disability** means that:

- during the Elimination Period and for the first 24 months of disability benefits, while working in Your Own Occupation, as a result of Illness or Injury, You are unable to earn more than 80% of Your Monthly Indexed Pre-disability Earnings.
- following the first 24 months of disability benefits, as a result of Illness or Injury, You are not able to perform with reasonable continuity in any occupation in which You could reasonably be expected to perform satisfactorily in light of Your age, education, training, experience, station in life, and physical and mental capacity, or that You are unable to earn more than 60% of Your Monthly Indexed Pre-disability Earnings in any occupation.

**Own Occupation** means any employment, business, trade, or profession that involves the Substantial and Material Acts of the occupation You were regularly performing for the employer when Your disability began. Own Occupation is not necessarily limited to the specific job You performed for the employer.

**Substantial and Material Acts** means the important tasks, functions, and operations generally required by employers from those engaged in Your Own Occupation that cannot be reasonably omitted or modified.

In determining what Substantial and Material Acts are necessary to pursue Your Own Occupation, We will first look at the specific duties required by Your employer. If You are unable to perform one or more of these duties with reasonable continuity, We will then determine whether those duties are customarily required of other employees engaged in Your Own Occupation. If any specific, material duties required of You by Your employer differ from the material duties customarily required of other employees engaged in Your Own Occupation, then We will not consider those duties in determining what Substantial and Material Acts are necessary to pursue Your Own Occupation.

# Long Term Disability Insurance Benefits

Long Term Disability benefits will be payable for a period of Disability in accordance with the terms of the Policy, if:

- The Disability starts while You are insured under the Policy; *and*
- The Disability continues during and past the Elimination Period; *and*
- We receive Proof of Your Disability.

The Long Term Disability Benefit and the Maximum Benefit Period are shown in the Schedule of Benefits. The Long Term Disability Benefit may be reduced in accordance with the provisions of the Deductible Sources of Income section of the Policy. The Long Term Disability Benefit will not:

- Exceed Your amount of coverage; *or*
- Be paid for longer than the Maximum Benefit Period.

You will begin to receive payments when We approve Your claim, provided the Elimination Period has been met. We will send You a payment each month for Long Term Disability benefits for any period for which We are liable.

## Calculating Your Long Term Disability Benefit

Part A.
If You are Disabled and not working, or Disabled and working and Your Disability Work Earnings are less than 20% of Your Indexed Monthly Pre-disability Earnings, We will use the following process to calculate Your Monthly Benefit Payment:

1. Multiply Your Monthly Pre-Disability Earnings by 60%.
2. The maximum benefit is $8,000 per month.
3. Compare the answer from Item 1 with the maximum benefit. The lesser of these two amounts is Your Gross Monthly Benefit.
4. Subtract from Your Gross Monthly Benefit any Deductible Sources of Income.

The amount calculated in Item 4 is Your Monthly Benefit Payment.

Part B.

If You are Disabled and working, and Your Disability Work Earnings are at least 20% but less than or equal to 80% of Your Indexed Monthly Pre-disability Earnings:

During the first 12 months of payments, the sum of Your Monthly Benefit Payment plus Disability Work Earnings may be less than or equal to, but not more than, 100% of Your Indexed Monthly Pre-disability Earnings. If the sum exceeds 100% of Your Indexed Monthly Pre-disability Earnings, We will reduce Your payment under the Policy by the excess amount.

To determine whether the sum of Your Monthly Benefit Payment plus Disability Work Earnings is less than or equal to or exceeds 100% of Your Monthly Pre-disability Earnings; We will use the following process:

1. Multiply Your Monthly Pre-disability Earnings by 60%.
2. The maximum benefit is $8,000 per month.
3. Compare the answer from Item 1 with the maximum benefit per month. The lesser of these two amounts is Your Gross Monthly Benefit.
4. Add Your Disability Work Earnings to Your Gross Monthly Benefit.

If the answer in Item 4 above is less than or equal to 100% of Your Indexed Monthly Pre-disability Earnings, Your Monthly Benefit Payment will be Your Gross Monthly Benefit minus any Deductible Sources of Income.

If the answer in Item 4 above is greater than 100% of Your Indexed Monthly Pre-disability Earnings; We will use the following process to calculate Your Monthly Benefit Payment:

a. Add Your Disability Work Earnings to Your Gross Monthly Benefit.
b. From the answer in Item a, subtract Your Indexed Monthly Pre-disability Earnings. If the result is zero or less, record Your answer as zero.
c. From Your Gross Monthly Benefit, subtract the answer in Item b and any Deductible Sources of Income.

The amount calculated in Item c is Your Monthly Benefit Payment.

After 12 Months of Monthly Benefit Payments, You will receive payments based on the percentage of income You are losing due to Your Disability; We will use the following process to calculate Your Monthly Benefit Payment:

1. Subtract Your Disability Work Earnings from Your Indexed Monthly Pre-disability Earnings.
2. Divide the answer in Item 1 by Your Indexed Monthly Pre-disability Earnings. The result is Your percentage of lost earnings.
3. From Your Gross Monthly Benefit, subtract any Deductible Sources of Income.
4. Multiply the answer in Item 2 by the answer in Item 3.

The answer in Item 4 is Your Monthly Benefit Payment.

We may require You to send Proof of Your monthly Disability Work Earnings each month.  We will adjust Your Monthly Benefit Payment based on Your monthly Disability Work Earnings.

As part of Your Proof of Disability Work Earnings, We may require that You send Us any appropriate financial records which We believe necessary as Proof of Your income.

**Minimum Monthly Benefit**

At no time will Your Monthly Benefit Payment be less than $100 per month or 10% of the Gross Monthly Benefit amount, whichever is greater unless otherwise provided under the terms and conditions of the Policy.

We may apply this amount toward an outstanding overpayment, as described in the Recovery of Overpayment provision.

## If Your Disability Work Earnings Fluctuate

If Your Disability Work Earnings routinely fluctuate widely from month to month, We may average Your Disability Work Earnings over the most recent three months to determine if Your claim should continue.

If We average Your Disability Work Earnings, We will not terminate Your claim unless:

- during the first 24 months of Monthly Benefit Payments, the average of Your Disability Work Earnings for a three month period exceeds 80% of Your Indexed Monthly Pre-disability Earnings; *or*
- beyond 24 months of Monthly Benefit Payments, the average of Your Disability Work Earnings for a three month period exceeds 60% of Your Indexed Monthly Pre-disability Earnings.

We will not pay You for any month during which Your Disability Work Earnings exceed the amount allowable under the Policy.

## Cost of Living Freeze

After the first deduction for Social Security Benefits has been made to the Long Term Disability Benefit, the Monthly Benefit Payment will not be further reduced due to any cost of living increases for Social Security Benefits.  This cost of living freeze does not apply to Disability Work Earnings or to any increases in income You earn from any form of employment.

## Recurrent Disability Provision for Long Term Disability

If You have a Recurrent Disability, and after Your prior Disability ended, You return to work for the Plan Sponsor for 6 months or less, We will treat Your Disability as part of Your prior claim and You do not have to complete another Elimination Period.

Your Monthly Benefit Payment will be based on Your Monthly Pre-disability Earnings as of the date of Your initial claim.

Your Disability, as outlined above, will be subject to the same terms and conditions of the Policy as Your prior claim.

Your Disability will be treated as a new claim if Your current Disability:

- is unrelated to Your prior Disability; or
- after Your prior Disability ended, You returned to work for the Plan Sponsor for more than 6 consecutive months.

The new claim will be subject to all of the provisions of the Policy and You will be required to satisfy a new Elimination Period.

If the Policy terminates You will not be eligible for benefits under this provision, unless You became Disabled due to the Recurrent Disability prior to the Policy termination.

### Period of Disability extended by a new condition

If a period of Disability is extended by a new condition while You are receiving Monthly Benefit Payments, then the extension of the period of Disability will be treated as a part of the same continuous period of Disability, subject to the same Maximum Benefit Period. All other requirements, limitations and exclusions of the Policy will apply to the new condition as well as to the original cause of Disability.

## When Long Term Disability Benefits End

Monthly Benefit Payments end on the first to occur of the following dates:

1. You are no longer Disabled under the terms of the Policy; or
2. You are no longer receiving, accepting or following Regular Care from a Physician, except for a period wherein the Physician certifies that treatment is not warranted; or
3. The Maximum Benefit Period from the Schedule of Benefits ends; or
4. The period specified in the Long Term Disability Limitations provision of the Policy ends, if that section applies; or
5. Preceding the date of Your death; or
6. We ask You for Proof that You are still Disabled, if We do not receive Proof of Disability within 90 days of Our request; or

7. We ask You for details about Your Deductible Sources of Income, including Your tax returns, if You do not give Us details within 90 days of Our request; *or*
8. We ask You to be examined by:
   - a Physician; or
   - a health care professional,
   if you do not reasonably cooperate with the examiner or if You unreasonably decline to be examined; *or*
9. You work, unless You are working under the terms and conditions of the Additional Benefit for Vocational Rehabilitation provided by the Policy; *or*
10. Your Disability Work Earnings exceed the amount allowable under the Policy; *or*
11. You cease to reside in the United States or Canada. If You are outside the United States or Canada for a total period of 6 months or more during any 12 consecutive months of Monthly Benefit Payments, You will be considered to have ceased to reside in the United States or Canada; *or*
12. You unreasonably refuse to try or attempt work with the assistance of:
    - Modifications to Your work environment, functional job elements or work schedule; or
    - Adaptive equipment or devices -that a qualified Physician has indicated will accommodate the limiting factors of the Injury or Illness for which You are claiming benefits under the Policy or will enable You to perform the Substantial and Material Acts of an occupation from which the Policy requires You to be considered Disabled in order to receive benefits; *or*
13. You are confined to a penal or correctional institution; *or*
14. With respect to a Mental Illness, that You are not under the continuing care of an appropriate specialist in psychiatric care; *or*
15. With respect to Alcoholism and Drug Addiction, that You are not being actively supervised by and receiving continuing treatment from a rehabilitation center or a designated institution approved for such treatment by an appropriate body in the governing jurisdiction, or, if none, by Us: *or*
16. You are no longer under the appropriate care of a Physician; *or*
17. You or Your Physician unreasonably fail to submit any medical or psychiatric information requested by Us; *or*
18. You would be able to work in Your Own Occupation on a Part-Time Basis earning 60% or more of Your Monthly Pre-disability Earnings , but choose not to do so; *or*
19. You would be able to increase Your current earnings to more than 80% of Your Monthly Pre-disability Earnings  by increasing the number of hours worked or the number of duties performed in Your Own Occupation, but choose not to do so, *or*

If it is determined that You have applied for benefits under fraudulent circumstances, benefit payments will cease and the appropriate fraud defense action will be taken.

## Benefits after Policy Cancellation

Cancellation of the Policy does not by itself affect Your right to receive Long Term Disability Benefits for a Disability that begins while You are insured under the Policy. You must continue to comply with all requirements of the Policy. All terms and conditions of the Policy will apply.

## Premium Waiver

With respect to Long Term Disability Benefits, We do not require premiums to be paid for the period during which You are receiving Monthly Benefit Payments. Premium payments will be required during the Elimination Period and after Your Monthly Benefit Payments end, if You continue to be insured under the Policy.

This premium waiver will begin on the premium due date that falls on or next follows the date You meet all of the conditions to qualify for premium waiver, as stated above.

We will continue to waive Your premiums until the premium due date that falls on or next follows the first of the following to occur:

- The date You are no longer Disabled; *or*
- The end of the Maximum Benefit period from the Schedule of Benefits; *or*
- The date Your coverage under the Policy ends.

If You return to work and are an Eligible Employee on the date premium waiver ends, Your coverage will be continued subject to payment of the required premium. If You are not an Eligible Employee on the date premium waiver ends, Your coverage will end.

## Long Term Disability Limitations

### Mental Illness, Alcoholism, Drug Addiction

Monthly Benefit Payments are limited to a maximum of 24 months during Your lifetime for Disability caused by or related to *any* of the following:

- Mental Illness; *or*
- Alcoholism; *or*
- Drug Addiction

This is not a separate maximum for each condition or for each period of Disability. This is a combined maximum for all periods of Disability and for all these conditions.

However, if You are confined to a Hospital or Medical Facility because of Disability at the end of the 24 months We will continue Monthly Benefit Payments during Your confinement and for up to 60 days after You are discharged if You are still Disabled.

If within 60 days after You are discharged You are re-confined for at least 10 consecutive days because of the same Disability, then We will make Monthly Benefit Payments during Your re-confinement and for up to 60 days after You are discharged if You are still Disabled.

Monthly Benefit Payments may end earlier than stated above in accordance with the conditions of the *When Disability Benefits End* section.

**Mental Illness** means any psychiatric or emotional illness or disease listed in the Diagnostic and Statistical Manual. Such conditions are usually treated by a mental health provider or other qualified provider using psychotherapy, psychotropic drugs, or other similar methods of treatment. Mental Illness includes, but is not limited to, each of the following:

- Neurotic disorders such as, but not limited to, anxiety, dissociative disorders, phobias, depression and obsessive compulsive disorders; or
- Psychotic disorders such as, but not limited to, schizophrenia, dementia, paranoid psychosis and affective disorders; or
- Personality disorders such as, but not limited to, sociopathic personality; or
- Syndromes such as, but not limited to, organic brain syndromes, amnesia syndromes and organic delusional or hallucinogenic syndromes.

Mental Illness excludes demonstrable structural brain damage. We will not apply the Mental Illness limitation to dementia if Proof is given that the dementia is a result of stroke, trauma, viral infection, or Alzheimer's disease.

The Diagnostic and Statistical Manual is a reference work developed by the American Psychiatric Association and designed to provide guidelines for the diagnosis and

classification of mental disorders.  If the Diagnostic and Statistical Manual is discontinued or changed, another comparable reference may be used by Us.

**Alcoholism** means an addictive relationship or pattern of use of alcohol.

**Drug Addiction** means a compulsive or habitual pattern of use of drugs, chemicals, or similar substances.

## Deductible Sources of Income

Deductible Sources of Income, except for Retirement Benefits, must be payable as a result of the same disability for which We pay a benefit. We will require You to apply for any of the Deductible Sources of Income for which You may reasonably be entitled, except for Retirement Benefits that would only be provided on a reduced basis. You may be required to sign a reimbursement agreement stating that if You receive any payments for Deductible Sources of Income, You will reimburse Us for any overpayment of benefits. You must immediately disclose to Us the amount of any retroactive payment You may receive from any of the Deductible Sources of Income.

**The following are Deductible Sources of Income:**

1. The amount that You receive under:

   - A worker's compensation law; *or*
   - An occupational disease law; *or*
   - Any other Act or Law with similar intent.

2. The amount that You receive as disability income payments under any:

   - state compulsory benefit Act or Law; *or*
   - governmental retirement system as a result of Your employment with the Plan Sponsor; *or*
   - automobile liability insurance policy; *or*
   - individual disability income plans which are wholly or partially paid for by the Plan Sponsor; *or*
   - other group insurance plan; *or*
   - any plan or arrangement of disability coverage, whether insured or not, resulting from Your employment by or association with the Plan Sponsor or any employer, or resulting from Your membership in or association with any group, association, union or other organization.

3a. The amount that You, Your spouse, and children receive as disability payments because of Your Disability under:

   - The United States Social Security Act; *or*
   - the Canada Pension Plan; *or*
   - the Quebec Pension Plan; *or*
   - any similar plan or act.

3b. The amount that You receive as retirement payments or the amount Your spouse and children receive as retirement payments because You are receiving retirement payments under:

   - The United States Social Security Act; *or*
   - the Canada Pension Plan; *or*
   - the Quebec Pension Plan; *or*
   - any similar plan or act.

4. The amount that You:
   - Receive as disability payments under the Plan Sponsor's Retirement Plan; *or*
   - Voluntarily elect to receive as retirement payments under the Plan Sponsor's Retirement Plan; *or*
   - are eligible to receive as retirement payments when You reach the later of age 62 or normal retirement age, as defined in the Plan Sponsor's Retirement Plan.

   Disability payments under a Retirement Plan will be those benefits which are paid due to disability and do not reduce the retirement benefit which would have been paid if the disability had not occurred.

   Retirement payments will be those benefits which are paid based on the Plan Sponsor's contribution to the Retirement Plan. Disability benefits which reduce the retirement benefit under the plan will also be considered as a retirement payment.

   Regardless of how the retirement funds from the Retirement Plan are distributed, We will consider the Plan Sponsor and Your contributions to be distributed simultaneously throughout Your lifetime.

5. The amount You receive as a result of any action brought under Title 46, United States Code Section 688 (The Jones Act).

6. The amount You receive from a third party (after subtracting attorney's fees) by judgment, settlement or otherwise.

7. The amount You receive under the mandatory portion of any "no fault" motor vehicle plan.

8. The amount You receive due to Your Disability under any salary continuation or accumulated sick leave plans.

9. Commissions, sick pay or any similar employer sponsored paid time off where You receive income from the employer, or any salary continuation plan due to Your Disability. Any earnings from any work or employment may be used to reduce Your Monthly Benefit Payment unless otherwise specified by the terms of the Policy.

10. Any amounts from partnership, proprietorship draws, or similar draws.

## Lump Sum Payments

If You receive a lump sum payment of a Deductible Source of Income, We will deduct the lump sum from Your Monthly Benefit Payment by pro-rating the lump sum on a monthly basis over the time period for which the lump sum was given.  If no time period is stated, the lump sum will be pro-rated based on the lesser of the Maximum Benefit Period or Your expected lifetime as determined by Us.

## Non-Deductible Sources of Income

We will not subtract from Your Monthly Benefit Payment any income You receive from the following:

1. 401(k) plans;
2. profit sharing plans;
3. thrift plans;
4. tax sheltered annuities;
5. stock ownership plans;
6. credit disability insurance;
7. non-qualified plans of deferred compensation;
8. pension plans for partners;
9. military pension and disability income plans;
10. individual disability plans paid by the Employee;
11. a retirement plan from another plan sponsor;
12. individual retirement accounts (IRA);
13. retirement benefits from the United States Social Security Act if Your Disability begins after age 65 and You were already receiving such retirement benefits prior to Your Disability.

## If You May Qualify for Deductible Income Benefits

You must apply for benefits listed in the Deductible Sources of Income section of the Policy, if there is a reasonable basis that You may be entitled to them.  When We determine that You may qualify for benefits under items 1, 2 and 3 or 3a (in included in Your plan), from the Deductible Sources of Income section, We will estimate Your entitlement to these benefits.  We can reduce Your payment by the estimated amounts if:

- You have not applied for the benefits or You have failed to pursue them with reasonable diligence; and
- We have a reasonable belief that You are entitled to the benefits, and that we have a means for reasonably estimating the payable amount.

**Deduction for Social Security Benefits**

You must apply for benefits under the Federal Social Security Act if there is a reasonable basis for application. If the Social Security Administration denies such benefits, You are required to appeal the initial denial.

Within 6 months following the date You became Disabled; You must:

- Send us Proof that You have applied for Social Security Benefits; *and*
- Sign a reimbursement agreement in which You agree to repay Us for any overpayments We may make to You under the Policy; *and*
- Sign a release that authorizes the Social Security Administration to provide information directly to Us regarding Your Social Security benefits eligibility.

When You receive approval, or denial for Your claim for Social Security benefits as described above, You must notify Us immediately. We will adjust the amount of Your Monthly Benefit Payment. You must promptly repay Us for any overpayment.

**Recovery of Overpayment**

We have the right to recover any overpayment. This includes any prior or current overpayment from any past, current or new payable claim under the Policy. An overpayment occurs if:

- The total amount paid by Us on Your claim is more than the total amount then due to You under the Policy; *or*
- Payment made by Us should have been made under another plan.

If such overpayment occurs, You have an obligation to reimburse Us in full within 60 days of Our Written notice to You.

If We do not receive reimbursement in full within 60 days, We may use any available legal means to collect the overpayment, including but not limited to one or both of the following:

- Taking legal action;
- Stopping or reducing any future payments under the Policy which might otherwise be payable to You or any other Claimant or payee.

You must immediately disclose to Us the amount of any retroactive payment You may receive from any of the Deductible Sources of Income. We have the right to obtain any information We may require relating to Your eligibility, application or receipt of Deductible Sources of Income. You must provide Us with Your Signed authorization to obtain such information upon Our request.

**Adjustment for Underpayment**

If You have been paid less than You are entitled to under the Policy, We will pay You the difference in a lump sum.

**Proration**

Any Long Term Disability Benefit payable for less than a month will be prorated based on a 30 day month. The prorated amount may be less than the Minimum Monthly Benefit.

**Awards of Damages and Right of Reimbursement**

You will be required to reimburse Us for any benefits We pay to You if *both* of the following conditions are met:
1. Benefits are paid under the Policy; *and*
2. You recover damages whether by action at law, settlement, or compromise from any person, organization, or legal entity that is or may be liable for any illness, Injury, or other event giving rise directly or indirectly, to the Disability for which benefits are payable.

The term damages will include all lump sum or periodic payments however designated You receive under paragraph number 2 above. The provisions of this section shall apply whether or not the person, organization, or legal entity admits liability.

If You receive damages in one or more lump sum payments instead of in monthly or weekly payments, the amount You must reimburse to Us will be based on the amount of the award pro-rated over the period benefits have been or will be paid. You must provide Proof of the award to Us. Our rights shall be to the first reimbursement out of all funds You, Your parents if You are a minor, or Your legal representative, is or was able to obtain under the conditions outlined above.

Your lawyer may represent Our rights of reimbursement. However, We reserve the right to:
- Appoint another lawyer to act on Our behalf; *and*
- Commence an action to pursue Our rights of reimbursement directly against a third party.

As an Insured, You must:
- Agree to fully co-operate with Us in pursuing Our claim against the third party, including but not limited to the furnishing of any information, documents, or other assistance We may reasonably require.
- Agree to notify Us of any action You have or bring against any third party.

# Additional Benefit for Survivor

We will pay a lump sum benefit to Your eligible survivor when Proof is received that You died:

- after Your Disability had continued for 90 or more consecutive days; *and*
- while You were receiving a Monthly Benefit Payment.

This Additional Benefit for Survivor will be an amount equal to three times the Last Monthly Benefit for Long Term Disability. Any Additional Benefit for Survivor will be applied first to reduce any outstanding overpayment.

We will pay the Additional Benefit for Survivor to Your legal spouse, if living. If Your spouse is not living, We will pay the Additional Benefit divided into equal shares to Your children. Children must be under age 26, unmarried, and dependent on You for support and maintenance. Children include step-children, adopted children, and foster children. If there is no person entitled to the Additional Benefit for Survivor living at the time of Your death, the Additional Benefit will be paid to Your estate. Our payment to Your estate discharges Us of all liability under this Additional Benefit to the extent of the payment, and shall be valid and effective against all claims by others representing or claiming to represent Your children. Benefits otherwise payable to a minor child may be made instead to an adult who submits Proof that he or she has assumed custody and support of the child. One example of such Proof is a court order granting custody of the minor child to the adult.

**Last Monthly Benefit** means, for the purpose of this provision, the gross Monthly Benefit amount paid to You immediately prior to Your death.

# Additional Benefit for Vocational Rehabilitation Program

If You are Disabled and receiving Monthly Payments under the Policy, You may be eligible for Vocational Rehabilitation services.

**Vocational Rehabilitation Program** means services which we will help You to obtain, such as the following, that may reasonably be expected to help You to return to active employment:

1. coordination with Your Plan Sponsor to assist You to return to work;
2. evaluation of adaptive equipment or job accommodations to allow You to work;
3. evaluation of possible workplace modifications which might allow You to return to work in Your Own Occupation or another job or occupation;
4. vocational evaluation to determine how Your Disability may impact Your employment options;
5. job placement services, including resume preparation services and training in job-seeking skills;
6. alternative treatment plans such as recommendations for support groups, physical therapy, occupational therapy, or other treatment designed to enhance Your ability to work.

The services must be agreed to by You, by Us, and by Your Physician.  The extent to which these services are provided will be determined based on:

1. Your education, training and experience;
2. Your transferable skills;
3. Your physical and mental abilities;
4. Your motivation to return to active employment;
5. the labor force demand for workers in the proposed occupation in Your geographic area; *and*
6. the expected liability for Your Long Term Disability claim.

To qualify for these services, You must:
1. have a Disability which prevents You from performing some or all of the Substantial and Material Acts of Your Own Occupation;
2. lack the skills, training, or experience You would need to perform another occupation;

3. possess the physical and mental abilities You need to complete a rehabilitation program; *and*
4. be reasonably expected to return to active employment with the assistance of these services.

A Vocational Rehabilitation Program proposal may be made either by Us, Your Physician or You. We will prepare a written statement of the proposed Vocational Rehabilitation services with input from You, Your Physician, Your current employer and/or Your prospective employer. Once the services are approved, You will be provided services according to the written program.

The written statement will describe:

1. the goals of the Vocational Rehabilitation;
2. Our responsibilities;
3. Your responsibilities;
4. the responsibilities of any third party(ies) associated with the services;
5. the expected dates of the services;
6. the expected costs of the services;
7. the expected duration of the services.

We reserve the right to make the final decision concerning Your eligibility to take part in this program, and the amount of services You will be provided.

# Additional Benefit for Work Incentive

If You participate in a Vocational Rehabilitation Program that is approved by Our Vocational Rehabilitation specialist, We may increase Your Monthly Benefit Payment by 5%, up to a maximum additional payment of **$750** per month, not to exceed the Maximum Monthly Benefit as shown in the Schedule of Benefits.

The Additional Benefit for Work Incentive will end on the earliest of the following dates:

- You cease to be paid a Monthly Benefit Payment;
- 12 months of Additional Benefit for Work Incentive have been paid.
- You are no longer participating in a Vocational Rehabilitation services; or
- You are no longer eligible to participate in Vocational Rehabilitation, based on the provisions of the Additional Benefit for Vocational Rehabilitation;
- Any other requirement or condition of the Policy is not met, including but not limited to those listed in the *When Disability Benefits End* section.

# Additional Benefit for Social Security Assistance

If You are receiving Monthly Benefit Payments from Us, We may provide assistance to You about filing Your claim for Social Security disability benefits or appealing a denial of Your claim for Social Security disability benefits.

If You receive Social Security disability benefits, this may enable You to receive Medicare after 24 months of disability payments, protect Your Social Security retirement benefits, and Your family may also be eligible for Social Security benefits.

We can assist You in obtaining Social Security disability benefits by:

- helping You obtain medical and vocational evidence; *and*
- helping You find appropriate legal representation; *and*
- by reimbursing pre-approved case management expenses.

# Additional Benefit for Workplace Modification

If You are Disabled and are receiving a Monthly Benefit Payment from Us, an Additional Benefit for Workplace Modification may be payable to accommodate You in returning to work. We may reimburse up to 100% of the costs reasonably incurred for modifications to the workplace to accommodate Your return to work, and to assist You in remaining at work.

The amount We pay will not exceed the lesser of:

1. two times Your Monthly Benefit Payment; *or*
2. $10,000; or
3. The actual cost of the modification.

To qualify for this reimbursement, You must:

1. be Disabled according to the terms of the Policy; *and*
2. have the reasonable expectation of returning to active employment and remaining in active employment with the assistance of the proposed workplace modification.

We must receive a written proposal of the planned workplace modification. This proposal must include:

1. input from the Plan Sponsor, You and Your Physician;
2. the purpose of the proposed workplace modification;
3. the expected completion date of the workplace modification; *and*
4. the cost of workplace modification.

We will reimburse the costs of the workplace modification when We:

1. approve the proposals in writing;
2. receive Proof that the workplace modification is complete; and
3. receive Proof of the costs incurred for the workplace modification.

The Additional Benefit for Workplace Modification is available on a one-time basis.

# Additional Benefit for Work Retention Assistance

If You:

1.  have a medical condition or functional impairment that You report to Us and that has the reasonable potential to result in a Disability under the Policy, according to generally accepted medical standards; but
2.  have not yet become Disabled,

We may provide Vocational Rehabilitation services and assistance determined necessary and appropriate to minimize the effects of such condition or impairment and to assist You in retaining the ability to perform the Substantial and Material Acts of Your Own Occupation or of another appropriate gainful occupation offered by the Plan Sponsor. The services must be agreed to by You, by Us, and by Your Physician, and will be based on the provisions of the Additional Benefit for Rehabilitation.

# Exclusions

**The following exclusions apply to any and all benefits under the Policy, including any Additional Benefits or Additional Provisions unless otherwise specifically referenced.**

The Policy does not cover any disabilities or loss caused by, resulting from, or related to any of the following:

1. Disability or loss caused or substantially contributed to by war or any act of war, declared or undeclared, whether civil or international;
2. Service in the armed forces, military reserves or National Guard of any country or international authority, or in a civilian unit serving with such forces;
3. Disability or loss caused or substantially contributed to by any attempt at suicide or intentionally self-inflicted injury, while sane or insane;
4. Disability or loss caused or substantially contributed to by active participation in a riot, insurrection, or terrorist activity;
5. Disability or loss caused or substantially contributed to by committing or attempting to commit a felony.
6. Disability or loss in consequence of the Insured being intoxicated, as defined by the jurisdiction where the disability or loss occurred;
7. Disability or loss caused or substantially contributed to by voluntary intake of any drug, unless prescribed or administered by a physician and taken in accordance with the physician's instructions;
8. Disability or loss caused or materially contributed to by engaging in an illegal occupation;
9. Any Pre-Existing Condition, as further defined in the Exclusions section.

In addition, the Policy will not pay a benefit for any period for which any of the following applies:

1. With respect to a mental disorder, any period during which You are not under the continuing regular care of an appropriate specialist in psychiatric care.  With respect to Alcoholism and Drug Addiction, any period during with You are not being actively supervised by and receiving continuing treatment from a rehabilitation center or a designated institution approved for such treatment by an appropriate body in the governing jurisdiction, or, if not, by Us.
2. You have applied for benefits under fraudulent circumstances and these circumstances resulted in a conviction of fraud.
3. You unreasonably fail to submit to an Independent Medical Exam requested by Us.
5. Disability results from cosmetic or reconstructive surgery, except for complications arising from such surgery, or surgery necessary to correct a deformity caused by Illness or accidental Injury.

6. Any period that any other requirement or condition of the Policy is not met, including but not limited to those listed in the *When Disability Benefits Ends* section.

If your professional or occupational license or your certification is suspended, revoked or surrendered, loss of your license or certification, by itself, does not mean you are disabled.

**Your Disability must start while You are insured under the Policy. At the time of claim, Proof of Disability based on medical evaluation by a Physician will be required. Thereafter, no benefits are payable for any period of disability during which you are not under the Regular Care of a Physician, or You or Your Physician unreasonably fail to provide Proof of continuing Disability, or any medical or any psychiatric records which We request.**

## Pre-Existing Condition Exclusion

You are not covered for a Disability caused or substantially contributed to by a Pre-Existing Condition or medical or surgical treatment of a Pre-Existing Condition. You have a Pre-Existing Condition if:

1. (a) You received medical treatment, care or services for a diagnosed condition or took prescribed medication for a diagnosed condition in the 3 months prior to Your effective date of coverage under the Policy; or
   (b) You suffered from a diagnosed physical or mental condition which was misrepresented or not disclosed in Your application, (i) for which You received a Physician's treatment within 3 months prior to Your effective date of coverage under the Policy, or (ii) which caused symptoms within 3 months prior to Your effective date of coverage under the Policy; and

2. The Disability caused or substantially contributed to by the condition begins in the first 12 months after Your effective date of coverage under the Policy.

# Uniform Compulsory Provisions

## Entire Contract, Changes

This Policy, the application of the employer, if any, and the individual applications, if any, of the employees constitutes the entire contract between the parties, and any statement made by the employer or by any employee shall, in the absence of fraud, be deemed a representation and not a warranty. No such statement shall avoid the insurance or reduce the benefits under this Policy or be used in defense to a claim hereunder unless it is contained in a written application, nor shall any such statement of the employer, except a fraudulent misstatement, be used at all to void this Policy after it has been in force for two years from the date of its issue, nor shall any such statement of any employee eligible for coverage under the Policy, except a fraudulent misstatement, be used at all in defense to a claim for loss incurred or disability as defined in the Policy commencing after the insurance coverage with respect to which claim is made has been in effect for two years from the date it became effective.

No change in this Policy shall be valid unless approved by an executive officer of the insurer and unless such approval be endorsed herein or attached hereto. No agent has authority to change this Policy or waive any of its provisions.

## Time Limit on Certain Defenses

After two years from the date of issue of this policy, no misstatement, except a fraudulent misstatement, made by you in your application shall be used to void the policy; and after two years from the effective date of the coverage with respect to which any claim is made no misstatement of any employee eligible for coverage under the policy, except a fraudulent misstatement, made in an application under the policy shall be used to deny a claim for loss incurred or disability (as defined in the policy) commencing after expiration of such two years.

No claim for loss incurred or disability (as defined in the policy) commencing after two years from the effective date of the insurance coverage with respect to which the claim is made shall be reduced or denied on the ground that a disease or physical condition, not excluded from coverage by name or specific description effective on the date of loss, had existed prior to the effective date of the coverage with respect to which the claim is made.

## Grace Period

A grace period of 31 days will be granted for the payment of premiums accruing after the first premium, during which grace period the Policy shall continue in force, but the employer shall be liable to the insurer for the payment of the premium accruing for the period the Policy continues in force.

**Notice of Claim**

Written notice of claim must be given to the insurer within 20 days after the occurrence or commencement of any loss covered by the policy, or as soon thereafter as is reasonably possible.  Notice given by or on behalf of the claimant to the insurer at:

Anthem Blue Cross Life and Health Insurance Company
Claims Service Center
P.O. Box 105448
Atlanta, GA  30348-5448

with information sufficient to identify the insured employee, shall be deemed notice to the insurer.

**Claim Forms**

The insurer, upon receipt of a written notice of claim, will furnish to the claimant such forms as are usually furnished by it for filing proofs of loss.  If such forms are not furnished within 15 days after the giving of such notice the claimant shall be deemed to have complied with the requirements of this policy as to proof of loss upon submitting, within the time fixed in the policy for filing proofs of loss, written proof covering the occurrence, the character and the extent of the loss for which claim is made.

**Proof of Loss**

Written proof of loss must be furnished to the insurer, in case of claim for loss for which this policy provides any periodic payment contingent upon continuing loss, within 90 days after the termination of the period for which the insurer is liable, and in case of claim for any other loss, within 90 days after the date of such loss.  Failure to furnish such proof within the time required shall not invalidate nor reduce any claim if it was not reasonably possible to give proof within such time, provided such proof is furnished as soon as reasonably possible and in no event, except in the absence of legal capacity of the employee, later than one year from the time proof is otherwise required.

**Time of Payment of Claim**

Indemnities payable under this policy for any loss other than loss for which this policy provides periodic payments will be paid to the insured employee as they accrue immediately upon receipt of due written proof of such loss.  Subject to due written proof of loss, all accrued indemnity for loss for which this policy provides periodic payment will be paid monthly to the insured employee and any balance remaining unpaid upon the termination of the period of liability will be paid immediately upon receipt of due written proof.

**Physical Examination and Autopsy**

The insurer at its own expense shall have the right and opportunity to examine the person of any individual whose injury or sickness is the basis of claim when and as often as it may reasonably require during the pendency of a claim hereunder and to make an autopsy in case of death, where it is not forbidden by law.

**Legal Actions**

No action at law or in equity shall be brought to recover on this policy prior to the expiration of 60 days after written proof of loss has been furnished in accordance with the requirements of this policy.  No such action shall be brought after the expiration of three years after the time written proof of loss is required to be furnished.

# Other Provisions

**Assignment**

You cannot assign Your rights or benefits under the Policy.

**Currency**

All payments made to or by Us will be made in United States dollars.

**Class Membership**

You may only be insured under one Class at any time.

**Misstatement of Age or Other Facts**

If Your age or any other fact was misstated, We will use the correct facts to determine whether You are insured and if so, for what amount and duration.

**Errors**

You must be properly insured under the Policy. An error or omission by the Plan Sponsor or by Us will not cause You to become insured. An error or omission by the Plan Sponsor or by Us will not cancel insurance that should continue nor continue insurance that should end. The requirements and conditions of the Policy must be properly met for any change in the amount of Your insurance to take effect. We have the right to full recovery of any overpayments made. Such reimbursement will be required regardless of whether the overpayment occurred due to an error by Us or by You, Your representative or beneficiary, or the Plan Sponsor.

**Agency**

The Plan Sponsor or employer and any administrator appointed by the Plan Sponsor or employer shall not be considered Our agents for any purpose. We are not liable for any of their acts or omissions.

**Changes while You are not Actively at Work**

If You are not Actively at Work on the effective date of the amendment, the effective date with respect to You will be the date that You are again Actively at Work. However, if the amendment would reduce the amount of Your insurance, the effective date with respect to You will be the effective date of the amendment.

It is understood that, if the Policy is amended during Your continuous period of Disability, the amendment will have no effect on the amount of insurance during the same continuous period of Disability.

**Enforcement of Policy Terms**

If at any time We do not enforce a provision of the Policy, We will still retain Our right to enforce that provision at Our option.

**Proof Of Continuing Disability**

From time to time You must give Proof to Us at Your expense that You are still Disabled. We will ask You for this Proof at reasonable intervals. We will stop Monthly Benefit Payments if You do not give Proof that You are still Disabled. We may investigate Your claim at any time.

**Proof Of Financial Loss**

We have the right to require written Proof of Financial Loss. This includes, but is not limited to:

1. statements of Monthly Earnings;
2. statements of income received from other sources while disabled;
3. evidence that due application has been made for all other available benefits;
4. tax returns, tax statements, and accountants' statements; *and*
5. any other Proof that We may reasonably require.

We may perform financial audits at Our expense as often as We may reasonably require.

**Reconsideration Of A Denied Claim**

You may request Us to review Our denial of all or part of Your claim. This request must be in writing and must be received by Us no more than 180 days after You receive notice of Our claim decision. As part of this review, You may:

- Send Us written comments;
- Review any non-privileged information relating to Your claim; *and*
- Provide Us with other information or Proof in support of Your claim.

We will review Your claim promptly after receiving Your request. We will advise You of the results of Our review within 45 days after We receive Your request, or within 90 days if there are special circumstances that require more time. If We request additional information, You will have 45 days to respond to Our request, and We will send written notice of Our claim decision within 30 days after We receive Your response. Our decision will be in Writing and will include reference to specific Policy provisions, rules or guidelines on which the decision was based, and notice to You of Your right to bring a civil action.

| Section II. | ERISA Information |
|---|---|

The following statement is required by federal law and regulation:

As a participant of the Employee Welfare Benefit Plan, you are entitled to valuable financial protection – beyond your paycheck – that is provided by this plan. These benefits have been summarized and described for you in this Certificate so that you will have the facts you need for reference.

Your employee welfare plan benefits have been affected by The Employee Retirement Income Security Act of 1974 (ERISA) since September 2, 1974. ERISA was signed into law to provide additional protection of your rights under this plan. The law does not require a company to provide benefits, but it does set standards for any benefits a company wishes to offer. It also requires that you be fully informed of the benefits you can expect to receive and your rights under ERISA.

It is your right to know about your benefit plans in detail. Therefore, in addition to the information provided in this Certificate, you will receive each year – at no cost – a summary of the annual report of the plan's financial activities. You can also review the various plan documents at your place of work or receive copies of them at reasonable cost, if you file a written request with the Plan Administrator.

You also have a right to expect that the people who are responsible for the activities of the plan, who are called fiduciaries, act prudently and in your best interest. The plan fiduciaries have always acted in this manner, and have a commitment to the company to continue to do so. They also have a commitment under ERISA to make up any losses they may cause the plan through any imprudence.

If your claim for a benefit is denied in whole or in part you must receive a written explanation of the reason for the denial. You have the right to have the plan review and reconsider your claim.

There are steps you can take to enforce your rights. You have a right to file suit if:

- A fiduciary has misused funds;
- The company improperly denies you a benefit;
- The company fails to furnish within 30 days any documents you have requested in writing; or
- The company discriminates against you for asserting your rights.

We doubt that will ever happen, but the right to file suit and to get the Department of Labor to help you is yours. The court will decide who should pay court costs and legal fees and could require the Plan Administrator to provide materials you requested and pay you up to $110 a day until you receive the materials. If you are successful the court may order the person you have sued to pay these costs and fees.

If you lose, the court may order you to pay these costs and fees, for example, if it finds your claim is frivolous.

The company cannot dismiss you or discriminate against you to prevent you from obtaining benefits or exercising your rights under ERISA.

If you have any questions about this plan or your rights under ERISA, please contact the Plan Administrator who will be glad to help you. You can also obtain such information at the nearest Area Office of the U.S. Labor-Management Service Administration, Department of Labor.

## FOR YOUR INFORMATION
### CLAIMS DISCLOSURE NOTICE REQUIRED BY ERISA

The certificate contains information on reporting claims, including the time limitations on submitting a claim. Claim forms may be obtained from the Plan Administrator or Anthem Blue Cross Life and Health. In addition to this information, if this plan is subject to ERISA, ERISA applies some additional claim procedure rules. The additional rules required by ERISA are set forth below. To the extent that the ERISA claim procedure rules are more beneficial to you, they will apply in place of any similar claim procedure rules included in the certificate. This Claims Disclosure Notice Required by ERISA is not a part of your certificate.

A decision for a disability claim will be made by Anthem Blue Cross Life and Health within 45 days of the date the claim is filed. Under special circumstances, this decision may take up to another 60 days. You will be notified and the reason for the delay will be explained to you. The decision will be sent to you in writing.

If your claim for a welfare benefit is denied or ignored, in whole or in part, you have a right to know why this was done, upon request obtain copies of the claim file and other documents relevant to the decision without charge, and to appeal any denial, all within certain time schedules.

If you do not understand our decision or you are not satisfied with it, you may request a review of the denied claim within 180 days of receipt of written notice that your claim has been denied. You may also review the pertinent documents and submit comments in writing.

A decision must be made within 45 days after the request for review is made, unless circumstances of the claim require an extension, in which event the decision will be made as soon as possible, but not longer than 90 days after the request for review is made.

The written notice will explain the reason for the adverse benefit determination and the specific Policy provisions, internal rules, guidelines, protocols, standards or other similar criteria of the Policy on which the decision was based, or a statement that none were used.

**Note:  You, your beneficiary, or a duly authorized representative may appeal any denial of a claim for benefits** with Anthem and request a review of the denial.  In connection with such a request:

- Documents pertinent to the administration of the Plan may be reviewed free of charge; and

- Issues outlining the basis of the appeal may be submitted.

You may have representation throughout the appeal and review procedure.

| Section III. | Notice of Privacy Practices |
|---|---|

Note: The following Notice of Privacy Practices is not a part of Your Certificate of Coverage and does not modify your insured benefits.

## STATE NOTICE OF PRIVACY PRACTICES

We keep the health and financial information of our current and former members private as required by law, accreditation standards, and our rules. This notice explains your rights. It also explains our legal duties and privacy practices. We are required by state law to give you this notice.

### Your Personal Information
We may collect, use, and share your nonpublic personal information (PI) as described in this notice. If we use or disclose PI for underwriting purposes, we are prohibited from using or disclosing PI that is genetic information of an individual for such purposes.

PI identifies a person and is often gathered in an insurance matter. Because PI is defined as any information that can be used to make judgments about your health, finances, character, habits, hobbies, reputation, career and credit, we take reasonable safety measures to protect the PI we have about you.

### Collection of Personal Information
We may collect PI about you. PI may be about your health. It may also be demographic, such as your name, address, and birth date or financial, such as your credit card number. In most cases, you are our most important source for this information. We may also collect or check PI by speaking to others, such as your doctor or hospital. We may also contact other insurance companies to whom you have applied. We collect PI about your dealings with us and others acting on our behalf. This includes data about claims, medical history, eligibility, and payment. We may collect this PI by letter, telephone, personal contact, or electronic request.

### Sharing Personal Information
Your PI is used to manage your coverage well. We do not share the PI of current or former members with others unless you tell us that it is OK for us do so. We will only share PI without your OK when allowed by law. Here are some samples of when we may give PI to others:

- To third parties that do services for us. They must agree to protect your PI as required by law.
- To third parties so they can give us PI to determine eligibility for benefits or to spot or put a stop to criminal action, fraud, or misrepresentation.
- To our agents and brokers, other insurance companies, self-insured groups, or insurance support groups as needed to spot or put a stop to criminal action, fraud, or misrepresentation.

- To our agents and brokers, other insurance companies, self-insured groups, or insurance support groups as needed to give you the right service or to carry out an insurance matter that has to do with you or a covered member of your family. For example, we may share PI with another insurance company to help manage insurance benefits. In some states, the person who gets the information is not allowed to share it with others without your OK unless you are told about it ahead of time and are given a chance to find out if your PI was shared.
- To a doctor, hospital, or other medical provider to confirm coverage or benefits. To tell you about a medical problem that you may not be aware of. To carry out an operational or service audit.
- To insurance regulatory agencies.
- In response to a court order. This includes a search warrant or subpoena.
- To law enforcement or governmental authority to protect ourselves against an act of fraud, or if we reasonably believe that illegal activities have taken place.
- To industry and professional groups who carry out actuarial and research studies. Normally, the results of such studies benefit our members and the general public. That is why we would share data for that type of purpose. PI is removed to a point that it is still useful before sharing it with researchers. If it is shared, you will not be identified in any report that results from the research. All PI given to researchers is treated in a private manner.
- To your group health plan if reasonably needed to report claims experience or carry out an audit of our services. In some states, we are only allowed to give information on a group level (no PI) for these reasons.
- To a peer review group for review of the service or conduct of a doctor, hospital, or other medical provider.
- To a policyholder to give them information on the status of an insurance matter.
- To the government to decide your eligibility for health benefits if the government may be held responsible.
- To state governments to protect the public health and welfare. But only as needed to allow them to perform their duties when reporting is required or allowed by law.
- To an affiliate when it has to do with an audit of our company, or for marketing an insurance product or service. The affiliate must agree not to share the PI for any other reason or to those who are not affiliated. In some states, we may not share health care information for these reasons. In some states, we are required to get your OK in writing before we share any PI for these reasons.
- To a party to a sale, merger, or consolidation of all or part of our business. We can only share the PI reasonably needed to allow the person getting it to make business choices about the purchase. The person who gets the PI agrees not to share it with others unless allowed by state law.
- To a person who we know has a legal or beneficial interest in an insurance policy. No medical record information is shared unless allowed by state law. Only PI reasonably needed to allow such person to protect his or her interests in such policy is shared.
- To a non-affiliated party to market a product or service. In these cases, information that has to do with your medical records, character, habits, mode of living or reputation, is not shared. The non-affiliated party will only use the limited information to market the product or service. We will only share your information in this way if we gave you the

chance to opt-out (see below). In some states, and under HIPAA, we may only share
your PI with third parties for marketing reasons if we get an OK in writing from you.
- As otherwise allowed or required by law.

Information obtained from a report prepared by an insurance support group may be kept
by the group and made known to other persons. These groups are companies that
routinely take part in  gathering data about persons just to give the data to an insurance
company.

**Opt-out Opportunity**
If we take part in an activity that would require us to give you a chance to opt-out, we
will contact you.  We will tell you how you can let us know that you do not want us to
use or share your PI for that activity.

**Your Rights**
Under state law, you have a number of rights that have to do with your PI.

**Access.**  You may ask for access to certain recorded PI that we can reasonably locate and
get for you.

**Amendment.**  You may ask us to correct, change, or delete recorded PI we have if you
think it is wrong.

To ask for access or to change your PI, call Customer Service at the phone number
printed on your ID card. They can give you the address to send the request. They can also
give you any forms we have that may help you with this process. We will need your full
name, address, date of birth, all ID numbers and details about what PI you want to access
or change.

**How we protect information**
We are dedicated to protecting your PI. We set up a number of policies and practices to
help make sure this PI is kept secure.

We keep your oral, written, and electronic PI safe using physical, electronic, and
procedural means. These safeguards follow federal and state laws. Some of the ways we
keep your PI safe include offices that are kept secure, computers that need passwords,
and locked storage areas and filing cabinets. We require our employees to protect PI
through written policies and procedures. The policies limit access to PI to only those
employees who need the data to do their job. Employees are also required to wear ID
badges to help keep people who do not belong, out of areas where sensitive data is kept.
Also, where required by law, our affiliates and non-affiliates must protect the privacy of
data we share in the normal course of business. They are not allowed to give personal
information to others without your written OK, except as allowed by law.

## Complaints

If you think we have not protected your privacy, you can file a complaint with us. We will not take action against you for filing a complaint.

## Contact Information

Please call Customer Service at the phone number printed on your ID card. they can help you apply your rights, file a complaint, or talk with you about privacy issues.

## Copies and Changes

You have the right to get a new copy of this notice at any time.  Even if you have agreed to get this notice by electronic means, you still have the right to a paper copy.  We reserve the right to change this notice.  A revised notice will apply to PI we already have about you as well as any we may get in the future.  We are required by law to follow the privacy notice that is in effect at this time.  We may tell you about any changes to our notice in a number of ways.  We may tell you about the changes in a member newsletter or post them on our website.  We may also mail you a letter to tell you about changes.

Si necesita ayuda en español para entender este documento, puede solicitarla sin costo adicional, llamando al número de servicio al cliente que aparece al dorso de su tarjeta de identificación o en el folleto de inscripción.

This Notice is provided by the following companies:



| Section IV. | Value Added Services |
|---|---|

**Note:** The following additional services are not a part of Your Certificate of Coverage and do not modify your insured benefits.

The Value Added Services are provided based on negotiated agreements between the insurance company and certain service providers. Although the insurance company endeavors to make these services available to all policyholders and certificateholders as described below, modifications to our agreements with service providers may require that services be periodically modified or terminated. Such modification or termination of services may be made based on cost to the insurer, availability of services, or other business reasons at the discretion of the insurer or service providers.

| 1. | Resource Advisor |
|---|---|

When you feel pressure from everyday problems like work-related stress or family issues, Resource Advisor can help you get emotional, legal and financial support. No issue is too big or too small – and there's no extra cost to you.

## Call us – support is one phone call away 24/7

You and your family can talk to a Resource Advisor counselor by phone who can:

- Give you advice and arrange for up to three visits with a counselor, if you need it.
- Put you in touch with a financial advisor if you have money problems.
- Connect you with a lawyer if you need legal help. You can meet by phone or in person.

## Let us help if your identity is stolen

If your wallet or purse is lost or your identity stolen, we'll assign a Fraud Resolution Specialist to help get your identity back and restore your good credit.

Services include:

- Placing "fraud alerts" on credit reports and with creditors.
- Closing bank and credit card accounts where your identity is an issue.
- Arranging a phone meeting with a financial counselor.
- Setting up a meeting with a lawyer on issues around the identity theft (each visit must be for a separate issue.)

## Go online for help any time... and a lot more

When you visit www.ResourceAdvisor.Anthem.com, you'll find:
- Tips on handling difficult life events and a depression screening tool.
- Parenting information. There's even a child and elder care provider finder.
- Financial tools to help you plan for major purchases or life events.
- You and your family members can register for identity monitoring at no cost.
- State-specific online wills and a legal library.

## Give added support to beneficiaries when they need it most

Providing your loved ones with a little extra comfort and emotional support after you're gone is a lasting gift. Resource Advisor gives your beneficiaries:
- Three meetings with a mental health professional.
- Meetings with a legal and/or financial professional.
- Copies of The Healing Book: *Facing the Death – and Celebrating the Life – of Someone You Love*. This is a great resource book to talk to children about loss.
- Beneficiary Companion* services to help your family with estate details like closing bank accounts, credit cards and utilities.

*Beneficiary Companion services are provided by Europ Assistance USA, an independent company providing these services on behalf of Anthem Blue Cross Life and Health.

**Keep Resource Advisor close at hand. Just cut out and carry this wallet card.**

**Get support, advice and resources 24/7.**

**Call 888-209-7840 or visit www.ResourceAdvisorCA.Anthem.com**

Then log in with the program name:
**AnthemResourceAdvisor**

Note: if you retire, you can only use Resource Advisor until your retirement starts.

| 2. | **Save money with SpecialOffers@Anthem** |
|---|---|

Saving money is good.  Saving money on things that are good for you – that's even better.  With SpecialOffers@Anthem, you can receive discounts on products and services that help promote better health and well being.  And, there's no extra cost to you.  SpecialOffers@Anthem is just one of the perks of being a member.

Log on to www.anthem.com/ca/specialoffers for details on discounts in categories like Family & Home, Fitness & Health, Medicine & Treatment, Vision, Hearing & Dental.

**Anthem Blue Cross Life and Health Insurance Company**
21555 Oxnard Street
Woodland Hills, CA  91367
Phone:  818-234-2700

1

**EXHIBIT 1b**

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DocuSign Envelope ID: 38690CEA-7D05-4603-8904-CD134698B924    Case 4:25-cv-00911-DMR    Document 1    Filed 01/28/25    Page 78 of 500

78



Offer Letter

# Michael Darden

September 8, 2020



DocuSign Envelope ID: 38690CEA-7D05-4603-8064-CB1540980924

# nuro





## Welcome to Nuro!

We started Nuro in 2016 with the mission of bringing the benefits of robotics to everyday life. Since then, we have made significant progress against that goal but the thing we're most proud of is bringing together the most talented cross functional team on the planet. We're really excited that you've decided to join our team. We look forward to welcoming you to Nuro and can't wait to see how your contribution will advance our mission.

- Dave Ferguson & Jiajun Zhu



DocuSign Envelope ID: 38690CEA-7D05-4603-8664-CD154098B924
Case 4:25-cv-00911-DMR    Document 1    Filed 01/28/25    Page 80 of 500

80



## Role Summary

**POSITION:**

L&D, Instructional Designer

**MANAGER:**

Katharine Cusack, Technical Training & Development Lead

**START DATE:**

September 14, 2020

**SIGN OFFER BY:**

September 8, 2020

**LOCATION:**

Mountain View, CA



DocuSign Envelope ID: 38690CEA-7D05-4603-8564-CB1948983924 Case 4:25-cv-00911-DMR   Document 1   Filed 01/28/25   Page 81 of 500

81



# Compensation Summary

**ANNUAL SALARY:**

$125,000

**ANNUAL BONUS:**

$8,750

**OPTIONS GRANTED:**

10,000



DocuSign Envelope ID: 38690CEA-7D05-4603-8664-CD134098B924    Case 4:25-cv-00911-DMR    Document 1    Filed 01/28/25    Page 82 of 500

82



## Equity

**Stock Options:**

The stock option is an agreement between the employee and the company which issues the options, allowing the employee to buy the common stock of the company at a predetermined price (strike price[1]). Nuro offers Incentive Stock Options (ISO), which is taxed as capital gains and not as income.

ISO

**Preferred Stock Price[2]:**

Value Calculation:

$8.25/share

| Equity Value | = | (Preferred Price - Strike Price) | X | # of Shares |

**Vesting Schedule:**

4 year vesting schedule with 1 year cliff

| YEAR 1 | YEAR 2 | YEAR 3 | YEAR 4 |
|---|---|---|---|
| 1/4 | $\frac{1}{48}$ | $\frac{1}{48}$ | $\frac{1}{48}$ |
| Annual Vest | Monthly Vest | Monthly Vest | Monthly Vest |

[1] Strike price is the specified price at which an option can be exercised, or bought. The strike price for your options will be the fair market value of the Company's Common Stock on the date of grant as determined at the next Board meeting.

[2] The preferred price (also market price) is the most recent face value of the preferred stock issued to our investors, and is a helpful metric for evaluating your stock options (the preferred price is different from the common stock price) since Nuro is not publicly traded. The price is based on the Company's most recent financing valuation and is not a guarantee of present or future value. Future valuations of the Company may be higher or lower.

DocuSign Envelope ID: 38690CEA-7D05-4603-8664-CD154698B924



## Key Highlights

 World-class team

 Significant upside in AV Trucking (Ike)

 Industry-leading, general AV tech

 Goods focus offers faster path to commercialization

 Huge TAM: >$1T Opportunity

 Significant progress on Partnerships

 LT OEM Partner for Vehicle Program

 >$1B funding raised (Greylock, SoftBank)

 Launching first city-level unmanned autonomous delivery service

 Leadership Position in Autonomous Goods Delivery

DocuSign Envelope ID: 38690CEA-7D05-4603-8664-CD154098B924    Case 4:25-cv-00911-DMR    Document 1    Filed 01/28/25    Page 84 of 500

84



## Employee Benefits



Daily catered lunch and dinner,
Snacks and drinks supplied



Paid holidays plus flexible time off for
exempt Nurons, or generous PTO for
non-exempt ones



Commuter benefits include:
Pre-tax transit saving card &
100% coverage for Caltrain Go
Pass



Dog-friendly office



Aid in paying off your student loans



10 weeks paid for both
moms & dads



Medical/Dental/Vision



Meaningful equity opportunity



24/7 support for your
mental well-being

DocuSign Envelope ID: 38690CEA-7D05-4603-8064-CD154098B924   Case 4:25-cv-00911-DMR    Document 1    Filed 01/28/25    Page 85 of 500

85



## Legal Language

Subject to Board approval, the Company shall grant to you an option to purchase up to **10,000** shares of the Company's Common Stock pursuant to its 2016 Equity Stock Option Plan.  The option shall vest (i) with respect to 1/4th of the option vesting on that date that is 12 months after the commencement of your full time employment by the Company (the "Commencement Date"), and (ii) the remaining 3/4th then vesting at the rate of 1/48th on the expiration of each month from month 13 through month 48 after the Commencement Date.  The exercise price for your option will be the fair market value of the Company's Common Stock on the date of grant as determined by the Board.

Nuro Bonus Program - The target bonus will be equivalent to **$8,750** Bonuses will be prorated for employees who join during the performance period. The purpose of the Nuro bonus program is to incentivize employees to achieve objectives and key results critical to the Company's success. Company, team, and individual performance and results will be considered in determining the actual bonus amount. Bonus plan specifics and conditions will follow.

By accepting this offer, you represent and warrant that your employment with the Company will not violate any agreements, obligations or understandings that you may have with any third party or prior employer.  You agree not to make any unauthorized disclosure to the Company or use on behalf of the Company any confidential information belonging to any of your former employers (except in accordance with agreements between the Company and any such former employer).  You also warrant that you do not possess any property containing a third party's confidential and proprietary information.  Of course, during your employment with the Company, you may make use of information generally known and used by persons with training and experience comparable to your own, and information which is common knowledge in the industry or is otherwise legally available in the public domain.

DocuSign Envelope ID: 38690CEA-7D05-4603-8094-CD134098B924    Case 4:25-cv-00911-DMR    Document 1    Filed 01/28/25    Page 86 of 500

86



## Legal Language Continued

As a Company employee, you will be expected to abide by all Company policies and procedures, and as a condition of employment:  1) sign and comply with the Company's standard confidentiality agreement which prohibits unauthorized use or disclosure of Company confidential and proprietary information or the confidential information of the Company's clients, along with an assignment of rights to any inventions made during your employment at the Company, and which will be provided to you on your first day of employment; and 2) sign the Company's Alternative Dispute Resolution Agreement, which will be provided to you on your first day of employment.

You may terminate your employment with the Company at any time and for any reason whatsoever simply by notifying the Company.  Likewise, the Company may terminate your employment at any time and for any reason whatsoever, with or without cause or advance notice.  This at-will employment relationship cannot be changed except by a writing authorized and signed on behalf of an officer of the Company and signed by you.

You will also be eligible to receive all other benefits the Company may provide to its employees, after your enrollment following your start date, and subject to the terms and conditions of those benefit plan offerings.  The Company reserves the right to modify your compensation and benefits from time to time, as it deems necessary.

This letter agreement, along with the standard confidentiality agreement and the Alternative Dispute Resolution Agreement noted within, constitutes the complete, final and exclusive embodiment of the entire agreement between you and the Company with respect to the terms and conditions of your employment, and it supersedes any other agreements or promises made to you by anyone, whether oral or written. This job offer is contingent upon the completion of a satisfactory background and/or reference check and legal proof of authorization to work in the U.S.

If you choose to accept our offer under the terms described above, please indicate your acceptance by signing below no later than **{{OL_FINAL_SIGN_DATE}}.** {{IMMIGRATION_OFFER_SECTION}}

DocuSign Envelope ID: 38690CEA-7D05-4603-8064-CD134098B924   Case 4:25-cv-00911-DMR   Document 1   Filed 01/28/25   Page 87 of 500

87

 

## Offer Letter Acceptance

_____

JIAJUN ZHU, CEO

_____

DATE

ACCEPTED BY:

_____

MICHAEL DARDEN

_____

DATE

# We invest in your wellbeing

As an organization, one of our top priorities is to maintain the health and wellbeing of our employees and their families. To achieve this goal, we are offering a robust and comprehensive program with a variety of options to best meet your needs.

| | Eligibility | All full-time employees and their dependents are eligible for benefits starting on their date of hire |
|---|---|---|

## Health

| MEDICAL | Kaiser Permanente HMO 20, Kaiser Permanente HSA 1500, Anthem Blue Cross HMO 20, Anthem Blue Cross PPO 250, Anthem Blue Cross EPO, Anthem Blue Cross HSA 1500 |
|---|---|
| DENTAL | Cigna HealthCare Dental PPO Base & Cigna HealthCare Dental PPO Premier |
| VISION | Cigna HealthCare Vision |

## Retirement

| 401(k) | Offered through Vanguard. You are eligible on the first of the month following 1 month of service. Employees can make both pre-tax (Traditional) and post-tax (Roth) contributions. Additional After-Tax (Non-Roth) contributions with In-Plan Roth Conversions are also available. |
|---|---|

## Pre-Tax Benefits

| COMMUTER | Pre-tax account for parking and transit |
|---|---|
| FLEXIBLE SPENDING ACCT (FSA) | Pre-tax Health Care or Dependent Care (day care) accounts available |
| HEALTH SPENDING ACCT (HSA) | Pre-tax savings account to use on medical expenses in conjunction with an HSA medical plan |

## Income Protection

| LIFE INSURANCE | Anthem Blue Cross 1 x Salary to $250,000 |
|---|---|
| VOLUNTARY LIFE | Anthem Blue Cross Voluntary life insurance for employees & families |
| SHORT TERM DISABILITY | Anthem Blue Cross 60.00% to $2,500 per week |
| LONG TERM DISABILITY | Anthem Blue Cross 60.00% to $10,000 per month |

## ⭐ Additional Benefits

| | |
|---|---|
| Anthem Future Moms | Future Moms program helps mothers-to-be have healthier pregnancies and longer-term babies. |
| Anthem LiveHealth Online | Two-way video chat with board-certified physician without leaving your house. |
| Anthem Programs | When you use your health care services, there are some important things to know that could save you time and money, and keep you feeling your best, including discounts, health coaching, and more. |
| Kaiser HealthyLifestyles | These personalized online programs can help you create an action plan to reach your health goals, such as losing weight, quitting smoking, reducing stress, and more. |
| Kaiser Mental Health | Members with mental, emotional, and addiction issues can access a broad range of care options. If you need treatment, we'll work together to create a care plan based on your unique needs and goals. |
| Kaiser Thrive Maternity | Learn what to expect from 1st Trimester through life with a baby on Kaiser's interactive maternity portal. |
| Kaiser Video Visits | Convenient access to a doctor from home or office using your laptop or smartphone. |
| Perkspot | Receive gym discounts, travel discounts, and more through Perkspot. |
| Petplan | Petplan helps you with your pet insurance. Use code SEQUOIA to receive at least a discount. |
| Gradifi | Gradifi provides great service and low rates for student loan refinancing. Parents can also reach out to Gradifi to talk about college savings. |
| Care@Work | Care@Work allows you to find care when you need it. |
| Ginger | Ginger offers support, guidance, therapy, and medication support from professional coaches, licensed therapists, and psychiatrists, respectively. |
| Gympass | Gympass drives engagement and improve individual performance. |
| ANTHEM BLUE CROSS EAP | 24/7 access to online resources and unlimited phone consultations for stress, grief counseling, depression and relationship conflicts (personal and professional) |
| ANTHEM BLUE CROSS TRAVEL ASSIST | Get travel assistance when traveling 100 miles or more for 90 days or less |

# 📋 Summary of Medical, Dental, and Vision Contributions

**Monthly Contributions:** What you pay each month to have insurance.

| Medical Plan | EMPLOYEE ONLY | EMPLOYEE + SPOUSE | EMPLOYEE + CHILD(REN) | EMPLOYEE + FAMILY |
|---|---|---|---|---|
| Kaiser Permanente HMO 20 – CA Only | $45.00 | $205.00 | $190.00 | $280.00 |
| Anthem Blue Cross HMO 20 – CA Only | $45.00 | $195.00 | $160.00 | $270.00 |
| Anthem Blue Cross PPO 250 | $45.00 | $200.00 | $165.00 | $280.00 |
| Anthem Blue Cross EPO – outside CA | $45.00 | $200.00 | $165.00 | $280.00 |
| Kaiser Permanente HSA 1500 – CA Only | $15.00 | $165.00 | $150.00 | $220.00 |
| Anthem Blue Cross HSA 1500 | $15.00 | $165.00 | $135.00 | $230.00 |
| *HSA Employer Contributions* | *$41.67* | *$125.00* | *$125.00* | *$125.00* |

| Dental Plan | EMPLOYEE ONLY | EMPLOYEE + SPOUSE | EMPLOYEE + CHILD(REN) | EMPLOYEE + FAMILY |
|---|---|---|---|---|
| Cigna HealthCare Dental PPO Base | $4.00 | $16.00 | $17.00 | $28.00 |
| Cigna HealthCare Dental PPO Premier | $15.00 | $37.00 | $37.00 | $62.00 |

| Vision Plan | EMPLOYEE ONLY | EMPLOYEE + SPOUSE | EMPLOYEE + CHILD(REN) | EMPLOYEE + FAMILY |
|---|---|---|---|---|
| Cigna HealthCare Vision | $1.00 | $3.00 | $3.00 | $5.00 |

*If you choose to add a domestic partner to your benefits, imputed income may apply.

Case 4:25-cv-00911-DMR Document 1 Filed 01/28/25 Page 92 of 500

# ☞ Getting Started



**When it's time to enroll, you will receive an email with the necessary link to get started with enrollment and election of your benefits.**

| | |
|---|---|
| **YOUR BENEFITS PORTAL:** | https://access.paylocity.com<br>Company Code: 55624<br>Username: First Initial + Last Name<br>eg. John Smith (JSmith JSmith) |
| **ELIGIBILITY** | You are eligible for benefits on your date of hire if you are a regular, full-time employee unless otherwise specified by your employer. |
| **ENROLLING DEPENDENTS** | You may also enroll eligible dependents for benefit coverage.  When covering dependents, you must select the same plans for your dependents as you select for yourself. |
| **DEPENDENTS INCLUDE** | ✓  Your legal spouse or qualified domestic partner<br>✓  Your children, which may include natural, adopted, or stepchildren<br>✓  Your qualified domestic partner's children<br>✓  **Note**: Your parents and siblings are *not* eligible dependents |
| **QUALIFYING EVENTS** | A qualified event allows you to add or remove dependents from the plan within 30 days of the qualifying event.<br>Typical qualifying events include:<br>✓  Marriage, divorce, termination of a domestic partner<br>✓  Birth or adoption of a child<br>✓  Death of a spouse or dependent<br>✓  End in your spouse's employment or group insurance coverage |

# Common Insurance Terms

There are many insurance terms, words and phrases you should know. Use the below list to better understand what the terms mean.

| | |
|---|---|
| **Deductible** | The set dollar amount a member must pay before insurance coverage for medical expenses can begin. |
| **Coinsurance** | The percentage of the charges the member is required to pay for a medical service in a plan after the deductible has been met.  For example, the insurance company may pay 80% of the covered claim, and the member pays the remaining 20%. |
| **Copayment / Copay** | The flat fee paid by the member when a medical service is received, i.e. $20 for a doctor's visit or $20 for a prescription.  Copays do not apply to the deductible. |
| **Out-of-Pocket Maximum (OOP)** | The maximum amount the member would have to pay in a plan year for eligible expenses.  After reaching the Out-of-Pocket Maximum, the plan pays 100% of the allowable charges for covered services in network for the remainder of the plan year. |
| **Network Provider** | A network provider is a hospital, doctor, medical group, and/or other healthcare provider contracted to provide services to insurance company customers for less than their usual fees. |
| **Out-of-Network Provider** | An Out-of-Network provider is a hospital, doctor, medical group, and/or other healthcare providers who are not contracted to provide services to insurance company customers for less than their usual fees and contracted fee's and can charge the member as much as they wish. |
| **PPO** | PPO stands for Preferred Provider Organization.  It is a group of hospitals and physicians that are contracted with insurance companies to provide medical services.  Out of pocket costs are lower when a provider is used within the PPO network (called In-Network). |
| **HMO** | HMO stands for Health Maintenance Organization.  An HMO is a managed care plan that requires you to receive your medical care from hospitals and doctors in the HMO network.  Your Primary Care Physician (PCP) coordinates your medical care and refers you to specialists (within their medical group) and hospitals as necessary. |

DocuSign Envelope ID: 38690CEA-7D05-4603-     CD154098B924



## Frequently Asked Questions

### What if I choose an Out-of-Network provider for my medical plan?

- Out-of-Network Providers can charge whatever they want for a service while In Network Providers only charge the pre-negotiated rate.
- Out-of-Pocket costs for your services will be more.
- Since the Out-of-Network Provider can charge whatever they want, you will be "balance billed" for the difference between what the provider charges and the insurance carrier's allowed amount. You will be responsible for paying the difference.

### What would the cost to you be if a provider charges $10,000 for services?

| In-Network Provider | | Out-of-Network Provider | |
|---|---|---|---|
| Provider's charge for service | $10,000 | Provider's charge for service | $10,000 |
| Provider's allowed amount | $6,000 | Provider's allowed amount | $6,000 |
| Patient's deductible | $250 | Patient's deductible | $500 |
| Patient's coinsurance (10% of allowed amount after deductible) | 10% x $5,750 = $575 | Patient's coinsurance (30% of allowed amount after deductible) | 30% x $5,500 = $1,650 |
| | *Insurance pays the rest* | | *Balance between allowed amount and provider's fee* |
| **Total patient responsibility** | $825 | **Total patient responsibility** | $6,150 |



95

#  Medical HMO Plans (CA Only)

### How does this plan work?

- Available in California only.
- You receive medical care from hospitals and doctors in the HMO network.
- Your selected Primary Care Physician (PCP) coordinates all your healthcare, including office visits, prescription medications, and referrals to specialists.
- In-network preventative medicine is covered 100% by your plan.
- For other office visits and procedures, you pay a set amount (called copay).
- Amounts shown below represent what YOU will be responsible for paying.

### Anthem HMO

| | In Network |
|---|---|
| Deductible - Single | None |
| Deductible - Family | None |
| Out of Pocket Max - Single | $1,500 per member |
| Out of Pocket Max - Family | $3,000 per family |
| Urgent Care | $20 copay per visit |
| Emergency Room | $100 copay per visit |
| Office Visit | $20 copay per visit |
| Rx – 30 day supply | $5 or $15: Tier 1 |
| | $25: Tier 2 |
| | $45: Tier 3 |
| | 30% after deductible up to $250/Rx: Tier 4 |

### Kaiser HMO

| | In Network |
|---|---|
| Deductible - Single | None |
| Deductible - Family | None |
| Out of Pocket Max - Single | $1,500 per member |
| Out of Pocket Max - Family | $3,000 per family |
| Urgent Care | $10 copay per visit |
| Emergency Room | $100 copay per visit |
| Office Visit | $10 copay per visit |
| Rx – 30 day supply | $10: Tier 1 |
| | $20: Tier 2 |
| | 20% after deductible up to $200/Rx: Tier 3 |

DocuSign Envelope ID: 38690CEA-7D05-4603-8    CD154098B924



# Medical PPO Plans

### How does this plan work?

- You can choose to receive medical care from hospitals and doctors of your choice, but you get the greatest cost savings when you utilize providers in the PPO network.
- You can see specialists at any time without needing a referral from your primary doctor.
- PPO plans have an annual deductible, or set dollar amount, you must pay before the insurance carrier begins paying their portion of medical expenses.
- After the deductible amount is met, you are responsible for the coinsurance, which is a percentage of the total cost for services, up to the Out-of-Pocket Maximum, at which point the plan pays 100% of all costs.
- You pay nothing Out-of-Pocket for In-Network preventive care.
- Amounts shown below represent what YOU will be responsible for paying.

### Anthem Blue Cross PPO 250

| | In Network | Out of Network |
|---|---|---|
| **Deductible - Single** | $250 per member | $750 per member |
| **Deductible - Family** | $750 per family | $2,250 per family |
| **Out of Pocket Max - Single** | $2,500 per member | $7,500 per member |
| **Out of Pocket Max - Family** | $5,000 per family | $15,000 per family |
| **Urgent Care** | $20 copay per visit | 30% after deductible |
| **Emergency Room** | $150 copay per admission + 10% coinsurance | $150 copay per admission + 10% coinsurance |
| **Office Visit** | $20 copay per visit | 30% after deductible |
| **Rx – 30 day supply** | $5 or $15: Tier 1<br>$30: Tier 2<br>$50: Tier 3<br>30% after deductible up to $250/Rx: Tier 4 | Member pays the full retail price and submits claim form for reimbursement up to 50% of the remaining prescription drug maximum allowed amount. Specialty not covered. |

DocuSign Envelope ID: 38690CEA-7D05-4603-    CD154098B924

nuro

97

#  Medical EPO Plans

## How does this plan work?

- Do not need to assign a Primary Care Physician (PCP).
- Available to residents outside of CA.
- You pay nothing Out-of-Pocket for In-Network preventive care.
- Amounts shown below represent what YOU will be responsible for paying.

### Anthem Blue Cross EPO

|  | In Network | Out of Network |
| --- | --- | --- |
| **Deductible - Single** | None | $3,000 per member |
| **Deductible - Family** | None | $9,000 per family |
| **Out of Pocket Max - Single** | $2,500 per member | $9,000 per member |
| **Out of Pocket Max - Family** | $5,000 per family | $18,000 per family |
| **Urgent Care** | $20 copay per visit | 50% after deductible |
| **Emergency Room** | $100 copay per admission | $100 copay per admission |
| **Office Visit** | $20 copay per visit | 50% after deductible |
| **Rx – 30 day supply** | $5 or $15: Tier 1<br>$30: Tier 2<br>$50: Tier 3<br>30% after deductible up to $250/Rx: Tier 4 | Member pays the full retail price and submits claim form for reimbursement up to 50% of the remaining prescription drug maximum allowed amount. Specialty not covered. |

DocuSign Envelope ID: 38890CEA-7D05-4603-...CD154098B924

#  Medical HSA Plans

## How does this plan work?

- Members of HSA plans are eligible for a tax-free Health Savings Account (HSA).  More on the next page.
- You can choose to receive medical care from hospitals and doctors of your choice, but you get greater cost savings when you utilize providers in the network.
- HSA plans have a high annual deductible, or set dollar amount, that you must pay before the insurance carrier begins paying for medical expenses.
- After the deductible amount is met, you are responsible for the coinsurance, which is a percentage of the total cost for services, up to the Out-of-Pocket Maximum, at which point the plan pays 100% of all costs.
- You pay nothing Out-of-Pocket for In-Network preventive care.
- Amounts shown below represent what YOU will be responsible for paying.

### Anthem Blue Cross HSA

| | In Network | Out of Network |
|---|---|---|
| Deductible - Single | $1,500 per member | $4,500 per member |
| Deductible - Family | $2,700 per individual<br>$3,000 per family | $4,500 per individual<br>$9,000 per family |
| Out of Pocket Max - Single | $3,000 per member | $9,000 per member |
| Out of Pocket Max - Family | $6,000 per family | $18,000 per family |
| Urgent Care | 10% after deductible | 30% after deductible |
| Emergency Room | 10% after deductible | 10% after deductible |
| Office Visit | 10% after deductible | 30% after deductible |
| Rx – 30 day supply | $5 or $15 after deductible: Tier 1<br>$40 after deductible: Tier 2<br>$60 after deductible: Tier 3<br>30% after deductible up to $250/Rx: Tier 4 | Member pays the full retail price and submits claim form for reimbursement up to 30% of the remaining prescription drug maximum allowed amount. Specialty not covered. |

### Kaiser HSA

| | In Network |
|---|---|
| Deductible - Single | $1,500 per member |
| Deductible - Family | $2,700 per family |
| Out of Pocket Max - Single | $3,000 per member |
| Out of Pocket Max - Family | $6,000 per family |
| Urgent Care | 10% after deductible |
| Emergency Room | 10% after deductible |
| Office Visit | 10% after deductible |
| Rx – 30 day supply | $10 after deductible: Tier 1<br>$30 after deductible: Tier 2<br>20% after deductible up to $200/Rx: Tier 3 |

DocuSign Envelope ID: 58690CEA-7D05-4603-8 ... D194098B924    Case 4:25-cv-00911-DMR    Document 1    Filed 01/28/25    Page 99 of 500

99

# Medical HSA (cont.)

## Health Savings Accounts (HSA)

| MAXIMUM CONTRIBUTION AMOUNT | EMPLOYEE ONLY | EMPLOYEE + FAMILY |
|---|---|---|
| | Up to $3,550 annually for 2020 | Up to $7,100 annually for 2020 |
| | Members between the ages of 55 through 65 are eligible to make "catch-up" contributions up to an additional $1,000 annually. | |

| WHAT EXPENSES ARE ALLOWED?  NOTE: THIS IS A PARTIAL LIST, REFER TO IRS.GOV FOR MORE INFO | ELIGIBLE EXPENSES | INELIGIBLE EXPENSES |
|---|---|---|
| | • Medical, dental, and vision deductibles<br>• Prescription medication copays<br>• Acupuncture and chiropractor<br>• Labs and x-rays | • Over-the-counter medication<br>• Cosmetic or elective surgery<br>• Personal trainers<br>• Marriage or career counseling |

| ELIGIBILITY | • You may participate in an HSA if:<br>  o You have no other health coverage, unless the other plan is also an HSA-eligible health plan.<br>  o You aren't enrolled in Medicare.<br>  o You can't be claimed as a dependent on someone else's tax return. |
|---|---|

| ADVANTAGES OF AN HSA | • HSA funds can be used to pay for medical, dental, vision, alternative medicine, long term care premiums, COBRA, and other covered services.<br>• When used for eligible medical expenses, HSA funds are tax-free.*<br>• Contributions are tax-deductible and earnings grow tax-free.*<br>• HSA funds roll over from year-to-year.<br>• HSA accounts are portable and yours to keep regardless of your employer or insurance carrier.<br>• Deposits can be invested in mutual funds. |
|---|---|

| THINGS TO CONSIDER | • Plans eligible for HSAs come with a high annual deductible.<br>• High-Deductible Health Plans and Health Savings Accounts can seem more complicated than traditional health plans. Take the time to fully understand how your plan works.<br>• Members will need to save receipts for eligible expenses for tax filing purposes. |
|---|---|

| HOW TO OPEN YOUR HSA | Discovery Benefits<br>www.discoverybenefits.com |
|---|---|

DocuSign Envelope ID: 38690CEA-7D05-4603-8...  D154098B924

100

 Dental

## How does this plan work?

- Dental plans offer flexibility to see any dentist or specialist In or Out-of-Network.
- Costs are lowest when enrollee visits a participating network provider.
- No ID cards needed! Simply provide the identifying information requested by the dental office.

| | DENTIST CHARGES | DEDUCTIBLE PER MEMBER | ANNUAL BENEFIT MAXIMUM | PREVENTIVE SERVICES** | BASIC SERVICES** | MAJOR SERVICES** | ORTHO | ORTHO LIFETIME MAXIMUM |
|---|---|---|---|---|---|---|---|---|
| **Cigna HealthCare Dental PPO Premier** | | | | | | | | |
| **IN-NETWORK** | Fee Schedule | $25 | $2,500 | 0% | 10% | 40% | 50% for Adult and Child | $1,500 |
| **OUT-OF-NETWORK** | 95% UCR* | $25 | $2,500 | 0% | 10% | 40% | 50% for Adult and Child | $1,500 |
| **Cigna HealthCare Dental PPO Base** | | | | | | | | |
| **IN-NETWORK** | Fee Schedule | $50 | $1,500 | 0% | 20% | 50% | N/A | N/A |
| **OUT-OF-NETWORK** | 90% UCR* | $50 | $1,500 | 0% | 20% | 50% | N/A | N/A |

*Usual, customary, and reasonable amount (UCR) is the amount reimbursed to providers based on the prevailing fees in a specific area.*

*\*\* Please refer to the plan summary for detailed information about these categories of service.*

DocuSign Envelope ID: 38690CEA-7D05-4603-8    CD154098B924



101

#  Vision

### How does this plan work?

- Vision plans offer flexibility to see any optometrist or specialist In or Out-of-Network.
- Costs are lowest when enrollee visits a participating network provider.
- No ID cards needed! Simply provide the identifying information requested by the vision office.

|  | EXAM COPAY (EVERY 12 MONTHS) | LENSES COPAY (EVERY 12 MONTHS) | CONTACT LENSES COPAY (EVERY 12 MONTHS) | FRAMES COPAY (EVERY 12 MONTHS) |
|---|---|---|---|---|
| **Cigna HealthCare Vision** | | | | |
| **IN-NETWORK** | $10 (combined with materials copay) | $15 (combined with exam copay) | $150 allowance | $180 allowance |
| **OUT-OF-NETWORK** | Reimbursed up to $45 | Reimbursed up to Single: $40 Lined bifocal: $65 Lined trifocal: $75 | Reimbursed up to $120 | Reimbursed up to $100 |

DocuSign Envelope ID: 38690CEA-7D05-4603-8   :D154098B924

102



# Life Insurance

## How does this benefit work?

- Life insurance is designed to provide protection for you and your family against loss of income due to accidental death.
- For life insurance, make sure that your beneficiary (or multiple beneficiaries) are designated properly to ensure that your benefits are paid out according to your specifications.
- Employees are subject to imputed income on life Insurance amounts over $50,000 paid by the employer.
- These benefits are provided at no cost to you.
- Accidental Death & Dismemberment insurance provides income protection to you and your family in case of an accident.

### Basic Life/AD&D

| CARRIER | AMOUNT | BENEFIT MAXIMUM | GUARANTEE ISSUE |
|---|---|---|---|
| Anthem Blue Cross | 1 x Salary | $250,000 | $250,000 |



# Voluntary Life Insurance

## How does this benefit work?

- For additional protection, voluntary life insurance is offered.
- Monthly premiums vary based on your desired coverage level and age; this will be deducted directly from your paycheck.
- The Guarantee Issue amount is only available to new hires or the first time a company is offering the benefit.
- Election for voluntary life insurance outside of new hire election period requires completion of an Evidence of Insurability (EOI) form.
- You must purchase voluntary life coverage for yourself as an employee to purchase coverage for a dependent.
- **Please note:** You might need to fill out an Evidence of Insurability (EOI) form to receive benefit amounts over the Guarantee Issue amount below. Without a completed form, approved by the carrier, your voluntary life insurance benefit amount will be limited to the Guarantee Issue amount.

| | INCREMENTS | MAXIMUM LIMIT |
|---|---|---|
| EMPLOYEE | Choice $5000 increments | Not to exceed 5 times salary |
| SPOUSE | Choice $5000 increments | Not to exceed 50% of employee amount |
| CHILD | Choice $5000 increments | Not to exceed 50% of employee amount |

| | EMPLOYEE | SPOUSE | CHILD |
|---|---|---|---|
| MINIMUM COVERAGE AMOUNT | $5,000 | $5,000 | $5,000 |
| MAXIMUM COVERAGE AMOUNT | $500,000 | $250,000 | $10,000 |
| GUARANTEE ISSUE | $175,000 | $30,000 | $10,000 |

### Life Rates

| AGE | EMPLOYEE | SPOUSE (based on employee age) | AGE | EMPLOYEE | SPOUSE (based on employee age) |
|---|---|---|---|---|---|
| <25 | 0.090000 | 0.090000 | 50-54 | 0.460000 | 0.460000 |
| 25-29 | 0.080000 | 0.080000 | 55-59 | 0.740000 | 0.740000 |
| 30-34 | 0.088000 | 0.088000 | 60-64 | 1.068000 | 1.068000 |
| 35-39 | 0.117000 | 0.117000 | 65-69 | 1.845000 | 1.845000 |
| 40-44 | 0.191000 | 0.191000 | 70-74 | 4.120000 | 4.120000 |
| 45-49 | 0.291000 | 0.291000 | 75+ | 8.627000 | 8.627000 |
| **Child Optional Life Rate** | 0.207 | | **AD&D Rate** | 0.02 | |



 Disability Insurance

## How does this benefit work?

- Disability benefits protect you and your family by providing a portion of your income during times when you are unable to work.
- Duration of disability is determined by treating physician.  Periods below are the max allowable.
- Disability benefits coordinate with applicable state disability programs.

### Short Term Disability

| CARRIER | AMOUNT | MAXIMUM WEEKLY BENEFIT | BENEFIT PERIOD MAX | ELIMINATION PERIOD |
|---------|--------|------------------------|--------------------|--------------------|
| Anthem Blue Cross | 60.00% | $2,500 | Up to 12 weeks | 7 Days |

### Long Term Disability

| CARRIER | AMOUNT | MAXIMUM MONTHLY BENEFIT | BENEFIT PERIOD | ELIMINATION PERIOD |
|---------|--------|-------------------------|----------------|--------------------|
| Anthem Blue Cross | 60.00% | $10,000 | SSNRA | 90 Days |

### Definitions

| | |
|---|---|
| **Elimination Period** | The elimination period is when an employee must satisfy a specified number of days or months before the disability benefit is paid. |
| **SSNRA** | Social Security Normal Retirement Age. |
| **Benefit Period** | The length of time that the disability benefits will be paid to an employee. Disability benefits will be paid from the end of the elimination period until the earliest of:<br><br>(1) Completion of the benefit duration<br><br>(2) Employee's recovery or<br><br>(3) Employee's death<br><br>For LTD, the max benefit period is determined by your age when you become disabled. Common LTD benefit periods are: To age 65, ADEA, SSNRA and RBD. |


#  Pre-Tax Flexible Spending Accounts (FSA)

## How does this benefit work?

- Flexible Spending Accounts (FSA) are like checking accounts that can be funded using pre-tax dollars deducted directly from your paycheck.
- Eligible Health Care or Dependent Care expenses can be reimbursed from these accounts.
- You must enroll in your FSA every year in which you plan to participate, even if you currently hold an FSA.
- Health Care FSA is for health expenses for you and your dependents.
- Dependent Care FSA is for childcare / adult care expenses while you work.
- FSA elections are annual. They can only be changed with a qualifying life event.

**Plan Year**: January 1,2020 – December 31, 2020

| Account Type | Provider | Maximum Contribution Amount |
|---|---|---|
| Healthcare FSA | Discovery Benefits | $2,750 |
| Limited Purpose Healthcare FSA | Discovery Benefits | $2,750 |
| Dependent Care FSA | Discovery Benefits | $5,000 |

| What expenses are allowed? | Health Care FSA | | Dependent Care FSA | |
|---|---|---|---|---|
| | Eligible expenses | Ineligible expenses | Eligible expenses | Ineligible expenses |
| | ✓ Health related costs (medical, dental, and vision copays)<br>✓ Prescription medication | ✓ Cosmetic surgery<br>✓ Non-prescription medication<br>✓ Life insurance premiums | ✓ Work day childcare services<br>✓ Cost of care at a licensed daycare<br>✓ Before or after-school care | ✓ Education expenses<br>✓ Transportation expenses for childcare |
| **What happens to account funds at the end of the year?** | By IRS regulations, the account holder can roll over up to $500 from the previous year's balance to the following year. Consult your full plan summary for more details. | | Use it or lose it. By IRS regulations, the account holder loses any unclaimed money in the account at the end of the plan year per your group plan set-up. Consult your full plan summary for more details. | |
| **How do I make changes to my participation?** | You can make changes to your participation and/or contribution amount during open enrollment period or with a qualifying event only. Make sure you budget and plan according to your projected Health and Dependent Care needs. | | | |
| **What if I participate in an HDHP + HSA?** | If you enroll in a High Deductible Health Plan, you can still enroll in a Limited Purpose Health Care FSA. The Limited Purpose Health Care FSA should only be used for eligible dental and vision expenses. | | | |
| **Where can I get more information?** | IRS Publication 502: Medical and Dental Expenses, and IRS Publication 503: Dependent Care Expenses list eligible expenses. These publications are available online at https://www.irs.gov/forms-instructions, or by calling 1-800-TAX-FORM. | | | |



DocuSign Envelope ID: 38690CEA-7D05-4603‑CD154098B924

 # Commuter Benefits

## How does this benefit work?
- Funds are directly deducted from your paycheck.
- This is a monthly benefit.
- Participation in this benefit and the contribution amount can be changed at any time throughout the plan year.

| | Commuter | Parking |
|---|---|---|
| Provider | Discovery Benefits | Discovery Benefits |
| Maximum IRS Pre-Tax Contribution Amount | $270 per month | $270 per month |
| What Expenses Are Allowed? | • Mass transit fares<br>• Monthly bus passes<br>• Vanpooling fees | • Parking at or near your work location<br>• Parking at a location from which you participate in a carpool or board mass transit |
| What Expenses Are Not Allowed? | • Taxi fares<br>• Bridge tolls<br>• Cost of auto maintenance | • Parking costs at home<br>• Parking when not commuting to or from work location |

 # 401(k)

## How does this benefit work?

In addition to benefits that provide security for today, you can make saving for the future easy with a 401(k) plan that allows you to save a portion of your salary toward retirement.  Contributions are automatically deducted from your paycheck and can be invested in a portfolio at your discretion.

| Provider | Vanguard | |
| --- | --- | --- |
| | my.vanguardplan.com | |
| When Can I Enroll? | First of the month following 1 month of service | |
| | Must be 21 years of age | |
| How Do I Enroll? | Online through the website above | |
| How Much Can I Contribute? | 2020 IRS Deferral Limit: $19,500 | |
| | - Increased to $26,000 for anyone 50 years of age or older in the calendar year | |
| Deferral Types | Pre-tax (Traditional) | |
| | After-tax (Roth) | |
| | Additional After-Tax (Non-Roth)* | |
| Key Deferral Type Attributes | **PRE-TAX (TRADITIONAL)** | **AFTER-TAX (ROTH)** |
| | Contributions are made before taxes are applied, which reduces current tax burden. | Contributions are made after taxes have been applied. |
| | All capital gains, dividends, interest, etc. grow within the account on a tax-deferred basis. | All capital gains, dividends, interest, etc. grow tax-free in the account. |
| | Account holder becomes eligible to withdraw at age 59 ½ without penalty. Withdrawals will be taxed at then-current rates and total income levels. | Account holder becomes eligible to withdraw at age 59 ½. Withdrawals are not subject to taxes but funds must be held in account for at least five years. |
| | All withdrawals prior to eligibility are subject to limitations, taxes, and /or penalties. | |
| *Additional Deferral Options | **ADDITIONAL AFTER-TAX (NON-ROTH)** | |
| | Your plan allows for Additional After-Tax contributions above the IRS deferral limits above. The maximum limit for all employee and employer contributions in 2019 is $56,000. These funds as well as any Pre-Tax dollars are eligible to be converted to Roth through "In-Plan Roth Conversions." | |
| | Please note that any gains from After-Tax deferrals or Pre-Tax contributions and earnings converted to Roth will be subject to income taxes at time of conversion. Please consult a tax advisor before using these new features. | |

DocuSign Envelope ID: 38690CEA-7D05-4603-8   CD154098B924



107

 ### **Getting Started with Your Enrollment**



It's time for you to choose your benefits coverages for 2019. Even if you are happy with your elections from last year, it's always a good practice to review and confirm that you've selected the right plan for you and your family. Sign in to your benefits portal online to select from the plans being offered.

**Login to Your Benefits Portal:** https://access.paylocity.com

 ### **Never feel lost when it comes to using your benefits. Your Employee Advocate can guide you to the answers you need.**

Our team of Employee Advocates are dedicated to make sure you get the support you need. They are there to help you navigate through the benefit process and can even help with complex claims issues.

### Employee Advocate
Mon-Fri 8:30am – 5pm PST

**PHONE:** (833) 208-3343

**E-MAIL:** nuro@help.sequoia.com

---

**THE FINE PRINT**

Notice of Privacy Practices

Premium Assistance under Medicaid and the Children's Health Insurance Program (CHIP)

Women's Health and Cancer Rights Act (WHCRA)

Statement of Rights under the Newborns' and Mothers' Health Protection Act (NMHPA)

Special Enrollment Notice

**LOOKING TO LEARN MORE?**

Glossary of terms

Benefit FAQs

Overviews of key benefits

Helpful guides and more
are available online at sequoia.com/resources

Case 4:25-cv-00911-DMR    Document 1    Filed 01/28/25    Page 108 of 500
DocuSign Envelope ID: 38690CEA-7D05-4603-80    3154098B924

108 nuro

 Legal Disclosures And Required Documents

## NOTICE OF PRIVACY PRACTICES

THIS NOTICE DESCRIBES HOW MEDICAL INFORMATION ABOUT YOU MAY BE USED AND DISCLOSED AND HOW YOU CAN GET ACCESS TO THIS INFORMATION.  PLEASE REVIEW IT CAREFULLY.  THIS NOTICE APPLIES TO SELF-INSURED GROUP HEALTH PLANS OF Sequoia Consulting Group, IF ANY.

**Our Company's Pledge to You**

This notice is intended to inform you of the privacy practices followed by the Nuro Group Health Plan (the Plan) and the Plan's legal obligations regarding your protected health information under the Health Insurance Portability and Accountability Act (HIPAA). The notice also explains the privacy rights you and your family members have as participants of the Plan. This notice is effective June 27, 2018.  The Plan often needs access to your protected health information in order to provide payment for health services and perform plan administrative functions.  We want to assure the participants covered under the Plan that we comply with federal privacy laws and respect your right to privacy. Nuro Group Health Plan requires all members of our workforce and third parties that are provided access to protected health information to comply with the privacy practices outlined below.

**Protected Health Information**

Your protected health information is protected by the HIPAA Privacy Rule. Generally, protected health information is information that identifies an individual created or received by a health care provider, health plan or an employer on behalf of a group health plan that relates to physical or mental health conditions, provision of health care, or payment for health care, whether past, present or future.

**How We May Use Your Protected Health Information**

Under the HIPAA Privacy Rule, we may use or disclose your protected health information for certain purposes without your permission. This section describes the ways we can use and disclose your protected health information.

**Payment.**  We use or disclose your protected health information without your written authorization in order to determine eligibility for benefits, seek reimbursement from a third party, or coordinate benefits with another health plan under which you are covered. For example, a health care provider that provided treatment to you will provide us with your health information.  We use that information in order to determine whether those services are eligible for payment under our group health plan.

**Health Care Operations.**  We use and disclose your protected health information in order to perform plan administration functions such as quality assurance activities, resolution of internal grievances, and evaluating plan performance.  For example, we review claims experience in order to understand participant utilization and to make plan design changes that are intended to control health care costs. However, we are prohibited from using or disclosing protected health information that is genetic information for our underwriting purposes. This does not apply to long term care plans.

**Treatment.**  Although the law allows use and disclosure of your protected health information for purposes of treatment, as a health plan we generally do not need to disclose your information for treatment purposes. Your physician or health care provider is required to provide you with an explanation of how they use and share your health information for purposes of treatment, payment, and health care operations.

**To Business Associates.**  We may enter into contracts with entities known as Business Associates that provide services to or perform functions on behalf of the Plan. We may disclose protected health information to Business Associates once they have agreed in writing to safeguard the protected health information. For example, we may disclose your protected health information to a Business Associate to administer claims. Business Associates are also required by law to protect protected health information.

**To the Plan Sponsor.**  We may disclose protected health information to certain employees of Nuro for the purpose of administering the Plan. These employees will use or disclose the protected health information only as necessary to perform plan administration functions or as otherwise required by HIPAA, unless you have authorized additional disclosures. Your protected health information cannot be used for employment purposes without your specific authorization.

**Organ and Tissue Donation Requests.**  We can share health information about you with organ procurement organizations.  We can also share information with a coroner, medical examiner, or funeral director when an individual dies.

**Pursuant to your Authorization.**  When required by law, we will ask for your written authorization before using or disclosing your protected health information.  Uses and disclosures not described in this notice will only be made with your written authorization. Subject to some limited exceptions, your written authorization is required for the sale of protected health information or the use or disclosure of protected health information for marketing purposes.  If you choose to sign an authorization to disclose information, you can later revoke that authorization to prevent any future uses or disclosures.

**As permitted or required by law.**  We may also use or disclose your protected health information without your written authorization for other reasons as permitted by law.  Subject to certain requirements, we are permitted by law to share information without your written authorization, including but not limited to, information on health-related benefits or services that may be of interest to you, respond to a court order, provide information to further public health activities (e.g., preventing the spread of disease), provide information for research purposes, help with product recalls, report adverse reactions to medications, report suspected abuse, neglect, or domestic violence, and prevent or reduce a serious threat to anyone's health or safety. We are also permitted to share protected health information during a corporate restructuring such as a merger, sale, or acquisition.

**Government Requests.**  We can use or share health information about you for workers' compensation claims, for law enforcement purposes or with a law enforcement official, with health oversight agencies for activities authorized by law, and for special government functions such as military, national security, and presidential protective services.

## YOUR RIGHTS

**Right to Inspect and Copy.**  In most cases, you have the right to inspect and copy the protected health information we maintain about you. If you request copies, we will charge you a reasonable fee to cover the costs of copying, mailing, or other expenses associated with your request. Your request to inspect or review your health information must be submitted in writing to the person listed below. In some circumstances, we may deny your request to **inspect and copy your health information.** To the extent your information is held in an electronic health record, you may be able to receive the information in an electronic format.

**Right to Amend.**  If you believe that information within your records is incorrect or if important information is missing, you have the right to request that we correct the existing information or add the missing information. Your request to amend your health information must be submitted in writing to the person listed below.  In some circumstances, we may deny your request to amend your health information. If we deny your request, you may file a statement of disagreement with us for inclusion in any future disclosures of the disputed information.

**Right to an Accounting of Disclosures.** You have the right to receive an accounting of certain disclosures of your protected health information. The accounting will not include disclosures that were made (1) for purposes of treatment, payment or health care operations; (2) to you; (3) pursuant to your authorization; (4) to your friends or family in your presence or because of an emergency; (5) for national security purposes; or (6) incidental to otherwise permissible disclosures.

Your request for an accounting must be submitted in writing to the person listed below. You may request an accounting of disclosures made within the last six years. You may request one accounting free of charge within a 12-month period.

**Right to Request Restrictions.** You have the right to request that we not use or disclose information for treatment, payment, or other administrative purposes except when specifically authorized by you, when required by law, or in emergency circumstances. You also have the right to request that we limit the protected health information that we disclose to someone involved in your care or the payment for your care, such as a family member or friend. Your request for restrictions must be submitted in writing to the person

listed below. We will consider your request, but in most cases are not legally obligated to agree to those restrictions.

**Right to Request Confidential Communications.** You have the right to receive confidential communications containing your health information. Your request for restrictions must be submitted in writing to the person listed below. We are required to accommodate reasonable requests. For example, you may ask that we contact you at your place of employment or send communications regarding treatment to an alternate address.

**Right to Choose Someone to Act for You.** If you have given someone medical power of attorney or if someone is your legal guardian, that person can exercise your rights and make choices about your health information. We will make sure the person has this authority and can act for you before we take any action.

**Right to be Notified of a Breach.** You have the right to be notified in the event that we (or one of our Business Associates) discover a breach of your unsecured protected health information. Notice of any such breach will be made in accordance with federal requirements.

**Right to Receive a Paper Copy of this Notice.** If you have agreed to accept this notice electronically, you also have a right to obtain a paper copy of this notice from us upon request. To obtain a paper copy of this notice, please contact the person listed below.

**Our Legal Responsibilities**

We are required by law to maintain the privacy of your protected health information, provide you with this notice about our legal duties and privacy practices with respect to protected health information and notify affected individuals following a breach of unsecured protected health information.

We may change our policies at any time and reserve the right to make the change effective for all protected health information that we maintain. In the event that we make a significant change in our policies, we will provide you with a revised copy of this notice. You can also request a copy of our notice at any time. For more information about our privacy practices, contact the person listed below.

If you have any questions, please contact:

Michelle Nguyen, HR Generalist

Nuro

1300 Terra Bella Drive

Mountain View, CA 94043

Phone number (650) 476-2687 – mnguyen@nuro.ai

If you are concerned that we have violated your privacy rights, or you disagree with a decision we made about access to your records, you may contact the person listed above. You also may send a written complaint to the U.S. Department of Health and Human Services — Office of Civil Rights. The person listed above can provide you with the appropriate address upon request or you may visit

www.hhs.gov/ocr for further information. You will not be penalized or retaliated against for filing a complaint with the Office of Civil Rights or with us.

**AVAILABILITY OF SUMMARY HEALTH INFORMATION**

As an employee, the health benefits available to you represent a significant component of your compensation package. They also provide important protection for you and your family in the case of illness or injury.

Your plan offers a series of health coverage options. Choosing a health coverage option is an important decision. To help you make an informed choice, your plan makes available a Summary of Benefits and Coverage (SBC), which summarizes important information about any health coverage option in a standard format, to help you compare across options. These are often made available in paper format, by being emailed to you, or on our online benefits administration system.

If you did not receive a copy of the SBC or if you have further questions, please contact your HR team. If you did not receive a paper copy of the SBC and you would like to have one, please contact your HR team.

**COBRA CONTINUATION COVERAGE**

**COBRA Rights**

In compliance with COBRA, Nuro Group Health Plan offers extended coverage for medical, dental and vision, once the Company becomes a COBRA covered employer (if not already). Extended coverage is offered when coverage under these plans would otherwise end due to a qualifying event.

You and your dependents may extend coverage in these plans for 18 months if coverage is lost due to one of the qualifying events listed below. (California employees who exhaust their federal COBRA coverage and who are covered under a fully insured plan based in California may continue their medical coverage under Cal-COBRA for an additional 18 months – total of 36 months.

- Voluntary termination
- Involuntary termination (except for termination due to gross misconduct)
- Reduction of hours (strike, layoff, leave of absence [not a FMLA], and change from full-time to part-time)

COBRA coverage may be extended from 18 – 29 months for qualified beneficiaries who are deemed by the Social Security Administration to have been disabled before the end of the first 60 days of COBRA continuation coverage and who timely notify the Plan Administrator. However, once COBRA coverage ends for any reason, it will not be reinstated.

Your dependents may extend coverage for 36 months if any of the following qualifying events occur:

- Death of the employee
- Divorce or legal separation
- Dependent child ceasing to be a dependent.

Even though more than one qualifying event may occur, 36 months of extended coverage is the maximum extension available. You or your dependent(s) pay the full cost of the extended coverage you choose plus a 2% administrative fee (fee may be greater under Cal-COBRA).

# Important Note

The IRS does not recognize Domestic Partners and/or children of a Domestic Partner as "Qualified Beneficiaries" for COBRA purposes. Please refer to the Summary Plan Description for specific information as it relates to your plan. Under certain circumstances, a group health plan may extend COBRA rights to domestic partners.


COBRA coverage will terminate due to any one for the following:

- You reach the end of your initial coverage period (18, 29, or 36 months)
- Failure to pay premiums in a timely manner (specified timelines would apply)

- You become covered under another health plan without pre-existing condition limitations or exclusions applying to you or your beneficiaries' health
- You become entitled to Medicare
- Nuro cancels all group plans

## Premium Assistance Under Medicaid and the Children's Health Insurance Program (CHIP)

If you or your children are eligible for Medicaid or CHIP and you're eligible for health coverage from your employer, your state may have a premium assistance program that can help pay for coverage, using funds from their Medicaid or CHIP programs. If you or your children aren't eligible for Medicaid or CHIP, you won't be eligible for these premium assistance programs but you may be able to buy individual insurance coverage through the Health Insurance Marketplace. For more information, visit **www.healthcare.gov.**

If you or your dependents are already enrolled in Medicaid or CHIP and you live in a State listed below, contact your State Medicaid or CHIP office to find out if premium assistance is available.

If you or your dependents are NOT currently enrolled in Medicaid or CHIP, and you think you or any of your dependents might be eligible for either of these programs, contact your State Medicaid or CHIP office or dial **1-877-KIDS NOW** or **www.insurekidsnow.gov** to find out how to apply. If you qualify, ask your state if it has a program that might help you pay the premiums for an employer-sponsored plan.

If you or your dependents are eligible for premium assistance under Medicaid or CHIP, as well as eligible under your employer plan, your employer must allow you to enroll in your employer plan if you aren't already enrolled. This is called a "special enrollment" opportunity, and you must request coverage within 60 days of being determined eligible for premium assistance. If you have questions about enrolling in your employer plan, contact the Department of Labor at www.askebsa.dol.gov or call 1-866-444-EBSA (3272).

**If you live in one of the following states, you may be eligible for assistance paying your employer health plan premiums. The following list of states is current as of August 10, 2017. Contact your State for more information on eligibility.**

| ALABAMA – Medicaid | FLORIDA – Medicaid |
|---|---|
| Website: http://myalhipp.com/<br>Phone: 1-855-692-5447 | Website: http://flmedicaidtplrecovery.com/hipp/<br>Phone: 1-877-357-3268 |
| ALASKA – Medicaid | GEORGIA – Medicaid |
| The AK Health Insurance Premium Payment Program<br>Website:  http://myakhipp.com/<br>Phone:  1-866-251-4861<br>Email:  CustomerService@MyAKHIPP.com<br>Medicaid Eligibility:<br>http://dhss.alaska.gov/dpa/Pages/medicaid/default.aspx | Website: http://dch.georgia.gov/medicaid<br>- Click on Health Insurance Premium Payment (HIPP)<br>Phone: 404-656-4507 |
| ARKANSAS – Medicaid | INDIANA – Medicaid |
| Website: http://myarhipp.com/<br>Phone: 1-855-MyARHIPP (855-692-7447) | Healthy Indiana Plan for low-income adults 19-64<br>Website: http://www.in.gov/fssa/hip/<br>Phone: 1-877-438-4479<br>All other Medicaid<br>Website: http://www.indianamedicaid.com<br>Phone 1-800-403-0864 |
| COLORADO – Health First Colorado (Colorado's Medicaid Program) & Child Health Plan Plus (CHP+) | IOWA – Medicaid |
| Health First Colorado Website: https://www.healthfirstcolorado.com/<br>Health First Colorado Member Contact Center:<br>1-800-221-3943/ State Relay 711<br>CHP+: Colorado.gov/HCPF/Child-Health-Plan-Plus<br>CHP+ Customer Service: 1-800-359-1991/<br>State Relay 711 | Website:<br>http://dhs.iowa.gov/ime/members/medicaid-a-to-z/hipp<br>Phone: 1-888-346-9562 |

DocuSign Envelope ID: 38690CEA-7D05-4603-8    :D154098B924



111

| KANSAS – Medicaid | NEW HAMPSHIRE – Medicaid |
|---|---|
| Website: http://www.kdheks.gov/hcf/<br>Phone: 1-785-296-3512 | Website: http://www.dhhs.nh.gov/oii/documents/hippapp.pdf<br>Phone: 603-271-5218 |
| KENTUCKY – Medicaid | NEW JERSEY – Medicaid and CHIP |
| Website: http://chfs.ky.gov/dms/default.htm<br>Phone: 1-800-635-2570 | Medicaid Website:<br>http://www.state.nj.us/humanservices/<br>dmahs/clients/medicaid/<br>Medicaid Phone: 609-631-2392<br>CHIP Website: http://www.njfamilycare.org/index.html<br>CHIP Phone: 1-800-701-0710 |
| LOUISIANA – Medicaid | NEW YORK – Medicaid |
| Website: http://dhh.louisiana.gov/index.cfm/subhome/1/n/331<br>Phone: 1-888-695-2447 | Website: https://www.health.ny.gov/health_care/medicaid/<br>Phone: 1-800-541-2831 |
| MAINE – Medicaid | NORTH CAROLINA – Medicaid |
| Website: http://www.maine.gov/dhhs/ofi/public-assistance/index.html<br>Phone: 1-800-442-6003<br>TTY: Maine relay 711 | Website: https://dma.ncdhhs.gov/<br>Phone: 919-855-4100 |
| MASSACHUSETTS – Medicaid and CHIP | NORTH DAKOTA – Medicaid |
| Website: http://www.mass.gov/eohhs/gov/departments/masshealth/<br>Phone: 1-800-862-4840 | Website: http://www.nd.gov/dhs/services/medicalserv/medicaid/<br>Phone: 1-844-854-4825 |
| MINNESOTA – Medicaid | OKLAHOMA – Medicaid and CHIP |
| Website: http://mn.gov/dhs/people-we-serve/seniors/health-care/health-care-programs/programs-and-services/medical-assistance.jsp<br>Phone: 1-800-657-3739 | Website: http://www.insureoklahoma.org<br>Phone: 1-888-365-3742 |
| MISSOURI – Medicaid | OREGON – Medicaid |
| Website: http://www.dss.mo.gov/mhd/participants/pages/hipp.htm<br>Phone: 573-751-2005 | Website: http://healthcare.oregon.gov/Pages/index.aspx<br>http://www.oregonhealthcare.gov/index-es.html<br>Phone: 1-800-699-9075 |
| MONTANA – Medicaid | PENNSYLVANIA – Medicaid |
| Website: http://dphhs.mt.gov/MontanaHealthcarePrograms/HIPP<br>Phone: 1-800-694-3084 | Website:<br>http://www.dhs.pa.gov/provider/medicalassistance/healthinsurancepremiumpaymenthippprogram/index.htm<br>Phone: 1-800-692-7462 |
| NEBRASKA – Medicaid | RHODE ISLAND – Medicaid |
| Website: http://www.ACCESSNebraska.ne.gov<br>Phone: (855) 632-7633<br>Lincoln: (402) 473-7000<br>Omaha: (402) 595-1178 | Website: http://www.eohhs.ri.gov/<br>Phone: 855-697-4347 |
| NEVADA – Medicaid | SOUTH CAROLINA – Medicaid |
| Medicaid Website: https://dwss.nv.gov/<br>Medicaid Phone: 1-800-992-0900 | Website: https://www.scdhhs.gov<br>Phone: 1-888-549-0820 |
| SOUTH DAKOTA - Medicaid | WASHINGTON – Medicaid |
| Website: http://dss.sd.gov<br>Phone: 1-888-828-0059 | Website: http://www.hca.wa.gov/free-or-low-cost-health-care/program-administration/premium-payment-program<br>Phone: 1-800-562-3022 ext. 15473 |
| TEXAS – Medicaid | WEST VIRGINIA – Medicaid |

| Website: http://gethipptexas.com/<br>Phone: 1-800-440-0493 | Website:  http://mywvhipp.com/<br>Toll-free phone: 1-855-MyWVHIPP (1-855-699-8447) |
|---|---|
| UTAH – Medicaid and CHIP | WISCONSIN – Medicaid and CHIP |
| Medicaid Website: https://medicaid.utah.gov/<br>CHIP Website: http://health.utah.gov/chip<br>Phone: 1-877-543-7669 | Website:<br>https://www.dhs.wisconsin.gov/publications/p1/p10095.pdf<br>Phone: 1-800-362-3002 |
| VERMONT– Medicaid | WYOMING – Medicaid |
| Website: http://www.greenmountaincare.org/<br>Phone: 1-800-250-8427 | Website: https://wyequalitycare.acs-inc.com/<br>Phone: 307-777-7531 |
| VIRGINIA – Medicaid and CHIP | |
| Medicaid Website:<br>http://www.coverva.org/programs_premium_assistance.cfm<br>Medicaid Phone:  1-800-432-5924<br>CHIP Website:<br>http://www.coverva.org/programs_premium_assistance.cfm<br>CHIP Phone: 1-855-242-8282 | |

To see if any other states have added a premium assistance program since August 10, 2017, or for more information on special enrollment rights, contact either:

**U.S.  Department of Labor**
Employee Benefits Security Administration
**www.dol.gov/agencies/ebsa**
1-866-444-EBSA (3272)

**U.S.  Department of Health and Human Services**
Centers for Medicare & Medicaid Services
**www.cms.hhs.gov**
1-877-267-2323, Menu Option 4, Ext.  61565



## Paperwork Reduction Act Statement

According to the Paperwork Reduction Act of 1995 (Pub. L. 104-13) (PRA), no persons are required to respond to a collection of information unless such collection displays a valid Office of Management and Budget (OMB) control number. The Department notes that a Federal agency cannot conduct or sponsor a collection of information unless it is approved by OMB under the PRA, and displays a currently valid OMB control number, and the public is not required to respond to a collection of information unless it displays a currently valid OMB control number. See 44 U.S.C. 3507. Also, notwithstanding any other provisions of law, no person shall be subject to penalty for failing to comply with a collection of information if the collection of information does not display a currently valid OMB control number. See 44 U.S.C. 3512.

The public reporting burden for this collection of information is estimated to average approximately seven minutes per respondent. Interested parties are encouraged to send comments regarding the burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the U.S. Department of Labor, Employee Benefits Security Administration, Office of Policy and Research, Attention: PRA Clearance Officer, 200 Constitution Avenue, N.W., Room N-5718, Washington, DC 20210 or email ebsa.opr@dol.gov and reference the OMB Control Number 1210-0137.

OMB Control Number 1210-0137 (expires 12/31/2019)

### WOMEN'S HEALTH AND CANCER RIGHTS ACT (WHCRA)

Your plan, as required by the Women's Health and Cancer Rights Act of 1998 (WHCRA), provides benefits for mastectomy-related services including all stages of reconstruction and surgery to achieve symmetry between the breasts, prostheses, and complications resulting from a mastectomy, including lymphedema. These benefits will be provided subject to the same deductibles and coinsurance applicable to other medical and surgical benefits provided under this plan.

Please see the Group Health Plan's Benefit Booklet for deductibles and coinsurance for the plan you are enrolling in. If you would like more information on WHCRA benefits, call your Plan Administrator.

### STATEMENT OF RIGHTS UNDER THE NEWBORNS' AND MOTHERS' HEALTH PROTECTION ACT (NMHPA)

Under federal law, group health plans and health insurance issuers offering group health insurance coverage generally may not restrict benefits for any hospital length of stay in connection with childbirth for the mother or newborn child to less than 48 hours following a vaginal delivery, or less than 96 hours following a delivery by cesarean section. However, the plan or issuer may pay for a shorter stay if the attending provider (e.g., your physician, nurse midwife, or physician assistant), after consultation with the mother, discharges the mother or newborn earlier.

Also, under federal law, plans and issuers may not set the level of benefits or out-of-pocket costs so that any later portion of the 48- hour (or 96-hour) stay is treated in a manner less favorable to the mother or newborn than any earlier portion of the stay. In addition, a plan or issuer may not, under federal law, require that a physician or other health care provider obtain authorization for prescribing a length of stay of up to 48 hours (or 96 hours). However, to use certain providers or facilities, or to reduce your out-of-pocket costs, you may be required to obtain precertification. For information on precertification, contact your plan administrator.

### SPECIAL ENROLLMENT NOTICE

If you do not enroll yourself and your dependents in a group health plan after you become eligible or during annual enrollment, you may be able to enroll under the special enrollment rules under the Health Insurance Portability and Accountability Act of 1996 ("HIPAA") that apply when an individual declines coverage and later wishes to elect it. Generally, special enrollment is available if (i) you declined coverage because you had other health care coverage that you have now lost through no fault of your own (or employer contributions to your other health care coverage terminate); or (ii) you have acquired a new dependent (through marriage or the birth or adoption of a child) and wish to cover that person. To the extent that your plan documents indicate that when you have previously declined coverage, you must have given (in writing) the alternative coverage as your reason for waiving coverage under the group health plan when you declined to participate, your plan documents will control. In either case, as long as you meet the necessary requirements, you can enroll both yourself and all eligible dependents in the group health plan if you provide notice of enrollment to the Plan Administrator within 30 days after you lose your alternative coverage (or employer contributions to your alternative coverage cease) or the date of your marriage or the birth, adoption, or placement for adoption of your child.

You may also enroll yourself and your dependents in a group health plan if your or one of your eligible dependent's coverage under Medicaid or the state Children's Health Insurance Program (CHIP) is terminated as a result of loss of eligibility, or if you or one of your eligible dependents become eligible for premium assistance under a Medicaid or CHIP plan. Under these two circumstances, the special enrollment period must be requested within 60 days of the loss of Medicaid/CHIP coverage or of the determination of eligibility for premium assistance under Medicaid/CHIP.

To request special enrollment or obtain more information, contact
Michelle Nguyen, HR Generalist
Nuro
1300 Terra Bella Drive
Mountain View, CA 94043
Phone number (650) 476-2687 – mnguyen@nuro.ai

DocuSign Envelope ID: 38690CEA-7D05-4603-8    D154098B924

📑 Notes



BENEFITS SERVICES PROVIDED BY SEQUOIA CONSULTING GROUP

1850 Gateway Drive, Suite 700, San Mateo, California 94404 | 650.369.0200 | sequoia.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
.
21
22
23
24
25
26
27
28

**EXHIBIT 2**

**nuro**

1300 Terra Bella Ave, Suite 100 | Mountain View, CA 94043 | info@nuro.ai | www.nuro.ai

**DELIVERY VIA EMAIL ( mdarden@nuro.ai ; mad2255@tc.columbia.edu)**

To: Michael Darden

April 15, 2021

     **Re: *Request for Disability Leave***

Dear Michael:

In an email to me on April 14, 2021, you stated that you are "going out on disability leave. " To make a better assessment of the situation and to determine what reasonable accommodation(s), if any, Nuro can provide, we are requesting that you provide input from your healthcare provider to certify a medical need and provide the anticipated duration of the leave. Specifically, enclosed is a form that must be completed by a qualified healthcare provider. Please take this letter, and the enclosed form and your job description (if needed) to your healthcare provider and ask them to provide the requested information. Please have this form completed and signed by your healthcare provider and return it to me by April 22, 2021.

Please be assured that we are not seeking the disclosure of any medical diagnoses and/or other confidential and sensitive medical information to anyone at Nuro, including myself. Thank you for your anticipated cooperation in securing your health care provider's response to this request. Please contact me if you have any questions or concerns.

Sincerely,

Ting Chen
Human Resources Business Partner

Enclosure(s)

**nuro**

1300 Terra Bella Ave, Suite 100 | Mountain View, CA 94043 | info@nuro.ai | www.nuro.ai

## REASONABLE ACCOMMODATION FORM
### [To be completed by Healthcare Provider]

Nuro is engaged in the interactive process with Michael Darden ("employee") to determine whether the employee may be entitled to reasonable accommodation(s) based on a medical condition, and what reasonable accommodation(s) could be offered to enable the employee to perform the essential functions of their job. The employee has requested a disability leave. As part of this process, we request you to provide the information below. Please discuss the position with our employee to determine essential job duties and typical work schedule. Please feel free to attach additional sheets if needed.

1) Please verify that the employee and/or the employee's relative has a medical need for the requested disability leave/reasonable accommodation.

Yes __X___ No _____

2) If yes, describe how the employee's limitations impair the ability to perform the duties of the job.

Michael Darden is Disabled and unable to perform any functions of his job.

3) Please indicate whether these limitations are temporary or permanent. If temporary, state when they are expected to end.

These limitations are currently being assessed. It is too early to determine temporary or permanent disability.

# nuro

1300 Terra Bella Ave, Suite 100 | Mountain View, CA 94043 | info@nuro.ai | www.nuro.ai

**4) Please provide recommendations regarding specific reasonable accommodation(s). If more than one reasonable accommodation would work, please describe all possible reasonable accommodations. Please explain how each of these might enable employee to perform the essential functions of their job.**

> Currently there are no reasonable accommodation(s) that can be offered by your company that would allow Michael Darden to work in any form or capacity. Michael is too disabled at this time to work in any form or manner.

By signing below, I certify that the answers provided in response to the above questions are based on my personal knowledge of the relevant facts from my own examination of the patient / employee or based upon my own review of the relevant medical documentation, and my answers represent my professional medical opinion.

|  |  |  |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

Signature of Healthcare Provider.          Date  04.14.2021

Kenneth R. Keough

**Name of Healthcare Provider (Please Print)**

Address: _____ 1625 6th ave _____

Phone Number:_____ 415.531.4846 _____

Email: _____ kkeoughmft@aol.com _____

Case 4:25-cv-00911-DMR    Document 1    Filed 01/28/25    Page 120 of 500

12/13/24, 12:50 PM          Tc.columbia.edu M    Re: Medical Leave Request - More information need    ichael Darden, Disability; sick days payment, q...

120



Darden, Michael <mad2255@tc.columbia.edu>

## Re: Medical Leave Request - More information needed, Michael Darden, Disability; sick days payment, question

**Darden, Michael** <mad2255@tc.columbia.edu>                                    Thu, May 13, 2021 at 11:38 PM
To: Michelle Nguyen <mnguyen@nuro.ai>

Alright: Understood. Thanks again.

On Wed, May 12, 2021, 12:43 PM Michelle Nguyen <mnguyen@nuro.ai> wrote:
Hi Michael,

I wanted to follow up on your use of Paid Sick Leave and explain what to expect. As you know, you started your unpaid leave on April 14. However, when I went into Paylocity to input your request for Paid Sick Leave for the 7 day waiting period, I discovered that Nuro inadvertently paid you for two days *after* you went on unpaid leave (April 15 and April 16). As a result, Nuro will apply those 2 days to your Paid Sick Leave request and pay out the additional 3 days of Paid Sick Leave this pay period. Accordingly, your next pay stub will indicate 5 sick days and negative 2 regular days. Separately, you will also see deductions for your full month insurance payment in May (instead of split to two paychecks).

Please let me know if you have any questions.

Best,
Michelle

On Wed, May 12, 2021 at 11:09 AM Darden, Michael <mad2255@tc.columbia.edu> wrote:
Hi, Michelle:

OK.

Thank you and be well,

Michael

On Tue, May 11, 2021, 11:27 AM Michelle Nguyen <mnguyen@nuro.ai> wrote:
Hi Michael,

Yes, you may use your accrued Paid Sick Leave for that 7 day period. I will input your request to use the Paid Sick Leave in Paylocity. You should receive this amount for the next regularly scheduled pay date. Please let me know if you have any questions.

Best,
Michelle

On Fri, May 7, 2021 at 2:50 PM Darden, Michael <mad2255@tc.columbia.edu> wrote:
Hi, Michelle:

For the 7 days I was off before Short-Term Disability payment started, may I please receive sick pay from Nuro for those days?

Thanks once more,

Michael
917-868-8780

Case 4:25-cv-00911-DMR    Document 1    Filed 01/28/25    Page 121 of 500
121
12/13/24, 12:50 PM        Tc.columbia.edu M    Re: Medical Leave Request - More information need    ichael Darden, Disability; sick days payment, q…

On Mon, May 3, 2021, 2:37 PM Darden, Michael <mad2255@tc.columbia.edu> wrote:
Hi, Michelle:

OK.

Thanks again and take care,

Michael

On Mon, May 3, 2021, 2:08 PM Michelle Nguyen <mnguyen@nuro.ai> wrote:
Hi Michael,

We will cover your benefits for up to 6 months.

Let me know if you have any further questions.

Best,
Michelle

On Fri, Apr 30, 2021 at 11:46 AM Darden, Michael <mad2255@tc.columbia.edu> wrote:
Hi, Michelle:

For how long does Nuro pay my Anthem Blue Cross insurance premiums while I'm out on Medical
Disability Leave, please?

Thank you,

Michael

917-868-8780

On Mon, Apr 19, 2021, 5:39 PM Darden, Michael <mad2255@tc.columbia.edu> wrote:
Hi, Michelle:

You're welcome.  Thank you.

Best as well,

Michael
917-868-8780

On Mon, Apr 19, 2021, 4:22 PM Michelle Nguyen <mnguyen@nuro.ai> wrote:
Hi Michael,

Thank you for providing the updated reasonable accommodation form with the anticipated leave
duration of at least 90 days. This is to confirm that your leave request has been approved for 90 days
from April 15, 2021. Please let me know if anything changes or as you have further updates.

As for the STD Claim form, I've completed the Employer section and emailed it over to Anthem so
they can process your claim.

Let me know if you have any questions or need anything else.

Best,
Michelle

On Mon, Apr 19, 2021 at 7:11 AM Darden, Michael <mad2255@tc.columbia.edu> wrote:
Hi, Michelle:

Case 4:25-cv-00911-DMR    Document 1    Filed 01/28/25    Page 122 of 500

12/13/24, 12:50 PM          Tc.columbia.edu M        ...e: Medical Leave Request - More information neede        ...chael Darden, Disability; sick days payment, q…

122

I've completed, signed and faxed to Anthem Life my "Employee" portion, and am asking my doctor to separately similarly submit his "Physician" portion, of the Anthem, STD Claim Form. If you haven't already, would you please as well submit your "Employer" portion of this Form as soon as possible?

Thank you,

Michael
917-868-8780

On Fri, Apr 16, 2021, 5:02 PM Darden, Michael <mad2255@tc.columbia.edu> wrote:
Hi, Michelle:

Understood.  Revised, requested, completed, sighed "Reasonable Accommodation" form attached.

Thank you,

Michael
917-868-8780

On Fri, Apr 16, 2021, 3:15 PM Michelle Nguyen <mnguyen@nuro.ai> wrote:

Hi Michael,

Sorry for the confusion. I understand that you already provided the completed healthcare provider form to Ting (copied).

Thank you for providing the reasonable accommodation form from your provider so promptly. However, the completed form does not provide any estimate as to the duration of your requested leave. We need this information for business planning purposes and in order to assess the reasonableness of the requested leave. Accordingly, please provide a revised certification from your provider with an estimate of the leave duration as soon as possible but no later than April 23, 2021. Alternatively, please let us know by when you can provide an update on the anticipated duration of your leave. Please send this information to me directly.

Also, I inadvertently sent you a form titled "Certification of Health Care Provider for Employee's Serious Health Condition under the Family and Medical Leave Act" in my previous email. Please disregard that form as you do not need to return it to Nuro since, as noted in my previous email, you are not eligible for FMLA.

I've also provided you more information below regarding the leave, and now sent you all the STD and LTD forms.

Again, I apologize for the confusion. Please let me or Ting know if you have any further questions, or need anything further from me.

I look forward to hearing from you regarding the requested information about the anticipated duration of your leave.

Thanks,
Michelle

On Fri, Apr 16, 2021 at 2:39 PM Michelle Nguyen <mnguyen@nuro.ai> wrote:
Hi Michael,

Please find the attached LTD summary below.

Apologies for the confusion around the certification. We still need a **medical certification from a healthcare provider certifying the need for the leave as well as the anticipated duration of the leave.** I'm attaching the form that you can provide to your PCP to complete or they can use their own form for the certification.

Let me know if you have any further questions!

Best,
Michelle

On Fri, Apr 16, 2021 at 1:50 PM Darden, Michael <mad2255@tc.columbia.edu> wrote:
Hi, Michelle:

Appreciate receiving your below-attached email.  You've attached my completed signed, "medical certification" form. So you don't need me to provide that information, because you already have it: Please see the attached, "Reasonable Accommodation," MS Word-format document and confirm that you have it. I will soon complete, sign and submit the "Anthem STD Claim" form, as requested. Would you please as soon as possible, email me your Long-Term Disability forms too?


Thank you and best regards,

Michael
917-868-8780


---------- Forwarded message ---------
From: **Michelle Nguyen** <mnguyen@nuro.ai>wrote
Date: Fri, Apr 16, 2021, 12:15 PM
Subject: Medical Leave Request - More information needed
To: <mad2255@tc.columbia.edu>
Cc: Michael Darden <mdarden@nuro.ai>


Hi Michael,

I understand that you have started your disability leave as of **April 14, 2021,** and wanted to follow up to provide you with the necessary information.

As part of your medical leave, it will be an **unpaid** leave. As noted in our Employee Handbook (page 29), an unpaid leave will result in the **pause of your equity vesting.** Lastly, your benefits will resume as normal. However, Nuro will cover the employee portion of your benefits premiums while you are on leave. When you return, you will need to coordinate with our Payroll team so we can recoup the cost of the employee portion.

**An important checklist for you:**
- We require a medical certification from a healthcare provider certifying the need for the leave as well as the anticipated duration of the leave. **Please complete the attached form & return to me within 5 business days.**
- You may be eligible for wage replacement through our Anthem Short-Term Disability (STD) Plan and CA State Disability Insurance (SDI). I've included the instructions on how to apply for these below:
  - <u>STD</u> - STD will pay up to 60% of your salary, up to a weekly maximum benefit of $2,500. I've attached the STD Summary below with more information.

Case 4:25-cv-00911-DMR    Document 1    Filed 01/28/25    Page 124 of 500

124

12/13/24, 12:50 PM        Tc.columbia.edu M    ?e: Medical Leave Request - More information neede    chael Darden, Disability; sick days payment, q…

- **You and your Primary Care Physician (PCP) will need to complete the Short Term Disability Claim (STD) form & return back to me.** I will then email it to Anthem so they can process your claim.
  - SDI - This is a CA State benefit & SDI will pay up to a weekly maximum of $1,300 and will work in conjunction with STD.
    - **You will need to file directly on the EDD website.** I've attached a brochure below with more information.

Lastly, I've also attached a Rights & Responsibility notice for your reference. At this time, you are **not eligible** for FMLA because you have not yet met the 12-months tenure requirement.

Please review & let me know if you have any questions.

Best,
Michelle

--



**Michelle Nguyen**
*HR Program Manager*
e: mnguyen@nuro.ai
p: (408) 580-7620
www.nuro.ai

--



**Michelle Nguyen**
*HR Program Manager*
e: mnguyen@nuro.ai
p: (408) 580-7620
www.nuro.ai

--



**Michelle Nguyen**
*HR Program Manager*
e: mnguyen@nuro.ai
p: (408) 580-7620
www.nuro.ai

--

Case 4:25-cv-00911-DMR    Document 1    Filed 01/28/25    Page 125 of 500

12/13/24, 12:50 PM        Tc.columbia.edu N    Re: Medical Leave Request - More information need        ichael Darden, Disability; sick days payment, q…

125



**Michelle Nguyen**
*HR Program Manager*
e: mnguyen@nuro.ai
p: (408) 580-7620
www.nuro.ai

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT 3**



SDI Home          Inbox          New Claim          Draft          Profile          History

# Claim Summary

## Claim Information

| | | | |
|---|---|---|---|
| **Claimant Name:** | Michael Allan Darden | **Claim ID:** | DI-1007-871-547 |
| **Expected Return to Work Date:** | 04-19-2022 | **Claim Effective Date:** | 04-15-2021 |

Request Claim Update

## Current Claim Status

To continue to receive payments, submit the Continuing Eligibility Questionnaire (DE 2593).

| | | | |
|---|---|---|---|
| **Last Payment Amount ($):** | 2,714.00 | **Date Authorized:** | 04-13-2022 |

To review activity for this claim, visit Claim Activity.

## Benefit Summary

| | | | |
|---|---|---|---|
| **Daily Benefit Amount ($):** | 193.86 | **Weekly Benefit Amount ($):** | 1,357.00 |
| **Maximum Benefit Amount ($):** | 70,564.00 | **Total Benefit Amount Paid ($):** | 69,013.14 |
| **Remaining Benefit Amount ($):** | 1,550.86 | | |

For more information, visit Wage Information.

## Forms

### Available Online

To submit a form for this claim, visit Available Forms.

### Submitted by You

To review the submitted forms for this claim, visit Forms You Submitted.

### Submitted by Your Physician/Practitioner

To review your physician/practitioner's submitted forms for this claim, select their name.

EMANUEL N VERGIS

JOHN A GILLEAN

Back to Top     Contact EDD     Conditions of Use     Privacy Policy     Accessibility

Copyright © 2024 State of California



## Claim for Disability Insurance (DI) Benefits - Claimant's Statement (DE 2501)

Form Receipt Number:          R100000114194995

### Section 1 - Personal Information

| | |
|---|---|
| Social Security Number: | XXX-XX-6330 |
| EDD Customer Account Number: | 9997316098 |
| Legal Name: | Michael Allan Darden |
| California Driver License or ID Number: | Y7624304 |
| Date of Birth: | ▉-1966 |
| Gender: | Male |
| Preferred Language: | English |
| Mailing Address: | 1801 Shoreline Dr Apt 307<br>Alameda, CA 94501-6084<br>United States |
| Residence Address: | 1801 Shoreline Dr Apt 307<br>Alameda, CA 94501-6084<br>United States |
| Home Phone Number: | 917-868-8780 |
| Cell Phone Number: | |

### Section 2 - Other Names and Social Security Numbers Used

Please enter any other names or other Social Security Numbers under which you have worked. If you have never worked under another name or Social Security Number please leave this section blank.

| | |
|---|---|
| Name: | |
| Name: | |
| Social Security Number: | |
| Social Security Number: | |

### Section 3 - Employment Information

| | |
|---|---|
| Are you self employed? | No |
| Are you a State Government employee? | No |
| If "Yes," indicate bargaining unit number: | |
| At any time during your disability, were you in the custody of law enforcement authorities because you were convicted of violating law or ordinance? | No |
| Before your disability began, what was the last day you worked? | 04-14-2021 |
| When did your disability begin? | 04-15-2021 |
| Date you want your DI claim to begin if different than the date your disability began: | |
| Since your disability began, have you worked or are you working any full or partial days? | No |
| Have you recovered? | No |
| If "Yes," enter date: | |
| Have you returned to work? | No |
| If "Yes," enter date: | |

DE 2501                              1 of 8


**EDD** Employment Development Department
State of California

| What is your regular or customary occupation? | Training |
|---|---|
| Why did you stop working? | Illness, Injury or Pregnancy |
| How would you describe or classify your job? | Mostly sitting; occasionally standing and walking; occasionally lift, carry, push, pull or otherwise move objects that weigh 10 lbs. or less |
| Has or will your employer continue to pay you during your disability leave? | No |
|    If "Yes," indicate type(s) of pay: | |
|    Other type of pay: | |
| May we disclose benefit payment information to your employer (s)? | Yes |
| Do you have more than 2 employers? | No |
| Have you filed or do you intend to file for Workers' Compensation benefits? | No |
| Was this disability caused by your job? | No |
| Are you a resident of an alcohol recovery home or a drug-free facility? | No |

### Section 4 - List of Employers

| Your Last or Current Employer(s) | Employer Address | Employer Phone Number | Last Day Worked |
|---|---|---|---|
| Nuro Inc | 1300 Terra Bella Ave Ste 100 Mountain View, CA 94043-1850 United States | 650-476-2687 | 04-14-2021 |

### Section 5 - Alcohol Recovery or Drug-Free Facility Information

| Name of Facility: | |
|---|---|
| Address: | |
| Phone Number: | |

### Section 6 - Workers' Compensation Information

| Workers' Compensation Claim Number: | |
|---|---|
| Workers' Compensation Appeals Board/ADJ Case Number: | |
| Date(s) of injury shown on your Workers' Compensation Claim: | |
| Employer's name shown on your Workers' Compensation Claim: | |
| Employer's Phone Number: | |

### Section 7 - Workers' Compensation Insurance Company

| Workers' Compensation Insurance Company Name: | |
|---|---|
| Workers' Compensation Insurance Company Address: | |
| Workers' Compensation Insurance Company Phone Number: | |
| Adjuster's Name: | |
| Adjuster's Phone Number: | |



## Section 8 - Your Workers' Compensation Case Attorney Information

| Attorney's Name: | |
|---|---|
| Attorney's Address: | |
| Attorney's Phone Number: | |

## Section 9 - Payment Choice

| Preferred Payment Method: | Debit Card | I have reviewed the Debit Card Fees and Disclosures. | Yes |
|---|---|---|---|

## Section 10 - Declaration and Signature

By my signature on this claim statement, I claim benefits and certify that for the period covered by this claim I was unemployed and disabled. I understand that willfully making a false statement or concealing a material fact in order to obtain payment of benefits is a violation of California law and that such violation is punishable by imprisonment or fine or both. I declare under penalty of perjury that the foregoing statement, including any accompanying statements, is to the best of my knowledge and belief true, correct, and complete. By my signature on this claim statement, I authorize the California Department of Industrial Relations and my employer to furnish and disclose to State Disability Insurance all facts concerning my disability, wages or earnings, and benefits payments that are within their knowledge. By my signature on this claim statement, I authorize release and use of information as stated in the "Information Collection and Access" section of the Important Disability Insurance Program Information page. I agree that photocopies of this authorization shall be as valid as the original, and I understand that authorizations contained in this claim statement are granted for a period of fifteen years from the date of my signature or the effective date of the claim, whichever is later.

Health Insurance Portability and Accountability Act (HIPAA) Authorization

| I authorize Physician/Practitioner/Organization: | Kenneth Keough |
|---|---|

to furnish and disclose all my health information and to allow inspection of and provide copies of any medical, vocational rehabilitation, and billing records concerning my disability for which this claim is filed that are within their knowledge to the following employees of the California Employment Development Department (EDD): Disability Insurance Branch examiners, their direct supervisors/managers and any other EDD employee who may have a need to access this information in order to process my claim and/or determine eligibility for State Disability Insurance benefits. I understand that EDD is not a health plan or health care provider, so the information released to EDD may no longer be protected by federal privacy regulations. (45 CFR Section 164.508(c)(2)(iii)). EDD may disclose information as authorized by the California Unemployment Insurance Code. I agree that photocopies of this authorization shall be as valid as the original. I understand I have the right to revoke this authorization by sending written notification stopping this authorization to the EDD, DI Branch MIC 29, PO Box 826880, Sacramento, CA 94280. The authorization will stop on the date my request is received. I understand that the consequences for my revoking this authorization may result in denial of further State Disability Insurance benefits. I understand that, unless revoked by me in writing, this authorization is valid for fifteen years form the date received by EDD or the effective date of the claim, whichever is later. I understand that I may not revoke this authorization to avoid prosecution or to prevent EDD's recovery of monies to which it is legally entitled. I understand that I am signing this authorization voluntarily and that payment or eligibility for my benefits will be affected if I do not sign this authorization. The consequences for my refusal to sign this authorization may result in an incomplete claim form that cannot be processes for payment of State Disability Insurance benefits. I understand I have the right to receive a copy of this authorization.

| Claimant Signed: | Yes | Date Signed: | 04-15-2021 |
|---|---|---|---|
| Signed by Mark (X)? | | HIPAA Signed? | Yes |

DE 2501                          3 of 8


**Employment**
**Development**
**Department**
State of California

**Witness Information**

| Witness 1 Name: | | Date Signed: | |
|---|---|---|---|
| Address: | | | |
| Witness 2 Name: | | Date Signed: | |
| Address: | | | |

**Personal Representative Information**

| Personal Representative signing on behalf of claimant? | | Represents the claimant in this matter as authorized by: | |
|---|---|---|---|
| Personal Representative Name: | | Date Signed: | |

**Confirmation**

You are responsible for providing your claim receipt number to your physician/practitioner so they may complete and submit a medical certification for your claim. Your claim form is not complete without the Physician/Practitioner's Certificate. For faster processing, your physician/practitioner may complete and submit this form online at www.edd.ca.gov.

Alternatively, your physician/practitioner may submit the Physician/Practitioner's Certificate using the paper "Claim for Disability Insurance (DI) Benefits", DE 2501 form and mailing it to the EDD. Have your physician/practitioner complete and sign "Part B – PHYSICIAN/PRACTITIONER'S CERTIFICATE." Certification may be made by a licensed physician or practitioner authorized to certify to a patient's disability or serious health condition pursuant to California Unemployment Insurance Code, Section 2708. If you are under the care of an accredited religious practitioner, obtain a "Claim for Disability Insurance Benefits - Religious Practitioner's Certificate," DE 2502, by calling 1-800-480-3287 and ask your religious practitioner to complete and sign it. Rubber stamp signatures are not accepted.

Your completed claim form must be received no earlier than 9 days, but no later than 49 days, after the first day you became disabled. If your completed claim form is late, you may lose benefits. Most claims are processed within 14 days of receipt of a properly completed claim form, which includes your portion of the DE 2501 and the Physician/Practitioner's Certificate.

If you are receiving temporary workers' compensation benefits and are filing for reduced Disability Insurance benefits for the same days, "PART B – PHYSICIAN/PRACTITIONER'S CERTIFICATE" of this form is not required, however after filing, contact SDI by calling 1-800-480-3287.

| Submitted By: | Michael Allan Darden | Submitted On: | 04-15-2021 10:08 AM |
|---|---|---|---|
| Entered By: | Michael A Darden | Entered Date: | 04-15-2021 10:08 AM |

**Claim for Disability Insurance (DI) Benefits - Physician/Practitioner's Certificate (DE 2501)**

Form Receipt Number:                          R100000114623148

**Section 1 - Patient Information**

| Patient's Name: | Michael Allan Darden |
|---|---|
| Receipt Number: | R100000114194995 |



| Social Security Number: | |
|---|---|
| Date of Birth: | |
| File Number: | |

**Section 2 - Physician/Practitioner Information**

| Name: | EMANUEL N VERGIS |
|---|---|
| License Number: | G144834 |
| State of Licensure: | CA |
| Treatment Address: | 595 Castro St<br>San Francisco, CA 94114-2511<br>United States |
| Phone Number: | 415-291-0480 |
| License Type: | Physician or Surgeon (MD) |
| Specialty (if any): | |

**Section 3 - Treatment Information**

| This patient has been under my care and treatment for this medical problem: | |
|---|---|
| From: | 04-21-2021 |
| To: | |
| Are you presently treating the patient for this medical condition? | Yes |
| Treatment Intervals: | Monthly |
| Was the patient seen previously by another physician/practitioner or medical facility for the current disability/illness/injury? | No |
| If "Yes," enter the date of first treatment? | |
| At any time during your attendance for this medical problem, has the patient been incapable of performing his/her regular or customary work? | Yes |

**Section 4 - Claim Information**

| Date Disability Began: | 04-14-2021 |
|---|---|
| Was the disability caused by an accident or trauma? | No |
| If "Yes," indicate the date the accident or trauma occurred: | |
| Date you released or anticipate releasing patient to return to his/her regular or customary work: | 07-14-2021 |
| Patient's disability is permanent and you never anticipate releasing patient to return to his/her regular or customary work: | No |
| Enter the ICD Diagnosis Code and version for the primary disabling condition that prevents the patient from performing his/her regular or customary work below: | | | |
|---|---|---|---|
| ICD Diagnosis Code: | F32.2 | Diagnosis Code Version: | ICD-10 |
| ICD Diagnosis Code(s) for Secondary Disabling Condition(s): | | | |



| ICD Diagnosis Code: | F41.0 | Diagnosis Code Version: | ICD-10 |
|---|---|---|---|
| ICD Diagnosis Code: | F41.1 | Diagnosis Code Version: | ICD-10 |
| ICD Diagnosis Code: | | Diagnosis Code Version: | |
| Diagnosis - If no diagnosis has been determined, enter a detailed statement of symptoms: | | Complete emotional breakdown, overwhelming anxiety and panic, severe depressive symptoms (anhedonia, slowed mentation, slowed speaking) with suicidal thoughts, inability to focus/complete tasks | |
| Findings - State nature, severity, and extent of the incapacitating disease or injury, including any other disabling conditions: | | Severe, pervasive anxiety limits functioning with others; limited ability to focus and complete job tasks, persistent depressive symptoms resulting in overwhelming anxiety and panic | |
| Type of treatment/medication rendered to patient: | | psychotherapy | |
| If patient was hospitalized, date of entry: | | | |
| Date of discharge: | | | |
| Patient is still hospitalized? | | | |
| Is the patient deceased? | | No | |
| Date of death: | | | |
| City: | | | |
| County: | | | |
| State: | | | |
| Type of surgery/procedure: | | | |
| Date of surgery/procedure: | | | |
| Enter the ICD Procedure Code and version for surgery/procedure(s) planned or performed below: | | | |
| ICD Procedure Code: | | Procedure Code Version: | |
| ICD Procedure Code: | | Procedure Code Version: | |
| ICD Procedure Code: | | Procedure Code Version: | |
| ICD Procedure Code: | | Procedure Code Version: | |
| Enter the CPT code for surgery/procedure(s) planned or performed below: | | | |
| CPT Code: | | | |
| CPT Code: | | | |
| CPT Code: | | | |
| CPT Code: | | | |
| Was the patient unable to work immediately prior to the surgery or procedure? | | | |
| If "Yes," please provide the first date the patient was unable to work prior to the surgery or procedure? | | | |
| Was this disabling condition caused and/or aggravated by the patient's regular or customary work? | | No | |



| Are you completing this form for the sole purpose of referral/recommendation to an alcoholic recovery home or drug-free residential facility (as indicated by the patient on the DE 2501 Claim for Disability Insurance (DI) Benefits Claimant's Statement)? | No |
|---|---|
| Date your patient became a resident of a drug or alcohol facility (if known): | |
| Would disclosure of the information on this form be medically or psychologically detrimental to your patient? | No |
| Is this a pregnancy related claim? | No |

**Section 5 - Pregnancy Information**

| Estimated Delivery Date: | |
|---|---|
| Pregnancy End Date (if applicable): | |

| If this patient has not delivered and you do not anticipate releasing the patient to return to regular and customary work prior to the estimated delivery date, provide estimates for the number of days you anticipate the patient will be disabled after delivery for the both of the following delivery types: | |
|---|---|
| Vaginal delivery: | |
| Cesarean delivery: | |

| If this patient has delivered, indicate type of delivery and any complications as applicable. | |
|---|---|
| Type of Delivery: | |
| If pregnancy is/was abnormal, state the complication(s) causing maternal disability: | |

**Section 6 - Prognosis Information**

| What complications make your patient disabled longer than normally expected? | Inability to function normally with others. Overwhelming anxiety and panic; severe depression fuels anxiety and suicidal thoughts |
|---|---|

**Section 7 - Physician/Practitioner's Certification**

| Title of Person: | An authorized physician or practitioner pursuant to California Unemployment Insurance Code Section 2708. |
|---|---|

I certify under penalty of perjury that the patient is unable to perform his/her regular or customary work because of the listed disabling condition(s). I have performed a physical examination and/or treated the patient within my scope of practice as an authorized physician or practitioner pursuant to California Unemployment Insurance Code Section 2708.

| Physician/Practitioner Signed: | Yes |
|---|---|
| Date Signed: | 04-24-2021 |
| If government facility, provide facility name: | |
| If government facility, provide facility address: | |



**Employment
Development
Department
State of California**

Under Section 2116 and 2122 of the California Unemployment Insurance Code, it is a violation for any individual who, with the intent to defraud, falsely certifies the medical condition of any person in order to obtain disability insurance benefits, whether for the maker or for any other person and is punishable by imprisonment and/or fine not exceeding twenty thousand dollars. Section 1143 requires additional administrative penalties.

| Submitted By: | EMANUEL N VERGIS | Submitted On: | 04-24-2021 10:34 AM |
|---|---|---|---|
| Entered By: | EMANUEL N VERGIS | Entered Date: | 04-24-2021 10:34 AM |



**EDD** Employment Development Department
State of California

**View Physician/Practitioner Supplementary Certification for Continuing Eligibility (DE 2525XX)**

**Section 1 - Physician/Practitioner Information**

| Name: | EMANUEL N VERGIS | License Number: | G144834 |
|---|---|---|---|
| Treatment Address: | | 595 Castro St<br>San Francisco, CA 94114-2511<br>United States | |

**Section 2 - Patient Information**

| Patient Name: | Michael Allan Darden | SSN: | XXX-XX-6330 |
|---|---|---|---|
| EDDCAN: | 9997316098 | Date of Birth: | ▮-1966 |
| Claim Effective Date: | 04-15-2021 | Claim ID: | DI-1007-871-547 |

**Section 3 - Form Information**

Please complete and submit this information by the due date shown below.

| Receipt Number: | R100000118719930 | | |
|---|---|---|---|
| Issue Date: | 07-15-2021 | Due Date: | 08-04-2021 |

**Section 4 - Physician/Practitioner's Supplementary Certificate**

| | |
|---|---|
| Patient File Number: | |
| Specialty, if any: | |
| Are you still treating the patient? | Yes |
|   If "Yes," provide the Date of Last Treatment: | 06-16-2021 |
|   If "Yes," provide the Next Appointment Date: | |

What present condition continues to make the patient disabled?

Severe generalized anxiety and panic

Enter the ICD Diagnosis Code and version for the primary disabling condition that prevents the patient from performing his/her regular or customary work below:

| ICD Diagnosis Code: | F41.0 | Diagnosis Code Version: | ICD-10 |
|---|---|---|---|

Enter the ICD Diagnosis Code and version for the secondary disabling condition that prevents the patient from performing his/her regular or customary work below:

| ICD Diagnosis Code: | F41.1 | Diagnosis Code Version: | ICD-10 |
|---|---|---|---|
| ICD Diagnosis Code: | f32.2 | Diagnosis Code Version: | ICD-10 |
| ICD Diagnosis Code: | | Diagnosis Code Version: | |

Describe how the patient's present condition/impairment prevents him/her from returning to his/her regular or customary work:

Severe anxiety/stress and panic prevent him from being able to function with other people.

What factors or complications are disabling the patient longer than previously estimated for this type of illness or injury?

Persistent inability to function due to overwhelming anxiety and panic, and underlying depression.

DE 2525XX                    1 of 2



| Was the patient hospitalized? | No |
|---|---|
| If "Yes," provide the Date of Entry: | |
| If "Yes," provide the Date of Discharge: | |
| Check here if patient still hospitalized: | No |
| Was surgery/procedure performed, or will a surgery/procedure be performed? | No |
| If "Yes," provide the Type of surgery/procedure: | |
| If "Yes," provide the Date of surgery/procedure: | |

| Enter the ICD Procedure Code and version for surgery/procedure(s) planned or performed below: | | | |
|---|---|---|---|
| ICD Procedure Code: | | Procedure Code Version: | |
| ICD Procedure Code: | | Procedure Code Version: | |
| ICD Procedure Code: | | Procedure Code Version: | |
| ICD Procedure Code: | | Procedure Code Version: | |

| Enter the CPT code for surgery/procedure(s) planned or performed below: | | | |
|---|---|---|---|
| CPT Code: | | CPT Code: | |
| CPT Code: | | CPT Code: | |

| Present estimated date patient will be able to perform his/her regular or customary work: | 10-15-2021 |
|---|---|
| Check here to indicate patient's disability is permanent and you never anticipate releasing patient to return to his/her regular or customary work: | No |
| Would disclosure of this information to your patient be medically or psychologically detrimental to the patient? | No |

**Section 5 - Certification**

| Title: | An authorized physician or practitioner pursuant to California Unemployment Insurance Code Section 2708. |
|---|---|

I certify under penalty of perjury that the patient is unable to perform his/her regular or customary work because of the listed disabling condition(s). I have performed a physical examination and/or treated the patient within my scope of practice as an authorized physician or practitioner pursuant to California Unemployment Insurance Code Section 2708.

| Submitted by: | EMANUEL N VERGIS | Submitted on: | 07-16-2021 04:09 PM |
|---|---|---|---|
| Entered By: | EMANUEL N VERGIS | Entered Date: | 07-16-2021 04:09 PM |

DE 2525XX                2 of 2



**View Physician/Practitioner Supplementary Certification for Continuing Eligibility (DE 2525XX)**

### Section 1 - Physician/Practitioner Information

| Name: | EMANUEL N VERGIS | License Number: | G144834 |
|---|---|---|---|
| Treatment Address: | | 595 Castro St<br>San Francisco, CA 94114-2511<br>United States | |

### Section 2 - Patient Information

| Patient Name: | Michael Allan Darden | SSN: | XXX-XX-6330 |
|---|---|---|---|
| EDDCAN: | 9997316098 | Date of Birth: | -1966 |
| Claim Effective Date: | 04-15-2021 | Claim ID: | DI-1007-871-547 |

### Section 3 - Form Information

Please complete and submit this information by the due date shown below.

| Receipt Number: | R100000123285469 | | |
|---|---|---|---|
| Issue Date: | | Due Date: | |

### Section 4 - Physician/Practitioner's Supplementary Certificate

| | |
|---|---|
| Patient File Number: | |
| Specialty, if any: | |
| Are you still treating the patient? | Yes |
|    If "Yes," provide the Date of Last Treatment: | 10-11-2021 |
|    If "Yes," provide the Next Appointment Date: | |

| What present condition continues to make the patient disabled? |
|---|
| Ongoing overwhelming stress/anxiety and severe depression. |

Enter the ICD Diagnosis Code and version for the primary disabling condition that prevents the patient from performing his/her regular or customary work below:

| ICD Diagnosis Code: | F41.0 | Diagnosis Code Version: | ICD-10 |
|---|---|---|---|

Enter the ICD Diagnosis Code and version for the secondary disabling condition that prevents the patient from performing his/her regular or customary work below:

| ICD Diagnosis Code: | F41.1 | Diagnosis Code Version: | ICD-10 |
|---|---|---|---|
| ICD Diagnosis Code: | F32.2 | Diagnosis Code Version: | ICD-10 |
| ICD Diagnosis Code: | | Diagnosis Code Version: | |

| Describe how the patient's present condition/impairment prevents him/her from returning to his/her regular or customary work: |
|---|
| Overwhelming stress/anxiety and depression impair his ability to focus on work responsibilities. Frequently distracted due to ongoing stressors in his life. |

| What factors or complications are disabling the patient longer than previously estimated for this type of illness or injury? |
|---|

DE 2525XX                    1 of 2



| Persistent anxiety and depression with ineffective response to treatment. | |
|---|---|
| Was the patient hospitalized? | No |
| If "Yes," provide the Date of Entry: | |
| If "Yes," provide the Date of Discharge: | |
| Check here if patient still hospitalized: | No |
| Was surgery/procedure performed, or will a surgery/procedure be performed? | No |
| If "Yes," provide the Type of surgery/procedure: | |
| If "Yes," provide the Date of surgery/procedure: | |

| Enter the ICD Procedure Code and version for surgery/procedure(s) planned or performed below: | | | |
|---|---|---|---|
| ICD Procedure Code: | | Procedure Code Version: | |
| ICD Procedure Code: | | Procedure Code Version: | |
| ICD Procedure Code: | | Procedure Code Version: | |
| ICD Procedure Code: | | Procedure Code Version: | |

| Enter the CPT code for surgery/procedure(s) planned or performed below: | | | |
|---|---|---|---|
| CPT Code: | | CPT Code: | |
| CPT Code: | | CPT Code: | |

| Present estimated date patient will be able to perform his/her regular or customary work: | 01-15-2022 |
|---|---|
| Check here to indicate patient's disability is permanent and you never anticipate releasing patient to return to his/her regular or customary work: | No |
| Would disclosure of this information to your patient be medically or psychologically detrimental to the patient? | No |

**Section 5 - Certification**

| Title: | An authorized physician or practitioner pursuant to California Unemployment Insurance Code Section 2708. |
|---|---|

I certify under penalty of perjury that the patient is unable to perform his/her regular or customary work because of the listed disabling condition(s). I have performed a physical examination and/or treated the patient within my scope of practice as an authorized physician or practitioner pursuant to California Unemployment Insurance Code Section 2708.

| Submitted by: | EMANUEL N VERGIS | Submitted on: | 10-13-2021 07:35 AM |
|---|---|---|---|
| Entered By: | EMANUEL N VERGIS | Entered Date: | 10-13-2021 07:35 AM |



**EDD** Employment Development Department
State of California

### View Physician/Practitioner Supplementary Certification for Continuing Eligibility (DE 2525XX)

#### Section 1 - Physician/Practitioner Information

| Name: | JOHN A GILLEAN | License Number: | A141657 |
|---|---|---|---|
| Treatment Address: | | 1155 Mountain Blvd<br>Oakland, CA 94611-1958<br>United States | |

#### Section 2 - Patient Information

| Patient Name: | Michael Allan Darden | SSN: | XXX-XX-6330 |
|---|---|---|---|
| EDDCAN: | 9997316098 | Date of Birth: | -1966 |
| Claim Effective Date: | 04-15-2021 | Claim ID: | DI-1007-871-547 |

#### Section 3 - Form Information

Please complete and submit this information by the due date shown below.

| Receipt Number: | R100000124394167 | | |
|---|---|---|---|
| Issue Date: | | Due Date: | |

#### Section 4 - Physician/Practitioner's Supplementary Certificate

| Patient File Number: | |
|---|---|
| Specialty, if any: | |
| Are you still treating the patient? | Yes |
| If "Yes," provide the Date of Last Treatment: | 09-27-2021 |
| If "Yes," provide the Next Appointment Date: | 12-07-2021 |

What present condition continues to make the patient disabled?

MDD, single episode, severe

Enter the ICD Diagnosis Code and version for the primary disabling condition that prevents the patient from performing his/her regular or customary work below:

| ICD Diagnosis Code: | F33.2 | Diagnosis Code Version: | ICD-10 |
|---|---|---|---|

Enter the ICD Diagnosis Code and version for the secondary disabling condition that prevents the patient from performing his/her regular or customary work below:

| ICD Diagnosis Code: | F43.23 | Diagnosis Code Version: | ICD-10 |
|---|---|---|---|
| ICD Diagnosis Code: | | Diagnosis Code Version: | |
| ICD Diagnosis Code: | | Diagnosis Code Version: | |

Describe how the patient's present condition/impairment prevents him/her from returning to his/her regular or customary work:

What factors or complications are disabling the patient longer than previously estimated for this type of illness or injury?

DE 2525XX                                    1 of 2



| Was the patient hospitalized? | No |
|---|---|
| If "Yes," provide the Date of Entry: | |
| If "Yes," provide the Date of Discharge: | |
| Check here if patient still hospitalized: | No |
| Was surgery/procedure performed, or will a surgery/procedure be performed? | No |
| If "Yes," provide the Type of surgery/procedure: | |
| If "Yes," provide the Date of surgery/procedure: | |

| Enter the ICD Procedure Code and version for surgery/procedure(s) planned or performed below: | | | |
|---|---|---|---|
| ICD Procedure Code: | | Procedure Code Version: | |
| ICD Procedure Code: | | Procedure Code Version: | |
| ICD Procedure Code: | | Procedure Code Version: | |
| ICD Procedure Code: | | Procedure Code Version: | |

| Enter the CPT code for surgery/procedure(s) planned or performed below: | | | |
|---|---|---|---|
| CPT Code: | | CPT Code: | |
| CPT Code: | | CPT Code: | |

| Present estimated date patient will be able to perform his/her regular or customary work: | 01-18-2022 | |
|---|---|---|
| Check here to indicate patient's disability is permanent and you never anticipate releasing patient to return to his/her regular or customary work: | No | |
| Would disclosure of this information to your patient be medically or psychologically detrimental to the patient? | No | |

**Section 5 - Certification**

| Title: | An authorized physician or practitioner pursuant to California Unemployment Insurance Code Section 2708. |
|---|---|

I certify under penalty of perjury that the patient is unable to perform his/her regular or customary work because of the listed disabling condition(s). I have performed a physical examination and/or treated the patient within my scope of practice as an authorized physician or practitioner pursuant to California Unemployment Insurance Code Section 2708.

| Submitted by: | JOHN A GILLEAN | Submitted on: | 11-02-2021 07:19 PM |
|---|---|---|---|
| Entered By: | JOHN A GILLEAN | Entered Date: | 11-02-2021 07:19 PM |



**Employment Development Department**
State of California

## View Physician/Practitioner Supplementary Certification for Continuing Eligibility (DE 2525XX)

### Section 1 - Physician/Practitioner Information

| Name: | JOHN A GILLEAN | License Number: | A141657 |
|---|---|---|---|
| Treatment Address: | | 1155 Mountain Blvd<br>Oakland, CA 94611-1958<br>United States | |

### Section 2 - Patient Information

| Patient Name: | Michael Allan Darden | SSN: | XXX-XX-6330 |
|---|---|---|---|
| EDDCAN: | 9997316098 | Date of Birth: | -1966 |
| Claim Effective Date: | 04-15-2021 | Claim ID: | DI-1007-871-547 |

### Section 3 - Form Information

Please complete and submit this information by the due date shown below.

| Receipt Number: | R100000130249862 | | |
|---|---|---|---|
| Issue Date: | 01-26-2022 | Due Date: | 02-15-2022 |

### Section 4 - Physician/Practitioner's Supplementary Certificate

| Patient File Number: | |
|---|---|
| Specialty, if any: | |
| Are you still treating the patient? | Yes |
|   If "Yes," provide the Date of Last Treatment: | 12-07-2021 |
|   If "Yes," provide the Next Appointment Date: | 02-15-2022 |

What present condition continues to make the patient disabled?

MDD, single episode, severe

Enter the ICD Diagnosis Code and version for the primary disabling condition that prevents the patient from performing his/her regular or customary work below:

| ICD Diagnosis Code: | F33.2 | Diagnosis Code Version: | ICD-10 |
|---|---|---|---|

Enter the ICD Diagnosis Code and version for the secondary disabling condition that prevents the patient from performing his/her regular or customary work below:

| ICD Diagnosis Code: | F43.23 | Diagnosis Code Version: | ICD-10 |
|---|---|---|---|
| ICD Diagnosis Code: | | Diagnosis Code Version: | |
| ICD Diagnosis Code: | | Diagnosis Code Version: | |

Describe how the patient's present condition/impairment prevents him/her from returning to his/her regular or customary work:

What factors or complications are disabling the patient longer than previously estimated for this type of illness or injury?

DE 2525XX                    1 of 2



| Was the patient hospitalized? | No |
|---|---|
| If "Yes," provide the Date of Entry: | |
| If "Yes," provide the Date of Discharge: | |
| Check here if patient still hospitalized: | No |
| Was surgery/procedure performed, or will a surgery/procedure be performed? | No |
| If "Yes," provide the Type of surgery/procedure: | |
| If "Yes," provide the Date of surgery/procedure: | |

| Enter the ICD Procedure Code and version for surgery/procedure(s) planned or performed below: | | | |
|---|---|---|---|
| ICD Procedure Code: | | Procedure Code Version: | |
| ICD Procedure Code: | | Procedure Code Version: | |
| ICD Procedure Code: | | Procedure Code Version: | |
| ICD Procedure Code: | | Procedure Code Version: | |

| Enter the CPT code for surgery/procedure(s) planned or performed below: | | |
|---|---|---|
| CPT Code: | | CPT Code: | |
| CPT Code: | | CPT Code: | |

| Present estimated date patient will be able to perform his/her regular or customary work: | 04-19-2022 |
|---|---|
| Check here to indicate patient's disability is permanent and you never anticipate releasing patient to return to his/her regular or customary work: | No |
| Would disclosure of this information to your patient be medically or psychologically detrimental to the patient? | No |

**Section 5 - Certification**

| Title: | An authorized physician or practitioner pursuant to California Unemployment Insurance Code Section 2708. |
|---|---|

I certify under penalty of perjury that the patient is unable to perform his/her regular or customary work because of the listed disabling condition(s). I have performed a physical examination and/or treated the patient within my scope of practice as an authorized physician or practitioner pursuant to California Unemployment Insurance Code Section 2708.

| Submitted by: | JOHN A GILLEAN | Submitted on: | 02-01-2022 03:11 PM |
|---|---|---|---|
| Entered By: | JOHN A GILLEAN | Entered Date: | 02-01-2022 03:11 PM |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT 4**



| | SDI Home | Inbox | New Claim | Draft | Profile | History |

## Home

 Message Center

Check the message center Inbox below to review messages and take required actions as needed.

Inbox | New: 15 , Total: 45 |

## Personal Information

| | | | |
|---|---|---|---|
| **Full Name:** | Michael Allan Darden | **EDD Customer Account Number:** | 9997316098 |
| **Mailing Address:** | 1801 Shoreline Dr Apt 307<br>Alameda, CA 94501-6084<br>United States | **Phone Number:** | 917-868-8780 |
| **Residence Address:** | 1801 Shoreline Dr Apt 307<br>Alameda, CA 94501-6084<br>United States | **Cell Phone Number:** | |
| **E-mail Address:** | mad2255@tc.columbia.edu | | |

## Current Disability Insurance Claim(s)

| Claim ID | Claim Effective Date |
|---|---|
| DI-1007-871-547 | 04-15-2021 |

## Pending Disability Insurance Claim Application(s)

No Results Found

## Current Paid Family Leave Claim(s)

No Results Found

## Pending Paid Family Leave Claim Application(s)

No Results Found

## Customer Satisfaction Survey

Your opinion is important to us. Select the link below to complete a survey about your online experience.

Link to Survey



## Claim Information

| | | | |
|---|---|---|---|
| **Claimant Name:** | Michael Allan Darden | **Claim ID:** | DI-1007-871-547 |
| **Expected Return to Work Date:** | 04-19-2022 | **Claim Effective Date:** | 04-15-2021 |
| **Social Security Number:** | XXX-XX-6330 | | |

## Benefit Summary

| | | | |
|---|---|---|---|
| **Daily Benefit Amount ($):** | 193.86 | **Weekly Benefit Amount ($):** | 1,357.00 |
| **Maximum Benefit Amount ($):** | 70,564.00 | **Total Benefit Amount Paid ($):** | 69,013.14 |
| | | **Remaining Benefit Amount ($):** | 1,550.86 |

## Activity Record

1  2

| Date Issued | Claim Activity | Payment ($) | Reduction ($) | Reason | Activity Period | Days in Period |
|---|---|---|---|---|---|---|
| 04-13-2022 | Auto-Payment | 2714.00 | 0.00 | | 03-30-2022 - 04-12-2022 | 14 |
| 03-30-2022 | Auto-Payment | 2714.00 | 0.00 | | 03-16-2022 - 03-29-2022 | 14 |
| 03-16-2022 | Auto-Payment | 2714.00 | 0.00 | | 03-02-2022 - 03-15-2022 | 14 |
| 03-02-2022 | Auto-Payment | 2714.00 | 0.00 | | 02-16-2022 - 03-01-2022 | 14 |
| 02-16-2022 | Auto-Payment | 2714.00 | 0.00 | | 02-02-2022 - 02-15-2022 | 14 |
| 02-02-2022 | Payment | 2907.86 | 0.00 | | 01-18-2022 - 02-01-2022 | 15 |
| 01-25-2022 | Payment | 1357.00 | 0.00 | | 01-11-2022 - 01-17-2022 | 7 |
| 01-11-2022 | Payment | 2714.00 | 0.00 | | 12-28-2021 - 01-10-2022 | 14 |
| 12-28-2021 | Payment | 775.43 | 0.00 | | 12-24-2021 - 12-27-2021 | 4 |
| 12-24-2021 | Auto-Payment | 2714.00 | 0.00 | | 12-10-2021 - 12-23-2021 | 14 |
| 12-10-2021 | Auto-Payment | 2714.00 | 0.00 | | 11-26-2021 - 12-09-2021 | 14 |
| 11-28-2021 | Auto-Payment | 2714.00 | 0.00 | | 11-12-2021 - 11-25-2021 | 14 |
| 11-12-2021 | Auto-Payment | 2714.00 | 0.00 | | 10-29-2021 - 11-11-2021 | 14 |
| 10-29-2021 | Auto-Payment | 2714.00 | 0.00 | | 10-15-2021 - 10-28-2021 | 14 |
| 10-15-2021 | Payment | 581.57 | 0.00 | | 10-12-2021 - 10-14-2021 | 3 |
| 10-12-2021 | Payment | 2714.00 | 0.00 | | 09-28-2021 - 10-11-2021 | 14 |
| 09-28-2021 | Payment | 581.57 | 0.00 | | 09-25-2021 - 09-27-2021 | 3 |
| 09-26-2021 | Auto-Payment | 2714.00 | 0.00 | | 09-11-2021 - 09-24-2021 | 14 |
| 09-12-2021 | Auto-Payment | 2714.00 | 0.00 | | 08-28-2021 - 09-10-2021 | 14 |
| 08-29-2021 | Auto-Payment | 2714.00 | 0.00 | | 08-14-2021 - 08-27-2021 | 14 |



# Claim Activity

Back to Claim Summary

## Claim Information

| | | | |
|---|---|---|---|
| Claimant Name: | Michael Allan Darden | Claim ID: | DI-1007-871-547 |
| Expected Return to Work Date: | 04-19-2022 | Claim Effective Date: | 04-15-2021 |
| Social Security Number: | XXX-XX-6330 | | |

## Benefit Summary

| | | | |
|---|---|---|---|
| Daily Benefit Amount ($): | 193.86 | Weekly Benefit Amount ($): | 1,357.00 |
| Maximum Benefit Amount ($): | 70,564.00 | Total Benefit Amount Paid ($): | 69,013.14 |
| | | Remaining Benefit Amount ($): | 1,550.86 |

## Activity Record

1 **2**

| Date Issued | Claim Activity | Payment ($) | Reduction ($) | Reason | Activity Period | Days in Period |
|---|---|---|---|---|---|---|
| 08-15-2021 | Auto-Payment | 2714.00 | 0.00 | | 07-31-2021 - 08-13-2021 | 14 |
| 08-01-2021 | Auto-Payment | 2714.00 | 0.00 | | 07-17-2021 - 07-30-2021 | 14 |
| 07-18-2021 | Payment | 581.57 | 0.00 | | 07-14-2021 - 07-16-2021 | 3 |
| 07-14-2021 | Payment | 1357.00 | 0.00 | | 07-07-2021 - 07-13-2021 | 7 |
| 07-07-2021 | Payment | 775.43 | 0.00 | | 07-03-2021 - 07-06-2021 | 4 |
| 07-04-2021 | Auto-Payment | 2714.00 | 0.00 | | 06-19-2021 - 07-02-2021 | 14 |
| 06-20-2021 | Auto-Payment | 2714.00 | 0.00 | | 06-05-2021 - 06-18-2021 | 14 |
| 06-06-2021 | Auto-Payment | 2714.00 | 0.00 | | 05-22-2021 - 06-04-2021 | 14 |
| 05-23-2021 | Auto-Payment | 2714.00 | 0.00 | | 05-08-2021 - 05-21-2021 | 14 |
| 05-09-2021 | Auto-Payment | 2714.00 | 0.00 | | 04-24-2021 - 05-07-2021 | 14 |
| 04-25-2021 | Payment | 387.71 | 0.00 | | 04-22-2021 - 04-23-2021 | 2 |
| 04-24-2021 | Waiting period | 0.00 | 0.00 | | 04-15-2021 - 04-21-2021 | 7 |

1 **2**

Back to Claim Summary

**EXHIBIT 5**



Darden, Michael <mad2255@tc.columbia.edu>

---

## Anthem Disability Forms, Michael Darden, Short-Term, completed, signed

**Darden, Michael** <mad2255@tc.columbia.edu>                                    Sun, Apr 25, 2021 at 9:58 PM
To: disability@anthem.com

Attached, completed and signed, as requested:

Satisfactory?

Claim Number ST-443380

Thank you and take care,

Michael
Michael Darden
917-868-8780

---

📄 **AnthemDisabilityFormsMichaelDarden.pdf**
4212K



Darden, Michael <mad2255@tc.columbia.edu>

## Automatic reply: {EXTERNAL} Anthem Disability Forms, Michael Darden, Short-Term, completed, signed

1 message

**Disability-Wellpoint (Shared Mailbox)** <Disability@anthem.com>        Sun, Apr 25, 2021 at 9:49 PM
To: "Darden, Michael" <mad2255@tc.columbia.edu>

This is a confirmation that the claim information has been received.

**Life & Disability Claims Service Center**

**PO Box 105426 · Atlanta, GA 30348-5426**

Customer Service: 1-800-813-5682

Fax: 1-800-850-0017

email: disability@anthem.com

**CONFIDENTIALITY NOTICE:** This e-mail message, including any attachments, is
for the sole use of the intended recipient(s) and may contain confidential
and privileged information or may otherwise be protected by law. Any
unauthorized review, use, disclosure or distribution is prohibited. If you
are not the intended recipient, please contact the sender by reply e-mail
and destroy all copies of the original message and any attachment thereto.



Disability Service Center
P.O. Box 105426
Atlanta, GA 30348-5426
Tel 800-813-5682
Fax 800-850-0017
Email:disability@anthem.com

**Disability Employee Authorization for Release of Information**
**(HIPAA compliant)**

**To be signed and dated by the insured/claimant.**

I authorize any licensed physician, any other medical practitioner or provider, pharmacist, hospital, clinic, other medical or medically related facility, federal, state or local government agency, insurance or reinsuring company, consumer reporting agency or employer having information available as to diagnosis, treatment and prognosis with respect to any physical or mental condition and/or treatment of me, and any non-medical information about me, to give any and all such information to authorized representatives of Anthem Blue Cross Life and Health Insurance Company (Anthem) and including, but not limited to any other mental or psychiatric records, medical, dental and hospital records (including psychiatric, alcohol, and drug abuse, and HIV/AIDS information) which may have been acquired in the course of examination or treatment. I understand that the information obtained by use of this authorization will be used by Anthem representatives to evaluate and adjudicate my current disability claim, and may be re-disclosed to (a) any medical, investigative, financial or vocational specialist or entity, or (b) any other organization or person, employed by or representing Anthem solely to assist with the evaluation and adjudication of my current disability claim. Each such person or entity to whom this re-disclosure is made shall comply with the HIPAA Privacy Rule as regards any re-disclosed protected health information.

This authorization is valid during the pendency of this claim and shall expire on the date my claim finally ends. A photocopy of this authorization is as valid as the original. I understand that my authorized representative or I have the right to request and receive a copy of this authorization and the information to which it pertains.

I understand that I have the right to revoke this authorization by notifying Anthem in writing, of my revocation. However, such revocation is not effective to the extent that Anthem have relied previously upon this authorization for the use or disclosure of my protected health information. In addition, I understand that my revocation of, or my failure to sign this authorization may impair Anthem's ability to evaluate my current disability claim and as a result may be a basis for denying that current disability claim for benefits.

If you reside in **California, Connecticut or North Dakota:** This authorization excludes the release of information about Human Immunodeficiency Virus (HIV). If you reside in **Maine:** This authorization excludes disclosure of the result of a test for HIV if the applicant has tested positive but has not developed symptoms of the disease AIDS. Such test results shall not be discovered or published. Nothing in this caveat will prohibit this authorization from including the fact that the applicant has AIDS.

If you reside in **Minnesota:** This authorization excludes the release of information about HIV (AIDS VIRUS) tests.

If you reside in **Vermont:** This authorization EXCLUDES the release of any information about previously administered HIV-related tests, including but not limited to tests for HIV antibodies, T-Cell counts, AIDS or ARC. The proposed insured is NOT AUTHORIZING ANTHEM to forward the results from any new test, requested by us, to any outside, non-affiliated company or entity not under specific contract with us to perform underwriting services, and ANTHEM shall comply, as applicable with the provisions of Title 8, Section 4724 (20) of the Vermont Statutes.

| | | | |
|---|---|---|---|
| *Michael Auburden* | *Michael Auburden* | 05/05/1966 | 4/25/21 |
| Printed name of Individual | Signature of Individual Or Legal Representative* | Date of Birth | Date Signed |

| | | | | |
|---|---|---|---|---|
| 1801 Shore Line Drive, Apt 307, | Alameda, | CA | 94501 | 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 |
| Address | City | State | Zip Code | Social Security Number |

*If this authorization is signed by a legal representative on behalf of the individual, please complete the following and attach a copy of the representative's authority to this form (e.g., Health Care Power of Attorney, Executor/Administrator of an estate):

Personal Representative's Name: _____

Relationship to Member:: _____

PA10-ST00443380

Life products underwritten by Anthem Blue Cross Life and Health Insurance Company; Disability products underwritten by Anthem Life Insurance Company. Independent licensees of the Blue Cross Association. ANTHEM is a registered trademark of Anthem Insurance Companies, Inc. The Blue Cross name and symbol are registered marks of the Blue Cross Association.



Disability Service Center
P.O. Box 105426
Atlanta, GA  30348-5426
Tel 800-813-5682
Fax 800-850-0017
Email:disability@anthem.com

## Disability Employee Authorization for Release of Information
### (HIPAA compliant)

**To be signed and dated by the insured/claimant.**

I authorize any licensed physician, any other medical practitioner or provider, pharmacist, hospital, clinic, other medical or medically related facility, federal, state or local government agency, insurance or reinsuring company, consumer reporting agency or employer having information  available as to diagnosis, treatment and prognosis with respect to any physical or mental condition and/or treatment of me, and any non-medical information about me, to give any and all such information to authorized representatives of Anthem Blue Cross Life and Health Insurance Company (Anthem) and including, but not limited to any other mental or psychiatric records, medical, dental and hospital records (including psychiatric, alcohol,  and drug abuse, and HIV/AIDS information) which may have been acquired in the course of examination or treatment. I understand th at the information obtained by use of this authorization will be used by Anthem's representatives to evaluate and adjudicate my current disability claim, and may be re-disclosed to (a) any medical, investigative, financial or vocational specialist or entity, or (b) any other organization or person, employed by or representing Anthem solely to assist with the evaluation and adjudication of my current disability claim. Each such person or entity to whom this re-disclosure is made shall comply with the HIPAA Privacy Rule as regards any re-disclosed protected health information.

This authorization is valid during the pendency of my claim and shall expire on the date my claim finally  ends. A photocopy of this authorization is as valid as the original. I understand that my authorized representative or I have the right to request and receive a copy of this authorization and the information to which it pertains.

I understand that I have the right to revoke this authorization by notifying  Anthem in writing, of my revocation. However, s uch revocation is not effective to the extent that Anthem have relied previously upon this authorization  for the use or disclosure of my protected health information. In addition, I understand that my revocation of, or my failure to sign this authorization may impair Anthem's ability to evaluate my current disability  claim and as a result may be a basis for denying that current disability claim for benefits.

**If you reside in California, Connecticut or North Dakota: This authorization  excludes the release of information about Human Immunodeficiency  Virus (HIV). If you reside in Maine: This authorization excludes disclosure of the result of a test for HIV if the applicant has tested positive but has not developed symptoms of the disease AIDS. Such test results shall not be discovered or published. Nothing in this caveat will prohibit this authorization from including the fact that the applicant has AIDS.**

**If you reside in Minnesota: This authorization  excludes the release of information about HIV (AIDS VIRUS) tests.**

**If you reside in Vermont: This authorization  EXCLUDES the release of any information about previously administered HIV-related tests, including but not limited to tests for HIV antibodies,  T-Cell counts, AIDS or ARC. The proposed  insured  is NOT AUTHORIZING ANTHEM to forward the results from any new test, requested by us, to any outside, non-affiliated company or entity not under specific contract with us to perform underwriting services, and ANTHEM shall comply, as applicable with the provisions of Title 8, Section 4724  (20) of the Vermont Statutes.**

| Michael A. Darden | Michael A. Darden | 05/05/1966 | 4/25/21 |
|---|---|---|---|
| Printed name of Individual | Signature of Individual Or Legal Representative* | Date of Birth | Date Signed |

| 1801 Shore Line Drive, Apt 307, | Alameda, | CA | 94501 | 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 |
|---|---|---|---|---|
| Address | City | State | Zip Code | Social Security Number |

*If this authorization is signed by a legal representative on behalf of the individual, please complete the following and attach a copy of the representative's authority to this form (e.g., Health Care Power of Attorney, Executor/Administrator of an estate):

Personal Representative's Name: _____

Relationship to Member: _____

PA10-ST00443380
Life products underwritten by Anthem Blue Cross Life and Health Insurance Company; Disability products underwritten by Anthem Life Insurance Company. Independent licensees of the Blue Cross Association. ANTHEM is a registered trademark of Anthem Insurance Companies, Inc.
The Blue Cross name and symbol are registered marks of the Blue Cross Association.



Disability Service Center
P.O. Box 105426
Atlanta, GA 30348-5426
Tel 800-813-5682
Fax 800-850-0017
Email:disability@anthem.com

## REIMBURSEMENT AGREEMENT

Employee's Name:  *Darden*          *Michael*          *Allan*
                   Last              First             Middle

Employee's last 4 digits of
Social Security Number          *6330*

First Day Absent  *4/15/21*

Employer          *Nuro, Inc.*

Group #  *281337M01*

I acknowledge that I am eligible for benefits under the disability plan sponsored by the above named employer whose claims for plan benefits are either insured by or administered on an employer self-funded basis by Anthem Blue Cross Life and Health Insurance Company (hereinafter referred to as Anthem Blue Cross Life). I agree to reimburse Anthem Blue Cross Life 100% of the amount of benefits I receive, have received, or shall receive from any person or entity for loss of wages incurred as a result of the occurrence which gave rise to my claim for payment of benefits from the disability plan. In the event that the 100% reimbursement provided in the preceding sentence is greater than the amount of my recovery, less attorney fees and other legal expenses I incurred in obtaining such recovery (my net recovery), I agree to reimburse Anthem Blue Cross Life the entire amount of my net recovery.

I agree to keep Anthem Blue Cross Life fully informed as to the status of my payment recovery so that Anthem Blue Cross Life may take whatever action it deems necessary to protect its interest. I also agree to authorize any person including, but not limited to, any insurance company, attorney, hospital, physician, surgeon or pharmacist to release to Anthem Blue Cross Life any information pertaining to this occurrence, or claim.

I also acknowledge that Anthem Blue Cross Life will have the right to recover any overpayment of benefits, either directly from me or by deduction of the amount of the overpayment from my future benefits payable under the disability plan, which are the result of error caused by or misinformation provided to the Anthem Blue Cross Life.

_____          *4/25/21*
Signature                                 Date

PA10-ST00443380

Life products underwritten by Anthem Blue Cross Life and Health Insurance Company; Disability products underwritten by Anthem Life Insurance Company. Independent licensees of the Blue Cross Association. ANTHEM is a registered trademark of Anthem Insurance Companies, Inc. The Blue Cross name and symbol are registered marks of the Blue Cross Association.

154



Disability Service Center
P.O. Box 105426
Atlanta, GA 30348-5426
Tel 800-813-5682
Fax 800-850-0017
Email:disability@anthem.com

## COMMUNICATION CONSENT FORM

The Telephone Consumer Protection Act of 1991(TCPA), the Federal Communications Commission's (FCC) regulations and interpretative orders implementing the TCPA, the Federal Trade Commission's (FTC) Telemarketing Sales Rule of 2003 (TSR), and parallel state laws (collectively referred to as the Telecommunications Laws) impose strict rules governing how Anthem Blue Cross Life and Health Insurance Company (Anthem) may place outbound telephone calls and send text messages for Sales and Non-sales purposes to individuals.

In order to comply with the new federal regulation, please provide below what numbers we can contact you on in regard to your claim.

Phone number you wish to be contacted on: _917-868-8780_

This phone is: _✓_ Cell phone   or   __ Land Line

Is this phone number registered on the National Do Not Call Registry? __ Yes   _✓_ No

Does Anthem have permission to contact you on this number? _✓_ Yes   __ No

Print your name: _Michael A Darden_

Your signature: X _Michael A Darden_

Date signed: _04/25/21_ (MM/DD/YYYY)

PA10-ST00443380

Life products underwritten by Anthem Blue Cross Life and Health Insurance Company; Disability products underwritten by Anthem Life Insurance Company. Independent licensees of the Blue Cross Association. ANTHEM is a registered trademark of Anthem Insurance Companies, Inc. The Blue Cross name and symbol are registered marks of the Blue Cross Association.

Case 4:25-cv-00911-DMR    Document 1    Filed 01/28/25    Page 155 of 500

12/17/24, 11:31 AM                    Tc.columbia.edu Mail - Short Term Disa.    ST00443380

155



Darden, Michael <mad2255@tc.columbia.edu>

## Short Term Disability ST00443380

**LDClaimsTeam** <LDClaimsTeam@anthem.com>                    Thu, Jul 29, 2021 at 10:11 AM
To: "MAD2255@TC.COLUMBIA.EDU" <MAD2255@tc.columbia.edu>

Good Afternoon!

Please see the attached letter. Have a great day!

### Life and Disability Claims Operations

**Kristi Leasure Short Term Disability Claims Manager**

*PO Box 105426, Atlanta, Georgia 30348-5426*

O: (800) 232-0113 | F: (800) 850-0017

LDClaimsTeam@anthem.com

**CONFIDENTIALITY NOTICE:** This e-mail message, including any attachments, is
for the sole use of the intended recipient(s) and may contain confidential
and privileged information or may otherwise be protected by law. Any
unauthorized review, use, disclosure or distribution is prohibited. If you
are not the intended recipient, please contact the sender by reply e-mail
and destroy all copies of the original message and any attachment thereto.



📄 **Michael Darden Max Benefit Closure_ST00443380_07292021.pdf**
   68K

July 29, 2021


MICHAEL A DARDEN
1801 SHORELINE DRIVE
APT 307
ALAMEDA, CA 94501

07-ST00443380



**Anthem Blue Cross Life and Health**
Disability Service Center

PO Box 105426
Atlanta, GA 30348-5426
Tel: 800-813-5682
Fax: 800-850-0017

July 29, 2021

MICHAEL A DARDEN
1801 SHORELINE DRIVE
APT 307
ALAMEDA, CA  94501

RE:  Disability Benefits
     Claim Number:  ST00443380
     Reference Number:  423799
     Group Number:  281837

Dear MICHAEL A DARDEN:

This letter is in regard to your Disability benefits.

Under your plan, the maximum period for which disability benefits are payable is 13 weeks.  Since your benefits commenced on 4/22/2021, the maximum benefit period for your claim is 07/21/2021.

Your final benefit payment will be for the period 7/19/2021-7/21/2021, in the net amount of $36.81 and will be issued on/about 7/30/2021.  Following this payment your claim will be closed.

Should you have any questions or concerns regarding this notice please contact us at the number above.

Sincerely,


K LEASURE
Disability Case Manager

Life products underwritten by Anthem Blue Cross Life and Health Insurance Company; Disability products underwritten by Anthem Life Insurance Company. Independent licensees of the Blue Cross Association. ANTHEM is a registered trademark of Anthem Insurance Companies, Inc. The Blue Cross name and symbol are registered marks of the Blue Cross Association.
07-ST00443380

**EXHIBIT 6**



Darden, Michael <mad2255@tc.columbia.edu>

## Michael Darden Long Term Disability LT00403220

**Burnside, Eulene** <eulene.burnside@anthem.com>                    Wed, Aug 11, 2021 at 1:26 PM
To: "MAD2255@TC.COLUMBIA.EDU" <MAD2255@tc.columbia.edu>
Cc: LDClaimsTeam <LDClaimsTeam@anthem.com>

Good Afternoon Mr. Darden,

Reference is made to your claim for Long Term Disability benefits.  Please refer to the attached letters and forms for detailed information.

Please contact me should you have any questions.

*Sincerely*

*Eulene Burnside, Case Manager, Disability Claims*

Toll free: 470-284-4504 | Fax: 800-850-0017

Anthem Inc. | P O BOX 105426 | Atlanta GA  30348-5426

Email: eulene.burnside@anthem.com

*We Are One*

**Please send all claims related correspondence to disability@anthem.com and cc: Eulene.burnside@anthem.com.  This will ensure documentation of all correspondence received and will be available to my backup in the event that I am absent from work.**



Trustworthy    Accountable    Innovative    Caring    Easy to do

**CONFIDENTIALITY NOTICE:** This e-mail message, including any attachments, is
for the sole use of the intended recipient(s) and may contain confidential
and privileged information or may otherwise be protected by law. Any
unauthorized review, use, disclosure or distribution is prohibited. If you

are not the intended recipient, please contact the sender by reply e-mail
and destroy all copies of the original message and any attachment thereto.

**5 attachments**

**Darden, Michael LTD acknowledgement.pdf**
513K

**Darden, Michael pre ex questionaire.pdf**
312K

**SSA3288 2020- ANTHEM.pdf**
50K

**Anthem Agreement Concerning LTD Benefits.pdf**
72K

**Authorization For Release Of Information.pdf**
65K

A       t 11, 2021

MICHAEL A DARDEN
1801 SHORELINE DRIVE
APT 307
ALAMEDA, CA 94501

07-LT00403220

162

 **Anthem.** BlueCross

**Anthem Blue Cross Life and Health**
Disability Service Center

PO Box 105426
Atlanta, GA 30348-5426
Tel: 800-813-5682
Fax: 800-850-0017

August 11, 2021

MICHAEL A DARDEN
1801 SHORELINE DRIVE
APT 307
ALAMEDA, CA 94501

RE: Long Term Disability
    Claim Number: LT00403220
    Reference Number: 443185
    Group Number: 281837
    NURO INC

Dear Mr. Darden:

This letter is to confirm receipt of your request for Long Term Disability (LTD) benefits. In order to complete our evaluation of your eligibility for benefits, the remaining portions of the LTD claim form must also be received.

- Signed Authori ation for Release of Information

In addition to the remainder of the LTD claim notice, we will require you to provide the following information:
- All available treatment medical records from all your physician(s) for the period of 4/15/2021 thru present.
- Social Security Release form SSA - 3288
- Agreement Concerning Benefits
- Copy of California State Disability benefit pay stub

The terms of your disability plan require that you apply for Social Security Disability (SSD) benefits. There are many advantages to receiving SSD benefits.

- If you have already applied for SSD benefits, we need a copy of your "Receipt of Claim Form" issued by the Social Security Administration given to you at the time of application.
- If you have already been either awarded or denied SSD benefits, we need a copy of all pages of the Primary and/or Family Social Security Award(s) or Denial Notice.
- If you have not been awarded or denied SSD benefits, we need a copy of the Primary and/or Family Social Security Award(s) or Denial Notice as soon as it is received.

Please make sure that we receive the requested information as soon as possible, but no later than 30 days from the date of this letter. It is important that we receive the requested information by September 12, 2021, or your claim may be denied. We cannot make a decision on your claim, until we have sufficient information to determine whether you qualify for benefits under the terms of the policy.
You can submit the requested information via:
Fax to 800-850-0017
Email at ldclaimsteam@anthem.com, or
Mail at: Disability Service Center
         P O Box 105426
         Atlanta, GA 30348-5426

Life products underwritten by Anthem Blue Cross Life and Health Insurance Company; Disability products underwritten by Anthem Life Insurance Company. Independent licensees of the Blue Cross Associ ANTHEM is a registered trademark of Anthem Insurance Companies, Inc. The Blue Cross name and symbol are registered marks of the Blue Cross Association.
07-LT00403220



163

**Anthem Blue Cross Life and Health**
Disability Service Center

PO Box 105426
Atlanta, GA 30348-5426
Tel: 800-813-5682
Fax: 800-850-0017

hat to e pect
We will make our claim decision as quickly as we can. While most claim decisions will not take the maximum time allowed, the Employee Retirement Income Security Act of 1974, (ERISA) regulations require that we make our initial LTD decision within 45 days of the date the claim was received. Accordingly, we expect to make our decision no later than September 15, 2021.  If we need more time because of things beyond our control, we may ask for up to two 30-day extensions.  If we do need an extension, we will send you another letter letting you know that before September 15, 2021.

Should you have any questions or concerns in the meantime, please feel free to contact me at the toll free number above.

Sincerely,

Eulene Burnside
Disability Case Manager, II

Life products underwritten by Anthem Blue Cross Life and Health Insurance Company; Disability products underwritten by Anthem Life Insurance Company.  Independent licensees of the Blue Cross Associ
ANTHEM is a registered trademark of Anthem Insurance Companies, Inc. The Blue Cross name and symbol are registered marks of the Blue Cross Association.
07-LT00403220

Case 4:25-cv-00911-DMR    Document 1    Filed 01/28/25    Page 164 of 500

12/17/24, 11:42 AM        Tc.columbia.edu M.    Re: {EXTERNAL} Re: Michael Darden Long Term Dis    .y LT00403220, Dr. Vergis, claims form, complet…

164



Darden, Michael <mad2255@tc.columbia.edu>

# Re: {EXTERNAL} Re: Michael Darden Long Term Disability LT00403220, Dr. Vergis, claims form, completed, signed

1 message

**Darden, Michael** <mad2255@tc.columbia.edu>
To: LDClaimsTeam <LDClaimsTeam@anthem.com>
Cc: "Burnside, Eulene" <eulene.burnside@anthem.com>

Wed, Sep 22, 2021 at 9:41 AM

Hi, Ms. Burnside:

As indicated below, please find attached a copy of Dr. Vergis' completed, signed, Anthem "Pre-Existing" form:

Satisfactory, please?

Michael
917-868-8780

On Fri, Sep 17, 2021, 9:19 AM LDClaimsTeam <LDClaimsTeam@anthem.com> wrote:

> Hello Mr. Darden,

> Please see the attached request for information. Our request for information was sent to the following fax#. Please advise if there is a different fax number for Dr. Vergis.

> 8/27/2021 12:04 PM Transmission Record

> Sent to: Emanuel Vergis, MD

> Phone: ww14152910489

> Billing information: ", "

> Remote ID: 18667280650

> Unique ID: "AF46128D4D871BF"

> Elapsed time: 3 minutes, 16 seconds.

> Used channel 10 on server "VA10P51358".

> No ANI data.

> No AOC data.

> Resulting status code (0/339; 0/0): Success

> Pages sent: 1 - 4

> Delegate ID: ""

Case 4:25-cv-00911-DMR    Document 1    Filed 01/28/25    Page 165 of 500

12/17/24, 11:42 AM          Tc.columbia.edu M     Re: {EXTERNAL} Re: Michael Darden Long Term Dis      y LT00403220, Dr. Vergis, claims form, complet…

165

*Sincerely*

*Eulene Burnside, Case Manager, Disability Claims*

**Toll free:** 470-284-4504 | **Fax:** 800-850-0017

Anthem Inc. | P O BOX 105426 | Atlanta GA  30348-5426

**Email:** eulene.burnside@anthem.com

*We Are One*

**Please send all claims related correspondence to disability@anthem.com and cc: Eulene.burnside@anthem.com.  This will ensure documentation of all correspondence received and will be available to my backup in the event that I am absent from work.**

**From:** Darden, Michael <mad2255@tc.columbia.edu>
**Sent:** Friday, September 17, 2021 11:58 AM
**To:** Burnside, Eulene <eulene.burnside@anthem.com>
**Cc:** LDClaimsTeam <LDClaimsTeam@anthem.com>
**Subject:** {EXTERNAL} Re: Michael Darden Long Term Disability LT00403220, Dr. Vergis, claims forms request

This email originated outside the company. Do not click links or attachments unless you recognize the sender.

Eulene:

I think there is confusion about the pre-existing period.  Would you please email me the related forms for my PCP Dr. Vergis?

He never received any forms from you all. I will provide Dr. Vergis the forms and provide you his completed forms once available.

Thank you,

Michael

Case 4:25-cv-00911-DMR    Document 1    Filed 01/28/25    Page 166 of 500

12/17/24, 11:42 AM        Tc.columbia.edu M    Re: {EXTERNAL} Re: Michael Darden Long Term Dis    y LT00403220, Dr. Vergis, claims form, complet…

166

917-868-8780

On Wed, Aug 11, 2021, 1:26 PM Burnside, Eulene <eulene.burnside@anthem.com> wrote:

Good Afternoon Mr. Darden,

Reference is made to your claim for Long Term Disability benefits.  Please refer to the attached letters and forms for detailed information.

Please contact me should you have any questions.

*Sincerely*

*Eulene Burnside, Case Manager, Disability Claims*

Toll free: 470-284-4504 | **Fax:** 800-850-0017

Anthem Inc. | P O BOX 105426 | Atlanta GA  30348-5426

**Email:** eulene.burnside@anthem.com

*We Are One*

**Please send all claims related correspondence to disability@anthem.com and cc: Eulene.burnside@anthem.com.  This will ensure documentation of all correspondence received and will be available to my backup in the event that I am absent from work.**

**CONFIDENTIALITY NOTICE:** This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information or may otherwise be protected by law. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message and any attachment thereto.

**CONFIDENTIALITY NOTICE:** This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information or may otherwise be protected by law. Any

Case 4:25-cv-00911-DMR     Document 1     Filed 01/28/25     Page 167 of 500

12/17/24, 11:42 AM          Tc.columbia.edu M    e: {EXTERNAL} Re: Michael Darden Long Term Disა    LT00403220, Dr. Vergis, claims form, complet…

167

unauthorized review, use, disclosure or distribution is prohibited. If you
are not the intended recipient, please contact the sender by reply e-mail
and destroy all copies of the original message and any attachment thereto.

---

**2 attachments**



**image001.png**
18K

**Disability Form-Michael.pdf**
68K



**Anthem Blue Cross Life and Health**
Disability Service Center

PO Box 105426 168
Atlanta, GA 30348-5426
Tel: 800-813-5682
Fax: 800-850-0017

August 27, 2021

**Provider:  Emanuel Vergis, MD**
**F: 415-291-0489**
**P:415-529-4099**

Number of pages including cover: 4

Subject:  MICHAEL A DARDEN
DOB:  05/05/1966
Claim Number :  LT00403220
Reference Number:  443185

We received a disability claim for the above named patient.  In order to determine if the patient is eligible for benefits, additional information is needed.

1.  Please provide copies of medical records including all objective test results from 6/14/2020 thru 9/13/2020.  N/A 

2.  Please advise us of the date of the initial office visit for the above named patient and the diagnosis for this visit.

    4/21/2024   anxiety

3.  Did you treat the above named patient during the period of 6/14/2020 thru 9/13/2020?    YES  or  NO 
    If yes, please provide dates of treatment and the diagnosis for each date of treatment.

4.  Did you prescribe any medications during the period of 6/14/2020 thru 9/13/2020?  YES  or  NO
    If yes, please provide the name of each drug, dosage and usage.

Life products underwritten by Anthem Blue Cross Life and Health Insurance Company; Disability products underwritten by Anthem Life Insurance Company. Independent licensees of the Blue Cross Assoc
ANTHEM is a registered trademark of Anthem Insurance Companies, Inc. The Blue Cross name and symbol are registered marks of the Blue Cross Association.
15-LT00403220

5. To your knowledge, was the above named patient treated by any other physicians besides yourself during the period of 6/14/2020 thru 9/13/2020?   YES  or (NO)
   If yes, please provide all of those doctor's full names, addresses and telephone numbers.

Once ALL of the information is received it will be reviewed for consideration of benefits.  Please find attached a copy of the signed authorization.  Thank you for your help and we look forward to hearing from you.

Physician's Signature _Emanuel N Vergis_____    Date _9/21/2021_____

Physician's Printed Name  _EMANUEL N VERGIS____

If payment is required, please fax an invoice with the tax identification number to the fax number listed above.

Sincerely,

*Eulene Burnside*
Eulene Burnside
Disability Case Manager

Life products underwritten by Anthem Blue Cross Life and Health Insurance Company; Disability products underwritten by Anthem Life Insurance Company. Independent licensees of the Blue Cross Assoc ANTHEM is a registered trademark of Anthem Insurance Companies, Inc. The Blue Cross name and symbol are registered marks of the Blue Cross Association.
15-LT00403220

Case 4:25-cv-00911-DMR    Document 1    Filed 01/28/25    Page 170 of 500

12/17/24, 11:49 AM    Tc.columbia    Mail - Michael Darden Long Term Disability LT00403    claim, Penny Fox letter, completed, signed

170



Darden, Michael <mad2255@tc.columbia.edu>

## Michael Darden Long Term Disability LT00403220, claim, Penny Fox letter, completed, signed

**Darden, Michael** <mad2255@tc.columbia.edu>                                    Mon, Sep 27, 2021 at 11:08 AM
To: LDClaimsTeam <LDClaimsTeam@anthem.com>
Cc: "Burnside, Eulene" <eulene.burnside@anthem.com>

Hi, Ms. Burnside:

As requested, please find attached a copy of my psychotherapist Penny Fox's completed, signed, statement letter concerning Anthem's "Pre-Existing" concerns regarding this claim application:

Satisfactory, please?

Michael

917-868-8780


On Wed, Sep 22, 2021, 9:47 AM Darden, Michael <mad2255@tc.columbia.edu> wrote:

Hi, Ms. Burnside:

As indicated below, please find attached a copy of Dr. Vergis' completed, signed, Anthem "Pre-Existing" form:

Satisfactory, please?

Michael
917-868-8780


On Fri, Sep 17, 2021, 9:19 AM LDClaimsTeam <LDClaimsTeam@anthem.com> wrote:

Hello Mr. Darden,


Please see the attached request for information. Our request for information was sent to the following fax#. Please advise if there is a different fax number for Dr. Vergis.



8/27/2021 12:04 PM Transmission Record

Sent to: Emanuel Vergis, MD

Phone: ww14152910489

Billing information: ", "

Remote ID: 18667280650

Unique ID: "AF46128D4D871BF"

Elapsed time: 3 minutes, 16 seconds.

Case 4:25-cv-00911-DMR    Document 1    Filed 01/28/25    Page 171 of 500

12/17/24, 11:49 AM                    Tc.columbi    i Mail - Michael Darden Long Term Disability LT0040.    , claim, Penny Fox letter, completed, signed

171

Used channel 10 on server "VA10P51358".

No ANI data.

No AOC data.

Resulting status code (0/339; 0/0): Success

Pages sent: 1 - 4

Delegate ID: ""


*Sincerely*

*Eulene Burnside, Case Manager, Disability Claims*


Toll free: 470-284-4504 | **Fax:** 800-850-0017

Anthem Inc. | P O BOX 105426 | Atlanta GA  30348-5426

**Email:** eulene.burnside@anthem.com

*We Are One*

**Please send all claims related correspondence to disability@anthem.com and cc: Eulene.burnside@anthem.com.  This will ensure documentation of all correspondence received and will be available to my backup in the event that I am absent from work.**

**From:** Darden, Michael <mad2255@tc.columbia.edu>
**Sent:** Friday, September 17, 2021 11:58 AM
**To:** Burnside, Eulene <eulene.burnside@anthem.com>
**Cc:** LDClaimsTeam <LDClaimsTeam@anthem.com>
**Subject:** {EXTERNAL} Re: Michael Darden Long Term Disability LT00403220, Dr. Vergis, claims forms request

This email originated outside the company. Do not click links or attachments unless you recognize the sender.

Eulene:

I think there is confusion about the pre-existing period.  Would you please email me the related forms for my PCP Dr. Vergis?

12/17/24, 11:49 AM                     Tc.columbi.       Mail - Michael Darden Long Term Disability LT0040.       claim, Penny Fox letter, completed, signed

172

He never received any forms from you all. I will provide Dr. Vergis the forms and provide you his completed forms once available.

Thank you,

Michael

917-868-8780

On Wed, Aug 11, 2021, 1:26 PM Burnside, Eulene <eulene.burnside@anthem.com> wrote:

Good Afternoon Mr. Darden,

Reference is made to your claim for Long Term Disability benefits.  Please refer to the attached letters and forms for detailed information.

Please contact me should you have any questions.

*Sincerely*

*Eulene Burnside, Case Manager, Disability Claims*

Toll free: 470-284-4504 | Fax: 800-850-0017

Anthem Inc. | P O BOX 105426 | Atlanta GA  30348-5426

Email: eulene.burnside@anthem.com

*We Are One*

**Please send all claims related correspondence to disability@anthem.com and cc: Eulene.burnside@anthem.com.  This will ensure documentation of all correspondence received and will be available to my backup in the event that I am absent from work.**

Case 4:25-cv-00911-DMR    Document 1    Filed 01/28/25    Page 173 of 500

12/17/24, 11:49 AM                 Tc.columbi.        . Mail - Michael Darden Long Term Disability LT0040.        claim, Penny Fox letter, completed, signed

173

**CONFIDENTIALITY NOTICE:** This e-mail message, including any attachments, is
for the sole use of the intended recipient(s) and may contain confidential
and privileged information or may otherwise be protected by law. Any
unauthorized review, use, disclosure or distribution is prohibited. If you
are not the intended recipient, please contact the sender by reply e-mail
and destroy all copies of the original message and any attachment thereto.

**CONFIDENTIALITY NOTICE:** This e-mail message, including any attachments, is
for the sole use of the intended recipient(s) and may contain confidential
and privileged information or may otherwise be protected by law. Any
unauthorized review, use, disclosure or distribution is prohibited. If you
are not the intended recipient, please contact the sender by reply e-mail
and destroy all copies of the original message and any attachment thereto.

 **Sep 26, Doc 1.pdf**
221K

9/16/2021

To Whom It My Concern:

I saw Michael Darden between the dates of June 1st through September 10th of 2020. He did not have any of the signs and systems or the diagnosis related to his disability that started on April 15th 2021. His current disability diagnosis was not exhibited in any way during the above time period I saw him. He also was never diagnosed by me with his current disability diagnosis.

Sincerely,

*Penny Fox MFI 25476*

Penny Fox

Case 4:25-cv-00911-DMR    Document 1    Filed 01/28/25    Page 175 of 500

12/17/24, 11:52 AM        Tc.columbia.edu N.    RE: {EXTERNAL} Michael Darden Long Term Disabii.    00403220, claim, Penny Fox letter, completed, …
175



Darden, Michael <mad2255@tc.columbia.edu>

## RE: {EXTERNAL} Michael Darden Long Term Disability LT00403220, claim, Penny Fox letter, completed, signed

**LDClaimsTeam** <LDClaimsTeam@anthem.com>                                Wed, Oct 13, 2021 at 1:39 PM
To: "Darden, Michael" <mad2255@tc.columbia.edu>
Cc: "Burnside, Eulene" <eulene.burnside@anthem.com>

Dear Mr. Darden:

We are currently reviewing your claim for Disability benefits.  The Employee Retirement Income Security Act of 1974 (ERISA) requires us to notify you if there will be a delay in making a claim decision within 45 days from the receipt date of your claim.  The 75th day for your claim is October 15, 2021.

At this time, the following additional information is needed to make a decision on your claim:

  - **Medical/clinical evidence to support the disability claimed**

  - **Treatment records requested from** Rodney Karr, PH.D **for the period of** June 14, 2020 thru September 13, 2020.

Please follow up accordingly to ensure that all of the above-noted information is submitted to our office no later than November 15, 2021 so that we may resume and complete our review of your claim.  If we do not receive all requested information by the specified date, we will have no alternative but to deny your claim until all requested information is provided for consideration.

To expedite this process, all requested information may be submitted via fax to the number above. However, should you have any questions or concerns in the meantime, please feel free to contact me at the telephone number listed below.

Sincerely

Eulene Burnside, Case Manager, Disability Claims

Toll free: 470-284-4504 | **Fax:** 800-850-0017

Anthem Inc. | P O BOX 105426 | Atlanta GA  30348-5426

Email: eulene.burnside@anthem.com



**Please send all claims related correspondence to disability@anthem.com and cc: Eulene.burnside@anthem.com. This will ensure documentation of all correspondence received and will be available to my backup in the event that I am absent from work.**



**From:** Darden, Michael <mad2255@tc.columbia.edu>
**Sent:** Monday, September 27, 2021 2:08 PM
**To:** LDClaimsTeam <LDClaimsTeam@anthem.com>
**Cc:** Burnside, Eulene <eulene.burnside@anthem.com>
**Subject:** {EXTERNAL} Michael Darden Long Term Disability LT00403220, claim, Penny Fox letter, completed, signed

This email originated outside the company. Do not click links or attachments unless you recognize the sender.

Hi, Ms. Burnside:

As requested, please find attached a copy of my psychotherapist Penny Fox's completed, signed, statement letter concerning Anthem's "Pre-Existing" concerns regarding this claim application:

Satisfactory, please?

Michael

917-868-8780

On Wed, Sep 22, 2021, 9:47 AM Darden, Michael <mad2255@tc.columbia.edu> wrote:

Hi, Ms. Burnside:

As indicated below, please find attached a copy of Dr. Vergis' completed, signed, Anthem "Pre-Existing" form:

Satisfactory, please?


Michael

917-868-8780



On Fri, Sep 17, 2021, 9:19 AM LDClaimsTeam <LDClaimsTeam@anthem.com> wrote:

Hello Mr. Darden,


Please see the attached request for information.  Our request for information was sent to the following fax#.
Please advise if there is a different fax number for Dr. Vergis.


8/27/2021 12:04 PM Transmission Record

Sent to: Emanuel Vergis, MD

Phone: ww14152910489

Billing information: ", "

Remote ID: 18667280650

Unique ID: "AF46128D4D871BF"

Elapsed time: 3 minutes, 16 seconds.

Used channel 10 on server "VA10P51358".

No ANI data.

No AOC data.

Resulting status code (0/339; 0/0): Success

Pages sent: 1 - 4

Delegate ID: ""



*Sincerely*

*Eulene Burnside, Case Manager, Disability Claims*


**Toll free:** 470-284-4504 | **Fax:** 800-850-0017

Anthem Inc. | P O BOX 105426 | Atlanta GA  30348-5426

**Email:** eulene.burnside@anthem.com

*We Are One*

**Please send all claims related correspondence to disability@anthem.com and cc: Eulene.burnside@anthem.com.  This will ensure documentation of all correspondence received and will be available to my backup in the event that I am absent from work.**

**From:** Darden, Michael <mad2255@tc.columbia.edu>
**Sent:** Friday, September 17, 2021 11:58 AM
**To:** Burnside, Eulene <eulene.burnside@anthem.com>
**Cc:** LDClaimsTeam <LDClaimsTeam@anthem.com>
**Subject:** {EXTERNAL} Re: Michael Darden Long Term Disability LT00403220, Dr. Vergis, claims forms request

This email originated outside the company. Do not click links or attachments unless you recognize the sender.

Eulene:

I think there is confusion about the pre-existing period.  Would you please email me the related forms for my PCP Dr. Vergis?

He never received any forms from you all. I will provide Dr. Vergis the forms and provide you his completed forms once available.

Thank you,

Michael

917-868-8780

On Wed, Aug 11, 2021, 1:26 PM Burnside, Eulene <eulene.burnside@anthem.com> wrote:

Good Afternoon Mr. Darden,

Reference is made to your claim for Long Term Disability benefits.  Please refer to the attached letters and forms for detailed information.

Please contact me should you have any questions.

Case 4:25-cv-00911-DMR    Document 1    Filed 01/28/25    Page 179 of 500
12/17/24, 11:52 AM        Tc.columbia.edu M.    RE: {EXTERNAL} Michael Darden Long Term Disabil.    . 00403220, claim, Penny Fox letter, completed, …

179

*Sincerely*

*Eulene Burnside, Case Manager, Disability Claims*

Toll free: 470-284-4504 | **Fax:** 800-850-0017

Anthem Inc. | P O BOX 105426 | Atlanta GA  30348-5426

**Email:** eulene.burnside@anthem.com

*We Are One*

**Please send all claims related correspondence to disability@anthem.com and cc: Eulene.burnside@anthem.com.  This will ensure documentation of all correspondence received and will be available to my backup in the event that I am absent from work.**

**CONFIDENTIALITY NOTICE:** This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information or may otherwise be protected by law. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message and any attachment thereto.

**CONFIDENTIALITY NOTICE:** This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information or may otherwise be protected by law. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message and any attachment thereto.

**CONFIDENTIALITY NOTICE:** This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information or may otherwise be protected by law. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message and any attachment thereto.

 **Darden, Michael 75-day erisa.pdf**
466K

October 13, 2021

MICHAEL A DARDEN
1801 SHORELINE DRIVE
APT 307
ALAMEDA, CA 94501

16-LT00403220



**Anthem Blue Cross Life and Health**
Disability Service Center

PO Box 105426
Atlanta, GA 30348-5426
Tel: 800-813-5682
Fax: 800-850-0017

October 13, 2021

MICHAEL A DARDEN
1801 SHORELINE DRIVE
APT 307
ALAMEDA, CA  94501

RE:  Disability Benefits - LT00403220
      Reference Number:  443185
      Group Number:  281837
      NURO INC

Dear Mr. Darden:

We are currently reviewing your claim for Disability benefits.   The Employee Retirement Income Security Act of 1974 (ERISA) requires us to notify you if there will be a delay in making a claim decision within 45 days from the receipt date of your claim.  The 75th day for your claim is October 15, 2021.

At this time, the following additional information is needed to make a decision on your claim:

  - **Medical/clinical evidence to support the disability claimed**
   - **Treatment records requested from** Rodney Karr, PH.D **for the period of** June 14, 2020 thru September 13, 2020.


Please follow up accordingly to ensure that all of the above-noted information is submitted to our office no later than November 15, 2021 so that we may resume and complete our review of your claim.  If we do not receive all requested information by the specified date, we will have no alternative but to deny your claim until all requested information is provided for consideration.

To expedite this process, all requested information may be submitted via fax to the number above. However, should you have any questions or concerns in the meantime, please feel free to contact me at the telephone number listed above.


Sincerely,

*Eulene Burnside*

Eulene Burnside
Disability Case Manager, II

You have the right to get this information and help in your language for free. Please call Customer Service at 800-232-0113 for assistance. (TTY/TDD:  711)
Tiene derecho a recibir esta información y ayuda en su idioma de manera gratuita.  Llame al Servicio de Atención al Cliente al 1-800-232-0113 para solicitar ayuda.  (TTY/TDD: 711).
您可免費享有本資訊的語言幫助服務。請致電客戶服務部獲取幫助:1-800-232-0113(TTY/TDD: 711)。

Life products underwritten by Anthem Blue Cross Life and Health Insurance Company; Disability products underwritten by Anthem Life Insurance Company.  Independent licensees of the Blue Cross Associ ANTHEM is a registered trademark of Anthem Insurance Companies, Inc. The Blue Cross name and symbol are registered marks of the Blue Cross Association.
16-LT00403220

Case 4:25-cv-00911-DMR    Document 1    Filed 01/28/25    Page 182 of 500

12/17/24, 12:27 PM        Tc.columbia.edu .    - RE: {EXTERNAL} Re: Darden, Michael LT00403220, ..hem Disability claim, Penny Fox clarification letter

182



Darden, Michael <mad2255@tc.columbia.edu>

## RE: {EXTERNAL} Re: Darden, Michael LT00403220, Anthem Disability claim, Penny Fox clarification letter

**LDClaimsTeam** <LDClaimsTeam@anthem.com>                      Sun, Dec 19, 2021 at 7:19 AM
To: "Darden, Michael" <mad2255@tc.columbia.edu>
Cc: "Burnside, Eulene" <eulene.burnside@anthem.com>

Hello Mr. Darden,

Your claim for Long Term Disability has been approved.  A copy of your approval letter is attached.

Please contact me should you have any questions.

*Sincerely*

*Eulene Burnside, Case Manager, Disability Claims*

Toll free: 470-284-4504 | Fax: 800-850-0017

Anthem Inc. | P O BOX 105426 | Atlanta GA  30348-5426

Email: eulene.burnside@anthem.com

*We Are One*

**Please send all claims related correspondence to disability@anthem.com and cc: Eulene.burnside@anthem.com.  This will ensure documentation of all correspondence received and will be available to my backup in the event that I am absent from work.**

 Trustworthy   Accountable   Innovative   Caring   Easy to do

**From:** Darden, Michael <mad2255@tc.columbia.edu>
**Sent:** Wednesday, November 24, 2021 2:33 AM
**To:** LDClaimsTeam <LDClaimsTeam@anthem.com>
**Cc:** Burnside, Eulene <eulene.burnside@anthem.com>; Johnson, Nanette <Nanette.Johnson@anthem.com>
**Subject:** {EXTERNAL} Re: Darden, Michael LT00403220, Anthem Disability claim, Penny Fox clarification letter

Case 4:25-cv-00911-DMR    Document 1    Filed 01/28/25    Page 183 of 500
12/17/24, 12:27 PM          Tc.columbia.edu ،    - RE: {EXTERNAL} Re: Darden, Michael LT0040322، .hem Disability claim, Penny Fox clarification letter
183

This email originated outside the company. Do not click links or attachments unless you recognize the sender.

Attached, as requested.


Satisfactory?


Thank you,

Michael

917-868-8780


On Wed, Nov 17, 2021, 10:57 AM Darden, Michael <mad2255@tc.columbia.edu> wrote:

Good Day:

What's the status of my Claim (LT00403220), please?


Thank you and be well,

Michael

Michael Darden

917-868-8780


On Fri, Oct 29, 2021, 2:04 PM Darden, Michael <mad2255@tc.columbia.edu> wrote:

Attached, please find the below-indicated, completed and signed form:


Satisfactory, please?

Do you need further information from me?


Thank you and take care,

Michael

Case 4:25-cv-00911-DMR   Document 1   Filed 01/28/25   Page 184 of 500

12/17/24, 12:27 PM      Tc.columbia.edu ·    - RE: {EXTERNAL} Re: Darden, Michael LT0040322u,   .hem Disability claim, Penny Fox clarification letter
184

Michael Darden

917-868-8780

On Mon, Oct 18, 2021, 5:58 AM LDClaimsTeam <LDClaimsTeam@anthem.com> wrote:

Hello Mr. Darden,

Attached is the email sent to Dr. Karr's office

*Sincerely*

*Eulene Burnside, Case Manager, Disability Claims*

**Toll free:** 470-284-4504 | **Fax:** 800-850-0017

Anthem Inc. | P O BOX 105426 | Atlanta GA 30348-5426

**Email:** eulene.burnside@anthem.com

*We Are One*

**Please send all claims related correspondence to disability@anthem.com and cc: Eulene.burnside@anthem.com.  This will ensure documentation of all correspondence received and will be available to my backup in the event that I am absent from work.**

**From:** LDClaimsTeam
**Sent:** Wednesday, October 13, 2021 4:56 PM
**To:** rodneygkarr@sbcglobal.net
**Cc:** Burnside, Eulene <eulene.burnside@anthem.com>
**Subject:** Darden, Michael LT00403220

**Provider:  Rodney Karr, PH.D**

**Phone:  415-931-1934**

Subject:  MICHAEL A DARDEN

DOB: ████/1966

Claim Number : LT00403220

Reference Number: 443185

We received a disability claim for the above named patient.  In order to determine if the patient is eligible for benefits, additional information is needed.

1.  Please provide copies of medical records including all objective test results from **6/14/2020 thru 9/13/2020.**

2.  Please advise us of the date of the initial office visit for the above named patient and the diagnosis for this visit.

3.  Did you treat the above named patient during the period of **6/14/2020 thru 9/13/2020**?    YES   or   NO

   If yes, please provide dates of treatment and the diagnosis for each date of treatment.

4.  Did you prescribe any medications during the period of **6/14/2020 thru 9/13/2020**? YES   or   NO

   If yes, please provide the name of each drug, dosage and usage.

5.  To your knowledge, was the above named patient treated by any other physicians besides yourself during the

   period of **6/14/2020 thru 9/13/2020**YES   or   NO

   If yes, please provide all of those doctor's full names, addresses and telephone numbers.

12/17/24, 12:27 PM                Tc.columbia.edu        RE: {EXTERNAL} Re: Darden, Michael LT0040322(        hem Disability claim, Penny Fox clarification letter

Case 4:25-cv-00911-DMR    Document 1    Filed 01/28/25    Page 186 of 500

186

Once **ALL** of the information is received it will be reviewed for consideration of benefits.  Please find attached a copy of the signed authorization.  Thank you for your help and we look forward to hearing from you.

Physician's Signature _____    Date _____

Physician's Printed Name _____

**If payment is required, please fax an invoice with the tax identification number to the fax number listed above.**

Sincerely,

*Eulene Burnside*

Eulene Burnside

Disability Case Manager, II

*Sincerely*

*Eulene Burnside, Case Manager, Disability Claims*

**Toll free:** 470-284-4504 | **Fax:** 800-850-0017

Anthem Inc. | P O BOX 105426 | Atlanta GA  30348-5426

**Email:** eulene.burnside@anthem.com

*We Are One*

Case 4:25-cv-00911-DMR    Document 1    Filed 01/28/25    Page 187 of 500

12/17/24, 12:27 PM        Tc.columbia.edu      - RE: {EXTERNAL} Re: Darden, Michael LT0040322      :hem Disability claim, Penny Fox clarification letter

187

**Please send all claims related correspondence to disability@anthem.com and cc: Eulene.burnside@anthem.com. This will ensure documentation of all correspondence received and will be available to my backup in the event that I am absent from work.**

**CONFIDENTIALITY NOTICE:** This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information or may otherwise be protected by law. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message and any attachment thereto.

**CONFIDENTIALITY NOTICE:** This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information or may otherwise be protected by law. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message and any attachment thereto.

**Darden, Michael LTD approval letter.pdf**
150K

Case 4:25-cv-00911-DMR   Document 1   Filed 01/28/25   Page 188 of 500
188
12/17/24, 11:59 AM        Tc.columbia.edu M      Re: FW: Darden, Michael LT00403220, Anthem Disab…   Jaim, Rodney Karr, form completed, signed; rev…



Darden, Michael <mad2255@tc.columbia.edu>

## Re: FW: Darden, Michael LT00403220, Anthem Disability claim, Rodney Karr, form completed, signed; revised form

**Darden, Michael** <mad2255@tc.columbia.edu>                          Fri, Oct 29, 2021 at 2:04 PM
To: LDClaimsTeam <LDClaimsTeam@anthem.com>
Cc: "Burnside, Eulene" <eulene.burnside@anthem.com>

Attached, please find the below-indicated, completed and signed form:

Satisfactory, please?

Do you need further information from me?

Thank you and take care,

Michael
Michael Darden
917-868-8780

On Mon, Oct 18, 2021, 5:58 AM LDClaimsTeam <LDClaimsTeam@anthem.com> wrote:

Hello Mr. Darden,

Attached is the email sent to Dr. Karr's office

*Sincerely*

*Eulene Burnside, Case Manager, Disability Claims*

Toll free: 470-284-4504 | **Fax:** 800-850-0017

Anthem Inc. | P O BOX 105426 | Atlanta GA  30348-5426

**Email:** eulene.burnside@anthem.com

*We Are One*

**Please send all claims related correspondence to disability@anthem.com and cc: Eulene.burnside@anthem.com.  This will ensure documentation of all correspondence received and will be available to my backup in the event that I am absent from work.**

Case 4:25-cv-00911-DMR    Document 1    Filed 01/28/25    Page 189 of 500

12/17/24, 11:59 AM        Tc.columbia.edu N    Re: FW: Darden, Michael LT00403220, Anthem Disa.    claim, Rodney Karr, form completed, signed; rev…

189

**From:** LDClaimsTeam
**Sent:** Wednesday, October 13, 2021 4:56 PM
**To:** rodneygkarr@sbcglobal.net
**Cc:** Burnside, Eulene <eulene.burnside@anthem.com>
**Subject:** Darden, Michael LT00403220

**Provider:  Rodney Karr, PH.D**

**Phone:  415-931-1934**

Subject:  MICHAEL A DARDEN

DOB:  ▮▮/1966

Claim Number :  LT00403220

Reference Number:  443185

We received a disability claim for the above named patient.  In order to determine if the patient is eligible for benefits, additional information is needed.

1. Please provide copies of medical records including all objective test results from **6/14/2020 thru 9/13/2020**.

2. Please advise us of the date of the initial office visit for the above named patient and the diagnosis for this visit.

3. Did you treat the above named patient during the period of **6/14/2020 thru 9/13/2020**?    YES  or    NO

   If yes, please provide dates of treatment and the diagnosis for each date of treatment.

4. Did you prescribe any medications during the period of **6/14/2020 thru 9/13/2020**?  YES  or  NO

   If yes, please provide the name of each drug, dosage and usage.

Case 4:25-cv-00911-DMR    Document 1    Filed 01/28/25    Page 190 of 500

12/17/24, 11:59 AM          Tc.columbia.edu I          Re: FW: Darden, Michael LT00403220, Anthem Disa          claim, Rodney Karr, form completed, signed; rev...

190

5. To your knowledge, was the above named patient treated by any other physicians besides yourself during the

  period of **6/14/2020 thru 9/13/2020**YES  or  NO

  If yes, please provide all of those doctor's full names, addresses and telephone numbers.

Once **ALL** of the information is received it will be reviewed for consideration of benefits.  Please find attached a copy of the signed authorization.  Thank you for your help and we look forward to hearing from you.

Physician's Signature _____  Date _____

Physician's Printed Name _____

**If payment is required, please fax an invoice with the tax identification number to the fax number listed above.**

Sincerely,

*Eulene Burnside*

Eulene Burnside

Disability Case Manager, II

Case 4:25-cv-00911-DMR    Document 1    Filed 01/28/25    Page 191 of 500

12/17/24, 11:59 AM          Tc.columbia.edu l      Re: FW: Darden, Michael LT00403220, Anthem Disa      claim, Rodney Karr, form completed, signed; rev…

191

*Sincerely*

*Eulene Burnside, Case Manager, Disability Claims*

**Toll free:** 470-284-4504 | **Fax:** 800-850-0017

Anthem Inc. | P O BOX 105426 | Atlanta GA  30348-5426

**Email:** eulene.burnside@anthem.com

*We Are One*

**Please send all claims related correspondence to disability@anthem.com and cc: Eulene.burnside@anthem.com.  This will ensure documentation of all correspondence received and will be available to my backup in the event that I am absent from work.**

**CONFIDENTIALITY NOTICE:** This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information or may otherwise be protected by law. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message and any attachment thereto.

**Michael Darden, Anthem Disability Claim, Pre-Existing Condition, Dr. Rodney Karr, completed, signed.pdf**
218K

**Provider: Rodney Karr, PH.D**
**Phone: 415-931-1934**

Subject:  MICHAEL A DARDEN
DOB: ▇▇▇/1966
Claim Number : LT00403220
Reference Number: 443185

We received a disability claim for the above named patient.  In order to determine if the patient is eligible for benefits, additional information is needed.

1.  Please provide copies of medical records including all objective test results from **6/14/2020 thru 9/13/2020**.

    None. N/A.

2.  Please advise us of the date of the initial office visit for the above named patient and the diagnosis for this visit.
October 31, 2020. Diagnosis: _____N/A_____

3.  Did you treat the above named patient during the period of **6/14/2020 thru 9/13/2020**?   YES  or   NO X
    If yes, please provide dates of treatment and the diagnosis for each date of treatment.

4.  Did you prescribe any medications during the period of **6/14/2020 thru 9/13/2020**?  YES or NO X

    If yes, please provide the name of each drug, dosage and usage.

5. To your knowledge, was the above named patient treated by any other physicians besides yourself during the

period of **6/14/2020 thru 9/13/2020**YES   or   NO_X_

If yes, please provide all of those doctor's full names, addresses and telephone numbers.

Once **ALL** of the information is received it will be reviewed for consideration of benefits.  Please find attached a copy of the signed authorization.  Thank you for your help and we look forward to hearing from you.

Physician's Signature _____ Date ___10/29/21___

Physician's Printed Name
Rodney Karr, PhD

_____

**If payment is required, please fax an invoice with the tax identification number to the fax number listed above.**

Sincerely,

Eulene Burnside

Eulene Burnside
Disability Case Manager, II

## Long Term Disability
## Employee Authorization for Release of Information

# Anthem Life

---

**AUTHORIZATION TO BE COMPLETED BY CLAIMANT**

### AUTHORIZATION FOR RELEASE OF INFORMATION
### (HIPAA COMPLIANT)
#### (to be signed and dated by the insured/claimant)

I authorize any licensed physician, any other medical practitioner or provider, pharmacist, hospital, clinic, other medical or medically related facility, federal, state or local government agency, insurance or reinsuring company, consumer reporting agency or employer having information available as to diagnosis, treatment and prognosis with respect to any physical or mental condition and/or treatment of me, and any non-medical information about me, to give any and all such information to authorized representatives of Anthem Life Insurance Company (Anthem Life) and including, but not limited to any other mental or psychiatric records, medical, dental and hospital records (including psychiatric, alcohol, and drug abuse, and HIV/AIDS information) which may have been acquired in the course of examination or treatment. I understand that the information obtained by use of this authorization will be used by Anthem Life representatives to evaluate and adjudicate my current disability claim, and may be re-disclosed to (a) any medical, investigative, financial or vocational specialist or entity, or (b) any other organization or person, employed by or representing Anthem Life solely to assist with the evaluation and adjudication of my current disability claim. Each such person or entity to whom this re-disclosure is made shall comply with the HIPAA Privacy Rule as regards any re-disclosed protected health information.

This authorization is valid during the pendency of my claim and shall expire on the date my claim finally ends. A photocopy of this authorization is as valid as the original. I understand that my authorized representative or I have the right to request and receive a copy of this authorization and the information to which it pertains.

I understand that I have the right to revoke this authorization by notifying Anthem Life in writing, of my revocation. However, such revocation is not effective to the extent that Anthem Life have relied previously upon this authorization for the use or disclosure of my protected health information. In addition, I understand that any revocation of, or my failure to sign this authorization may impair Anthem Life's ability to evaluate my current disability claim and as a result may be a basis for denying that current disability claim for benefits.

If you reside in California, Connecticut or North Dakota: This authorization excludes the release of information about Human Immunodeficiency Virus (HIV).

If you reside in Minnesota: This authorization excludes the release of information about HIV (AIDS VIRUS) tests.

If you reside in Maine: This authorization excludes disclosure of the result of a test for HIV if the applicant has tested positive but has not developed symptoms of the disease AIDS. Such test results shall not be discovered or published. Nothing in this caveat will prohibit this authorization from including the fact that the applicant has AIDS.

If you reside in Vermont: This authorization EXCLUDES the release of any information about previously administered HIV-related tests, including but not limited to tests for HIV antibodies, T-Cell counts, AIDS or ARC. The proposed insured is NOT AUTHORIZING ANTHEM LIFE to forward the results from any new test, requested by us, to any outside, non-affiliated company or entity not under specific contract with us to perform underwriting services, and ANTHEM LIFE shall comply, as applicable with the provisions of Title 8, Section 4724 (26) of the Vermont Statutes.

| Claimant printed name | Birthdate (mm/dd/yyyy) |
|---|---|
| Michael Darden | 05/05/2021 |

| Claimant signature | Date (mm/dd/yyyy) |
|---|---|
| X  Michael A. Darden | 8/11/2021 |

| Relationship of authorized person | Description of personal representative's authority, if applicable (if signed by authorized representative, attach verification of identity.) |
|---|---|

Send completed form to:

Anthem Life Insurance Company
Disability Claim Service Center – LTD Unit
P.O. Box 105426
Atlanta, GA 30348-5426

For customer service:

Call: 800-813-5662
Fax: 800-850-0017

Case 4:25-cv-00911-DMR    Document 1    Filed 01/28/25    Page 195 of 500
195



**Darden, Michael <mad2255@tc.columbia.edu>**

## RE: {EXTERNAL} Darden, Michael LT00403220, Anthem Disability claim, Status Update Request

**LDClaimsTeam** <LDClaimsTeam@anthem.com>
To: "Darden, Michael" <mad2255@tc.columbia.edu>
Cc: "Burnside, Eulene" <eulene.burnside@anthem.com>

Fri, Nov 19, 2021 at 11:13 AM

Hello Mr. Darden,

Your claim remains under review for claim decision. We have reviewed the medical information you provided, however, without the therapy records from Penelope Fox for treatment you received during the period of 6/14/2020 thru 9/13/2020 we are unable to definitively rule out the pre- existing condition exclusion as it applies to your group policy.

*Sincerely*

*Eulene Burnside, Case Manager, Disability Claims*

Toll free: 470-284-4504 | **Fax:** 800-850-0017

Anthem Inc. | P O BOX 105426 | Atlanta GA 30348-5426

**Email:** eulene.burnside@anthem.com

*We Are One*

**Please send all claims related correspondence to disability@anthem.com and cc: Eulene.burnside@anthem.com. This will ensure documentation of all correspondence received and will be available to my backup in the event that I am absent from work.**



Trustworthy      Accountable    Innovative    Caring      Easy to do

**From:** Darden, Michael <mad2255@tc.columbia.edu>
**Sent:** Wednesday, November 17, 2021 1:57 PM
**To:** LDClaimsTeam <LDClaimsTeam@anthem.com>
**Cc:** Burnside, Eulene <eulene.burnside@anthem.com>
**Subject:** {EXTERNAL} Darden, Michael LT00403220, Anthem Disability claim, Status Update Request

This email originated outside the company. Do not click links or attachments unless you recognize the sender.

Good Day:

What's the status of my Claim (LT00403220), please?


Thank you and be well,

Michael

Michael Darden

917-868-8780


On Fri, Oct 29, 2021, 2:04 PM Darden, Michael <mad2255@tc.columbia.edu> wrote:

Attached, please find the below-indicated, completed and signed form:

Satisfactory, please?

Do you need further information from me?


Thank you and take care,

Michael

Michael Darden

917-868-8780


On Mon, Oct 18, 2021, 5:58 AM LDClaimsTeam <LDClaimsTeam@anthem.com> wrote:

Hello Mr. Darden,

Attached is the email sent to Dr. Karr's office

*Sincerely*

*Eulene Burnside, Case Manager, Disability Claims*

Case 4:25-cv-00911-DMR    Document 1    Filed 01/28/25    Page 197 of 500

12/17/24, 12:12 PM          Tc.columbia.€     ail - RE: {EXTERNAL} Darden, Michael LT0040322(     ıem Disability claim, Status Update Request

197

Toll free: 470-284-4504 | Fax: 800-850-0017

Anthem Inc. | P O BOX 105426 | Atlanta GA  30348-5426

Email: eulene.burnside@anthem.com

*We Are One*

**Please send all claims related correspondence to disability@anthem.com and cc: Eulene.burnside@anthem.com.  This will ensure documentation of all correspondence received and will be available to my backup in the event that I am absent from work.**

**From:** LDClaimsTeam
**Sent:** Wednesday, October 13, 2021 4:56 PM
**To:** rodneygkarr@sbcglobal.net
**Cc:** Burnside, Eulene <eulene.burnside@anthem.com>
**Subject:** Darden, Michael LT00403220

**Provider:  Rodney Karr, PH.D**

**Phone:  415-931-1934**

Subject:  MICHAEL A DARDEN

DOB:  ▮▮▮/1966

Claim Number :  LT00403220

Reference Number:  443185

We received a disability claim for the above named patient.  In order to determine if the patient is eligible for benefits, additional information is needed.

1.  Please provide copies of medical records including all objective test results from **6/14/2020 thru 9/13/2020**.

2.  Please advise us of the date of the initial office visit for the above named patient and the diagnosis for this visit.

3.  Did you treat the above named patient during the period of **6/14/2020 thru 9/13/2020**?    YES   or   NO

    If yes, please provide dates of treatment and the diagnosis for each date of treatment.

4.  Did you prescribe any medications during the period of **6/14/2020 thru 9/13/2020**? YES   or   NO

    If yes, please provide the name of each drug, dosage and usage.

5.  To your knowledge, was the above named patient treated by any other physicians besides yourself during the

    period of **6/14/2020 thru 9/13/2020** YES   or   NO

    If yes, please provide all of those doctor's full names, addresses and telephone numbers.

Once **ALL** of the information is received it will be reviewed for consideration of benefits.  Please find attached a copy of the signed authorization.  Thank you for your help and we look forward to hearing from you.

Physician's Signature _____    Date _____

Physician's Printed Name _____

**If payment is required, please fax an invoice with the tax identification number to the fax number listed above.**

Sincerely,

*Eulene Burnside*

Eulene Burnside

Disability Case Manager, II

*Sincerely*

*Eulene Burnside, Case Manager, Disability Claims*

**Toll free:** 470-284-4504 | **Fax:** 800-850-0017

Anthem Inc. | P O BOX 105426 | Atlanta GA  30348-5426

**Email:** eulene.burnside@anthem.com

*We Are One*

**Please send all claims related correspondence to disability@anthem.com and cc: Eulene.burnside@anthem.com.  This will ensure documentation of all correspondence received and will be available to my backup in the event that I am absent from work.**

**CONFIDENTIALITY NOTICE:** This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information or may otherwise be protected by law. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message and any attachment thereto.

**CONFIDENTIALITY NOTICE:** This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information or may otherwise be protected by law. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message and any attachment thereto.

Case 4:25-cv-00911-DMR    Document 1    Filed 01/28/25    Page 201 of 500
12/17/24, 12:18 PM              Tc.colun      du Mail - Re: Darden, Michael LT00403220, Anthem      bility claim, Penny Fox clarification letter
201



Darden, Michael <mad2255@tc.columbia.edu>

---

## Re: Darden, Michael LT00403220, Anthem Disability claim, Penny Fox clarification letter

1 message

---

**Darden, Michael** <mad2255@tc.columbia.edu>                                                    Tue, Nov 23, 2021 at 11:32 PM
To: LDClaimsTeam <LDClaimsTeam@anthem.com>
Cc: "Burnside, Eulene" <eulene.burnside@anthem.com>, nanette.johnson@anthem.com
Bcc: G Wyche <gmwyche@gmail.com>

Attached, as requested.

Satisfactory?

Thank you,

Michael
917-868-8780

> On Wed, Nov 17, 2021, 10:57 AM Darden, Michael <mad2255@tc.columbia.edu> wrote:
> Good Day:
>
> What's the status of my Claim (LT00403220), please?
>
>
> Thank you and be well,
>
> Michael
> Michael Darden
> 917-868-8780
>
>
> On Fri, Oct 29, 2021, 2:04 PM Darden, Michael <mad2255@tc.columbia.edu> wrote:
>> Attached, please find the below-indicated, completed and signed form:
>>
>> Satisfactory, please?
>>
>> Do you need further information from me?
>>
>> Thank you and take care,
>>
>> Michael
>> Michael Darden
>> 917-868-8780
>>
>> On Mon, Oct 18, 2021, 5:58 AM LDClaimsTeam <LDClaimsTeam@anthem.com> wrote:
>>> Hello Mr. Darden,
>>>
>>>
>>> Attached is the email sent to Dr. Karr's office
>>>
>>>
>>> *Sincerely*

*Eulene Burnside, Case Manager, Disability Claims*

**Toll free:** 470-284-4504 | **Fax:** 800-850-0017

Anthem Inc. | P O BOX 105426 | Atlanta GA  30348-5426

**Email:** eulene.burnside@anthem.com

*We Are One*

**Please send all claims related correspondence to disability@anthem.com and cc: Eulene.burnside@anthem.com.  This will ensure documentation of all correspondence received and will be available to my backup in the event that I am absent from work.**

**From:** LDClaimsTeam
**Sent:** Wednesday, October 13, 2021 4:56 PM
**To:** rodneygkarr@sbcglobal.net
**Cc:** Burnside, Eulene <eulene.burnside@anthem.com>
**Subject:** Darden, Michael LT00403220

**Provider:  Rodney Karr, PH.D**

**Phone:  415-931-1934**

Subject:  MICHAEL A DARDEN

DOB:  ▮▮▮1966

Claim Number :  LT00403220

Reference Number:  443185

We received a disability claim for the above named patient.  In order to determine if the patient is eligible for benefits, additional information is needed.

1. Please provide copies of medical records including all objective test results from **6/14/2020 thru 9/13/2020.**

2. Please advise us of the date of the initial office visit for the above named patient and the diagnosis for this visit.

3. Did you treat the above named patient during the period of **6/14/2020 thru 9/13/2020**?    YES   or   NO

   If yes, please provide dates of treatment and the diagnosis for each date of treatment.

4. Did you prescribe any medications during the period of **6/14/2020 thru 9/13/2020**? YES   or   NO

   If yes, please provide the name of each drug, dosage and usage.

5. To your knowledge, was the above named patient treated by any other physicians besides yourself during the

   period of **6/14/2020 thru 9/13/2020** YES   or   NO

   If yes, please provide all of those doctor's full names, addresses and telephone numbers.

Once **ALL** of the information is received it will be reviewed for consideration of benefits.  Please find attached a copy of the signed authorization.  Thank you for your help and we look forward to hearing from you.

Physician's Signature _____  Date _____

Physician's Printed Name _____

**If payment is required, please fax an invoice with the tax identification number to the fax number listed above.**

Sincerely,

*Eulene Burnside*

Eulene Burnside

Disability Case Manager, II

*Sincerely*

*Eulene Burnside, Case Manager, Disability Claims*

**Toll free:** 470-284-4504 | **Fax:** 800-850-0017

Anthem Inc. | P O BOX 105426 | Atlanta GA  30348-5426

**Email:** eulene.burnside@anthem.com

*We Are One*

**Please send all claims related correspondence to disability@anthem.com and cc: Eulene.burnside@anthem.com.  This will ensure documentation of all correspondence received and will be available to my backup in the event that I am absent from work.**

**CONFIDENTIALITY NOTICE:** This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information or may otherwise be protected by law. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message and any attachment thereto.

**Anthem Disability claim letter, Penny Fox clarification, for Michael Darden.pdf**
58K

Penny Fox, LMFT
1810 Birch St.
Palo Alto, CA 94306
650-327-7408


11/23/2021



To Whom It My Concern:


To clarify my previous communication on 9/16/2021, I saw Michael Darden between the dates of June 1st through September 10th of 2020. Mr. Darden did not have major depression during this time period. His condition prior to his employment at Nuro Inc. did not contribute in any way to his current disability.  Events that took place in 2021 are the events and only events that led to his disability.  To be clear, his diagnosis prior to his employment at Nuro. Inc. did not contribute in any way to his disability.

Sincerely,


Penny Fox

Case 4:25-cv-00911-DMR    Document 1    Filed 01/28/25    Page 208 of 500
208
12/17/24, 12:26 PM          Tc.columbia.edu    - Fwd: {EXTERNAL} Re: Darden, Michael LT004032    nthem Disability claim, approval letter, thank you



Darden, Michael <mad2255@tc.columbia.edu>

## Fwd: {EXTERNAL} Re: Darden, Michael LT00403220, Anthem Disability claim, approval letter, thank you

1 message

**Darden, Michael** <mad2255@tc.columbia.edu>                            Tue, Dec 21, 2021 at 10:14 AM
To: LDClaimsTeam <LDClaimsTeam@anthem.com>
Cc: "Burnside, Eulene" <eulene.burnside@anthem.com>

Hi, Claims Team:

Thank you very much (belatedly), and take
care,

Michael
Michael Darden
917-868-8780

---------- Forwarded message ---------
From: **LDClaimsTeam** <LDClaimsTeam@anthem.com>
Date: Sun, Dec 19, 2021, 7:19 AM
Subject: RE: {EXTERNAL} Re: Darden, Michael LT00403220, Anthem Disability claim, Penny Fox clarification letter
To: Darden, Michael <mad2255@tc.columbia.edu>
Cc: Burnside, Eulene <eulene.burnside@anthem.com>

Hello Mr. Darden,

Your claim for Long Term Disability has been approved.  A copy of your approval letter is attached.

Please contact me should you have any questions.

*Sincerely*

*Eulene Burnside, Case Manager, Disability Claims*

Toll free: 470-284-4504 | Fax: 800-850-0017

Anthem Inc. | P O BOX 105426 | Atlanta GA  30348-5426

Email: eulene.burnside@anthem.com

*We Are One*

**Please send all claims related correspondence to disability@anthem.com and cc: Eulene.burnside@anthem.com.  This will ensure documentation of all correspondence received and will be available to my backup in the event that I am absent from work.**

Case 4:25-cv-00911-DMR    Document 1    Filed 01/28/25    Page 209 of 500
12/17/24, 12:26 PM        Tc.columbia.edu    - Fwd: {EXTERNAL} Re: Darden, Michael LT004032.    nthem Disability claim, approval letter, thank you
209

**From:** Darden, Michael <mad2255@tc.columbia.edu>
**Sent:** Wednesday, November 24, 2021 2:33 AM
**To:** LDClaimsTeam <LDClaimsTeam@anthem.com>
**Cc:** Burnside, Eulene <eulene.burnside@anthem.com>; Johnson, Nanette <Nanette.Johnson@anthem.com>
**Subject:** {EXTERNAL} Re: Darden, Michael LT00403220, Anthem Disability claim, Penny Fox clarification letter

This email originated outside the company. Do not click links or attachments unless you recognize the sender.

Attached, as requested.

Satisfactory?

Thank you,

Michael

917-868-8780

On Wed, Nov 17, 2021, 10:57 AM Darden, Michael <mad2255@tc.columbia.edu> wrote:

Good Day:

What's the status of my Claim (LT00403220), please?

Thank you and be well,

Michael

Michael Darden

917-868-8780

On Fri, Oct 29, 2021, 2:04 PM Darden, Michael <mad2255@tc.columbia.edu> wrote:

Case 4:25-cv-00911-DMR    Document 1    Filed 01/28/25    Page 210 of 500
210
12/17/24, 12:26 PM          Tc.columbia.edu      - Fwd: {EXTERNAL} Re: Darden, Michael LT004032.    nthem Disability claim, approval letter, thank you

Attached, please find the below-indicated, completed and signed form:

Satisfactory, please?

Do you need further information from me?

Thank you and take care,

Michael

Michael Darden

917-868-8780

On Mon, Oct 18, 2021, 5:58 AM LDClaimsTeam <LDClaimsTeam@anthem.com> wrote:

Hello Mr. Darden,

Attached is the email sent to Dr. Karr's office

*Sincerely*

*Eulene Burnside, Case Manager, Disability Claims*

Toll free: 470-284-4504 | Fax: 800-850-0017

Anthem Inc. | P O BOX 105426 | Atlanta GA 30348-5426

Email: eulene.burnside@anthem.com

*We Are One*

**Please send all claims related correspondence to disability@anthem.com and cc: Eulene.burnside@anthem.com. This will ensure documentation of all correspondence received and will be available to my backup in the event that I am absent from work.**

**From:** LDClaimsTeam
**Sent:** Wednesday, October 13, 2021 4:56 PM
**To:** rodneygkarr@sbcglobal.net
**Cc:** Burnside, Eulene <eulene.burnside@anthem.com>
**Subject:** Darden, Michael LT00403220


**Provider: Rodney Karr, PH.D**

**Phone: 415-931-1934**




Subject: MICHAEL A DARDEN

DOB:    /1966

Claim Number : LT00403220

Reference Number: 443185



We received a disability claim for the above named patient. In order to determine if the patient is eligible for benefits, additional information is needed.


1. Please provide copies of medical records including all objective test results from **6/14/2020 thru 9/13/2020**.


2. Please advise us of the date of the initial office visit for the above named patient and the diagnosis for this visit.




3. Did you treat the above named patient during the period of **6/14/2020 thru 9/13/2020**?   YES  or  NO

  If yes, please provide dates of treatment and the diagnosis for each date of treatment.




4. Did you prescribe any medications during the period of **6/14/2020 thru 9/13/2020**? YES  or  NO

  If yes, please provide the name of each drug, dosage and usage.

5.  To your knowledge, was the above named patient treated by any other physicians besides yourself during the

    period of **6/14/2020 thru 9/13/2020**YES   or   NO

    If yes, please provide all of those doctor's full names, addresses and telephone numbers.

Once **ALL** of the information is received it will be reviewed for consideration of benefits.  Please find attached a copy of the signed authorization.  Thank you for your help and we look forward to hearing from you.

Physician's Signature _____  Date _____

Physician's Printed Name _____

**If payment is required, please fax an invoice with the tax identification number to the fax number listed above.**

Sincerely,

*Eulene Burnside*

Eulene Burnside

**Disability Case Manager, II**

Case 4:25-cv-00911-DMR    Document 1    Filed 01/28/25    Page 213 of 500

12/17/24, 12:26 PM        Tc.columbia.edu — Fwd: {EXTERNAL} Re: Darden, Michael LT00403... Anthem Disability claim, approval letter, thank you

213

*Sincerely*

*Eulene Burnside, Case Manager, Disability Claims*

**Toll free:** 470-284-4504 | **Fax:** 800-850-0017

Anthem Inc. | P O BOX 105426 | Atlanta GA 30348-5426

**Email:** eulene.burnside@anthem.com

*We Are One*

**Please send all claims related correspondence to disability@anthem.com and cc: Eulene.burnside@anthem.com.  This will ensure documentation of all correspondence received and will be available to my backup in the event that I am absent from work.**

**CONFIDENTIALITY NOTICE:** This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information or may otherwise be protected by law. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message and any attachment thereto.

**CONFIDENTIALITY NOTICE:** This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information or may otherwise be protected by law. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message and any attachment thereto.

---

**2 attachments**


image001.png
18K

Darden, Michael LTD approval letter.pdf
150K



**Anthem Disability Insurance Company**
Disability Claims Service Center
PO Box 105426
Atlanta, GA 30348-5426
Phone: 800-232-0113 Fax: 800-850-0017


December 20, 2021


MICHAEL A DARDEN
1801 SHORELINE DRIVE
APT 307
ALAMEDA, CA 94501

RE:  Claim Number:  LT00403220
      Reference Number:  443185
      NURO INC


DEAR MICHAEL A DARDEN,

Please be advised that your claim has been approved. under a limited provision, which states if your disability is due to a mental illness, substance abuse, or self-reported symptoms we will pay you a monthly payment up to 24 months. We will not pay you a monthly payment beyond the maximum payment duration.

LTD benefits have been calculated using the benefit formula in your group policy.  The policy calculation indicates your monthly earnings to be $10,416.67. Your LTD benefits equal 60% of your monthly benefits, subject to a maximum benefit amount of $10,000.00 and a minimum benefit amount of $100.00.      Your LTD monthly benefit is $6250.00 less any applicable Social Security and/or Medicare taxes.

Based on the information contained within your claim file, including information from your employer and physician, we have determined that you became disabled as defined by the policy on 04/15/2021. The LTD policy has an Elimination Period of 90 days, during which no benefit periods are due.    After satisfaction of the Elimination Period, your LTD benefits become payable on 07/22/2021.

If you return to work full time or part time, please notify us immediately to prevent an overpayment of benefits.  You may be eligible for partial disability benefits.

Benefit payments will cease when you (1) return to work, (2) are released to return to work, (3) fail to provide evidence of ongoing Proof of Loss as defined by your policy, (4) or fail to meet any of the conditions for eligibility as defined in the group's policy.

Life and Disability products underwritten by Anthem Life Insurance Company. ® ANTHEM is a registered trademark of Anthem Insurance Companies, Inc.

The policy under which you are covered provides disability benefits as long as you are unable to perform the Main Duties of your Own Occupation. The maximum benefit period for LTD benefits 07/22/2023. Provided adequate documentation of continuous disability is received through the duration of your claim, this is the latest date to which benefits may be payable on your claim.

We require periodic medical updates to assess your disability status. You will be notified if additional medical information is needed from time to time to determine the status of your disability. The Company, at its own expense, has the right to have a physician of its choice examine you as often as necessary to determine the state of your disability.

If, upon further investigation or other valid reasons arise for limiting or denying your claim, which have not been previously considered, could come to our attention. Therefore, Anthem reserves or right to consider and assert other valid reasons for limitation or denial of your claim should they occur in the future.

Anthem should be notified immediately of any other income that you are receiving. Certain other income, such as an award of retirement/pension benefits, worker's compensation, Social Security Disability benefits, or any other benefits received to supplement or replace lost wages could be applicable offsets under the LTD policy wording.

The policy requires you to apply for any other income benefits for which you could be eligible, including Social Security benefits. We need a copy of your "Receipt of Claim Form" issued by the Social Security Administration given to you at the time of application. In addition, a copy of the Primary and/or Dependent Social Security Award(s) and Denial Notice must be sent to us as soon as it is received.

Anthem is required by law to report to the IRS the amount of disability benefits which we pay you. These benefits are classified as "sick pay" benefits by the IRS. You will receive a W-2 form from your employer or Anthem showing the total amount of benefits you received during the preceding calendar year. Generally, the portion of your benefits subject to federal income tax, social security tax, and Medicare tax is the percentage of premium paid by your employer. However, if you paid your premium with pre-tax dollars, the IRS still considers premiums to be employer paid and benefits are taxable. Our records indicate that your employer contributed 100% of your LTD premium. Thus, 100% of your LTD disability benefits are taxable.

Please consult your Certificate of Insurance or Summary Plan Document for a complete description of your rights under the terms of the group policy.

If you have any questions regarding your LTD claim, please call Anthem at the number listed above, extension 4504. We will be happy to assist you.

Sincerely,

*Eulene Burnside*

Eulene Burnside
Disability Case Manager, II

CC: Michelle Nguyen
Nuro Inc.

Life and Disability products underwritten by Anthem Life Insurance Company. ® ANTHEM is a registered trademark of Anthem Insurance Companies, Inc.

Life and Disability products underwritten by Anthem Life Insurance Company.  ® ANTHEM is a registered trademark of Anthem Insurance Companies, Inc.

**EXHIBIT 7**



---

## Re: {EXTERNAL} Anthem LT Disability, Brown & Brown SSDI Issue, Michael Darden Claim, response thanks

1 message

---

**Darden, Michael**<mad2255@tc.columbia.edu>                                    Wed, Jan 26, 2022 at 10:56 PM
To: Rushing, Stefanie <Stefanie.Rushing@anthem.com>
Cc: Burnside, Eulene <eulene.burnside@anthem.com>

Ms. Rushing:

Appreciate very much receiving your swift, kind and helpful response below concerning this matter. Understood.


Again many thanks and be well,

Michael

917-868-8780


On Tue, Jan 25, 2022, 12:00 PM Rushing, Stefanie <stefanie.Rushing@anthem.com> wrote:

Mr. Darden


I am unfamiliar with Allsup, so I cannot speak to that.   I do apologize for the experience with Brown and Brown and I have forwarded your feedback to them.


In the event you are awarded SSDI, the SSA will assign a portion of your retroactive benefits to whoever acted as your representative and they generally pay them directly.  We will then reduce any overpayment amount due to back to Anthem by the amount assigned by the SSA so that the net effect to you is zero.


Please let me know if you have any further questions.   I would recommend telling Brown and  Brown, should they reach out again, that it appears you have counsel elsewhere, if I understanding that is what role Allsup serves.


Thank you for reaching out and providing this feedback so that I can relay it to our vendor.


Sincerely,


# Stefanie

**Stefanie E. Rushing, ARM, FLMI, DIA**

*Manager, Clinical Risk*

*740 W Peachtree Street NW, 10th Floor*

*Atlanta, GA 30308*

*O: (470) 284-4493*

*C: (404) 615-7704*

*Stefanie.Rushing@anthem.com*

**From:** Darden, Michael <mad2255@tc.columbia.edu>
**Sent:** Tuesday, January 25, 2022 1:16 PM
**To:** Rushing, Stefanie <Stefanie.Rushing@anthem.com>
**Cc:** Burnside, Eulene <eulene.burnside@anthem.com>
**Subject:** {EXTERNAL} Anthem LT Disability, Brown & Brown SSDI Issue, Michael Darden Claim

This email originated outside the company. Do not click links or attachments unless you recognize the sender.

Dear Ms. Rushing (on behalf of Nanette Johnson):

Wanted to alert you about an issue concerning Brown & Brown Absence Services and my Anthem Long-Term Disability Claim. After I was out on Disability in 2021, I called Brown & Brown 3 times. The first time I called, a Brown & Brown representative seemed surprised that I was calling about beginning my SSDI application then. I call 2 more times and left voicemail messages but never heard back from company representatives. I felt that I was losi time to apply and put SSDI in place. So eventually I felt forced to sign up with Allsup. On 5/19/21, I started my SSDI application and on 6/9/21 filed it with Allsup's assistance. Now that my Anthem LTD is in place, over 8 months after initially contacted them, and 7 months after I filed my SSDI application, Brown & Brown has recently contacted me several times. Nevertheless, if I receive SSDI, I understand that Anthem will have to either pay Allsup's fees or accep reduced offset amount on my SSDI back payment.

Would you please respond to me concerning this issue?

Thank you and take care,

Michael

Michael Darden

917-868-8780

**CONFIDENTIALITY NOTICE:** This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information or may otherwise be protected by law. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message and any attachment thereto.

12/13/24, 11:39 AM | Tc.columbia.edu | Re: {EXTERNAL} Fwd: LT00403220/Michael Darden, Long-Term Disability, Anthem Review Request, reply

Case 4:25-cv-00911-DMR    Document 1    Filed 01/28/25    Page 221 of 500
221



Darden, Michael <mad2255@tc.columbia.edu>

## Re: {EXTERNAL} Fwd: LT00403220/Michael Darden, Long-Term Disability, Anthem Review Request, reply

**Darden, Michael** <mad2255@tc.columbia.edu>
To: "Verrill, Deb" <Deb.Verrill@anthem.com>
Cc: LDClaimsTeam <LDClaimsTeam@anthem.com>

Thu, Oct 27, 2022 at 10:35 PM

You're welcome. Working on returning your Physician's Certification form soon.

Again, thanks very much
and be well,

Michael
Michael Darden
917-868-8780

On Wed, Oct 26, 2022, 10:49 AM Verrill, Deb <Deb.Verrill@anthem.com> wrote:

Hi there- yes, your benefits will continue and the new due date for information is 11/25/22.

Thank you,

*Deb Verrill*

A picture containing text, sign Description automatically generated

**Deb Verrill**, Disability Case Manager

*Life & Disability Claims Operations*

PO Box 105426

Atlanta, GA  30348

OFFICE:  470-784-1964|FAX:  800-850-0017

EMAIL:  Deb.Verrill@anthem.com

**From:** Darden, Michael <mad2255@tc.columbia.edu>
**Sent:** Wednesday, October 26, 2022 11:56 AM
**To:** Verrill, Deb <Deb.Verrill@anthem.com>
**Subject:** Re: {EXTERNAL} Fwd: LT00403220/Michael Darden, Long-Term Disability, Anthem Review Request 3

Case 4:25-cv-00911-DMR     Document 1     Filed 01/28/25     Page 222 of 500
12/13/24, 11:39 AM          Tc.columbia.edu M...  Re: {EXTERNAL} Fwd: LT00403220/Michael Darder...  ig-Term Disability, Anthem Review Request, reply
222

Hi:

You're welcome.  Appreciate receiving your response below.  To confirm:

Will my Long-Term Disability Payments continue without interruption while I complete these forms, or have them completed, signed and returned to you as soon as I possibly can, please?...

On Wed, Oct 26, 2022, 5:12 AM Verrill, Deb <Deb.Verrill@anthem.com> wrote:

Hi there,

Thank you,

*Deb Verrill*

A picture containing text, sign Description automatically generated

**Deb Verrill**, Disability Case Manager

*Life & Disability Claims Operations*

PO Box 105426

Atlanta, GA  30348

OFFICE:  470-784-1964|FAX:  800-850-0017

EMAIL:  Deb.Verrill@anthem.com

**From:** Darden, Michael <mad2255@tc.columbia.edu>
**Sent:** Tuesday, October 25, 2022 4:51 PM
**To:** Verrill, Deb <Deb.Verrill@anthem.com>
**Cc:** LDClaimsTeam <LDClaimsTeam@anthem.com>
**Subject:** {EXTERNAL} Fwd: LT00403220/Michael Darden, Long-Term Disability, Anthem Review Request 2

This email originated outside the company. Do not click links or attachments unless you recognize the sender.

Hi, Deb Verrill and Team:

Case 4:25-cv-00911-DMR    Document 1    Filed 01/28/25    Page 223 of 500
12/13/24, 11:39 AM          Tc.columbia.edu I    Re: {EXTERNAL} Fwd: LT00403220/Michael Darden    g-Term Disability, Anthem Review Request, reply
223

As I mentioned per my voicemail yesterday, this is the first time that I have received the attached documents. I will attempt to complete them or have them completed, signed and returned to you as soon as I possibly can:

Satisfactory, please?

Thank you and take care,

Michael

Michael Darden

917-868-8780

--------- Forwarded message ---------
From: **Verrill, Deb** <Deb.Verrill@anthem.com>
Date: Tue, Oct 25, 2022, 10:31 AM
Subject: LT00403220/Michael Darden
To: mad2255@tc.columbia.edu <mad2255@tc.columbia.edu>
Cc: LDClaimsTeam <LDClaimsTeam@anthem.com>

Hello,

Here is a copy of the letter sent to you on 9/8/22 and the forms that need to be completed.  Please be sure this are returned within 30 days from the date of this letter.

Thank you,

*Deb Verrill*

_____

**Deb Verrill**, Disability Case Manager

*Life & Disability Claims Operations*

PO Box 105426

Atlanta, GA  30348

OFFICE:  470-784-1964|FAX:  800-850-0017

EMAIL:  Deb.Verrill@anthem.com

Case 4:25-cv-00911-DMR    Document 1    Filed 01/28/25    Page 224 of 500
12/13/24, 11:39 AM        Tc.columbia.edu    Re: {EXTERNAL} Fwd: LT00403220/Michael Darder    g-Term Disability, Anthem Review Request, reply
224

**CONFIDENTIALITY NOTICE:** This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information or may otherwise be protected by law. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message and any attachment thereto.

**CONFIDENTIALITY NOTICE:** This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information or may otherwise be protected by law. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message and any attachment thereto.

**CONFIDENTIALITY NOTICE:** This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information or may otherwise be protected by law. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message and any attachment thereto.

 image001.png
14K

Case 4:25-cv-00911-DMR    Document 1    Filed 01/28/25    Page 225 of 500
12/13/24, 11:55 AM    Tc.columbia.edu M     T00403220/Michael Darden, Long-Term Disability, A     n Review Request, Physician Certification Form...
225



Darden, Michael <mad2255@tc.columbia.edu>

## LT00403220/Michael Darden, Long-Term Disability, Anthem Review Request, Physician Certification Form, completed, signed

**Darden, Michael** <mad2255@tc.columbia.edu>                    Fri, Nov 11, 2022 at 7:56 PM
To: "Verrill, Deb" <Deb.Verrill@anthem.com>
Cc: LDClaimsTeam <LDClaimsTeam@anthem.com>

Attached, please find the referenced completed, signed Form:

Satisfactory?

And per your recent voicemail, to confirm:

Is July 31, 2023, the final date on which my psychological LTD will be active, please?

If yes, then by what date must I provide you any further copies of my Medical Records, and what Medical Records must I provide you?

Thank you, take care and Good Weekend,

Michael
Michael Darden
917-868-8780

On Fri, Oct 28, 2022, 1:35 AM Darden, Michael <mad2255@tc.columbia.edu> wrote:
  You're welcome. Working on returning your Physician's Certification form soon.

  Again, thanks very much
  and be well,

  Michael
  Michael Darden
  917-868-8780

  On Wed, Oct 26, 2022, 10:49 AM Verrill, Deb <Deb.Verrill@anthem.com> wrote:

    Hi there- yes, your benefits will continue and the new due date for information is 11/25/22.


    Thank you,



    **A picture containing text, sign Description automatically generated**

Case 4:25-cv-00911-DMR    Document 1    Filed 01/28/25    Page 226 of 500
12/13/24, 11:55 AM    Tc.columbia.edu M____LT00403220/Michael Darden, Long-Term Disability, A____n Review Request, Physician Certification Form…
226

**Deb Verrill**, Disability Case Manager

*Life & Disability Claims Operations*

PO Box 105426

Atlanta, GA  30348

OFFICE:  470-784-1964|FAX:  800-850-0017

EMAIL:  Deb.Verrill@anthem.com


**From:** Darden, Michael <mad2255@tc.columbia.edu>
**Sent:** Wednesday, October 26, 2022 11:56 AM
**To:** Verrill, Deb <Deb.Verrill@anthem.com>
**Subject:** Re: {EXTERNAL} Fwd: LT00403220/Michael Darden, Long-Term Disability, Anthem Review Request 3


Hi:


You're welcome.  Appreciate receiving your response below.  To confirm:


Will my Long-Term Disability Payments continue without interruption while I complete these forms, or have them completed, signed and returned to you as soon as I possibly can, please?...


On Wed, Oct 26, 2022, 5:12 AM Verrill, Deb <Deb.Verrill@anthem.com> wrote:

Hi there,


Thank you,


*Deb Verrill*



**A picture containing text, sign Description automatically generated**


**Deb Verrill**, Disability Case Manager

*Life & Disability Claims Operations*

PO Box 105426

Atlanta, GA  30348

OFFICE:  470-784-1964|FAX:  800-850-0017

EMAIL: Deb.Verrill@anthem.com

**From:** Darden, Michael <mad2255@tc.columbia.edu>
**Sent:** Tuesday, October 25, 2022 4:51 PM
**To:** Verrill, Deb <Deb.Verrill@anthem.com>
**Cc:** LDClaimsTeam <LDClaimsTeam@anthem.com>
**Subject:** {EXTERNAL} Fwd: LT00403220/Michael Darden, Long-Term Disability, Anthem Review Request 2

This email originated outside the company. Do not click links or attachments unless you recognize the sender.

Hi, Deb Verrill and Team:

As I mentioned per my voicemail yesterday, this is the first time that I have received the attached documents. I will attempt to complete them or have them completed, signed and returned to you as soon as I possibly can:

Satisfactory, please?

Thank you and take care,

Michael

Michael Darden

917-868-8780

---------- Forwarded message ---------
From: **Verrill, Deb** <Deb.Verrill@anthem.com>
Date: Tue, Oct 25, 2022, 10:31 AM
Subject: LT00403220/Michael Darden
To: mad2255@tc.columbia.edu <mad2255@tc.columbia.edu>
Cc: LDClaimsTeam <LDClaimsTeam@anthem.com>

Hello,

Here is a copy of the letter sent to you on 9/8/22 and the forms that need to be completed. Please be sure this are returned within 30 days from the date of this letter.

Thank you,

Case 4:25-cv-00911-DMR    Document 1    Filed 01/28/25    Page 228 of 500

12/13/24, 11:55 AM    Tc.columbia.edu M... _T00403220/Michael Darden, Long-Term Disability, A... n Review Request, Physician Certification Form...

228

*Deb Verrill*

---

**Deb Verrill**, Disability Case Manager

*Life & Disability Claims Operations*

PO Box 105426

Atlanta, GA  30348

OFFICE:  470-784-1964|FAX:  800-850-0017

EMAIL:  Deb.Verrill@anthem.com

**CONFIDENTIALITY NOTICE:** This e-mail message, including any attachments, is
for the sole use of the intended recipient(s) and may contain confidential
and privileged information or may otherwise be protected by law. Any
unauthorized review, use, disclosure or distribution is prohibited. If you
are not the intended recipient, please contact the sender by reply e-mail
and destroy all copies of the original message and any attachment thereto.

**CONFIDENTIALITY NOTICE:** This e-mail message, including any attachments, is
for the sole use of the intended recipient(s) and may contain confidential
and privileged information or may otherwise be protected by law. Any
unauthorized review, use, disclosure or distribution is prohibited. If you
are not the intended recipient, please contact the sender by reply e-mail
and destroy all copies of the original message and any attachment thereto.

**CONFIDENTIALITY NOTICE:** This e-mail message, including any attachments, is
for the sole use of the intended recipient(s) and may contain confidential
and privileged information or may otherwise be protected by law. Any
unauthorized review, use, disclosure or distribution is prohibited. If you
are not the intended recipient, please contact the sender by reply e-mail
and destroy all copies of the original message and any attachment thereto.

**Anthem Blue Cross Long-Term Disability, LTD extension, Physician Certification Form, completed,
signed.pdf**
2487K

September 8, 2022


MICHAEL A DARDEN
1801 SHORELINE DRIVE
APT 307
ALAMEDA, CA 94501

16-LT00403220

230



Anthem Blue Cross Life and Health
Disability Service Center

PO Box 105426
Atlanta, GA 30348-5426
Tel: 800-813-5682
Fax: 800-850-0017

September 8, 2022

MICHAEL A DARDEN
1801 SHORELINE DRIVE
APT 307
ALAMEDA, CA 94501

RE:  Claim Number:  LT00403220
      Reference Number:  443185
      NURO INC

DEAR MICHAEL A DARDEN,

We are reviewing your claim and find that we are in need of updated information to complete our ongoing review of your claim. Please forward the enclosed information within 30 days from the date of this letter.

* Attending Physician Statement
* Medical records for past 6 months.
* Release of Information form
* Status of Social Security Disability application

Again, please be sure this information is received within 30 days from the date of this letter so that we may complete our review your ongoing benefits.

SINCERELY,

D VERRILL for J HOCHGESANG
DISABILITY CASE MANAGER

You have the right to get this information and help in your language for free. Please call Customer Service at 800-232-0113 for assistance. (TTY/TDD: 711)

Tiene derecho a recibir esta información y ayuda en su idioma de manera gratuita. Llame al Servicio de Atención al Cliente al 1-800-232-0113 para solicitar ayuda. (TTY/TDD: 711).

您可免費享有本資訊的語言幫助服務。請致電客戶服務部獲取幫助：1-800-232-0113(TTY/TDD: 711)。

Life products underwritten by Anthem Blue Cross Life and Health Insurance Company; Disability products underwritten by Anthem Life Insurance Company. Independent licensees of the Blue Cross Association. ANTHEM is a registered trademark of Anthem Insurance Companies, Inc. The Blue Cross name and symbol are registered marks of the Blue Cross Association.
16-LT00403220



**Anthem Blue Cross Life and Health**
Disability Service Center

PO Box 105426
Atlanta, GA 30348-5426
Tel:  800-813-5682
Fax: 800-850-0017

Life products underwritten by Anthem Blue Cross Life and Health Insurance Company; Disability products underwritten by Anthem Life Insurance Company. Independent licensees of the Blue Cross Association.
ANTHEM is a registered trademark of Anthem Insurance Companies, Inc. The Blue Cross name and symbol are registered marks of the Blue Cross Association.
16-LT00403220

Case 4:25-cv-00911-DMR    Document 1    Filed 01/28/25    Page 232 of 500
12/13/24, 11:42 AM                          Tc.columbia.edu Mail - LT00403220/ ...el Darden
232



**Darden, Michael <mad2255@tc.columbia.edu>**

## LT00403220/Michael Darden

**Verrill, Deb** <Deb.Verrill@anthem.com>                              Tue, Oct 25, 2022 at 10:31 AM
To: "mad2255@tc.columbia.edu" <mad2255@tc.columbia.edu>
Cc: LDClaimsTeam <LDClaimsTeam@anthem.com>

Hello,

Here is a copy of the letter sent to you on 9/8/22 and the forms that need to be completed.  Please be sure this are
returned within 30 days from the date of this letter.

Thank you,





**Deb Verrill**, Disability Case Manager

*Life & Disability Claims Operations*

PO Box 105426

Atlanta, GA  30348

OFFICE:  470-784-1964|FAX:  800-850-0017

EMAIL:  Deb.Verrill@anthem.com

**CONFIDENTIALITY NOTICE:** This e-mail message, including any attachments, is
for the sole use of the intended recipient(s) and may contain confidential
and privileged information or may otherwise be protected by law. Any
unauthorized review, use, disclosure or distribution is prohibited. If you
are not the intended recipient, please contact the sender by reply e-mail
and destroy all copies of the original message and any attachment thereto.

**3 attachments**

 **GA - Generic Letter_LT00403220_09082022.pdf**
107K

 **Anthem APS 052021.pdf**
43K

 **Anthem ROI 052021.pdf**
37K

# Long Term Disability Claim Form
# Attending Physician's Statement

**Anthem Life**

## Section 1: History

| Patient last name Darden | First name Michael | M.I. A | Birthdate (MM/DD/YYYY) 1966 |
|---|---|---|---|

| Date symptoms first appeared or accident happened (MM/DD/YYYY) | Date patient ceased work because of disability 04  15  2021 (MM/DD/YYYY) |
|---|---|

Has patient ever had same or similar condition? ☐ Yes ☑ No
If yes, state when and describe: _____

Is condition due to injury or sickness arising out of patient's employment? ☐ Yes ☑ No ☐ Unknown

| Names and addresses of other treating physicians | Emanuel Vergis, MD (primary care physician), 595 Castro St, San Francisco, CA 94114; Patricia Maska, MD, (neurologist),  985 Atlantic Ave #300, Alameda, CA 94501 |
|---|---|

## Section 2: Diagnosis — If disabling condition is due to a mental or nervous disorder, the attached *Functional Capabilities Evaluation* and *Mental Status Questionnaire* sections must also be completed.

| Diagnosis (including complications) Major Depression; Generalized Anxiety Disorder | Subjective symptoms Reports Panic Attacks, Anxiety Attacks and that he feels very Depressed; remains on medication management | If pregnancy, estimated date of delivery |
|---|---|---|

Objective findings (including current X-rays, EKGs, laboratory data and any clinical findings)
Psychological tests and evaluations continue to show patient has the severe symptoms listed above

## Section 3: Treatment

| Date of first visit (MM/DD/YYYY) 05  11  2021 | Date of last visit (MM/DD/YYYY) 07  02  2022 | Frequency ☑ Weekly ☐ Monthly ☑ Other: Every 3-6 months, MD appointments |
|---|---|---|

Nature of treatment (Including surgery and medications prescribed, if any)
Daily medication management (see CVS prescriptions list (attached), weekly talk therapy and approximately quarterly psychiatry appointments

## Section 4: Progress

| Patient's present condition ☐ Recovered ☐ Improved ☑ Unchanged ☐ Regressed | Is patient? ☑ Ambulatory ☐ House confined ☐ Bed confined ☐ Hospital confined |
|---|---|

Is patient mentally competent to endorse checks and direct proceeds thereof? ☑ Yes ☐ No

Has patient been hospital confined? ☐ Yes ☑ No    If yes, complete the following.

| Hospital name | | Confined from (MM/DD/YYYY) | Through (MM/DD/YYYY) | |
|---|---|---|---|---|
| Hospital street address | City | | State | ZIP code |

## Section 5: Cardiac  Not applicable.

| Functional capacity (American Heart Association) ☐ Class 1 (no limitations) ☐ Class 2 (slight limitations) ☐ Class 3 (marked limitations) ☐ Class 4 (complete limitations) | Blood pressure last visit: _____/_____ (systolic/diastolic |
|---|---|

## Section 6: Impairments

Physical impairments
☐ Class 1 – No limitations of functional capacity; capable of heavy work* no restrictions (0-10%)
☐ Class 2 – Medium manual activity* (15-30%)
☐ Class 3 – Slight limitation of functional capacity; capable of light work* (35-55%)
☐ Class 4 – Moderate limitation of functional capacity; capable of clerical/administrative (sedentary*) activity (60-70%)
☑ Class 5 – Severe limitation of functional capacity; incapable of minimum (sedentary*) activity (75-100%)

Remarks:
In addition to depression and anxiety, Mr. Darden suffers from intractable, chronic migraines with vertigo and tinnitus.

*As defined in *Federal Dictionary of Occupational Titles*.

# Long Term Disability Claim Form
## Attending Physician's Statement (continued)

### Section 6: Impairments (continued)

Mental impairments (if any):
a. Please define "stress" as it applies to this claimant and in light of his/her job requirements.
b. What stress and problems in interpersonal relations has claimant had on job?

☐ Class 1 – Patient is able to function under stress and engage in interpersonal relations (no limitations)
☐ Class 2 – Patient is able to function in most stress situations and engage in most interpersonal relations (slight limitations)
☐ Class 3 – Patient is able to engage in only limited stress situations and engage in only limited interpersonal relations (moderate limitations)
☐ Class 4 – Patient is unable to engage in stress situations or engage in interpersonal relations (marked limitations)
☑ Class 5 – Patient has significant loss of psychological, physiological personal and social adjustment (severe limitations)

### Section 7: Rehab

Is patient a suitable candidate for occupational rehabilitation?  ☐ 1 month  ☐ 1-3 months  ☐ 3-6 months  ☑ Never

When could trial employment commence?
Patient's own job: _____ (MM/DD/YYYY)  ☐ Full-time ☐ Part-time
Any other work: _____ (MM/DD/YYYY)  ☐ Full-time ☐ Part-time

### Section 8: Any additional remarks

Limitations, therapy, etc.

Due to psychiatric symptoms, Michael Darden has a classification of total and permanent disability (see attached, U.S. Department of Education correspondence). In addition, several doctors and providers see Mr. Darden for severe, persistent migraines that cause severe, constant vertigo and tinnitus, both of which are intractable and so far have failed to respond to medications and therapies.

### Section 9: Physician information

| Printed attending physician name | Degree | Phone no. | |
|---|---|---|---|
| John Gillean | MD | (510) 541-2323 | |
| Street address<br>55 Santa Clara Ave Ste 171 | City<br>Oakland | State<br>CA | ZIP code<br>94610-1333 |
| Signature of attending physician  X | | Date (MM/DD/YYYY)<br>11/11/2022 | |

# Long Term Disability Claim Form
## Mental Status Questionnaire


236

## Needs to be completed only if condition is due to mental or nervous disorder.

### Section 1: Patient information

| Patient last name: Darden | First name: Michael | M.I. A. | Birthdate (MM/DD/YYYY) 1966 |

| Date treatment began (MM/DD/YYYY) 05 11 2021 | Frequency Weekly talk therapy, quarterly psychiatry | Nature of treatment Talk therapy and medication management |

Diagnosis (Use DSM IV Multi-axial evaluation nomenclature and code numbers) MAJOR DEPRESSIVE DISORDER 296.23 (F32.2)
ADJUSTMENT DISORDER (AD) WITH MIXED ANXIETY AND DEPRESSED MOOD 309.28 (F43.23)

Major depressive disorder, single episode, severe without psychotic features. Michael presented for psychiatric evaluation after the emergence of significant depressive symptoms, precipitated by several external stressors on top of a biological predisposition for mood disorder. His symptoms are severe and debilitating at this time indicating a continued need for LTD and maintenance of an antidepressant regimen. No acute safety concerns although patient will require consistent follow-up for stabilization.

### Section 2: Please respond to all items. Use additional pages as necessary.

State patient's initial reason for seeking treatment. Severe Depression and Generalized Anxiety, Panic Attacks and Anxiety Attacks

Describe patient's current condition and mental status. Continues to exhibit signs and symptoms of Major Depression and Generalized Anxiety Disorder. He is unable to work under any conditions or circumstances.

Medications: Please list current medications, dosage and dates begun.
mirtazapine (REMERON) 15 mg tablet
mirtazapine 15 mg tablet
TAKE 1 TABLET(S) BY ORAL ROUTE AT BEDTIME
TIMES PER DAY, FOR 30 DAYS
Emgality Pen, 120 mg/mL subcutaneous pen injector
TAKE 1 ML EVERY MONTH SUBCUTANEOUSLY FOR
30 DAYS, as of 10/31/2022

buPROPion (WELLBUTRIN XL)
300 mg 24 hr tablet
Take 300 mg by mouth daily

traZODone (DESYREL) 50 mg tablet
trazodone 50 mg tablet
TAKE 1-2 TABLET(S) BY ORAL ROUTE, AT
BEDTIME AS NEEDED INSOMNIA, FOR 30 DAYS

clonazePAM (KLONOPIN) 0.5 mg tablet
clonazepam 0.5 mg tablet
TAKE 1 TABLET(S) BY ORAL ROUTE, DAILY AS
NEEDED ANXIETY, FOR 30 DAYS

And SEE CVS Pharmacy list (attached) for dates

Please summarize current treatment goals.
Goal is to stabilize the patient through weekly talk therapy and medication management.

Comments
Patient remains unable to work in any capacity.

Signature of physician
X [signature: John Doe]

Date (MM/DD/YYYY)
11/11/2022

Anthem Life
Disability Claim Service Center
P.O. Box 105426
Atlanta, GA 30348-5426
Phone: 1-800-232-0113
Fax: 1-800-850-0017
Email: lifeanddisabilityclaims@anthem.com

| Title | Date | Total Rx Sp | Your total savings |
|---|---|---|---|
| Financial S | Oct. 25, 2019 - Oc | $538.45 | $0.00 |

| Member N | Drug Name | RX # | Last Filled | Pharmacy I | You Paid | Your Plan(s | Primary Pla | Secondary | Manufactu | Other Adju | Amount Ap |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Michael Da | MIRTAZAPINE 15 | 507539 | 10/13/2022 | CVS/pharm | $10.16 | $0.00 | $0.00 | $0.00 | - | - | $0.00 |
| Michael Da | BUPROPION HCL | 499062 | 10/12/2022 | CVS/pharm | $15.00 | $0.00 | $0.00 | $0.00 | - | - | $0.00 |
| Michael Da | BUPROPION HCL | 499062 | 9/15/2022 | CVS/pharm | $15.00 | $0.00 | $0.00 | $0.00 | - | - | $0.00 |
| Michael Da | TRAZODONE 50 N | 499072 | 10/12/2022 | CVS/pharm | $5.00 | $0.00 | $0.00 | $0.00 | - | - | $0.00 |
| Michael Da | TRAZODONE 50 N | 499072 | 9/13/2022 | CVS/pharm | $5.00 | $0.00 | $0.00 | $0.00 | - | - | $0.00 |
| Michael Da | BUPROPION HCL | 488953 | 8/16/2022 | CVS/pharm | $15.00 | $0.00 | $0.00 | $0.00 | - | - | $0.00 |
| Michael Da | BUPROPION HCL | 488953 | 7/12/2022 | CVS/pharm | $15.00 | $0.00 | $0.00 | $0.00 | - | - | $0.00 |
| Michael Da | BUPROPION HCL | 488953 | 6/13/2022 | CVS/pharm | $15.00 | $0.00 | $0.00 | $0.00 | - | - | $0.00 |
| Michael Da | TRAZODONE 50 N | 495254 | 8/15/2022 | CVS/pharm | $5.00 | $0.00 | $0.00 | $0.00 | - | - | $0.00 |
| Michael Da | TRAZODONE 50 N | 495254 | 7/13/2022 | CVS/pharm | $5.00 | $0.00 | $0.00 | $0.00 | - | - | $0.00 |
| Michael Da | TRAZODONE 50 N | 495254 | 6/15/2022 | CVS/pharm | $5.00 | $0.00 | $0.00 | $0.00 | - | - | $0.00 |
| Michael Da | CLONAZEPAM 0.5 | 483626 | 7/19/2022 | CVS/pharm | $3.90 | $0.00 | $0.00 | $0.00 | - | - | $0.00 |
| Michael Da | MIRTAZAPINE 15 | 492214 | 7/13/2022 | CVS/pharm | $10.16 | $0.00 | $0.00 | $0.00 | - | - | $0.00 |
| Michael Da | MIRTAZAPINE 15 | 492214 | 6/14/2022 | CVS/pharm | $10.16 | $0.00 | $0.00 | $0.00 | - | - | $0.00 |
| Michael Da | MIRTAZAPINE 15 | 492214 | 5/17/2022 | CVS/pharm | $10.16 | $0.00 | $0.00 | $0.00 | - | - | $0.00 |
| Michael Da | CLONAZEPAM 0.5 | 488955 | 6/16/2022 | CVS/pharm | $3.90 | $0.00 | $0.00 | $0.00 | - | - | $0.00 |
| Michael Da | CLONAZEPAM 0.5 | 488955 | 4/12/2022 | CVS/pharm | $3.90 | $0.00 | $0.00 | $0.00 | - | - | $0.00 |
| Michael Da | BUPROPION HCL | 483624 | 5/16/2022 | CVS/pharm | $15.00 | $0.00 | $0.00 | $0.00 | - | - | $0.00 |
| Michael Da | BUPROPION HCL | 483624 | 3/30/2022 | CVS/pharm | $15.00 | $0.00 | $0.00 | $0.00 | - | - | $0.00 |
| Michael Da | BUPROPION HCL | 483624 | 3/2/2022 | CVS/pharm | $15.00 | $0.00 | $0.00 | $0.00 | - | - | $0.00 |
| Michael Da | TRAZODONE 50 N | 486135 | 5/16/2022 | CVS/pharm | $5.00 | $0.00 | $0.00 | $0.00 | - | - | $0.00 |
| Michael Da | TRAZODONE 50 N | 486135 | 4/14/2022 | CVS/pharm | $5.00 | $0.00 | $0.00 | $0.00 | - | - | $0.00 |
| Michael Da | TRAZODONE 50 N | 486135 | 3/16/2022 | CVS/pharm | $5.00 | $0.00 | $0.00 | $0.00 | - | - | $0.00 |
| Michael Da | MIRTAZAPINE 15 | 483625 | 4/13/2022 | CVS/pharm | $10.16 | $0.00 | $0.00 | $0.00 | - | - | $0.00 |
| Michael Da | MIRTAZAPINE 15 | 483625 | 3/16/2022 | CVS/pharm | $10.16 | $0.00 | $0.00 | $0.00 | - | - | $0.00 |
| Michael Da | MIRTAZAPINE 15 | 483625 | 2/15/2022 | CVS/pharm | $9.92 | $0.00 | $0.00 | $0.00 | - | - | $0.00 |
| Michael Da | QULIPTA 30 MG T | 487027 | 3/28/2022 | CVS/pharm | $0.00 | $0.00 | $0.00 | $0.00 | - | - | $0.00 |
| Michael Da | CLONAZEPAM 0.5 | 476242 | 3/7/2022 | CVS/pharm | $3.90 | $0.00 | $0.00 | $0.00 | - | - | $0.00 |
| Michael Da | CLONAZEPAM 0.5 | 476242 | 2/6/2022 | CVS/pharm | $3.83 | $0.00 | $0.00 | $0.00 | - | - | $0.00 |
| Michael Da | QULIPTA 10 MG T | 482521 | 3/3/2022 | CVS/pharm | $0.00 | $0.00 | $0.00 | $0.00 | - | - | $0.00 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Michael Da | BUPROPION HCL | 476243 | 2/3/2022 | CVS/pharm | $15.00 | $0.00 | $0.00 | $0.00 - | - | $0.00 |
| Michael Da | BUPROPION HCL | 476243 | 1/4/2022 | CVS/pharm | $15.00 | $0.00 | $0.00 | $0.00 - | - | $0.00 |
| Michael Da | BUPROPION HCL | 476243 | 12/8/2021 | CVS/pharm | $15.00 | $0.00 | $0.00 | $0.00 - | - | $0.00 |
| Michael Da | NURTEC ODT 75 N | 471871 | 12/16/2021 | CVS/pharm | $0.00 | $0.00 | $0.00 | $0.00 - | - | $0.00 |
| Michael Da | CLONAZEPAM 0.5 | 468314 | 11/27/2021 | CVS/pharm | $3.86 | $0.00 | $0.00 | $0.00 - | - | $0.00 |
| Michael Da | CLONAZEPAM 0.5 | 468314 | 10/5/2021 | CVS/pharm | $3.88 | $0.00 | $0.00 | $0.00 - | - | $0.00 |
| Michael Da | BUPROPION HCL | 467262 | 11/2/2021 | CVS/pharm | $15.00 | $0.00 | $0.00 | $0.00 - | - | $0.00 |
| Michael Da | BUPROPION HCL | 467262 | 9/27/2021 | CVS/pharm | $15.00 | $0.00 | $0.00 | $0.00 - | - | $0.00 |
| Michael Da | FLUZONE QUAD 2 | 468292 | 10/5/2021 | CVS/pharm | $0.00 | $0.00 | $0.00 | $0.00 - | - | $0.00 |
| Michael Da | ESCITALOPRAM 5 | 453785 | 9/28/2021 | CVS/pharm | $26.22 | $0.00 | $0.00 | $0.00 - | - | $0.00 |
| Michael Da | ESCITALOPRAM 5 | 453785 | 7/13/2021 | CVS/pharm | $25.97 | $0.00 | $0.00 | $0.00 - | - | $0.00 |
| Michael Da | ESCITALOPRAM 5 | 453785 | 4/30/2021 | CVS/pharm | $23.83 | $0.00 | $0.00 | $0.00 - | - | $0.00 |
| Michael Da | ESCITALOPRAM 1( | 466940 | 9/24/2021 | CVS/pharm | $29.89 | $0.00 | $0.00 | $0.00 - | - | $0.00 |
| Michael Da | TRAZODONE 50 N | 466939 | 9/24/2021 | CVS/pharm | $15.00 | $0.00 | $0.00 | $0.00 - | - | $0.00 |
| Michael Da | CLONAZEPAM 0.5 | 460434 | 8/31/2021 | CVS/pharm | $3.83 | $0.00 | $0.00 | $0.00 - | - | $0.00 |
| Michael Da | CLONAZEPAM 0.5 | 460434 | 7/13/2021 | CVS/pharm | $3.86 | $0.00 | $0.00 | $0.00 - | - | $0.00 |
| Michael Da | PFIZER COVID-19 | 459065 | 7/17/2021 | CVS/pharm | $0.00 | $0.00 | $0.00 | $0.00 - | - | $0.00 |
| Michael Da | PFIZER COVID-19 | 459058 | 6/26/2021 | CVS/pharm | $0.00 | $0.00 | $0.00 | $0.00 - | - | $0.00 |
| Michael Da | ESCITALOPRAM 5 | 458055 | 6/17/2021 | CVS/pharm | $9.60 | $0.00 | $0.00 | $0.00 - | - | $0.00 |
| Michael Da | CLONAZEPAM 0.5 | 458059 | 6/15/2021 | CVS/pharm | $3.70 | $0.00 | $0.00 | $0.00 - | - | $0.00 |
| Michael Da | TRAZODONE 50 N | 457109 | 6/6/2021 | CVS/pharm | $15.00 | $0.00 | $0.00 | $0.00 - | - | $0.00 |
| Michael Da | ESCITALOPRAM 1( | 457110 | 6/6/2021 | CVS/pharm | $27.71 | $0.00 | $0.00 | $0.00 - | - | $0.00 |
| Michael Da | ESCITALOPRAM 1( | 454694 | 5/11/2021 | CVS/pharm | $10.74 | $0.00 | $0.00 | $0.00 - | - | $0.00 |
| Michael Da | TRAZODONE 50 N | 454695 | 5/11/2021 | CVS/pharm | $5.00 | $0.00 | $0.00 | $0.00 - | - | $0.00 |
| Michael Da | GABAPENTIN 300 | 453784 | 4/30/2021 | CVS/pharm | $5.05 | $0.00 | $0.00 | $0.00 - | - | $0.00 |

**This report may not reflect all medicines dispensed during the specified period.**

**Costs displayed may not reflect coverage from any supplemental insurance plans.**

**Other Adjustments may include supplemental insurance coverage, manufacturer coupons or other discounts.**

**nelnet** | U.S. Department of Education

P.O. Box 87130
Lincoln, NE 68501-7130

Federal Perkins Disability Servicing Unit

239

||||||||||||||||||||||||||||||||||||||||||||||||||
MICHAEL DARDEN
1801 SHORELINE DRIVE APARTMENT 307
ALAMEDA CA 94501-6084

T03

May 24, 2022

Account Number: 3104050

Dear MICHAEL DARDEN,

The U.S. Department of Education (the Department) has completed its review of your Total and Permanent Disability (TPD) discharge application requesting discharge of your William D. Ford Federal Direct Loan (Direct Loan) Program loan, Federal Family Education Loan (FFEL) Program loan, Federal Perkins Loan (Perkins Loan) Program loan, and/or your Teacher Education Assistance for College and Higher Education (TEACH) Grant Program service obligation. Throughout this letter, we use the term "loan" to refer to one or more loans. In addition, we use the terms "you" and "your" to refer to the disabled individual who applied for discharge, MICHAEL DARDEN.

Nelnet assists the U.S. Department of Education (the Department) in administering the TPD discharge process, and we will communicate with you on behalf of the Department concerning your discharge request.

Effective 05/23/2022, the Department has approved your application for discharge of the federal student loan or TEACH Grant service obligation identified below on the basis of your total and permanent disability. This letter contains important information regarding the TPD discharge.

Your holder(s) will now transfer your loan and/or your TEACH Grant service obligation to us for discharge and a three-year post-discharge monitoring period, as described below. We will notify you again when we have discharged your loan and/or TEACH Grant service obligation.

We have instructed your loan holder(s) to return any loan payments that were received after your disability date to the person who made the payments. For this purpose, your "disability date" is the date we received the documentation of your Social Security Administration (SSA) notice of award for Social Security Disability Insurance (SSDI) or Supplemental Security Income (SSI) benefits, or the date the physician certified your discharge application, depending on the type of documentation you provided to show that you are totally and permanently disabled.

| Holder Name | Phone Number | Type | Date | Amount | School ID |
|---|---|---|---|---|---|
| DEPT OF ED/HESC-EDFINANCIAL | 855.337.6884 | Direct Stafford Unsubsidized | 02/16/2017 | $20,960.00 | 00397900 |
| DEPT OF ED/HESC-EDFINANCIAL | 855.337.6884 | Direct Stafford Unsubsidized | 09/27/2017 | $10,252.00 | 00397900 |
| DEPT OF ED/HESC-EDFINANCIAL | 855.337.6884 | Direct PLUS for Graduate or Professional Students | 03/07/2017 | $25,646.00 | 00397900 |

**WHAT YOU NEED TO KNOW**

**Three-Year Post-Discharge Monitoring Period:**

As stated above, the Department has approved your application for discharge on the basis of your total and permanent



disability and your loan and/or TEACH Grant service obligation will be transferred to us to be discharged. You will be subject to a monitoring period that will end three years from 05/23/2022. We will reinstate your obligation to repay your discharged loan or complete discharged TEACH Grant service obligation if at any time during this monitoring period:

- You have annual employment earnings that exceed the Poverty Guideline amount for a family of two in your state, regardless of your actual family size (visit DisabilityDischarge.com for additional information);

- You receive a new Direct Loan, Perkins Loan, or TEACH Grant;

- You received a disbursement of a Direct Loan, Perkins Loan, or TEACH Grant that was made before the discharge date, and the full amount of the disbursement is not returned within 120 days of the disbursement date; or

- You receive a notice from the Social Security Administration (SSA) stating that you are no longer totally and permanently disabled, or that your disability review will no longer be the 5-year or 7-year review period indicated in your SSA notice of award for SSDI or SSI benefits.

In addition, during the three-year post-discharge monitoring period, you must promptly notify or respond to the Department if:

- There is a change in your address or telephone number; or

- You receive a request to provide the Department with documentation of your annual earnings from employment.

If your obligation to repay your loan or complete your TEACH Grant service obligation is reinstated under the conditions described above, you will be responsible for repaying your loans or completing your TEACH Grant service obligation. However, you will not be required to pay any interest that would have accrued on the loan from the date of discharge until the date of reinstatement.

If your obligation to repay your loans or complete your TEACH Grant service obligation is reinstated, we will notify you via mailed letter and return your loan to the status that it was in at the time you applied for TPD discharge. The notice of reinstatement will include:

- The reason(s) for reinstatement;

- An explanation that the first payment due date on the reinstated loans will be no earlier than 60 days after the date of the notification of reinstatement; and

- Information on how you may contact the Department if you have questions about the reinstatement or believe that the Department's determination was based on incorrect information.

**Eligibility for New Loans or TEACH Grants:**

After you receive a TPD discharge, you are not eligible to receive a new Direct Loan, Perkins Loan, or TEACH Grant in the future unless:

- You obtain a certification from a physician that you are able to engage in substantial gainful activity; and

- You sign a statement acknowledging that the new loan or TEACH Grant service obligation cannot be discharged in the future on the basis of any injury or illness present at the time the new loan or TEACH Grant is made, unless your condition substantially deteriorates so that you are again totally and permanently disabled

In addition, if you request a new Direct Loan, Perkins Loan, or TEACH Grant at any time during the three-year post-discharge monitoring period described above, you must resume payment on the previously discharged loan or acknowledge that you are once again subject to the terms of your TEACH Grant service obligation before you can receive the new loan or TEACH Grant.

**Tax Implications if Your Loans Are Discharged:**                    241

As a result of a change in tax law, loan balances that are discharged due to TPD are not considered income for federal tax purposes if you receive the discharge during the period from January 1, 2018 through December 31, 2025. If you qualify for a TPD discharge based on documentation from the VA, the date you are considered to have received the discharge for tax purposes is the date that we approve the discharge.

If you qualify for a TPD discharge based on documentation from the Social Security Administration or a physician's certification, the date you are considered to have received the discharge for tax purposes is the completion date of your three-year post-discharge monitoring period.

If you receive a Form 1099-C, you should keep the form for your records, but you do not need to include it when filing your federal tax return. For additional information, visit irs.gov.

The discharged loan amount may be considered income for state tax purposes. You may want to consult with your state tax office or a tax professional before you file your state tax return.

**HOW TO CONTACT US:**

Written correspondence can be sent to:

U.S. Department of Education
P.O. Box 87130
Lincoln, NE 68501-7130

In addition, you can visit DisabilityDischarge.com to check the status of your discharge application, upload any supporting documentation that we may request from you, and/or update your personal information.

If you have questions, please visit our website DisabilityDischarge.com or email us at **DisabilityInformation@nelnet.net**. You may also contact us at 888.303.7818 Monday through Friday from 8 a.m. to 8 p.m. (Eastern).

Sincerely,

Nelnet Total and Permanent Disability Servicer



| Applicant Name | Michael Darden | | Applicant SSN | 3104050 |
|---|---|---|---|---|

## SECTION 4: PHYSICIAN'S CERTIFICATION

Print legibly and initial any changes. Return the form to the applicant or representative.

### Applicant Identification

1. Provide the below information regarding the individual for whom you are completing this Section:

   **Name**  Michael Darden

   **Date of Birth**  [ ]/1966

### Medically Determinable Physical or Mental Impairment

2. Does the applicant have a medically determinable physical or mental impairment that prevents the applicant from engaging in any substantial gainful activity?

   **Substantial gainful activity** means a level of work performed for pay or profit that involves doing significant physical or mental activities or a combination of both. If the applicant is able to engage in any substantial gainful activity in any field of work, you must answer "No".

   [x] Yes - Continue to Item 3.

   [ ] No - **Do not complete this application.**

### Severity/Duration of Physical or Mental Impairment

3. Is the applicant's impairment expected to result in death?

   [ ] Yes - Skip to Item 5.

   [x] No - Continue to Item 4.

4. Has the applicant's impairment lasted or is it expected to last for a continuous period of at least 60 months?

   [x] Yes - Continue to Item 5.

   [ ] No - **Do not complete this application.**

### Disabling Condition

Do not use insurance codes or abbreviations.

5. Provide your diagnosis of the applicant's impairment:

   > Major depressive disorder, severe; adjustment disorder with depression and anxiety

6. Describe the severity of the applicant's impairment, including, if applicable, the phase of the impairment:

   > Patient exhibits severe depressive and anxiety symptoms that have only partially responded to available treatments.

### Limitations

Explain how the condition prevents the applicant from engaging in any substantial gainful activity in any field of work. Attach additional pages if needed. Enter "N/A" if not applicable. You may include additional information you believe is helpful in understanding the applicant's condition, such as medications or procedures used to treat the condition.

7. Limitations on sitting, standing, walking, or lifting:

   > N/A

8. Limitations on activities of daily living:

   > Applicant's symptoms affect his ability to focus, sustain his energy level, manage complex tasks, communicate effectively with others

9. Residual functionality:

   > Applicant can manage his own finances and tend to basic tasks of daily living with the support of his partner.

10. Social/behavioral limitations (if any):

    > Difficulty communicating with others effectively due to anxiety and mood symptoms.

11. Global Assessment Function Score (for psychiatric conditions):

    > 48

### Physician's Certification

**I certify** that, in my best professional judgment, the applicant identified in Item 1 has a medically determinable physical or mental impairment consistent with my responses in Items 2 through 10.

**I understand** that an applicant who is currently able to engage in any substantial gainful activity in any field of work does not have a total and permanent disability as defined on this form.

I am a doctor of:  [x] medicine  [ ] osteopathy/osteopathic medicine

California                                A141657

State Where Legally Authorized to Practice*    Professional License Number (subject to verification; stamp is acceptable)

*If you are licensed to practice in American Samoa, Puerto Rico, the U.S. Virgin Islands, the Northern Mariana Islands, the Marshall Islands, Micronesia, or Palau, attach a copy of your professional license that clearly shows the expiration date.

| Physician's Signature (a stamp is not acceptable) | 05/04/2022 | John A Gillean |
|---|---|---|
| | Date (mm-dd-yyyy) | Physician Name (First, Middle, Last) |

jgillean@innerspacepsychiatry.com    510-541-2323

Email                                Telephone

55 Santa Clara Ave, Suite 171, Oakland, CA 94610    510-907-7966

Address (a stamp is acceptable)                        Fax

SECURED BY FAXMD.COM PAGE 2 OF 2

Case 4:25-cv-00911-DMR     Document 1     Filed 01/28/25     Page 244 of 500
12/18/24, 9:10 PM        Tc.columbia.edu Mail – Re: {EXTERNAL} MR_Req, Michael Darden (Psych), Anthem/LT00403220; Medical_Record_Request, reply
244



**Darden, Michael <mad2255@tc.columbia.edu>**

---

## Re: {EXTERNAL} MR_Req, Michael Darden (Psych), Anthem/LT00403220; Medical_Record_Request, reply

**Verrill, Deb** <Deb.Verrill@anthem.com>                                     Wed, Nov 16, 2022 at 12:05 PM
To: "Darden, Michael" <mad2255@tc.columbia.edu>
Cc: LDClaimsTeam <LDClaimsTeam@anthem.com>

Same to you!





**Deb Verrill**, Disability Case Manager

*Life & Disability Claims Operations*

PO Box 105426

Atlanta, GA  30348

OFFICE:  470-784-1964|FAX:  800-850-0017

EMAIL:  Deb.Verrill@anthem.com

**From:** Darden, Michael <mad2255@tc.columbia.edu>
**Sent:** Wednesday, November 16, 2022 1:19 PM
**To:** Verrill, Deb <Deb.Verrill@anthem.com>
**Cc:** LDClaimsTeam <LDClaimsTeam@anthem.com>
**Subject:** Re: {EXTERNAL} MR_Req, Michael Darden (Psych), Anthem/LT00403220; Medical_Record_Request, reply

You're welcome. Understood, many thanks and take care,

Michael

917-868-8780

On Wed, Nov 16, 2022, 5:07 AM Verrill, Deb <Deb.Verrill@anthem.com> wrote:

Case 4:25-cv-00911-DMR    Document 1    Filed 01/28/25    Page 245 of 500

12/18/24, 9:10 PM    Tc.columbia.edu M    Re: {EXTERNAL} MR_Req, Michael Darden (Psych),    .em/LT00403220; Medical_Record_Request, reply

245

Thank you. I will send to your claim file and then do a review. I am sure it is, but I would like the time to review and get back to you.

Thanks Michael.

Deb

*Deb Verrill*

A picture containing text, sign Description automatically generated

**Deb Verrill**, Disability Case Manager

*Life & Disability Claims Operations*

PO Box 105426

Atlanta, GA  30348

OFFICE:  470-784-1964|FAX:  800-850-0017

EMAIL:  Deb.Verrill@anthem.com

**From:** Darden, Michael <mad2255@tc.columbia.edu>
**Sent:** Tuesday, November 15, 2022 4:47 PM
**To:** Verrill, Deb <Deb.Verrill@anthem.com>
**Subject:** {EXTERNAL} Fwd: Medical_Record_Request, Michael Darden (Psych), Anthem

This email originated outside the company. Do not click links or attachments unless you recognize the sender.

Attached, as requested:

Satisfactory, please?

Thank you and be well,

Michael

Michael Darden

917-868-8780

Case 4:25-cv-00911-DMR    Document 1    Filed 01/28/25    Page 246 of 500

12/18/24, 9:10 PM        Tc.columbia.edu M... Re: {EXTERNAL} MR_Req, Michael Darden (Psych), ...iem/LT00403220; Medical_Record_Request, reply

246

---------- Forwarded message ----------
From: **Rhyzel Alabado** <rhyzel.alabado@waitingroomsolutions.com>
Date: Tue, Nov 15, 2022, 12:25 PM
Subject: Medical_Record_Request
To: <mad2255@tc.columbia.edu>
Cc: <jgillean@innerspacepsychiatry.com>


Hello Mr. Darden,


Here are the medical records you requested for last 6 months. Please let us know if you need anything else.

Thank You,

---

**Rhyzel A. | Innerspace Psychiatry**
**WRS Health | VA Services**

Email: rhyzel.alabado@wrshealth.com
Phone: 510-541-2323 | Fax: (510) 907-7966
www.wrshealth.com

This e-mail, including attachments, is intended for the exclusive use of the person or entity to which it is addressed and may contain confidential or privileged information. If the reader of this e-mail is not the intended recipient or his or her authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this e-mail is prohibited. If you think that you have received this e-mail in error, please advise the sender by reply e-mail of the error and then delete this e-mail immediately. Thank You.


**CONFIDENTIALITY NOTICE:** This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information or may otherwise be protected by law. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message and any attachment thereto.

**CONFIDENTIALITY NOTICE:** This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information or may otherwise be protected by law. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message and any attachment thereto.

## Darden, Michael

Date: Nov 08, 2022
DOB: 05/05/1966, 56 year old Male
Note No.38965203
Printed 12:16 PM Nov 15 2022
User Location: Innerspace Psychiatry

Innerspace Psychiatry
55 Santa Clara Ave, Ste 171, Oakland, CA 94610-1333
Tel: (510)541-2323    Fax: (510)907-7966
JOHN GILLEAN, M.D.

### PSYCHIATRIC HISTORY & EXAM

**HPI:** "We've been good."

Client reports that he has experienced significant migraines a/w tinnitus and vertigo.
Has started an extensive workup and has undergone a trial of emgality and been referred to a CBT provider.
He has been seeing a neurotologist at UCSF.

He is also suing a former employer for ADA discrimination .
This has been an extremely stressful process for him.
His brother has been homeless in MD recently which has been quite stressful for him.
Despite the above stressors, client reports that he is "hanging in there."

He will be travelling to MD to visit his mother for her 89th birthday.

Med updates:
Started on emgality.
General:
**General:** well nourished, well hydrated, no acute distress
Psychiatric:
**Speech:** NRRT
**Thought Process/Abstract Reasoning:** linear, GD
**Associations:** depressive
**Abnormal thoughts:** no PI, no SI/HI/VI
**Judgement & Insight:** intact
Mental Status Exam:
**Orientation:** oriented to time, place, and person
**Memory:** intact for recent and remote events
**Attention:** attends to tasks normally
**Speech/Language:** expressive and receptive communications skills are WNL
**Fund of knowledge:** demonstrates good fund of knowledge
**Mood & Affect:** "hanging in there," depressed, anxious
**Comments:** affect and TP/TC are appropriate

### PRESCRIPTIONS

**clonazepam 0.5 mg tablet**, Take 1 tablet(s) by oral route , dailyPRN anxiety , for 30 days , 30 Tablet &refills: 1 -- Reviewed CURES
**Diagnosis:** [F43.23]

**trazodone 50 mg tablet**, Take 1-2 tablet(s) by oral route , qHSPRN insomnia , for 30 days , 60 Tablet &refills: 2
**Diagnosis:** [F32.2]

**bupropion HCl XL 300 mg 24 hr tablet, extended release**, Take 1 tablet(s) by oral route , 1 time per day , for 30 days , 30 Tablet &refills: 2
**Diagnosis:** [F32.2]

**mirtazapine 15 mg tablet**, Take 1 tablet(s) by oral route , qHS times per day , for 30 days , 30 Tablet &refills: 2
**Diagnosis:** [F32.2]

### ALLERGIES

Penicillins -- rash

### PROCEDURES

**Office or other outpatient visit for the evaluation and management of an established patient, which requires a medically appropr [99214]**
**Related Diagnosis:**

| ICD Code | ICD Description |
| --- | --- |

| ICD Code | ICD Description |
|----------|-----------------|
| F32.2 | Major depressive disorder, single episode, severe without psychotic features - patient remains grossly stable on his current regimen, although symptoms continue to cause moderately significant functional impairment. |
| F43.23 | Adjustment disorder with mixed anxiety and depressed mood - exacerbated recently by situational stressors; continues to utilize clonazepam prn with benefit. |

## AXIS & PLAN

**Major depressive disorder, single episode, severe without psychotic features - patient remains grossly stable on his current regimen, although symptoms continue to cause moderately significant functional impairment. [F32.2] (Axis I)**
Plan: Continue bupropion XL 300mg daily and trazodone 50-100mg qHSPRN for insomnia, mirtazapine 7.5-15mg qHSPRN for insomnia; continue weekly psychotherapy with Penny; maintain SDI.

[99214] OFFICE OR OTHER OUTPATIENT VISIT FOR THE EVALUATION AND MANAGEMENT OF AN ESTABLISHED PATIENT, WHICH REQUIRES A MEDICALLY APPROPR

**Adjustment disorder with mixed anxiety and depressed mood - exacerbated recently by situational stressors; continues to utilize clonazepam prn with benefit. [F43.23] (Axis I)**
Plan: Continue clonazepam 0.5mg dailyPRN for anxiety.

[99214] OFFICE OR OTHER OUTPATIENT VISIT FOR THE EVALUATION AND MANAGEMENT OF AN ESTABLISHED PATIENT, WHICH REQUIRES A MEDICALLY APPROPR

## SIGNATURE

This note has not yet been signed.
If required, you can add an addendum to it.
If required, you can add a patient annotation to it.

Note Sign off

**Darden, Michael**

Date: Jul 01, 2022
DOB: 05/05/1966, Male
Note No.38104418
Printed 12:56 AM Jul 27 2022
User Location: Innerspace Psychiatry

Innerspace Psychiatry
55 Santa Clara Ave, Ste 171, Oakland, CA 94610-1333
Tel: (510)541-2323    Fax: (510)907-7966
JOHN GILLEAN, M.D.

## PSYCHIATRIC HISTORY & EXAM

**HPI:** "I'm doing OK."

Client reports relative stability on his current med regimen.
He continues to experience moderately significant symptoms although he feels he is managing basic ADLs well.
He is motivated to continue his current med regimen from which he continue to report a benefit.
He is sleeping relatively well.
He continues to express moderate concern about his mother.
He continues to report concerns about his son with whom he has a strained relationship.
General:
**General:** well nourished, well hydrated, no acute distress
Psychiatric:
**Speech:** NRRT
**Thought Process/Abstract Reasoning:** linear, GD
**Associations:** depressive
**Abnormal thoughts:** no PI, no SI/HI/VI
**Judgement & Insight:** intact
Mental Status Exam:
**Orientation:** oriented to time, place, and person
**Memory:** intact for recent and remote events
**Attention:** attends to tasks normally
**Speech/Language:** expressive and receptive communications skills are WNL
**Fund of knowledge:** demonstrates good fund of knowledge
**Mood & Affect:** "OK," depressed, anxious
**Comments:** affect and TP/TC are appropriate

## PRESCRIPTIONS

**trazodone 50 mg tablet**, Take 1-2 tablet(s) by oral route , qHSPRN insomnia , for 30 days , 60 Tablet &refills: 2
**Diagnosis:** [F32.2]

**bupropion HCl XL 300 mg 24 hr tablet, extended release**, Take 1 tablet(s) by oral route , 1 time per day , for 30 days , 30 Tablet
&refills: 2
**Diagnosis:** [F32.2]

## ALLERGIES

Penicillins -- rash

## PROCEDURES

**Office or other outpatient visit for the evaluation and management of an established patient, which requires a medically appropr [99214]**
**Related Diagnosis:**

| ICD Code | ICD Description |
|---|---|
| F32.2 | Major depressive disorder, single episode, severe without psychotic features - patient remains grossly stable on his current regimen, although symptoms continue to cause moderately significant functional impairment. |
| F43.23 | Adjustment disorder with mixed anxiety and depressed mood - continues to utilize clonazepam prn with benefit. |

## AXIS & PLAN

**Major depressive disorder, single episode, severe without psychotic features - patient remains grossly stable on his current regimen, although symptoms continue to cause moderately significant functional impairment. [F32.2] (AxisI)**
Plan: Continue bupropion XL 300mg daily and trazodone 50-100mg qHSPRN for insomnia, mirtazapine 7.5-15mg qHSPRN for insomnia; continue weekly psychotherapy with Penny; maintain SDI.

[99214] OFFICE OR OTHER OUTPATIENT VISIT FOR THE EVALUATION AND MANAGEMENT OF AN ESTABLISHED PATIENT,

WHICH REQUIRES A MEDICALLY APPROPR

[99214] OFFICE OR OTHER OUTPATIENT VISIT FOR THE EVALUATION AND MANAGEMENT OF AN ESTABLISHED PATIENT, WHICH REQUIRES A MEDICALLY APPROPR

[99214] OFFICE OR OTHER OUTPATIENT VISIT FOR THE EVALUATION AND MANAGEMENT OF AN ESTABLISHED PATIENT, WHICH REQUIRES A MEDICALLY APPROPR

**Adjustment disorder with mixed anxiety and depressed mood - continues to utilize clonazepam prn with benefit. [F43.23] (AxisI)**
Plan: Continue clonazepam 0.5mg dailyPRN for anxiety.

[99214] OFFICE OR OTHER OUTPATIENT VISIT FOR THE EVALUATION AND MANAGEMENT OF AN ESTABLISHED PATIENT, WHICH REQUIRES A MEDICALLY APPROPR

[99214] OFFICE OR OTHER OUTPATIENT VISIT FOR THE EVALUATION AND MANAGEMENT OF AN ESTABLISHED PATIENT, WHICH REQUIRES A MEDICALLY APPROPR

## SIGNATURE

This note has been electronically signed by JOHN GILLEAN, M.D. on 12:56 AM Jul 27 2022.

Cosign Note

If required, you can add an addendum to it.
If required, you can add a patient annotation to it.

**Darden, Michael**

Date: Apr 12, 2022
DOB: 05/05/1966, Male
Note No.37237959
Printed 1:51 PM Apr 12 2022
User Location: Innerspace Psychiatry

Innerspace Psychiatry
55 Santa Clara Ave, Ste 171, Oakland, CA 94610-1333
Tel: (510)541-2323     Fax: (510)907-7966
JOHN GILLEAN, M.D.

## PSYCHIATRIC HISTORY & EXAM

**HPI:** "A little better, but today is a klonopin day."

Patient reports that he has experienced some exacerbation of his anxiety symptoms in light of multiple external stressors today.
He has taken a clonazepam already today to manage this increase in anxiety.

He has been utilizing mirtazapine in combination with trazodone some nights with benefit.
He reports that many nights, he benefit from trazodone alone.

He continues to feel quite distressed by managing his mother's care from across the country.
He notes that she has recovered from COVID but suffered some cognitive decline that he attributes to isolation during her infectious period.
She lost about 10 lbs d/t diminished feeding.
Since her return to the nursing home milieu, she has somewhat rapidly recovered and seems to be doing quite well.
He also reports that his brother continues to behave in a hostile way towards him which exacerbates the already delicate situation with his mother.

Social hx:
Travelling to MD to visit his mother for Easter this weekend.

Med hx:
Was taking Qulipta for migraines but found it to make him dizzier - continues to be followed by neurology for vestibular migraines.
General:
**General:** well nourished, well hydrated, no acute distress
Psychiatric:
**Speech:** NRRT
**Thought Process/Abstract Reasoning:** linear, GD
**Associations:** depressive
**Abnormal thoughts:** no PI, no SI/HI/VI
**Judgement & Insight:** intact
Mental Status Exam:
**Orientation:** oriented to time, place, and person
**Memory:** intact for recent and remote events
**Attention:** attends to tasks normally
**Speech/Language:** expressive and receptive communications skills are WNL
**Fund of knowledge:** demonstrates good fund of knowledge
**Mood & Affect:** "A little better," depressed, anxious
**Comments:** affect and TP/TC are appropriate

## PRESCRIPTIONS

**bupropion HCl XL 300 mg 24 hr tablet, extended release**, Take 1 tablet(s) by oral route , 1 time per day , for 30 days , 30 Tablet
&refills: 2
**Diagnosis:** [F32.2]

**clonazepam 0.5 mg tablet**, Take 1 tablet(s) by oral route , dailyPRN anxiety , for 30 days , 30 Tablet &refills: 1 -- Reviewed CURES
**Diagnosis:** [F43.23]

## ALLERGIES

Penicillins -- rash

## PROCEDURES

**Office or other outpatient visit for the evaluation and management of an established patient, which requires a medically
appropr [99214]**
**Related Diagnosis:**

| ICD Code | ICD Description |
|---|---|

| ICD Code | ICD Description |
|---|---|
| F32.2 | Major depressive disorder, single episode, severe without psychotic features - patient continues to exhibit severe depressive symptomology in light of external stressors; some improvement in sleep quality with addition of mirtazapine prn. continue to report at least a partial benefit from bupropion. |
| F43.23 | Adjustment disorder with mixed anxiety and depressed mood - continues to find a need for clonazepam somewhat regularly to manage anxiety symptoms. |

## AXIS & PLAN

**Major depressive disorder, single episode, severe without psychotic features - patient continues to exhibit severe depressive symptomology in light of external stressors; some improvement in sleep quality with addition of mirtazapine prn. continue to report at least a partial benefit from bupropion. [F32.2] (AxisI)**

Plan: Continue bupropion XL 300mg daily and trazodone 50-100mg qHSPRN for insomnia, mirtazapine 7.5-15mg qHSPRN for insomnia; continue weekly psychotherapy with Penny; maintain SDI.

[99214] OFFICE OR OTHER OUTPATIENT VISIT FOR THE EVALUATION AND MANAGEMENT OF AN ESTABLISHED PATIENT, WHICH REQUIRES A MEDICALLY APPROPR

[99214] OFFICE OR OTHER OUTPATIENT VISIT FOR THE EVALUATION AND MANAGEMENT OF AN ESTABLISHED PATIENT, WHICH REQUIRES A MEDICALLY APPROPR

**Adjustment disorder with mixed anxiety and depressed mood - continues to find a need for clonazepam somewhat regularly to manage anxiety symptoms. [F43.23] (AxisI)**

Plan: Continue clonazepam 0.5mg dailyPRN for anxiety.

[99214] OFFICE OR OTHER OUTPATIENT VISIT FOR THE EVALUATION AND MANAGEMENT OF AN ESTABLISHED PATIENT, WHICH REQUIRES A MEDICALLY APPROPR

## SIGNATURE

This note has been electronically signed by JOHN GILLEAN, M.D. on 1:51 PM Apr 12 2022.

Cosign Note

If required, you can add an addendum to it.
If required, you can add a patient annotation to it.

Case 4:25-cv-00911-DMR   Document 1   Filed 01/28/25   Page 253 of 500

12/18/24, 9:14 PM        Tc.columbia.edu M    .T00403220/Michael Darden, Long-Term Disability, A.    n, December 2022 Payment Forthcoming by Wh…

253



**Darden, Michael <mad2255@tc.columbia.edu>**

## LT00403220/Michael Darden, Long-Term Disability, Anthem, December 2022 Payment Forthcoming by What Date?

1 message

**Darden, Michael** <mad2255@tc.columbia.edu>                                    Mon, Dec 19, 2022 at 7:32 AM
To: "Verrill, Deb" <Deb.Verrill@anthem.com>
Cc: LDClaimsTeam <LDClaimsTeam@anthem.com>

Good Day:

By what date will I receive the automatic deposit of my December 2022, LTD Payment in my bank checking account, please (that payment, which usually arrives monthly on approximately the 15th, appears to be several days late)?


Thank you, and take care,

Michael
Michael Darden
917-868-8780



Darden, Michael <mad2255@tc.columbia.edu>

---

# Medical_Record_Request, Michael Darden (Psych), Anthem 2
1 message

**Darden, Michael** <mad2255@tc.columbia.edu>                    Tue, Dec 20, 2022 at 11:22 AM
To: shaleea.petty@anthem.com

Attached, as requested:

Satisfactory, please?

Thank you and be well,

Michael
Michael Darden
917-868-8780

---------- Forwarded message ---------
From: **Darden, Michael** <mad2255@tc.columbia.edu>
Date: Tue, Nov 15, 2022 at 1:47 PM
Subject: Fwd: Medical_Record_Request, Michael Darden (Psych), Anthem
To: Verrill, Deb <Deb.Verrill@anthem.com>

Attached, as requested:

Satisfactory, please?

Thank you and be well,

Michael
Michael Darden
917-868-8780

---------- Forwarded message ---------
From: **Rhyzel Alabado** <rhyzel.alabado@waitingroomsolutions.com>
Date: Tue, Nov 15, 2022, 12:25 PM
Subject: Medical_Record_Request
To: <mad2255@tc.columbia.edu>
Cc: <jgillean@innerspacepsychiatry.com>

Hello Mr. Darden,

Here are the medical records you requested for last 6 months. Please let us know if you need
anything else.

Thank You,

**Rhyzel A. | Innerspace Psychiatry**
**WRS Health | VA Services**

Email: rhyzel.alabado@wrshealth.com
Phone: 510-541-2323 | Fax: (510) 907-7966
www.wrshealth.com

This e-mail, including attachments, is intended for the exclusive use of the person or entity to which it is addressed and may contain confidential or privileged information. If the reader of this e-mail is not the intended recipient or his or her authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this e-mail is prohibited. If you think that you have received this e-mail in error, please advise the sender by reply e-mail of the error and then delete this e-mail immediately. Thank You.

**Darden Medical Record.pdf**
1276K

Case 4:25-cv-00911-DMR    Document 1    Filed 01/28/25    Page 256 of 500

12/18/24, 9:16 PM          Tc.columbia.ec    il - January 2023, Disability Payment Date? Medical_    rd_Request, Michael Darden (Psych), Anthem
256



Darden, Michael <mad2255@tc.columbia.edu>

# January 2023, Disability Payment Date? Medical_Record_Request, Michael Darden (Psych), Anthem
1 message

**Darden, Michael** <mad2255@tc.columbia.edu>                                    Mon, Jan 9, 2023 at 12:31 PM
To: shaleea.petty@anthem.com

Hi, Ms. Petty:

Happy New Year and thank you for helping me swiftly receive my monthly Disability payment in December 2023.  Trust that you all are busy, as am I.  Just double-checking:

*Do you all have the information that you need from me?

*By what date will I receive in my bank checking account the deposit of my January 2023, Disability payment, please?

Finally, what's the best telephone number at which I may call you, if necessary?


Thanks again and take care,

Michael
Michael Darden
917-868-8780


---------- Forwarded message ---------
From: **Darden, Michael** <mad2255@tc.columbia.edu>
Date: Tue, Dec 20, 2022, 11:22 AM
Subject: Medical_Record_Request, Michael Darden (Psych), Anthem 2
To: <shaleea.petty@anthem.com>


Attached, as requested:

Satisfactory, please?


Thank you and be well,

Michael
Michael Darden
917-868-8780


---------- Forwarded message ---------
From: **Darden, Michael** <mad2255@tc.columbia.edu>
Date: Tue, Nov 15, 2022 at 1:47 PM
Subject: Fwd: Medical_Record_Request, Michael Darden (Psych), Anthem
To: Verrill, Deb <Deb.Verrill@anthem.com>


Attached, as requested:

Satisfactory, please?

Case 4:25-cv-00911-DMR    Document 1    Filed 01/28/25    Page 257 of 500
12/18/24, 9:16 PM        Tc.columbia.e╵      ╵l - January 2023, Disability Payment Date? Medical_    ╵rd_Request, Michael Darden (Psych), Anthem
257

Thank you and be well,

Michael
Michael Darden
917-868-8780


---------- Forwarded message ---------
From: **Rhyzel Alabado** <rhyzel.alabado@waitingroomsolutions.com>
Date: Tue, Nov 15, 2022, 12:25 PM
Subject: Medical_Record_Request
To: <mad2255@tc.columbia.edu>
Cc: <jgillean@innerspacepsychiatry.com>


Hello Mr. Darden,

Here are the medical records you requested for last 6 months. Please let us know if you need
anything else.


Thank You,

---

**Rhyzel A. | Innerspace Psychiatry**
**WRS Health | VA Services**

Email: rhyzel.alabado@wrshealth.com
Phone: 510-541-2323 | Fax: (510) 907-7966
www.wrshealth.com

This e-mail, including attachments, is intended for the exclusive use of the person or entity to which it is addressed and
may contain confidential or privileged information. If the reader of this e-mail is not the intended recipient or his or her
authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this e-mail is prohibited. If
you think that you have received this e-mail in error, please advise the sender by reply e-mail of the error and then delete
this e-mail immediately. Thank You.

---

**Darden Medical Record.pdf**
1276K

Case 4:25-cv-00911-DMR    Document 1    Filed 01/28/25    Page 258 of 500

12/18/24, 9:17 PM          Tc.columbia.edu Ma    wd: January 2023, Disability Payment Date? Medical_    ord_Request, Michael Darden (Psych), Anthem 3
258



**Darden, Michael <mad2255@tc.columbia.edu>**

## Fwd: January 2023, Disability Payment Date? Medical_Record_Request, Michael Darden (Psych), Anthem 3
1 message

**Darden, Michael** <mad2255@tc.columbia.edu>                                    Tue, Jan 17, 2023 at 10:35 AM
To: shaleea.petty@anthem.com

Hi Once More, Ms. Petty:

Suspect that you're still quite busy, as am I. Following up again. Not sure if you've received yet my above-referenced messages: Have you?....


---------- Forwarded message ---------
From: **Darden, Michael** <mad2255@tc.columbia.edu>
Date: Fri, Jan 13, 2023, 1:37 PM
Subject: Fwd: January 2023, Disability Payment Date? Medical_Record_Request, Michael Darden (Psych), Anthem 2
To: <shaleea.petty@anthem.com>


Hi Again, Ms. Petty:

Imagine that you're quite busy, as am I. Following up once more. Not certain if you've received yet my above-referenced messages: Have you?....

---------- Forwarded message ---------
From: **Darden, Michael** <mad2255@tc.columbia.edu>
Date: Mon, Jan 9, 2023, 12:31 PM
Subject: January 2023, Disability Payment Date? Medical_Record_Request, Michael Darden (Psych), Anthem
To: <shaleea.petty@anthem.com>


Hi, Ms. Petty:

Happy New Year and thank you for helping me swiftly receive my monthly Disability payment in December 2023. Trust that you all are busy, as am I. Just double-checking:

*Do you all have the information that you need from me?

*By what date will I receive in my bank checking account the deposit of my January 2023, Disability payment, please?

Finally, what's the best telephone number at which I may call you, if necessary?


Thanks again and take care,

Michael
Michael Darden
917-868-8780



---------- Forwarded message ---------
From: **Darden, Michael** <mad2255@tc.columbia.edu>
Date: Tue, Dec 20, 2022, 11:22 AM
Subject: Medical_Record_Request, Michael Darden (Psych), Anthem 2
To: <shaleea.petty@anthem.com>

Case 4:25-cv-00911-DMR    Document 1    Filed 01/28/25    Page 259 of 500

12/18/24, 9:17 PM          Tc.columbia.edu M᠍      wd: January 2023, Disability Payment Date? Medica.      ᠍ord_Request, Michael Darden (Psych), Anthem 3

259

Attached, as requested:

Satisfactory, please?

Thank you and be well,

Michael
Michael Darden
917-868-8780

---------- Forwarded message ---------
From: **Darden, Michael** <mad2255@tc.columbia.edu>
Date: Tue, Nov 15, 2022 at 1:47 PM
Subject: Fwd: Medical_Record_Request, Michael Darden (Psych), Anthem
To: Verrill, Deb <Deb.Verrill@anthem.com>

Attached, as requested:

Satisfactory, please?

Thank you and be well,

Michael
Michael Darden
917-868-8780

---------- Forwarded message ---------
From: **Rhyzel Alabado** <rhyzel.alabado@waitingroomsolutions.com>
Date: Tue, Nov 15, 2022, 12:25 PM
Subject: Medical_Record_Request
To: <mad2255@tc.columbia.edu>
Cc: <jgillean@innerspacepsychiatry.com>

Hello Mr. Darden,

Here are the medical records you requested for last 6 months. Please let us know if you need
anything else.

Thank You,

_____

**Rhyzel A. | Innerspace Psychiatry**
**WRS Health | VA Services**

Email: rhyzel.alabado@wrshealth.com
Phone: 510-541-2323 | Fax: (510) 907-7966
www.wrshealth.com

This e-mail, including attachments, is intended for the exclusive use of the person or entity to which it is addressed and
may contain confidential or privileged information. If the reader of this e-mail is not the intended recipient or his or her
authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this e-mail is prohibited. If

12/18/24, 9:17 PM         Tc.columbia.edu M     wd: January 2023, Disability Payment Date? Medica    cord_Request, Michael Darden (Psych), Anthem 3

260

you think that you have received this e-mail in error, please advise the sender by reply e-mail of the error and then delete this e-mail immediately. Thank You.

---

📄 **Darden Medical Record.pdf**
1276K

Case 4:25-cv-00911-DMR    Document 1    Filed 01/28/25    Page 261 of 500

12/18/24, 9:19 PM          Tc.columbia.edu    l - Re: {EXTERNAL} Fwd: Medical Long-Term Disabi.    pplication, Michael Darden, Anthem, Reply 5

261



**Darden, Michael <mad2255@tc.columbia.edu>**

## Re: {EXTERNAL} Fwd: Medical Long-Term Disability Application, Michael Darden, Anthem, Reply 5

1 message

**Darden, Michael** <mad2255@tc.columbia.edu>                          Wed, Mar 15, 2023 at 11:26 AM
To: tanita.lee@anthem.com

Ms. Lee:

As promised, here are my emails with your predecessor...

Good Day, Ms. Petty:

Appreciate receiving your below-attached message. OK. Do you mean that Anthem will extend my Psychiatric Long-Term Disability (LTD) from July 2023 until August 2023?

Meanwhile, as requested...

**Michael Darden**
**Physical Impairments (Medical) Physicians - Contact Information 2023**

**Emanuel Vergis, MD**
**Primary Care Physician**
One Medical
595 Castro St
San Francisco, CA 94114
415-529-4099 telephone
415-552-2909 fax

**Patricia Suzanne Maska, MD**
**Neurologist**
985 Atlantic Ave
#300
Alameda, CA 94501
510-748-5363 telephone
510-745-5425 fax

**Jeffrey Sharon, MD**
**Neurotologist (Migraines, Vestibular (Balance) System and Tinnitus (Ear-Ringing))**
University of California, San Francisco (UCSF) Medical Center
2380 Sutter St Third Floor,
San Francisco, CA 94115
415-353-2757 telephone
415-353-2603 fax

**Jerrold Kram, MD**
**Sleep Specialist**
California Center for Sleep Disorders
13939 E 14th St Suite 180,
San Leandro, CA 94578
510-263-3300 telephone
510-263-3350 fax

Satisfactory?

Do you need further records and documents to fully consider my Medical, LTD Application with Anthem, please?

Case 4:25-cv-00911-DMR   Document 1   Filed 01/28/25   Page 262 of 500

12/18/24, 9:19 PM          Tc.columbia.e    ail - Re: {EXTERNAL} Fwd: Medical Long-Term Disa.    \pplication, Michael Darden, Anthem, Reply 5
262

Thank you and be well,

Michael
Michael Darden
917-868-8780


On Wed, Mar 15, 2023, 10:47 AM Darden, Michael <mad2255@tc.columbia.edu> wrote:
Hi Again, Ms. Petty:

Guess once more that you're busy, as am I. Following up.  Have not yet received in my bank checking account my expected,  monthly Disability payment today, 3/15/23. By what date will I receive that payment there, please?  And still not certain if you've received yet my below-attached message: Did you?...

On Mon, Mar 13, 2023, 1:12 PM Darden, Michael <mad2255@tc.columbia.edu> wrote:
Hi Once More, Ms. Petty:

Suspect again that you're busy, as am I. Following up. Not certain if you've received yet my below-attached message: Did you?...

On Mon, Mar 6, 2023, 12:58 PM Darden, Michael <mad2255@tc.columbia.edu> wrote:
Hi Again, Ms. Petty:

Imagine once more that you're busy, as am I. Following up. Not certain if you've received yet my below-attached message: Did you?...


On Thu, Feb 9, 2023, 2:39 PM Darden, Michael <mad2255@tc.columbia.edu> wrote:
Good Day, Ms, Petty:

Appreciate receiving your below-attached message.  OK.  Do you mean that Anthem will extend my Psychiatric Long-Term Disability (LTD) from July 2023 until August 2023?

Meanwhile, as requested...

**Michael Darden**
**Physical Impairments (Medical) Physicians - Contact Information 2023**

**Emanuel Vergis, MD**
**Primary Care Physician**
One Medical
595 Castro St
San Francisco, CA 94114
415-529-4099 telephone
415-552-2909 fax

**Patricia Suzanne Maska, MD**
**Neurologist**
985 Atlantic Ave
#300
Alameda, CA 94501
510-748-5363 telephone
510-745-5425 fax

**Jeffrey Sharon, MD**
**Neurotologist** (Migraines, Vestibular (Balance) System and Tinnitus (Ear-Ringing))
University of California, San Francisco (UCSF) Medical Center
2380 Sutter St Third Floor,
San Francisco, CA 94115
415-353-2757 telephone
415-353-2603 fax

**Jerrold Kram, MD**
**Sleep Specialist**

Case 4:25-cv-00911-DMR    Document 1    Filed 01/28/25    Page 263 of 500

12/18/24, 9:19 PM          Tc.columbia.edu     . - Re: {EXTERNAL} Fwd: Medical Long-Term Disabi.    plication, Michael Darden, Anthem, Reply 5

263

California Center for Sleep Disorders
13939 E 14th St Suite 180,
San Leandro, CA 94578
510-263-3300 telephone
510-263-3350 fax

Satisfactory?

Do you need further records and documents to fully consider my Medical, LTD Application with Anthem, please?

Thank you and be well,

Michael
Michael Darden
917-868-8780

On Wed, Feb 8, 2023 at 11:38 AM Petty, Shaleea <Shaleea.Petty@anthem.com> wrote:

Good afternoon,

We are going to extend your claim for one month. In meantime, I need to know the name(s) of your physicians that are treating any physical impairments that you may have. Please provide their full name, address, telephone number and fax number.

Have a great day.

Thanks so much.

*Shaleea Petty*

Anthem, Inc.

_____

*Shaleea Petty*

*Disability Claims Manager Sr.*

*740 West Peachtree Street*

*Atlanta, GA 30308*

O: (404) 842-8021 | F: (800) 850-001

Shaleea.Petty@anthem.com

**From:** Darden, Michael <mad2255@tc.columbia.edu>
**Sent:** Monday, February 6, 2023 3:41 PM
**To:** Petty, Shaleea <Shaleea.Petty@anthem.com>
**Subject:** {EXTERNAL} Fwd: Medical Long-Term Disability Application, Michael Darden; Fwd:
Medical_Record_Request, Michael Darden (Psych), Anthem 3

This email originated outside the company. Do not click links or attachments unless you recognize the
sender.

Hi Again, Ms. Petty:

Imagine that you're busy, as am I.  Following up.  Not certain if you've received yet my below-attached
message: Did you?!...

---------- Forwarded message ---------
From: **Darden, Michael** <mad2255@tc.columbia.edu>
Date: Wed, Feb 1, 2023, 1:26 PM
Subject: Medical Long-Term Disability Application, Michael Darden; Fwd: Medical_Record_Request, Michael
Darden (Psych), Anthem 2
To: <shaleea.petty@anthem.com>

Hi, Ms. Petty:

Per my voicemail of today, just checking in to learn:

- Do you have all records and documents that you need to consider my Medical, Long-Term Disability
  Application with Anthem?

- Do you need further records and documents (besides the attached information) to consider my Medical,
  LTD Application with Anthem?

Thank you, and take care,

Michael

Michael Darden

917-868-8780

---------- Forwarded message ---------
From: **Darden, Michael** <mad2255@tc.columbia.edu>
Date: Tue, Dec 20, 2022 at 11:22 AM
Subject: Medical_Record_Request, Michael Darden (Psych), Anthem 2
To: <shaleea.petty@anthem.com>

Case 4:25-cv-00911-DMR    Document 1    Filed 01/28/25    Page 265 of 500

12/18/24, 9:19 PM          Tc.columbia.edu    . - Re: {EXTERNAL} Fwd: Medical Long-Term Disabi    plication, Michael Darden, Anthem, Reply 5

265

Attached, as requested:


Satisfactory, please?



Thank you and be well,


Michael

Michael Darden

917-868-8780


---------- Forwarded message ---------
From: **Darden, Michael** <mad2255@tc.columbia.edu>
Date: Tue, Nov 15, 2022 at 1:47 PM
Subject: Fwd: Medical_Record_Request, Michael Darden (Psych), Anthem
To: Verrill, Deb <Deb.Verrill@anthem.com>


Attached, as requested:


Satisfactory, please?



Thank you and be well,


Michael

Michael Darden

917-868-8780



---------- Forwarded message ---------
From: **Rhyzel Alabado** <rhyzel.alabado@waitingroomsolutions.com>
Date: Tue, Nov 15, 2022, 12:25 PM
Subject: Medical_Record_Request
To: <mad2255@tc.columbia.edu>
Cc: <jgillean@innerspacepsychiatry.com>


Hello Mr. Darden,

12/18/24, 9:19 PM
Case 4:25-cv-00911-DMR    Document 1    Filed 01/28/25    Page 266 of 500
Tc.columbia.ec    iil - Re: {EXTERNAL} Fwd: Medical Long-Term Disab.    pplication, Michael Darden, Anthem, Reply 5
266

Here are the medical records you requested for last 6 months. Please let us know if you need anything else.

Thank You,

**Rhyzel A. | Innerspace Psychiatry**
**WRS Health | VA Services**

Email: rhyzel.alabado@wrshealth.com
Phone: 510-541-2323 | Fax: (510) 907-7966
www.wrshealth.com

This e-mail, including attachments, is intended for the exclusive use of the person or entity to which it is addressed and may contain confidential or privileged information. If the reader of this e-mail is not the intended recipient or his or her authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this e-mail is prohibited. If you think that you have received this e-mail in error, please advise the sender by reply e-mail of the error and then delete this e-mail immediately. Thank You.

**CONFIDENTIALITY NOTICE:** This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information or may otherwise be protected by law. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message and any attachment thereto.

Darden, Michael <mad2255@tc.columbia.edu>

## Fwd: LT00403220/Michael Darden, Long-Term Disability, Anthem Review Request, Attending Physician Statement, Certification Form, completed, signed

**Darden, Michael** <mad2255@tc.columbia.edu>                                   Thu, Mar 16, 2023 at 9:43 PM
To: tanita.lee@anthem.com

Hi Once More, Ms. Lee:

Actually, THE ATTACHED FORM is my completed, Anthem "Attending Physician Statement" that you've requested, and as you can again see in the email chain below, I provided to one of your predecessors months ago, also around November 2022: Satisfactory?...

---------- Forwarded message ---------
From: **Darden, Michael** <mad2255@tc.columbia.edu>
Date: Fri, Nov 11, 2022, 7:56 PM
Subject: LT00403220/Michael Darden, Long-Term Disability, Anthem Review Request, Physician Certification Form, completed, signed
To: Verrill, Deb <Deb.Verrill@anthem.com>
Cc: LDClaimsTeam <LDClaimsTeam@anthem.com>


Attached, please find the referenced completed, signed Form:

Satisfactory?

And per your recent voicemail, to confirm:

Is July 31, 2023, the final date on which my psychological LTD will be active, please?

If yes, then by what date must I provide you any further copies of my Medical Records, and what Medical Records must I provide you?


Thank you, take care and Good Weekend,

Michael
Michael Darden
917-868-8780


On Fri, Oct 28, 2022, 1:35 AM Darden, Michael <mad2255@tc.columbia.edu> wrote:
  You're welcome. Working on returning your Physician's Certification form soon.

  Again, thanks very much
  and be well,

  Michael
  Michael Darden
  917-868-8780


  On Wed, Oct 26, 2022, 10:49 AM Verrill, Deb <Deb.Verrill@anthem.com> wrote:

  Hi there- yes, your benefits will continue and the new due date for information is 11/25/22.

Case 4:25-cv-00911-DMR    Document 1    Filed 01/28/25    Page 268 of 500

12/19/24, 12:24 PM        Tc.columbia.edu M.      wd: LT00403220/Michael Darden, Long-Term Disabi.      .nthem Review Request, Attending Physician St...

268

Thank you,



 A picture containing text, sign Description automatically
generated

---

**Deb Verrill**, Disability Case Manager

*Life & Disability Claims Operations*

PO Box 105426

Atlanta, GA  30348

OFFICE:  470-784-1964|FAX:  800-850-0017

EMAIL:  Deb.Verrill@anthem.com


**From:** Darden, Michael <mad2255@tc.columbia.edu>
**Sent:** Wednesday, October 26, 2022 11:56 AM
**To:** Verrill, Deb <Deb.Verrill@anthem.com>
**Subject:** Re: {EXTERNAL} Fwd: LT00403220/Michael Darden, Long-Term Disability, Anthem Review Request 3


Hi:


You're welcome.  Appreciate receiving your response below.  To confirm:


Will my Long-Term Disability Payments continue without interruption while I complete these forms, or have them
completed, signed and returned to you as soon as I possibly can, please?...



On Wed, Oct 26, 2022, 5:12 AM Verrill, Deb <Deb.Verrill@anthem.com> wrote:

Hi there,


Thank you,

Case 4:25-cv-00911-DMR    Document 1    Filed 01/28/25    Page 269 of 500
269
12/19/24, 12:24 PM        Tc.columbia.edu M...    Fwd: LT00403220/Michael Darden, Long-Term Disab        Anthem Review Request, Attending Physician St...

 **A picture containing text, sign Description automatically generated**

**Deb Verrill**, Disability Case Manager

*Life & Disability Claims Operations*

PO Box 105426

Atlanta, GA  30348

OFFICE:  470-784-1964|FAX:  800-850-0017

EMAIL:  Deb.Verrill@anthem.com

**From:** Darden, Michael <mad2255@tc.columbia.edu>
**Sent:** Tuesday, October 25, 2022 4:51 PM
**To:** Verrill, Deb <Deb.Verrill@anthem.com>
**Cc:** LDClaimsTeam <LDClaimsTeam@anthem.com>
**Subject:** {EXTERNAL} Fwd: LT00403220/Michael Darden, Long-Term Disability, Anthem Review Request 2

This email originated outside the company. Do not click links or attachments unless you recognize the sender.

Hi, Deb Verrill and Team:

As I mentioned per my voicemail yesterday, this is the first time that I have received the attached documents.  I will attempt to complete them or have them completed, signed and returned to you as soon as I possibly can:

Satisfactory, please?

Thank you and take care,

Michael

Michael Darden

917-868-8780

---------- Forwarded message ---------
From: **Verrill, Deb** <Deb.Verrill@anthem.com>
Date: Tue, Oct 25, 2022, 10:31 AM
Subject: LT00403220/Michael Darden
To: mad2255@tc.columbia.edu <mad2255@tc.columbia.edu>
Cc: LDClaimsTeam <LDClaimsTeam@anthem.com>

Hello,

Here is a copy of the letter sent to you on 9/8/22 and the forms that need to be completed.  Please be sure this are returned within 30 days from the date of this letter.

Thank you,

*Deb Verrill*

---

**Deb Verrill**, Disability Case Manager

*Life & Disability Claims Operations*

PO Box 105426

Atlanta, GA  30348

OFFICE:  470-784-1964|FAX:  800-850-0017

EMAIL:  Deb.Verrill@anthem.com

**CONFIDENTIALITY NOTICE:** This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information or may otherwise be protected by law. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message and any attachment thereto.

**CONFIDENTIALITY NOTICE:** This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information or may otherwise be protected by law. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message and any attachment thereto.

**CONFIDENTIALITY NOTICE:** This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information or may otherwise be protected by law. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message and any attachment thereto.

📄 **Anthem Blue Cross Long-Term Disability, LTD extension, Physician Certification Form, completed, signed.pdf**

Case 4:25-cv-00911-DMR    Document 1    Filed 01/28/25    Page 272 of 500

12/19/24, 12:33 PM          Tc.columbia.e     il - Re: {EXTERNAL} Fwd: Medical Long-Term Disal     application, Michael Darden, Anthem, Reply 5
272



**Darden, Michael <mad2255@tc.columbia.edu>**

# Re: {EXTERNAL} Fwd: Medical Long-Term Disability Application, Michael Darden, Anthem, Reply 5

1 message

**Darden, Michael** <mad2255@tc.columbia.edu>                                    Wed, Mar 15, 2023 at 11:26 AM
To: tanita.lee@anthem.com

Ms. Lee:

As promised, here are my emails with your predecessor...

Good Day, Ms. Petty:

Appreciate receiving your below-attached message. OK. Do you mean that Anthem will extend my Psychiatric Long-Term
Disability (LTD) from July 2023 until August 2023?

Meanwhile, as requested...

**Michael Darden**
**Physical Impairments (Medical) Physicians - Contact Information 2023**

**Emanuel Vergis, MD**
**Primary Care Physician**
One Medical
595 Castro St
San Francisco, CA 94114
415-529-4099 telephone
415-552-2909 fax

**Patricia Suzanne Maska, MD**
**Neurologist**
985 Atlantic Ave
#300
Alameda, CA 94501
510-748-5363 telephone
510-745-5425 fax

**Jeffrey Sharon, MD**
**Neurotologist (Migraines, Vestibular (Balance) System and Tinnitus (Ear-Ringing))**
University of California, San Francisco (UCSF) Medical Center
2380 Sutter St Third Floor,
San Francisco, CA 94115
415-353-2757 telephone
415-353-2603 fax

**Jerrold Kram, MD**
**Sleep Specialist**
California Center for Sleep Disorders
13939 E 14th St Suite 180,
San Leandro, CA 94578
510-263-3300 telephone
510-263-3350 fax

Satisfactory?

Do you need further records and documents to fully consider my Medical, LTD Application with Anthem, please?

Case 4:25-cv-00911-DMR    Document 1    Filed 01/28/25    Page 273 of 500

12/19/24, 12:33 PM          Tc.columbia.é      ail - Re: {EXTERNAL} Fwd: Medical Long-Term Disá    Application, Michael Darden, Anthem, Reply 5

273

Thank you and be well,

Michael
Michael Darden
917-868-8780

On Wed, Mar 15, 2023, 10:47 AM Darden, Michael <mad2255@tc.columbia.edu> wrote:
Hi Again, Ms. Petty:

Guess once more that you're busy, as am I. Following up. Have not yet received in my bank checking account my expected, monthly Disability payment today, 3/15/23. By what date will I receive that payment there, please? And still not certain if you've received yet my below-attached message: Did you?...

On Mon, Mar 13, 2023, 1:12 PM Darden, Michael <mad2255@tc.columbia.edu> wrote:
Hi Once More, Ms. Petty:

Suspect again that you're busy, as am I. Following up. Not certain if you've received yet my below-attached message: Did you?...

On Mon, Mar 6, 2023, 12:58 PM Darden, Michael <mad2255@tc.columbia.edu> wrote:
Hi Again, Ms. Petty:

Imagine once more that you're busy, as am I. Following up. Not certain if you've received yet my below-attached message: Did you?...

On Thu, Feb 9, 2023, 2:39 PM Darden, Michael <mad2255@tc.columbia.edu> wrote:
Good Day, Ms, Petty:

Appreciate receiving your below-attached message. OK. Do you mean that Anthem will extend my Psychiatric Long-Term Disability (LTD) from July 2023 until August 2023?

Meanwhile, as requested...

**Michael Darden**
**Physical Impairments (Medical) Physicians - Contact Information 2023**

**Emanuel Vergis, MD**
**Primary Care Physician**
One Medical
595 Castro St
San Francisco, CA 94114
415-529-4099 telephone
415-552-2909 fax

**Patricia Suzanne Maska, MD**
**Neurologist**
985 Atlantic Ave
#300
Alameda, CA 94501
510-748-5363 telephone
510-745-5425 fax

**Jeffrey Sharon, MD**
**Neurotologist** (Migraines, Vestibular (Balance) System and Tinnitus (Ear-Ringing))
University of California, San Francisco (UCSF) Medical Center
2380 Sutter St Third Floor,
San Francisco, CA 94115
415-353-2757 telephone
415-353-2603 fax

**Jerrold Kram, MD**
**Sleep Specialist**

Case 4:25-cv-00911-DMR   Document 1   Filed 01/28/25   Page 274 of 500
12/19/24, 12:33 PM          Tc.columbia.e    ail - Re: {EXTERNAL} Fwd: Medical Long-Term Disa    Application, Michael Darden, Anthem, Reply 5
274

California Center for Sleep Disorders
13939 E 14th St Suite 180,
San Leandro, CA 94578
510-263-3300 telephone
510-263-3350 fax

Satisfactory?

Do you need further records and documents to fully consider my Medical, LTD Application with Anthem, please?

Thank you and be well,

Michael
Michael Darden
917-868-8780

On Wed, Feb 8, 2023 at 11:38 AM Petty, Shaleea <Shaleea.Petty@anthem.com> wrote:

> Good afternoon,
>
> We are going to extend your claim for one month. In meantime, I need to know the name(s) of your physicians that are treating any physical impairments that you may have. Please provide their full name, address, telephone number and fax number.
>
> Have a great day.
>
> Thanks so much.
>
> *Shaleea Petty*
>
> **Anthem, Inc.**
> _____
>
> *Shaleea Petty*
>
> *Disability Claims Manager Sr.*
>
> *740 West Peachtree Street*
>
> *Atlanta, GA 30308*
>
> O: (404) 842-8021 | F: (800) 850-001
>
> Shaleea.Petty@anthem.com

Case 4:25-cv-00911-DMR     Document 1     Filed 01/28/25     Page 275 of 500

12/19/24, 12:33 PM          Tc.columbia.e      ail - Re: {EXTERNAL} Fwd: Medical Long-Term Disa      Application, Michael Darden, Anthem, Reply 5

275

**From:** Darden, Michael <mad2255@columbia.edu>
**Sent:** Monday, February 6, 2023 3:41 PM
**To:** Petty, Shaleea <Shaleea.Petty@anthem.com>
**Subject:** {EXTERNAL} Fwd: Medical Long-Term Disability Application, Michael Darden; Fwd: Medical_Record_Request, Michael Darden (Psych), Anthem 3

This email originated outside the company. Do not click links or attachments unless you recognize the sender.

Hi Again, Ms. Petty:

Imagine that you're busy, as am I.  Following up.  Not certain if you've received yet my below-attached message: Did you?!...

---------- Forwarded message ---------
From: **Darden, Michael** <mad2255@tc.columbia.edu>
Date: Wed, Feb 1, 2023, 1:26 PM
Subject: Medical Long-Term Disability Application, Michael Darden; Fwd: Medical_Record_Request, Michael Darden (Psych), Anthem 2
To: <shaleea.petty@anthem.com>

Hi, Ms. Petty:

Per my voicemail of today, just checking in to learn:

- Do you have all records and documents that you need to consider my Medical, Long-Term Disability Application with Anthem?

- Do you need further records and documents (besides the attached information) to consider my Medical, LTD Application with Anthem?

Thank you, and take care,

Michael

Michael Darden

917-868-8780

---------- Forwarded message ---------
From: **Darden, Michael** <mad2255@tc.columbia.edu>
Date: Tue, Dec 20, 2022 at 11:22 AM
Subject: Medical_Record_Request, Michael Darden (Psych), Anthem 2
To: <shaleea.petty@anthem.com>

Case 4:25-cv-00911-DMR    Document 1    Filed 01/28/25    Page 276 of 500

12/19/24, 12:33 PM        Tc.columbia.e    ail - Re: {EXTERNAL} Fwd: Medical Long-Term Disa    Application, Michael Darden, Anthem, Reply 5

276

Attached, as requested:

Satisfactory, please?

Thank you and be well,

Michael

Michael Darden

917-868-8780

---------- Forwarded message ---------
From: **Darden, Michael** <mad2255@tc.columbia.edu>
Date: Tue, Nov 15, 2022 at 1:47 PM
Subject: Fwd: Medical_Record_Request, Michael Darden (Psych), Anthem
To: Verrill, Deb <Deb.Verrill@anthem.com>

Attached, as requested:

Satisfactory, please?

Thank you and be well,

Michael

Michael Darden

917-868-8780

---------- Forwarded message ---------
From: **Rhyzel Alabado** <rhyzel.alabado@waitingroomsolutions.com>
Date: Tue, Nov 15, 2022, 12:25 PM
Subject: Medical_Record_Request
To: <mad2255@tc.columbia.edu>
Cc: <jgillean@innerspacepsychiatry.com>

Hello Mr. Darden,

Case 4:25-cv-00911-DMR   Document 1   Filed 01/28/25   Page 277 of 500

12/19/24, 12:33 PM        Tc.columbia.€     .ail - Re: {EXTERNAL} Fwd: Medical Long-Term Disa      Application, Michael Darden, Anthem, Reply 5

277

Here are the medical records you requested for last 6 months. Please let us know if you need anything else.

Thank You,

---

**Rhyzel A. | Innerspace Psychiatry**
**WRS Health | VA Services**

Email: rhyzel.alabado@wrshealth.com
Phone: 510-541-2323 | Fax: (510) 907-7966
www.wrshealth.com

This e-mail, including attachments, is intended for the exclusive use of the person or entity to which it is addressed and may contain confidential or privileged information. If the reader of this e-mail is not the intended recipient or his or her authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this e-mail is prohibited. If you think that you have received this e-mail in error, please advise the sender by reply e-mail of the error and then delete this e-mail immediately. Thank You.

**CONFIDENTIALITY NOTICE:** This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information or may otherwise be protected by law. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message and any attachment thereto.

---

Case 4:25-cv-00911-DMR    Document 1    Filed 01/28/25    Page 279 of 500

12/19/24, 1:16 PM       Tc.columbia.edu M.     wd: Medical Long-Term Disability Application, Micha    den; Fwd: Medical_Record_Request, Michael …

279

Subject: Medical_Record_Request, Michael Darden (Psych), Anthem 2
To: <shaleea.petty@anthem.com>


Attached, as requested:

Satisfactory, please?


Thank you and be well,

Michael
Michael Darden
917-868-8780


---------- Forwarded message ---------
From: **Darden, Michael** <mad2255@tc.columbia.edu>
Date: Tue, Nov 15, 2022 at 1:47 PM
Subject: Fwd: Medical_Record_Request, Michael Darden (Psych), Anthem
To: Verrill, Deb <Deb.Verrill@anthem.com>


Attached, as requested:

Satisfactory, please?


Thank you and be well,

Michael
Michael Darden
917-868-8780


---------- Forwarded message ---------
From: **Rhyzel Alabado** <rhyzel.alabado@waitingroomsolutions.com>
Date: Tue, Nov 15, 2022, 12:25 PM
Subject: Medical_Record_Request
To: <mad2255@tc.columbia.edu>
Cc: <jgillean@innerspacepsychiatry.com>


Hello Mr. Darden,

Here are the medical records you requested for last 6 months. Please let us know if you need
anything else.


Thank You,

---

**Rhyzel A. | Innerspace Psychiatry**
**WRS Health | VA Services**

Email: rhyzel.alabado@wrshealth.com
Phone: 510-541-2323 | Fax: (510) 907-7966
www.wrshealth.com

This e-mail, including attachments, is intended for the exclusive use of the person or entity to which it is addressed and
may contain confidential or privileged information. If the reader of this e-mail is not the intended recipient or his or her

Case 4:25-cv-00911-DMR    Document 1    Filed 01/28/25    Page 280 of 500

280

12/19/24, 1:16 PM          Tc.columbia.edu M        wd: Medical Long-Term Disability Application, Micha        rden; Fwd: Medical_Record_Request, Michael ...

authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this e-mail is prohibited. If you think that you have received this e-mail in error, please advise the sender by reply e-mail of the error and then delete this e-mail immediately. Thank You.

---

**Darden Medical Record.pdf**
1276K

# Anthem Life

## ATTENDING PHYSICIAN'S STATEMENT

### THE PATIENT IS RESPONSIBLE FOR THE COMPLETION OF THIS FORM WITHOUT EXPENSE TO THE COMPANY

Patient's Name:    Michael Darden                    Date of Birth:    05/05/1966

**1. HISTORY**
a. When did symptoms first appear or accident happen?     Date: 4/15/21 (psych), 10/16/22 (phys)
b. Date patient ceased work because of disability          Date: 4/15/21 (psych)
c. Is condition a result of patient's employment?          ☐ Yes  ☑ No
d. Is condition due to a motor vehicle accident?           ☐ Yes  ☑ No
e. Has patient ever had a same or similar condition?  (If yes, please   ☐ Yes  ☑ No
   describe.)
f. Names and addresses of other treating physicians: See below.*

g. Have you ever treated patient prior to this?  (If yes, for what and when?)     ☐ Yes  ☑ No

h. Does patient have other disability coverage?  (If yes, please identify.)       ☐ Yes  ☑ No

**2. DIAGNOSIS**
a. Diagnosis (including any complications):     Chronic, intractable vestibular migraine and tinnitus; sleep apnea

b. Subjective symptoms:     Reports constant dizziness and ear-ringing; insomnia

c. Objective findings (include current X-rays, EKG's, laboratory data and any clinical data):
   Physical tests and evalutions continue to show patient has the severe symptoms listed above.

**3. DATES OF TREATMENT**                          **4. NATURE OF TREATMENT**(surgery, medications, etc.)
a. Date of first visit          Date: 04/21/21
b. Date of last visit           Date: 10/4/21          Examinations, referrals to specialists
c. Frequency:    ☐ Weekly ☐ Monthly ☑ Other(specify)
                 As necessary

**5. EXTENT OF DISABILITY**          ***IMPORTANT***

a. Are you aware of the main duties the patient performs in his/her usual work or business?     ☑ Yes  ☐ No
b. Are you aware of the patient's background (education, training, experience, etc.)?            ☑ Yes  ☐ No

Describe any restrictions (what your patient should not do ):     Unable to work.

Describe any limitations (what your patient cannot do ):     Severe limitation of functional capacity.

                                                              Unable to work.

**6. CARDIAC (if applicable)**
a. Functional Capacity (American Heart Association):    ☐ Class 1 (No Limitation)    ☐ Class 3 (Marked Limitation)
                                                        ☐ Class 2 (Slight Limitation) ☐ Class 4 (Complete Limitation)

b. Blood Pressure (last visit):

   _____/_____
   Systolic       Diastolic

*Patricia Suzanne Maska, MD, Neurologist, 985 Atlantic Ave, #300, Alameda, CA 94501, 510-748-5363 telephone

Jeffrey Sharon, MD, Neurotologist (Migraines, Vestibular (Balance) System and Tinnitus (Ear-Ringing)), University of California, San Francisco (UCSF)
 Medical Center, 2380 Sutter St Third Floor, San Francisco, CA 94115, 415-353-2757 telephone

Jarrold Kram, MD, Sleep Specialist, California Center for Sleep Disorders 13939 E 14th St Suite 180, San Leandro, CA 94578, 510-263-3300 telephone

**7. PHYSICAL IMPAIRMENT (*As defined in Federal Dictionary of Occupational Titles)**
☐ Class 1 – No Limitation of functional capacity; capable of heavy work* No restrictions (0-10%)
☐ Class 2 – Medium manual activity* (15–30%)
☐ Class 3 – Slight limitation of functional capacity; capable of light work* (35-55%)
☐ Class 4 – Moderate limitation of functional capability; capable of clerical/administrative (sedentary) activity* (60-70%)
☑ Class 5 – Severe limitation of functional capacity; incapable of minimal (sedentary) activity* (75-100%)
☐ Remarks:

**8. MENTAL/NERVOUS IMPAIRMENT (If applicable)**
☐ Class 1 – Patient able to function under stress and able to engage in interpersonal relations (No limitations).
☐ Class 2 – Patient able to function in most stress situations and engage in limited interpersonal relations (Slight Limitation).
☐ Class 3 – Patient able to engage in only limited stress situations and engage in limited interpersonal relations (Moderate limitation).
☐ Class 4 – Patient unable to engage in stress situations or engage in interpersonal relations (Marked limitation).
☑ Class 5 – Patient has significant loss of psychological, physiological, personal and social adjustment (Severe limitation).
☐ Remarks:

Do you believe the patient is competent to endorse checks and direct the use of the proceeds?    ☑ Yes  ☐ No

**9. PROGRESS**
a. Has patient    ☐ Recovered?    ☐ Improved?    ☑ Unchanged?    ☐ Regressed?
   If recovered, date patient able to work:    Date:
b. Is patient    ☐ Ambulatory?    ☑ House confined?    ☐ Bed confined?  ☐ Hospital confined?
c. Has patient been hospital confined?    ☐ Yes  ☑ No

Admitted_____    Discharged_____

Please give name and address of hospital:

d. Do you expect any significant improvement in the future?    ☐ Yes  ☑ No
   (1) If yes, when will patient recover sufficiently to perform the duties of:
   (a) HIS/HER REGULAR JOB?    _____/_____/_____    ☐ 1 Month    ☐ 1- 3 Months
                               Month   Day   Year      ☐ 3- 6 Months  ☐ Never

   (b) ANY OTHER TYPE OF WORK    _____/_____/_____    ☐ 1 Month    ☐ 1- 3 Months
                               Month   Day   Year      ☐ 3- 6 Months  ☐ Never

   (2) If no, please explain:
   In addition to intractable, chronic migraines with vertigo and tinnitus, Mr. Darden suffers from major depression and generalized anxiety disorder.

e. If you do not expect patient to be able to return to his/her occupation or any other occupation, would you support his/her candidacy for Social Security Disability benefits?    ☑ Yes  ☐ No

| **10. REHABILITATION** | PATIENTS JOB | ANY OTHER WORK |
|---|---|---|
| a. Is patient a suitable candidate for further rehabilitation services? (i.e., cardiopulmonary program, speech therapy, etc.) | ☐ Yes  ☑ No | ☐ Yes  ☑ No |
| b. Can present job be modified to allow for handling with impairment? | ☐ Yes  ☑ No | ☐ Yes  ☑ No |
| c. When could trial employment commence? | ___/___/___ mo. day yr. ☐ Full-time ☐ Part-time | ___/___/___ mo. day yr. ☐ Full-time ☐ Part-time |
| d. Would vocational counseling and/or retraining be recommended? | ☐ Yes  ☑ No | ☐ Yes  ☑ No |

**11. REMARKS:**

Due to psychiatric symptoms, Michael Darden has a classification of total and permanent disability (see attached, U.S. Department of Education correspondence). In addition, several doctors and providers see Mr. Darden for severe, persistent migraines that cause severe, constant vertigo and tinnitus, both of which are intractable and so far have failed to respond to medications and therapies.

| | | | |
|---|---|---|---|
| Emanuel Vergis | MD | 415-629-4099 | 415-552-2609 |
| Name of Attending Physician (Print) | Degree | Telephone | Fax |
| One Medical, 595 Castro St | | San Francisco | |
| Street Address | | City or Town | |
| CA | 94114 | | |
| State | Zip Code | | |

Signature: _Emanuel N Vergis_    Date: 3/29/2023



**Darden, Michael <mad2255@tc.columbia.edu>**

---

## Michael Darden, Medical Disability, Application Form

**Darden, Michael** <mad2255@tc.columbia.edu>                          Thu, Mar 16, 2023 at 1:48 PM
To: tanita.lee@anthem.com

Hi Again, Ms. Lee:

As soon as possible, would you please email me a copy of the Anthem Medical Disability - Application so that I may send you back in a short while my completed, signed copy?


Thank you and take care,

Michael
Michael Darden
917-868-8780

Case 4:25-cv-00911-DMR     Document 1     Filed 01/28/25     Page 284 of 500

12/19/24, 7:08 PM     Tc.columbia.edu M    wd: LT00403220/Michael Darden, Long-Term Disab.    nthem Review Request, Attending Physician Sta…

284



Darden, Michael <mad2255@tc.columbia.edu>

## Fwd: LT00403220/Michael Darden, Long-Term Disability, Anthem Review Request, Attending Physician Statement, Certification Form, completed, signed

**Darden, Michael** <mad2255@tc.columbia.edu>                                    Thu, Mar 16, 2023 at 9:43 PM
To: tanita.lee@anthem.com

Hi Once More, Ms. Lee:

Actually, THE ATTACHED FORM is my completed, Anthem "Attending Physician Statement" that you've requested, and as you can again see in the email chain below, I provided to one of your predecessors months ago, also around November 2022: Satisfactory?...

---------- Forwarded message ---------
From: **Darden, Michael** <mad2255@tc.columbia.edu>
Date: Fri, Nov 11, 2022, 7:56 PM
Subject: LT00403220/Michael Darden, Long-Term Disability, Anthem Review Request, Physician Certification Form, completed, signed
To: Verrill, Deb <Deb.Verrill@anthem.com>
Cc: LDClaimsTeam <LDClaimsTeam@anthem.com>

Attached, please find the referenced completed, signed Form:

Satisfactory?

And per your recent voicemail, to confirm:

Is July 31, 2023, the final date on which my psychological LTD will be active, please?

If yes, then by what date must I provide you any further copies of my Medical Records, and what Medical Records must I provide you?

Thank you, take care and Good Weekend,

Michael
Michael Darden
917-868-8780

On Fri, Oct 28, 2022, 1:35 AM Darden, Michael <mad2255@tc.columbia.edu> wrote:
  You're welcome. Working on returning your Physician's Certification form soon.

  Again, thanks very much
  and be well,

  Michael
  Michael Darden
  917-868-8780

  On Wed, Oct 26, 2022, 10:49 AM Verrill, Deb <Deb.Verrill@anthem.com> wrote:

    Hi there- yes, your benefits will continue and the new due date for information is 11/25/22.

Case 4:25-cv-00911-DMR    Document 1    Filed 01/28/25    Page 285 of 500

12/19/24, 7:08 PM          Tc.columbia.edu Mai       d: LT00403220/Michael Darden, Long-Term Disabili      hem Review Request, Attending Physician Sta…

285

Thank you,

*Deb Verrill*

 A picture containing text, sign Description automatically generated

_____

**Deb Verrill**, Disability Case Manager

*Life & Disability Claims Operations*

PO Box 105426

Atlanta, GA  30348

OFFICE:  470-784-1964|FAX:  800-850-0017

EMAIL:  Deb.Verrill@anthem.com


**From:** Darden, Michael <mad2255@tc.columbia.edu>
**Sent:** Wednesday, October 26, 2022 11:56 AM
**To:** Verrill, Deb <Deb.Verrill@anthem.com>
**Subject:** Re: {EXTERNAL} Fwd: LT00403220/Michael Darden, Long-Term Disability, Anthem Review Request 3


Hi:


You're welcome.  Appreciate receiving your response below.  To confirm:


Will my Long-Term Disability Payments continue without interruption while I complete these forms, or have them
completed, signed and returned to you as soon as I possibly can, please?...



On Wed, Oct 26, 2022, 5:12 AM Verrill, Deb <Deb.Verrill@anthem.com> wrote:

Hi there,


Thank you,


*Deb Verrill*

Case 4:25-cv-00911-DMR    Document 1    Filed 01/28/25    Page 286 of 500

12/19/24, 7:08 PM          Tc.columbia.edu M     wd: LT00403220/Michael Darden, Long-Term Disab      nthem Review Request, Attending Physician Sta…

286

 **A picture containing text, sign Description automatically generated**

---

**Deb Verrill**, Disability Case Manager

*Life & Disability Claims Operations*

PO Box 105426

Atlanta, GA  30348

OFFICE:  470-784-1964|FAX:  800-850-0017

EMAIL:  Deb.Verrill@anthem.com

**From:** Darden, Michael <mad2255@tc.columbia.edu>
**Sent:** Tuesday, October 25, 2022 4:51 PM
**To:** Verrill, Deb <Deb.Verrill@anthem.com>
**Cc:** LDClaimsTeam <LDClaimsTeam@anthem.com>
**Subject:** {EXTERNAL} Fwd: LT00403220/Michael Darden, Long-Term Disability, Anthem Review Request 2

This email originated outside the company. Do not click links or attachments unless you recognize the sender.

Hi, Deb Verrill and Team:

As I mentioned per my voicemail yesterday, this is the first time that I have received the attached documents.  I will attempt to complete them or have them completed, signed and returned to you as soon as I possibly can:

Satisfactory, please?

Thank you and take care,

Michael

Michael Darden

917-868-8780

---------- Forwarded message ---------
From: **Verrill, Deb** <Deb.Verrill@anthem.com>
Date: Tue, Oct 25, 2022, 10:31 AM
Subject: LT00403220/Michael Darden
To: mad2255@tc.columbia.edu <mad2255@tc.columbia.edu>
Cc: LDClaimsTeam <LDClaimsTeam@anthem.com>

Case 4:25-cv-00911-DMR    Document 1    Filed 01/28/25    Page 287 of 500

12/19/24, 7:08 PM    Tc.columbia.edu M.    wd: LT00403220/Michael Darden, Long-Term Disabi    them Review Request, Attending Physician Sta...

287

Hello,

Here is a copy of the letter sent to you on 9/8/22 and the forms that need to be completed.  Please be sure this are returned within 30 days from the date of this letter.

Thank you,

*Deb Verrill*

---

**Deb Verrill**, Disability Case Manager

*Life & Disability Claims Operations*

PO Box 105426

Atlanta, GA  30348

OFFICE:  470-784-1964|FAX:  800-850-0017

EMAIL:  Deb.Verrill@anthem.com

**CONFIDENTIALITY NOTICE:** This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information or may otherwise be protected by law. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message and any attachment thereto.

**CONFIDENTIALITY NOTICE:** This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information or may otherwise be protected by law. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message and any attachment thereto.

**CONFIDENTIALITY NOTICE:** This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information or may otherwise be protected by law. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message and any attachment thereto.

📄 **Anthem Blue Cross Long-Term Disability, LTD extension, Physician Certification Form, completed, signed.pdf**

12/19/24, 7:08 PM    Case 4:25-cv-0091 DMR    Document 1    Filed 01/28/25    Page 288 of 500ding Physician Sta...

2487K

288

Case 4:25-cv-00911-DMR    Document 1    Filed 01/28/25    Page 289 of 500
289
12/19/24, 12:40 PM    Tc.columbia.edu    Medical Records Request, Anthem, Physical, Claim    cation, Determination Assessment, Long-Term D…



Darden, Michael <mad2255@tc.columbia.edu>

## Medical Records Request, Anthem, Physical, Claim Application, Determination Assessment, Long-Term Disability, Michael Darden 1

**Darden, Michael** <mad2255@tc.columbia.edu>                    Tue, Mar 21, 2023 at 11:42 AM
To: tanita.lee@anthem.com

Attached:

PART 1 OF 3 EMAIL TRANSMISSIONS

Satisfactory?

Thank you kindly, and take care,

Michael
Michael Darden
917-868-8780

---

📄 **Medi-Cal Medical Records Request Doctors Dr. Gillean Maska Sharon UCSF Contra Costa Sleep Center Sutter Vestibular Therapy  Michael Darden 1.pdf**
20559K

**Darden, Michael**

290

Date: Nov 08, 2022
DOB: 05/05/1966, 56 year old Male
Note No.38060203
Printed 12:16 PM Nov 15 2022
User Location: Innerspace Psychiatry

Innerspace Psychiatry
55 Santa Clara Ave, Ste 171, Oakland, CA 94610-1333
Tel: (510)541-2323    Fax: (510)907-7966
JOHN GILLEAN, M.D.

## PSYCHIATRIC HISTORY & EXAM

HPI: "We've been good."

Client reports that he has experienced significant migraines a/w tinnitus and vertigo.
Has started an extensive workup and has undergone a trial of emgality and been referred to a CBT provider.
He has been seeing a neurologist at UCSF.

He is also suing a former employer for ADA discrimination .
This has been an extremely stressful process for him.
His brother has been homeless in MD recently which has been quite stressful for him.
Despite the above stressors, client reports that he is "hanging in there."

He will be travelling to MD to visit his mother for her 89th birthday.

Med updates:
Started on emgality.
General:
**General:** well nourished, well hydrated, no acute distress
Psychiatric:
**Speech:** NRRT
**Thought Process/Abstract Reasoning:** linear, GD
**Associations:** depressive
**Abnormal thoughts:** no PI, no SI/HI/VI
**Judgement & Insight:** intact
Mental Status Exam:
**Orientation:** oriented to time, place, and person
**Memory:** intact for recent and remote events
**Attention:** attends to tasks normally
**Speech/Language:** expressive and receptive communications skills are WNL
**Fund of knowledge:** demonstrates good fund of knowledge
**Mood & Affect:** "hanging in there," depressed, anxious
**Comments:** affect and TP/TC are appropriate

## PRESCRIPTIONS

<u>clonazepam 0.5 mg tablet</u>, Take 1 tablet(s) by oral route , dailyPRN anxiety , for 30 days , 30 Tablet &refills: 1 -- Reviewed CURES
**Diagnosis:** [F43.23]

<u>trazodone 50 mg tablet</u>, Take 1-2 tablet(s) by oral route , qHSPRN insomnia , for 30 days , 60 Tablet &refills: 2
**Diagnosis:** [F32.2]

<u>bupropion HCl XL 300 mg 24 hr tablet, extended release</u>, Take 1 tablet(s) by oral route , 1 time per day , for 30 days , 30 Tablet
&refills: 2
**Diagnosis:** [F32.2]

<u>mirtazapine 15 mg tablet</u>, Take 1 tablet(s) by oral route , qHS times per day , for 30 days , 30 Tablet &refills: 2
**Diagnosis:** [F32.2]

## ALLERGIES

Penicillins -- rash

## PROCEDURES

**Office or other outpatient visit for the evaluation and management of an established patient, which requires a medically
appropr [99214]**
<u>Related Diagnosis:</u>

| ICD Code | ICD Description |
|---|---|

| ICD Code | ICD Description | 291 |
|---|---|---|
| F32.2 | Major depressive disorder, single episode, severe without psychotic features - patient remains grossly stable on his current regimen, although symptoms continue to cause moderately significant functional impairment. | |
| F43.23 | Adjustment disorder with mixed anxiety and depressed mood - exacerbated recently by situational stressors; continues to utilize clonazepam prn with benefit. | |

## AXIS & PLAN

**Major depressive disorder, single episode, severe without psychotic features - patient remains grossly stable on his current regimen, although symptoms continue to cause moderately significant functional impairment. [F32.2] (Axis I)**
Plan: Continue bupropion XL 300mg daily and trazodone 50-100mg qHSPRN for insomnia, mirtazapine 7.5-15mg qHSPRN for insomnia; continue weekly psychotherapy with Penny; maintain SDI.

[99214] OFFICE OR OTHER OUTPATIENT VISIT FOR THE EVALUATION AND MANAGEMENT OF AN ESTABLISHED PATIENT, WHICH REQUIRES A MEDICALLY APPROPR

**Adjustment disorder with mixed anxiety and depressed mood - exacerbated recently by situational stressors; continues to utilize clonazepam prn with benefit. [F43.23] (Axis I)**
Plan: Continue clonazepam 0.5mg dailyPRN for anxiety.

[99214] OFFICE OR OTHER OUTPATIENT VISIT FOR THE EVALUATION AND MANAGEMENT OF AN ESTABLISHED PATIENT, WHICH REQUIRES A MEDICALLY APPROPR

### SIGNATURE

This note has not yet been signed.
If required, you can add an addendum to it.
If required, you can add a patient annotation to it.



**Darden, Michael**                                                    292

Date: Jul 01, 2022                                         Innerspace Psychiatry
DOB: 05/05/1966, Male                      55 Santa Clara Ave, Ste 171, Oakland, CA 94610-1333
Note No.38104418                                  Tel: (510)541-2323    Fax: (510)907-7966
Printed 12:56 AM Jul 27 2022                                       JOHN GILLEAN, M.D.
User Location: Innerspace Psychiatry

## PSYCHIATRIC HISTORY & EXAM

HPI: "I'm doing OK."

Client reports relative stability on his current med regimen.
He continues to experience moderately significant symptoms although he feels he is managing basic ADLs well.
He is motivated to continue his current med regimen from which he continue to report a benefit.
He is sleeping relatively well.
He continues to express moderate concern about his mother.
He continues to report concerns about his son with whom he has a strained relationship.
General:
**General:** well nourished, well hydrated, no acute distress
Psychiatric:
**Speech:** NRRT
**Thought Process/Abstract Reasoning:** linear, GD
**Associations:** depressive
**Abnormal thoughts:** no PI, no SI/HI/VI
**Judgement & Insight:** intact
Mental Status Exam:
**Orientation:** oriented to time, place, and person
**Memory:** intact for recent and remote events
**Attention:** attends to tasks normally
**Speech/Language:** expressive and receptive communications skills are WNL
**Fund of knowledge:** demonstrates good fund of knowledge
**Mood & Affect:** "OK," depressed, anxious
**Comments:** affect and TP/TC are appropriate

## PRESCRIPTIONS

**trazodone 50 mg tablet**, Take 1-2 tablet(s) by oral route , qHSPRN insomnia , for 30 days , 60 Tablet &refills: 2
**Diagnosis:** [F32.2]

**bupropion HCl XL 300 mg 24 hr tablet, extended release**, Take 1 tablet(s) by oral route , 1 time per day , for 30 days , 30 Tablet
&refills: 2
**Diagnosis:** [F32.2]

## ALLERGIES

Penicillins -- rash

## PROCEDURES

**Office or other outpatient visit for the evaluation and management of an established patient, which requires a medically
appropr [99214]**
**Related Diagnosis:**

| ICD Code | ICD Description |
|---|---|
| F32.2 | Major depressive disorder, single episode, severe without psychotic features - patient remains grossly stable on his current regimen, although symptoms continue to cause moderately significant functional impairment. |
| F43.23 | Adjustment disorder with mixed anxiety and depressed mood - continues to utilize clonazepam prn with benefit. |

## AXIS & PLAN

**Major depressive disorder, single episode, severe without psychotic features - patient remains grossly stable on his current
regimen, although symptoms continue to cause moderately significant functional impairment. [F32.2] (Axisl)**
Plan: Continue bupropion XL 300mg daily and trazodone 50-100mg qHSPRN for insomnia, mirtazapine 7.5-15mg qHSPRN for
insomnia; continue weekly psychotherapy with Penny; maintain SDI.

[99214] OFFICE OR OTHER OUTPATIENT VISIT FOR THE EVALUATION AND MANAGEMENT OF AN ESTABLISHED PATIENT,

WHICH REQUIRES A MEDICALLY APPROPR

[99214] OFFICE OR OTHER OUTPATIENT VISIT FOR THE EVALUATION AND MANAGEMENT OF AN ESTABLISHED PATIENT,
WHICH REQUIRES A MEDICALLY APPROPR

[99214] OFFICE OR OTHER OUTPATIENT VISIT FOR THE EVALUATION AND MANAGEMENT OF AN ESTABLISHED PATIENT,
WHICH REQUIRES A MEDICALLY APPROPR

**Adjustment disorder with mixed anxiety and depressed mood - continues to utilize clonazepam prn with benefit. [F43.23]**
**(Axis)**
Plan: Continue clonazepam 0.5mg dailyPRN for anxiety.

[99214] OFFICE OR OTHER OUTPATIENT VISIT FOR THE EVALUATION AND MANAGEMENT OF AN ESTABLISHED PATIENT,
WHICH REQUIRES A MEDICALLY APPROPR

[99214] OFFICE OR OTHER OUTPATIENT VISIT FOR THE EVALUATION AND MANAGEMENT OF AN ESTABLISHED PATIENT,
WHICH REQUIRES A MEDICALLY APPROPR

**SIGNATURE**
This note has been electronically signed by JOHN GILLEAN, M.D. on 12:56 AM Jul 27 2022.

If required, you can add an addendum to it.
If required, you can add a patient annotation to it.

**Darden, Michael**

Date: Apr 12, 2022
DOB: 05/05/1966, Male
Note No.37237959
Printed 1:51 PM Apr 12 2022
User Location: Innerspace Psychiatry

## 294

Innerspace Psychiatry
55 Santa Clara Ave, Ste 171, Oakland, CA 94610-1333
Tel: (510)541-2323    Fax: (510)907-7966
JOHN GILLEAN, M.D.

### PSYCHIATRIC HISTORY & EXAM

HPI: "A little better, but today is a klonopin day."

Patient reports that he has experienced some exacerbation of his anxiety symptoms in light of multiple external stressors today.
He has taken a clonazepam already today to manage this increase in anxiety.

He has been utilizing mirtazapine in combination with trazodone some nights with benefit.
He reports that many nights, he benefit from trazodone alone.

He continues to feel quite distressed by managing his mother's care from across the country.
He notes that she has recovered from COVID but suffered some cognitive decline that he attributes to isolation during her infectious period.
She lost about 10 lbs d/t diminished feeding.
Since her return to the nursing home milieu, she has somewhat rapidly recovered and seems to be doing quite well.
He also reports that his brother continues to behave in a hostile way towards him which exacerbates the already delicate situation with his mother.


Social hx:
Travelling to MD to visit his mother for Easter this weekend.

Med hx:
Was taking Qulipta for migraines but found it to make him dizzier - continues to be followed by neurology for vestibular migraines.
General:
**General:** well nourished, well hydrated, no acute distress
Psychiatric:
**Speech:** NRRT
**Thought Process/Abstract Reasoning:** linear, GD
**Associations:** depressive
**Abnormal thoughts:** no PI, no SI/HI/VI
**Judgement & Insight:** intact
Mental Status Exam:
**Orientation:** oriented to time, place, and person
**Memory:** intact for recent and remote events
**Attention:** attends to tasks normally
**Speech/Language:** expressive and receptive communications skills are WNL
**Fund of knowledge:** demonstrates good fund of knowledge
**Mood & Affect:** "A little better," depressed, anxious
**Comments:** affect and TP/TC are appropriate

### PRESCRIPTIONS

**bupropion HCl XL 300 mg tablet, extended release.** Take 1 tablet(s) by oral route , 1 time per day , for 30 days , 30 Tablet
&refills: 2
**Diagnosis:** [F32.2]

**clonazepam 0.5 mg tablet.** Take 1 tablet(s) by oral route , dailyPRN anxiety , for 30 days , 30 Tablet &refills: 1 -- Reviewed CURES
**Diagnosis:** [F43.23]

### ALLERGIES

Penicillins -- rash

### PROCEDURES

Office or other outpatient visit for the evaluation and management of an established patient, which requires a medically
appropr [99214]
**Related Diagnosis:**

| ICD Code | ICD Description |
| --- | --- |

| ICD Code | ICD Description | 295 |
|---|---|---|
| F32.2 | Major depressive disorder, single episode, severe without psychotic features - patient continues to exhibit severe depressive symptomology in light of external stressors; some improvement in sleep quality with addition of mirtazapine prn. continue to report at least a partial benefit from bupropion. | |
| F43.23 | Adjustment disorder with mixed anxiety and depressed mood - continues to find a need for clonazepam somewhat regularly to manage anxiety symptoms. | |

## AXIS & PLAN

**Major depressive disorder, single episode, severe without psychotic features - patient continues to exhibit severe depressive symptomology in light of external stressors; some improvement in sleep quality with addition of mirtazapine prn. continue to report at least a partial benefit from bupropion. [F32.2] (Axisl)**
Plan: Continue bupropion XL 300mg daily and trazodone 50-100mg qHSPRN for insomnia, mirtazapine 7.5-15mg qHSPRN for insomnia; continue weekly psychotherapy with Penny; maintain SDI.

[99214] OFFICE OR OTHER OUTPATIENT VISIT FOR THE EVALUATION AND MANAGEMENT OF AN ESTABLISHED PATIENT, WHICH REQUIRES A MEDICALLY APPROPR

[99214] OFFICE OR OTHER OUTPATIENT VISIT FOR THE EVALUATION AND MANAGEMENT OF AN ESTABLISHED PATIENT, WHICH REQUIRES A MEDICALLY APPROPR

**Adjustment disorder with mixed anxiety and depressed mood - continues to find a need for clonazepam somewhat regularly to manage anxiety symptoms. [F43.23] (Axisl)**
Plan: Continue clonazepam 0.5mg dailyPRN for anxiety,

[99214] OFFICE OR OTHER OUTPATIENT VISIT FOR THE EVALUATION AND MANAGEMENT OF AN ESTABLISHED PATIENT, WHICH REQUIRES A MEDICALLY APPROPR

## SIGNATURE
This note has been electronically signed by JOHN GILLEAN, M.D. on 1:51 PM Apr 12 2022.



If required, you can add an addendum to it.
If required, you can add a patient annotation to it.

2022/04/12 08:37:26    1  /2        296



**Need Physician's Response**

Physician's Name:  JOHN ALEXANDER GILLEAN
Patient's Name:  MICHAEL DARDEN
Account #:  3104050

Today's Date:  04/12/2022
Telephone:  (917) 868-6780
Fax:    (510) 907-7966

Dear Dr. Gillean:

On behalf of the U.S. Department of Education, we are in the process of reviewing an application for a total and permanent disability discharge of the above individual's student loan obligations. You completed "Section 4: Physician's Certification" of the enclosed discharge application. However, some required information was incomplete or unclear. We are not able to complete the process for this borrower until we receive the information identified below from you.

To ensure timely processing of the above individual's application, we request that you correct the information on the enclosed discharge application, initial your corrections and return this letter along with the corrected application to us no later than 05/11/2022.

Our fax number is 303.696.5250

If you have questions about this notification, contact us immediately.

The information we need you to fax to us is as follows:

• Please review Section 4: Question 5 and provide the applicant's diagnosis. We are unable to accept insurance codes or abbreviations as a diagnosis.

Sincerely,

Nelnet Total and Permanent Disability Servicer

P01

SECURED BY FAXMD.COM PAGE 1 OF 2

2022/04/12 08:37:26    2  /2    **297**

Applicant Name    Michael Darden                    Applicant SSN    3104050

## SECTION 4: PHYSICIAN'S CERTIFICATION

Print legibly and initial any changes. Return the form to the applicant or representative.

**Applicant Identification**

1. Provide the below information regarding the individual for whom you are completing this Section:

   Name    Michael Darden

   Date of Birth    5/5/1966

**Medically Determinable Physical or Mental Impairment**

2. Does the applicant have a medically determinable physical or mental impairment that prevents the applicant from engaging in any substantial gainful activity?

   Substantial gainful activity means a level of work performed for pay or profit that involves doing significant physical or mental activities or a combination of both. If the applicant is able to engage in any substantial gainful activity in any field of work, you must answer "No".

   [X] Yes - Continue to Item 3.

   [ ] No - Do not complete this application.

**Severity/Duration of Physical or Mental Impairment**

3. Is the applicant's impairment expected to result in death?

   [ ] Yes - Skip to Item 5.

   [X] No - Continue to Item 4.

4. Has the applicant's impairment lasted or is it expected to last for a continuous period of at least 60 months?

   [X] Yes - Continue to Item 5.

   [ ] No - Do not complete this application.

**Disabling Condition**

Do not use insurance codes or abbreviations.

5. Provide your diagnosis of the applicant's impairment:

   Major depressive disorder, severe; adjustment disorder with depression and anxiety

**Physician's Certification**

I certify that, in my best professional judgment, the applicant identified in Item 1 has a medically determinable physical or mental impairment consistent with my responses in Items 2 through 10.

I understand that an applicant who is currently able to engage in any substantial gainful activity in any field of work does not have a total and permanent disability as defined on this form.

I am a doctor of:  [X] medicine   [ ] osteopathy/osteopathic medicine

California                          A141657

State Where Legally Authorized to Practice*      Professional License Number (subject to verification; stamp is acceptable)

*If you are licensed to practice in American Samoa, Puerto Rico, the U.S. Virgin Islands, the Northern Mariana Islands, the Marshall Islands, Micronesia, or Palau, attach a copy of your professional license that clearly shows the expiration date.

_John Brin_                          05/04/2022              John A Gillean

Physician's Signature (a stamp is not acceptable)    Date (mm-dd-yyyy)      Physician Name (First, Middle, Last)

                                    jgillean@innerspacepsychiatry.com    510-541-2323
                                    Email                                Telephone

55 Santa Clara Ave, Suite 171, Oakland, CA 94610                        510-907-7986

Address (a stamp is acceptable)                                         Fax

6. Describe the severity of the applicant's impairment, including, if applicable, the phase of the impairment:

   Patient exhibits severe depressive and anxiety symptoms that have only partially responded to available treatments.

**Limitations**

Explain how the condition prevents the applicant from engaging in any substantial gainful activity in any field of work. Attach additional pages if needed. Enter "N/A" if not applicable. You may include additional information you believe is helpful in understanding the applicant's condition, such as medications or procedures used to treat the condition.

7. Limitations on sitting, standing, walking, or lifting:

   N/A

8. Limitations on activities of daily living:

   Applicant's symptoms affect his ability to focus, sustain his energy level, manage complex tasks, communicate effectively with others.

9. Residual functionality:

   Applicant can manage his own finances and tend to basic tasks of daily living with the support of his partner.

10. Social/behavioral limitations (if any):

    Difficulty communicating with others effectively due to anxiety and mood symptoms.

11. Global Assessment Function Score (for psychiatric conditions):

    48

PATRICIA SUZANNE MASKA, MD • 5601 NORRIS CANYON RD STE 240, SAN RAMON CA 94583-5407
DARDEN, Michael (id #10073, dob: 05/05/1966)

PATRICIA S. MASKA,MD
5601 NORRIS CANYON RD STE 240
SAN RAMON, CA 94583-5407
Phone: (510) 748-5363, Fax: (925) 289-4975

Date: 12/09/2022

Dear Michael Darden,

The following is a summary of your visit today. If you have any questions, please contact our office.

Sincerely,

Patricia Maska, MD

## Patient Care Summary for Michael Darden

**Most Recent Encounter**
12/09/2022 Patricia Suzanne Maska: 5601 Norris Canyon Rd Ste 240, San Ramon, CA 94583-5407, Ph. tel:+1-510-7485363

**Reason for Visit**
Migraine with aura; Vertigo; Periodic limb movement disorder; Obstructive sleep apnea syndrome

**Assessment and Plan**

The following list includes any diagnoses that were discussed at your visit.
1. Migraine with aura
• migraine aura without a headache: care instructions
• Emgality Pen 120 mg/mL subcutaneous pen injector
2. Vertigo
3. Periodic limb movement disorder
4. Obstructive sleep apnea syndrome
• sleep apnea: care instructions
5. Reactive depression (situational)
6. Suicidal thoughts
• suicidal thoughts in a family member: care instructions

Discussion Note: None recorded.

**Plan of Care**

| Reminders Appointments | Telemedicine | on or around 02/09/2023 | Provider Patricia Suzanne Maska, MD |
|---|---|---|---|
| Lab | None recorded. | | |
| Referral | None recorded. | | |
| Procedures | None recorded. | | |

12/27/22, 1:31 PM                                           Patient Portal - health > care summaries

PATRICIA SUZANNE MASKA, MD • 5601 NORRIS CANYON RD STE 240, SAN RAMON CA 94583-5407
DARDEN, Michael (id #10073, dob: 05/05/1966)                                    299

| Reminders | | Provider |
|---|---|---|
| Surgeries | None recorded. | |
| Imaging | None recorded. | |

## Current Medications

Your medical record indicates you are on the following medicine. If this list is not consistent with the medications you are currently taking, or if you are taking additional over-the-counter medicines, please inform your provider.

| Name | Prescribed Date | Start Date |
|---|---|---|
| bupropion HCl XL 300 mg 24 hr tablet, extended release<br>TAKE 1 TABLET BY MOUTH EVERY DAY | | |
| clonazepam 0.5 mg tablet<br>TAKE 1 TABLET BY ORAL ROUTE DAILY AS NEEDED FOR ANXIETY | | |
| Daily Multi-Vitamin | | 01/01/2021 |
| Emgality Pen 120 mg/mL subcutaneous pen injector<br>Inject 1 mL every month by subcutaneous route for 30 days. | 12/09/2022 | |
| mirtazapine 15 mg tablet<br>TAKE 1 TABLET(S) BY ORAL ROUTE AT BEDTIME FOR 30 DAYS | | |
| trazodone 50 mg tablet<br>TAKE 1-2 TABLETS BY MOUTH AT BEDTIME AS NEEDED FOR INSOMNIA | | |

## Medications Administered

None recorded.

## Vitals

| Height | Weight | BMI | Blood Pressure | Pulse | Pain Scale |
|---|---|---|---|---|---|
| 5 ft 5 in Stated | 158 lbs With clothes | 26.3 kg/m2 | 120/75 mm[Hg] | 60 bpm | 9 |

## Results
Lab Results

None recorded.

## Allergies

Please review your allergy list for accuracy. Contact your provider if this list needs to be updated.

| Code | Code System | Name | Reaction | Severity | Onset |
|---|---|---|---|---|---|
| | | Penicillins | | | |

## Problems

| Name | Status | Onset Date | Source |
|---|---|---|---|
| Migraine with Aura | Active | 11/01/2021 | |
| Vertigo | Active | 11/01/2021 | |
| Headache | Active | 11/01/2021 | |
| Snoring | Active | 11/01/2021 | |
| Body Mass Index 25-29 - Overweight | Active | 02/03/2022 | |
| Neck Pain | Active | 03/24/2022 | |
| Suicidal Thoughts | Active | 05/27/2022 | |

12/27/22, 1:31 PM                                  Patient Portal - health > care summaries

PATRICIA SUZANNE MASKA, MD • 5601 NORRIS CANYON RD STE 240, SAN RAMON CA 94583-5407
DARDEN, Michael (id #10073, dob: 05/05/1966)                                    **300**

| Name | Status | Onset Date | Source |
|---|---|---|---|
| Nonspecific Paroxysmal Spell | Active | 05/27/2022 | |
| Obstructive Sleep Apnea Syndrome | Active | 08/29/2022 | |
| Periodic Limb Movement Disorder | Active | 08/29/2022 | |
| Elevated Blood-pressure Reading without Diagnosis of Hypertension | Active | 08/29/2022 | |
| Caregiver Role Strain | Active | 08/29/2022 | |
| Persistent Postural Perceptual Dizziness | Active | 10/28/2022 | |
| Migrainous Vertigo | Active | 10/28/2022 | |
| Reactive Depression (Situational) | Active | 12/09/2022 | |

## Procedures

None recorded.

## Vaccine List

Here is a copy of your most up-to-date vaccination list.
Vaccine Type
COVID-19, mRNA, LNP-S, PF, 100 mcg/0.5 mL dose (Moderna)
08/26/2021
07/17/2021

## Tobacco Smoking Status

| Tobacco Smoking Status | Never Smoker |
|---|---|

## Past Encounters

| Encounter Date | Diagnosis | Provider |
|---|---|---|
| 12/09/2022 | Migraine with Aura; Vertigo; Periodic Limb Movement Disorder; Obstructive Sleep Apnea Syndrome; Reactive Depression (Situational); Suicidal Thoughts | Patricia Suzanne Maska, MD: 5601 Norris Canyon Rd Ste 240, San Ramon, CA 94583-5407, Ph. (510) 748-5363 |

## Demographics

| Sex: | Male | Ethnicity: | Not Hispanic or Latino |
|---|---|---|---|
| DOB: | 05/05/1966 | Race: | Black or African American |
| Preferred language: | English | Marital status: | Married |

Contact:              1801 Shoreline Dr, Apt 307, Alameda, CA 94501-6084, Ph. tel:+1-917-8688780

## Care Team Members

Primary Care Provider

| Emanuel Vergis MD | 595 Castro St, San Francisco, CA 94114, Ph. tel:+1-415-2910480 |
|---|---|

Referring Provider

| Emanuel Vergis MD | 595 Castro St, San Francisco, CA 94114, Ph. tel:+1-415-2910480 |
|---|---|

Note: Patients are solely responsible for maintaining the privacy and security of all information printed from the Patient Portal.

## Plan of Treatment

| Reminders | | Order Date | Submit Date | Provider | **301** | Details |
|---|---|---|---|---|---|---|
| Appointments | PSM telehealth 30 | 02/09/2023 11:00AM | | Patricia Maska, MD | | |

| Lab | | | | | |
|---|---|---|---|---|---|
| | TSH, serum or plasma | 10/28/2022 | 10/28/2022 | One Medical Lab, 3850 Grand Ave, Oakland, CA, 94610, Ph (510) 225-1013 | |
| | ferritin, serum or plasma | 10/28/2022 | 10/28/2022 | One Medical Lab, 3850 Grand Ave, Oakland, CA, 94610, Ph (510) 225-1013 | |

| Referral | | | | | |
|---|---|---|---|---|---|
| | sleep medicine referral - OSA. Pls eval for treatment options. EDS, suspected apneas. Per pt, OAT too expensive. | 10/28/2022 | 10/28/2022 | California Sleep Center For Sleep Disorders, 194 Fransisco Ln, Ste 204, Fremont, CA, 94539, Ph (510) 263-3300 | |
| | oral appliance & consult referral - Moderate OSA. Please eval for OAT. | 08/29/2022 | 08/29/2022 | Berkeley Hills Dentistry, 1760 Solano Ave, Ste 309, Berkeley, CA, 94707, Ph (510) 527-9584 | |
| | neurologist referral - Multifactorial: BPPV, migraine related vertigo, PPPD. Please eval. | 08/29/2022 | 08/29/2022 | Ucsf Neurotology Clinic, 2380 Sutter St, San Francisco, CA, 94115, Ph (415) 353-2757 | |
| | primary care provider referral - deferred to you for BP | 08/29/2022 | 08/29/2022 | Emanuel Vergis MD, 595 Castro St, San Francisco, CA, 94114, Ph (415) 291-0480 | |
| | vestibular therapy referral - Vestib rehab. vertigo can be positional. May have underlying PPPD and migrainous vertigo. Menandro. | 02/03/2022 | 02/03/2022 | Alta Bates Summit Outpatient Rehab Center And Vestibular Therapy, 5700 Telegraph Ave, Oakland, CA, 94609, Ph (510) 204-1788 | |
| | nutritionist/dietitian referral | 02/03/2022 | 02/03/2022 | | |

| Procedures | None recorded. | | | | |
|---|---|---|---|---|---|
| Surgeries | None recorded. | | | | |

| Imaging | | | | | |
|---|---|---|---|---|---|
| | polysomnogram - Indeterminate HST. Suspect PLMS. Need to eval for OSA. Snoring, EDS. Pt can take trazodone, remeron, clonazepam pm. | 05/27/2022 | 05/27/2022 | Contra Costa Sleep Center, 2121 Ygnacio Valley Rd, Ste E-101, Walnut Creek, CA, 94598, Ph (925) 935-7667 | |
| | MRI, brain + brain stem, w/o contrast - Involuntary motor activity during sleep | 05/27/2022 | 05/27/2022 | Magnetic Imaging Affiliates (Mia), 5730 Telegraph Ave, Oakland, CA, 94609, Ph (510) 204-2744 | |
| | electroencephalogram - Involuntary motor activity during sleep | 05/27/2022 | 05/27/2022 | Summit Medical Center (Eeg Ekg Cardio), 350 Hawthorne Ave, Oakland, CA, 94609-3108, Ph (510) 869-6528 | |
| | home sleep study - EDS, suspected apneas. Michael may have OSA | 12/16/2021 | 12/16/2021 | Contra Costa Sleep Center, 2121 Ygnacio | |

Valley Rd, Ste 121,
Walnut Creek, CA 94598,
Ph (925) 935-7667

| Medication Orders | Emgality Pen 120 mg/mL subcutaneous pen injector | 12/09/2022 12/09/2022 CVS/Pharmacy #9255 |
|---|---|---|
| | Emgality Pen 120 mg/mL subcutaneous pen injector | 10/28/2022 10/28/2022 CVS/Pharmacy #9255 |
| | Qulipta 30 mg tablet | 03/24/2022 03/25/2022 CVS/Pharmacy #9255 |
| | Qulipta 10 mg tablet | 02/03/2022 02/03/2022 CVS/Pharmacy #9255 |
| | Nurtec ODT 75 mg disintegrating tablet | 11/01/2021 11/01/2021 CVS/Pharmacy #9255 |

| Patient Targets Encounter Date | Instructions | Goals |
|---|---|---|
| 12/09/2022 | | |
| 10/28/2022 | | |
| 08/29/2022 | | |
| 05/27/2022 | | |
| 03/24/2022 | | |
| 02/03/2022 | | |
| 12/16/2021 | | |
| 11/01/2021 | | |

UCSF MyChart - Visit Summary

303

Name: Michael Darden | DOB: 5/5/1966 | MRN: 88487192 | PCP: Name Unknown Provider | Legal Name: Michael Darden

**A Note to Patients:** Symptoms are concisely summarized to inform treatment recommendations. For reasons of privacy and brevity, this note does not attempt to capture all experiences that were discussed.

Progress Notes

Jeffrey D Sharon at 10/11/2022  8:00 AM

**Subjective**

Michael Darden is a 56 y.o. male who presents with the following:
**Chief Complaint**
Patient presents with
• Dizziness

This is an initial visit consultation requested by None Per Patient Provider
No address on file

**HISTORY OF PRESENT ILLNESS:**

Today I had the pleasure of seeing Michael Darden, who is a 56 y.o. male who was seen today in the Otology Clinic for evaluation and management of Dizziness

The symptoms began many years ago. Patient reports that his earliest recollection of vertigo symptoms was when he was 6-8 years old on a night where he had gone for ice cream with a family member, and when walking home looking up at the sky felt as though the moon was falling. He also recalls instances throughout his childhood where he wanted to lie down and would see spots through his vision, as well as sudden bouts of dizziness. During his junior year of high school, he reports having a vertigo episode during a chemistry class which caused him to feel as if he was going to "fall on the floor". He then saw his PCP who prescribed him Antivert, though he was still having difficulty moving his head without dizziness. These symptoms gradually subsided throughout his time in college.

Shortly after college, he developed recurrence of dizziness. Throughout his years of young adulthood, his dizziness persisted and he eventually ended up seeing Dr. John Oas, whom patient states diagnosed him with a rare migraine form, noting that his inner ear balance system was malfunctioning. Patient notably suffered from high amounts of anxiety surrounding his dizziness, worried that he may never return back to normal. He says that he has been able to keep those thoughts and feelings at bay, but states that he has continued to feel that way for some time.

Over the last year and a half, he notes that he has being experiencing increased life stressors as his mother was diagnosed with dementia and he has been primarily responsible for setting up her care. He also has other family members who he takes care of. Patient was still working despite all of this, until he collapsed under the amount of stress. He reports that he is now not working, on disability, has generalized anxiety and depression for which he is currently taking medication.

In November 2021, his dizziness got much worse. He now endorses constant dizziness that varies in severity each day. He uses a pain scale from 1-10 in order to categorize this, noting that it varies between a 5-6/10 on a good day and 8-9/10 on a bad day. On a bad

day, he reports feeling a pinch before an episode, "sort of like there is a bug on my body or somebody just pinched me", stating that immediately after he gets a heavy dizzy spell. Other times he can hear a "whooshing sound", and immediately after will develop a headache. Associated symptoms include bilateral aural pressure, constant bilateral tinnitus, headache and aura. His symptoms are exacerbated by temperature changes, stress, busy visual scenes, barometric pressure changes and certain foods and beverages. He denies light and sound sensitivity. Of note, patient is most sensitive to barometric pressure changes as well as temperature changes, noting that his heavy dizziness can last up to 3 days.

Additionally, patient reports moderate-severe headaches that occur 4 times per week. The headaches affect the entire head and are described as throbbing. He has continued to experience auras which begin at the start of a headache, noting that he sees snowfall-like spots, or spinning discs 4-5x per week that can last up to an hour. His headaches are exacerbated by axial head movements, busy visual scenes with motion such as driving in traffic. He denies nausea during a headache. To try and alleviate his headache he will sit or lie down, or converse with his husband.

Patient himself reports feeling that he intermittently hallucinates. He speaks of an instance where he was watching TV, where the TV began rocking side to side "like it was on a ship". He notes that he asked his husband whether the screen was rocking to which he replied no, though this is what it looked like to the patient. He states that something like this can happen 1-2x per week.

Treatments thus far include previous verapamil with no relief, previous Antivert with no relief, previous Depakote with no improvement, previous vestibular physical therapy with no improvement, prior sleep study, meditation and calming exercises, dietary modifications with some improvement. More recently, he has tried Qulipta and Nurtec ODT as recommended by his neurologist, Dr. Patricia Maska, but he reports that his symptoms worsened seconds after, stating that he developed tightness of the head and exacerbated dizziness. After the initial exacerbation of symptoms, he continued to take Qulipta for a few days and noted some degree of improvement to his dizziness, though not much.

Of note, patient's medical history includes generalized anxiety and depression, mitral valve prolapse, and no other conditions reported.

**Otologic History:**

|           | Ear Infections? | Ear Tubes | Ear Surgery |
|-----------|-----------------|-----------|-------------|
| Right Ear | No              | No        | No          |
| Left Ear  | No              | No        | No          |

**Hearing Loss Details:**
Michael Darden has not experienced exposure to loud sounds. There is not a family history of non-age related hearing loss or a family history of vestibular disorders.

**Vestibular Details:**
There is not a history of accompanying symptoms that are commonly seen in Meniere's disease, such as unilateral aural fullness, unilateral tinnitus, or unilateral hearing loss during dizziness.

There is a history suggestive of BPPV, with spinning vertigo that occurs a few seconds after provocative positions such as rolling over in bed, and then subsides over a few minutes.

There is a personal history of migraine headaches. There is a possible family history of migraines in his mother.

There is a history of migrainous symptoms during dizzy spells, including light sensitivity, sound sensitivity, or headaches.

**305**

There is a history of motion sensitivity.

There is not a history of symptoms typical for superior canal dehiscence syndrome, including autophony, hearing bodily sounds such as eyeballs moving, pulsatile tinnitus, or vertigo induced by loud sounds or coughing/sneezing/straining.

Regarding other physiologic systems that aid in balance:
Vision: Normal
Muscle strength: Normal
Proprioception/sensation: Normal

There is a history of anxiety and depression.
There is not a history of head trauma.
There is not a history of unexplained falls.

## Allergies/Contraindications

| Allergen | Reactions |
|---|---|
| • Penicillins | |

## Medications the patient states to be taking prior to today's encounter.

| Medication | Sig |
|---|---|
| • buPROPion (WELLBUTRIN XL) 300 mg 24 hr tablet | Take 300 mg by mouth daily |
| • clonazePAM (KLONOPIN) 0.5 mg tablet | clonazepam 0.5 mg tablet  TAKE 1 TABLET(S) BY ORAL ROUTE , DAILY AS NEEDED ANXIETY , FOR 30 DAYS |
| • mirtazapine (REMERON) 15 mg tablet | mirtazapine 15 mg tablet  TAKE 1 TABLET(S) BY ORAL ROUTE AT BEDTIME TIMES PER DAY , FOR 30 DAYS |
| • multivitamin tablet | Take 1 tablet by mouth daily |
| • traZODone (DESYREL) 50 mg tablet | trazodone 50 mg tablet  TAKE 1-2 TABLET(S) BY ORAL ROUTE , AT BEDTIME AS NEEDED INSOMNIA , FOR 30 DAYS |

## Past Medical History:

| Diagnosis | Date |
|---|---|
| • Anxiety | |
| • Depression | |
| • Mitral valve disease | |

## Surgical History

No past surgical history on file.

## Family History

| Problem | Relation | Name | Age of Onset |
|---|---|---|---|
| • Diabetes | Mother | | |
| • Dementia | Mother | | |
| • Heart failure | Father | | |

## Social History

**Tobacco Use**
* Smoking status:        Never Smoker
* Smokeless tobacco:     Never Used

**Substance and Sexual Activity**
* Alcohol use:           Never
* Drug use:              Never

Review of Systems:
A comprehensive 14-point review of systems was documented in the new patient questionnaire and reviewed.  Please see this and HPI.

All other systems were reviewed and are negative.

| Objective |
|-----------|

**Vitals**

|  | 10/11/22 0805 |
|--|--|
| PainSc: | 0 |

There is no height or weight on file to calculate BMI.

**PHYSICAL EXAM:**

**Constitutional:**
The patient is normally developed and has no obvious deformities.
he is in no distress.

**Ears, nose, mouth and throat:**
Voice is normal.
We were able to communicate well in English
There were no lesions of the head or face.
There was no sinus tenderness.
Salivary gland contours were normal.
The patient is wearing a surgical mask, therefore due to COVID some of the exam is deferred.

**Otologic and Neurotologic Exam:**
The auricles had no lesions.

**Tuning fork testing at 512 Hz:**
The tuning fork in air (Schwabach test) is heard on either side with no preference.
Weber tuning fork test on the skull is heard without preference.
Rinne tuning fork testing (where normal is air conduction (AC) being heard > bone conduction (BC)):
On the right side: AC > BC
On the left side: AC > BC

**Otoscopic examination:**
    **On the right side:**
    The external auditory canal is patent.
    Cerumen is obstructing and was removed today.
    Skin of the external auditory canal is healthy.
    The tympanic membrane is in good condition/position and appears mobile.
    The middle ear is well aerated.

    **On the left side:**

The external auditory canal is patent.
Cerumen is obstructing and was removed today.
Skin of the external auditory canal is healthy.
The tympanic membrane is in good condition/position and appears mobile.
The middle ear is well aerated.

**307**

**Oculomotor examination:**
Primary gaze alignment was normal.
Extraocular movements were conjugate and full.
Smooth pursuit was intact and normal appearing for age.
Saccades were promptly initiated, were accurate, and of normal velocity.
Vergence was intact for near-target viewing.

**Vestibular examination:**
There was no spontaneous or gaze-evoked nystagmus.
The visual-vestibulo-ocular reflexes elicited by slow horizontal, vertical, and roll head movements were normal.

**Head impulse testing:** The vestibulo-ocular reflexes were elicited by rapid, rotary head impulses (head thrusts) in the planes of the horizontal semicircular canals. Results were:

| Side | Horizontal Canal |
|------|------------------|
| Right | occasional catch up saccades |
| Left | clear catch up saccades each time |

The vestibulo-ocular reflexes for head thrusts were also tested in the planes of the vertical semicircular canals. Results were:

| Side | Superior Canal | Posterior Canal |
|------|----------------|-----------------|
| Right | catch up saccades | normal |
| Left | catch up saccades | normal |

**Neurologic examination**
On neurological examination, he was awake, alert, and fully oriented.
Mood and affect were normal.
Cranial nerves: CIX, CX, and CXII testing was deferred due to COVID.
      II: Visual acuity not examined, grossly normal
      III, IV, VI: Normal extraocular movements
      V: Normal facial sensation bilaterally
      VII: Facial muscle strength appeared normal and symmetric, without spasms or synkinesis.
      VIII: See above for tuning fork and head impulse testing
      XI: Normal and symmetric shoulder shrug and head turn

The patient arose from a chair and ambulated without difficulty.

Cerebellar examination showed normal finger to nose to finger movements, fine finger movements, rapid alternating hand movements, and heel-knee-shin movements.

*Other organ systems*
*Neck:* The neck had full range of motion, midline trachea, and no thyromegaly.
*Respiratory:* Respiratory excursions demonstrated symmetric expansions without use of accessory muscles.
*Lymphatic:* There was no cervical or supraclavicular adenopathy.
*Skin:* The skin was appropriately warm and dry.
*Psychiatric:* Mood and affect were normal.

**Dix Hallpike:**
Right: negative

Left: negative

**Functional Balance Testing (timed balance tests)**
- Romberg feet together arms crossed eyes open: 15 seconds
- Romberg feet together arms crossed eyes closed: 15 seconds
-Romberg eyes open tandem gait: Able to perform

**REVIEW OF PRIOR TESTING:**
**Audiogram:**
Review of audiometric testing from 10/6/2022 shows High frequency sensorineural
hearing loss, unilateral for the right ear and normal hearing sensitivity for the left ear. :



**Imaging:**
**MRI Brain (performed on 7/11/2022):**

12/27/22, 2:54 PM                                    UCSF MyChart - Visit Summary

MRI of the brain on 7/11/2022 9:58 AM                                                          **309**

COMPARISON: None

CLINICAL HISTORY: Involuntary motor activity during sleep

TECHNIQUE:
3 T

Brain: sagittal T1, axial T2 FSE. axial T1, axial diffusion, sagittal 3-D FLAIR cube, axial Swan sequences of the brain were obtained.

FINDINGS: The ventricles and the cerebral sulci are normal in size. Small scattered primarily deep and periventricular foci of FLAIR hyperintensity are present, compatible with very mild chronic small vessel ischemia. No evidence of T2 hyperintensity is seen in the cerebellum.

No evidence of an acute infarct is seen. No definite blood product is identified. No evidence of a discrete large mass is seen.

The visualized paranasal sinuses and the mastoid air cells are well-aerated.

IMPRESSION:
1. Very mild chronic small vessel ischemia.
2. No evidence of an acute infarct.

CT: not performed

---

**Assessment and Plan**

**IMPRESSION:**

Assessment/Plan

**Vestibular hypofunction, unspecified laterality**
- Referral to Balance Center - VNG; Future

**Vestibular migraine**
- Referral to Balance Center - VNG; Future

Mr. Michael Darden is a 56 y.o. male with a history of generalized depression and anxiety, obstructive sleep apnea, and mitral valve prolapse, who has a history of vertigo and feeling hallucinations where the world is moving, shaking, swaying in some way or another for as long as he can remember. His earliest memory was the moon falling. Together with that, he gets frequent headaches which can be moderate-severe, throbbing, and stop him from doing daily activities, associated frequently with seeing spots, which can be sparkly spots in his vision which last for minutes to an hour at the onset of a headache. He does not have light and sound sensitivity with either vertigo or headaches. He has seen quite a few physicians for this over the years including a few neurologists, and did have a VNG test at some point which he recalls made him feel terrible, and he was told that there were some abnormalities on it. This was performed by Dr. Oas in the 90's. He has tried some medications including verapamil which did not seem to help, Depakote which did not seem to help, more recently he has been treated with Nurtec ODT and Qulipta which initially made the dizziness worse, and the Qulipta made it better after a period of time, but it is unclear what the total of its effects were, but it was not clearly in the positive direction. He has also tried physical therapy for the balance system, and he has also tried lifestyle changes to try and decrease stress amongst other things. Currently, things that can trigger or worsen the dizziness which is there every day in some degree is, stress, barometric pressure changes, busy visual scenes, traffic, grocery stores, certain foods, and a poor night's sleep. On our exam, we do see some deficiency of the vestibulo-ocular reflex, especially on the left-sided vestibulo-ocular reflex. He did have an audiogram which showed a slight asymmetry in his hearing between the two ears at high frequencies with the right ear being worse. He also had more than one MR, which have failed to show abnormalities.

made him feel terrible in the past, but the other portions of the testing will provide us with more insight as to how the vestibular system is functioning, plus how the brain is responding to the changes, as well as the migraine side of things. I explained that the treatments are a bit different for the vestibular side of things compared to the brain side of things, and the migraine side of things. In the interim, I recommended that he consider cognitive behavioral therapy, as stress and anxiety are ever-present for him. As such, I have provided patient with Linda Centore's contact information.

I explained that we know that there is a weakness of the left vestibular system, which is our first diagnosis. In terms of other diagnoses, he would meet the criteria for Persistent Postural-Perceptual Dizziness (PPPD), and vestibular migraine, though I am unsure about whether he would meet the official criteria, because he does not have light and sound sensitivity with his headaches, nor nausea. I do believe that he has vestibular migraine, and explained that the criteria does not necessarily change my mind about this. I explained to patient that while he would not qualify for the Emgality clinical trial given the above criteria, however dependent on the testing we may be able to consider this in the future, as the medication is FDA approved.

For now, we will proceed with VNG testing. At our next visit, we can determine whether we want to try migraine medications, or trial some newer vestibular migraine therapies. I explained to patient that he should have someone drive him to the VNG testing, which he expressed understanding of. I have provided him with an informational handout further detailing vestibular migraine. Patient is in agreement with this plan, and all questions were answered today.

**FOLLOW-UP:** 3 months or earlier if symptoms change, fail to improve, worsen, or if any additional questions need to be answered.


Jeffrey D. Sharon, MD

I, Alexis Garcia-Velasquez am acting as a scribe for services provided by Jeffrey D Sharon, MD on 10/11/2022 8:17 AM

The above scribed documentation as annotated by me accurately reflects the services I have provided.
Jeffrey D Sharon, MD
10/13/2022 3:45 PM


Patient Instructions

Jeffrey D Sharon at 10/11/2022  8:00 AM
  The website for Linda Centore PhD is http://www.lindacentore.com/.  Through the site, you contact her directly for an appointment.

Name: Michael Darden | DOB: 5/5/1966 | MRN: 88487192 | PCP: Name Unknown Provider

**A Note to Patients:** Symptoms are concisely summarized to inform treatment recommendations. For reasons of privacy and brevity, this note does not attempt to capture all experiences that were discussed.

## Progress Notes

### Min Kyeong Kim at 10/27/2022  2:00 PM

Attestation signed by Michelle Kristine Deblauw at 11/7/2022 10:14 AM

**ATTESTATION:**
My date of service is 10/27/2022.  I have reviewed the note of Min Kyeong Kim dated 10/27/2022, and I agree with the findings and care plans as documented.

Michelle DeBlauw, Au.D.
Clinical Audiologist

**UCSF Balance and Falls Center**
2380 Sutter St., First Floor
San Francisco, CA 94115-0340
Phone: (415) 353-2101
Fax: (415) 353-2883

| | |
|---|---|
| **Patient:** | Michael Darden |
| **MR Number:** | 88487192 |
| **Date of Birth:** | 5/5/1966 |
| **Date of Service:** | 10/27/2022 |
| | |
| **Primary MD:** | Name Unknown Provider |
| **Referring MD:** | Sharon, Jeffrey D, MD |
| **Rendering Prov.:** | Michelle Kristine Deblauw, AUD |

**VESTIBULAR EVALUATION**

**HISTORY:**
Michael Darden a 56 y.o. male was seen at the University of California San Francisco Balance and Falls Center in the Division of Audiology for a Vestibular / Balance evaluation. Mr. Darden presented to clinic today with the following history:

**Chief Complaint**
- **Problem:** Rocking and spinning sensation beginning many years ago.
- **Symptoms:** Michael Darden is a 56 y.o. male seen today for a vestibular/ balance evaluation due to vertigo, tinnitus, and imbalance.

Today, the patient characterized dizziness as "constant feeling of imbalance, rocking, spinning sensation along with the ringing sounds (especially in his right ear) and visual sports floating occasionally". Denied family history of non-age related hearing loss or a

family history of vestibular disorders.

Below is the case history is taken from notes on 10/11/22 from visit with Dr. Sharon in OHNS:

"The symptoms began many years ago. Patient reports that his earliest recollection of vertigo symptoms was when he was 6-8 years old on a night where he had gone for ice cream with a family member, and when walking home looking up at the sky felt as though the moon was falling. He also recalls instances throughout his childhood where he wanted to lie down and would see spots through his vision, as well as sudden bouts of dizziness. During his junior year of high school, he reports having a vertigo episode during a chemistry class which caused him to feel as if he was going to "fall on the floor". He then saw his PCP who prescribed him Antivert, though he was still having difficulty moving his head without dizziness. These symptoms gradually subsided throughout his time in college.

Shortly after college, he developed recurrence of dizziness. Throughout his years of young adulthood, his dizziness persisted and he eventually ended up seeing Dr. John Oas, whom patient states diagnosed him with a rare migraine form, noting that his inner ear balance system was malfunctioning. Patient notably suffered from high amounts of anxiety surrounding his dizziness, worried that he may never return back to normal. He says that he has been able to keep those thoughts and feelings at bay, but states that he has continued to feel that way for some time.

Over the last year and a half, he notes that he has being experiencing increased life stressors as his mother was diagnosed with dementia and he has been primarily responsible for setting up her care. He also has other family members who he takes care of. Patient was still working despite all of this, until he collapsed under the amount of stress. He reports that he is now not working, on disability, has generalized anxiety and depression for which he is currently taking medication.

In November 2021, his dizziness got much worse. He now endorses constant dizziness that varies in severity each day. He uses a pain scale from 1-10 in order to categorize this, noting that it varies between a 5-6/10 on a good day and 8-9/10 on a bad day. On a bad day, he reports feeling a pinch before an episode, "sort of like there is a bug on my body or somebody just pinched me", stating that immediately after he gets a heavy dizzy spell. Other times he can hear a "whooshing sound", and immediately after will develop a headache. Associated symptoms include bilateral aural pressure, constant bilateral tinnitus, headache and aura. His symptoms are exacerbated by temperature changes, stress, busy visual scenes, barometric pressure changes and certain foods and beverages. He denies light and sound sensitivity. Of note, patient is most sensitive to barometric pressure changes as well as temperature changes, noting that his heavy dizziness can last up to 3 days.

Additionally, patient reports moderate-severe headaches that occur 4 times per week. The headaches affect the entire head and are described as throbbing. He has continued to experience auras which begin at the start of a headache, noting that he sees snowfall-like spots, or spinning discs 4-5x per week that can last up to an hour. His headaches are exacerbated by axial head movements, busy visual scenes with motion such as driving in traffic. He denies nausea during a headache. To try and alleviate his headache he will sit or lie down, or converse with his husband.

Patient himself reports feeling that he intermittently hallucinates. He speaks of an instance where he was watching TV, where the TV began rocking side to side "like it was

on a ship". He notes that he asked his husband whether the screen was rocking, to which he replied no, though this is what it looked like to the patient. He states that something like this can happen 1-2x per week.

Treatments thus far include previous verapamil with no relief, previous Antivert with no relief, previous Depakote with no improvement, previous vestibular physical therapy with no improvement, prior sleep study, meditation and calming exercises, dietary modifications with some improvement. More recently, he has tried Qulipta and Nurtec ODT as recommended by his neurologist, Dr. Patricia Maska, but he reports that his symptoms worsened seconds after, stating that he developed tightness of the head and exacerbated dizziness. After the initial exacerbation of symptoms, he continued to take Qulipta for a few days and noted some degree of improvement to his dizziness, though not much.

Of note, patient's medical history includes generalized anxiety and depression, mitral valve prolapse, and no other conditions reported.

Patient has a history of generalized depression and anxiety, obstructive sleep apnea, and mitral valve prolapse, who has a history of vertigo and feeling hallucinations where the world is moving, shaking, swaying in some way or another for as long as he can remember. His earliest memory was the moon falling. Together with that, he gets frequent headaches which can be moderate-severe, throbbing, and stop him from doing daily activities, associated frequently with seeing spots, which can be sparkly spots in his vision which last for minutes to an hour at the onset of a headache. He does not have light and sound sensitivity with either vertigo or headaches. He has seen quite a few physicians for this over the years including a few neurologists, and did have a VNG test at some point which he recalls made him feel terrible, and he was told that there were some abnormalities on it. This was performed by Dr. Oas in the 90's. He has tried some medications including verapamil which did not seem to help, Depakote which did not seem to help; more recently he has been treated with Nurtec ODT and Qulipta which initially made the dizziness worse, and the Qulipta made it better after a period of time, but it is unclear what the total of its effects were, but it was not clearly in the positive direction. He has also tried physical therapy for the balance system, and he has also tried lifestyle changes to try and decrease stress amongst other things. Currently, things that can trigger or worsen the dizziness which is there every day in some degree is, stress, barometric pressure changes, busy visual scenes, traffic, grocery stores, certain foods, and a poor night's sleep. On our exam, we do see some deficiency of the vestibulo-ocular reflex, especially on the left-sided vestibulo-ocular reflex. He did have an audiogram which showed a slight asymmetry in his hearing between the two ears at high frequencies with the right ear being worse. He also had more than one MR, which have failed to show abnormalities. *

- **Duration of symptoms:** Constant.
- **Recurrent episodes:** Yes, everyday constant.
- **In between episodes:** No asymptomatic periods
- **True vertigo:** Yes, spinning sensation both room and himself.
- **History of falls:** No
- **Nausea and/or vomiting:** No, but nauseous.
- **Precipitating/ exacerbating factors:** Stress, barometric pressure changes, busy scenes, some spicy food.
- **Alleviates symptoms:** Meditation, anti-anxiety medications
- **Previous treatment(s):** Meditation, anti-anxiety/vertigo/migrane medication, vestibular therapy
- **History of migraines:** Yes, personal history of migraine headaches. Also has a history of migrainous symptoms during dizzy spells, including light sensitivity, sound sensitivity,

or headaches.  There is a possible family history of migraines in his mother.  **314**

**Ear and Hearing History:**
- **Loss of hearing:**  Audiogram dated 10/6/2022 showing right sided mild high frequency sensorineural hearing loss and left sided normal hearing sensitivity. There is a 15-30 dB asymmetry R>L from 2000-8000 Hz.
- **Tinnitus:**  Yes in the right
- **Pressure / fullness in the ear(s):** Present everyday, vary by the severity.
- **Ear infections, earaches, or ear pain:**  No
- **Hole in the eardrum:** No
- **Ear operations / surgery:**  No
- **Noise exposure:**  No.
- **Fluctuant hearing with episodes:**  No, but bothered by tinnitus
- **Otologic symptoms associated with episodes:**  Yes tinnitus and aural fullness would onset when the episodes take place.

**Additional Medical History:**
There is no problem list on file for this patient.

**Past Medical History:**
Diagnosis                                                          Date
- Anxiety
- Depression
- Mitral valve disease

Mr. Darden reportedly did not take medications within 48 hours of testing, and did not consume alcohol or caffeine within 24 hours of testing.

**DIZZINESS HANDICAP INVENTORY:**
The Dizziness Handicap Inventory (DHI) is a useful measure designed to evaluate the self-perceived handicapping effects imposed by a patient's dizziness. Mr. Darden scored a 100 on the DHI, suggesting a severe handicap.

**AUDIOLOGIC EVALUATION:** *For internal providers see audiogram in PROCEDURES tab. For external providers see attached audiogram.

- **Otoscopic Evaluation:**
  - Right Ear:  TM visualized
  - Left Ear:  TM visualized

**VESTIBULAR RESULTS:** See below for test details. Vestibular data available upon request, or can be viewed in SCANNED DOCUMENTS.

**IMPRESSIONS:**
1. PERIPHERAL: Post-headshake nystagmus is a peripheral finding. In isolation, clinical significance is unknown.  Normal VNG, VHIT, Rotary Chair, cVEMP, and oVEMP bilaterally. No other peripheral vestibular indications noted.
2. CENTRAL: High gain during visual enhancement is a central findings. Of note, this results may be seen in those with migraine and/or motion sensitivity. No other central indications noted.
3. BPPV: There were no objective indications for Benign Paroxysmal Positional Vertigo.

**RECOMMENDATIONS:**                                                                  **315**
1. Results to referring physician for review and further recommendations.
2. The patient would be considered an appropriate candidate for a vestibular and balance rehabilitation.
3. Recommended patient consider tinnitus clinic.

**VESTIBULAR SUBTEST RESULTS:**

|  | Normal | Abnormal | Comments |
|---|---|---|---|
| GAZE W/ FIXATION | X |  |  |
| GAZE W/O FIXATION | X |  |  |
| SACCADES | X |  |  |
| VISUAL PURSUIT | X |  |  |
| OPTOKINETICS | X |  |  |
| HEAD SHAKE |  | X | LBN 2d/s |

**DIX-HALLPIKE TESTS:**

| Right | X |  |  |
|---|---|---|---|
| Left | X |  |  |

CANALITH REPOSITIONING PROCEDURES: None indicated

**POSITIONS (STATIC) with Vision Removed:**

|  | Normal | Abnormal |  |
|---|---|---|---|
| Supine | X |  |  |
| Head Right | X |  |  |
| Head Left | X |  |  |
| 30 Degree Incline | X |  |  |

RBN = Right-beating nystagmus          UBN = Up-beating nystagmus
LBN = Left-beating nystagmus            DBN = Down-beating nystagmus

*Patient decline caloric testing as he has previously done it and did not want to do this again due to discomfort.*

**ROTARY CHAIR:**

|  | Normal | Abnormal | Comments |
|---|---|---|---|
| SINUSOIDALS |  |  |  |
| Gain | X |  |  |
| Phase | X |  |  |
| Symmetry | X |  |  |
| Visual Enhancement |  | X | High gain at 0.08 Hz. |
| Visual Suppression | X |  |  |
| TRAPEZOIDALS |  |  |  |
| 100 dps |  |  |  |
| Gain | X |  | Rightward rotation: 0.68<br>Leftward rotation: 0.665<br><br>Symmetry: 1.12% higher rightward gain |
| Time Constant | X |  | Rightward rotation: 12.075 s<br>Leftward rotation: 20.185 s<br><br>Symmetry: 25.14% higher leftward time constant |

|  |  |  | (<30% asymmetry is considered normal) 316 |
|---|---|---|---|

**Video Head Impulse Testing (vHIT):**

|  | Normal | Abnormal | Comments |
|---|---|---|---|
| Gain |  |  |  |
| Right Lateral | X |  |  |
| Left Lateral | X |  |  |
| Right Anterior | X |  |  |
| Left Anterior | X |  |  |
| Right Posterior | X |  |  |
| Left Posterior | X |  |  |

*Note, we do not consider gain to be abnormal unless otherwise noted. High gain likely due to goggle slippage.

**Cervical Vestibular Evoked Myogenic Potential (C-VEMP):**

|  | Normal | Abnormal | Comments |
|---|---|---|---|
| PEAK TO PEAK AMPLITUDE (uV) |  |  |  |
| Right | X |  | 204.8 µV |
| Left | X |  | 240.0 µV |
| LATENCY (msec) |  |  |  |
| Right | X |  | P1: 14 ms<br>N1: 19.33 ms |
| Left | X |  | P1: 13.33 ms<br>N1: 19.67 ms |
| THRESHOLDS (dBnHL) |  |  |  |
| Right | X |  | 80 dBnHL |
| Left | X |  | 80 dBnHL |
| Interaural Amplitude Asymmetry Ratio | X |  | 8% stronger right response (<35% asymmetry is considered normal; 10% stronger right response noted with EMG scaling which is still a normal response) |

**Ocular Vestibular Evoked Myogenic Potential (O-VEMP):**

|  | Normal | Abnormal | Comments |
|---|---|---|---|
| PEAK-TO-PEAK AMPLITUDE (uV) |  |  |  |
| Right | X |  | 5.973 µV |
| Left | X |  | 7.948 µV |
| LATENCY (msec) |  |  |  |
| Right | X |  | N1: 10.33 ms<br>P1: 14.33 ms |
| Left | X |  | N1: 11.00 ms<br>P1: 14.33 ms |
| Interaural Amplitude Asymmetry Ratio | X |  | 14% stronger right response (<35% asymmetry is considered normal; 21% stronger left response noted with EMG scaling which is still a normal response). |

| | | | 317 |
|---|---|---|---|
| **4000 Hz** | | | |
| Right | X | | |
| Left | X | | |

Today's results and treatment plan were discussed with the patient with regard to their specific complaints. The patient was given the opportunity to ask questions and was answered appropriately.

Min Kyeong Kim, B.S
RPE Audiologist #16800

**Future Appointments**

| Date | Time | Provider | Department | Center |
|---|---|---|---|---|
| 10/27/2022 | 2:00 PM | Michelle Kristine Deblauw, AUD | BALSO1 | All Practice |
| 1/31/2023 | 1:40 PM | Jeffrey D Sharon, MD | OHNS OTO | All Practice |

CC: Name Unknown Provider; Sharon, Jeffrey D, MD;

Min Kyeong Kim at 10/27/2022 2:00 PM
Please see note from same date.

MyChart® licensed from Epic Systems Corporation © 1999 - 2022

318

**UCSF Health**

| AUDIOLOGY CLINIC | TINNITUS NEW PATIENT FORM |
|---|---|

| Michael Darden | 05/05/1966 | 56 |
|---|---|---|
| Name | Date of Birth | Age |
| 12/8/2022 | UCSF Balance and Falls Center physicians? | |
| Today's Date | Referred By | |
| 917-868-8780 | 917-868-8780 | |
| Daytime Phone | Home Phone | |

When did you first experience tinnitus?   As a child (8 years old)?

How long have you tinnitus in its present form?   __1__   Years        __1__   Months

319

**Where is your tinnitus primarily located?**
_____Left ear     ✓ Right Ear     _____Both ears equally     _____Head
Other (please explain):_____

Using the scale below, indicate the loudness of:

| 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|----|
| None | | Mild | | | | Moderate | | Severe | | Excruciating |

__9__ Your tinnitus right now
__7__ Your average tinnitus
_10_ Your tinnitus at its worst
__3__ Your tinnitus at its least

Using the scale below, indicate the pitch of your tinnitus. *It might help to imagine the scale as if it were a piano keyboard.*

| 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|----|
| Low pitch | | | | | Mid pitch | | | | High pitch | |

The loudness of your tinnitus is (check one):
_____Fairly constant from day to day
_____Fluctuates widely, being very loud some days and very mild other days
✓ Usually constant, but occasionally decreases markedly
_____Usually constant, but occasionally increases markedly

**320**

Does your tinnitus appear worse (check all that apply):
- ✓ When tired
- ✓ When tense or nervous
- ✓ At bedtime
- _____ After use of alcohol
- ✓ Upon awakening
- ✓ When relaxed

Check all items below that describe the sound of your tinnitus:
- ✓ Hissing
- ✓ Ringing
- _____ Cricket-like
- _____ Whistle
- ✓ Steam Whistle
- _____ Pounding
- _____ Pulsating
- _____ Bells
- _____ Clanging
- _____ Buzzing
- _____ Sizzling
- _____ Clicking
- _____ Ocean roar
- _____ High tension wire
- _____ Other:_____

To what extent are you bothered or annoyed by your tinnitus?

| 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|----|
| Not bothered | | Mild | | Moderate | | | Severe | | Extreme | |

When are you aware of your tinnitus?        Constantly

What percentage of the time are you bothered by your tinnitus?        Constantly

Is there a time of day when your tinnitus is most troublesome to you?
- ✓ At work (i.e., paperwork, such as competing healthcare forms)
- ✓ In morning
- ✓ In evening
- _____ When trying to concentrate
- ✓ At social activities
- _____ Around noise
- _____ Other:_____

Do you consider yourself to be a tense person?     No. Only after my migraines and tinnitus severely worsened (as previously described) have I considered myself to be a "tense" person.

Do you feel that emotional or physical stress worsens the tinnitus?     Yes. Both.

5
Rev. 07/2021

**321**

How does your tinnitus interfere with your activities?:

Concentration: _____Completely._____

Work/Chores: __Completely._____

Family: __Completely._____

Religious Activities: ___Completely._____

Social/Recreation: _____Completely._____

Exercise: ___Completely._____

Sleep: ___Completely._____

    Does the tinnitus prevent you from falling asleep? __Sometimes._____

    Does the tinnitus awaken you from sleep? _____Sometimes._____

    Are you able to fall back asleep, once awakened? _____Sometimes._____

Other: __My tinnitus ruins the quality of my life and robs me of a decent quality of life.___

Do you have a hearing loss? ____✓____ Yes (in my right ear) _____ No

Which is more of a problem for you, the hearing difficulty or your tinnitus?

_____ Hearing difficulty ___✓___ Tinnitus _____ Not sure

Have you been exposed to loud noise? ___✓___ Yes _____ No

If so, when?

_____ Military service

_____ Work

___✓___ Recreation (Over about a decade or 2 ago, I rarely stood near loud speakers for 1-2 hours, during music concerts or parties.)

_____ Other: _____

Do you wear ear protection in the presence of loud sounds? _____ Yes ___✓___ No

If yes, how often do you wear ear protection? _Not applicable. I'm rarely in the presence of loud sounds._

Have you ever worn a hearing aid? _____ Yes ___✓___ No

    If yes, do you currently wear it (them)? _____ Yes _____ No

If you are a hearing aid user, how does the hearing aid affect your tinnitus? _Not applicable._

_____ Makes tinnitus softer _____ Makes tinnitus louder _____ No effect

Are you adversely affected by loud sounds? _____ Yes ___✓___ No

    Please explain: ___I'm rarely in the presence of loud sounds.___

How would your life be different if you didn't have tinnitus? _I'd have a decent quality of life.____

Have you discussed your tinnitus with friends or family members? ___✓___ Yes _____ No

What was their reaction? ___Pity, empathy and frustration concerning the intractability of my tinnitus.___

Are there other family members or friends who suffer from tinnitus? _____ Yes ___✓___ No

Do you live alone? ___✓___ Yes _____ No

322

**Treatment History:**

Please list all evaluations and/or treatments (including psychiatric, psychological, MRI, CT scan, etc.) you have had for your tinnitus. Please include the names of the specialists who have performed evaluations or treatments, and the approximate dates on which they were performed, using the reverse side, if necessary.

| | Provider | What was done? | Date | Result |
|---|---|---|---|---|
| 1. | Priscilla Glier, Audiologist, UCSF | Audiology Test | 10/6/2022 | Mild, high-frequency hearing loss in right ear (which is also the ear in which I typically hear constant tinnitus) |
| 2. | Jeffrey Sharon, MD, Otoneurologist, UCSF | Examination (initial) of Vestibular System Function history (including tinnitus symptoms) | 10/11/2022 | Recommended referral to Linda Centore, PhD, Cognitive Behavioral Therapy, for "tinnitus"-related anxiety treatment |
| 3. | Michelle Kristine Deblazer, Audiologist, UCSF Balance and Falls Center | Examination (initial) of Vestibular System Function history (including tinnitus symptoms) | 10/27/2022 | Recommended referral to "tinnitus clinic" |
| 4. | Linda Centore, PhD, Cognitive Behavioral Therapy (CBT), UCSF | Initial Consultation for diagnosed Vestibular Migraine- and tinnitus-related anxiety | 11/1/2022 | Recommended providing myself calming music, constantly, to offset constant maddening sounds. |
| 5. | Linda Centore, PhD, CBT, UCSF | Follow-up consultation (as above) | 12/6/2022 | Recommended same activity as above, and also providing myself frequent access to my favorite sounds, to offset my focus on constant ear-dinging sounds |

Please list any surgeries you have had (potentially related to your current symptom of tinnitus): None. Not applicable.

_____
_____
_____
_____
_____

Please list all medications you currently take for tinnitus:   None. Not applicable.

| Medication | Dose | How often? | Does it help? | Doctor |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

What other medications have you tried in the past for tinnitus relief?    None. Not applicable.

| Medication | Dose | How often? | Does it help? | Stopped (Why)? |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Please list all other medications you currently take:

| Medication | Dose | How often? | Purpose? | Doctor |
|---|---|---|---|---|
| buPROPion (WELLBUTRIN XL) | 300 mg 24 hr tablet | Take 300 mg by mouth daily | Depression | John Gilleen, MD (psychiatry) |
| clonazePAM (KLONOPIN) | 0.5 mg tablet | TAKE 1 TABLET(S) BY ORAL ROUTE , DAILY AS  NEEDED ANXIETY , FOR 30 DAYS; Dr. Gilleen | | |
| mirtazapine (REMERON) | 15 mg tablet | TAKE 1 TABLET(S) BY ORAL ROUTE AT BEDTIME PER DAY, AS NEEDED ANXIETY; Dr. Gilleen | | |
| traZODone (DESYREL) | 50 mg tablet | TAKE 1-2 TABLET(S) BY ORAL ROUTE , AT BEDTIME AS NEEDED INSOMNIA, Dr. Gilleen | | |
| Emgality Pen | 120 mg/ml solution | TAKE 1 SHOT PER MONTH | Migraine | Patricia Madra, MD (neurology) |

323

Using the number codes below, please indicate the results of those treatments you have tried for your tinnitus. If you have not tried a given treatment, please place an "NA" in the blank for that treatment.

1 = Major relief; 2 = Some relief; 3 = No relief; 4 = Some relief with bad side effects;
5 = Tinnitus worse; NA = Not applicable, treatment not tried

| | |
|---|---|
| NA Surgery | NA Acupuncture |
| NA Drug Therapy | NA Massage |
| NA Hearing aids | NA Homeopathy |
| NA Masking therapy | NA Biofeedback |
| NA Physical therapy | NA Chiropractic |
| NA (for tinnitus) 2: Not much relief for Depression Antidepressants | 2: Some relief for Tinnitus, Migraine, Depression Relaxation training or hypnosis |
| 2: Some relief for Tinnitus, Migraine, Depression, Anxiety Exercise programs | 2: Some relief for Tinnitus, Migraine, Depression, Anxiety Psychotherapy or other counseling |
| NA Dental | NA (for tinnitus), 2: Not much relief for Depression, Migraine Dietary Management or nutrition counseling |

Other: ___Cognitive Behavioral Therapy; 2: Some relief_____

Are you employed?  _____Yes     ✓___No    I am on Long-Term Disability

Number of hours per week _____     Not applicable.
What is your occupation? _____
Are you satisfied? _____
If not employed, is your unemployment due to tinnitus? _____

Please check all items that are applicable to you:

_____Poor health for much of your life
_____History of middle ear disease
_____History of Meniere's disease
_____History of Otosclerosis
_____History of facial pain/numbness or paralysis
_____History of labrynthitis
_____History of mastoiditis
_____History of ear surgery
✓___Migraine headaches
_____Hyperventilation syndrome
_____Hypertension (high blood pressure)
_____Cancer
✓___Dizziness/imbalance or vertigo
_____Arthritis
_____Heart disease
✓___Depression
_____Increased use of alcohol or drugs
_____Fair to poor dietary habits
_____Moderate to excessive use of caffeine substances (cola, coffee, chocolate)
_____Low back pain
_____Whiplash or neck injury
✓___Tinnitus is altered by change in position
_____Stiffness or reduced mobility of the neck
_____Limitations and/or pain when moving head

8
Rev. 07/2021

324

_____ Significant headaches
_____ Headaches that change with head movement

9
Rev. 07/2021

325

_____ Tenderness/pain in the jaw area with or without chewing
\_\_\_✓\_\_\_ Clenching or grinding of teeth

_____ Limitation and/or pain with mouth opening or movement side to side
_____ History of clicking/locking/popping of the jaw
\_\_\_✓\_\_\_ Personal or family history of diabetes/alcoholism/hypoglycemia (circle)
_____ Personal or family history of hyperthyroid, hypothyroid or autoimmune disease
_____ Personal or family history of any type of hyperlipidemia
_____ Personal or family history of inhalant or food allergies
_____ History of Epstein-Barr virus, cytomegalovirus, or hepatitis (circle)
_____ History of excessive X-ray exposure around the head and neck
_____ Poor thyroid or parathyroid function
_____ Lyme disease

## TINNITUS FUNCTIONAL INDEX

**326**

| Today's Date | 12/14/2022 | Your Name | Michael Darden |
|---|---|---|---|
| | Month / Day / Year | | Please Print |

**Please read each question below carefully. To answer a question, select ONE of the numbers that is listed for that question, and draw a *CIRCLE* around it like this:** (10%) or (1) .

---

**I** | **Over the PAST WEEK...**

1. What percentage of your time awake were you consciously **AWARE OF** your tinnitus?

   Never aware ► 0%  10%  20%  30%  40%  50%  60%  70%  80%  90%  **(100%)** ◄ Always aware

2. How **STRONG** or **LOUD** was your tinnitus?

   Not at all strong or loud ► 0  1  2  3  4  5  6  7  **(8)**  9  10 ◄ Extremely strong or loud

3. What percentage of your time awake were you **ANNOYED** by your tinnitus?

   None of the time ► 0%  10%  20%  30%  40%  50%  60%  70%  80%  90%  **(100%)** ◄ All of the time

---

**SC** | **Over the PAST WEEK...**

4. Did you feel **IN CONTROL** in regard to your tinnitus?

   Very much in control ► 0  1  2  3  4  5  6  **(7)**  8  9  10 ◄ Never in control

5. How easy was it for you to **COPE** with your tinnitus?

   Very easy to cope ► 0  1  2  3  4  5  6  7  **(8)**  9  10 ◄ Impossible to cope

6. How easy was it for you to **IGNORE** your tinnitus?

   Very easy to ignore ► 0  1  2  3  4  5  6  7  8  9  **(10)** ◄ Impossible to ignore

---

**C** | **Over the PAST WEEK...**

7. Your ability to **CONCENTRATE?**

   Did not interfere ► 0  1  2  3  4  5  6  7  8  **(9)**  10 ◄ Completely interfered

8. Your ability to **THINK CLEARLY?**

   Did not interfere ► 0  1  2  3  4  5  6  7  8  **(9)**  10 ◄ Completely interfered

9. Your ability to **FOCUS ATTENTION** on other things besides your tinnitus?

   Did not interfere ► 0  1  2  3  4  5  6  7  **(8)**  9  10 ◄ Completely interfered

---

**SL** | **Over the PAST WEEK...**

10. How often did your tinnitus make it difficult to **FALL ASLEEP** or **STAY ASLEEP?**

    Never had difficulty ► 0  1  2  3  4  5  6  7  **(8)**  9  10 ◄ Always had difficulty

11. How often did your tinnitus cause you difficulty in getting **AS MUCH SLEEP** as you needed?

    Never had difficulty ► 0  1  2  3  4  5  6  7  8  **(9)**  10 ◄ Always had difficulty

12. How much of the time did your tinnitus keep you from **SLEEPING** as **DEEPLY** or as **PEACEFULLY** as you would have liked?

    None of the time ► 0  1  2  3  4  5  6  7  **(8)**  9  10 ◄ All of the time

Copyright Oregon Health & Science University 2008                     08.15.08

**327**

TINNITUS FUNCTIONAL INDEX

PAGE 2

**Please read each question below carefully. To answer a question, select ONE of the numbers that is listed for that question, and draw a *CIRCLE* around it like this:(10%) or ①.**

| A | Over the PAST WEEK, how much has your tinnitus interfered with... | Did not Interfere | | | | | | | | | | Completely Interfered |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 13. | Your ability to HEAR CLEARLY? | 0 | 1 | 2 | 3 | 4 | 5 | 6 | **7** | 8 | 9 | 10 |
| 14. | Your ability to UNDERSTAND PEOPLE who are talking? | 0 | 1 | 2 | 3 | 4 | **5** | 6 | 7 | 8 | 9 | 10 |
| 15. | Your ability to FOLLOW CONVERSATIONS in a group or at meetings? | 0 | 1 | 2 | 3 | 4 | **5** | 6 | 7 | 8 | 9 | 10 |

| B | Over the PAST WEEK, how much has your tinnitus interfered with... | Did not Interfere | | | | | | | | | | Completely Interfered |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16. | Your QUIET RESTING ACTIVITIES? | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | **9** | 10 |
| 17. | Your ability to RELAX? | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | **8** | 9 | 10 |
| 18. | Your ability to enjoy "PEACE AND QUIET"? | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | **10** |

| Q | Over the PAST WEEK, how much has your tinnitus interfered with... | Did not interfere | | | | | | | | | | Completely interfered |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 19. | Your enjoyment of SOCIAL ACTIVITIES? | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | **8** | 9 | 10 |
| 20. | Your ENJOYMENT OF LIFE? | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | **9** | 10 |
| 21. | Your RELATIONSHIPS with family, friends and other people? | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | **8** | 9 | 10 |

22. How often did your tinnitus cause you to have difficulty performing your WORK OR OTHER TASKS, such as home maintenance, school work, or caring for children or others?

| Never had difficulty | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | **8** | 9 | 10 | Always had difficulty |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

E  Over the PAST WEEK...

23. How ANXIOUS or WORRIED has your tinnitus made your feel?

| Not at all anxious or worried | ► | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | **10** | ◄ Extremely anxious or worried |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

24. How BOTHERED or UPSET have you been because of your tinnitus?

| Not at all bothered or upset | ► | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | **10** | ◄ Extremely bothered or upset |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

25. How DEPRESSED were you because of your tinnitus?

| Not at all depressed | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | **9** | 10 | Extremely depressed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**A Note to Patients:** Symptoms are concisely summarized to inform treatment recommendations. For reasons of privacy and brevity, this note does not attempt to capture all experiences that were discussed.

## Progress Notes

Jeffrey D Sharon at 1/31/2023  1:40 PM

---

**Subjective**

This is a follow-up visit for Michael Darden, a 56 y.o. male who was seen today in the Otology Clinic for follow up of:
**Chief Complaint**
Patient presents with
• follow up

**ASSESSMENT AND PLAN FROM LAST VISIT ON 10/11/2022:**
Mr. Michael Darden is a 56 y.o. male with a history of generalized depression and anxiety, obstructive sleep apnea, and mitral valve prolapse, who has a history of vertigo and feeling hallucinations where the world is moving, shaking, swaying in some way or another for as long as he can remember. His earliest memory was the moon falling. Together with that, he gets frequent headaches which can be moderate-severe, throbbing, and stop him from doing daily activities, associated frequently with seeing spots, which can be sparkly spots in his vision which last for minutes to an hour at the onset of a headache. He does not have light and sound sensitivity with either vertigo or headaches. He has seen quite a few physicians for this over the years including a few neurologists, and did have a VNG test at some point which he recalls made him feel terrible, and he was told that there were some abnormalities on it. This was performed by Dr. Oas in the 90's. He has tried some medications including verapamil which did not seem to help, Depakote which did not seem to help; more recently he has been treated with Nurtec ODT and Qulipta which initially made the dizziness worse, and the Qulipta made it better after a period of time, but it is unclear what the total of its effects were, but it was not clearly in the positive direction. He has also tried physical therapy for the balance system, and he has also tried lifestyle changes to try and decrease stress amongst other things. Currently, things that can trigger or worsen the dizziness which is there every day in some degree is, stress, barometric pressure changes, busy visual scenes, traffic, grocery stores, certain foods, and a poor night's sleep. On our exam, we do see some deficiency of the vestibulo-ocular reflex, especially on the left-sided vestibulo-ocular reflex. He did have an audiogram which showed a slight asymmetry in his hearing between the two ears at high frequencies with the right ear being worse. He also had more than one MR, which have failed to show abnormalities.

I discussed with patient today that it would be worthwhile for us to better understand his vestibular system, whether it be through VEMP testing, rotary chair testing, and vHIT testing. I reassured patient that we do not need to obtain repeat caloric testing which has made him feel terrible in the past, but the other portions of the testing will provide us with more insight as to how the vestibular system is functioning, plus how the brain is

responding to the changes, as well as the migraine side of things. I explained that the treatments are a bit different for the vestibular side of things compared to the brain side of things, and the migraine side of things. In the interim, I recommended that he consider cognitive behavioral therapy, as stress and anxiety are ever-present for him. As such, I have provided patient with Linda Centore's contact information.

I explained that we know that there is a weakness of the left vestibular system, which is our first diagnosis. In terms of other diagnoses, he would meet the criteria for Persistent Postural-Perceptual Dizziness (PPPD), and vestibular migraine, though I am unsure about whether he would meet the official criteria, because he does not have light and sound sensitivity with his headaches, nor nausea. I do believe that he has vestibular migraine, and explained that the criteria does not necessarily change my mind about this. I explained to patient that while he would not qualify for the Emgality clinical trial given the above criteria, however dependent on the testing we may be able to consider this in the future, as the medication is FDA approved.

For now, we will proceed with VNG testing. At our next visit, we can determine whether we want to try migraine medications, or trial some newer vestibular migraine therapies. I explained to patient that he should have someone drive him to the VNG testing, which he expressed understanding of. I have provided him with an informational handout further detailing vestibular migraine. Patient is in agreement with this plan, and all questions were answered today.

## HISTORY OF PRESENT ILLNESS:

Since then, he has seen worsening in his overall condition.

Today, he reports that he wasn't able to sleep well last due to spinning sensations that he feels as well as tinnitus. On his pain scale, the symptoms have been at a 7-9/10 which is very high for him. He feels that the worsening occurred 4-5 days ago and peaked last night, seemingly concurrent with the temperature drop. He noticed some additional bouts of symptoms a few weeks ago when it was raining. His last headache was on 1/29/2023 as his symptoms worsened. He did not experience light or sound sensitivity with the headache. He denies a history of migraine headaches. Additionally, his neurologist started him on Emgality, and he is now at the 3 month mark of use. He feels that his symptoms haven't gotten worse but haven't dramatically improved either.

Treatments thus far include current bupropion 300 mg daily, current Klonopin 0.5 mg PRN, current Remeron 15 mg PRN, current trazodone 50 mg PRN, currently Emgality 120 mg/mL subq once monthly, previous verapamil with no relief, previous Antivert with no relief, previous Depakote with no improvement, previous vestibular physical therapy with no improvement, prior sleep study, meditation and calming exercises, dietary modifications with some improvement. More recently, he has tried Qulipta and Nurtec ODT as recommended by his neurologist, Dr. Patricia Maska, but he reports that his symptoms worsened seconds after, stating that he developed tightness of the head and exacerbated dizziness. After the initial exacerbation of symptoms, he continued to take Qulipta for a few days and noted some degree of improvement to his dizziness, though not much.

## Allergies/Contraindications

| Allergen | Reactions |
| --- | --- |
| • Penicillins | |

**Medications the patient states to be taking prior to today's encounter.**

| Medication | Sig |
|---|---|
| • buPROPion (WELLBUTRIN XL) 300 mg 24 hr tablet | Take 300 mg by mouth daily |
| • clonazePAM (KLONOPIN) 0.5 mg tablet | clonazepam 0.5 mg tablet<br> TAKE 1 TABLET(S) BY ORAL ROUTE , DAILY AS NEEDED ANXIETY , FOR 30 DAYS |
| • EMGALITY PEN 120 mg/mL injection pen | Inject 1 mL under the skin every 30 (thirty) days |
| • mirtazapine (REMERON) 15 mg tablet | mirtazapine 15 mg tablet<br> TAKE 1 TABLET(S) BY ORAL ROUTE AT BEDTIME TIMES PER DAY , FOR 30 DAYS |
| • multivitamin tablet | Take 1 tablet by mouth daily |
| • traZODone (DESYREL) 50 mg tablet | trazodone 50 mg tablet<br> TAKE 1-2 TABLET(S) BY ORAL ROUTE , AT BEDTIME AS NEEDED INSOMNIA , FOR 30 DAYS |

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Anxiety | |
| • Depression | |
| • Mitral valve disease | |

**Surgical History**

No past surgical history on file.

**Family History**

| Problem | Relation | Name | Age of Onset |
|---|---|---|---|
| • Diabetes | Mother | | |
| • Dementia | Mother | | |
| • Heart failure | Father | | |

**Social History**

Tobacco Use
• Smoking status:        Never
• Smokeless tobacco:     Never
Substance and Sexual Activity
• Alcohol use:           Never
• Drug use:              Never

**Review of Systems:**

A comprehensive 14-point review of systems was documented in the new patient questionnaire and reviewed.  Please see this and HPI.

All other systems were reviewed and are negative.

| **Objective** |
|---|

**Vitals**

01/31/23 1340
PainSc:         0

There is no height or weight on file to calculate BMI.

**PHYSICAL EXAM:**

**Constitutional:**
The patient is normally developed and has no obvious deformities.
he is in no distress.

**Ears, nose, mouth and throat:**
Voice is normal.
We were able to communicate well in English
There were no lesions of the head or face.
There was no sinus tenderness.
Salivary gland contours were normal.
The patient is wearing a surgical mask, therefore due to COVID some of the exam is deferred.

**Otologic and Neurotologic Exam:**
The auricles had no lesions.

**Oculomotor examination:**
Primary gaze alignment was normal.
Extraocular movements were conjugate and full.
Smooth pursuit was intact and normal appearing for age.
Saccades were promptly initiated, were accurate, and of normal velocity.
Vergence was intact for near-target viewing.

**Vestibular examination:**
There was no spontaneous or gaze-evoked nystagmus.
The visual-vestibulo-ocular reflexes elicited by slow horizontal, vertical, and roll head movements were normal.

**Head impulse testing:** The vestibulo-ocular reflexes were elicited by rapid, rotary head impulses (head thrusts) in the planes of the horizontal semicircular canals. Results were:

| Side | Horizontal Canal |
|---|---|
| Right | normal |
| Left | catch up saccades |

The vestibulo-ocular reflexes for head thrusts were also tested in the planes of the vertical semicircular canals. Results were:

| Side | Superior Canal | Posterior Canal |
|------|----------------|-----------------|
| Right | normal | normal |
| Left | normal | normal |

**Neurologic:**
On neurological examination, he was awake, alert, and fully oriented.
Mood and affect were normal.
Cranial nerves II through XII were intact with the exception of any hearing or balance abnormalities noted elsewhere. CIX, CX, and CXII testing was deferred due to COVID.
The patient arose from a chair and ambulated without difficulty.
*Psychiatric:* Mood and affect were normal.

***Other organ systems***
*Neck:* The neck had full range of motion, midline trachea, and no thyromegaly.
*Respiratory:* Respiratory excursions demonstrated symmetric expansions without use of accessory muscles.
*Lymphatic:* There was no cervical or supraclavicular adenopathy.
*Skin:* The skin was appropriately warm and dry.

**REVIEW OF PRIOR TESTING:**
**Audiogram:**
Review of audiometric testing from 10/6/2022 shows High frequency sensorineural hearing loss, unilateral for the right ear and normal hearing sensitivity for the left ear. :



**AUDIOLOGY CLINIC**
Mount Zion - Adult Audiology Practice
2330 Post Street, Suite 270
San Francisco, California 94115
Phone: (415) 353-2101

See associated note for interpretation and recommendations

| | |
|---|---|
| MRN | 88487192 |
| NAME | DARDEN, MICHAEL |
| D.O.B. | 05/05/1966    AGE 56 yr |
| DATE OF SERVICE | 10/06/2022 |

TESTED BY: Priscilla Giler, AuD

AUDIOMETER: Booth F
GSI AudioStar Pro
TRANSDUCER:
ER-3A Inserts

RELIABILITY:
Good
METHOD:
Conventional Audiometry

INTERPRETER USED: ☐
LANGUAGE:

**Abbreviations**
AC = Air Conduction
BC = Bone Conduction
BOA = Behavioral Observation Audiometry
C = Comment
CHL = Conductive Hearing Loss
CNT = Could Not Test
CPA = Conditioned Play Audiometry
DNT = Did Not Test
dBHL = Decibel Hearing Level
Meas = Measure
MHL = Mixed Hearing Loss
MLV = Monitored Live Voice
NR = No Response
OAE = Otoacoustic Emissions
Rec = Recorded
SDT = Speech Detection Threshold
SNHL = Sensorineural Hearing Loss
SRT = Speech Reception Threshold
Stim = Stimulus
V = Vibrotactile
VRA = Visual Reinforcement Audiometry
WNL = Within Normal Limits
WRD = Word Recognition Score
* = masked test

**IMMITTANCE**

| | Right | Left |
|---|---|---|
| Probe Tone (Hz) | 226 | 226 |
| Ear Canal Volume (cm3) | 0.62 | 0.49 |
| Peak Admittance (mL) | 0.29 | 0.29 |
| Peak pressure (daPa) | 5 | 5 |
| Right Ear Comment | Within Normal Limits | |
| Left Ear Comment | Within Normal Limits | |

Thick/Red/Right, Thin/Blue/Left

**Acoustic Reflexes / Reflex Decay**

| Stim | Meas | 500 | 1000 | 2000 | 500 | 1000 |
|---|---|---|---|---|---|---|
| Right | Contra | 105 | 105 | 105 | | |
| | Ipsi | 90 | 90 | 85 | | |
| Left | Contra | 100 | 95 | 95 | | |
| | Ipsi | 85 | 90 | 85 | | |

**SDT/SRT**

| RIGHT | LEFT |
|---|---|
| Air  10 dB [SRT] | Air  10 dB [SRT] |
| -Spondee A / REC- | -Spondee A / REC- |

**SPEECH AUDIOMETRY (Results are in dBHL)**

| EAR | AIDED | MATERIAL | HEARING LEVEL | WORD % | PHONEME % |
|---|---|---|---|---|---|
| R | | NU 6 by difficulty List 1 / REC | ˜ 80 | 100 | |
| L | | NU 6 by difficulty List 2 / REC | ˜ 80 | 100 | |
| | | | | | |

**Comments**
See Apex Progress Note for full report; Stenger test;
NEGATIVE at 6000 Hz

EXAMINER SIGNATURE: _____    LICENSE # AU2752

**Vestibular Testing (performed on 10/27/2022):**
    **VNG:** Grossly within normal limits for age, accounting for the fact that vestibular testing often shows minor abnormalities that are likely related to attention and testing techniques and not to true pathology

## VESTIBULAR SUBTEST RESULTS:

|  | Normal | Abnormal | Comments |
|---|---|---|---|
| GAZE W/ FIXATION | X | | |
| GAZE W/O FIXATION | X | | |
| SACCADES | X | | |
| VISUAL PURSUIT | X | | |
| OPTOKINETICS | X | | |
| HEAD SHAKE | | X | LBN 2d/s |
| DIX-HALLPIKE TESTS: | | | |
| Right | X | | |
| Left | X | | |

CANALITH REPOSITIONING PROCEDURES: None indicated

POSITIONS (STATIC) with Vision Removed:

|  | Normal | Abnormal | |
|---|---|---|---|
| Supine | X | | |
| Head Right | X | | |
| Head Left | X | | |
| 30 Degree Incline | X | | |

RBN = Right-beating nystagmus             UBN = Up-beating nystagmus
LBN = Left-beating nystagmus              DBN = Down-beating nystagmus

*Patient decline caloric testing as he has previously done it and did not want to do this again due to discomfort.*

**Rotary Chair Testing:** Grossly within normal limits for age, accounting for the fact that vestibular testing often shows minor abnormalities that are likely related to attention and testing techniques and not to true pathology

## ROTARY CHAIR:

|  | Normal | Abnormal | Comments |
|---|---|---|---|
| SINUSOIDALS | | | |
| Gain | X | | |
| Phase | X | | |
| Symmetry | X | | |
| Visual Enhancement | | X | High gain at 0.08 Hz. |
| Visual Suppression | X | | |
| TRAPEZOIDALS | | | |
| 100 dps | | | |
| Gain | X | | Rightward rotation: 0.68<br>Leftward rotation: 0.665<br><br>Symmetry: 1.12% higher rightward gain |
| Time Constant | X | | Rightward rotation: 12.075 s<br>Leftward rotation: 20.185 s<br><br>Symmetry: 25.14% higher leftward time constant<br><br>(<30% asymmetry is considered normal) |

**VEMP testing:** Grossly within normal limits for age, accounting for the fact that vestibular testing often shows minor abnormalities that are likely related to attention and

testing techniques and not to true pathology. *Note that for VEMP testing, we do not consider an absent VEMP to be abnormal in the presence of a conductive hearing loss, or after age 50.*

**Cervical Vestibular Evoked Myogenic Potential (C-VEMP):**

| | Normal | Abnormal | Comments |
|---|---|---|---|
| **PEAK TO PEAK AMPLITUDE (uV)** | | | |
| Right | X | | 204.8 µV |
| Left | X | | 240.0 µV |
| **LATENCY (msec)** | | | |
| Right | X | | P1: 14 ms<br>N1: 19.33 ms |
| Left | X | | P1: 13.33 ms<br>N1: 19.67 ms |
| **THRESHOLDS (dBnHL)** | | | |
| Right | X | | 80 dBnHL |
| Left | X | | 80 dBnHL |
| **Interaural Amplitude Asymmetry Ratio** | X | | 8% stronger right response (<35% asymmetry is considered normal; 10% stronger right response noted with EMG scaling which is still a normal response) |

**Ocular Vestibular Evoked Myogenic Potential (O-VEMP):**

| | Normal | Abnormal | Comments |
|---|---|---|---|
| **PEAK-TO-PEAK AMPLITUDE (uV)** | | | |
| Right | X | | 5.973 µV |
| Left | X | | 7.948 µV |
| **LATENCY (msec)** | | | |
| Right | X | | N1: 10.33 ms<br>P1: 14.33 ms |
| Left | X | | N1: 11.00 ms<br>P1: 14.33 ms |
| **Interaural Amplitude Asymmetry Ratio** | X | | 14% stronger right response (<35% asymmetry is considered normal; 21% stronger left response noted with EMG scaling which is still a normal response). |
| **4000 Hz** | | | |
| Right | X | | |
| Left | X | | |

**vHIT testing:** Grossly within normal limits for age, accounting for the fact that vestibular testing often shows minor abnormalities that are likely related to attention and testing techniques and not to true pathology

**Video Head Impulse Testing (vHIT):**

|  | Normal | Abnormal | Comments |
|---|---|---|---|
| Gain |  |  |  |
| Right Lateral | X |  |  |
| Left Lateral | X |  |  |
| Right Anterior | X |  |  |
| Left Anterior | X |  |  |
| Right Posterior | X |  |  |
| Left Posterior | X |  |  |

*Note, we do not consider gain to be abnormal unless otherwise noted. High gain likely due to goggle slippage.

## Imaging:

### MRI Brain (performed on 7/11/2022):

MRI of the brain on  7/11/2022 9:58 AM

COMPARISON: None

CLINICAL HISTORY: Involuntary motor activity during sleep

TECHNIQUE:
3 T

Brain: sagittal T1, axial T2 FSE, axial T1, axial diffusion, sagittal 3-D FLAIR cube, axial Swan sequences of the brain were obtained.

FINDINGS: The ventricles and the cerebral sulci are normal in size. Small scattered primarily deep and periventricular foci of FLAIR hyperintensity are present, compatible with very mild chronic small vessel ischemia. No evidence of T2 hyperintensity is seen in the cerebellum.

No evidence of an acute infarct is seen. No definite blood product is identified. No evidence of a discrete large mass is seen.

The visualized paranasal sinuses and the mastoid air cells are well-aerated.

IMPRESSION:
1. Very mild chronic small vessel ischemia.
2. No evidence of an acute infarct.

**CT:** not performed

## Assessment and Plan

### IMPRESSION:

Assessment/Plan

Mr. Michael Darden is a 56 y.o. male a history of generalized depression and anxiety, obstructive sleep apnea, and mitral valve prolapse, who was seen in follow up for vertigo and feeling hallucinations where the world is moving, shaking, swaying in some way or another for as long as he can remember. Today, he has seen a recent exacerbation in his symptoms including spinning sensations and tinnitus as of 4-5 days ago, which have a high severity of 7-9/10. He did have one headache on 1/29/2023 with no associated light or sound sensitivity. His neurologist started him on Emgality 3 months ago and he reports no worsening or improvement of his symptoms since he has been on this. On examination today, catch up saccades were visible in the left horizontal canal, but were otherwise normal in the other canals. We reviewed his VNG testing, which was largely normal.

I had a lengthy discussion with patient today regarding treatment options. We reviewed that his VNG testing was very reassuring, however, based on my examination today there is some weakness in the left horizontal canal. As such, vestibular physical therapy would be a very reasonable treatment option. As he is now on Emgality, we discussed that we could wait to give it more time, or try adding in other medications. He is currently on some medications that share some of the same mechanisms of action with medications that we use as anti-migraine preventatives such as SNRI's or tricyclics like nortriptyline or Effexor. The issue is that they can overlap a bit with Wellbutrin and cause increased serotonin, which is risky. As such, we could consider other medications that do not overlap, such as verapamil which is a calcium channel blocker. As he recalls taking this many years ago without any improvement, we would refrain from that also. Our other option is considering the use of an anti-seizure medication such as Topamax, which he has not tried. I reviewed that he would need to monitor his electrolyte levels while on this medication. We discussed that there is a potential risk approximately a third of the time of cognitive side effects (forgetfulness or slow thinking) that normally do not persist once the medication is discontinued. He is understanding of this.

I explained to patient that we can wait a few month months to see if he notices improvement with the Emgality, and I can write a prescription for the Topamax which he can take only if he feels that he is not seeing improvement from the Emgality alone. If he begins seeing improvement, he does not need to take this. Patient was in agreement with this, and I have prescribed Topamax 25 mg to be taken once daily, slowly up-titrating to BID if needed. I have provided him with a handout fully detailing the medication today. He is not interested in pursuing vestibular physical therapy for now. Pertaining to his tinnitus, I explained that there are not any medications that are available to treat this, but the hope is that getting his dizziness to improve with also help to decrease the tinnitus. He is understanding of this and we will follow up in 3 months.

**FOLLOW-UP:** 3 months or earlier if symptoms change, fail to improve, worsen, or if any additional questions need to be answered.


Jeffrey D. Sharon, MD

I, Alexis Garcia-Velasquez am acting as a scribe for services provided by Jeffrey D Sharon, MD on 1/31/2023 2:14 PM


The above scribed documentation as annotated by me accurately reflects the services I have provided.
Jeffrey D Sharon, MD
2/1/2023 2:42 PM



## Patient Instructions

Jeffrey D Sharon at 1/31/2023  1:40 PM

Topamax, whose chemical name is Topiramate, is an anticonvulsant medication, which means that it was designed to treat seizures.  However, in addition to its use in preventing

seizures, Topamax has also been approved by the FDA for migraine prophylaxis. Since we believe that dizziness is one of many possible migraine manifestations, we are using Topamax for this purpose. Like all medications, Topamax can have side effects, which are detailed below. Because of the risk of changes in the body's acid/base levels, it is recommended to get some bloodwork done before starting Topamax, and every few months while on the medication. That lab test is called a BMP, and is also known as a Chem 7. The dose required must be tailored to the patient, however a common starting point is 50 mg taken twice daily. However, with starting this medication, and also with stopping it, there must be a gradual increase in the dose. This is achieved by starting with 25 mg in the evening for 1 week, 25 mg twice daily for 1 week, 25 mg in the morning and 50 mg in the evening for 1 week, and then 50 mg twice daily. Sometimes 100 mg twice daily is required. It is important that you monitor yourself for any side effects, which are listed below. Also, if you choose to stop therapy, it is better to slowly go down on the dose rather than abruptly stopping the medication, and you can follow the reverse of the schedule listed above.

Topamax is generally not recommended if you have a history of kidney stones, acid/base problems, kidney problems, glaucoma, if you are taking Diamox, if you have liver or bone problems, or if you are pregnant.

Side Effects.

**Common**
- **Dermatologic:** Flushing (pediatrics, 5% )
- **Endocrine metabolic:** Serum bicarbonate level abnormal (25% to 67%)
- **Gastrointestinal:** Loss of appetite (10% to 24% ), Weight decreased (4% to 21%)
- **Immunologic:** Infectious disease (2% to 8% )
- **Neurologic:** Confusion (3% to 11%), Dizziness (4% to 25% ), Impaired cognition (2% to 7% ), Impaired psychomotor performance (2% to 13%), Memory impairment (3% to 12% ), Paresthesia (1% to 51% ), Reduced concentration span (2% to 10% ), Somnolence (6% to 29% )
- **Psychiatric:** Feeling nervous (4% to 16% ), Mood disorder (4% to 11% )
- **Other:** Fatigue (6% to 16% ), Fever (1% to 12% )
1. **Serious**
   - **Dermatologic:** Erythema multiforme, Stevens-Johnson syndrome, Toxic epidermal necrolysis
   - **Endocrine metabolic:** Hyperammonemia (Adolescents, 26% ), Hypohidrosis, Increased body temperature, Metabolic acidosis
   - **Hepatic:** Liver failure
   - **Neurologic:** Drug-induced encephalopathy
   - **Ophthalmic:** Glaucoma, Myopia, Visual field defect (epilepsy, 0.1% to 1% )
   - **Psychiatric:** Suicidal thoughts
   - **Renal:** Nephrolithiasis (adults, 1% to 3% )
   - 

All drug information obtained from Micromedex.

**Many medications for dizziness have side effects that require monitoring, such as changes in blood pressure, electrolytes, liver tests, or cardiac rhythm. Therefore, if you are on this medication longer than 3 months, we insist that you make an appointment with your primary care physician, and let them know that you have started a new medication, and ask them to help monitor for any side effects. If you are unwilling or**

unable to do so, please let us know immediately.  Of course, please let us know about any side effects immediately as well.

MyChart® licensed from Epic Systems Corporation © 1999 - 2023

**Our Physicians:**

Michael L. Cohen, M.D.
Harry J. MacDannald, M.D.



Contra Costa Sleep Center

*AASM accredited diagnostic sleep center*
TEL: (925) 935-7667 FAX: (925) 945-7667
Website: www.ccsleepcenter.com
Email: info@ccsleepcenter.com

340
*Our Locations:*

*(Main location)*
2121 Ygnacio Valley Rd,
Bldg E, Ste 101
Walnut Creek, CA 94598
*(Satellite location)*
141 Sand Creek Rd, Unit B,
Brentwood, CA 94513

© Copyright: Report Format Contra Costa Sleep Center

# OVERNIGHT POLYSOMNOGRAPHY REPORT

| | | | |
|---|---|---|---|
| PATIENT: | Darden, Michael | ACQ#: | 71952 |
| DOB: | 5/5/1966 | DATE OF STUDY: | 7/14/2022 |

REFERRING PHYSICIAN:    Patricia S. Maska, M.D.    Tel:   5107485363

CONSULTING PHYSICIAN:    Michael L. Cohen, M.D.    Fax:   9252894975

## QUICK GLANCE (HISTOGRAM)

### EVENT COLORS

| | | | |
|---|---|---|---|
| Central Apnea: | ☐ Blue | Hypopnea: | ☐ Magenta |
| Obstructive Apnea: | ☐ Red | Central Hypopnea: | ☐ Deep Sky Blue |
| Mixed Apnea: | ☐ Black | | |



Darden, Michael                 PSG           7/14/2022          MD050566

Quick Glance STATS (sleep summary and vital statistics)

| SLEEP SUMMARY | | |
|---|---|---|
| Study Start Time: 9:57:54 PM | Lights Off Time: 10:05:36 PM | Height 65.0 in. |
| Study End Time: 4:10:18 AM | Lights On Time: 4:10:06 AM | Weight 160.0 lbs. |
| Total Study Time (TIB): 364.5 min. | Total Sleep Time (TST): 285.0 min. | Epworth 19 |
| | | BMI 26.6 lb/in² |

**Quick Glance STATS**

**AHI:** 16.8 /hr
(37.5/hr at 64.0 mins of supine sleep)                     **Low SpO2:** 87 %

**RDI:** 16.8 / hr
(37.5/hr at 64.0 mins of supine sleep)                     **Snore Arousal Index:** 0.00 /hr

**PLM Arousal Index:** 25.7/ hr                            **Sleep Latency:** 2.3 min.

**Sleep Efficiency:** 78.2%                                **REM (%):** 17.5 %

## INDICATIONS
This is a 56 year old, (Gender: M) patient, 65.0 inches tall and weighing 160.0 lbs, (BMI 26.6) with a history of snoring, difficulties initiating and maintaining sleep, witnessed pauses in breathing while asleep and daytime somnolence. The patient also reported restless sensation in the legs, kicking/twitching movements while asleep. Other sleep complaints include: a dry mouth and awakens feeling paralyzed. Epworth Sleepiness Scale=19. An overnight polysomnogram is indicated to rule out the clinical impression of obstructive sleep apnea.

## MEDICATIONS: Clonazepam   Bupropion   Mirtazapine   Trazodone. Ambien was offered as a sleep aid, but declined by the patient.

*Note: The patient's overall Apnea/Hypopnea Index (AHI) for the entire night was calculated at 17/hr (moderate). However, his AHI during supine sleep was calculated at 38//hr (severe). This was extrapolated from total supine sleep time of 64 minutes.*

## DIAGNOSIS
**Axis A: Obstructive sleep apnea (moderate; severe in supine position, AHI =38/hr) - G47.33**
**Axis B: Polysomnography**

## PROCEDURE
An all-night comprehensive sleep study was performed in which the following medical parameters were recorded using a Respironics Alice Computerized polygraph (G3); left and right central (C3/C4); central (CZ); occipital (OZ) and frontal (FZ) electroencephalogram; left and right electrooculogram; electrocardiogram; submental x3 & anterior tibialis electromyogram; nasal/oral airflow, thermistor; oxygen saturation (pulse oximetry); chest & abdominal effort belts; sonogram (snoring) and body position monitor. The study was attended by *Ricky Bobon, a polysomnographic technician* and the raw data was manually reviewed and interpreted by *Michael L. Cohen, M.D.* The recording started on 7/14/2022 at 9:57:54 PM. and ended on 7/15/2022 at 4:10:18 AM.  Scoring Technologist: *Richard Thaxon, RPSGT.*

**342**

Darden, Michael                    PSG        7/14/2022        MD050566

## RESULTS

1. Borderline sleep efficiency of 78.2% with normal sleep architecture.  WASO (Wake After Sleep Onset) was calculated at 77.2 minutes.

**SLEEP STAGE BREAKDOWN**

| SLEEP STAGES: | MINUTES | % of TST (total sleep time) |
|---|---|---|
| Stage N1: | 25.0 | 8.8 |
| Stage N2: | 146.0 | 51.2 |
| Stage N3: | 64.0 | 22.5 |
| REM: | 50.0 | 17.5 |

2. Overall Apnea/Hypopnea Index (AHI) of 17 per hour. However, there is moderate severe supine specific apneas with an Apnea / Hypopnea Index (AHI) of 38 episodes per hour. This was extrapolated from total supine sleep time of 64.0 minutes.
3. Overall Respiratory Disturbance Index (RDI) of 17 per hour (RDI = AHI + RERAs  + Snoring per hour).
4. Oxygen desaturation index (number of desaturations per hour) = 2.5.  SaO2 nadir of 86% (as consequence of a respiratory event), from a baseline *(awake)* of 96%.
5. Soft snore vibrations were recorded in the sonometer indicator channel during manual scoring of sleep data but did not cause EEG arousals. These episodes were at low amplitude and did not appear in the sleep histogram.
6. No EKG abnormalities noted.
7. No clinically significant limb movements seen.

*Note: CPAP was NOT performed (due to fragmented sleep at the first half of the study). The study subsequently proceeded as an all night diagnostic PSG to better observe patient in all sleep stages and sleep position in order to establish a reliable baseline for evaluation.*

## RECOMMENDATIONS

1. Repeat study with CPAP titration throughout the night (especially in lieu of Epworth score of 19). The Lab is preferred site, as a technologist is present to assist the patient in adapting to CPAP and to provide a choice of CPAP masks. This usually leads to increased compliance with CPAP.
2. A second choice would be to try an auto-CPAP machine at home, with default pressure settings and masks per instructions from CPAP supply company.  Patient may need a sleep aid to help adjust to CPAP. For senior patients, an in lab titration study is preferable to assist in their adjusting to CPAP.
3. Other therapeutic modalities such as dental device could be considered, but less likely to effectively treat this degree of OSA *(based on supine specific related events).*
4. If dental device is utilized, a follow-up sleep study is recommended when possible to document success of the treatment.
5. Caution patient regarding driving if drowsy.
6. Careful follow-up until symptoms resolve.
7. If patient does not elect CPAP, then position therapy may suffice as events occurred primarily in the supine position.
8. Sleep Medicine consultation.

3

**343**

Darden, Michael                PSG          7/14/2022        MD050566

## TO REFERRING PHYSICIAN

Please mail or fax follow-up information to Contra Costa Sleep Center (CCSC) regarding therapy provided to the patient. This is an Accreditation requirement by the American Academy of Sleep Medicine (AASM). Thank you.

*If there are any questions regarding this study, please call us. We welcome questions and comments.*

/s/ electronically
Harry J. MacDannald, M.D.
*Diplomate, ABIM- Sleep Medicine*

### SLEEP / WAKE STATISTICS:

| | |
|---|---|
| WASO (Wake After Sleep Onset): | 77.2 min. |
| TOTAL RECORDING TIME: | 364.5 min. |
| SLEEP EFFICIENCY: | 78.2% |
| TOTAL SLEEP TIME: | 285.0 min. |
| LATENCY TO SLEEP ONSET: | 2.3 min. |
| LATENCY TO REM ONSET: | 185.8 min. |

| SLEEP STAGES: | MINUTES | % TST |
|---|---|---|
| Stage N1: | 25.0 | 8.8 |
| Stage N2: | 146.0 | 51.2 |
| Stage N3: | 64.0 | 22.5 |
| REM: | 50.0 | 17.5 |

| RERAS and PLMS with EEG arousals: | NUMBER | # PER HOUR |
|---|---|---|
| RERAS with EEG AROUSAL | 0.00 | 0.00 |
| PLMS AROUSALS: | 122 | 25.7 |

### SNORING SUMMARY

| | |
|---|---|
| Total Snoring Episodes (Arousing and Non-Arousing) | 0.00 |
| Total Snoring Index (Arousing) | 0.00/hr |
| Total Time with Snoring: | 2.3 min (0.8% of sleep) |

Bruxism: None Present

### RESPIRATORY EVENTS:

| | |
|---|---|
| Total # of Apneas: =7 | (Avg. duration of apnea was 15.4 seconds)<br>(Max. duration of apnea was 18.5 seconds) |
| Total # of Hypopneas: = 73 | (Avg. duration of hypopnea was 17.5 seconds)<br>(Max. duration of hypopnea was 26.0 seconds) |
| Total # of Apneas + Hypopneas = 80 | Apnea / Hypopnea index (AHI): 16.8 (# per hour) |
| Respiratory Disturbance Index:<br>(RDI=AHI+SNORING+RERAs) | 16.84 (# per hour): |

Cheyne Stokes Breathing: None Present

### BODY POSITION TABLE

| | SUPINE | LEFT | RIGHT | PRONE |
|---|---|---|---|---|
| TST in min. | 64.0 | 185.0 | 36.0 | 0.0 |
| Sleep % | 57.9 | 94.2 | 70.0 | 0.0 |
| REM % | 0.0 | 25.5 | 0.0 | 0.0 |
| CA | 0 | 0 | 0 | 0 |

4

**344**

Darden, Michael                    PSG          7/14/2022        MD050566

| | | | |
|---|---|---|---|
| OA | 7 | 0 | 0 | 0 |
| MA | 0 | 0 | 0 | 0 |
| Hypopneas | 33 | 30 | 10 | 0 |
| AI (#/Hr) | 6.6 | 0.0 | 0.0 | 0.0 |
| AHI (#/Hr) | 37.5 | 9.7 | 16.7 | 0.0 |
| RDI (#/Hr) | 37.5 | 9.7 | 16.7 | 0.0 |
| RERA | 0.0 | 0.0 | 0.0 | 0.0 |

| SLEEP STAGES: | TST: | AHI: | AVG. SpO2: |
|---|---|---|---|
| REM: | 50.0 min. | 8.4 per hr. | 96 % |
| NREM: | 235.0 min. | 16.6 per hr. | 95 % |

**OXIMETRY DATA:**

| | | | |
|---|---|---|---|
| Average O2 while awake | 96 % | Average O2 while in Non-REM | 95 % |
| Average O2 while in REM | 96 % | Approximate minimum O2 value | 86 % |

**OXIMETRY SUMMARY:**

| | W | R | NR | TOTAL |
|---|---|---|---|---|
| Fall Duration (min) | 4.1 | 0.1 | 0.1 | 4.3 |
| Average (%) | 96 | 96 | 95 | 96 |
| # of Desaturations | 1 | 2 | 9 | 12 |
| Desat Index (#/hour) | 0.8 | 2.4 | 2.3 | 2.5 |
| Desat Max Dur (sec.) | 24.0 | 20.0 | 36.0 | 36.0 |

Minimum SpO2 value during sleep: 86%
Minimum SpO2 value duration during sleep: 1 seconds
Minimum SpO2 value associated with a respiratory event: 86%

   This table may not reflect the minimum oxygen saturation if the event did not last for 6 seconds or longer.

**OXIMETRY TABLE:**

| | WAKE | REM | NREM | TOTAL |
|---|---|---|---|---|
| <75  (min) | 0.0 | 0.0 | 0.0 | 0.0 |
| <80  (min) | 0.0 | 0.0 | 0.0 | 0.0 |
| <85  (min) | 0.0 | 0.0 | 0.0 | 0.0 |
| <90  (min) | 0.0 | 0.5 | 0.5 | 1.0 |

**CARDIAC SUMMARY:**

| | Heart Rate |
|---|---|
| Average Rate During Sleep | 62 bpm |
| Highest Rate During Sleep | 88 bpm |
| Highest Rate During Recording (TIB) | 88 bpm |
| Lowest Rate During Sleep | 54 bpm |

**CARDIAC OBSERVATIONS:** No EKG abnormalities were noted.



Darden, Michael               PSG        7/14/2022     MD050566

345

6

Darden, Michael                    PSG          7/14/2022        MD050566

## DEFINITIONS

- **Apnea** = A drop in the peak thermal sensor excursion by >90% of baseline. The duration of the event last at least 10 seconds. At least 90% of the event's duration meets the amplitude reduction criteria for apneas.
- **Hypopnea** = >30% decrease in the nasal pressure signal sensor. 10 second duration with a >4% $O_2$ desaturation from pre-vent baseline. The fall in the nasal pressure signal amplitude must last for >90% of the entire respiratory event compared to the signal amplitude preceding the event.
- **Respiratory Effort Related Arousals (RERA)** =If there is a sequence of breaths lasting at least 10 seconds characterized by increasing respiratory effort and flattening of the apex on the curve of the nasal pressure waveform leading to an arousal from sleep when the sequence of breaths does not meet criteria for an apnea or hypopnea. Snoring episodes with arousals are classified as RERAS.
- **Central Apnea = An** absence of inspiratory effort throughout the entire period of absent airflow.
- **Mixed Apnea =** An absence of inspiratory effort in the initial portion of the event, followed by resumption of inspiratory effort in the second portion of the event.
- **Apnea/Hypopnea Index (AHI)** = apnea plus hypopnea/hour of sleep.
- **Respiratory Disturbance Index (RDI)** = AHI + RERAs per hour.
- **RIP (Respiratory Inductance Plethysmography)** detects changes in the volume of the chest and abdomen during inspiration and expiration, and provides an estimate of tidal volume.
- **RDI Scale**= < 5 events /hour = (normal); 5-14 events/hour = (mild); 15-30 events/hour = (moderate); >30 events/hour = (severe).**TST** = Total Sleep Time
- **PSG** = POLYSOMNOGRAPHY
- **PLMD** = Periodic Limb Movement Disorder.
- **BMI (Body Mass Index)** = BMI assesses weight compared to height. (BMI=kg/$m^2$).
- **Arousal:** An arousal in sleep is defined as a frequency shift of at least 3 seconds.
- **Snore Arousals:** An Arousal in sleep due to snoring without $O_2$ desaturation. If associated with pressure flow limitation, the snore arousal is scored as a RERA.
- **Desaturation** = Drop in $O_2$ saturation by 3 to 4% (see above Desaturation criteria under Hyopopnea).
- **SaO2 desaturation scale:** 85-89% (mild) 80-84% (moderate) <80% (severe)
- **Normal baseline O2 saturation (Awake):** > 93%
- **Stage N3 sleep** = referred to as Deep Sleep
- **Epworth Sleepiness Scale:** => 10 indicates daytime sleepiness.
- **Sleep Efficiency:** (Normal is > 80%)
- **WASO (Wake After Sleep Onset)** Wake after sleep onset includes all wake activity, including wake out of bed.

© Copyright: Report Format Contra Costa Sleep Center

## TECHNICIAN COMMENTS

| Time Entered | Comment |
|---|---|
| 9:58:00 PM | Room Assignment = CCSC Room - 6. |
| 9:58:08 PM | Beginning of the study |
| 9:58:26 PM | Patient Name: Michael Darden (5/05/1966) |
| 9:58:26 PM | Ambien was offered , but declined by the patient. |
| 9:58:46 PM | Referring Physician: Maska M.D. Patricia |
| 9:59:17 PM | Study ordered: 50/50 |
| 9:59:32 PM | Tech: Ricky Babon |
| 10:00:07 PM | Machine Cals |
| 10:01:05 PM | Begin Patient Cals |
| 10:02:13 PM | Blinks |
| 10:02:19 PM | Eyes Closed |
| 10:02:25 PM | Eyes Open |
| 10:02:34 PM | Look Up Down |
| 10:02:43 PM | Look Left Right |
| 10:02:51 PM | Grit Teeth |
| 10:03:03 PM | Hold Breath |

7

**347**

| Darden, Michael | | PSG | 7/14/2022 | MD050566 |
|---|---|---|---|---|

| 10:03:16 PM | Nasal Breathing |
|---|---|
| 10:03:29 PM | Oral Breathing |
| 10:03:36 PM | Flex Left Leg |
| 10:03:41 PM | Flex Right Leg |
| 10:03:50 PM | Score |
| 10:05:23 PM | Lights Off |
| 10:50:01 PM | Patient Moving |
| 11:05:48 PM | Stages:W, Pos:R, SpO2:96/92 |
| 12:05:43 AM | Stages:W, Pos:L, SpO2:97/93 |
| 12:50:39 AM | Patient Moving |
| 1:05:51 AM | Stages:N1, Pos:L, SpO2:97/95, No events |
| 2:05:54 AM | Stages:N2, Pos:L, SpO2:96/95, No events |
| 3:05:54 AM | Stages:N2, Pos:L, SpO2:97/96, No events |
| 4:05:56 AM | End of the study |
| 4:06:12 AM | CPAP was not initiated due to low AHI during baseline of the study. |
| 4:06:28 AM | Study converted to all night PSG. |
| 4:06:43 AM | Collection of data completed |
| 4:08:58 AM | Final Cals |
| 4:09:55 AM | Study ended |
| 4:10:05 AM | Lights On |
| | |

8

My Health Online - Visit Summary

**348**

Name: Michael Darden | DOB: 5/5/1966 | Legal Name: Michael Darden

## Care Team Note
Marcela Larrondo at 06/16/22 1203

| Sutter Health<br>Alta Bates Summit<br>Medical Center<br>We Plus You | ABSMC SPORTS, PT & HAND CLINIC OAKLAND<br>5700 TELEGRAPH AVE<br>OAKLAND CA 94609<br>Phone: 510-204-1788<br>Fax: 510-506-7770 |

### PHYSICAL THERAPY DISCHARGE NOTE

**DATE:** 6/16/2022

**Primary Care MD:** Emanuel Vergis
**Referring MD:** PATRICIA SUZANNE MASKA
**Medical Diagnosis:** Dizziness and giddiness [R42]
**Treatment Diagnosis: decreased function with ADL's due to impaired occulomotor function with smooth pursuit and saccades, impaired VOR, motion sensitivity, and dizziness.**

| START OF CARE DATE: 3/7/2022 | VISITS TO DATE: PT Visit #: 10 |

**TREATMENT PERFORMED/INTERVENTIONS:** Manual Therapy, Therapeutic Exercise, Therapeutic Activity, Neuro Re-Education, Patient Education, and Balance Training

**Progress Towards Goals:**

| | 06/16/22 1100 |
|---|---|
| **Lower Quarter/Mobility** | |
| - Patient will be able to complete HEP for self management | independent w/out difficulty |
| **Additional Goals** | |
| | Pt will perceive 25-50% improved overall symptoms of dizziness to increase participation with walking exercise up to 3x/wk or every other day.: Met |
| | Pt will report 25-50% improved dizziness while driving to improve safety operating motor vehicle: Met, Patient is able to drive w/out dizziness |
| | Pt will perceive 25-50% improvement in overall dizziness symptoms to improve confidence with travelling for improved QoL.: Met. |

**Assessment: Patient shows consistent decrease of dizziness intensity** since less changes in barometric pressure, he is doing HEP daily and increasing cardiovascular exercies. Dizziness is still constant.

**DISCHARGE:**
Patient is ready for discharge from Physical Therapy:

https://myhealthonline.sutterhealth.org/mho/inside.asp?mode=visitsummary&submode=notes&csn=WP-24tPymiMPbMfnfmtTdD0efaA-3D-3D-24WHo...    1/2

Case 4:25-cv-00911-DMR    Document 1    Filed 01/28/25    Page 349 of 500

12/19/24, 12:41 PM    Tc.columbia.edu M    Medical Records Request, Anthem, Physical, Claim A    cation, Determination Assessment, Long-Term D...

349



Darden, Michael <mad2255@tc.columbia.edu>

## Medical Records Request, Anthem, Physical, Claim Application, Determination Assessment, Long-Term Disability, Michael Darden 2

**Darden, Michael** <mad2255@tc.columbia.edu>                    Tue, Mar 21, 2023 at 11:45 AM
To: tanita.lee@anthem.com

Attached:

PART 2 OF 3 EMAIL TRANSMISSIONS

Satisfactory?


Thank you kindly, and take care,

Michael
Michael Darden
917-868-8780


**Michael Darden Dr. Emanuel Vergis One Medical Healthcare Record includes Maska UCSF Sharon - Copy pages 1-87.pdf**
17258K

# ·ː· one medical

595 Castro Street San Francisco, CA 94114   Phone: 888-663-6331 · Fax: 888-663-6331

## One Medical Group

**To:** Michael Darden 05/05/1966
**From:** Medical Team

595 Castro Street
San Francisco, CA
94114

**phone:** 888-663-6331
**fax:** 415-291-0489

---

### Patient

| | |
|---|---|
| Patient | Michael Darden |
| DOB | ▮▮▮/1966 |
| Sex | M |
| PCP | Emanuel Vergis, MD |
| Patient ID | 110786538 |
| Address | 1801 Shore Line Dr Apartment 307 Alameda, CA 94501 |

Anthem Blue Cross of California PPO
Member ID: XDP241W06151
Effective At: 01/01/2021
Policy Holder: Michael Darden (Self)

## Active Medications

**aspirin**
81 mg DR tabs, 1 tab PO qday as needed for migraine aura

**bupropion HCl**
300 mg extended release PO qam

**clonazepam**
0.5 mg tabs, 1 tab PO qday as needed for anxiety

**mirtazapine**
15 mg rapid dissolve PO qhs

**trazodone**
50 mg tabs, 1 - 3 tabs PO qhs as needed for insomnia

## Notes

**BEGIN - Consult Note: Neurology**

| | |
|---|---|
| Note Title | Consult Note: Neurology 2-9-2023 |
| Note Type | Consult Note: Neurology |
| Date of Service | Thu Feb 09 2023 @ 01:41 PM |
| Created By | Patricia Rodriguez |
| Signed By | Emanuel Vergis, MD (NPI: 1962478495) |
| Date Signed | Fri Feb 10 2023 @ 07:08 AM |

# ⫶ one medical

595 Castro Street San Francisco, CA 94114   Phone: 888-663-6331  •  Fax: 888-663-6331

athena                    2/9/2023 3:29:59 pm EST                    5ab4b783-9eab-4295-82c9-6c6b3cda6df3                    Page: 1 / 6

# CONFIDENTIAL Fax

**FROM:**

PATRICIA MASKA, MD
985 ATLANTIC AVE STE 300, ALAMEDA, CA 94501-6447
Phone: (510) 748-5363
Fax: (925) 289-4975

**TO:**

EMANUEL VERGIS MD
Fax: (415) 291-0489

This fax may contain sensitive and confidential personal health information that is being
sent for the sole use of the intended recipient. Unintended recipients are directed to
securely destroy any materials received. You are hereby notified that the unauthorized
disclosure or other unlawful use of this fax or any personal health information is
prohibited. To the extent patient information contained in this fax is subject to 42 CFR
Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify
the sender and confirm that the information will be destroyed. If you do not have internet
access, please call 1-888-482-8436 to notify the sender and confirm that the information
will be destroyed. Thank you for your attention and cooperation. [ID:765688-H-3387]

## ⊹ one medical

595 Castro Street San Francisco, CA 94114   Phone: 888-663-6331 ⋆ Fax: 888-663-6331

PATRICIA SUZANNE MASKA, MD • 985 ATLANTIC AVE STE 300 , ALAMEDA CA 94501-6447
**DARDEN, Michael (id #10073, dob: 05/05/1966)**
**PATRICIA SUZANNE MASKA MD**
985 ATLANTIC AVE STE 300
ALAMEDA, CA  94501-6447
Phone: (510) 748-5363
Fax:  (925)289-4975

**Encounter Summary - Progress Note**
Date Printed:  02/09/2023

Attention: Emanuel Vergis MD

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:765688-H-3387]

| Patient | Darden, Michael (56yo, M) #10073 |
|---|---|
| DOB | 05/05/1966 |

Patient Demographics:

| Address | 1801 Shoreline Dr/Apt 307 Alameda, CA 94501-6084 | Home Phone | (917) 868-8780 |
|---|---|---|---|
| | | Work Phone | |

Patient Medical History:

| Encounter Reason/Date | Followup: Migraine with aura Followup: Vertigo Followup: Neck pain Followup: Obstructive sleep apnea syndrome 02/09/2023 - 11:00AM - PSM |
|---|---|
| History of Present Illness | **Headache - f/up** Reported by patient. |
| | Timing of pain: frequency of migraine: ( days/month) **(2)** Treatment (modifying factors): current preventive med TPM 25 mg BID; no bothersome side effects to meds; no significant mood issues; Already had occ SI; no worse on topiramate. Severity of pain: **pain level: migraine 6/10** |
| | **Neck Pain** Reported by patient. |
| | Timing/Onset: frequency of pain as 1-2 times per month Location of pain: pain bilateral neck; pain posterior neck Quality of pain: pain as non-radicular Severity: **pain level 1/10** |
| | **OSA f/up** Reported by patient. |
| | Alleviating factors (modifying factors): tried snore Rx mouthguard, breath right strips |
| | **Sleep** Reported by patient. |
| | Quality: **Insomnia: sleep maintenance** Associated Symptoms: no excessive daytime sleepiness; no witnessed apneas or startled awakenings Duration: sleep issues 1-2 nights per week Context: good sleep hygiene Treatment (modifying factors): medications tried for sleep issues: trazodine, |

PATRICIA SUZANNE MASKA, MD                                        Darden, Michael (ID: 10073), DOB: 05/05/1966

# ∴ one medical

595 Castro Street San Francisco, CA 94114    Phone: 888-663-6331 · Fax: 888-663-6331

| athena | 2/9/2023 3:29:59 pm EST | 5ab4b783-9eab-4295-82c9-6c6b3cda6df3 | Page: 3 / 6 |

remeron; no bothersome side effects

**Vertigo**
Reported by patient.

Quality: **true vertigo: spinning sensation**
Location: **tinnitus occurring bilateral;** tinnitus constant
Duration: symptoms constant
Aggravating factors (modifying factors): **symptoms worse with position change (if vertigo is severe, this can occur)**
Notes:
I rev'd neuro-otology notes Dr Sharon. He rec further testing.
Patient was seen as telehealth under the extended PHE renewal. Patient gave consent for tele-health visit.

Doing CBT thru UCSF.

| **Past Medical History** | Reviewed Past Medical History<br>Anxiety Disorder: **Y**<br>Depression: **Y**<br>Headaches: **Y**<br>Heart Problems: **Y** - MVP<br>Migraines: **Y**<br>Sleep Disorder: **Y** - **moderate OSA**<br>Kidney Disease: N - no kidney stones<br>Notes: PTSD |
|---|---|
| **Problem List** | Reviewed Problems<br>● Body mass index 25-29 – overweight – Onset: 02/03/2022<br>● Reactive depression (situational) – Onset: 12/09/2022<br>● Obstructive sleep apnea syndrome – Onset: 08/29/2022<br>● Periodic limb movement disorder – Onset: 08/29/2022<br>● Migraine with aura – Onset: 11/01/2021<br>● Neck pain – Onset: 03/24/2022<br>● Vertigo – Onset: 11/01/2021<br>● Persistent postural perceptual dizziness - Onset: 10/28/2022<br>● Headache – Onset: 11/01/2021<br>● Snoring - Onset: 11/01/2021<br>● Elevated blood-pressure reading without diagnosis of hypertension - Onset: 08/29/2022<br>● Suicidal thoughts – Onset: 05/27/2022<br>● Nonspecific paroxysmal spell - Onset: 05/27/2022<br>● Caregiver role strain – Onset: 08/29/2022<br>● Migrainous vertigo – Onset: 10/28/2022 |
| **Allergies List** | Reviewed Allergies<br><br>PENICILLINS |
| **Medications** | Reviewed Medications |

| | | |
|---|---|---|
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>TAKE 1 TABLET BY MOUTH EVERY DAY | 01/15/23 | filled |
| **clonazePAM 0.5 mg tablet**<br>TAKE 1 TABLET BY ORAL ROUTE DAILY AS NEEDED FOR ANXIETY | 01/12/23 | filled |
| **Daily Multi-Vitamin** start 01/01/2021 | 01/01/21 | started |
| **Emgality Pen 120 mg/mL subcutaneous pen injector**<br>INJECT 1 ML SUBCUTANEOUSLY EVERY MONTH FOR 30 DAYS | 02/02/23 | filled |
| **mirtazapine 15 mg tablet**<br>TAKE 1 TABLET BY ORAL ROUTE AT BED TIME FOR 30 DAYS | 01/12/23 | filled |
| **topiramate 25 mg tablet**<br>1 tablet(s) twice a day., start 02/06/2023 | 02/06/23 | started |
| **traZODone 50 mg tablet**<br>TAKE 1 TO 2 TABLET(S) BY ORAL ROUTE AT BEDTIME AS NEEDED FOR INSOMNIA FOR 30 DAYS | 01/15/23 | filled |

| **Social History** | Reviewed Social History<br>**Education and Occupation**<br>What is the highest grade or level of school you have completed or the highest degree you have received?: Master's degree (e.g., MA, MS, MEng, MEd, MSW, MBA) (Notes: Instructional designer)<br>Are you currently employed?: No (Notes: disability since 04/21) |

PATRICIA SUZANNE MASKA, MD                                          Darden, Michael (ID: 10073), DOB: 05/05/1966

# ÷ one medical

595 Castro Street San Francisco, CA 94114    Phone: 888-663-6331 · Fax: 888-663-6331

athena                    2/9/2023 3:29:59 pm EST                    5ab4b783-9eab-4295-82c9-6c6b3cda6df3                    Page: 4 / 6

| | |
|---|---|
| | **Activities of Daily Living**<br>Are you able to care for yourself?: No<br>Are you blind or do you have difficulty seeing?: No (Notes: Spots in eyes)<br>Are you deaf or do you have serious difficulty hearing? : No (Notes: Ringing in ears)<br>Do you have difficulty concentrating, remembering or making decisions?: Yes<br>Do you have difficulty walking or climbing stairs?: Yes (Notes: Sometimes)<br>Do you have difficulty dressing or bathing?: Yes (Notes: Sometimes)<br>Do you have difficulty doing errands alone?: Yes<br>Which of your hands is dominant?: Right<br>**Diet and Exercise**<br>What type of diet are you following?: Regular<br>What is your exercise level?: Occasional (Notes: Walking)<br>**Public Health and Travel**<br>Have you been to an area known to be high risk for COVID-19?: No<br>In the 14 days before symptom onset, have you had close contact with a laboratory-<br>confirmed COVID-19 while that case was ill?: No<br>in the 14 days before symptom onset, have you had close contact with a person who is<br>under investigation for COVID-19 while that person was ill?: No<br>**Substance Use**<br>Do you or have you ever smoked tobacco?: Never smoker<br>Do you or have you ever used any other forms of tobacco or nicotine?: No<br>What was the date of your most recent tobacco screening?: 02/09/2023<br>What is your level of alcohol consumption?: None<br>What is your level of caffeine consumption?: Occasional<br>**Advance Directive**<br>Do you have an advance directive?: Yes<br>**Marriage and Sexuality**<br>What is your relationship status?: Married (Notes: husband Gregory)<br>**Lifestyle**<br>Do you feel stressed (tense, restless, nervous, or anxious, or unable to sleep at night)?:<br>Rather much<br>Do you use your seat belt or car seat routinely?: Yes<br>**Gender Identity and LGBTQ Identity**<br>Gender identity: Identifies as Male<br>Assigned sex at birth: Male<br>Pronouns: he/him<br>Sexual orientation: Lesbian, gay or homosexual |

| Family History | Reviewed Family History | |
|---|---|---|
| | Mother | - Dementia |
| | | - Hypertensive disorder |
| | | - Hyperlipidemia |
| | Father | - Hypertensive disorder |
| | | - Hyperlipidemia |
| | | - Congestive heart failure |
| | | - Coronary artery bypass grafts x 3 |
| | no seizures | |

| Review of Systems | Gastrointestinal:: **mild constipation controlled.**. |
|---|---|

**Exam:**

| Vitals | Ht: | 5 ft 5 in Stated<br>02/09/2023<br>10:39 am | Wt: | 154 lbs Stated<br>02/09/2023<br>10:39 am | BMI: | 25.6<br>02/09/2023<br>10:39 am |
|---|---|---|---|---|---|---|
| | Pulse: | 50 bpm<br>02/09/2023<br>10:40 am | T: | 98 F°<br>02/09/2023<br>10:40 am | Pain<br>Scale: | 6 02/09/2023<br>10:41 am |

| Physical Exam | **General Appearance:** Appearance no acute distress. Habitus well nourished.<br><br>**Head:** Appearance atraumatic..<br><br>**Mental Status:** Level of consciousness alert and attentive. Mood, Affect normal mood,<br>euthymic and affect congruent with mood. Attention/Concentration: normal attention and<br>concentration. Orientation oriented to place and situation and orientated to person.<br>Language, Speech no dysarthria or aphasia or dysphasia noted and normal fluency. |
|---|---|

÷ one medical

| | |
|---|---|
| | Memory, Recall recent memory grossly normal. |
| | **Cranial Nerves:** Cranial Nerve VII approximately symmetric smile and forehead contraction. |
| **Results/ Interpretations** | None recorded |
| **Document History** | **Discussed the following documents:** <br> • Otolaryngology, Head and Neck Surgery - Office Visit - UCSF Health, UCSF Children's, Marin Health, and Affiliates - 02/09/23 |
| **Procedure Documentation** | None recorded |

Assessment and Plan:

| | |
|---|---|
| **Assessment and Plan** | Time spent: 39 min <br><br> Record review: 3 min <br> Chart prep: 2 min <br> Discussion/exam time spent with patient: 13 min <br> Risk assessment: testing options, medication options, lifestyle changes: 13 min <br> Charting: 8 min <br><br> f/u in 2 months <br><br> **1. Vertigo -** <br> Recently seen again by UCSF neuro-otologist Dr Sharon. As before, Vertigo likely multifactorial: vestibular migraine, PPPD and peripheral vestibulopathy on the L. He will go back to UCSF for more vestibular testing. Already on meds to support serotonin (to help PPPD Sx). Michael has tried vestib rehab. I answered questions re: dx. testing, treatment. <br> R42: Dizziness and giddiness <br><br> **2. Migraine with aura -** <br> Vestibular migraine, Episodic migraine. Baseline headache days per month: 8-12, lasting more than 4 hours per day. Cephalgia improved but vestibular migraine still constant. Has been on emgality x 4 months. Just started topiramate 25 mg BID. Still working on OSA Rx. We discussed whether to change emgality (e.g. to aimovig or verapamil) or increase topiramate and decided to keep these the same for now. Doing CBT thru UCSF. I answered questions re: meds <br><br>    Preventive meds tried: Quilipta, Nurtec (did not tolerate), VPA, Elavil, lexapro, bupropion, GBN 300 mg, lorazepam, verapamil. OTC preventives tried: B2, magnesium <br><br>    G43.109: Migraine with aura, not intractable, without status migrainosus <br> • MIGRAINE AURA WITHOUT A HEADACHE: CARE INSTRUCTIONS <br><br> **3. Migrainous vertigo -** <br> I rev'd neuro-otology notes Dr Sharon. Michael will fo for further testing. <br>    H81.8X2: Other disorders of vestibular function, left ear <br><br> **4. Obstructive sleep apnea syndrome -** <br> Moderate OSA. Seen by sleep MD, Dr Kram. Working with OTC OAT Snore Rx and breathe right strips. He is still considering OAT. I answered questions re: dx. testing, treatment. <br>    G47.33: Obstructive sleep apnea (adult) (pediatric) <br> • SLEEP APNEA: CARE INSTRUCTIONS <br><br> **5. Neck pain -** <br> I doubt a significant cervicogenic component. No current need for PT. <br>    M54.2: Cervicalgia <br> • NECK PAIN: CARE INSTRUCTIONS <br><br> **6. Suicidal thoughts -** <br> Passive SI. Contracts for safety. Michael has a support system for psych issues. I advised f/u w/ psychiatrist and therapist. <br><br>    R45.851: Suicidal ideations <br> • SUICIDAL THOUGHTS IN A FAMILY MEMBER: CARE INSTRUCTIONS <br><br> **7. Body mass index 25-29 - overweight -** <br> Consider nutrition eval <br>    Z68.25: Body mass index [BMI] 25.0-25.9, adult |

# ⁙ one medical

595 Castro Street San Francisco, CA 94114    Phone: 888-663-6331  •  Fax: 888-663-6331

athena                   2/9/2023 3:29:59 pm EST                   5ab4b783-9eab-4295-82c9-6c6b3cde6df3                   Page: 6 / 6

- LEARNING ABOUT HEALTHY WEIGHT
- NUTRITIONIST/DIETITIAN REFERRAL -     Schedule Within: provider's discretion

**Return to Office**
- to see Patricia Maska, MD for Telemedicine at PSM on or around 04/08/2023

Electronically Signed by: PATRICIA MASKA, MD

02/09/2023

PATRICIA SUZANNE MASKA, MD                                        Darden, Michael (ID: 10073), DOB: 05/05/1966

**END - Consult Note: Neurology**

**BEGIN - Medical Record: Unedited**

| | |
|---|---|
| Note Title | Medical Record: Unedited: Anthem Blue Cross |
| Note Type | Medical Record: Unedited |

# ⫶ one medical

595 Castro Street San Francisco, CA 94114    Phone: 888-663-6331  •  Fax: 888-663-6331

| | |
|---|---|
| Date of Service | Fri Jan 20 2023 @ 05:58 PM |
| Created By | Chris Ibanez |
| Signed By | Chris Ibanez |
| Date Signed | Fri Jan 20 2023 @ 06:12 PM |



595 Castro Street San Francisco, CA 94114    Phone: 888-663-6331  •  Fax: 888-663-6331

🕐 01-19-2023 3:33 PM          Fax Services          → Dr. Emanuel Vergis          pg 1 of 2

# FAX

**To:** Dr. Emanuel Vergis
Company:
Fax: 14152910489
Phone: (415) 529-4099

**From:** Shaleea Petty
Fax: 18008500017
Phone: (470) 784-1971

NOTES:
Medical Records

**Providers:** You are required to return, destroy or further protect any PHI received on this document pertaining to members that you are not currently treating. Providers are required to immediately destroy any such PHI or safeguard the PHI for as long as it is retained. In no event are you permitted to use or re-disclose such PHI.

**IMPORTANT WARNING:**
This message is intended for the use of the person or entity to which it is addressed and may contain information that is privileged and confidential, the disclosure of which is governed by applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this information is **STRICTLY PROHIBITED**. If you have received this message by error, please notify us immediately and destroy the related message. You, the recipient, are obligated to maintain it in a safe, secure and confidential manner. Re-disclosure without appropriate patient consent or as permitted by law is prohibited. Unauthorized re-disclosure or failure to maintain confidentiality could subject you to penalties described in federal and state law.

**Date and time of transmission: 01-19-2023 3:33 PM**
**Number of pages including this cover sheet: 2**

# ⸫ one medical

595 Castro Street San Francisco, CA 94114    Phone: 888-663-6331 • Fax: 888-663-6331
🕐 01-19-2023 3:33 PM          Fax Services          → Dr.  Emanuel Vergis                    pg 2 of 2



Anthem Blue Cross Life and Health
Disability Service Center

PO Box 105426
Atlanta, GA 30348-5426
Tel: 800-813-5682
Fax: 800-850-0017

January 19, 2023

Provider:  Emanuel Vergis
Phone:     4155294099
Fax:       4152910489

Number of pages including cover:

Subject:  MICHAEL A DARDEN
DOB:  05/05/1956
Claim Number:  LT00403220
Reference Number:  443185

RE: Request for Clinical Information

In order to substantiate time out of work for this patient and evaluate their claim for disability payments, it is necessary to have a clinical update related to their medical condition.  In order to make a determination, the information with an X below is required from 09/01/2022 through present.

   x Copies of office visit notes, progress notes, SOAP notes and/or treatment notes

   x  Diagnostic test results (X-Rays, EMG, NCV, EEG, ECG, MRI, CAT scan, MMPI reports, etc.)

   x Medications

   x Lab reports (CBX, Fibrinogen, Hemoglobin A1C, TSH, etc.)

   x  Operative and pathology reports

   Prenatal records including prenatal flow chart; ultrasound results, Fibronectin test results, non stress test results and any other objective test results for prenatal care

   x Hospital history and physical and admit and discharge summaries

   x Physical therapy progress notes

   x Physician's progress notes and flow sheets-inpatient hospital or psychiatric

   x Return to work recommendation

   x Restrictions and limitations

   Other

**If payment is required, please fax an invoice with the tax identification number to the fax number listed above.**

Thank you,
S PETTY
Disability Case Manager

Life products underwritten by Anthem Blue Cross Life and Health Insurance Company. Disability products underwritten by Anthem Life Insurance Company. Independent licensees of the Blue Cross Association. ANTHEM is a registered trademark of Anthem Insurance Companies, Inc. The Blue Cross name and symbol are registered marks of the Blue Cross Association. 15-LT00403220

# ∴ one medical

595 Castro Street San Francisco, CA 94114    Phone: 888-663-6331 · Fax: 888-663-6331

# ∴ one medical
## One Medical Group

595 Castro Street
San Francisco, CA 94114

**phone:** 888-663-6331
**fax:** 415-291-0489

To:
From: Chris Ibanez

## Patient

| | |
|---|---|
| Patient | **Michael Darden** |
| DOB | **05/05/1966** |
| Sex | **M** |
| PCP | **Emanuel Vergis, MD** |
| Patient ID | **110786538** |
| Address | **1801 Shore Line Dr** |
| | **Apartment 307** |
| | **Alameda, CA 94501** |

Anthem Blue Cross of California PPO
Member ID: XDP241W06151
Effective At: 01/01/2021
Policy Holder: Michael Darden (Self)

**\*\*\*All records based on the parameters of your request.\*\*\***

# ⠶ one medical

595 Castro Street San Francisco, CA 94114    Phone: 888-663-6331  ·  Fax: 888-663-6331

## Active Medications

**aspirin**
81 mg DR tabs, 1 tab PO qday as needed for migraine aura

**bupropion HCl**
300 mg extended release PO qam

**clonazepam**
0.5 mg tabs, 1 tab PO qday as needed for anxiety

**mirtazapine**
15 mg rapid dissolve PO qhs

**trazodone**
50 mg tabs, 1 - 3 tabs PO qhs as needed for insomnia

## Notes

**BEGIN - Lab Result**

| | |
|---|---|
| Note Title | **Lab: Testost.** |
| Note Type | **Lab Result** |
| Date of Service | **Wed Dec 07 2022 @ 09:40 AM** |
| Created By | **Medical Team** |
| Signed By | **Emanuel Vergis, MD (NPI: 1962478495)** |
| Date Signed | **Wed Dec 07 2022 @ 10:04 AM** |

This lab report was automatically sent to the patient in this message
(https://one.1life.com/110786538/patient_timeline_posts/18348354) on 12/ 7/2022 at 9:40 AM because it contained no abnormal or critical results.

DARDEN, MICHAEL                                    Overall Report Status: **FINAL**
(SN: 34022926730)                                    Received on 12/07/2022

# ⫶ one medical

595 Castro Street San Francisco, CA 94114    Phone: 888-663-6331 · Fax: 888-663-6331

## Lab Report from LabCorp

| Specimen Number | | Patient ID | | Control Number | | Account Number | |
|---|---|---|---|---|---|---|---|
| 34022926730 | | 110786538 | | 4960838 | | 04177620 | |

| Patient Last Name | | | | Account Address | |
|---|---|---|---|---|---|
| DARDEN | | | | | |

| Patient First Name | | Patient Middle Name | | |
|---|---|---|---|---|
| MICHAEL | | | One Medical Group | |
| Patient SS# | Patient Phone | Total Volume | 1955 Broadway | |
| | 917-868-8780 | | Suite A Oakland CA (California) 94612 | |

| Date of Birth | Sex | Fasting | |
|---|---|---|---|
| 1966-05-05 | M | N | Additional Information |

| Patient Address | | |
|---|---|---|
| | Physician Name | NPI # | Physician ID |
| | VERGIS, E | 1962478495 | |

| Date/Time Collected | Date Entered | Date/Time Reported |
|---|---|---|
| 2022-12-06 07:06:00 PST | 2022-12-06 21:00:00 PST | 2022-12-07 09:07:00 PST |

**Tests Ordered**

Testosterone (004226)

| TESTS | RESULTS | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| **Testosterone** | | | | | |
| Testosterone | 488 | | ng/dL | 264-916 | 01 |

Adult male reference interval is based on a population of
healthy nonobese males (BMI <30) between 19 and 39 years old.
Travison, et.al. JCEM 2017,102;1161-1173. PMID: 28324103.

| 01 | 01 | Labcorp San Diego | Dir: JennyGallowayMD |
|---|---|---|---|
| | | 13112 Evening Creek Dr So Ste 200, San Diego, CA 92128-4108 | |

For inquiries, the physician may contact Labcorp at 800-222-7566  Lab: 858-668-3700

**END - Lab Result**

**BEGIN - Lab Result**

| Note Title | **CC Lab: Ferritin** |
|---|---|
| Note Type | **Lab Result** |
| Date of Service | **Wed Nov 16 2022 @ 05:10 PM** |
| Created By | **Medical Team** |
| Signed By | **Jenneh Rishe, RN** |
| Date Signed | **Sun Nov 20 2022 @ 01:14 PM** |

# ╬ one medical

595 Castro Street San Francisco, CA 94114    Phone: 888-663-6331 · Fax: 888-663-6331

DARDEN, MICHAEL                                                 Overall Report Status: **FINAL**
(SN: 31922929830)                                              Received on 11/16/2022

## Lab Report from LabCorp

| Specimen Number | | Patient ID | | Control Number | Account Number | |
|---|---|---|---|---|---|---|
| 31922929830 | | 10073 | | 3192292983 | 04023160 | |
| **Patient Last Name** | | | | **Account Address** | | |
| DARDEN | | | | | | |
| **Patient First Name** | | **Patient Middle Name** | | **One Medical Group** | | |
| MICHAEL | | | | 3850 Grand Avenue Oakland CA (California) 94610 | | |
| **Patient SS#** | **Patient Phone** | | **Total Volume** | | | |
| | 917-868-8780 | | | | | |
| **Date of Birth** | | **Sex** | **Fasting** | | | |
| 1966-05-05 | | M | N | **Additional Information** | | |
| **Patient Address** | | | | | | |
| 1801 SHORELINE DR APT 307 ALAMEDA CA, 94501-6084 | | | | **Physician Name** | **NPI #** | **Physician ID** |
| | | | | MASKA, p | | MASKA.P |
| **Date/Time Collected** | **Date Entered** | | **Date/Time Reported** | | | |
| 2022-11-14 23:01:00 PST | 2022-11-15 21:00:00 PST | | 2022-11-16 16:35:00 PST | | | |

**Tests Ordered**

Ferritin (004598)

| TESTS | RESULTS | FLAG | UNITS | REFERENCE INTERVAL | | LAB |
|---|---|---|---|---|---|---|
| **Ferritin** | | | | | | |
| Ferritin | 198 | | ng/mL | 30-400 | | 01 |

| 01 | 01 | Labcorp San Diego | Dir: JennyGallowayMD |
|---|---|---|---|
| | | 13112 Evening Creek Dr So Ste 200, San Diego, CA 92128-4108 | |

For inquiries, the physician may contact Labcorp at 800-222-7566  Lab: 858-668-3700

**END - Lab Result**

**BEGIN - Consult Letter**

# ⫶ one medical

595 Castro Street San Francisco, CA 94114     Phone: 888-663-6331  •  Fax: 888-663-6331

| | |
|---|---|
| Note Title | **Consult Letter** |
| Note Type | **Consult Letter** |
| Date of Service | **Fri Oct 28 2022 @ 12:47 PM** |
| Created By | **Erica Reinganum** |
| Signed By | **Tessa Lannoy, FNP-BC (NPI: 1801170725)** |
| Date Signed | **Sun Oct 30 2022 @ 10:57 AM** |

# ⫶ one medical

595 Castro Street San Francisco, CA 94114    Phone: 888-663-6331  ·  Fax: 888-663-6331

athena          10-28-2022 3:33 PM ET          515-44356347          pg 1 of 6

# CONFIDENTIAL Fax

**FROM:**

PATRICIA MASKA, MD
5601 NORRIS CANYON RD STE 240, SAN RAMON, CA 94583-5407
Phone: (510) 748-5363
Fax: (925) 289-4975

**TO:**

EMANUEL VERGIS MD
Fax: (415) 291-0489

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:744792-H-3387]

# ⊹ one medical

595 Castro Street San Francisco, CA 94114    Phone: 888-663-6331 · Fax: 888-663-6331

| athena | 10-28-2022 3:33 PM ET | 515-44356347 | pg 2 of 6 |

PATRICIA SUZANNE MASKA, MD • 5601 NORRIS CANYON RD STE 240, SAN RAMON CA 94583-5407
**DARDEN, Michael (id #10073, dob: 05/05/1966)**
**PATRICIA SUZANNE MASKA MD**
5601 NORRIS CANYON RD STE 240
SAN RAMON, CA  94583-5407
Phone: (510) 748-5363
Fax:  (925) 289-4975

**Encounter Summary – Progress Note**
Date Printed:  10/28/2022

Attention: Emanuel Vergis MD

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:744792-H-3387]

| Patient | Darden, Michael (56yo, M) #10073 |
| **DOB** | 05/05/1966 |

### Patient Demographics:

| Address | 1801 Shoreline Dr/Apt 307 Alameda, CA 94501-6084 | Home Phone | (917) 868-8780 |
|---|---|---|---|
| | | Work Phone | |

### Patient Medical History:

| Encounter Reason/Date | Followup: Migraine with aura Followup: Vertigo Followup: Periodic limb movement disorder Followup: Obstructive sleep apnea syndrome 10/28/2022 - 11:30AM - SAN RAMON |
|---|---|
| History of Present Illness | **CPAP, oral appliance f/up** Reported by patient. Duration of therapy: **not using oral appliance due to too expensive** **Headache - f/up** Reported by patient. Timing of pain: frequency of migraine: ( days/month) (**8-12**) Severity of pain: severity score 5-10 out of 10 Duration of pain: pain lasting 4 hrs to all day Associated Symptoms: **nausea (sometimes); sensitivity to light (sometimes); sensitivity to sound (sometimes)** **Sleep** Reported by patient. Associated Symptoms: **excessive daytime sleepiness; suspected respiratory events: witnessed apneas; RLS symptoms occurring at rest; increased motor activity at night (PLMS)** Duration: sleep issues most nights per week Severity: not sleepy driving Notes: Per pt, OAT too expensive. **Vertigo** Reported by patient. Quality: **true vertigo; spinning sensation** Location: **tinnitus occurring bilateral (R > L)** Duration: symptoms constant |

PATRICIA SUZANNE MASKA, MD                    Darden, Michael (ID: 10073), DOB: 05/05/1966

# ⚕ one medical

595 Castro Street San Francisco, CA 94114   Phone: 888-663-6331 • Fax: 888-663-6331

| athena | 10-28-2022 3:33 PM ET | 515-44356347 | pg 3 of 6 |

Severity: severity of vertigo 5/10 to 10/10.
Associated Symptoms: **associated nausea**
Evaluation: per Gregory, vestib testing done yest at UCSF and that they said that it
did not show a lot of peripheral component of vertigo.
Notes:
I rev'd neuro-otlogy notes Dr Sharon UCSF.
In bed 10-14 hours a day.
Patient was seen as telehealth under the extended PHE renewal. Patient gave consent for
tele-health visit.

Pt ok w/ husband Gregory in visit.

Passive SI. Contracts for safety.

| **Past Medical History** | Reviewed Past Medical History<br>Anxiety Disorder: **Y**<br>Depression: **Y**<br>Headaches: **Y**<br>Heart Problems: **Y** - **MVP**<br>Migraines: **Y**<br>Kidney Disease: N - no kidney stones<br>Notes: PTSD |
|---|---|
| **Problem List** | Reviewed Problems<br>• Body mass index 25-29 - overweight - Onset: 02/03/2022<br>• Obstructive sleep apnea syndrome - Onset: 08/29/2022<br>• Periodic limb movement disorder - Onset: 08/29/2022<br>• Migraine with aura - Onset: 11/01/2021<br>• Neck pain - Onset: 03/24/2022<br>• Vertigo - Onset: 11/01/2021<br>• Persistent postural perceptual dizziness - Onset: 10/28/2022<br>• Headache - Onset: 11/01/2021<br>• Snoring - Onset: 11/01/2021<br>• Elevated blood-pressure reading without diagnosis of hypertension - Onset: 08/29/2022<br>• Suicidal thoughts - Onset: 05/27/2022<br>• Nonspecific paroxysmal spell - Onset: 05/27/2022<br>• Caregiver role strain - Onset: 08/29/2022<br>• Migrainous vertigo - Onset: 10/28/2022 |
| **Allergies List** | Reviewed Allergies<br><br>**PENICILLINS** |

| **Medications** | Reviewed Medications | | |
|---|---|---|---|
| | **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>TAKE 1 TABLET BY MOUTH EVERY DAY | 10/12/22 | filled |
| | **clonazePAM 0.5 mg tablet**<br>TAKE 1 TABLET(S) BY ORAL ROUTE , DAILY AS NEEDED ANXIETY , FOR 30 DAYS | 07/19/22 | filled |
| | **Emgality Pen 120 mg/mL subcutaneous pen injector**<br>Inject 1 mL every month by subcutaneous route for 30 days. | 10/28/22 | prescribed |
| | **escitalopram 5 mg tablet** | 12/14/21 | filled |
| | **mirtazapine 15 mg tablet**<br>TAKE 1 TABLET(S) BY ORAL ROUTE AT BEDTIME FOR 30 DAYS | 10/13/22 | filled |
| | **traZODone 50 mg tablet**<br>TAKE 1-2 TABLETS BY MOUTH AT BEDTIME AS NEEDED FOR INSOMNIA | 10/12/22 | filled |

| **Social History** | Reviewed Social History<br>**Education and Occupation**<br>What is the highest grade or level of school you have completed or the highest degree you have received?: Master's degree (e.g., MA, MS, MEng, MEd, MSW, MBA) (Notes: instructional designer)<br>Are you currently employed?: No (Notes: disability since 04/21)<br>**Diet and Exercise**<br>What type of diet are you following?: Regular<br>What is your exercise level?: Occasional (Notes: Walking)<br>**Activities of Daily Living**<br>Are you able to care for yourself?: No<br>Are you blind or do you have difficulty seeing?: No (Notes: Spots in eyes) |
|---|---|

Darden, Michael (ID: 10073), DOB: 05/05/1966

# ✛ one medical

595 Castro Street San Francisco, CA 94114    Phone: 888-663-6331 • Fax: 888-663-6331

| athena | 10-28-2022 3:33 PM ET | 515-44356347 | pg 4 of 6 |
|---|---|---|---|

Are you deaf or do you have serious difficulty hearing? : No (Notes: Ringing in ears)
Do you have difficulty concentrating, remembering or making decisions?: Yes
Do you have difficulty walking or climbing stairs?: Yes (Notes: Sometimes)
Do you have difficulty dressing or bathing?: Yes (Notes: Sometimes)
Do you have difficulty doing errands alone?: Yes
Which of your hands is dominant?: Right
**Public Health and Travel**
Have you been to an area known to be high risk for COVID-19?: No
In the 14 days before symptom onset, have you had close contact with a laboratory-confirmed COVID-19 while that case was ill?: No
In the 14 days before symptom onset, have you had close contact with a person who is under investigation for COVID-19 while that person was ill?: No
**Substance Use**
Do you or have you ever smoked tobacco?: Never smoker
Do you or have you ever used any other forms of tobacco or nicotine?: No
What was the date of your most recent tobacco screening?: 10/28/2022
What is your level of alcohol consumption?: None
What is your level of caffeine consumption?: Occasional
**Advanced Directive**
Do you have an advanced directive?: Yes
**Marriage and Sexuality**
What is your relationship status?: Married (Notes: husband Gregory)
**Lifestyle**
Do you feel stressed (tense, restless, nervous, or anxious, or unable to sleep at night)?: Rather much
Do you use your seat belt or car seat routinely?: Yes

| Family History | Reviewed Family History | |
|---|---|---|
| | Mother | – Dementia |
| | | – Hypertensive disorder |
| | | – Hyperlipidemia |
| | Father | – Hypertensive disorder |
| | | – Hyperlipidemia |
| | | – Congestive heart failure |
| | | – Coronary artery bypass grafts x 3 |
| | no seizures | |

| Review of Systems | None recorded |
|---|---|

Exam:

| Vitals | | | | | | |
|---|---|---|---|---|---|---|
| | **Ht:** | 5 ft 5 in 10/28/2022 11:06 am | **Wt:** | 160 lbs With clothes 10/28/2022 11:06 am | **BMI:** | 26.6 10/28/2022 11:06 am |
| | **BP:** | 120/80 sitting 10/28/2022 11:50 am | **Pulse:** | 60 bpm 10/28/2022 11:08 am | **T:** | 97.5 F° 10/28/2022 11:08 am |
| | **Pain Scale:** | 7 10/28/2022 11:06 am | | | | |

| Physical Exam | **General Appearance:** Appearance no acute distress. Habitus well nourished.

**Head:** Appearance atraumatic.

**Mental Status:** Level of consciousness alert and attentive. Mood, Affect normal mood, euthymic and affect congruent with mood. Attention/Concentration: normal attention and concentration. Orientation oriented to place and situation and orientated to person. Language, Speech no dysarthria or aphasia or dysphasia noted and normal fluency. Memory, Recall recent memory grossly normal.

**Cranial Nerves:** Cranial Nerve VII approximately symmetric smile and forehead contraction. |
|---|---|

| Results/ Interpretations | None recorded |
|---|---|

PATRICIA SUZANNE MASKA, MD                                                Darden, Michael (ID: 10073), DOB: 05/05/1966

# ⫶ one medical

595 Castro Street San Francisco, CA 94114    Phone: 888-663-6331 • Fax: 888-663-6331

| athena | 10-28-2022 3:33 PM ET | 515-44356347 | pg 5 of 6 |

| Document History | **Discussed the following documents:**<br>• NEUROTOLOGIST CONSULT NOTE - UCSF NEUROTOLOGY CLINIC - 10/11/22<br>• AUDIOLOGIST CONSULT NOTE - 10/06/22<br>• General Medicine - Continuity of Care Document - Sutter Health Affiliates and Community Connect Practices - 08/29/22<br>• General Medicine - Travel - John Muir Health - 08/29/22 |
| Procedure Documentation | None recorded |

### Assessment and Plan:

| Assessment and Plan | Time spent: 47 min<br><br>Record review: 5 min<br>Chart prep: 2 min<br>Discussion/exam time spent with patient/care partner: 16 min<br>Risk assessment: testing options, medication options, lifestyle changes: 16 min<br>Charting: 8 min<br><br>f/u in 6 weeks<br><br>**1. Migraine with aura -**<br>Michael has Vestibular migraine. Episodic migraine. Baseline headache days per month: 8-12, lasting more than 4 hours per day. Needs intervention. We discussed the R&B of med options. Neuro-otology recommended Emgality. I think this is a good option for Michael .Side effects rev'd. Michael wants to try it. I answered questions re: testing, meds, prevention.<br><br>    Preventive meds tried: Quilipta, Nurtec (did not tolerate), VPA, Elavil, lexapro,<br>      bupropion, GBN 300 mg, lorazepam. OTC preventives tried: B2, magnesium<br>    G43.109: Migraine with aura, not intractable, without status migrainosus<br>• MIGRAINE AURA WITHOUT A HEADACHE: CARE INSTRUCTIONS<br>• Emgality Pen 120 mg/mL subcutaneous pen injector - Inject 1 mL every month by subcutaneous route for 30 days.    Qty: 1 1 mL syringe(s)    Refills: 1    DAW: Y<br>    Pharmacy: CVS/PHARMACY #9255<br><br>**2. Vertigo -**<br>Seen by neuro-otology at UCSF, Dr Sharon. He felt Michael has vestibular migraine, PPPD and a peripheral vestibulopathy. Vestib testing done yest at UCSF; we will request results. I answered questions re: dx. testing, treatment.<br>    R42: Dizziness and giddiness<br><br>**3. Obstructive sleep apnea syndrome -**<br>EDS, suspected apneas. Per pt, OAT too expensive. Needs further evaluation. I will request evaluation w/ a sleep MD. Needs eval. I will request a TSH. I answered questions re: dx. testing, treatment.<br>    G47.33: Obstructive sleep apnea (adult) (pediatric)<br>• SLEEP APNEA: CARE INSTRUCTIONS<br>• SLEEP MEDICINE REFERRAL -    Schedule Within: provider's discretion    Note to Provider: OSA. Pls eval for treatment options. EDS, suspected apneas. Per pt, OAT too expensive.<br>• TSH, SERUM OR PLASMA<br><br>**4. Periodic limb movement disorder -**<br>Michael has periodic limb movements during sleep that wakes him up according to polysomnogram - diagnosed with mod OSA. Needs eval. I will request a ferritin level. As before, I am not advising using benzo for PLMD treatment at this time. Defer to psychiatry to determine whether adjustment to his psych meds should be made for PLMD. I answered questions re: dx. testing, treatment..<br>    G47.61: Periodic limb movement disorder<br>• FERRITIN, SERUM OR PLASMA<br><br>**5. Migrainous vertigo**<br>    H81.8X9: Other disorders of vestibular function, unspecified ear<br><br>**6. Suicidal thoughts -**<br>Passive SI. Contracts for safety. He has a support system for psych issues. Has psychiatrist and a therapist.<br>    R45.851: Suicidal ideations<br>• SUICIDAL THOUGHTS IN A FAMILY MEMBER: CARE INSTRUCTIONS<br><br>**7. Persistent postural perceptual dizziness** |

PATRICIA SUZANNE MASKA, MD                                    Darden, Michael (ID: 10073), DOB: 05/05/1966

# ∴ one medical

595 Castro Street San Francisco, CA 94114    Phone: 888-663-6331 ▪ Fax: 888-663-6331

| athena | 10-28-2022 3:33 PM ET | 515-44356347 | pg 6 of 6 |

R42: Dizziness and giddiness

**Return to Office**
- to see Patricia Maska, MD for PSM telehealth 30 at SAN RAMON on or around 12/09/2022

Electronically Signed by: PATRICIA MASKA, MD

10/28/2022

# ∴ one medical

595 Castro Street San Francisco, CA 94114    Phone: 888-663-6331  •  Fax: 888-663-6331

---

**END - Consult Letter**

---

**BEGIN - Lab Result**

| | |
|---|---|
| Note Title | **Lab: FIT** |
| Note Type | **Lab Result** |
| Date of Service | **Fri Oct 14 2022 @ 11:40 AM** |
| Created By | **Medical Team** |
| Signed By | **Emanuel Vergis, MD (NPI: 1962478495)** |
| Date Signed | **Sat Oct 15 2022 @ 06:48 AM** |

This lab report was automatically sent to the patient in this message (https://one.1life.com/110786538/patient_timeline_posts/17876753) on 10/14/2022 at 11:40 AM because it contained no abnormal or critical results.

DARDEN, MICHAEL                                                    Overall Report Status: **FINAL**
(SN: 28622921870)                                                   Received on 10/14/2022

# ∹ one medical

595 Castro Street San Francisco, CA 94114    Phone: 888-663-6331 · Fax: 888-663-6331

## Lab Report from LabCorp

| Specimen Number | | Patient ID | | Control Number | | Account Number | |
|---|---|---|---|---|---|---|---|
| 28622921870 | | 110786538 | | 4826708 | | 04338885 | |

| Patient Last Name | | | | Account Address | |
|---|---|---|---|---|---|
| DARDEN | | | | | |

| Patient First Name | | Patient Middle Name | | | |
|---|---|---|---|---|---|
| MICHAEL | | | | One Medical Group | |

| Patient SS# | Patient Phone | | Total Volume | 595 Castro Street San Francisco CA (California) 94114 | |
|---|---|---|---|---|---|
| | 917-868-8780 | | | | |

| Date of Birth | | Sex | Fasting | | |
|---|---|---|---|---|---|
| 1966-05-05 | | M | N | Additional Information | |

| Patient Address | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1801 SHORELINE DR APT 307 ALAMEDA CA, 94501-6084 | | | | Physician Name | NPI # | | Physician ID |
| | | | | VERGIS, E | 1962478495 | | |

| Date/Time Collected | Date Entered | Date/Time Reported | |
|---|---|---|---|
| 2022-10-12 21:00:00 PDT | 2022-10-13 21:00:00 PDT | 2022-10-14 11:06:00 PDT | |

**Tests Ordered**

Occult Blood, Fecal, IA (182949); Please note (199999)

| TESTS | RESULTS | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| **Occult Blood, Fecal, IA** | | | | | |
| Occult Blood, Fecal, IA | Negative | | | Negative | 01 |
| **Please note** | | | | | |
| Please note | | | | | 01 |

> The date and/or time of collection was not indicated on the
> requisition as required by state and federal law.  The date of
> receipt of the specimen was used as the collection date if not
> supplied.

| 01 | 01 | Labcorp San Diego | | Dir: JennyGallowayMD |
|---|---|---|---|---|
| | | 13112 Evening Creek Dr So Ste 200, San Diego, CA 92128-4108 | | |

For inquiries, the physician may contact Labcorp at 800-222-7566  Lab: 858-668-3700

**END - Lab Result**

**BEGIN - Office Visit**

# ⫶⫶ one medical

595 Castro Street San Francisco, CA 94114    Phone: 888-663-6331 • Fax: 888-663-6331

| | |
|---|---|
| Chief Complaint | **ANNUAL EXAM 10-4-2022** |
| Note Type | **Office Visit** |
| Date of Service | **Tue Oct 04 2022 @ 02:25 PM** |
| Created By | **Emanuel Vergis, MD (NPI: 1962478495)** |
| Signed By | **Emanuel Vergis, MD (NPI: 1962478495)** |
| Date Signed | **Tue Oct 04 2022 @ 02:53 PM** |

## Subjective

Patient presents for annual wellness visit.
1. Accompanied by Gregory - bullying trauma at their place of residency --> they prefer to be together until the situation is better; verbally assaulted by men in the apartment next to them;
2. FIT test in lieu of colonoscopy
3. review labs;
4. flu shot
5. scheduled to see oto-neurologist at UCSF next week for refractory migraines; audiology assessment this week;

Reviewed age-appropriate health maintenance goals.

PMH, PSH, Medications, Allergies, FHx reviewed and updated.

Social Hx:
Reviewed and updated in chart.

ROS focused on patient risk factors:
ROS negative except for pertinent positives listed above

## Vaccinations

**influenza (preservative-free)** 10/05/2021

**influenza (preservative-free)** 10/03/2019

**measles, mumps & rubella** IMMUNE BY TITRES 2021

**SARS-CoV-2 mRNA vaccine (Pfizer)** 07/17/2021

**SARS-CoV-2 mRNA vaccine (Pfizer)** 06/26/2021

**varicella** IMMUNE BY TITRES 2014

**zoster (recombinant)** 10/08/2020

## Health Background

**Surgeries & Important Events**

SURGERIES:
none

**Family Data**

Mother: DM2; recovered from COVID-19 earlier in 2022;
maternal family history: MGF (stroke, blindness, cancer)

Father: deceased due to CHF in 2000 (post operatively CABG x 3V)
paternal family history: PGF (deceased), PGM (heart problems)

Siblings: older brother (healthy)

**Social Data**

# ∴ one medical

595 Castro Street San Francisco, CA 94114    Phone: 888-663-6331 · Fax: 888-663-6331

Occupation: currently on disability; instructional design AI driverless vehicle
Relationship status: married to Gregory W (also my patient)
Diet: no issues per se;
Exercise: not very active currently
Sleep: improving, but not yet optimal
Caffeine: some
Tobacco: none at present
Alcohol: none
Substances (e.g. In the last year, have you used any drugs or prescription medications for non medical use?):

## Allergies

Penicillins (hives)

## Vitals

| sys | dia | HR | RR | temp | wt | ht | BMI | SpO2 | FIO2 |
|-----|-----|----|----|------|----|-----|------|------|------|
| 122 | 78 | 78 | — | — | 160 lb | 65.5 in | 26.2 | — | — |

## Exam

I conducted the encounter wearing the following PPE: N95, face shield/goggles, gloves. The patient was wearing a mask.

General: No distress
HEENT: EOMI, nl conjunctiva & lids, hearing grossly nl
Neck: supple, no concerning masses, no LAD
Lungs: CTA bilaterally, nl effort
CV: RRR, no M/R/G
Abd: S/NT/ND
Neuro/Psych: Normal affect, normal speech
Skin: Warm and well perfused

## Procedures & Services

## Assessment & Plan

Insomnia - TRAZODONE, MIRTAZAPINE - G47.00
5/17/2021:
Psychiatry prescribed trazodone 50 mg po QHS as needed (up to 3 tablets per night);
Gabapentin was stopped;

7/20/2021:
continues to take trazodone 50 mg po as needed;

8/10/2022:
continues to take mirtazapine and trazodone;

10/4/2022:
continue trazodone/mirtazapine;

Severe depression - F32.2
8/10/2022:
follow-up with Dr. Jillian;
stable on bupropion 300 mg per day;
currently on permanent disability;

# ⁘ one medical

595 Castro Street San Francisco, CA 94114    Phone: 888-663-6331  •  Fax: 888-663-6331

10/4/2022:
continue bupropion;
advised him to discuss recent verbal bullying with his therapist;

**Vestibular migraine** - G43.809
Characterized by dizziness, tinnitus;

10/11/2021:
he has noticed an uptick in headaches;
will identify an in-network provider for this;
discussed magnesium and B2 as preventatives;

118/2021:
Follow-up with neurology;
prior authorization for rimegepant pending;

12/17/2021:
NURTEC approved;
advised by his neurologist to take ASA 81 mg at onset of aural migraine symptoms;

8/10/2022:
Work-up thus far (MRI, sleep study) not identifying substantive cause of migraines;
EEG results pending;
No improvement following vestibular PT;
No longer taking NURTEC as this seemed to worsen his migraines;

10/4/2022:
Seeing oto-neurologist at UCSF next week;
failed prior treatment options for migraines;

**END - Office Visit**

**END - Medical Record: Unedited**

**BEGIN - Medical Records Release Form (3rd party)**

Note Title    3rd Party MRRF: Anthem Blue Cross
(UNEDITED)

# ∴ one medical

595 Castro Street San Francisco, CA 94114    Phone: 888-663-6331  ·  Fax: 888-663-6331

| | |
|---|---|
| Note Type | Medical Records Release Form (3rd party) |
| Date of Service | Thu Jan 19 2023 @ 12:35 PM |
| Created By | Erica Reinganum |
| Signed By | Chris Ibanez |
| Date Signed | Fri Jan 20 2023 @ 06:13 PM |

Type records (medical, billing, or all): MED Date range: 9/1/2022 - Present  Send records to: 800 850 0017 Edited: NO - because pt is using disability benefits through their insurance. Excluding: ** Release EXPIRES: N/A Confirm signature: N/A Date sent: 01/20/2023 MRS: Chris Ibanez

 one medical

595 Castro Street San Francisco, CA 94114    Phone: 888-663-6331  •  Fax: 888-663-6331
⊙ 01-19-2023 3:33 PM          Fax Services          → Dr. Emanuel Vergis                    pg 1 of 2

# FAX

**To:** Dr. Emanuel Vergis
Company:
Fax: 14152910489
Phone: (415) 529-4099

**From:** Shaleea Petty
Fax: 18008500017
Phone: (470) 784-1971

NOTES:
Medical Records

**Providers:** You are required to return, destroy or further protect any PHI received on this document pertaining to members that you are not currently treating. Providers are required to immediately destroy any such PHI or safeguard the PHI for as long as it is retained. In no event are you permitted to use or re-disclose such PHI.

**IMPORTANT WARNING:**
This message is intended for the use of the person or entity to which it is addressed and may contain information that is privileged and confidential, the disclosure of which is governed by applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this information is **STRICTLY PROHIBITED**. If you have received this message by error, please notify us immediately and destroy the related message. You, the recipient, are obligated to maintain it in a safe, secure and confidential manner. Re-disclosure without appropriate patient consent or as permitted by law is prohibited. Unauthorized re-disclosure or failure to maintain confidentiality could subject you to penalties described in federal and state law.

**Date and time of transmission: 01-19-2023 3:33 PM**
**Number of pages including this cover sheet: 2**

 **one medical**

595 Castro Street San Francisco, CA 94114    Phone: 888-663-6331  •  Fax: 888-663-6331
⊙ 01-19-2023 3:33 PM          Fax Services              → Dr.  Emanuel Vergis                              pg 2 of 2

**Anthem.**
**BlueCross**

Anthem Blue Cross Life and Health
Disability Service Center

PO Box 105426
Atlanta, GA 30348-5426
Tel: 800-813-5682
Fax: 800-850-0017

January 19, 2023

Provider:  Emanuel Vergis
Phone:      4155294099
Fax:          4152910489

Number of pages including cover:

Subject:  MICHAEL A DARDEN
DOB:  05/05/1966
Claim Number:  LT00403220
Reference Number:  443185

RE: Request for Clinical Information

In order to substantiate time out of work for this patient and evaluate their claim for disability payments, it is
necessary to have a clinical update related to their medical condition.  In order to make a determination, the
information with an X below is required from 09/01/2022 through present.

    x Copies of office visit notes, progress notes, SOAP notes and/or treatment notes

    x  Diagnostic test results (X-Rays, EMG, NCV, EEG, ECG, MRI, CAT scan, MMPI reports, etc.)

    x Medications

    x Lab reports (CBX, Fibrinogen, Hemoglobin A1C, TSH, etc.)

    x  Operative and pathology reports

    Prenatal records including prenatal flow chart; ultrasound results, Fibronectin test results, non stress test
    results and any other objective test results for prenatal care

    x Hospital history and physical and admit and discharge summaries

    x Physical therapy progress notes

    x Physician's progress notes and flow sheets-inpatient hospital or psychiatric

    x Return to work recommendation

    x Restrictions and limitations

    Other

**If payment is required, please fax an invoice with the tax identification number to the fax number listed
above.**

Thank you,
S PETTY
Disability Case Manager

Life products underwritten by Anthem Blue Cross Life and Health Insurance Company, Disability products underwritten by Anthem Life Insurance Company. Independent licensees of the Blue Cross Association.
ANTHEM is a registered trademark  of Anthem Insurance Companies, Inc.. The Blue Cross name and symbol are registered marks of the Blue Cross Association.
1C-LT00403220

**END - Medical Records Release Form (3rd party)**

**BEGIN - Consult Letter**

| | |
|---|---|
| Note Title | NEUROLOGY/HEADACHE Consult Letter 12-9-2022 |
| Note Type | Consult Letter |

# ⊹ one medical

595 Castro Street San Francisco, CA 94114    Phone: 888-663-6331 · Fax: 888-663-6331

| | |
|---|---|
| Date of Service | Fri Dec 09 2022 @ 01:11 PM |
| Created By | Erica Reinganum |
| Signed By | Emanuel Vergis, MD (NPI: 1962478495) |
| Date Signed | Sat Dec 10 2022 @ 06:55 AM |

athena          12/9/2022 4:03:32 pm EST          cbcdb2d4-5f3d-4e7e-b744-0d27ec06220a          Page: 1 / 6

**CONFIDENTIAL Fax**



# ⁙ one medical

595 Castro Street San Francisco, CA 94114　　Phone: 888-663-6331 · Fax: 888-663-6331

athena                    12/9/2022 4:03:32 pm EST                    cbcdb2d4-5f3d-4e7e-b744-0d27ec06220a                    Page: 2 / 6

PATRICIA SUZANNE MASKA, MD · 5601 NORRIS CANYON RD STE 240, SAN RAMON CA 94583-5407
**DARDEN, Michael (id #10073, dob: 05/05/1966)**
**PATRICIA SUZANNE MASKA MD**
5601 NORRIS CANYON RD STE 240
SAN RAMON, CA 94583-5407
Phone: (510) 748-5363
Fax: (925) 289-4975

**Encounter Summary - Progress Note**
Date Printed: 12/09/2022

Attention: Emanuel Vergis MD

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:752984-H-3387]

| Patient | Darden, Michael (56yo, M) #10073 |
|---------|----------------------------------|
| **DOB** | 05/05/1966 |

Patient Demographics:

| Address | 1801 Shoreline Dr/Apt 307<br>Alameda, CA 94501-6084 | **Home Phone** | (917) 868-8780 |
|---------|------|----------------|----------------|
|         |      | **Work Phone** | |

Patient Medical History:

| Encounter Reason/Date | Followup: Migraine with aura<br>Followup: Vertigo<br>Followup: Periodic limb movement disorder<br>Followup: Obstructive sleep apnea syndrome<br>12/09/2022 - 11:30AM - SAN RAMON |
|-----------------------|------|
| **History of Present Illness** | **Headache - f/up**<br>　　Reported by patient.<br><br>　　Timing of pain: frequency of overall cephalalgia: days/month (**8-12**); frequency of migraine: ( days/month) **(6-10)**; frequency of mild cephalalgia: ( days/month) **(2)**<br>　　Treatment (modifying factors): current preventive med emgality; 1st dose emgality 10/31/22.<br>　　Severity of pain: **pain level: migraine 8/10**<br><br>**Sleep**<br>　　Reported by patient.<br><br>　　Associated Symptoms: **excessive daytime sleepiness; snoring: mild**; no RLS symptoms; no urge to move legs; no increased motor activity at night (PLMS)<br>　　Severity: not sleepy driving<br>　　Treatment (modifying factors): medications tried for sleep issues: trazodone; no bothersome side effects<br><br>**Vertigo**<br>　　Reported by patient.<br><br>　　Quality: **true vertigo: spinning sensation**<br>　　Location: **tinnitus occurring bilateral**; tinnitus constant<br>　　Duration: symptoms constant<br>　　Aggravating factors (modifying factors): **symptoms worse with position change; symptoms exacerbated by looking down**<br>　　Evaluation: Did vestibular rehab-not that helpful.<br>　　Patient was seen as telehealth under the extended PHE renewal. Patient gave consent for tele-health visit.<br><br>　　Doing CBT at ucsf.. |

PATRICIA SUZANNE MASKA, MD                    Darden, Michael (ID: 10073), DOB: 05/05/1966

# ∻ one medical

595 Castro Street San Francisco, CA 94114    Phone: 888-663-6331  •  Fax: 888-663-6331

| athena | 12/9/2022 4:03:32 pm EST | cbcdb2d4-5f3d-4e7a-b744-0d27ec06220a | Page: 3 / 6 |

| Past Medical History | Reviewed Past Medical History<br>Anxiety Disorder: **Y**<br>Depression: **Y**<br>Headaches: **Y**<br>Heart Problems: **Y - MVP**<br>Migraines: **Y**<br>Sleep Disorder: **Y - moderate OSA**<br>Kidney Disease: N - no kidney stones<br>Notes: PTSD |
|---|---|
| Problem List | Reviewed Problems<br>• Body mass index 25-29 - overweight - Onset: 02/03/2022<br>• Reactive depression (situational) – Onset: 12/09/2022<br>• Obstructive sleep apnea syndrome - Onset: 08/29/2022<br>• Periodic limb movement disorder - Onset: 08/29/2022<br>• Migraine with aura - Onset: 11/01/2021<br>• Neck pain - Onset: 03/24/2022<br>• Vertigo - Onset: 11/01/2021<br>• Persistent postural perceptual dizziness - Onset: 10/28/2022<br>• Headache - Onset: 11/01/2021<br>• Snoring - Onset: 11/01/2021<br>• Elevated blood-pressure reading without diagnosis of hypertension - Onset: 08/29/2022<br>• Suicidal thoughts - Onset: 05/27/2022<br>• Nonspecific paroxysmal spell - Onset: 05/27/2022<br>• Caregiver role strain - Onset: 08/29/2022<br>• Migrainous vertigo - Onset: 10/28/2022 |
| Allergies List | Reviewed Allergies<br><br>PENICILLINS |

| Medications | Reviewed Medications | | |
|---|---|---|---|
| | **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>TAKE 1 TABLET BY MOUTH EVERY DAY | 11/11/22 | filled |
| | **clonazePAM 0.5 mg tablet**<br>TAKE 1 TABLET BY ORAL ROUTE DAILY AS NEEDED FOR ANXIETY | 11/08/22 | filled |
| | **Daily Multi-Vitamin** start 01/01/2021 | 01/01/21 | started |
| | **Emgality Pen 120 mg/mL subcutaneous pen injector**<br>Inject 1 mL every month by subcutaneous route for 30 days. | 12/09/22 | prescribed |
| | **mirtazapine 15 mg tablet**<br>TAKE 1 TABLET(S) BY ORAL ROUTE AT BEDTIME FOR 30 DAYS | 11/11/22 | filled |
| | **traZODone 50 mg tablet**<br>TAKE 1-2 TABLETS BY MOUTH AT BEDTIME AS NEEDED FOR INSOMNIA | 11/07/22 | filled |

| Social History | Reviewed Social History<br>**Education and Occupation**<br>What is the highest grade or level of school you have completed or the highest degree you have received?: Master's degree (e.g., MA, MS, MEng, MEd, MSW, MBA) (Notes: instructional designer)<br>Are you currently employed?: No (Notes: disability since 04/21)<br>**Diet and Exercise**<br>What type of diet are you following?: Regular<br>What is your exercise level?: Occasional (Notes: Walking)<br>**Activities of Daily Living**<br>Are you able to care for yourself?: No<br>Are you blind or do you have difficulty seeing?: No (Notes: Spots in eyes)<br>Are you deaf or do you have serious difficulty hearing? : No (Notes: Ringing in ears)<br>Do you have difficulty concentrating, remembering or making decisions?: Yes<br>Do you have difficulty walking or climbing stairs?: Yes (Notes: Sometimes)<br>Do you have difficulty dressing or bathing?: Yes (Notes: Sometimes)<br>Do you have difficulty doing errands alone?: Yes<br>Which of your hands is dominant?: Right<br>**Public Health and Travel**<br>Have you been to an area known to be high risk for COVID-19?: No<br>In the 14 days before symptom onset, have you had close contact with a laboratory-confirmed COVID-19 while that case was ill?: No |

PATRICIA SUZANNE MASKA, MD                                    Darden, Michael (ID: 10073), DOB: 05/05/1966

÷ one medical

595 Castro Street San Francisco, CA 94114 • Phone: 888-663-6331 • Fax: 888-663-6331

athena                12/9/2022 4:03:32 pm EST                    cbcdb2d4-5f3d-4e7e-b744-0d27ec06220a                    Page: 4 / 6

In the 14 days before symptom onset, have you had close contact with a person who is under investigation for COVID-19 while that person was ill?: No
**Substance Use**
Do you or have you ever smoked tobacco?: Never smoker
Do you or have you ever used any other forms of tobacco or nicotine?: No
What was the date of your most recent tobacco screening?: 12/09/2022
What is your level of alcohol consumption?: None
What is your level of caffeine consumption?: Occasional
**Advance Directive**
Do you have an advance directive?: Yes
**Marriage and Sexuality**
What is your relationship status?: Married (Notes: husband Gregory)
**Lifestyle**
Do you feel stressed (tense, restless, nervous, or anxious, or unable to sleep at night)?: Rather much
Do you use your seat belt or car seat routinely?: Yes
**Gender Identity and LGBTQ Identity**
Gender identity: Identifies as Male
Assigned sex at birth: Male
Pronouns: he/him
Sexual orientation: Lesbian, gay or homosexual

| Family History | Reviewed Family History | |
|---|---|---|
| | Mother | - Dementia |
| | | - Hypertensive disorder |
| | | - Hyperlipidemia |
| | Father | - Hypertensive disorder |
| | | - Hyperlipidemia |
| | | - Congestive heart failure |
| | | - Coronary artery bypass grafts x 3 |
| | no seizures | |
| Review of Systems | None recorded | |

Exam:

| Vitals | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 5 ft 5 in Stated 12/09/2022 11:13 am | **Wt:** | 158 lbs With clothes 12/09/2022 11:14 am | **BMI:** | 26.3 12/09/2022 11:14 am |
| **BP:** | 120/75 sitting 12/09/2022 11:45 am | **Pulse:** | 60 bpm 12/09/2022 11:16 am | **Pain Scale:** | 9 12/09/2022 11:16 am |

| Physical Exam | **General Appearance:** Appearance no acute distress. Habitus well nourished. |
|---|---|
| | **Head:** Appearance atraumatic. |
| | **Mental Status:** Level of consciousness alert and attentive. Mood, Affect normal mood, euthymic and affect congruent with mood. Attention/Concentration: normal attention and concentration. Orientation oriented to place and situation and orientated to person. Language, Speech no dysarthria or aphasia or dysphasia noted and normal fluency. Memory, Recall recent memory grossly normal. |
| | **Cranial Nerves:** Cranial Nerve VII approximately symmetric smile and forehead contraction. |
| Results/ Interpretations | None recorded |
| Document History | **Discussed the following documents:**<br>• FERRITIN, SERUM OR PLASMA - 11/16/22<br><br>• Sleep Medicine - Encounter Summary - 12-05-22 - Jerrold Kram - CA - Grove Sleep Holdings (MSO) - 12/09/22 |
| Procedure Documentation | None recorded |

PATRICIA SUZANNE MASKA, MD                    Darden, Michael (ID: 10073), DOB: 05/05/1966

# ⫶ one medical

595 Castro Street San Francisco, CA 94114   Phone: 888-663-6331 · Fax: 888-663-6331

athena                12/9/2022 4:03:32 pm EST                cbcdb2d4-5f3d-4e7e-b744-0d27ec06220a                Page: 5 / 6

## Assessment and Plan:

| Assessment and Plan | Time spent: 47 min |
|---|---|

Record review: 2 min
Chart prep: 2 min
Discussion/exam time spent with patient: 17 min
Risk assessment: testing options, medication options, lifestyle changes: 18 min
Charting: 8 min

f/u in 2 months (has f/u w/ Dr Sharon at UCSF late Jan).

**1. Migraine with aura -**
Vestibular migraine and Episodic migraine. Baseline headache days per month: 8-12, lasting more than 4 hours per day. Just took 2nd dose emgality. Want to give a full 3 months of emgality before considering changing to another preventive agent. We discussed the possibility of being evaluated by the UCSF HA center; we decided to defer this consideration until he has been on emgality longer and has OSA treated. I answered questions re: meds, prevention, referrals.

Preventive meds tried: Quilipta, Nurtec (did not tolerate), VPA, Elavil, lexapro, bupropion, GBN 300 mg, lorazepam. OTC preventives tried: B2, magnesium
G43.109: Migraine with aura, not intractable, without status migrainosus
■ MIGRAINE AURA WITHOUT A HEADACHE: CARE INSTRUCTIONS
● Emgality Pen 120 mg/mL subcutaneous pen injector - Inject 1 mL every month by subcutaneous route for 30 days.    Qty: (1) mL    Refills: 2    DAW: Y    Pharmacy: CVS/PHARMACY #9255

**2. Vertigo -**
Seen by UCSF neuro-otologist Dr Sharon. Vertigo multifactorial: vestibular migraine, PPPD and peripheral vestibulopathy. Did vestibular rehab-not that helpful. On agents that support serotonin, which can hopefully help PPPD. I answered questions re: dx, testing, treatment.
R42: Dizziness and giddiness

**3. Periodic limb movement disorder -**
PLMS. May be exacerbated by untreated mod OSA. Ferritin 198. Needs intervention. Hopefully treating OSA will help. We discussed trying a weighted blankets. I answered questions re: dx, testing, treatment..
G47.61: Periodic limb movement disorder

**4. Obstructive sleep apnea syndrome -**
Moderate OSA. He saw sleep MD, Dr Kram. He is considering OAT but per him, it's expensive. Going to try breath right strips and a snoreRx oral appliance, as they are less expensive. He wants to avoid PAP. I have requested a TSH. I answered questions re: dx, testing, treatment.
G47.33: Obstructive sleep apnea (adult) (pediatric)
● SLEEP APNEA: CARE INSTRUCTIONS

**5. Reactive depression (situational) -**
Doing CBT. Foll by psych.
F32.A: Depression, unspecified

**6. Suicidal thoughts -**
Passive SI. Contracts for safety. Michael has a support system for psych issues. I advised f/u w/ psychiatrist and therapist.
R45.851: Suicidal ideations
● SUICIDAL THOUGHTS IN A FAMILY MEMBER: CARE INSTRUCTIONS

Return to Office
● to see Patricia Maska, MD for Telemedicine at SAN RAMON on or around 02/09/2023

Electronically Signed by: PATRICIA MASKA, MD

PATRICIA SUZANNE MASKA, MD                                    Darden, Michael (ID: 10073), DOB: 05/05/1966

·ᐧ one medical

595 Castro Street San Francisco, CA 94114    Phone: 888-663-6331  ·  Fax: 888-663-6331

athena                   12/9/2022 4:03:32 pm EST                    cbcdb2d4-5f3d-4a7e-b744-0d27ec06220a                   Page: 6 / 6

12/09/2022

---

PATRICIA SUZANNE MASKA, MD                                    Darden, Michael (ID: 10073), DOB: 05/05/1966

**END - Consult Letter**

**BEGIN - Lab Result**

| | |
|---|---|
| Note Title | Lab: Testost. |
| Note Type | Lab Result |
| Date of Service | Wed Dec 07 2022 @ 09:40 AM |

# ⁘ one medical

595 Castro Street San Francisco, CA 94114    Phone: 888-663-6331 • Fax: 888-663-6331

| | |
|---|---|
| Created By | Medical Team |
| Signed By | Emanuel Vergis, MD (NPI: 1962478495) |
| Date Signed | Wed Dec 07 2022 @ 10:04 AM |

DARDEN, MICHAEL
(SN: 34022926730)
Overall Report Status: FINAL
Received on 12/07/2022

## Lab Report from LabCorp

| Specimen Number | Patient ID |
|---|---|
| 34022926730 | 110786538 |

**Patient Last Name**

DARDEN

**Patient First Name Patient Middle Name**

MICHAEL

| Patient SS# | Patient Phone Total Volume |
|---|---|
| | 917-868-8780 |

| Age (Y/M/D) | Date of Birth | Sex Fasting |
|---|---|---|
| | 1966- | M  N |

**Patient Address**

| Date/Time Collected | Date Entered | Date/Time Reported |
|---|---|---|
| 2022-12-06 07:06:00 PST | 2022-12-06 21:00:00 PST | 2022-12-07 09:07:00 PST |

| Control Number | Account Number | Account Phone Route |
|---|---|---|
| 4960838 | 04177620 | *hidden*  01 |

**Account Address**

**One Medical Group**
*1955 Broadway*
*Suite A Oakland CA 94612*

**Additional Information**

| Physician Name | NPI # | Physician ID |
|---|---|---|
| VERGIS, E | 1962478495 | |

**Tests Ordered**

Testosterone (004226)

| Tests | Results Flag Units Reference Interval Lab |
|---|---|
| Testosterone | |
| Testosterone | 488    ng/dL 264-916    01 |

Adult male reference interval is based on a population of
healthy nonobese males (BMI <30) between 19 and 39 years old.
Travison, et.al. JCEM 2017;102;1161-1173, PMID: 28324103.

Labcorp San Diego
01 01 13112 Evening Creek Dr So Ste 200, San Diego, CA 92128-    JennyGallowayMD
4108

For inquiries, the physician may contact Labcorp at 800-222-7566 858-668-3700
**END - Lab Result**

**BEGIN - Walk-in Visit**

| | |
|---|---|
| Chief Complaint Walk-in Visit: (Blood Draw) | |
| Note Type | Walk-in Visit |
| Date of Service | Tue Dec 06 2022 @ 10:01 AM |
| Created By | Astrid Ayon |
| Signed By | Astrid Ayon |
| Date Signed | Tue Dec 06 2022 @ 10:06 AM |

# ⫶ one medical

595 Castro Street San Francisco, CA 94114    Phone: 888-663-6331 ⋅ Fax: 888-663-6331
**Subjective**

## Exam

## Procedures & Services

**Venipuncture** - R68.82 - 36415

Testosterone

**END - Walk-in Visit**

**BEGIN - Laboratory Order**

| | |
|---|---|
| Note Title | Laboratory Order |
| Note Type | Laboratory Order |
| Date of Service | Sat Dec 03 2022 @ 07:08 AM |
| Created By | Emanuel Vergis, MD (NPI: 1962478495) |
| Signed By | Astrid Ayon |
| Date Signed | Tue Dec 06 2022 @ 10:06 AM |
| Lab Ref # | 45514848 |

### Lab Order

One Medical, Oakland
Tel: (888) 663-6331 | Fax: 415-291-0489

This lab order was generated using the New 1Life chart.
Click here to view this order in this patient's New 1Life chart

| LAB TESTS | QUEST CODES | LABCORP CODES |
|---|---|---|
| Testosterone | 873 | 004226 |

| INDICATIONS | ICD-10 |
|---|---|
| Loss of libido | R68.82 |

### INSTRUCTIONS

**To be collected on:** 12/03/2022
**Should Fast:** No
**Urgency:** Normal
**Notes for Phlebotomist:**

**Send copy of results to:**

### COLLECTION DETAILS

**Lab:** Labcorp
**Lab Account #:** 04177620
**Collection Date:** 12/06/2022
**Collection Time(s):**
**Was Fasting:** No
**Notes for Lab:**

**Tube Inventory:**

(rt) 1 gold

**Collected by:** Astrid Ayon

# ∴ one medical

595 Castro Street San Francisco, CA 94114    Phone: 888-663-6331 ∙ Fax: 888-663-6331
**END - Laboratory Order**

**BEGIN - Lab Result**

| | |
|---|---|
| Note Title | CC Lab: Ferritin |
| Note Type | Lab Result |
| Date of Service | Wed Nov 16 2022 @ 05:10 PM |
| Created By | Medical Team |
| Signed By | Jenneh Rishe, RN |
| Date Signed | Sun Nov 20 2022 @ 01:14 PM |

DARDEN, MICHAEL
(SN: 31922929830)
Overall Report Status: FINAL
Received on 11/16/2022

## Lab Report from LabCorp

| Specimen Number | Patient ID |
|---|---|
| 31922929830 | 10073 |

**Patient Last Name**
DARDEN

**Patient First Name Patient Middle Name**
MICHAEL

| Patient SS# | Patient Phone | Total Volume |
|---|---|---|
| | 917-868-8780 | |

| Age (Y/M/D) | Date of Birth | Sex | Fasting |
|---|---|---|---|
| | 1966-████ | M | N |

**Patient Address**
1801 SHORELINE DR APT 307
ALAMEDA
CA, 94501-6084

| Date/Time Collected | Date Entered | Date/Time Reported |
|---|---|---|
| 2022-11-14 23:01:00 PST | 2022-11-15 21:00:00 PST | 2022-11-16 16:35:00 PST |

| Control Number | Account Number | Account Phone | Route |
|---|---|---|---|
| 3192292983 | 04023160 | *hidden* | 01 |

**Account Address**
One Medical Group
*3850 Grand Avenue Oakland CA 94610*

**Additional Information**

**Physician Name NPI # Physician ID**
MASKA, p          MASKA,P

**Tests Ordered**
Ferritin (004598)

| Tests | Results | Flag | Units | Reference Interval | Lab |
|---|---|---|---|---|---|
| Ferritin | | | | | |
| Ferritin | 198 | | ng/mL | 30-400 | 01 |

01 Labcorp San Diego
01 13112 Evening Creek Dr So Ste 200, San Diego, CA 92128-4108          JennyGallowayMD

For inquiries, the physician may contact Labcorp at 800-222-7566 858-668-3700
**END - Lab Result**

**BEGIN - Outside Laboratory Order**

| | |
|---|---|
| Note Title | Outside Laboratory Order |
| Note Type | Outside Laboratory Order |
| Date of Service | Tue Nov 15 2022 @ 02:17 PM |

# ·ꞏ· one medical

595 Castro Street San Francisco, CA 94114    Phone: 888-663-6331  ·  Fax: 888-663-6331
Created By       Angel Corrales
Signed By        Daniel Herb
Date Signed      Tue Nov 15 2022 @ 03:56
                 PM
Lab Ref #        45146544

Prepped by: Dan Herb Send to: LabCorp ICD-10: G47.61 Date Collected: 11/15/2022 Time Collected: 2:01 PM Fasting: N Specimens Collected: [REF]
1 5ml GOLD Requested Results be CC'ed to: One Medical Group on FAX #: 415-291-0489]

# ⁖one medical

595 Castro Street San Francisco, CA 94114    Phone: 888-663-6331 • Fax: 888-663-6331



11/15/22, 3:16 PM                    compressed_4135773341240432679.jpg (720×1600)

PATRICIA SUZANNE MASKA, MD • 5601 NORRIS CANYON RD STE 240, SAN RAMON CA 94583-5407

**DARDEN, Michael (id #10073, dob: 05/05/1966)**

## Lab Order
### 10/28/2022

| Order To | Ordering Provider |
|---|---|
| **ONE MEDICAL LAB**<br><br>**3850 GRAND AVE**<br>**OAKLAND, CA 94610**<br>Phone: (510) 225-1013<br>Fax: (415) 276-1777 | **PATRICIA MASKA, MD**<br>**SAN RAMON**<br>**5601 NORRIS CANYON RD STE 240**<br>**SAN RAMON, CA 94583-5407**<br>Phone: (510) 748-5363<br>Fax: (925) 289-4975 |

| Order |
|---|
| **Orders included: 1** |
| Periodic limb movement disorder\| ICD-10: G47.61: Periodic limb movement disorder<br>• FERRITIN, SERUM OR PLASMA \| BILL: Third Party |

| Patient Name | **DARDEN, MICHAEL** |
|---|---|
| **Sex - DOB - Age** | **M 05/05/1966 56yo** |
| **Address** | **1801 SHORELINE DR/APT 307**<br>**ALAMEDA, CA 94501-6084** |
| **Phone** | **h: (917) 868-8780 w:** |
| **Primary Insurance** | **BCBS-CA Blue Cross of California (PPO)**<br>**ID: XDP241W06151**<br>**Group: 281837M001**<br>**Policy Holder: DARDEN, MICHAEL**<br><br>Eligibility: Member is eligible. (Verified 10/31/2022) |
| **Secondary Insurance** | None recorded. |
| **Drawn by:** | |
| **Date/Time Drawn:** | |
| **Fasting?:** | - None Needed<br>- 8 HR<br>- 12 HR |

# ∴ one medical

595 Castro Street San Francisco, CA 94114    Phone: 888-663-6331  ·  Fax: 888-663-6331

| | |
|---|---|
| Date of Service | Tue Nov 15 2022 @ 02:16 PM |
| Created By | Daniel Herb |
| Signed By | Daniel Herb |
| Date Signed | Tue Nov 15 2022 @ 04:17 PM |

**Subjective**

**Exam**

**END - Walk-In Visit**

**BEGIN - Consult Letter**

| | |
|---|---|
| Note Title | Consult Letter |
| Note Type | Consult Letter |
| Date of Service | Fri Oct 28 2022 @ 12:47 PM |
| Created By | Erica Reinganum |
| Signed By | Tessa Lannoy, FNP-BC (NPI: 1801170725) |
| Date Signed | Sun Oct 30 2022 @ 10:57 AM |

## ∴ one medical

595 Castro Street San Francisco, CA 94114    Phone: 888-663-6331  •  Fax: 888-663-6331

athena              10-28-2022 3:33 PM ET          515-44356347                        pg 1 of 6

# CONFIDENTIAL Fax

**FROM:**

PATRICIA MASKA, MD
5601 NORRIS CANYON RD STE 240, SAN RAMON, CA 94583-5407
Phone: (510) 748-5363
Fax: (925) 289-4975

**TO:**

EMANUEL VERGIS MD
Fax: (415) 291-0489

This fax may contain sensitive and confidential personal health information that is being
sent for the sole use of the intended recipient. Unintended recipients are directed to
securely destroy any materials received. You are hereby notified that the unauthorized
disclosure or other unlawful use of this fax or any personal health information is
prohibited. To the extent patient information contained in this fax is subject to 42 CFR
Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify
the sender and confirm that the information will be destroyed. If you do not have internet
access, please call 1-888-482-8436 to notify the sender and confirm that the information
will be destroyed. Thank you for your attention and cooperation. [ID:744792-H-3387]

# ⊹ one medical

595 Castro Street San Francisco, CA 94114   Phone: 888-663-6331 • Fax: 888-663-6331

athena                      10-28-2022 3:33 PM ET            515-44356347                                pg 2 of 6

PATRICIA SUZANNE MASKA, MD • 5601 NORRIS CANYON RD STE 240, SAN RAMON CA 94583-5407
**DARDEN, Michael (id #10073, dob: 05/05/1966)**
**PATRICIA SUZANNE MASKA MD**
5601 NORRIS CANYON RD STE 240
SAN RAMON, CA  94583-5407
Phone: (510) 748-5363
Fax:  (925) 289-4975

**Encounter Summary – Progress Note**
Date Printed:  10/28/2022

Attention: Emanuel Vergis MD

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:744792-H-3387]

| Patient | Darden, Michael (56yo, M) #10073 |
|---------|----------------------------------|
| DOB | 05/05/1966 |

### Patient Demographics:

| Address | 1801 Shoreline Dr/Apt 307 Alameda, CA 94501-6084 | Home Phone | (917) 868-8780 |
|---------|--------------------------------------------------|------------|----------------|
| | | Work Phone | |

### Patient Medical History:

| Encounter Reason/Date | Followup: Migraine with aura Followup: Vertigo Followup: Periodic limb movement disorder Followup: Obstructive sleep apnea syndrome 10/28/2022 - 11:30AM - SAN RAMON |
|------------------------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| History of Present Illness | **CPAP, oral appliance f/up** Reported by patient. Duration of therapy: **not using oral appliance due to too expensive** **Headache – f/up** Reported by patient. Timing of pain: frequency of migraine: ( days/month) (**8-12**) Severity of pain: severity score 5-10 out of 10 Duration of pain: pain lasting 4 hrs to all day Associated Symptoms: **nausea (sometimes); sensitivity to light (sometimes); sensitivity to sound (sometimes)** **Sleep** Reported by patient. Associated Symptoms: **excessive daytime sleepiness; suspected respiratory events: witnessed apneas; RLS symptoms occurring at rest; increased motor activity at night (PLMS)** Duration: sleep issues most nights per week Severity: not sleepy driving Notes: Per pt, OAT too expensive. **Vertigo** Reported by patient. Quality: **true vertigo: spinning sensation** Location: **tinnitus occurring bilateral (R > L)** Duration: symptoms constant |

PATRICIA SUZANNE MASKA, MD                                            Darden, Michael (ID: 10073), DOB: 05/05/1966

# ⫶ one medical

595 Castro Street San Francisco, CA 94114    Phone: 888-663-6331 · Fax: 888-663-6331

athena                           10-28-2022 3:33 PM ET          515-44356347                                    pg 3 of 6

Severity: severity of vertigo 5/10 to 10/10.
Associated Symptoms: **associated nausea**
Evaluation: per Gregory, vestib testing done yest at UCSF and that they said that it
did not show a lot of peripheral component of vertigo.
Notes:
I rev'd neuro-otlogy notes Dr Sharon UCSF.
In bed 10-14 hours a day.
Patient was seen as telehealth under the extended PHE renewal. Patient gave consent for
tele-health visit.

Pt ok w/ husband Gregory in visit.

Passive SI. Contracts for safety.

| | |
|---|---|
| **Past Medical History** | Reviewed Past Medical History<br>Anxiety Disorder: **Y**<br>Depression: **Y**<br>Headaches: **Y**<br>Heart Problems: **Y - MVP**<br>Migraines: **Y**<br>Kidney Disease: N - no kidney stones<br>Notes: PTSD |
| **Problem List** | Reviewed Problems<br>● Body mass index 25-29 - overweight - Onset: 02/03/2022<br>● Obstructive sleep apnea syndrome - Onset: 08/29/2022<br>● Periodic limb movement disorder - Onset: 08/29/2022<br>● Migraine with aura - Onset: 11/01/2021<br>● Neck pain - Onset: 03/24/2022<br>● Vertigo - Onset: 11/01/2021<br>● Persistent postural perceptual dizziness - Onset: 10/28/2022<br>● Headache - Onset: 11/01/2021<br>● Snoring - Onset: 11/01/2021<br>● Elevated blood-pressure reading without diagnosis of hypertension - Onset: 08/29/2022<br>● Suicidal thoughts - Onset: 05/27/2022<br>● Nonspecific paroxysmal spell - Onset: 05/27/2022<br>● Caregiver role strain - Onset: 08/29/2022<br>● Migrainous vertigo - Onset: 10/28/2022 |
| **Allergies List** | Reviewed Allergies |
| | **PENICILLINS** |

| Medications | Reviewed Medications | | |
|---|---|---|---|
| | **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>TAKE 1 TABLET BY MOUTH EVERY DAY | 10/12/22 | filled |
| | **clonazePAM 0.5 mg tablet**<br>TAKE 1 TABLET(S) BY ORAL ROUTE , DAILY AS NEEDED ANXIETY , FOR 30 DAYS | 07/19/22 | filled |
| | **Emgality Pen 120 mg/mL subcutaneous pen injector**<br>Inject 1 mL every month by subcutaneous route for 30 days. | 10/28/22 | prescribed |
| | **escitalopram 5 mg tablet** | 12/14/21 | filled |
| | **mirtazapine 15 mg tablet**<br>TAKE 1 TABLET(S) BY ORAL ROUTE AT BEDTIME FOR 30 DAYS | 10/13/22 | filled |
| | **traZODone 50 mg tablet**<br>TAKE 1-2 TABLETS BY MOUTH AT BEDTIME AS NEEDED FOR INSOMNIA | 10/12/22 | filled |

| | |
|---|---|
| **Social History** | Reviewed Social History<br>**Education and Occupation**<br>What is the highest grade or level of school you have completed or the highest degree you have received?: Master's degree (e.g., MA, MS, MEng, MEd, MSW, MBA) (Notes: instructional designer)<br>Are you currently employed?: No (Notes: disability since 04/21)<br>**Diet and Exercise**<br>What type of diet are you following?: Regular<br>What is your exercise level?: Occasional (Notes: Walking)<br>**Activities of Daily Living**<br>Are you able to care for yourself?: No<br>Are you blind or do you have difficulty seeing?: No (Notes: Spots in eyes) |

# ⚕ one medical

595 Castro Street San Francisco, CA 94114    Phone: 888-663-6331 • Fax: 888-663-6331

athena                          10-28-2022 3:33 PM ET          515-44356347                          pg 4 of 6

|  |  |
|---|---|
|  | Are you deaf or do you have serious difficulty hearing? : No (Notes: Ringing in ears)<br>Do you have difficulty concentrating, remembering or making decisions?: Yes<br>Do you have difficulty walking or climbing stairs?: Yes (Notes: Sometimes)<br>Do you have difficulty dressing or bathing?: Yes (Notes: Sometimes)<br>Do you have difficulty doing errands alone?: Yes<br>Which of your hands is dominant?: Right<br>**Public Health and Travel**<br>Have you been to an area known to be high risk for COVID-19?: No<br>In the 14 days before symptom onset, have you had close contact with a laboratory-<br>confirmed COVID-19 while that case was ill?: No<br>In the 14 days before symptom onset, have you had close contact with a person who is<br>under investigation for COVID-19 while that person was ill?: No<br>**Substance Use**<br>Do you or have you ever smoked tobacco?: Never smoker<br>Do you or have you ever used any other forms of tobacco or nicotine?: No<br>What was the date of your most recent tobacco screening?: 10/28/2022<br>What is your level of alcohol consumption?: None<br>What is your level of caffeine consumption?: Occasional<br>**Advanced Directive**<br>Do you have an advanced directive?: Yes<br>**Marriage and Sexuality**<br>What is your relationship status?: Married (Notes: husband Gregory)<br>**Lifestyle**<br>Do you feel stressed (tense, restless, nervous, or anxious, or unable to sleep at night)?:<br>Rather much<br>Do you use your seat belt or car seat routinely?: Yes |
| **Family History** | Reviewed Family History |
|  | Mother — Dementia |
|  | — Hypertensive disorder |
|  | — Hyperlipidemia |
|  | Father — Hypertensive disorder |
|  | — Hyperlipidemia |
|  | — Congestive heart failure |
|  | — Coronary artery bypass grafts x 3 |
|  | no seizures |
| **Review of Systems** | None recorded |

Exam:

| **Vitals** |  |  |  |
|---|---|---|---|
|  | **Ht:** 5 ft 5 in<br>10/28/2022<br>11:06 am | **Wt:** 160 lbs With<br>clothes<br>10/28/2022<br>11:06 am | **BMI:** 26.6<br>10/28/2022<br>11:06 am |
|  | **BP:** 120/80 sitting<br>10/28/2022<br>11:50 am | **Pulse:** 60 bpm<br>10/28/2022<br>11:08 am | **T:** 97.5 F°<br>10/28/2022<br>11:08 am |
|  | **Pain Scale:** 7 10/28/2022<br>11:06 am |  |  |

| **Physical Exam** | **General Appearance:** Appearance no acute distress. Habitus well nourished.<br><br>**Head:** Appearance atraumatic.<br><br>**Mental Status:** Level of consciousness alert and attentive. Mood, Affect normal mood, euthymic and affect congruent with mood. Attention/Concentration: normal attention and concentration. Orientation oriented to place and situation and orientated to person. Language, Speech no dysarthria or aphasia or dysphasia noted and normal fluency. Memory, Recall recent memory grossly normal.<br><br>**Cranial Nerves:** Cranial Nerve VII approximately symmetric smile and forehead contraction. |
|---|---|
| **Results/ Interpretations** | None recorded |

PATRICIA SUZANNE MASKA, MD                          Darden, Michael (ID: 10073), DOB:05/05/1966

**⁘ one medical**

595 Castro Street San Francisco, CA 94114    Phone: 888-663-6331 • Fax: 888-663-6331

athena                    10-28-2022 3:33 PM ET        515-44356347                        pg 5 of 6

| Document History | Discussed the following documents:<br>• NEUROTOLOGIST CONSULT NOTE - UCSF NEUROTOLOGY CLINIC - 10/11/22<br>• AUDIOLOGIST CONSULT NOTE - 10/06/22<br>• General Medicine - Continuity of Care Document - Sutter Health Affiliates and Community Connect Practices - 08/29/22<br>• General Medicine - Travel - John Muir Health - 08/29/22 |
|---|---|
| Procedure Documentation | None recorded |

Assessment and Plan:

| Assessment and Plan | Time spent: 47 min<br><br>Record review: 5 min<br>Chart prep: 2 min<br>Discussion/exam time spent with patient/care partner: 16 min<br>Risk assessment: testing options, medication options, lifestyle changes: 16 min<br>Charting: 8 min<br><br>f/u in 6 weeks<br><br>**1. Migraine with aura -**<br>Michael has Vestibular migraine. Episodic migraine. Baseline headache days per month: 8-12, lasting more than 4 hours per day. Needs intervention. We discussed the R&B of med options. Neuro-otology recommended Emgality. I think this is a good option for Michael .Side effects rev'd. Michael wants to try it. I answered questions re: testing, meds, prevention.<br><br>   Preventive meds tried: Quilipta, Nurtec (did not tolerate), VPA, Elavil, lexapro,<br>     bupropion, GBN 300 mg, lorazepam. OTC preventives tried: B2, magnesium<br>   G43.109: Migraine with aura, not intractable, without status migrainosus<br>• MIGRAINE AURA WITHOUT A HEADACHE: CARE INSTRUCTIONS<br>• Emgality Pen 120 mg/mL subcutaneous pen injector - Inject 1 mL every month by subcutaneous route for 30 days.    Qty: 1 1 mL syringe(s)    Refills: 1    DAW: Y    Pharmacy: CVS/PHARMACY #9255<br><br>**2. Vertigo -**<br>Seen by neuro-otology at UCSF, Dr Sharon. He felt Michael has vestibular migraine, PPPD and a peripheral vestibulopathy. Vestib testing done yest at UCSF; we will request results. I answered questions re: dx. testing, treatment.<br>   R42: Dizziness and giddiness<br><br>**3. Obstructive sleep apnea syndrome -**<br>EDS, suspected apneas. Per pt, OAT too expensive. Needs further evaluation. I will request evaluation w/ a sleep MD. Needs eval. I will request a TSH. I answered questions re: dx. testing, treatment.<br>   G47.33: Obstructive sleep apnea (adult) (pediatric)<br>• SLEEP APNEA: CARE INSTRUCTIONS<br>• SLEEP MEDICINE REFERRAL -    Schedule Within: provider's discretion    Note to Provider: OSA. Pls eval for treatment options. EDS, suspected apneas. Per pt, OAT too expensive.<br>• TSH, SERUM OR PLASMA<br><br>**4. Periodic limb movement disorder -**<br>Michael has periodic limb movements during sleep that wakes him up according to polysomnogram - diagnosed with mod OSA. Needs eval. I will request a ferritin level. As before, I am not advising using benzo for PLMD treatment at this time. Defer to psychiatry to determine whether adjustment to his psych meds should be made for PLMD. I answered questions re: dx. testing, treatment..<br>   G47.61: Periodic limb movement disorder<br>• FERRITIN, SERUM OR PLASMA<br><br>**5. Migrainous vertigo**<br>   H81.8X9: Other disorders of vestibular function, unspecified ear<br><br>**6. Suicidal thoughts -**<br>Passive SI. Contracts for safety. He has a support system for psych issues. Has psychiatrist and a therapist.<br>   R45.851: Suicidal ideations<br>• SUICIDAL THOUGHTS IN A FAMILY MEMBER: CARE INSTRUCTIONS<br><br>**7. Persistent postural perceptual dizziness** |

PATRICIA SUZANNE MASKA, MD                                    Darden, Michael (ID: 10073), DOB: 05/05/1966

# ⁘ one medical

595 Castro Street San Francisco, CA 94114    Phone: 888-663-6331 • Fax: 888-663-6331

athena                      10-28-2022 3:33 PM ET              515-44356347                        pg 6 of 6

R42: Dizziness and giddiness

**Return to Office**
- to see Patricia Maska, MD for PSM telehealth 30 at SAN RAMON on or around 12/09/2022

Electronically Signed by: PATRICIA MASKA, MD

10/28/2022

PATRICIA SUZANNE MASKA, MD                                          Darden, Michael (ID: 10073), DOB: 05/05/1966

**END - Consult Letter**

**BEGIN - Lab Result**
Note Title     Lab: FIT
Note Type     Lab Result

# ⊹ one medical

595 Castro Street San Francisco, CA 94114    Phone: 888-663-6331 • Fax: 888-663-6331

| | |
|---|---|
| Date of Service | Fri Oct 14 2022 @ 11:40 AM |
| Created By | Medical Team |
| Signed By | Emanuel Vergis, MD (NPI: 1962478495) |
| Date Signed | Sat Oct 15 2022 @ 06:48 AM |

DARDEN, MICHAEL
(SN: 28622921870)
Overall Report Status: FINAL
Received on 10/14/2022

## Lab Report from LabCorp

| Specimen Number | Patient ID |
|---|---|
| 28622921870 | 110786538 |

**Patient Last Name**

DARDEN

**Patient First Name Patient Middle Name**

MICHAEL

| Patient SS# | Patient Phone | Total Volume |
|---|---|---|
| | 917-868-8780 | |

| Age (Y/M/D) | Date of Birth | Sex | Fasting |
|---|---|---|---|
| | 1966- | M | N |

**Patient Address**

1801 SHORELINE DR APT 307
ALAMEDA
CA, 94501-6084

| Date/Time Collected | Date Entered | Date/Time Reported |
|---|---|---|
| 2022-10-12 21:00:00 PDT | 2022-10-13 21:00:00 PDT | 2022-10-14 11:06:00 PDT |

| Control Number | Account Number | Account Phone | Route |
|---|---|---|---|
| 4826708 | 04338885 | hidden | 01 |

**Account Address**

One Medical Group
595 Castro Street San Francisco CA 94114

**Additional Information**

| Physician Name | NPI # | Physician ID |
|---|---|---|
| VERGIS, E | 1962478495 | |

**Tests Ordered**

Occult Blood, Fecal, IA (182949); Please note (199999)

| Tests | Results | Flag | Units | Reference Interval | Lab |
|---|---|---|---|---|---|
| Occult Blood, Fecal, IA | | | | | |
| Occult Blood, Fecal, IA | Negative | | | Negative | 01 |
| Please note | | | | | |
| Please note | | | | | 01 |

The date and/or time of collection was not indicated on the requisition as required by state and federal law. The date of receipt of the specimen was used as the collection date if not supplied.

Labcorp San Diego
01 01 13112 Evening Creek Dr So Ste 200, San Diego, CA 92128-4108          JennyGallowayMD

For inquiries, the physician may contact Labcorp at 800-222-7566 858-668-3700
**END - Lab Result**

**BEGIN - Walk-in Visit**
Chief Complaint Walk-in Visit: (Stool)

# ∴ one medical

595 Castro Street San Francisco, CA 94114    Phone: 888-663-6331  •  Fax: 888-663-6331

| | |
|---|---|
| Note Type | Walk-in Visit |
| Date of Service | Thu Oct 13 2022 @ 01:31 PM |
| Created By | Daniel Herb |
| Signed By | Daniel Herb |
| Date Signed | Thu Oct 13 2022 @ 01:34 PM |

**Subjective**

**Exam**

**Procedures & Services**

**Stool collection kit provision - Z12.11 - XXXXX**

Fecal occult blood immunofluorescence assay

**END - Walk-in Visit**

**BEGIN - Walk-in Visit**

| | |
|---|---|
| Chief Complaint Walk-in Visit: (Stool, Flu Vax) | |
| Note Type | Walk-in Visit |
| Date of Service | Tue Oct 04 2022 @ 02:43 PM |
| Created By | Umberto Batista |
| Signed By | Umberto Batista |
| Date Signed | Tue Oct 04 2022 @ 02:58 PM |

**Subjective**

**Exam**

**Procedures & Services**

**Influenza virus vaccine, quadrivalent (RIV4), derived from recombinant DNA, hemagglutinin (HA) protein only, preservative and an- Z23 -** 90682, 90471

**END - Walk-in Visit**

**BEGIN - Laboratory Order**

| | |
|---|---|
| Note Title | Laboratory Order |
| Note Type | Laboratory Order |
| Date of Service | Tue Oct 04 2022 @ 02:31 PM |
| Created By | Emanuel Vergis, MD (NPI: 1962478495) |
| Signed By | Daniel Herb |
| Date Signed | Thu Oct 13 2022 @ 01:34 PM |
| Lab Ref # | 44120180 |

**Lab Order**

# ⫶ one medical

595 Castro Street San Francisco, CA 94114    Phone: 888-663-6331 • Fax: 888-663-6331
One Medical, Oakland
Tel: (888) 663-6331 | Fax: 415-291-0489

This lab order was generated using the New 1Life chart.
Click here to view this order in this patient's New 1Life
chart

| LAB TESTS | QUEST CODES | LABCORP CODES |
|---|---|---|
| Fecal occult blood immunofluorescence assay | 11290 | 182949 |

| INDICATIONS | | ICD-10 |
|---|---|---|
| Colorectal cancer screening needed | | Z12.11 |

## INSTRUCTIONS

**To be collected on:** 10/04/2022
**Should Fast:** No
**Urgency:** Normal
**Notes for Phlebotomist:**

**Send copy of results to:**

## COLLECTION DETAILS

**Lab:** Labcorp
**Lab Account #:** 04177620
**Collection Date:** 10/13/2022
**Collection Time(s):** See Vial
**Was Fasting:** No
**Notes for Lab:**

**Tube Inventory:**

1 FOBT Vial

**Collected by:** Daniel Herb

**END - Laboratory Order**

**BEGIN - Patient Survey**

| | |
|---|---|
| Note Title | Covid and Monkeypox Screening |
| Note Type | Patient Survey |
| Date of Service | Tue Oct 04 2022 @ 02:25 PM |
| Created By | Patient Form Submission |
| Signed By | Patient Form Submission |
| Date Signed | Mon Oct 03 2022 @ 10:08 PM |

.
.

**In the last 10 days, have you had close contact with someone with symptoms of COVID-19 or a known COVID-19 infection?**

No

**Have you had a confirmed positive COVID-19 test in the last 10 days?**

No

**Do you have any new rashes, sores, or lesions?**

No

**Do you have any new cough, fever or shortness of breath?**

No

**In the last 3 weeks, have you been in contact with a person with probable or confirmed Monkeypox?**

No

# ∴ one medical

595 Castro Street San Francisco, CA 94114    Phone: 888-663-6331 · Fax: 888-663-6331
**END - Patient Survey**

**BEGIN - Patient Survey**

| | |
|---|---|
| Note Title | Preparing for your Wellness Visit |
| Note Type | Patient Survey |
| Date of Service | Tue Oct 04 2022 @ 02:25 PM |
| Created By | Patient Form Submission |
| Signed By | Patient Form Submission |
| Date Signed | Mon Oct 03 2022 @ 10:07 PM |

**Patient prioritized topics**

Mental health (mood, stress, anxiety, etc.)
Preventive screenings
Vaccines

**Health and lifestyle questions**

Please imagine a ladder, with steps numbered from 0 at the bottom to 10 at the top. The top of the ladder represents the best possible life for you and the bottom of the ladder represents the worst possible life for you.

**Patient's current Cantril Ladder rating is**

1

**Patient's 1-year Cantril Ladder rating is**

1

**Patient rates their overall health as**

Poor

**Physical Activity: Days per week engaged in moderate to strenuous exercise**

0

**Minutes engaged in exercise at each session**

<15

**Diet & Nutrition: Average times eats out each week**

Rarely (0-3 meals)

**Portion of typical plate that is plant-based**

26-50%

**Consumes sweetened beverages**

1 per day

**Sleep: Has problem falling or staying asleep**

Yes

**How often did you have a drink containing alcohol in the past year?**

Never

**How often did you have six or more drinks on one occasion in the past year?**

N/A

**How many drinks containing alcohol did you have on a typical day when you were drinking in the past year?**

N/A

**How many times in the past year have you used drugs or used a prescription medication for non-medical reasons?**

Never

**Tobacco Status**

Never used or smoked tobacco regularly

**Intimate Partner Violence: Has been hurt, hit, threatened or made to feel afraid by their partner or someone else in the past year**

No

## ∴ one medical

595 Castro Street San Francisco, CA 94114    Phone: 888-663-6331  •  Fax: 888-663-6331
**Sexual Health: Sexually active in the last year (oral, vaginal, or anal sex)**

Yes, with 1 partner

**Have you had unprotected sex (i.e., sex without a condom or other barrier) with anyone in the last year?**

No

.

.

.

.

.

.

.

**END - Patient Survey**

**BEGIN - Office Visit**

| | |
|---|---|
| Chief Complaint | ANNUAL EXAM 10-4-2022 |
| Note Type | Office Visit |
| Date of Service | Tue Oct 04 2022 @ 02:25 PM |
| Created By | Emanuel Vergis, MD (NPI: 1962478495) |
| Signed By | Emanuel Vergis, MD (NPI: 1962478495) |
| Date Signed | Tue Oct 04 2022 @ 02:53 PM |

**Subjective**

Patient presents for annual wellness visit.
1. Accompanied by Gregory - bullying trauma at their place of residency --> they prefer to be together until the situation is better; verbally assaulted by men in the apartment next to them;
2. FIT test in lieu of colonoscopy
3. review labs;
4. flu shot
5. scheduled to see oto-neurologist at UCSF next week for refractory migraines; audiology assessment this week;

Reviewed age-appropriate health maintenance goals.

PMH, PSH, Medications, Allergies, FHx reviewed and updated.

Social Hx:
Reviewed and updated in chart.

ROS focused on patient risk factors:
ROS negative except for pertinent positives listed above

**Vaccinations**

**influenza (preservative-free)** 10/05/2021

**influenza (preservative-free)** 10/03/2019

**measles, mumps & rubella** IMMUNE BY TITRES 2021

**SARS-CoV-2 mRNA vaccine (Pfizer)** 07/17/2021

**SARS-CoV-2 mRNA vaccine (Pfizer)** 06/26/2021

**varicella** IMMUNE BY TITRES 2014

**zoster (recombinant)** 10/08/2020

**Health Background**

# ⫶ one medical

595 Castro Street San Francisco, CA 94114    Phone: 888-663-6331 • Fax: 888-663-6331
**Surgeries & Important Events**

SURGERIES:
none

**Family Data**

Mother: DM2; recovered from COVID-19 earlier in 2022;
maternal family history: MGF (stroke, blindness, cancer)

Father: deceased due to CHF in 2000 (post operatively CABG x 3V)
paternal family history: PGF (deceased), PGM (heart problems)

Siblings: older brother (healthy)

**Social Data**

Occupation: currently on disability; instructional design AI driverless vehicle
Relationship status: married to Gregory W (also my patient)
Diet: no issues per se;
Exercise: not very active currently
Sleep: improving, but not yet optimal
Caffeine: some
Tobacco: none at present
Alcohol: none
Substances (e.g. In the last year, have you used any drugs or prescription medications for non medical use?):

**Allergies**

**Penicillins** (hives)

**Vitals**

| sys | dia | HR | RR | temp | wt | ht | BMI | SpO2 | FiO2 |
|-----|-----|----|----|------|----|----|-----|------|------|
| 122 | 78 | 78 | — | — | 160 lb | 65.5 in | 26.2 | — | — |

**Exam**

I conducted the encounter wearing the following PPE: N95, face shield/goggles, gloves. The patient was wearing a mask.

General: No distress
HEENT: EOMI, nl conjunctiva & lids, hearing grossly nl
Neck: supple, no concerning masses, no LAD
Lungs: CTA bilaterally, nl effort
CV: RRR, no M/R/G
Abd: S/NT/ND
Neuro/Psych: Normal affect, normal speech
Skin: Warm and well perfused

**Procedures & Services**

**Assessment & Plan**

**Insomnia** - TRAZODONE, MIRTAZAPINE - G47.00

5/17/2021:
Psychiatry prescribed trazodone 50 mg po QHS as needed (up to 3 tablets per night);
Gabapentin was stopped;

7/20/2021:
continues to take trazodone 50 mg po as needed;

8/10/2022:
continues to take mirtazapine and trazodone;

# ⠿ one medical

595 Castro Street San Francisco, CA 94114    Phone: 888-663-6331 · Fax: 888-663-6331
10/4/2022:
continue trazodone/mirtazapine;

**Severe depression** - F32.2

8/10/2022:
follow-up with Dr. Jillian;
stable on bupropion 300 mg per day;
currently on permanent disability;

10/4/2022:
continue bupropion;
advised him to discuss recent verbal bullying with his therapist;

**Vestibular migraine** - G43.809

Characterized by dizziness, tinnitus;

10/11/2021:
he has noticed an uptick in headaches;
will identify an in-network provider for this;
discussed magnesium and B2 as preventatives;

118/2021:
Follow-up with neurology;
prior authorization for rimegepant pending;

12/17/2021:
NURTEC approved;
advised by his neurologist to take ASA 81 mg at onset of aural migraine symptoms;

8/10/2022:
Work-up thus far (MRI, sleep study) not identifying substantive cause of migraines;
EEG results pending;
No improvement following vestibular PT;
No longer taking NURTEC as this seemed to worsen his migraines;

10/4/2022:
Seeing oto-neurologist at UCSF next week;
failed prior treatment options for migraines;


**END - Office Visit**

**BEGIN - Consult Letter**

| | |
|---|---|
| Note Title | NEUROLOGY Consult Letter 8-29-2022 |
| Note Type | Consult Letter |
| Date of Service | Tue Aug 30 2022 @ 05:26 AM |
| Created By | Precious Gatto |
| Signed By | Emanuel Vergis, MD (NPI: 1962478495) |
| Date Signed | Tue Aug 30 2022 @ 07:03 AM |

⊹ one medical

595 Castro Street San Francisco, CA 94114    Phone: 888-663-6331 · Fax: 888-663-6331

athena                    8/30/2022 0:20:36 am EDT              89c1042e-8a89-4d68-a599-f41ebb4f43fb                    Page: 1 / 6

# CONFIDENTIAL Fax

**FROM:**

PATRICIA MASKA, MD
5601 NORRIS CANYON RD STE 240, SAN RAMON, CA 94583-5407
Phone: (510) 748-5363
Fax: (925) 289-4975

**TO:**

EMANUEL VERGIS MD
Fax: (415) 291-0489

This fax may contain sensitive and confidential personal health information that is being
sent for the sole use of the intended recipient. Unintended recipients are directed to
securely destroy any materials received. You are hereby notified that the unauthorized
disclosure or other unlawful use of this fax or any personal health information is
prohibited. To the extent patient information contained in this fax is subject to 42 CFR
Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify
the sender and confirm that the information will be destroyed. If you do not have internet
access, please call 1-888-482-8436 to notify the sender and confirm that the information
will be destroyed. Thank you for your attention and cooperation. [ID:730676-H-3387]

# ∴ one medical

595 Castro Street San Francisco, CA 94114   Phone: 888-663-6331 • Fax: 888-663-6331

athena          8/30/2022 0:20:36 am EDT          89c1042e-8a89-4d68-a599-f41ebb4f43fb          Page: 2 / 6

PATRICIA SUZANNE MASKA, MD • 5601 NORRIS CANYON RD STE 240, SAN RAMON CA 94583-5407
**DARDEN, Michael (id #10073, dob: 05/05/1966)**
**PATRICIA SUZANNE MASKA MD**
5601 NORRIS CANYON RD STE 240
SAN RAMON, CA  94583-5407
Phone: (510) 748-5363
Fax:  (925) 289-4975

**Encounter Summary – Progress Note**
Date Printed:  08/29/2022

Attention: Emanuel Vergis MD

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:730676-H-3387]

| Patient | Darden, Michael (56yo, M) #10073 |
|---|---|
| **DOB** | 05/05/1966 |

Patient Demographics:

| Address | 1801 Shoreline Dr/Apt 307 Alameda, CA 94501-6084 | **Home Phone** | (917) 868-8780 |
|---|---|---|---|
| | | **Work Phone** | |

Patient Medical History:

| Encounter Reason/Date | Followup: Snoring<br>Followup: Vertigo<br>Followup: Periodic limb movement disorder<br>Followup: Nonspecific paroxysmal spell<br>Followup: Obstructive sleep apnea syndrome<br>08/29/2022 - 10:30AM – SAN RAMON |
|---|---|
| **History of Present Illness** | **Sleep**<br>Reported by patient.<br><br>Quality: **inadequate sleep; fragmented sleep; non-refreshing sleep**<br>Associated Symptoms: **excessive daytime sleepiness; snoring;** ; no witnessed apneas or startled awakenings; no urge to move legs; **increased motor activity at night (PLMS)**<br>Treatment (modifying factors): medications tried for sleep issues: Trazodone<br>Evaluation: sleep study PSG abnormal<br>Notes:<br>Discussed polysomnogram results: Has periodic limb movements during sleep that wakes him up according to polysomnogram – diagnosed with mod OSA.<br><br>Discussed EEG (unrevealing). Discussed cranial MRI results (as age-appropriate white matter changes). They were done for his PLMD.<br><br>Discussed possible treatment for his sleep apnea& PLMD (i.e. losing weight, weighted blanket, CPAP, **oral appliance**). Pt prefers oral appliance.<br><br>Is on sleep medicine (Trazodone) - takes it most nights<br>– is more tired in the morning<br>- no other concern with medication<br><br>Believes dizziness is causing what sounds like sleep myoclonus.<br><br>Suicidal Ideation<br>- sometimes have those thoughts but no plan of suicide<br>- has support<br><br>**Vertigo** |

PATRICIA SUZANNE MASKA, MD          Darden, Michael (ID: 10073), DOB: 05/05/1966

# ⊹ one medical

595 Castro Street San Francisco, CA 94114 · Phone: 888-663-6331 · Fax: 888-663-6331

| athena | 8/30/2022 0:20:36 am EDT | 89c1042e-8a89-4d68-a599-f41ebb4f43fb | Page: 3 / 6 |

Reported by patient.

Quality: **unsteadiness; feeling off balance; faint feeling**
Location: **tinnitus occurring right**; tinnitus constant
Duration: typical duration of symptoms as minutes; symptoms as variable in length
Severity: **progressively worse over last fewmonths**
Notes:
**Vertigo** progressively worse in terms of increased frequency
- Getting heavy dizzy spell (Severity: 7-10/10) more often: Lasts couple of minutes-hours
- has felt fullness in his head and has fallen asleep while watching TV (also has sleep apnea and daytime fatigue)
- felt unsteady: has to lean against the wall occasionally to stabilize
- Saw Marcella for vestibular therapy did not seem to help (natural medicine also has not helped)

**Tinnitus**
Tinnitus gotten worse. Pt hears higher pitch than before.
- constant ringing
- usually on the right ear - unilateral (can switch sides)

Vertigo&tinnitus worsening could be due to family stress (caregiver role for his mother who has dementia)
Video Tele-health visit used during the COVID-19 pandemic. Patient gave consent for tele-health visit.

| **Past Medical History** | Reviewed Past Medical History<br>Anxiety Disorder: **Y**<br>Depression: **Y**<br>Headaches: **Y**<br>Heart Problems: **Y** - MVP<br>Migraines: **Y**<br>Kidney Disease: N - no kidney stones<br>Notes: PTSD |
|---|---|
| **Problem List** | Reviewed Problems<br>● Body mass index 25-29 - overweight - Onset: 02/03/2022<br>● Obstructive sleep apnea syndrome - Onset: 08/29/2022<br>● Periodic limb movement disorder - Onset: 08/29/2022<br>● Migraine with aura - Onset: 11/01/2021<br>● Neck pain - Onset: 03/24/2022<br>● Vertigo - Onset: 11/01/2021<br>● Headache - Onset: 11/01/2021<br>● Snoring - Onset: 11/01/2021<br>● Elevated blood-pressure reading without diagnosis of hypertension - Onset: 08/29/2022<br>● Suicidal thoughts - Onset: 05/27/2022<br>● Nonspecific paroxysmal spell - Onset: 05/27/2022<br>● Caregiver role strain - Onset: 08/29/2022 |
| **Allergies List** | Reviewed Allergies<br><br>**PENICILLINS** |
| **Medications** | Reviewed Medications |

| | | |
|---|---|---|
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>TAKE 1 TABLET BY MOUTH EVERY DAY | 08/16/22 | filled |
| **clonazePAM 0.5 mg tablet**<br>TAKE 1 TABLET(S) BY ORAL ROUTE , DAILY AS NEEDED ANXIETY , FOR 30 DAYS | 07/19/22 | filled |
| **escitalopram 5 mg tablet** | 12/14/21 | filled |
| **mirtazapine 15 mg tablet**<br>TAKE 1 TABLET(S) BY ORAL ROUTE AT BEDTIME TIMES PER DAY , FOR 30 DAYS | 07/13/22 | filled |
| **traZODone 50 mg tablet**<br>TAKE 1-2 TABLET(S) BY ORAL ROUTE , AT BEDTIME AS NEEDED INSOMNIA , FOR 30 DAYS | 08/15/22 | filled |

| **Social History** | Reviewed Social History<br>**Education and Occupation**<br>What is the highest grade or level of school you have completed or the highest degree you have received?: Master's degree (e.g., MA, MS, MEng, MEd, MSW, MBA) (Notes: |
|---|---|

PATRICIA SUZANNE MASKA, MD                                    Darden, Michael (ID: 10073), DOB: 05/05/1966

# ⊹ one medical

595 Castro Street San Francisco, CA 94114   Phone: 888-663-6331 · Fax: 888-663-6331

| athena | 8/30/2022 0:20:36 am EDT | 89c1042e-8a89-4d68-a599-f41ebb4f43fb | Page: 4 / 6 |

Instructional designer)
Are you currently employed?: No (Notes: disability since 04/21)
**Diet and Exercise**
What type of diet are you following?: Regular
What is your exercise level?: Occasional (Notes: Walking)
**Activities of Daily Living**
Are you able to care for yourself?: No
Are you blind or do you have difficulty seeing?: No (Notes: Spots in eyes)
Are you deaf or do you have serious difficulty hearing? : No (Notes: Ringing in ears)
Do you have difficulty concentrating, remembering or making decisions?: Yes
Do you have difficulty walking or climbing stairs?: Yes (Notes: Sometimes)
Do you have difficulty dressing or bathing?: Yes (Notes: Sometimes)
Do you have difficulty doing errands alone?: Yes
Which of your hands is dominant?: Right
**Public Health and Travel**
Have you been to an area known to be high risk for COVID-19?: No
In the 14 days before symptom onset, have you had close contact with a laboratory-
confirmed COVID-19 while that case was ill?: No
In the 14 days before symptom onset, have you had close contact with a person who is
under investigation for COVID-19 while that person was ill?: No
**Substance Use**
Do you or have you ever smoked tobacco?: Never smoker
Do you or have you ever used any other forms of tobacco or nicotine?: No
What was the date of your most recent tobacco screening?: 08/29/2022
What is your level of alcohol consumption?: None
What is your level of caffeine consumption?: Occasional
**Advanced Directive**
Do you have an advanced directive?: Yes
**Marriage and Sexuality**
What is your relationship status?: Married (Notes: husband Gregory)
**Lifestyle**
Do you feel stressed (tense, restless, nervous, or anxious, or unable to sleep at night)?:
Rather much
Do you use your seat belt or car seat routinely?: Yes

| Family History | Reviewed Family History | |
|---|---|---|
| | Mother | - Dementia |
| | | - Hypertensive disorder |
| | | - Hyperlipidemia |
| | Father | - Hypertensive disorder |
| | | - Hyperlipidemia |
| | | - Congestive heart failure |
| | | - Coronary artery bypass grafts x 3 |
| | no seizures | |
| **Review of Systems** | None recorded | |

Exam:

| Vitals | | | | | | |
|---|---|---|---|---|---|---|
| | **Ht:** | 5 ft 5 in 08/29/2022 09:49 am | **Wt:** | 160 lbs With clothes 08/29/2022 09:49 am | **BMI:** | 26.6 06/29/2022 09:49 am |
| | **BP:** | 120/75 08/29/2022 01:57 pm | **Pulse:** | 60 bpm 08/29/2022 09:50 am | **T:** | 97.5 F° 08/29/2022 09:50 am |
| | **Pain Scale:** | 0 08/29/2022 09:50 am | | | | |

| Physical Exam | **General Appearance:** Appearance no acute distress. Habitus well nourished.

**Head:** Appearance atraumatic.

**Mental Status:** Level of consciousness alert and attentive. Mood, Affect normal mood, euthymic and affect congruent with mood. Attention/Concentration: normal attention and concentration. Orientation oriented to place and situation and orientated to person. |

PATRICIA SUZANNE MASKA, MD                                          Darden, Michael (ID: 10073), DOB: 05/05/1966

# ⊹ one medical

595 Castro Street San Francisco, CA 94114    Phone: 888-663-6331 • Fax: 888-663-6331

athena                  8/30/2022 0:20:36 am EDT                89c1042e-8a89-4d68-a599-f41ebb4f43fa                Page: 5 / 6

|  |  |
|---|---|
|  | Language, Speech no dysarthria or aphasia or dysphasia noted and normal fluency. Memory, Recall recent memory grossly normal. |
| **Results/ Interpretations** | None recorded |
| **Document History** | **Discussed the following documents:**<br>• ELECTROENCEPHALOGRAM - 07/17/22<br>• POLYSOMNOGRAM - 07/14/22<br>• MRI, BRAIN + BRAIN STEM, W/O CONTRAST - 07/11/22<br>• Sports Medicine - Hospital Encounter - Marcela Larrondo, Sutter Health Affiliates and Community Connect Practices - 08/29/22 |
| **Procedure Documentation** | None recorded |

| | Assessment and Plan: |
|---|---|
| **Assessment and Plan** | Time spent: 50 mins<br><br>Record review: 7 mins<br>Chart prep: 2 mins<br>Discussion/exam time spent with patient: 16 mins<br>Risk assessment: testing options, medication options, lifestyle changes: 17 mins<br>Referrals/care coordination: 1 mins<br>Charting: 7mins<br><br>F/U in 8 weeks (2 months) by telehealth<br><br>**1. Obstructive sleep apnea syndrome -**<br>Discussed polysomnogram results: diagnosed with moderate OSA.<br><br>Discussed possible treatment for his sleep apnea (i.e. losing weight, CPAP, **oral appliance**). Order placed for oral appliance.<br><br>Order TSH testing for his sleep apnea<br>Referral to Berkeley Sedation Dentistry placed. I answered questions re: dx. testing, treatment.<br>　G47.33: Obstructive sleep apnea (adult) (pediatric)<br>• SLEEP APNEA: CARE INSTRUCTIONS<br>• ORAL APPLIANCE & CONSULT REFERRAL -　　Schedule Within: provider's discretion　　Note to Provider: Moderate OSA. Please eval for OAT.<br><br>**2. Nonspecific paroxysmal spell -**<br>Michael has periodic movements of BUE and BLE that are periodic, q 20-30 seconds.<br><br>Overall, these movements seem to be consistent with PLMD. See below.<br>Discussed EEG (unrevealing). Discussed cranial MRI results (normal age-appropriate white matter changes).<br>No indication for AED/ASM needed at this time. I answered questions re: ddx. testing.<br>　R41.89: Other symptoms and signs involving cognitive functions and awareness<br><br>**3. Vertigo -**<br>Vertigo has gotten progressively worse in terms of increased frequency. Saw Marcella for vestibular therapy that did not seem to help (natural medicine has not helped).<br><br>Placed a neurotologist referral to UCSF.. I answered questions re: dx. testing, treatment.<br>　R42: Dizziness and giddiness<br>• NEUROTOLOGIST REFERRAL -　　Schedule Within: provider's discretion　　Note to Provider: Multifactorial: BPPV, migraine related vertigo, PPPD. Please eval.<br><br>**4. Periodic limb movement disorder -**<br>Discussed polysomnogram results: Has periodic limb movements during sleep that wakes him up according to polysomnogram - diagnosed with mod OSA.<br><br>Discussed possible treatment for PLMD (i.e. weighted blanket). Treatment for sleep apnea with oral appliance may help his PLMD.<br><br>Order ferritin testing for PLMD.<br><br>I am not advising using benzo for PLMD treatment at this time. Defer to psychiatry to determine whether adjustment to his psych meds should be made for PLMD. I answered questions re: dx. testing, treatment..<br>　G47.61: Periodic limb movement disorder |

PATRICIA SUZANNE MASKA, MD                                        Darden, Michael (ID: 10073), DOB: 05/05/1966

# ∹ one medical

595 Castro Street San Francisco, CA 94114    Phone: 888-663-6331 • Fax: 888-663-6331

alhena                    8/30/2022 0:20:36 am EDT                    89c1042e-8a89-4d68-a599-f41ebb4f43fb                    Page: 6 / 6

**5. Caregiver role strain -**
Pt has the caregiver role for his mother who has dementia. Believes his symptoms
(vertigo/tinnitus) could be worsening due to family stress. Better sleep quality after
starting treatment for his OSA and PLMD may help reduce overall stress level.
Z73.3: Stress, not elsewhere classified

**6. Elevated blood-pressure reading without diagnosis of hypertension -**
Referral to PCP was ordered for his elevated BP.
    R03.0: Elevated blood-pressure reading, without diagnosis of hypertension
    • PRIMARY CARE PROVIDER REFERRAL -     Schedule Within: provider's discretion     Note
      to Provider: deferred to you for BP

Return to Office
    • to see Patricia Maska, MD for PSM telehealth 30 at SAN RAMON on or around
      10/29/2022

Electronically Signed by: PATRICIA MASKA, MD

08/29/2022

PATRICIA SUZANNE MASKA, MD                                        Darden, Michael (ID: 10073), DOB: 05/05/1966

**END - Consult Letter**

**BEGIN - Lab Result**

Note Title    Lab: CMP, CBC, Lipids, CT/NG NAAT (GU), CT/NG NAAT (rectal), CT/NG NAAT (pharyng), HIV Ab w/ rflx, RPR w/
              reflex
Note Type    Lab Result

# ·ŀ· one medical

595 Castro Street San Francisco, CA 94114   Phone: 888-663-6331 · Fax: 888-663-6331

| | |
|---|---|
| Date of Service | Fri Aug 19 2022 @ 08:41 AM |
| Created By | Medical Team |
| Signed By | Emanuel Vergis, MD (NPI: 1962478495) |
| Date Signed | Fri Aug 19 2022 @ 01:41 PM |

DARDEN, MICHAEL
(SN: 22822917410)
Overall Report Status: FINAL
Received on 08/19/2022

## Lab Report from LabCorp

| Specimen Number | Patient ID |
|---|---|
| 22822917410 | 110786538 |

**Patient Last Name**
DARDEN

**Patient First Name Patient Middle Name**
MICHAEL

| Patient SS# | Patient Phone Total Volume |
|---|---|
| | 917-868-8780 |

| Age (Y/M/D) | Date of Birth | Sex | Fasting |
|---|---|---|---|
| | 1966- | M | Y |

**Patient Address**
1801 SHORELINE DR APT 307
ALAMEDA
CA, 94501-6084

| Date/Time Collected | Date Entered | Date/Time Reported |
|---|---|---|
| 2022-08-16 10:21:00 PDT | 2022-08-16 21:00:00 PDT | 2022-08-19 08:06:00 PDT |

| Control Number | Account Number | Account Phone Route |
|---|---|---|
| 4692979 | 04177620 | hidden   01 |

**Account Address**
One Medical Group
1955 Broadway
Suite A Oakland CA 94612

**Additional Information**

| Physician Name | NPI # | Physician ID |
|---|---|---|
| VERGIS, E | 1962478495 | |

**Tests Ordered**

Comp. Metabolic Panel (14) (322000); CBC, Platelet, No Differential (028142); Lipid Panel (303756); Chlamydia/GC Amplification (183194); Ct/GC NAA, Rectal (188672); Ct/GC NAA, Pharyngeal (188698); HIV Ab/p24 Ag with Reflex (083935); RPR, Rfx Qn RPR/Confirm TP (012005)

| Tests | Results | Flag | Units | Reference Interval | Lab |
|---|---|---|---|---|---|
| Comp. Metabolic Panel (14) | | | | | |
| Glucose | 87 | | mg/dL | 65-99 | 01 |
| BUN | 17 | | mg/dL | 6-24 | 01 |
| Creatinine | 1.03 | | mg/dL | 0.76-1.27 | 01 |
| eGFR | 85 | | mL/min/1.73 | >59 | 01 |
| BUN/Creatinine Ratio | 17 | | | 9-20 | 01 |
| Sodium | 142 | | mmol/L | 134-144 | 01 |
| Potassium | 4.7 | | mmol/L | 3.5-5.2 | 01 |
| Chloride | 103 | | mmol/L | 96-106 | 01 |
| Carbon Dioxide, Total | 26 | | mmol/L | 20-29 | 01 |
| Calcium | 9.3 | | mg/dL | 8.7-10.2 | 01 |
| Protein, Total | 7.4 | | g/dL | 6.0-8.5 | 01 |
| Albumin | 4.6 | | g/dL | 3.8-4.9 | 01 |
| Globulin, Total | 2.8 | | g/dL | 1.5-4.5 | 01 |
| A/G Ratio | 1.6 | | | 1.2-2.2 | 01 |
| Bilirubin, Total | 0.5 | | mg/dL | 0.0-1.2 | 01 |
| Alkaline Phosphatase | 90 | | IU/L | 44-121 | 01 |

# ∴ one medical

595 Castro Street San Francisco, CA 94114    Phone: 888-663-6331  •  Fax: 888-663-6331

| Tests | Results | Flag | Units | Reference Interval | Lab |
|---|---|---|---|---|---|
| AST (SGOT) | 19 | | IU/L | 0-40 | 01 |
| ALT (SGPT) | 18 | | IU/L | 0-44 | 01 |
| CBC, Platelet, No Differential | | | | | |
| WBC | 6.0 | | x10E3/uL | 3.4-10.8 | 01 |
| RBC | 4.98 | | x10E6/uL | 4.14-5.80 | 01 |
| Hemoglobin | 14.9 | | g/dL | 13.0-17.7 | 01 |
| Hematocrit | 45.0 | | % | 37.5-51.0 | 01 |
| MCV | 90 | | fL | 79-97 | 01 |
| MCH | 29.9 | | pg | 26.6-33.0 | 01 |
| MCHC | 33.1 | | g/dL | 31.5-35.7 | 01 |
| RDW | 12.2 | | % | 11.6-15.4 | 01 |
| Platelets | 283 | | x10E3/uL | 150-450 | 01 |
| NRBC | Canceled | | | | 01 |
| Lipid Panel | | | | | |
| Cholesterol, Total | 201 | High | mg/dL | 100-199 | 01 |
| Triglycerides | 76 | | mg/dL | 0-149 | 01 |
| HDL Cholesterol | 43 | | mg/dL | >39 | 01 |
| VLDL Cholesterol Cal | 14 | | mg/dL | 5-40 | 01 |
| LDL Chol Calc (NIH) | 144 | High | mg/dL | 0-99 | 01 |
| Comment: | Canceled | | | | 01 |
| Chlamydia/GC Amplification | | | | | |
| Chlamydia trachomatis, NAA | Negative | | | Negative | 01 |
| Neisseria gonorrhoeae, NAA | Negative | | | Negative | 01 |
| Ct/GC NAA, Rectal | | | | | |
| C. trachomatis, NAA, Rectal | Negative | | | Negative | 01 |
| N. gonorrhoeae, NAA, Rectal | Negative | | | Negative | 01 |
| Ct/GC NAA, Pharyngeal | | | | | |
| C. trachomatis, NAA, Pharyn | Negative | | | Negative | 01 |
| N. gonorrhoeae, NAA, Pharyn | Negative | | | Negative | 01 |
| HIV Ab/p24 Ag with Reflex | | | | | |
| HIV Ab/p24 Ag Screen | Non Reactive | | | Non Reactive | 01 |

HIV Negative
HIV-1/HIV-2 antibodies and HIV-1 p24 antigen were NOT detected.
There is no laboratory evidence of HIV infection.

| | | | | | |
|---|---|---|---|---|---|
| RPR, Rfx Qn RPR/Confirm TP | | | | | |
| RPR | Non Reactive | | | Non Reactive | 01 |

Labcorp San Diego
01 01 13112 Evening Creek Dr So Ste 200, San Diego, CA 92128-       JennyGallowayMD
4108

For inquiries, the physician may contact Labcorp at 800-222-7566 858-668-3700

**END - Lab Result**

**BEGIN - Walk-in Visit**

| | |
|---|---|
| Chief Complaint | Walk-in Visit: (Blood Draw, Urine, Swabs) |
| Note Type | Walk-in Visit |
| Date of Service | Tue Aug 16 2022 @ 01:01 PM |
| Created By | Daniel Herb |
| Signed By | Daniel Herb |
| Date Signed | Tue Aug 16 2022 @ 01:44 PM |

**Subjective**

**Exam**

**Procedures & Services**

# ∴ one medical

595 Castro Street San Francisco, CA 94114    Phone: 888-663-6331  •  Fax: 888-663-6331

**Venipuncture, Specimen collection** - Z13.0, E78.5, Z11.3- 36415, 99000X

Complete blood count, Comprehensive metabolic panel, Lipid panel, Chlamydia & gonorrhea NAAT, genitourinary swab or urine, Chlamydia & gonorrhea NAAT, pharyngeal Aptima® swab, Chlamydia & gonorrhea NAAT, rectal Aptima® swab, HIV screening cascade, 4th generation, RPR with reflex treponemal antibodies (for screening if not previously infected)

**END - Walk-in Visit**

**BEGIN - Miscellaneous Clinical Document**

| | |
|---|---|
| Note Title | Quest Order |
| Note Type | Miscellaneous Clinical Document |
| Date of Service | Mon Aug 15 2022 @ 02:42 PM |
| Created By | Deanna Wellere |
| Signed By | Deanna Wellere |
| Date Signed | Mon Aug 15 2022 @ 02:45 PM |

## ÷ one medical

595 Castro Street San Francisco, CA 94114   Phone: 888-663-6331  •  Fax: 888-663-6331

# Laboratory Order                    ÷ one medical

| | | | |
|---|---|---|---|
| First Name: | **Michael** | DOB: | **5/5/1966** |
| Last Name: | **Darden** | Sex: | **Male** |
| Patient Address: | **1801 Shore Line Dr  Apartment 307 Alameda, CA 94501** | Primary Insurance: | **Anthem Blue Cross of California** |
| | | Primary Insurance ID: | **XDP241W06151** |
| | | Primary Group No.: | **281837M001** |
| | | Secondary Insurance: | **Self Pay** |
| Patient Phone: | **917-868-8780** | Secondary Insurance ID: | |
| Patient ID: | **110786538** | Secondary Group No.: | |
| Ordered by: | **Emanuel Vergis, MD** | Quest Account #: | **94089002** |
| NPI: | **1962478495** | Collection Date: | |
| Ordered on: | **8/10/2022** | Collection Time: | |
| PCP: | **Emanuel Vergis, MD** | Was Fasting: | **No** |
| Lab Ref #: | **4692979** | Tube Inventory: | |

**CLINICAL HISTORY**

**INDICATIONS**

Z13.0, E78.5, Z11.3

**LAB TESTS**

**QUEST MET**

| | | |
|---|---|---|
| | **Common Chemistry** | |
| 10231 | Comprehensive metabolic panel | |
| 7600 | Lipid panel | |
| | **Hematology/Coagulation** | |
| 1759 | Complete blood count | |
| | **Common Infectious** | |
| 91431 | HIV screening cascade, 4th generation | |
| 36126 | RPR with reflex treponemal antibodies (for screening if not previously infected) | |
| | **Microbiology** | |
| 11363 | Chlamydia & gonorrhea NAAT, genitourinary swab or urine | |
| 16506 | Chlamydia & gonorrhea NAAT, rectal Aptima® swab | |
| | **Other Tests** | |
| 70051 | Chlamydia & gonorrhea NAAT, pharyngeal Aptima® swab | |

**One Medical Group**, 595 Castro Street, San Francisco, CA 94114
Email: admin@onemedical.com | Tel: 888-663-6331 | Fax: 415-291-0489

÷ one medical                                                      Page 1 of 1

END - Miscellaneous Clinical Document

BEGIN - Laboratory Order
Note Title      Laboratory Order
Note Type      Laboratory Order

# ⦂ one medical

595 Castro Street San Francisco, CA 94114    Phone: 888-663-6331 • Fax: 888-663-6331

| | |
|---|---|
| Date of Service | Wed Aug 10 2022 @ 01:16 PM |
| Created By | Emanuel Vergis, MD (NPI: 1962478495) |
| Signed By | Daniel Herb |
| Date Signed | Tue Aug 16 2022 @ 01:21 PM |
| Lab Ref # | 42864220 |

**Lab Order**

One Medical, Oakland
Tel: (888) 663-6331 | Fax: 415-291-0489

This lab order was generated using the New 1Life chart.
Click here to view this order in this patient's New 1Life chart

| LAB TESTS | QUEST CODES | LABCORP CODES |
|---|---|---|
| Complete blood count | 1759 | 028142 |
| Comprehensive metabolic panel | 10231 | 322000 |
| Lipid panel | 7600 | 303756 |
| Chlamydia & gonorrhea NAAT, genitourinary swab or urine | 11363 | 183194 |
| Chlamydia & gonorrhea NAAT, pharyngeal Aptima® swab | 70051 | 188698 |
| Chlamydia & gonorrhea NAAT, rectal Aptima® swab | 16506 | 188672 |
| HIV screening cascade, 4th generation | 91431 | 083935 |
| RPR with reflex treponemal antibodies (for screening if not previously infected) | 36126 | 012005 |

| INDICATIONS | ICD-10 |
|---|---|
| Iron deficiency anemia screening needed | Z13.0 |
| Hyperlipidemia | E78.5 |
| Sexually transmitted infection screening needed | Z11.3 |

## INSTRUCTIONS

**To be collected on:** 08/10/2022
**Should Fast:** Yes
**Urgency:** Normal
**Notes for Phlebotomist:**

**Send copy of results to:**

## COLLECTION DETAILS

**Lab:** Labcorp
**Lab Account #:** 04177620
**Collection Date:** 08/16/2022
**Collection Time(s):**
**Was Fasting:** Yes
**Notes for Lab:**

**Tube Inventory:**

2 SST, 1 5mL GOLD, 1 LAV, 2 APTIMA SWABS (RECTAL & PHARYNGEAL), 1 NG/CT URINE APTIMA - LC - [REF]

**Collected by:** Daniel Herb

# ⊹ one medical

595 Castro Street San Francisco, CA 94114    Phone: 888-663-6331 · Fax: 888-663-6331
**END – Laboratory Order**

**BEGIN – Office Visit**

| | |
|---|---|
| Chief Complaint | 8-10-2022 REMOTE VISIT: ANNUAL EXAM |
| Note Type | Office Visit |
| Date of Service | Wed Aug 10 2022 @ 01:00 PM |
| Created By | Emanuel Vergis, MD (NPI: 1962478495) |
| Signed By | Emanuel Vergis, MD (NPI: 1962478495) |
| Date Signed | Wed Aug 10 2022 @ 01:18 PM |

## Subjective

Confirmed name and date of birth with patient
Patient verbally consented to virtual care
Visit held virtually due to efforts to reduce the spread of the COVID-19 virus

Michael presents for:
1. annual exam details
2. update me about migraine headache work-up; MRI showed small vessel disease, EEG results pending, sleep study showed mild sleep apnea;
3. Dr. Jilliam --> signed on disability form (permanent) for ongoing issues with anxiety/depression;

## Exam

N/A

## Procedures & Services

## Assessment & Plan

**Generalized anxiety disorder – F41.1**

5/17/2021:
Started seeing a psychiatrist who increased the dose of escitalopram to 10 mg per day;
Follow-up scheduled with psychiatry later this week;
Scheduled f/u with me in 2-3 weeks;

6/16/2021:
dose of escitalopram 5 mg (decreased from 10 mg) and clonazepam 0.5 mg qday was started;
Follow-up with psychiatry;
Scheduled follow-up with me in one month;
SSDI to be completed by psychiatry (??);

7/20/2021:
Repeat GAD-7 survey;
Continue escitalopram/clonazepam;
Follow-up with me in 2-4 weeks;
updated return to work date to be mid October in the EDD website;

7/23/2021:
recent GAD-7 score is 21 which is unchanged from 4/23;
Question efficacy of treatment versus need for more intense therapy

7/26/2021:
continue with escitalopram 15 mg po QDAY;
no changes planned with medication doses according to his psychiatrist;
presumed component of PTSD;
I asked him to inquire if other modalities are being considered for treatment such as EMDR;

12/17/2021:
psychiatrist increased dose of bupropion to 300 mg per day;
sees psychiatrist every 3 months on average;

8/10/2022:
see A/P Severe depression

**Hyperlipidemia – E78.5**

# ⁜ one medical

595 Castro Street San Francisco, CA 94114    Phone: 888-663-6331 • Fax: 888-663-6331
Check lipids in anticipation of annual exam;

**Insomnia** - TRAZODONE, MIRTAZAPINE - G47.00

5/17/2021:
Psychiatry prescribed trazodone 50 mg po QHS as needed (up to 3 tablets per night);
Gabapentin was stopped;

7/20/2021:
continues to take trazodone 50 mg po as needed;

8/10/2022:
continues to take mirtazapine and trazodone;

**Severe depression** - F32.2

5/17/2021:
See A/P Generalized anxiety disorder

7/26/2021: See A/P Generalized anxiety disorder
check TSH, RPR

7/28/2021:
F/U PHQ-9 score is 25;
no change from prior survey;
will discuss dose adjustment for LEXAPRO, but this is something that his psychiatrist needs to decide;

10/11/2021:
Overall no change in his status;
Switched to bupropion from escitalopram per his psychiatrist;
EDD form to reflect anticipated return to work in mid January;
F/U with me in ~ 4 weeks;

11/8/2021:
Overall no change in status, but seems to think that bupropion is making a difference for him;
He plans to see his psychiatrist in December;
EDD paperwork to transition to Dr. Jillian for him to manage;
Check in with me in December;

12/17/2021:
currently on increased dose of bupropion 300 mg per day;

8/10/2022:
follow-up with Dr. Jillian;
stable on bupropion 300 mg per day;
currently on permanent disability;

**Vestibular migraine** - G43.809

Characterized by dizziness, tinnitus;

10/11/2021:
he has noticed an uptick in headaches;
will identify an in-network provider for this;
discussed magnesium and B2 as preventatives;

118/2021:
Follow-up with neurology;
prior authorization for rimegepant pending;

12/17/2021:
NURTEC approved;
advised by his neurologist to take ASA 81 mg at onset of aural migraine symptoms;

8/10/2022:
Work-up thus far (MRI, sleep study) not identifying substantive cause of migraines;
EEG results pending;
No improvement following vestibular PT;
No longer taking NURTEC as this seemed to worsen his migraines;

**After Visit Guidance To Patient**

Hi Michael,

I ordered the labwork for you. Plan to do this after an overnight fast. I included testing for STDs and HIV.

take care,

Manny

# ∹ one medical

595 Castro Street San Francisco, CA 94114    Phone: 888-663-6331  ·  Fax: 888-663-6331
**END - Office Visit**

**BEGIN - Consult Note: Neurology**

| | |
|---|---|
| Note Title | Consult Note: Neurology 5-27-2022 |
| Note Type | Consult Note: Neurology |
| Date of Service | Fri May 27 2022 @ 02:09 PM |
| Created By | Patricia Rodriguez |
| Signed By | Emanuel Vergis, MD (NPI: 1962478495) |
| Date Signed | Sat May 28 2022 @ 07:10 AM |

÷ one medical

595 Castro Street San Francisco, CA 94114    Phone: 888-663-6331 • Fax: 888-663-6331

athena                  5/27/2022 4:24:27 pm EDT              b2d86513-cc9e-4d59-8014-496425d9c0c8              Page: 1 / 5

# CONFIDENTIAL Fax

**FROM:**

PATRICIA MASKA, MD
5601 NORRIS CANYON RD STE 240, SAN RAMON, CA 94583-5407
Phone: (510) 748-5363
Fax: (925) 289-4975

**TO:**

EMANUEL VERGIS MD
Fax: (415) 291-0489

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:711264-H-3387]

# ·ǂ· one medical

595 Castro Street San Francisco, CA 94114    Phone: 888-663-6331 · Fax: 888-663-6331

athena                5/27/2022 4:24:27 pm EDT                    b2d86513-cc9e-4d59-8014-496425d9c0c8                    Page: 2 / 5

PATRICIA SUZANNE MASKA, MD • 5601 NORRIS CANYON RD STE 240, SAN RAMON CA 94583-5407

**DARDEN, Michael (id #10073, dob: 05/05/1966)**
**PATRICIA SUZANNE MASKA MD**
5601 NORRIS CANYON RD STE 240
SAN RAMON, CA 94583-5407
Phone: (510) 748-5363
Fax: (925) 289-4975

**Encounter Summary - Progress Note**
Date Printed: 05/27/2022

Attention: Emanuel Vergis MD

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:711264-H-3387]

| Patient | Darden, Michael (56yo, M) #10073 |
|---|---|
| DOB | 05/05/1966 |

Patient Demographics:

| Address | 1801 Shoreline Dr/Apt 307 Alameda, CA 94501-6084 | Home Phone | (917) 868-8780 |
|---|---|---|---|
| | | Work Phone | |

Patient Medical History:

| Encounter Reason/Date | Seizure-like spells Followup: Snoring 05/27/2022 - 11:30AM - SAN RAMON |
|---|---|
| History of Present Illness | **Seizure**<br>    Reported by patient.<br><br>    Timing/Onset: time of onset of episodes 12-13 years ago<br>    Quality: no feeling of deja vu since last visit; no epigastric rising sensation as warning; no staring spells<br>    Associated Symptoms: **amnesia associated with events**; no incontinence associated with events; no tongue biting associated with events<br>    Notes:<br>    Gregory describes that when Michael is under more stress, that Michael has "rhythmic movements every 20-23 sec". Starts in arms and goes to legs. Gregory shows flexed movements of BUE and describes that the uppers would move upward about the shoulder joint. Isolated flexion of BUE q 20-30 sec. Isol flexion of BLE moving upward about the hip joint q 20-30 sec. Alt BUE, then BLE, then back and forth between BUE and BUE. Freq: q 20-23 sec.<br><br>    Worse w/ stress and sleep deprivation.<br><br>    If Gregory awoke Michael, the movements would improve.<br><br>    Bought a new mattress and it awoke Gregory less.<br><br>    Michael describes that times he hears a whoosh, then feels very lightheaded and then his head falls forward. Can last several min to an hour.<br><br>**Sleep**<br>    Reported by patient.<br><br>    Associated Symptoms: **excessive daytime sleepiness; snoring;** ; no witnessed apneas or startled awakenings; no urge to move legs; **increased motor activity at night (PLMS)**<br>    Severity: not sleepy driving<br>Video Tele-health visit used during the COVID-19 pandemic. Patient gave consent for tele- |

PATRICIA SUZANNE MASKA, MD                                        Darden, Michael (ID: 10073), DOB: 05/05/1966

# ∴ one medical

595 Castro Street San Francisco, CA 94114    Phone: 888-663-6331 • Fax: 888-663-6331

|  |  |  |  |
|---|---|---|---|
| | health visit. | | |
| | Pt w/ husband Gregory in visit. | | |
| | New issue: "motor seizures at night". | | |
| | Gregory indicates that his psychiatrist made him permanently disabled for psych issues. | | |
| | Did not tol qulipta (LH, tinnitus), so stopped it. | | |
| | Did vestib rehab at ABSCM. | | |
| **Past Medical History** | Discussed Past Medical History<br>Anxiety Disorder: Y<br>Depression: Y<br>Headaches: Y<br>Heart Problems: Y - MVP<br>Migraines: Y<br>Kidney Disease: N - no kidney stones<br>Notes: PTSD | | |
| **Problem List** | Reviewed Problems<br>● Body mass index 25-29 - overweight – Onset: 02/03/2022<br>● Migraine with aura – Onset: 11/01/2021<br>● Neck pain - Onset: 03/24/2022<br>● Vertigo – Onset: 11/01/2021<br>● Headache - Onset: 11/01/2021<br>● Snoring – Onset: 11/01/2021<br>● Suicidal thoughts – Onset: 05/27/2022<br>● Nonspecific paroxysmal spell - Onset: 05/27/2022 | | |
| **Allergies List** | Reviewed Allergies | | |
| | PENICILLINS | | |
| **Medications** | Reviewed Medications | | |
| | **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>TAKE 1 TABLET BY MOUTH EVERY DAY | 05/16/22 | filled |
| | **clonazePAM 0.5 mg tablet**<br>TAKE 1 TABLET BY MOUTH DAILY AS NEEDED FOR ANXIETY | 04/12/22 | filled |
| | **escitalopram 5 mg tablet** | 12/14/21 | filled |
| | **mirtazapine 15 mg tablet**<br>TAKE 1 TABLET(S) BY ORAL ROUTE AT BEDTIME TIMES PER DAY, FOR<br>30 DAYS | 05/17/22 | filled |
| | **traZODone 50 mg tablet**<br>TAKE 1-2 TABLET(S) BY ORAL ROUTE , AT BEDTIME AS NEEDED<br>INSOMNIA , FOR 30 DAYS | 05/16/22 | filled |
| **Social History** | Reviewed Social History<br>**Education and Occupation**<br>What is the highest grade or level of school you have completed or the highest degree<br>you have received?: Master's degree (e.g., MA, MS, MEng, MEd, MSW, MBA) (Notes:<br>instructional designer)<br>Are you currently employed?: No (Notes: disability since 04/21)<br>**Diet and Exercise**<br>What type of diet are you following?: Regular<br>What is your exercise level?: Moderate<br>**Activities of Daily Living**<br>Are you able to care for yourself?: No<br>Are you blind or do you have difficulty seeing?: No<br>Are you deaf or do you have serious difficulty hearing? : No<br>Do you have difficulty concentrating, remembering or making decisions?: Yes<br>Do you have difficulty walking or climbing stairs?: No<br>Do you have difficulty dressing or bathing?: Yes<br>Do you have difficulty doing errands alone?: Yes<br>Which of your hands is dominant?: Right<br>**Public Health and Travel**<br>Have you been to an area known to be high risk for COVID-19?: No<br>In the 14 days before symptom onset, have you had close contact with a laboratory-<br>confirmed COVID-19 while that case was ill?: No<br>In the 14 days before symptom onset, have you had close contact with a person who is | | |

PATRICIA SUZANNE MASKA, MD                                        Darden, Michael (ID: 10073), DOB: 05/05/1966

# ☩ one medical

595 Castro Street San Francisco, CA 94114  •  Phone: 888-663-6331  •  Fax: 888-663-6331

| athena | 5/27/2022 4:24:27 pm EDT | b2d86513-cc9e-4d59-8014-496425d9c0c8 | Page: 4 / 5 |

under investigation for COVID-19 while that person was ill?: No
**Substance Use**
Do you or have you ever smoked tobacco?: Never smoker
Do you or have you ever used any other forms of tobacco or nicotine?: No
What was the date of your most recent tobacco screening?: 05/27/2022
What is your level of alcohol consumption?: None
What is your level of caffeine consumption?: Occasional
**Advanced Directive**
Do you have an advanced directive?: Yes
**Marriage and Sexuality**
What is your relationship status?: Married (Notes: husband Gregory)
**Lifestyle**
Do you feel stressed (tense, restless, nervous, or anxious, or unable to sleep at night)?: To some extent
Do you use your seat belt or car seat routinely?: Yes

| Family History | Discussed Family History | |
|---|---|---|
| | Mother | - Dementia |
| | | - Hypertensive disorder |
| | | - Hyperlipidemia |
| | Father | - Hypertensive disorder |
| | | - Hyperlipidemia |
| | | - Congestive heart failure |
| | | - Coronary artery bypass grafts x 3 |
| | no seizures | |

| Review of Systems | None recorded |
|---|---|

Exam:

| Vitals | **Ht:** 5 ft 5 in Standing 05/27/2022 11:29 am | **Wt:** 165 lbs With clothes 05/27/2022 11:30 am | **BMI:** 27.5 05/27/2022 11:30 am |
|---|---|---|---|
| | **BP:** 120/75 05/27/2022 11:48 am | **Pulse:** 45 bpm 05/27/2022 11:31 am | **T:** 97.3 F° 05/27/2022 11:30 am |
| | **Pain Scale:** 0 05/27/2022 11:30 am | | |

| Physical Exam | **General Appearance:** Appearance no acute distress. Habitus well nourished. |
|---|---|
| | **Head:** Appearance atraumatic. |
| | **Mental Status:** Level of consciousness alert and attentive. Mood, Affect normal mood, euthymic and affect congruent with mood. Attention/Concentration: normal attention and concentration. Orientation oriented to place and situation and orientated to person. Language, Speech no dysarthria or aphasia or dysphasia noted and normal fluency. Memory, Recall recent memory grossly normal. |
| | **Cranial Nerves:** Cranial Nerves III, IV, & VI normal extraocular movements. Cranial Nerve V no jaw deviation on jaw opening. Cranial Nerve VII no facial weakness noted, approximately symmetric smile and forehead contraction, and symmetric puffing of cheeks. Cranial Nerve XI shoulder shrug symmetric. Cranial Nerve XII tongue midline. |
| | **Motor:** General Motor Exam normal alternating motions Bilateral UE (opening & closing hands) and (pronating & supinating forearms) and no pronator drift, forearm rolling symmetric, and symmetric finger tapping. |
| | **Coordination:** Coordination no tremor, dysdiadochokinesia, bradykinesia Bilateral UE, or upper extremity dysmetria by finger-to-nose movement and No dyskinesia noted. |

| Results/ Interpretations | None recorded |
|---|---|

| Document History | Discussed the following documents:<br>• Sports Medicine - Hospital Encounter - Colin Nq, Sutter Health Affiliates and Community |
|---|---|

PATRICIA SUZANNE MASKA, MD                    Darden, Michael (ID: 10073), DOB: 05/05/1966

÷ one medical

595 Castro Street San Francisco, CA 94114    Phone: 888-663-6331  •  Fax: 888-663-6331

athena          5/27/2022 4:24:27 pm EDT          b2d86513-cc9e-4d59-8014-496425d9c0c8          Page: 5 / 5

Connect Practices - 03/24/22
• Sports Medicine – Hospital Encounter - Colin Ng, Sutter Health Affiliates and Community Connect Practices - 03/24/22

**Procedure Documentation**    None recorded

---

### Assessment and Plan:

**Assessment and Plan**

Time spent: 42 min

Record review: 2 min
Chart prep: 2 min
Discussion/exam time spent with patient/care partner: 15 min
Risk assessment: possible seizure, testing options, medication options, lifestyle changes: 15 min
Referrals/care coordination: 1 min
Charting: 7 min

f/u in 6 weeks

**1. Nonspecific paroxysmal spell -**
Michael has periodic movements of BUE and BLE that are periodic, q 20-30 seconds and he is amnestic for these. These sound most like PLMS. Michael does not endorse RLS while awake. Overall I doubt motor Sz. Reasonable to pursue an EEG, cranial MRI. No current indication for ASM/AED meds. I answered questions re: ddx, testing, meds.
R41.89: Other symptoms and signs involving cognitive functions and awareness
• MRI, BRAIN + BRAIN STEM, W/O CONTRAST -    Note to Imaging Facility: involuntary motor activity during sleep
   Height (ft.): 5 ft 5 in  Weight (lbs): 164
• ELECTROENCEPHALOGRAM –    Note to Imaging Facility: involuntary motor activity during sleep

**2. Snoring -**
As before, EDS, suspected apneas. As before, HST inconclusive. I will request a PSG. I answered questions re: testing, ddx.
R06.83: Snoring
• SNORING: CARE INSTRUCTIONS
• POLYSOMNOGRAM –    Note to Imaging Facility: indeterminate HST. Suspect PLMS. Need to eval for OSA. Snoring, EDS. Pt can take trazodone, remeron, clonazepam prn.

**3. Suicidal thoughts -**
Passive SI. Contracts for safety. He has a support system for psych issues. Has psychiatrist and a therapist.
R45.851: Suicidal ideations
• SUICIDAL THOUGHTS IN A FAMILY MEMBER: CARE INSTRUCTIONS

Return to Office
• to see Patricia Maska, MD for Telemedicine at SAN RAMON on or around 07/08/2022

Electronically Signed by: PATRICIA MASKA, MD

05/27/2022

PATRICIA SUZANNE MASKA, MD          Darden, Michael (ID: 10073), DOB: 05/05/1966

**END - Consult Note: Neurology**

**BEGIN - Medical Record: Unedited**

Note Title    Medical Record: Unedited// Disability | Department of Social Services
Note Type    Medical Record: Unedited

# ⫶ one medical

595 Castro Street San Francisco, CA 94114    Phone: 888-663-6331  •  Fax: 888-663-6331

| | |
|---|---|
| Date of Service | Fri May 13 2022 @ 08:57 AM |
| Created By | Christina Lujan |
| Signed By | Christina Lujan |
| Date Signed | Fri May 13 2022 @ 08:59 AM |

# ⫶ one medical

595 Castro Street San Francisco, CA 94114     Phone: 888-663-6331 · Fax: 888-663-6331

STATE OF CALIFORNIA - HEALTH AND HUMAN SERVICES AGENCY

**DEPARTMENT OF SOCIAL SERVICES**
S05 CA DDS OAKLAND
PO BOX 30722
SALT LAKE CITY, UT 84130-9858

Gavin Newsom, Governor

S05/K23/DBVALD



FAX: 1-866-640-1126

April 29, 2022

ONE MEDICAL
MEDICAL RECORDS
595 CASTRO ST
SAN FRANCISCO CA 94114

## This Bar Code Page is the Return Cover Sheet for Records.

**Important:** This bar code page must be the **top page** of your response. Invoices must be placed directly behind this page as the second page submitted. <u>All</u> other documents, including invoices, must be placed **behind** this page. *If you are sending records for more than one individual, you may fax or mail them at the same time, as long as each individual's bar code page is sequenced as the first page of that individual's records.

## FAX Records Toll Free to 1-8<u>66</u>-640-1126.

or

**You can upload electronic records if you are registered on the Electronic Records Express Secured Website. For info - www.socialsecurity.gov/ere**

or

**If mailing, this page must be on top of your records. Slide this page into the return window envelope with this address showing.**

**Save Time and Money! Receive Faster Payments for Records! Fax or Scan your records. Both methods are HIPAA compliant and preferred for security, speed, and efficiency.**

S05 CA DDS OAKLAND
PO BOX 30722
SALT LAKE CITY, UT 84130-9858

RQID:D1355878004487721K23____ SITE:S05 DR:S
SSN:********* DOCTYPE:0001 RF:D CS:4f4d
Claimant: MICHAEL  DARDEN
SSN: ***-**-6330 DOB: 05/05/1966

MEF RH1 (08/17)

# ⁓ one medical

595 Castro Street San Francisco, CA 94114     Phone: 888-663-6331  •  Fax: 888-663-6331

STATE OF CALIFORNIA · HEALTH AND HUMAN SERVICES AGENCY

**DEPARTMENT OF SOCIAL SERVICES**
S05 CA DDS OAKLAND
PO BOX 30722
SALT LAKE CITY, UT  84130-9858

Gavin Newsom, Governor

S05/K23/DBVALD



FAX: 1-866-640-1126

April 29, 2022

ONE MEDICAL
MEDICAL RECORDS
595 CASTRO ST
SAN FRANCISCO CA 94114

|  |  |
|---|---|
| RE: | MICHAEL DARDEN |
| AKA: | |
| SSN: | ***-**-6330 |
| DOB: | 05/05/1966 |
| DDS CASE NUMBER: | 1355878 |
| REQUEST NUMBER: | 4487721 |
| PATIENT NUMBER: | |
| SERVICE VENDOR NUMBER: | J292496 |

The above-named individual has applied for disability benefits under the Social Security Act. This agency is responsible for adjudicating the claim. Your institution has been identified as a source of medical evidence for the claimant.

Thank you for your prior report. Additional or current information is now needed.

IDENTIFYING INFORMATION:

Adm/Dschg Dates:      10/12/2021 to present
Outpatient Dates:      10/12/2021 to present
Patient No:

Please note that this is a request for all records during the dates of treatment period, and is not limited to records pertaining to the alleged impairments listed below.

Alleged Impairments:
MAJOR DEPRESSIVE DISORDER; GENERALIZED ANXIETY DIS
ORDER; PANIC DISORDER; INSOMNIA; MIGRAINES; TINNIT
US; MITRAL VALVE PROLAPSE; SPOTS BEFORE EYES;, Con
dition Changed Start Date 04/07/2022, Condition Ch
anged Description ATYPICAL MIGRAINES, TINNITUS, NO
T RESPONDING TO 2 DIFFERENT NEW AND ADVANCED MEDIC
ATIONS. SYMPTOMS: CONSTIPATION; DIZZINESS; FATIGUE
; FREQUENT URINATION; IRREGULAR HEARTBEAT; LACK OF
BALANCE; LACK OF GRIP STRENGTH; LACK OF STAMINA;
LIGHTHEADEDNESS; LIMITED RANGE OF MOTION; MUSCLE S
PASMS; NUMBNESS; PAIN; SKIN PROBLEMS; SLURRED SPEE
CH; STIFFNESS; STUTTERING; SWELLING; TIGHTNESS IN
CHEST; TINGLING; TREMORS/SHAKINESS; TROUBLE SLEEPI
MEF RH1 (08/17)

# ⁙ one medical

595 Castro Street San Francisco, CA 94114    Phone: 888-663-6331 • Fax: 888-663-6331

```
                        DEA:   DBVALD
             DDS CASE NUMBER:  1355878
             REQUEST NUMBER:   4487721
```

NG/INSOMNIA; WEAKNESS; HEADACHES; MIGRAINES; HALLU
CINATIONS; VISION PROBLEMS (STATUTORY BLINDNESS);
HEARING PROBLEMS; FLASHBACKS; IRRITABILITY; MOOD S
WINGS; NIGHTMARES; OBSESSIVE BEHAVIOR OR THOUGHTS;
ANXIETY; DEPRESSION; PANIC ATTACKS; PARANOIA. LIM
ITATIONS: BENDING; KNEELING; LIFTING; REACHING; SI
TTING; SQUATTING; STAIR CLIMBING; STANDING; USING

INCLUDE THE FOLLOWING INFORMATION IF APPLICABLE:

Adm, H & P, Dchg.Sm.
Consultations
CT/MRI Reports
EKG W/Tracings
Lab Tests
Operative Notes
Outpatient Notes
Psychological Tests
PT Progress Notes
Psychiatric Consult
Pathology Reports
X-Ray Reports

FOR ADULTS
    We would also like to have a statement, based on your medical findings,
    expressing your opinion about the claimant's ability, despite the functional
    limitations imposed by the impairment(s) to do work-related physical and/or
    mental activities as appropriate:
        Physical activities such as sitting, standing, walking, lifting, carrying,
        handling objects, hearing, speaking and traveling.

        Mental activities such as understanding and memory; sustained
        concentration and persistence; social interaction; and adaptation.

FOR CHILDREN
    We would also like to have a statement, based on your medical findings,
    expressing your opinion about the child's functional limitations in learning, motor
    functioning, performing self-care activities, communicating, socializing,
    completing tasks and responsiveness to stimuli.

A reasonable fee, as determined by this agency, may be paid upon request.  Your
request must be in writing on a separate form and must be attached to your response.
To insure prompt payment, send your report within 14 days.  It is our policy to not
routinely pay for medical reports received more than 90 days after the date of the first
request.  Enclosed is an authorization for release of information.

**PLEASE RETURN A COPY OF THIS LETTER WITH YOUR RESPONSE.**

MR. DEREK V/K23, Disability Eval. Analyst III
MEF RH1 (08/17)

# ⁑ one medical

595 Castro Street San Francisco, CA 94114    Phone: 888-663-6331 • Fax: 888-663-6331

DEA:  DBVALD
DDS CASE NUMBER:  1355878
REQUEST NUMBER:  4487721

(510) 622-3628

___THIS REQUEST IS BEING RETURNED.  WE DO NOT HAVE THE
INFORMATION REQUESTED.  PLEASE PROVIDE DATE LAST SEEN: _____

MEF RH1 (08/17)

# ⁑ one medical

595 Castro Street San Francisco, CA 94114    Phone: 888-663-6331 • Fax: 888-663-6331

| WHOSE *Records to be Disclosed* | | Form Approved OMB No. 0960-0623 |
|---|---|---|
| NAME *(First, Middle, Last, Suffix)* **Michael Darden** | | |
| SSN **577966330** | Birthday *(mm/dd/yy)* **05/05/66** | |

## AUTHORIZATION TO DISCLOSE INFORMATION TO THE SOCIAL SECURITY ADMINISTRATION (SSA)

### ** PLEASE READ THE ENTIRE FORM, BOTH PAGES, BEFORE SIGNING BELOW **

I voluntarily authorize and request disclosure (including paper, oral, and electronic interchange):
**OF WHAT** *All my medical records; also education records and other information related to my ability to perform tasks. This includes specific permission to release:*

1. All records and other information regarding my treatment, hospitalization, and outpatient care for my impairment(s) *including*, and **not limited to** :
   - Psychological, psychiatric or other mental impairment(s) (excludes "psychotherapy notes" as defined in 45 CFR 164.501)
   - Drug abuse, alcoholism, or other substance abuse
   - Sickle cell anemia
   - Records which may indicate the presence of a communicable or noncommunicable disease; and tests for or records of HIV/AIDS
   - Gene-related impairments (including genetic test results)

2. Information about how my impairment(s) affects my ability to complete tasks and activities of daily living, and affects my ability to work.

3. Copies of educational tests or evaluations, including Individualized Educational Programs, triennial assessments, psychological and speech evaluations, and any other records that can help evaluate function; also teachers' observations and evaluations.

4. Information created within 12 months after the date this authorization is signed, as well as past information.

**FROM WHOM**

| | |
|---|---|
| • All medical sources (hospitals, clinics, labs, physicians, psychologists, etc.) including mental health, correctional, addiction treatment, and VA health care facilities<br>• All educational sources (schools, teachers, records administrators, counselors, etc.)<br>• Social workers/rehabilitation counselors<br>• Consulting examiners used by SSA<br>• Employers, insurance companies, workers' compensation programs<br>• Others who may know about my condition (family, neighbors, friends, public officials) | **THIS BOX TO BE COMPLETED BY SSA/DDS (as needed)** Additional information to identify the subject (e.g., other names used), the specific source, or the material to be disclosed:<br><br>Organization: ONE MEDICAL<br>Vendor Address: 595 CASTRO ST  SAN FRANCISCO 94114<br>Inpatient Date: 10/12/2021 to present<br>Outpatient Date: 10/12/2021 to present<br>Patient DOB: 05/05/66<br>Remarks: |

**TO WHOM**    The Social Security Administration and to the State agency authorized to process my case (usually called "disability determination services"), including contract copy services, and doctors or other professionals consulted during the process. [Also, for international claims, to the U.S. Department of State Foreign Service Post.]

**PURPOSE**    Determining my eligibility for benefits, including looking at the combined effect of any impairments that by themselves would not meet SSA's definition of disability; and whether I can manage such benefits.
☐ Determining whether I am capable of managing benefits ONLY (check only if this applies)

**EXPIRES WHEN**    This authorization is good for 12 months from the date signed (below my signature).

- I authorize the use of a copy (including electronic copy) of this form for the disclosure of the information described above.
- I understand that there are some circumstances in which this information may be redisclosed to other parties (see page 2 for details).
- I may write to SSA and my sources to revoke this authorization at any time (see page 2 for details).
- SSA will give me a copy of this form if I ask; I may ask the source to allow me to inspect or get a copy of material to be disclosed.
- I have read both pages of this form and agree to the disclosures above from the types of sources listed.

**PLEASE SIGN USING BLUE OR BLACK INK ONLY**    IF not signed by subject of disclosure, specify basis for authority to sign
**INDIVIDUAL** authorizing disclosure    ☐ Parent of minor    ☐ Guardian    ☐ Other personal representative (explain)

SIGN ▶ *Michael Darden*

*(Parent/guardian/personal representative sign here if two signatures required by State law)* ▶

| Date Signed **05/19/2021** | Street Address **1801 Shoreline Drive, Apartment 307** | | |
|---|---|---|---|
| Phone Number (with area code ) **9176688780** | City **ALAMEDA** | State **CA** | ZIP **94501** |

**WITNESS**    I know the person signing this form or am satisfied of this person's identity.

| SIGN ▶ | IF needed, second witness sign here (e.g., if signed with "X" above) SIGN ▶ |
|---|---|
| Phone Number (or Address) | Phone Number (or Address) |

*This general and special authorization to disclose was developed to comply with the provisions regarding disclosure of medical, educational, and other information under P.L. 104-191 ("HIPAA"); 45 CFR parts 160 and 164; 42 U.S. Code section 290dd-2; 42 CFR part 2; 38 U.S. Code section 7332; 38 CFR 1.475; 20 U.S. Code section 1232g ("FERPA"); 34 CFR parts 99 and 300; and State law.*

# ⊹ one medical

595 Castro Street San Francisco, CA 94114    Phone: 888-663-6331 · Fax: 888-663-6331

### Explanation of Form SSA-827,
### "Authorization to Disclose Information to the Social Security Administration (SSA)"

We need your written authorization to help get the information required to process your claim, and to determine your capability of managing benefits. Laws and regulations require that sources of personal information have a signed authorization before releasing it to us. Also, laws require specific authorization for the release of information about certain conditions and from educational sources.

You can provide this authorization by signing a form SSA-827. Federal law permits sources with information about you to release that information if you sign a single authorization to release all your information from all your possible sources. We will make copies of it for each source. A covered entity (that is, a source of medical information about you) may not condition treatment, payment, enrollment, or eligibility for benefits on whether you sign this authorization form. A few States, and some individual sources of information, require that the authorization specifically name the source that you authorize to release personal information. In those cases, we may ask you to sign one authorization for each source and we may contact you again if we need you to sign more authorizations.

You have the right to revoke this authorization at any time, except to the extent a source of information has already relied on it to take an action. To revoke, send a written statement to any Social Security Office. If you do, also send a copy directly to any of your sources that you no longer wish to disclose information about you; SSA can tell you if we identified any sources you didn't tell us about. SSA may use information disclosed prior to revocation to decide your claim.

It is SSA's policy to provide service to people with limited English proficiency in their native language or preferred mode of communication consistent with Executive Order 13166 (August 11, 2000) and the Individuals with Disabilities Education Act. SSA makes every reasonable effort to ensure that the information in the SSA-827 is provided to you in your native or preferred language.

### Privacy Act Statement
### Collection and Use of Personal Information

Sections 205(a), 233(d)(5)(A), 1614(a)(3)(H)(i), 1631(d)(l) and 1631(e)(l)(A) of the Social Security Act as amended, [42 U.S.C. 405(a), 433(d)(5)(A), 1382c(a)(3)(H)(i), 1383(d)(l) and 1383(e)(l)(A)] authorize us to collect this information. We will use the information you provide to help us determine your eligibility, or continuing eligibility for benefits, and your ability to manage any benefits received. The information you provide is voluntary. However, failure to provide the requested information may prevent us from making an accurate and timely decision on your claim, and could result in denial or loss of benefits.

We rarely use the information you provide on this form for any purpose other than for the reasons explained above. However, we may use it for the administration and integrity of Social Security programs. We may also disclose information to another person or to another agency in accordance with approved routine uses, including but not limited to the following:

1. To enable a third party or an agency to assist us in establishing rights to Social Security benefits and/or coverage;
2. To comply with Federal laws requiring the release of information from our records (e.g., to the Government Accountability Office, General Services Administration, National Archives Records Administration, and the Department of Veterans Affairs);
3. To make determinations for eligibility in similar health and income maintenance programs at the Federal, State, and local level; and
4. To facilitate statistical research, audit, or investigative activities necessary to assure the integrity and improvement of our programs (e.g., to the U.S. Census Bureau and to private entities under contract with us).

We may also use the information you provide in computer matching programs. Matching programs compare our records with records kept by other Federal, State, or local government agencies. We use the information from these programs to establish or verify a person's eligibility for Federally funded or administered benefit programs and for repayment of incorrect payments or delinquent debts under these programs.

A complete list of routine uses of the information you gave us is available in our Privacy Act Systems of Records Notices entitled, Claims Folder System, 60-0089, Master Beneficiary Record, 60-0090, Supplemental Security Income record and Special Veterans benefits, 60-0103; and Electronic Disability (eDIB) Claims File, 0-0340. The notices, additional information regarding this form, and information regarding our systems and programs, are available on-line at www.socialsecurity.gov or at any Social Security office.

### PAPERWORK REDUCTION ACT

This information collection meets the requirements of 44 U.S.C. § 3507, as amended by Section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget control number. We estimate that it will take about 10 minutes to read the instructions, gather the facts, and answer the questions. SEND OR BRING IN THE COMPLETED FORM TO YOUR LOCAL SOCIAL SECURITY OFFICE. You can find your local Social Security office through SSA's website at www.socialsecurity.gov. Offices are also listed under U.S. Government agencies in your telephone directory or you may call Social Security at 1-800-772-1213 (TTY 1-800-325-0778). *You may send comments on our time estimate above to: SSA, 6401 Security Blvd., Baltimore, MD 21235-6401. Send only comments relating to our time estimate to this address, not the completed form.*

Form SSA-827 (11-2012)  ef (11-2012)                                                                        Page 2 of 2

# ∴ one medical

595 Castro Street San Francisco, CA 94114   Phone: 888-663-6331 · Fax: 888-663-6331

## ∴ one medical
### One Medical Group

595 Castro Street
San Francisco, CA 94114

**phone:** 888-663-6331
**fax:** 415-291-0489

**To:**
**From:** Christina Lujan

---

## Patient

| | |
|---|---|
| Patient | **Michael Darden** |
| DOB | **05/05/1966** |
| Sex | **M** |
| PCP | **Emanuel Vergis, MD** |
| Patient ID | **110786538** |
| Address | **1801 Shore Line Dr** |
| | **Apartment 307** |
| | **Alameda, CA 94501** |

Anthem Blue Cross of California PPO
Member ID: XDP241W06151
Effective At: 01/01/2021
Policy Holder: Michael Darden (Self)

# ⠿ one medical

595 Castro Street San Francisco, CA 94114    Phone: 888-663-6331 • Fax: 888-663-6331

## Active Medications

**aspirin**
81 mg DR tabs, 1 tab PO qday as needed for migraine aura

**bupropion HCl**
300 mg extended release PO qam

**clonazepam**
0.5 mg tabs, 1 tab PO qday as needed for anxiety

**Nurtec ODT**
75 mg rapid dissolve PO once as needed for migraine headache

**trazodone**
50 mg tabs, 1 - 3 tabs PO qhs as needed for insomnia

## Notes

**BEGIN - Consult Letter**

| | |
|---|---|
| Note Title | **NEUROLOGY Consult Letter 2-3-2022** |
| Note Type | **Consult Letter** |
| Date of Service | **Mon Feb 07 2022 @ 06:19 AM** |
| Created By | **Erica Reinganum** |
| Signed By | **Emanuel Vergis, MD (NPI: 1962478495)** |
| Date Signed | **Tue Feb 15 2022 @ 07:03 AM** |

# ⁘ one medical

595 Castro Street San Francisco, CA 94114    Phone: 888-663-6331  ·  Fax: 888-663-6331

athena          2/3/2022 2:37:25 pm EST          2ad300ba-b551-48f1-9569-b7df97ae0e15          Page: 1 / 5

# CONFIDENTIAL Fax

**FROM:**

PATRICIA MASKA, MD
985 ATLANTIC AVE STE 300, ALAMEDA, CA 94501-6447
Phone: (510) 748-5363
Fax: (925) 269-4975

**TO:**

EMANUEL VERGIS MD
Fax: (415) 291-0489

This fax may contain sensitive and confidential personal health information that is being
sent for the sole use of the intended recipient. Unintended recipients are directed to
securely destroy any materials received. You are hereby notified that the unauthorized
disclosure or other unlawful use of this fax or any personal health information is
prohibited. To the extent patient information contained in this fax is subject to 42 CFR
Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify
the sender and confirm that the information will be destroyed. If you do not have internet
access, please call 1-888-482-8436 to notify the sender and confirm that the information
will be destroyed. Thank you for your attention and cooperation. [ID:686701-H-3387]

# ⊹ one medical

595 Castro Street San Francisco, CA 94114    Phone: 888-663-6331 • Fax: 888-663-6331

PATRICIA SUZANNE MASKA, MD • 985 ATLANTIC AVE STE 300, ALAMEDA CA 94501-6447
**DARDEN, MICHAEL (id #10073, dob: 05/05/1966)**
**PATRICIA SUZANNE MASKA MD**
985 ATLANTIC AVE STE 300
ALAMEDA, CA 94501-6447
Phone: (510) 748-5363
Fax: (925)289-4975

**Encounter Summary - Progress Note**
Date Printed:  02/03/2022

Attention: Emanuel Vergis MD

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:686701-H-3387]

| Patient | Darden, Michael (55yo, M) #10073 |
|---|---|
| DOB | 05/05/1966 |

### Patient Demographics:

| Address | 1801 Shoreline Dr/Apt 307 Alameda, CA 94501-6084 | Home Phone | (917) 868-8780 |
|---|---|---|---|
| | | Work Phone | |

### Patient Medical History:

| Encounter Reason/Date | Followup: Migraine with aura<br>Followup: Vertigo<br>Followup: Snoring<br>02/03/2022 - 10:30AM - PSM |
|---|---|
| History of Present Illness | **Headache - f/up**<br>Reported by patient.<br><br>Timing of pain: frequency of overall cephalalgia: days/month (**14**); worse since 10/21<br>Treatment (modifying factors): Tried Nurtec 8 nights in a row, and felt vertigo and had tinnitus "within seconds" of taking it. An hour later, started to calm down. Tried ASA 81 mg qd x 8 days w/o benefit so stopped.<br>Severity of pain: **pain level: migraine 7-10/10**; milder HA 1-3/10. Has at least PS 3-4/10 at least a couple of hours per day.<br><br>**Sleep**<br>Reported by patient.<br><br>Associated Symptoms: **excessive daytime sleepiness; suspected respiratory events: startled awakenings**; Gregory notes a EDS after a heavy meal.<br><br>**Vertigo**<br>Reported by patient.<br><br>Quality: **true vertigo: spinning sensation**<br>Location: tinnitus constant<br>Duration: symptoms constant; vertigo fluctuates<br>Aggravating factors (modifying factors): **symptoms worse with position change; symptoms exacerbated by head movement to either side**<br>Video Tele-health visit used during the COVID-19 pandemic. Patient gave consent to tele-health visit.<br><br>Michael ok w/ husb Gregory in visit. Gregory is an RN. |
| Past Medical History | Discussed Past Medical History<br>Anxiety Disorder: **Y** |

PATRICIA SUZANNE MASKA, MD                              Darden, Michael (ID: 10073), DOB: 05/05/1966

# ⊹ one medical

595 Castro Street San Francisco, CA 94114   Phone: 888-663-6331 · Fax: 888-663-6331

athena                2/3/2022 2:37:25 pm EST                2ad300ba-b551-48f1-9569-b7df97aa0e15                Page: 3 / 5

|  | |
|---|---|
| | Depression: **Y**<br>Headaches: **Y**<br>Heart Problems: **Y** - **MVP**<br>Migraines: **Y**<br>Kidney Disease: N - no kidney stones<br>Notes: PTSD |
| **Problem List** | Reviewed Problems<br>● Body mass index 25-29 - overweight - Onset: 02/03/2022<br>● Migraine with aura - Onset: 11/01/2021<br>● Vertigo - Onset: 11/01/2021<br>● Headache - Onset: 11/01/2021<br>● Snoring - Onset: 11/01/2021 |
| **Allergies List** | Reviewed Allergies<br><br>PENICILLINS |

| **Medications** | Reviewed Medications | | |
|---|---|---|---|
| | **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>TAKE 1 TABLET BY MOUTH EVERY DAY | 02/03/22 | filled |
| | **clonazePAM 0.5 mg tablet** | 11/27/21 | filled |
| | **escitalopram 5 mg tablet** | 12/14/21 | filled |
| | **Qulipta 10 mg tablet**<br>Take 1 tablet(s) every day by oral route for 30 days. | 02/03/22 | prescribed |
| | **traZODone 50 mg tablet** | 09/24/21 | filled |

| **Social History** | Reviewed Social History<br>**Education and Occupation**<br>What is the highest grade or level of school you have completed or the highest degree you have received?: Master's degree (e.g., MA, MS, MEng, MEd, MSW, MBA) (Notes: instructional designer)<br>Are you currently employed?: No (Notes: disability since 04/21)<br>**Diet and Exercise**<br>What type of diet are you following?: Regular<br>What is your exercise level?: Moderate<br>**Activities of Daily Living**<br>Are you able to care for yourself?: No<br>Are you blind or do you have difficulty seeing?: No<br>Are you deaf or do you have serious difficulty hearing? : No<br>Do you have difficulty concentrating, remembering or making decisions?: Yes<br>Do you have difficulty walking or climbing stairs?: No<br>Do you have difficulty dressing or bathing?: Yes<br>Do you have difficulty doing errands alone?: Yes<br>Which of your hands is dominant?: Right<br>**Public Health and Travel**<br>Have you been to an area known to be high risk for COVID-19?: No<br>In the 14 days before symptom onset, have you had close contact with a laboratory-confirmed COVID-19 while that case was ill?: No<br>In the 14 days before symptom onset, have you had close contact with a person who is under investigation for COVID-19 while that person was ill?: No<br>**Substance Use**<br>Do you or have you ever smoked tobacco?: Never smoker<br>Do you or have you ever used any other forms of tobacco or nicotine?: No<br>What was the date of your most recent tobacco screening?: 02/03/2022<br>What is your level of alcohol consumption?: None<br>What is your level of caffeine consumption?: Occasional<br>**Advanced Directive**<br>Do you have an advanced directive?: Yes<br>**Marriage and Sexuality**<br>What is your relationship status?: Married (Notes: husband Gregory)<br>**Lifestyle**<br>Do you feel stressed (tense, restless, nervous, or anxious, or unable to sleep at night)?: Very much<br>Do you use your seat belt or car seat routinely?: Yes<br>**Gender Identity and LGBTQ Identity** |
|---|---|

| **Family History** | Reviewed Family History | |
|---|---|---|
| | Mother | - Dementia |

PATRICIA SUZANNE MASKA, MD                                    Darden, Michael (ID: 10073), DOB: 05/05/1966

## ᐧ one medical

595 Castro Street San Francisco, CA 94114     Phone: 888-663-6331 • Fax: 888-663-6331

athena                    2/3/2022 2:37:25 pm EST                    2ad300ba-b551-48f1-9569-b7df97ae0e15                    Page: 4 / 5

|  |  | - Hypertensive disorder |
|---|---|---|
|  |  | - Hyperlipidemia |
|  | Father | - Hypertensive disorder |
|  |  | - Hyperlipidemia |
|  |  | - Congestive heart failure |
|  |  | - Coronary artery bypass grafts x 3 |

| Review of Systems | None recorded |
|---|---|

### Exam:

| Vitals | Ht: | 5 ft 5 in Standing 02/03/2022 10:00 am | Wt: | 150 lbs With clothes 02/03/2022 10:01 am | BMI: | 25 02/03/2022 10:01 am |
|---|---|---|---|---|---|---|
|  | BP: | Not Performed - Patient refused 02/03/2022 10:00 am | Pulse: | 60 bpm 02/03/2022 10:03 am | T: | 97.8 F° 02/03/2022 10:08 am |
|  | Pain Scale: | 6 02/03/2022 10:02 am |  |  |  |  |

| Physical Exam | Patient is a 55-year-old male.

**General Appearance:** Appearance no acute distress. Habitus well nourished.

**Head:** Appearance atraumatic.

**Mental Status:** Level of consciousness alert and attentive. Mood, Affect normal mood, euthymic and affect congruent with mood. Attention/Concentration: normal attention and concentration. Orientation oriented to place and situation and orientated to person. Language, Speech no dysarthria or aphasia or dysphasia noted and normal fluency. Memory, Recall recent memory grossly normal. |
|---|---|
| Results/ Interpretations | None recorded |
| Document History | **Discussed the following documents:** <br> • HOME SLEEP TESTING\* - 12/28/21 |
| Procedure Documentation | None recorded |

### Assessment and Plan:

| Assessment and Plan | Time spent: 49 min

Record review: 2 min
Chart prep: 2 min
Discussion/exam time spent with patient/care partner: 12 min
Risk assessment:time taken to review E&M and ddx w/ husband Gregory (1st visit w/ Gregory present), anwering questions, testing options, medication options, lifestyle changes: 25 min
Referrals/care coordination: 1 min
Charting: 7 min

f/u in 4 weeks

**1. Migraine with aura -**
Episodic migraine. Baseline headache days per month: 14, lasting more than 4 hours per day. Did not tol Nurtec. Needs intervention. We discussed the R&B of other meds and decided on Qulipta. He wants to avoid injections.

They asked about a cranial MRI. I indicated that I don't think he needs a repeat MRI at this time. They are fine not doing an MRI for now. I answered numerous questions re: testing, meds, prevention. |
|---|---|

PATRICIA SUZANNE MASKA, MD                                        Darden, Michael (ID: 10073), DOB: 05/05/1966

Case 4:25-cv-00911-DMR   Document 1   Filed 01/28/25   Page 437 of 500

12/19/24, 12:42 PM        Tc.columbia.edu Ma    edical Records Request, Anthem, Physical, Claim Ap    tion, Determination Assessment, Long-Term D...

437



Darden, Michael <mad2255@tc.columbia.edu>

## Medical Records Request, Anthem, Physical, Claim Application, Determination Assessment, Long-Term Disability, Michael Darden 3

**Darden, Michael** <mad2255@tc.columbia.edu>                    Tue, Mar 21, 2023 at 11:46 AM
To: tanita.lee@anthem.com

Attached:

PART 3 OF 3 EMAIL TRANSMISSIONS

Satisfactory?

Thank you kindly, and take care,

Michael
Michael Darden
917-868-8780

 **Michael Darden Dr. Emanuel Vergis One Medical Healthcare Record includes Maska UCSF Sharon - Copy pages 88-174.pdf**
15984K

# ⋰one medical

595 Castro Street San Francisco, CA 94114     Phone: 888-663-6331  •  Fax: 888-663-6331

Preventive meds tried: Nurtec (did not tolerate), VPA, Elavil, lexapro, bupropion, GBN 300 mg, lorazepam
OTC preventives tried: B2, magnesium
G43.109: Migraine with aura, not intractable, without status migrainosus
- MIGRAINE AURA WITHOUT A HEADACHE: CARE INSTRUCTIONS
- Qulipta 10 mg tablet - Take 1 tablet(s) every day by oral route for 30 days.     Qty: 30 tablet(s)     Refills: 2     Pharmacy: CVS/PHARMACY #9255     Note to Pharmacy: Preventive meds tried: Nurtec (did not tolerate), VPA, Elavil, lexapro, bupropion, GBN 300 mg, lorazepam

## 2. Vertigo -
Long h/o vertigo. May be multifactorial: BPPV, migraine related vertigo, PPPD. Needs intervention. I advise a trial of vestib rehab. We discussed Migraine related vertigo and PPPD. I am optimistic that Qulipta may help the former as well. I answered numerous questions re: testing, meds, ddx, testing.
R42: Dizziness and giddiness
- VESTIBULAR THERAPY REFERRAL -     Schedule Within: provider's discretion     Note to Provider: Vestib rehab. vertigo can be positional. May have underlying PPPD and migrainous vertigo. Menandro.

## 3. Snoring -
EDS, suspected apneas. HST inconclusive. Needs further eval. We discussed doing a PSG. They want to hold off and see how the other interventions help. I answered numerous questions re: clinical presentations of OSA, testing of OSA.
R06.83: Snoring
- SNORING: CARE INSTRUCTIONS

## 4. Body mass index 25-29 - overweight -
Consider nutrition eval
Z68.25: Body mass index [BMI] 25.0-25.9, adult
- LEARNING ABOUT HEALTHY WEIGHT
- NUTRITIONIST/DIETITIAN REFERRAL -     Schedule Within: provider's discretion

## Return to Office
- to see Patricia Maska, MD for Telemedicine at PSM on or around 02/24/2022

Electronically Signed by: PATRICIA MASKA, MD

_[signature]_

02/03/2022

# ⫶ one medical

595 Castro Street San Francisco, CA 94114    Phone: 888-663-6331  ·  Fax: 888-663-6331

---

**END - Consult Letter**

---

**BEGIN - Consult Letter**

| | |
|---|---|
| Note Title | **NEUROLOGY - MIGRAINE HEADACHE Consult Letter** |
| Note Type | **Consult Letter** |
| Date of Service | **Mon Dec 20 2021 @ 07:33 PM** |
| Created By | **Zara Hernandez** |
| Signed By | **Emanuel Vergis, MD (NPI: 1962478495)** |
| Date Signed | **Tue Dec 21 2021 @ 06:52 AM** |

·ḋ· one medical

595 Castro Street San Francisco, CA 94114    Phone: 888-663-6331 • Fax: 888-663-6331

athena                12-16-2021 5:25 PM ET        511-185786724                        pg 1 of 5

# CONFIDENTIAL Fax

**FROM:**

PATRICIA MASKA, MD
985 ATLANTIC AVE STE 300, ALAMEDA, CA 94501-6447
Phone: (510) 748-5363
Fax: (925) 289-4975

**TO:**

EMANUEL VERGIS MD
Fax: (415) 291-0489

This fax may contain sensitive and confidential personal health information that is being
sent for the sole use of the intended recipient. Unintended recipients are directed to
securely destroy any materials received. You are hereby notified that the unauthorized
disclosure or other unlawful use of this fax or any personal health information is
prohibited. To the extent patient information contained in this fax is subject to 42 CFR
Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify
the sender and confirm that the information will be destroyed. If you do not have internet
access, please call 1-888-482-8436 to notify the sender and confirm that the information
will be destroyed. Thank you for your attention and cooperation. [ID:674810-H-3387]

# ⋰ one medical

595 Castro Street San Francisco, CA 94114    Phone: 888-663-6331 • Fax: 888-663-6331

| athena | 12-16-2021 5:25 PM ET | 511-185786724 | pg 2 of 5 |

PATRICIA SUZANNE MASKA, MD • 985 ATLANTIC AVE STE 300, ALAMEDA CA 94501-6447
**DARDEN, MICHAEL (id #10073, dob: 05/05/1966)**
**PATRICIA SUZANNE MASKA MD**
985 ATLANTIC AVE STE 300
ALAMEDA, CA  94501-6447
Phone: (510) 748-5363
Fax:  (925)289-4975

**Encounter Summary - Progress Note**
Date Printed:  12/16/2021

Attention: Emanuel Vergis MD

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:674810-H-3387]

| Patient | Darden, Michael (55yo, M) #10073 |
|---|---|
| **DOB** | 05/05/1966 |

Patient Demographics:

| Address | 1801 Shore Line Dr Apt 307 Alameda, CA 94501 | **Home Phone** | (917) 868-8780 |
|---|---|---|---|
| | | **Work Phone** | |

Patient Medical History:

| Encounter Reason/Date | Followup: Migraine with aura<br>Followup: Snoring<br>Followup: Vertigo<br>12/16/2021 - 10:30AM - PSM |
|---|---|
| **History of Present Illness** | **Headache - f/up**<br>    Reported by patient.<br><br>    Timing of pain: frequency of migraine: (11-14 days/month)<br>    Severity of pain: **pain level: migraine 4-7/10**<br>    Quality of pain: character of cephaliga as familiar<br><br>**Sleep**<br>    Reported by patient.<br><br>    Associated Symptoms: **excessive daytime sleepiness; snoring: moderate**<br>    Severity: not sleepy driving<br><br>**Vertigo**<br>    Reported by patient.<br><br>    Quality: **true vertigo: spinning sensation**; On non-vertigo days, having LH off and on<br>    Location: **tinnitus occurring bilateral**<br>    Duration: typical duration of symptoms as hours; symptoms as variable in length; symptoms as occurring daily<br>    Severity: symptoms as about the same<br>    Aggravating factors (modifying factors): symptoms not associated with change in position; loud noises not triggering vertigo |
| **Past Medical History** | Past Medical History not reviewed (last reviewed 11/01/2021)<br>Anxiety Disorder: **Y**<br>Depression: **Y**<br>Headaches: **Y**<br>Heart Problems: **Y** - MVP<br>Migraines: **Y**<br>Kidney Disease: N - no kidney stones |

PATRICIA SUZANNE MASKA, MD                                                    Darden, Michael (ID: 10073), DOB: 05/05/1966

# ⊹ one medical

595 Castro Street San Francisco, CA 94114    Phone: 888-663-6331 · Fax: 888-663-6331

athena                 12-16-2021 5:25 PM ET          511-185786724                          pg 3 of 5

| Problem List | Reviewed Problems<br>• Migraine with aura - Onset: 11/01/2021<br>• Vertigo - Onset: 11/01/2021<br>• Headache - Onset: 11/01/2021<br>• Snoring - Onset: 11/01/2021 | | |
|---|---|---|---|
| Allergies List | Reviewed Allergies | | |
| | PENICILLINS | | |
| Medications | Reviewed Medications | | |
| | buPROPion HCL XL 300 mg 24 hr tablet, extended release | 12/08/21 | filled |
| | clonazePAM 0.5 mg tablet | 11/27/21 | filled |
| | escitalopram 5 mg tablet | 12/14/21 | filled |
| | Nurtec ODT 75 mg disintegrating tablet<br>Take 1 tablet(s) every other day by oral route. | 11/01/21 | prescribed |
| | traZODone 50 mg tablet | 09/24/21 | filled |

**Social History**

Reviewed Social History
**Education and Occupation**
What is the highest grade or level of school you have completed or the highest degree you have received?: Master's degree (e.g., MA, MS, MEng, MEd, MSW, MBA) (Notes: Instructional designer)
Are you currently employed?: No (Notes: disability since 04/21)
**Diet and Exercise**
What type of diet are you following?: Regular
What is your exercise level?: Moderate
**Activities of Daily Living**
Are you able to care for yourself?: No
Are you blind or do you have difficulty seeing?: No
Are you deaf or do you have serious difficulty hearing? : No
Do you have difficulty concentrating, remembering or making decisions?: Yes
Do you have difficulty walking or climbing stairs?: No
Do you have difficulty dressing or bathing?: Yes
Do you have difficulty doing errands alone?: Yes
Which of your hands is dominant?: Right
**Public Health and Travel**
Have you been to an area known to be high risk for COVID-19?: No
In the 14 days before symptom onset, have you had close contact with a laboratory-confirmed COVID-19 while that case was ill?: No
In the 14 days before symptom onset, have you had close contact with a person who is under investigation for COVID-19 while that person was ill?: No
**Substance Use**
Do you or have you ever smoked tobacco?: Never smoker
Do you or have you ever used any other forms of tobacco or nicotine?: No
What was the date of your most recent tobacco screening?: 12/16/2021
What is your level of alcohol consumption?: None
What is your level of caffeine consumption?: Occasional
**Advanced Directive**
Do you have an advanced directive?: Yes
**Marriage and Sexuality**
What is your relationship status?: Married (Notes: husband Gregory)
**Lifestyle**
Do you feel stressed (tense, restless, nervous, or anxious, or unable to sleep at night)?: To some extent
Do you use your seat belt or car seat routinely?: Yes
**Gender Identity and LGBTQ Identity**

| Family History | Family History not reviewed (last reviewed 11/01/2021) | |
|---|---|---|
| | Mother | - Dementia |
| | | - Hypertensive disorder |
| | | - Hyperlipidemia |
| | Father | - Hypertensive disorder |
| | | - Hyperlipidemia |
| | | - Congestive heart failure |

PATRICIA SUZANNE MASKA, MD                                    Darden, Michael (ID: 10073), DOB: 05/05/1966

# ⚕ one medical

595 Castro Street San Francisco, CA 94114    Phone: 888-663-6331 · Fax: 888-663-6331

athena                12-16-2021 5:25 PM ET            511-185786724                    pg 4 of 5

| | - Coronary artery bypass grafts x 3 |
|---|---|
| **Review of Systems** | None recorded |

## Exam:

| **Vitals** | | |
|---|---|---|
| **Ht:** 5 ft 5 in Standing 12/16/2021 10:32 am | **Wt:** 163.6 lbs With clothes 12/16/2021 10:34 am | **BMI:** 27.2 12/16/2021 10:34 am |
| **BP:** 124/77 sitting L arm 12/16/2021 10:35 am | **Pulse:** 79 bpm 12/16/2021 10:36 am | **T:** 97.8 F* 12/16/2021 10:34 am |
| **Pain Scale:** 4 12/16/2021 10:34 am | | |

**Physical Exam**

Patient is a 55-year-old male.

**General Appearance:** Appearance no acute distress. Habitus well nourished. Ambulation ambulates independently.

**Head:** Appearance atraumatic.

**Mental Status:** Level of consciousness alert and attentive. Mood, Affect normal mood, euthymic and affect congruent with mood. Attention/Concentration: normal attention and concentration. Orientation oriented to place and situation and orientated to person. Language, Speech no dysarthria or aphasia or dysphasia noted and normal fluency. Memory, Recall recent memory grossly normal.

**Gait:** Gait And Stance casual gait normal and narrow based. Standing stands from a chair easily.

| **Results/ Interpretations** | None recorded |
|---|---|
| **Document History** | N/A |
| **Procedure Documentation** | None recorded |

## Assessment and Plan

**Assessment and Plan**

Time spent: 38 min

Chart prep: 2 min
Discussion/exam time spent with patient: 10 min
Risk assessment: testing options, medication options, lifestyle changes: 20 min
Referrals/care coordination: 1 min
Charting: 5 min

f/u in 6 weeks Alameda OV

**1. Migraine with aura -**
Episodic migraine. On average migraine 14 days per month during the previous 3 month period. Requesting nurtec as preventive med. He is still waiting to hear back on using Nurtec as a preventive. Our office will call insurance again to check on approving this.

Could also consider Qulipta. He wants to avoid injections. We again discussed Aspirin 81 mg qd w/ food for prevention of aura

Preventive meds tried: VPA, Elavil, lexapro, bupropion, GBN 300 mg, lorazepam
OTC preventives tried: B2, magnesium
G43.109: Migraine with aura, not intractable, without status migrainosus
• MIGRAINE AURA WITHOUT A HEADACHE: CARE INSTRUCTIONS

**2. Snoring -**
EDS, suspected apneas. Michael still may have OSA but never hear back from the sleep center. Needs eval. I will again request a HST.
R06.83: Snoring

PATRICIA SUZANNE MASKA, MD                            Darden, Michael (ID: 10073), DOB: 05/05/1966

# ⠿ one medical

595 Castro Street San Francisco, CA 94114   Phone: 888-663-6331  •  Fax: 888-663-6331

| athena | 12-16-2021 5:25 PM ET | 511-185786724 | pg 5 of 5 |

- SNORING: CARE INSTRUCTIONS
- HOME SLEEP STUDY -    Note to Imaging Facility: EDS, suspected apneas. Michael may have OSA

**3. Vertigo** -
Long h/o vertigo. As before, I suspect Michael primarily has migraine related vertigo. I am not requesting vestib rehab at this time.
R42: Dizziness and giddiness

## Return to Office
- Patricia Maska, MD for Telemedicine at PSM on 01/27/2022 at 10:30 AM

Electronically Signed by: PATRICIA MASKA, MD

_(signature)_

12/16/2021

PATRICIA SUZANNE MASKA, MD

Darden, Michael (ID: 10073), DOB: 05/05/1966

# ∴ one medical

595 Castro Street San Francisco, CA 94114    Phone: 888-663-6331 • Fax: 888-663-6331

---

**END - Consult Letter**

---

**BEGIN - Office Visit**

| | |
|---|---|
| Chief Complaint | **12-17-2021 REMOTE VISIT: FOLLOW-UP** |
| Note Type | **Office Visit** |
| Date of Service | **Fri Dec 17 2021 @ 10:25 AM** |
| Created By | **Emanuel Vergis, MD (NPI: 1962478495)** |
| Signed By | **Emanuel Vergis, MD (NPI: 1962478495)** |
| Date Signed | **Fri Dec 17 2021 @ 10:45 AM** |

## Subjective

Confirmed name and date of birth with patient
Patient verbally consented to virtual care
Visit held virtually due to efforts to reduce the spread of the COVID-19 virus

Presents to update me:
continues to deal with family issues/mother's health issues
1. psychiatry increased dose of bupropion to 300 mg per day
2. NURTEC approved for migraine headaches; neurologist recommended 81 mg ASA as needed for aural symptoms;
3. home sleep study approved; study pending;
4. long term disability approved by ANTHEM (psychiatry is managing this);

## Exam

I did not examine Michael today and spent the majority of the time reviewing and coordination the care plan with him.

## Procedures & Services

## Assessment & Plan

**Generalized anxiety disorder - F41.1**
5/17/2021:
Started seeing a psychiatrist who increased the dose of escitalopram to 10 mg per day;
Follow-up scheduled with psychiatry later this week;
Scheduled f/u with me in 2-3 weeks;

6/16/2021:
dose of escitalopram 5 mg (decreased from 10 mg) and clonazepam 0.5 mg qday was started;
Follow-up with psychiatry;
Scheduled follow-up with me in one month;
SSDI to be completed by psychiatry (??);

7/20/2021:
Repeat GAD-7 survey;
Continue escitalopram/clonazepam;
Follow-up with me in 2-4 weeks;
updated return to work date to be mid October in the EDD website;

7/23/2021:
recent GAD-7 score is 21 which is unchanged from 4/23;
Question efficacy of treatment versus need for more intense therapy

# ∴ one medical

595 Castro Street San Francisco, CA 94114    Phone: 888-663-6331 • Fax: 888-663-6331

7/26/2021:
continue with escitalopram 15 mg po QDAY;
no changes planned with medication doses according to his psychiatrist;
presumed component of PTSD;
I asked him to inquire if other modalities are being considered for treatment such as EMDR;

10/11/2021:
see A/P Severe depression;

12/17/2021:
psychiatrist increased dose of bupropion to 300 mg per day;
sees psychiatrist every 3 months on average;

**Severe depression** - F32.2
5/17/2021:
See A/P Generalized anxiety disorder

7/26/2021: See A/P Generalized anxiety disorder
check TSH, RPR

7/28/2021:
F/U PHQ-9 score is 25;
no change from prior survey;
will discuss dose adjustment for LEXAPRO, but this is something that his psychiatrist needs to decide;

10/11/2021:
Overall no change in his status;
Switched to bupropion from escitalopram per his psychiatrist;
EDD form to reflect anticipated return to work in mid January;
F/U with me in ~ 4 weeks;

11/8/2021:
Overall no change in status, but seems to think that bupropion is making a difference for him;
He plans to see his psychiatrist in December;
EDD paperwork to transition to Dr. Jillian for him to manage;
Check in with me in December;

12/17/2021:
currently on increased dose of bupropion 300 mg per day;

**Vestibular migraine** - G43.809
Characterized by dizziness, tinnitus;

10/11/2021:
he has noticed an uptick in headaches;
will identify an in-network provider for this;
discussed magnesium and B2 as preventatives;

118/2021:
Follow-up with neurology;
prior authorization for rimegepant pending;

12/17/2021:
NURTEC approved;
advised by his neurologist to take ASA 81 mg at onset of aural migraine symptoms;


## After Visit Guidance To Patient


**END - Office Visit**


**BEGIN - Office Visit**

# ⋅⋅∴ one medical

595 Castro Street San Francisco, CA 94114    Phone: 888-663-6331  •  Fax: 888-663-6331

| | |
|---|---|
| Chief Complaint | **REMOTE VISIT 11-8-2021: DEPRESSION** |
| Note Type | **Office Visit** |
| Date of Service | **Mon Nov 08 2021 @ 10:25 AM** |
| Created By | **Emanuel Vergis, MD (NPI: 1962478495)** |
| Signed By | **Emanuel Vergis, MD (NPI: 1962478495)** |
| Date Signed | **Mon Nov 08 2021 @ 10:42 AM** |

## Subjective

Confirmed name and date of birth with patient
Patient verbally consented to virtual care
Visit held virtually due to efforts to reduce the spread of the COVID-19 virus

Michael presents for follow-up:
1. seems to be responding to bupropion; meets with his psychiatrist in December.  Dr. Jillian will be assuming responsibility for EDD paperwork as well as continuing Anthem long term disability paperwork;
2. meets with his therapist Q weekly on Mondays;
3. met with Dr. Maska (neurologist) who recommended NURTEC (rimegepant) for migraine prophylaxis; PA is pending;

Generally feels about the same overall;

## Exam

I did not examine Michael today and spent the majority of the time reviewing and coordination the care plan with him.

## Procedures & Services

## Assessment & Plan

**Severe depression** - F32.2
5/17/2021:
See A/P Generalized anxiety disorder

7/26/2021: See A/P Generalized anxiety disorder
check TSH, RPR

7/28/2021:
F/U PHQ-9 score is 25;
no change from prior survey;
will discuss dose adjustment for LEXAPRO, but this is something that his psychiatrist needs to decide;

10/11/2021:
Overall no change in his status;
Switched to bupropion from escitalopram per his psychiatrist;
EDD form to reflect anticipated return to work in mid January;
F/U with me in ~ 4 weeks;

11/8/2021:
Overall no change in status, but seems to think that bupropion is making a difference for him;
He plans to see his psychiatrist in December;
EDD paperwork to transition to Dr. Jillian for him to manage;
Check in with me in December;

**Vestibular migraine** - G43.809
Characterized by dizziness, tinnitus;

# ⠿ one medical

595 Castro Street San Francisco, CA 94114     Phone: 888-663-6331  •  Fax: 888-663-6331

10/11/2021:
he has noticed an uptick in headaches;
will identify an in-network provider for this;
discussed magnesium and B2 as preventatives;

118/2021:
Follow-up with neurology;
prior authorization for rimegepant pending;

**After Visit Guidance To Patient**

**END - Office Visit**

**END - Medical Record: Unedited**

**BEGIN - Medical Records Release Form (3rd party)**

Note Title      3rd Party MRRF - Disability | Department of Social
                Services

# ⊹ one medical

595 Castro Street San Francisco, CA 94114    Phone: 888-663-6331  ·  Fax: 888-663-6331

| | |
|---|---|
| Note Type | Medical Records Release Form (3rd party) |
| Date of Service | Thu May 12 2022 @ 04:51 PM |
| Created By | Ai'ana Gi |
| Signed By | Christina Lujan |
| Date Signed | Fri May 13 2022 @ 08:59 AM |

Type records (medical, billing, or all): MED Date range: 10/12/2021-5/13/2022 Send records to: 866-640-1126 Edited: No ** Release EXPIRES: 5/19/2022 Confirm signature: Confirmed Date sent: 5/13/2022 MRS: Christina Lujan

450

# ∴ one medical

595 Castro Street San Francisco, CA 94114   Phone: 888-663-6331 ▪ Fax: 888-663-6331

STATE OF CALIFORNIA - HEALTH AND HUMAN SERVICES AGENCY          Gavin Newsom, Governor

**DEPARTMENT OF SOCIAL SERVICES**          S05/K23/DBVALD
S05 CA DDS OAKLAND
PO BOX 30722
SALT LAKE CITY, UT  84130-9858

FAX: 1-866-640-1126

April 29, 2022

ONE MEDICAL
MEDICAL RECORDS
595 CASTRO ST
SAN FRANCISCO CA 94114

## This Bar Code Page is the Return Cover Sheet for Records.

**Important:** This bar code page must be the **top page** of your response.  Invoices must be placed directly behind this page as the second page submitted.  <u>All</u> other documents, including invoices, must be placed **behind** this page. *If you are sending records for more than one individual, you may fax or mail them at the same time, as long as each individual's bar code page is sequenced as the first page of that individual's records.

## FAX Records Toll Free to 1-8<u>66</u>-640-1126.

or

**You can upload electronic records if you are registered on the Electronic Records Express Secured Website. For info - www.socialsecurity.gov/ere**

or

**If mailing, this page must be on top of your records.  Slide this page into the return window envelope with this address showing.**      ➡

**Save Time and Money!  Receive Faster Payments for Records! Fax or Scan your records.  Both methods are HIPAA compliant and preferred for security, speed, and efficiency.**

S05 CA DDS OAKLAND
PO BOX 30722
SALT LAKE CITY, UT  84130-9858



RQID:D1355878004487721K23____  SITE:S05 DR:S
SSN:********* DOCTYPE:0001 RF:D CS:4f4d
Claimant: MICHAEL  DARDEN
SSN: ***-**-6330  DOB: 05/05/1966

MEF RH1 (08/17)

# ∴ one medical

595 Castro Street San Francisco, CA 94114    Phone: 888-663-6331 · Fax: 888-663-6331

STATE OF CALIFORNIA · HEALTH AND HUMAN SERVICES AGENCY

**DEPARTMENT OF SOCIAL SERVICES**
S05 CA DDS OAKLAND
PO BOX 30722
SALT LAKE CITY, UT  84130-9858

Gavin Newsom, Governor

S05/K23/DBVALD



FAX: 1-866-640-1126

April 29, 2022

ONE MEDICAL
MEDICAL RECORDS
595 CASTRO ST
SAN FRANCISCO CA 94114

|  |  |
|---|---|
| RE: | MICHAEL DARDEN |
| AKA: |  |
| SSN: | \*\*\*-\*\*-6330 |
| DOB: | 05/05/1966 |
| DDS CASE NUMBER: | 1355878 |
| REQUEST NUMBER: | 4487721 |
| PATIENT NUMBER: |  |
| SERVICE VENDOR NUMBER: | J292496 |

The above-named individual has applied for disability benefits under the Social
Security Act. This agency is responsible for adjudicating the claim. Your institution
has been identified as a source of medical evidence for the claimant.

Thank you for your prior report. Additional or current information is now needed.

IDENTIFYING INFORMATION:

Adm/Dschg Dates:       10/12/2021 to present
Outpatient Dates:       10/12/2021 to present
Patient No:

Please note that this is a request for all records during the dates of treatment period,
and is not limited to records pertaining to the alleged impairments listed below.

Alleged Impairments:
MAJOR DEPRESSIVE DISORDER; GENERALIZED ANXIETY DIS
ORDER; PANIC DISORDER; INSOMNIA; MIGRAINES; TINNIT
US; MITRAL VALVE PROLAPSE; SPOTS BEFORE EYES;. Con
dition Changed Start Date 04/07/2022, Condition Ch
anged Description ATYPICAL MIGRAINES, TINNITUS, NO
T RESPONDING TO 2 DIFFERENT NEW AND ADVANCED MEDIC
ATIONS. SYMPTOMS: CONSTIPATION; DIZZINESS; FATIGUE
; FREQUENT URINATION; IRREGULAR HEARTBEAT; LACK OF
BALANCE; LACK OF GRIP STRENGTH; LACK OF STAMINA;
LIGHTHEADEDNESS; LIMITED RANGE OF MOTION; MUSCLE S
PASMS; NUMBNESS; PAIN; SKIN PROBLEMS; SLURRED SPEE
CH; STIFFNESS; STUTTERING; SWELLING; TIGHTNESS IN
CHEST; TINGLING; TREMORS/SHAKINESS; TROUBLE SLEEPI
MEF RH1 (08/17)

# ⊹ one medical

595 Castro Street San Francisco, CA 94114    Phone: 888-663-6331 • Fax: 888-663-6331

```
                                    DEA:   DBVALD
                          DDS CASE NUMBER:   1355878
                          REQUEST NUMBER:    4487721
```

NG/INSOMNIA; WEAKNESS; HEADACHES; MIGRAINES; HALLU
CINATIONS; VISION PROBLEMS (STATUTORY BLINDNESS);
HEARING PROBLEMS; FLASHBACKS; IRRITABILITY; MOOD S
WINGS; NIGHTMARES; OBSESSIVE BEHAVIOR OR THOUGHTS;
ANXIETY; DEPRESSION; PANIC ATTACKS; PARANOIA. LIM
ITATIONS: BENDING; KNEELING; LIFTING; REACHING; SI
TTING; SQUATTING; STAIR CLIMBING; STANDING; USING

INCLUDE THE FOLLOWING INFORMATION IF APPLICABLE:

Adm, H & P, Dchg.Sm.
Consultations
CT/MRI Reports
EKG W/Tracings
Lab Tests
Operative Notes
Outpatient Notes
Psychological Tests
PT Progress Notes
Psychiatric Consult
Pathology Reports
X-Ray Reports

FOR ADULTS
    We would also like to have a statement, based on your medical findings,
    expressing your opinion about the claimant's ability, despite the functional
    limitations imposed by the impairment(s) to do work-related physical and/or
    mental activities as appropriate:
        Physical activities such as sitting, standing, walking, lifting, carrying,
        handling objects, hearing, speaking and traveling.

        Mental activities such as understanding and memory; sustained
        concentration and persistence; social interaction; and adaptation.

FOR CHILDREN
    We would also like to have a statement, based on your medical findings,
    expressing your opinion about the child's functional limitations in learning, motor
    functioning, performing self-care activities, communicating, socializing,
    completing tasks and responsiveness to stimuli.

A reasonable fee, as determined by this agency, may be paid upon request.  Your
request must be in writing on a separate form and must be attached to your response
To insure prompt payment, send your report within 14 days.  It is our policy to not
routinely pay for medical reports received more than 90 days after the date of the first
request.  Enclosed is an authorization for release of information.

**PLEASE RETURN A COPY OF THIS LETTER WITH YOUR RESPONSE.**

MR. DEREK V/K23, Disability Eval. Analyst III
MEF RH1 (08/17)

# ⚡ one medical

595 Castro Street San Francisco, CA 94114    Phone: 888-663-6331  •  Fax: 888-663-6331

DEA: DBVALD
DDS CASE NUMBER: 1355878
REQUEST NUMBER: 4487721

(510) 622-3628

___THIS REQUEST IS BEING RETURNED.  WE DO NOT HAVE THE
INFORMATION REQUESTED.  PLEASE PROVIDE DATE LAST SEEN: _____

MEF RH1 (08/17)

# ⊹ one medical

595 Castro Street San Francisco, CA 94114    Phone: 888-663-6331 • Fax: 888-663-6331

| **WHOSE** *Records to be Disclosed* | Form Approved OMB No. 0960-0623 |
|---|---|
| NAME *(First, Middle, Last, Suffix)* <br> Michael Darden | |
| **SSN** 577966330 | Birthday *(mm/dd/yy)* 05/05/66 |

## AUTHORIZATION TO DISCLOSE INFORMATION TO THE SOCIAL SECURITY ADMINISTRATION (SSA)

### ** PLEASE READ THE ENTIRE FORM, BOTH PAGES, BEFORE SIGNING BELOW **

I voluntarily authorize and request disclosure (including paper, oral, and electronic interchange):
**OF WHAT** *All my medical records; also education records and other information related to my ability to perform tasks. This includes specific permission to release:*

1. All records and other information regarding my treatment, hospitalization, and outpatient care for my impairment(s) *including* , and **not limited to** :
   • Psychological, psychiatric or other mental impairment(s) (excludes "psychotherapy notes" as defined in 45 CFR 164.501)
   • Drug abuse, alcoholism, or other substance abuse
   • Sickle cell anemia
   • Records which may indicate the presence of a communicable or noncommunicable disease; and tests for or records of HIV/AIDS
   • Gene-related impairments (including genetic test results)

2. Information about how my impairment(s) affects my ability to complete tasks and activities of daily living, and affects my ability to work.

3. Copies of educational tests or evaluations, including Individualized Educational Programs, triennial assessments, psychological and speech evaluations, and any other records that can help evaluate function; also teachers' observations and evaluations.

4. Information created within 12 months after the date this authorization is signed, as well as past information.

**FROM WHOM**

• All medical sources (hospitals, clinics, labs, physicians, psychologists, etc.) including mental health, correctional, addiction treatment, and VA health care facilities
• All educational sources (schools, teachers, records administrators, counselors, etc.)
• Social workers/rehabilitation counselors
• Consulting examiners used by SSA
• Employers, insurance companies, workers' compensation programs
• Others who may know about my condition (family, neighbors, friends, public officials)

| THIS BOX TO BE COMPLETED BY SSA/DDS (as needed) Additional information to identify the subject (e.g., other names used), the specific source, or the material to be disclosed: |
|---|
| Organization: ONE MEDICAL <br> Vendor Address: 595  CASTRO ST  SAN FRANCISCO 94114 <br> Inpatient Date: 10/12/2021 to present <br> Outpatient Date: 10/12/2021 to present <br> Patient DOB: 05/05/66 <br> Remarks: |

**TO WHOM**    The Social Security Administration and to the State agency authorized to process my case (usually called "disability determination services"), including contract copy services, and doctors or other professionals consulted during the process. [Also, for international claims, to the U.S. Department of State Foreign Service Post.]

**PURPOSE**    Determining my eligibility for benefits, including looking at the combined effect of any impairments that by themselves would not meet SSA's definition of disability; and whether I can manage such benefits.
☐ Determining whether I am capable of managing benefits ONLY (check only if this applies)

**EXPIRES WHEN**    This authorization is good for 12 months from the date signed (below my signature).

• I authorize the use of a copy (including electronic copy) of this form for the disclosure of the information described above.
• I understand that there are some circumstances in which this information may be redisclosed to other parties (see page 2 for details).
• I may write to SSA and my sources to revoke this authorization at any time (see page 2 for details).
• SSA will give me a copy of this form if I ask; I may ask the source to allow me to inspect or get a copy of material to be disclosed.
• I have read both pages of this form and agree to the disclosures above from the types of sources listed.

**PLEASE SIGN USING BLUE OR BLACK INK ONLY**
**INDIVIDUAL** authorizing disclosure

IF not signed by subject of disclosure, specify basis for authority to sign
☐ Parent of minor    ☐ Guardian    ☐ Other personal representative (explain)

SIGN ▶  *Michael Darden*

| (Parent/guardian/personal representative sign here if two signatures required by State law) ▶ | | |
|---|---|---|
| Date Signed <br> 05/19/2021 | Street Address <br> 1801 Shoreline Drive, Apartment 307 | | |
| Phone Number (with area code ) <br> 9178688780 | City <br> ALAMEDA | State <br> CA | ZIP <br> 94501 |

**WITNESS**    *I know the person signing this form or am satisfied of this person's identity:*

| | IF needed, second witness sign here (e.g., if signed with "X" above) |
|---|---|
| SIGN ▶ | SIGN ▶ |
| Phone Number (or Address) | Phone Number (or Address) |

This general and special authorization to disclose was developed to comply with the provisions regarding disclosure of medical, educational, and other information under P.L. 104-191 ("HIPAA"); 45 CFR parts 160 and 164; 42 U.S. Code section 290dd-2; 42 CFR part 2; 38 U.S. Code section 7332; 38 CFR 1.475; 20 U.S. Code section 1232g ("FERPA"); 34 CFR parts 99 and 300; and State law.

# ⊹ one medical

595 Castro Street San Francisco, CA 94114    Phone: 888-663-6331 • Fax: 888-663-6331

### Explanation of Form SSA-827,
### "Authorization to Disclose Information to the Social Security Administration (SSA)"

We need your written authorization to help get the information required to process your claim, and to determine your capability of managing benefits. Laws and regulations require that sources of personal information have a signed authorization before releasing it to us. Also, laws require specific authorization for the release of information about certain conditions and from educational sources.

You can provide this authorization by signing a form SSA-827. Federal law permits sources with information about you to release that information if you sign a single authorization to release all your information from all your possible sources. We will make copies of it for each source. A covered entity (that is, a source of medical information about you) may not condition treatment, payment, enrollment, or eligibility for benefits on whether you sign this authorization form. A few States, and some individual sources of information, require that the authorization specifically name the source that you authorize to release personal information. In those cases, we may ask you to sign one authorization for each source and we may contact you again if we need you to sign more authorizations.

You have the right to revoke this authorization at any time, except to the extent a source of information has already relied on it to take an action. To revoke, send a written statement to any Social Security Office. If you do, also send a copy directly to any of your sources that you no longer wish to disclose information about you; SSA can tell you if we identified any sources you didn't tell us about. SSA may use information disclosed prior to revocation to decide your claim.

It is SSA's policy to provide service to people with limited English proficiency in their native language or preferred mode of communication consistent with Executive Order 13166 (August 11, 2000) and the Individuals with Disabilities Education Act. SSA makes every reasonable effort to ensure that the information in the SSA-827 is provided to you in your native or preferred language.

### Privacy Act Statement
### Collection and Use of Personal Information

Sections 205(a), 233(d)(5)(A), 1614(a)(3)(H)(i), 1631(d)(l) and 1631(e)(l)(A) of the Social Security Act as amended, [42 U.S.C. 405(a), 433(d)(5)(A), 1382c(a)(3)(H)(i), 1383(d)(l) and 1383(e)(l)(A)] authorize us to collect this information. We will use the information you provide to help us determine your eligibility, or continuing eligibility for benefits, and your ability to manage any benefits received. The information you provide is voluntary. However, failure to provide the requested information may prevent us from making an accurate and timely decision on your claim, and could result in denial or loss of benefits.

We rarely use the information you provide on this form for any purpose other than for the reasons explained above. However, we may use it for the administration and integrity of Social Security programs. We may also disclose information to another person or to another agency in accordance with approved routine uses, including but not limited to the following:

1. To enable a third party or an agency to assist us in establishing rights to Social Security benefits and/or coverage;
2. To comply with Federal laws requiring the release of information from our records (e.g., to the Government Accountability Office, General Services Administration, National Archives Records Administration, and the Department of Veterans Affairs);
3. To make determinations for eligibility in similar health and income maintenance programs at the Federal, State, and local level; and
4. To facilitate statistical research, audit, or investigative activities necessary to assure the integrity and improvement of our programs (e.g., to the U.S. Census Bureau and to private entities under contract with us).

We may also use the information you provide in computer matching programs. Matching programs compare our records with records kept by other Federal, State, or local government agencies. We use the information from these programs to establish or verify a person's eligibility for Federally funded or administered benefit programs and for repayment of incorrect payments or delinquent debts under these programs.

A complete list of routine uses of the information you gave us is available in our Privacy Act Systems of Records Notices entitled, Claims Folder System, 60-0089, Master Beneficiary Record, 60-0090, Supplemental Security Income record and Special Veterans benefits, 60-0103; and Electronic Disability (eDIB) Claims File, 0-0340. The notices, additional information regarding this form, and information regarding our systems and programs, are available on-line at www.socialsecurity.gov or at any Social Security office.

### PAPERWORK REDUCTION ACT

This information collection meets the requirements of 44 U.S.C. § 3507, as amended by Section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget control number. We estimate that it will take about 10 minutes to read the instructions, gather the facts, and answer the questions. SEND OR BRING IN THE COMPLETED FORM TO YOUR LOCAL SOCIAL SECURITY OFFICE. You can find your local Social Security office through SSA's website at www.socialsecurity.gov. Offices are also listed under U.S. Government agencies in your telephone directory or you may call Social Security at 1-800-772-1213 (TTY 1-800-325-0778). *You may send comments on our time estimate above to: SSA, 6401 Security Blvd., Baltimore, MD 21235-6401. Send only comments relating to our time estimate to this address, not the completed form.*

Form SSA-827 (11-2012)  ef (11-2012)

**END - Medical Records Release Form (3rd party)**

**BEGIN - Consult Letter**

| | |
|---|---|
| Note Title | NEUROLOGY Consult Letter 2-3-2022 |
| Note Type | Consult Letter |

## ∴ one medical

595 Castro Street San Francisco, CA 94114     Phone: 888-663-6331  •  Fax: 888-663-6331

| | |
|---|---|
| Date of Service | Mon Feb 07 2022 @ 06:19 AM |
| Created By | Erica Reinganum |
| Signed By | Emanuel Vergis, MD (NPI: 1962478495) |
| Date Signed | Tue Feb 15 2022 @ 07:03 AM |

# ÷ one medical

595 Castro Street San Francisco, CA 94114    Phone: 888-663-6331  •  Fax: 888-663-6331

athena                    2/3/2022 2:37:25 pm EST                    2ad300ba-b551-48f1-9569-b7df97aa0a15                    Page: 1 / 5

# CONFIDENTIAL Fax

**FROM:**

PATRICIA MASKA, MD
985 ATLANTIC AVE STE 300, ALAMEDA, CA 94501-6447
Phone: (510) 748-5363
Fax: (925) 289-4975

**TO:**

EMANUEL VERGIS MD
Fax: (415) 291-0489

This fax may contain sensitive and confidential personal health information that is being
sent for the sole use of the intended recipient. Unintended recipients are directed to
securely destroy any materials received. You are hereby notified that the unauthorized
disclosure or other unlawful use of this fax or any personal health information is
prohibited. To the extent patient information contained in this fax is subject to 42 CFR
Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify
the sender and confirm that the information will be destroyed. If you do not have internet
access, please call 1-888-482-8436 to notify the sender and confirm that the information
will be destroyed. Thank you for your attention and cooperation. [ID:686701-H-3387]

# ✛ one medical

595 Castro Street San Francisco, CA 94114    Phone: 888-663-6331 • Fax: 888-663-6331

athena          2/3/2022 2:37:25 pm EST          2ad300ba-b551-48f1-9569-b7df97ae0e15          Page: 2 / 5

PATRICIA SUZANNE MASKA, MD • 985 ATLANTIC AVE STE 300, ALAMEDA CA 94501-6447
**DARDEN, MICHAEL (id #10073, dob: 05/05/1966)**
**PATRICIA SUZANNE MASKA MD**
985 ATLANTIC AVE STE 300
ALAMEDA, CA  94501-6447
Phone: (510) 748-5363
Fax:  (925)289-4975

**Encounter Summary - Progress Note**
Date Printed:  02/03/2022

Attention: Emanuel Vergis MD

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:686701-H-3387]

| Patient | Darden, Michael (55yo, M) #10073 |
|---|---|
| DOB | 05/05/1966 |

Patient Demographics:

| Address | 1801 Shoreline Dr/Apt 307 Alameda, CA 94501-6084 | Home Phone | (917) 868-8780 |
|---|---|---|---|
| | | Work Phone | |

Patient Medical History:

| Encounter Reason/Date | Followup: Migraine with aura<br>Followup: Vertigo<br>Followup: Snoring<br>02/03/2022 - 10:30AM - PSM |
|---|---|
| History of Present Illness | **Headache - f/up**<br>　Reported by patient.<br><br>Timing of pain: frequency of overall cephalalgia: days/month (**14**); worse since 10/21<br>Treatment (modifying factors): Tried Nurtec 8 nights in a row, and felt vertigo and had tinnitus "within seconds" of taking it. An hour later, started to calm down. Tried ASA 81 mg qd x 8 days w/o benefit so stopped.<br>Severity of pain: **pain level: migraine 7-10/10**; milder HA 1-3/10. Has at least PS 3-4/10 at least a couple of hours per day.<br><br>**Sleep**<br>　Reported by patient.<br><br>Associated Symptoms: **excessive daytime sleepiness; suspected respiratory events: startled awakenings**; Gregory notes a EDS after a heavy meal.<br><br>**Vertigo**<br>　Reported by patient.<br><br>Quality: **true vertigo: spinning sensation**<br>Location: tinnitus constant<br>Duration: symptoms constant; vertigo fluctuates<br>Aggravating factors (modifying factors): **symptoms worse with position change; symptoms exacerbated by head movement to either side**<br>Video Tele-health visit used during the COVID-19 pandemic. Patient gave consent for tele-health visit.<br><br>Michael ok w/ husb Gregory in visit. Gregory is an RN. |
| Past Medical History | Discussed Past Medical History<br>Anxiety Disorder: **Y** |

# ⊹ one medical

595 Castro Street San Francisco, CA 94114  •  Phone: 888-663-6331  •  Fax: 888-663-6331

| athena | 2/3/2022 2:37:25 pm EST | 2ad300ba-b551-48f1-9569-b7df97ae0a15 | Page: 3 / 5 |

|  | Depression: **Y**<br>Headaches: **Y**<br>Heart Problems: **Y** - **MVP**<br>Migraines: **Y**<br>Kidney Disease: N - no kidney stones<br>Notes: PTSD |
|---|---|
| **Problem List** | Reviewed Problems<br>● Body mass index 25-29 - overweight - Onset: 02/03/2022<br>● Migraine with aura - Onset: 11/01/2021<br>● Vertigo - Onset: 11/01/2021<br>● Headache - Onset: 11/01/2021<br>● Snoring - Onset: 11/01/2021 |
| **Allergies List** | Reviewed Allergies<br>PENICILLINS |

| **Medications** | Reviewed Medications | | |
|---|---|---|---|
|  | **buPROPion HCL XL 300 mg 24 hr tablet, extended release**<br>TAKE 1 TABLET BY MOUTH EVERY DAY | 02/03/22 | filled |
|  | **clonazePAM 0.5 mg tablet** | 11/27/21 | filled |
|  | **escitalopram 5 mg tablet** | 12/14/21 | filled |
|  | **Qulipta 10 mg tablet**<br>Take 1 tablet(s) every day by oral route for 30 days. | 02/03/22 | prescribed |
|  | **traZODone 50 mg tablet** | 09/24/21 | filled |

| **Social History** | Reviewed Social History<br>**Education and Occupation**<br>What is the highest grade or level of school you have completed or the highest degree you have received?: Master's degree (e.g., MA, MS, MEng, MEd, MSW, MBA) (Notes: instructional designer)<br>Are you currently employed?: No (Notes: disability since 04/21)<br>**Diet and Exercise**<br>What type of diet are you following?: Regular<br>What is your exercise level?: Moderate<br>**Activities of Daily Living**<br>Are you able to care for yourself?: No<br>Are you blind or do you have difficulty seeing?: No<br>Are you deaf or do you have serious difficulty hearing? : No<br>Do you have difficulty concentrating, remembering or making decisions?: Yes<br>Do you have difficulty walking or climbing stairs?: No<br>Do you have difficulty dressing or bathing?: Yes<br>Do you have difficulty doing errands alone?: Yes<br>Which of your hands is dominant?: Right<br>**Public Health and Travel**<br>Have you been to an area known to be high risk for COVID-19?: No<br>In the 14 days before symptom onset, have you had close contact with a laboratory-confirmed COVID-19 while that case was ill?: No<br>In the 14 days before symptom onset, have you had close contact with a person who is under investigation for COVID-19 while that person was ill?: No<br>**Substance Use**<br>Do you or have you ever smoked tobacco?: Never smoker<br>Do you or have you ever used any other forms of tobacco or nicotine?: No<br>What was the date of your most recent tobacco screening?: 02/03/2022<br>What is your level of alcohol consumption?: None<br>What is your level of caffeine consumption?: Occasional<br>**Advanced Directive**<br>Do you have an advanced directive?: Yes<br>**Marriage and Sexuality**<br>What is your relationship status?: Married (Notes: husband Gregory)<br>**Lifestyle**<br>Do you feel stressed (tense, restless, nervous, or anxious, or unable to sleep at night)?: Very much<br>Do you use your seat belt or car seat routinely?: Yes<br>**Gender Identity and LGBTQ Identity** |
|---|---|

| **Family History** | Reviewed Family History | |
|---|---|---|
|  | Mother | - Dementia |

PATRICIA SUZANNE MASKA, MD                                  Darden, Michael (ID: 10073), DOB: 05/05/1966

# ⁜ one medical

595 Castro Street San Francisco, CA 94114    Phone: 888-663-6331  •  Fax: 888-663-6331

athena                2/3/2022 2:37:25 pm EST                2ad300ba-b551-48f1-9569-b7df97ae0e15                Page: 4 / 5

|  |  | - Hypertensive disorder |  |  |
|--|--|--|--|--|
|  |  | - Hyperlipidemia |  |  |
|  | Father | - Hypertensive disorder |  |  |
|  |  | - Hyperlipidemia |  |  |
|  |  | - Congestive heart failure |  |  |
|  |  | - Coronary artery bypass grafts x 3 |  |  |
| **Review of Systems** | None recorded | | | |

Exam:

| **Vitals** | **Ht:** 5 ft 5 in Standing 02/03/2022 10:00 am | **Wt:** 150 lbs With clothes 02/03/2022 10:01 am | **BMI:** 25 02/03/2022 10:01 am |
|--|--|--|--|
|  | **BP:** Not Performed - Patient refused 02/03/2022 10:00 am | **Pulse:** 60 bpm 02/03/2022 10:03 am | **T:** 97.8 F° 02/03/2022 10:08 am |
|  | **Pain Scale:** 6 02/03/2022 10:02 am | | |

| **Physical Exam** | Patient is a 55-year-old male. |
|--|--|
|  | **General Appearance:** Appearance no acute distress. Habitus well nourished. |
|  | **Head:** Appearance atraumatic. |
|  | **Mental Status:** Level of consciousness alert and attentive. Mood, Affect normal mood, euthymic and affect congruent with mood. Attention/Concentration: normal attention and concentration. Orientation oriented to place and situation and orientated to person. Language, Speech no dysarthria or aphasia or dysphasia noted and normal fluency. Memory, Recall recent memory grossly normal. |
| **Results/ Interpretations** | None recorded |
| **Document History** | **Discussed the following documents:** ● HOME SLEEP TESTING* - 12/28/21 |
| **Procedure Documentation** | None recorded |

Assessment and Plan:

| **Assessment and Plan** | Time spent: 49 min |
|--|--|
|  | Record review: 2 min Chart prep: 2 min Discussion/exam time spent with patient/care partner: 12 min Risk assessment: time taken to review E&M and ddx w/ husband Gregory (1st visit w/ Gregory present), anwering questions, testing options, medication options, lifestyle changes: 25 min Referrals/care coordination: 1 min Charting: 7 min |
|  | f/u in 4 weeks |
|  | **1. Migraine with aura -** Episodic migraine. Baseline headache days per month: 14, lasting more than 4 hours per day. Did not tol Nurtec. Needs intervention. We discussed the R&B of other meds and decided on Qulipta. He wants to avoid injections. |
|  | They asked about a cranial MRI. I indicated that I don't think he needs a repeat MRI at this time. They are fine not doing an MRI for now. I answered numerous questions re: testing, meds, prevention. |

# ⁜ one medical

595 Castro Street San Francisco, CA 94114    Phone: 888-663-6331 · Fax: 888-663-6331

athena            2/3/2022 2:37:25 pm EST            2ad300ba-b551-48f1-9569-b7df97aa0a15            Page: 5 / 5

Preventive meds tried: Nurtec (did not tolerate), VPA, Elavil, lexapro, bupropion, GBN 300 mg, lorazepam
OTC preventives tried: B2, magnesium
   G43.109: Migraine with aura, not intractable, without status migrainosus
• MIGRAINE AURA WITHOUT A HEADACHE: CARE INSTRUCTIONS
• Qulipta 10 mg tablet - Take 1 tablet(s) every day by oral route for 30 days.    Qty: 30 tablet(s)    Refills: 2    Pharmacy: CVS/PHARMACY #9255    Note to Pharmacy: Preventive meds tried: Nurtec (did not tolerate), VPA, Elavil, lexapro, bupropion, GBN 300 mg, lorazepam

**2. Vertigo -**
Long h/o vertigo. May be multifactorial: BPPV, migraine related vertigo, PPPD. Needs intervention. I advise a trial of vestib rehab. We discussed Migraine related vertigo and PPPD. I am optimistic that Qulipta may help the former as well. I answered numerous questions re: testing, meds, ddx, testing.
   R42: Dizziness and giddiness
• VESTIBULAR THERAPY REFERRAL -    Schedule Within: provider's discretion    Note to Provider: Vestib rehab. vertigo can be positional. May have underlying PPPD and migrainous vertigo. Menandro.

**3. Snoring -**
EDS, suspected apneas. HST inconclusive. Needs further eval. We discussed doing a PSG. They want to hold off and see how the other interventions help. I answered numerous questions re: clinical presentations of OSA, testing of OSA.
   R06.83: Snoring
• SNORING: CARE INSTRUCTIONS

**4. Body mass index 25-29 - overweight -**
Consider nutrition eval
   Z68.25: Body mass index [BMI] 25.0-25.9, adult
• LEARNING ABOUT HEALTHY WEIGHT
• NUTRITIONIST/DIETITIAN REFERRAL -    Schedule Within: provider's discretion

Return to Office
• to see Patricia Maska, MD for Telemedicine at PSM on or around 02/24/2022

Electronically Signed by: PATRICIA MASKA, MD

02/03/2022

PATRICIA SUZANNE MASKA, MD                    Darden, Michael (ID: 10073), DOB: 05/05/1966

**END - Consult Letter**

**BEGIN - Consult Letter**

Note Title    NEUROLOGY - MIGRAINE HEADACHE Consult Letter
Note Type    Consult Letter

## ·:· one medical

595 Castro Street San Francisco, CA 94114     Phone: 888-663-6331  •  Fax: 888-663-6331

| | |
|---|---|
| Date of Service | Mon Dec 20 2021 @ 07:33 PM |
| Created By | Zara Hernandez |
| Signed By | Emanuel Vergis, MD (NPI: 1962478495) |
| Date Signed | Tue Dec 21 2021 @ 06:52 AM |

∴ one medical

595 Castro Street San Francisco, CA 94114   Phone: 888-663-6331 • Fax: 888-663-6331
athena                12-16-2021 5:25 PM ET            511-185786724                        pg 1 of 5

# CONFIDENTIAL Fax

**FROM:**

PATRICIA MASKA, MD
985 ATLANTIC AVE STE 300, ALAMEDA, CA 94501-6447
Phone: (510) 748-5363
Fax: (925) 289-4975

**TO:**

EMANUEL VERGIS MD
Fax: (415) 291-0489

This fax may contain sensitive and confidential personal health information that is being
sent for the sole use of the intended recipient. Unintended recipients are directed to
securely destroy any materials received. You are hereby notified that the unauthorized
disclosure or other unlawful use of this fax or any personal health information is
prohibited. To the extent patient information contained in this fax is subject to 42 CFR
Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify
the sender and confirm that the information will be destroyed. If you do not have internet
access, please call 1-888-482-8436 to notify the sender and confirm that the information
will be destroyed. Thank you for your attention and cooperation. [ID:674810-H-3387]

# ⁙ one medical

595 Castro Street San Francisco, CA 94114    Phone: 888-663-6331 •  Fax: 888-663-6331
athena                         12-16-2021 5:25 PM ET           511-185786724                        pg 2 of 5

PATRICIA SUZANNE MASKA, MD • 985 ATLANTIC AVE STE 300, ALAMEDA CA 94501-6447
**DARDEN, MICHAEL (id #10073, dob: 05/05/1966)**
**PATRICIA SUZANNE MASKA MD**
985 ATLANTIC AVE STE 300
ALAMEDA, CA  94501-6447
Phone: (510) 748-5363
Fax:  (925)289-4975

**Encounter Summary – Progress Note**
Date Printed:  12/16/2021

Attention: Emanuel Vergis MD

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:674810-H-3387]

| Patient | Darden, Michael (55yo, M) #10073 |
|---|---|
| DOB | 05/05/1966 |

Patient Demographics:

| Address | 1801 Shore Line Dr Apt 307 Alameda, CA 94501 | Home Phone | (917) 868-8780 |
|---|---|---|---|
| | | Work Phone | |

Patient Medical History:

| Encounter Reason/Date | Followup: Migraine with aura<br>Followup: Snoring<br>Followup: Vertigo<br>12/16/2021 - 10:30AM - PSM |
|---|---|
| History of Present Illness | **Headache - f/up**<br>Reported by patient.<br><br>Timing of pain: frequency of migraine: (11-14 days/month)<br>Severity of pain: **pain level: migraine 4-7/10**<br>Quality of pain: character of cephaliga as familiar<br><br>**Sleep**<br>Reported by patient.<br><br>Associated Symptoms: **excessive daytime sleepiness; snoring: moderate**<br>Severity: not sleepy driving<br><br>**Vertigo**<br>Reported by patient.<br><br>Quality: **true vertigo: spinning sensation;** On non-vertigo days, having LH off and on<br>Location: **tinnitus occurring bilateral**<br>Duration: typical duration of symptoms as hours; symptoms as variable in length; symptoms as occurring daily<br>Severity: symptoms as about the same<br>Aggravating factors (modifying factors): symptoms not associated with change in position; loud noises not triggering vertigo |
| Past Medical History | Past Medical History not reviewed (last reviewed 11/01/2021)<br>Anxiety Disorder: **Y**<br>Depression: **Y**<br>Headaches: **Y**<br>Heart Problems: **Y - MVP**<br>Migraines: **Y**<br>Kidney Disease: N - no kidney stones |

PATRICIA SUZANNE MASKA, MD                                    Darden, Michael (ID: 10073), DOB; 05/05/1966

one medical

595 Castro Street San Francisco, CA 94114 Phone: 888-663-6331 • Fax: 888-663-6331

**Problem List**

Reviewed Problems
- Migraine with aura - Onset: 11/01/2021
- Vertigo - Onset: 11/01/2021
- Headache - Onset: 11/01/2021
- Snoring - Onset: 11/01/2021

**Allergies List**

| Reviewed Allergies | |
|---|---|
| **PENICILLINS** | |

**Medications**

| Reviewed Medications | | |
|---|---|---|
| **buPROPion HCL XL 300 mg 24 hr tablet, extended release** | 12/08/21 | filled |
| **clonazePAM 0.5 mg tablet** | 11/27/21 | filled |
| **escitalopram 5 mg tablet** | 12/14/21 | filled |
| **Nurtec ODT 75 mg disintegrating tablet** Take 1 tablet(s) every other day by oral route. | 11/01/21 | prescribed |
| **traZODone 50 mg tablet** | 09/24/21 | filled |

**Social History**

Reviewed Social History
**Education and Occupation**
What is the highest grade or level of school you have completed or the highest degree you have received?: Master's degree (e.g., MA, MS, MEng, MEd, MSW, MBA) (Notes: instructional designer)
Are you currently employed?: No (Notes: disability since 04/21)
**Diet and Exercise**
What type of diet are you following?: Regular
What is your exercise level?: Moderate
**Activities of Daily Living**
Are you able to care for yourself?: No
Are you blind or do you have difficulty seeing?: No
Are you deaf or do you have serious difficulty hearing? : No
Do you have difficulty concentrating, remembering or making decisions?: Yes
Do you have difficulty walking or climbing stairs?: No
Do you have difficulty dressing or bathing?: Yes
Do you have difficulty doing errands alone?: Yes
Which of your hands is dominant?: Right
**Public Health and Travel**
Have you been to an area known to be high risk for COVID-19?: No
In the 14 days before symptom onset, have you had close contact with a laboratory-confirmed COVID-19 while that case was ill?: No
In the 14 days before symptom onset, have you had close contact with a person who is under investigation for COVID-19 while that person was ill?: No
**Substance Use**
Do you or have you ever smoked tobacco?: Never smoker
Do you or have you ever used any other forms of tobacco or nicotine?: No
What was the date of your most recent tobacco screening?: 12/16/2021
What is your level of alcohol consumption?: None
What is your level of caffeine consumption?: Occasional
**Advanced Directive**
Do you have an advanced directive?: Yes
**Marriage and Sexuality**
What is your relationship status?: Married (Notes: husband Gregory)
**Lifestyle**
Do you feel stressed (tense, restless, nervous, or anxious, or unable to sleep at night)?: To some extent
Do you use your seat belt or car seat routinely?: Yes
**Gender Identity and LGBTQ Identity**

**Family History**

Family History not reviewed (last reviewed 11/01/2021)

| | |
|---|---|
| Mother | - Dementia |
| | - Hypertensive disorder |
| | - Hyperlipidemia |
| Father | - Hypertensive disorder |
| | - Hyperlipidemia |
| | - Congestive heart failure |

# ⊹ one medical

595 Castro Street San Francisco, CA 94114   Phone: 888-663-6331 · Fax: 888-663-6331

athena                    12-16-2021 5:25 PM ET          511-185786724                    pg 4 of 5

| | - Coronary artery bypass grafts x 3 |
|---|---|
| **Review of Systems** | None recorded |

### Exam:

| **Vitals** | **Ht:** | 5 ft 5 in Standing 12/16/2021 10:52 am | **Wt:** | 163.6 lbs With clothes 12/16/2021 10:34 am | **BMI:** | 27.2 12/16/2021 10:34 am |
|---|---|---|---|---|---|---|
| | **BP:** | 124/77 sitting L arm 12/16/2021 10:35 am | **Pulse:** | 79 bpm 12/16/2021 10:36 am | **T:** | 97.8 F° 12/16/2021 10:34 am |
| | **Pain Scale:** | 4 12/16/2021 10:34 am | | | | |

| **Physical Exam** | Patient is a 55-year-old male. |
|---|---|
| | **General Appearance:** Appearance no acute distress. Habitus well nourished. Ambulation ambulates independently. |
| | **Head:** Appearance atraumatic. |
| | **Mental Status:** Level of consciousness alert and attentive. Mood, Affect normal mood, euthymic and affect congruent with mood. Attention/Concentration: normal attention and concentration. Orientation oriented to place and situation and orientated to person. Language, Speech no dysarthria or aphasia or dysphasia noted and normal fluency. Memory, Recall recent memory grossly normal. |
| | **Gait:** Gait And Stance casual gait normal and narrow based. Standing stands from a chair easily. |
| **Results/ Interpretations** | None recorded |
| **Document History** | N/A |
| **Procedure Documentation** | None recorded |

### Assessment and Plan:

| **Assessment and Plan** | Time spent: 38 min |
|---|---|
| | Chart prep: 2 min Discussion/exam time spent with patient: 10 min Risk assessment: testing options, medication options, lifestyle changes: 20 min Referrals/care coordination: 1 min Charting: 5 min |
| | f/u in 6 weeks Alameda OV |
| | **1. Migraine with aura -** Episodic migraine. On average migraine 14 days per month during the previous 3 month period. Requesting nurtec as preventive med. He is still waiting to hear back on using Nurtec as a preventive. Our office will call insurance again to check on approving this. |
| | Could also consider Qulipta. He wants to avoid injections. We again discussed Aspirin 81 mg qd w/ food for prevention of aura |
| | Preventive meds tried: VPA, Elavil, lexapro, bupropion, GBN 300 mg, lorazepam OTC preventives tried: B2, magnesium G43.109: Migraine with aura, not intractable, without status migrainosus • MIGRAINE AURA WITHOUT A HEADACHE: CARE INSTRUCTIONS |
| | **2. Snoring -** EDS, suspected apneas. Michael still may have OSA but never hear back from the sleep center. Needs eval. I will again request a HST. R06.83: Snoring |

PATRICIA SUZANNE MASKA, MD                              Darden, Michael (ID: 10073), DOB: 05/05/1966

# ∴ one medical

595 Castro Street San Francisco, CA 94114    Phone: 888-663-6331 • Fax: 888-663-6331

athena                              12-16-2021 5:25 PM ET                    511-185786724                                        pg 5 of 5

- • SNORING: CARE INSTRUCTIONS
- • HOME SLEEP STUDY -     Note to Imaging Facility: EDS, suspected apneas. Michael may
  have OSA

**3. Vertigo –**
Long h/o vertigo. As before, I suspect Michael primarily has migraine related vertigo. I am
not requesting vestib rehab at this time.
R42: Dizziness and giddiness

Return to Office
- • Patricia Maska, MD for Telemedicine at PSM on 01/27/2022 at 10:30 AM

Electronically Signed by: PATRICIA MASKA, MD

_____

12/16/2021

PATRICIA SUZANNE MASKA, MD                                                        Darden, Michael (ID: 10073), DOB: 05/05/1966

**END - Consult Letter**

**BEGIN - Medical Records Release Form (3rd party)**

| Note Title | F/U 3rd Party MRRF: Department of Social Services |
| Note Type | Medical Records Release Form (3rd party) |

# one medical

595 Castro Street San Francisco, CA 94114    Phone: 888-663-6331  •  Fax: 888-663-6331

| | |
|---|---|
| Date of Service | Mon Nov 29 2021 @ 08:12 AM |
| Created By | Adam Rincon |
| Signed By | Chris Ibanez |
| Date Signed | Tue Dec 21 2021 @ 01:08 PM |

# ⁘ one medical

595 Castro Street San Francisco, CA 94114    Phone: 888-663-6331 • Fax: 888-663-6331

STATE OF CALIFORNIA · HEALTH AND HUMAN SERVICES AGENCY                                          Gavin Newsom, Governor

**DEPARTMENT OF SOCIAL SERVICES**                                                                S05/K41/CWFREE
S05 CA DDS OAKLAND
PO BOX 30722
SALT LAKE CITY, UT  84130-9858



FAX: 1-866-640-1126

October 27, 2021

ONE MEDICAL
MEDICAL RECORDS
595 CASTRO ST
SAN FRANCISCO CA 94114

## This Bar Code Page is the Return Cover Sheet for Records.

> **You MUST collate your response like this:**
> - **Top page** – bar code page
> - **Second page** – invoice(s)
> - **Third page** and beyond – all other records/documents
> - Send or fax record for **one or more** charts at the same time. **Note:** Each individual's bar code page MUST be the **first page** of that individual's records.

## FAX Records Toll Free to 1-8<u>66</u>-640-1126.

or

You can upload electronic records if you are registered on the Electronic Records Express Secured Website. For info - www.socialsecurity.gov/ere

or

> MAIL the records. Put this page on top of the records. Address must show in the window.






ROID:D1338575004443833K41____  SITE:S05 DR:S
SSN:*********  DOCTYPE:0001 RF:D CS:7cb4
Claimant: MICHAEL  DARDEN
SSN: ***-**-6330  DOB: 05/05/1966

S05 CA DDS OAKLAND
PO BOX 30722
SALT LAKE CITY, UT  84130-9858

MEF IH2 (12/17)

# ⫶one medical

595 Castro Street San Francisco, CA 94114    Phone: 888-663-6331 · Fax: 888-663-6331

STATE OF CALIFORNIA · HEALTH AND HUMAN SERVICES AGENCY                    Gavin Newsom, Governor
**DEPARTMENT OF SOCIAL SERVICES**                                          S05/K41/CWFREE
S05 CA DDS OAKLAND
PO BOX 30722
SALT LAKE CITY, UT 84130-9858

FAX: 1-866-640-1126

October 27, 2021                                                          SECOND REQUEST

ONE MEDICAL
MEDICAL RECORDS
595 CASTRO ST
SAN FRANCISCO CA 94114

|  |  |
|---|---|
| RE: | MICHAEL DARDEN |
| AKA: |  |
| SSN: | ***-**-6330 |
| DOB: | 05/05/1966 |
| DDS CASE NUMBER: | 1338575 |
| REQUEST NUMBER: | 4443833 |
| SERVICE VENDOR NUMBER: | J292496 |

THIS IS A FOLLOW-UP REQUEST. We originally sent you a request approximately
10/13/2021. If you have already responded to our original request, please disregard
this letter. We cannot pay for duplicate reports. AUTHORIZATION FOR RELEASE
OF MEDICAL RECORDS WAS ALSO ATTACHED TO THE ORIGINAL REQUEST.

The above-named individual has applied for disability benefits under the Social
Security Act. This agency is responsible for adjudicating the claim. Your institution
has been identified as a source of medical evidence for the claimant.

IDENTIFYING INFORMATION:

| | |
|---|---|
| Adm/Dschg Dates: | 04/19 to present |
| Outpatient Dates: | 04/19 to present |
| Patient No: | |

Please note that this is a request for all records during the dates of treatment period,
and is not limited to records pertaining to the alleged impairments listed below.

Alleged Impairments:
MAJOR DEPRESSIVE DISORDER; GENERALIZED ANXIETY DIS
ORDER; PANIC DISORDER; INSOMNIA; MIGRAINES; TINNIT
US; MITRAL VALVE PROLAPSE; SPOTS BEFORE EYES;

INCLUDE THE FOLLOWING INFORMATION IF APPLICABLE:

Adm, H & P, Dchg.Sm.
Consultations
CT/MRI Reports
EKG W/Tracings
Lab Tests
MEF IH2 (08/17)

# ∴ one medical

595 Castro Street San Francisco, CA 94114    Phone: 888-663-6331 • Fax: 888-663-6331

DEA:   CWFREE
DDS CASE NUMBER:   1338575
REQUEST NUMBER:   4443833

Operative Notes
Outpatient Notes
Psychological Tests
PT Progress Notes
Psychiatric Consult
Pathology Reports
X-Ray Reports

FOR ADULTS
We would also like to have a statement, based on your medical findings,
expressing your opinion about the claimant's ability, despite the functional
limitations imposed by the impairment(s) to do work-related physical and/or
mental activities as appropriate:
Physical activities such as sitting, standing, walking, lifting, carrying,
handling objects, hearing, speaking and traveling.

Mental activities such as understanding and memory; sustained
concentration and persistence; social interaction; and adaptation.

FOR CHILDREN
We would also like to have a statement, based on your medical findings,
expressing your opinion about the child's functional limitations in learning, motor
functioning, performing self-care activities, communicating, socializing,
completing tasks and responsiveness to stimuli.

A reasonable fee, as determined by this agency, may be paid upon request. Your
request must be in writing on a separate form and must be attached to your response.
To insure prompt payment, send your report within 14 days. It is our policy to not
routinely pay for medical reports received more than 90 days after the date of the first
request. Enclosed is an authorization for release of information.

**PLEASE RETURN A COPY OF THIS LETTER WITH YOUR RESPONSE.**

MR. COLTON F./K41,Disability Eval. Analyst I
(510) 622-3667

___THIS REQUEST IS BEING RETURNED. WE DO NOT HAVE THE
INFORMATION REQUESTED. PLEASE PROVIDE DATE LAST SEEN: _____

MEF IH2 (12/17)

# ⁘ one medical

595 Castro Street San Francisco, CA 94114    Phone: 888-663-6331 • Fax: 888-663-6331

| Whose Records to be Disclosed |
|---|
| NAME (First, Middle, Last, Suffix) *Michael Allan Darden* |
| SSN *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*   Birthday (MM/DD/YYYY) *05/05/1966* |

## AUTHORIZATION TO DISCLOSE INFORMATION TO THE SOCIAL SECURITY ADMINISTRATION (SSA)

** PLEASE READ THE ENTIRE FORM, BOTH PAGES, BEFORE SIGNING BELOW **

I voluntarily authorize and request disclosure (including paper, oral, and electronic interchange)

**OF WHAT**   All my medical records; also education records and other information related to my ability to perform tasks. This includes specific permission to release:

1. All records and other information regarding my treatment, hospitalization, and outpatient care for my impairment(s) including, and not limited to:
   - Psychological, psychiatric or other mental impairment(s) (excludes "psychotherapy notes" as defined in 45 CFR 164.501)
   - Drug abuse, alcoholism, or other substance abuse
   - Sickle cell anemia
   - Records which may indicate the presence of a communicable or noncommunicable disease; and tests for or records of HIV/AIDS
   - Gene-related impairments (including genetic test results)
2. Information about how my impairment(s) affects my ability to complete tasks and activities of daily living, and affects my ability to work.
3. Copies of educational tests or evaluations, including Individualized Educational Programs, triennial assessments, psychological and speech evaluations, and any other records that can help evaluate function; also teachers' observations and evaluations.
4. Information created within 12 months after the date this authorization is signed, as well as past information.

**FROM WHOM**

- All medical sources (hospitals, clinics, labs, physicians, psychologists, etc.) including mental health, correctional, addiction treatment, and VA health care facilities
- All educational sources (schools, teachers, records administrators, counselors, etc.)
- Social workers/rehabilitation counselors
- Consulting examiners used by SSA
- Employers, insurance companies, workers' compensation programs
- Others who may know about my condition (family, neighbors, friends, public officials)

| THIS BOX TO BE COMPLETED BY SSA/DDS (as needed). Additional information to identify the subject (e.g., other names used), the specific source, or the material to be disclosed: |
|---|
| Organization: ONE MEDICAL<br>Vendor Address: 595 CASTRO ST  SAN FRANCISCO 94114<br>Inpatient Date: 04/19 to present<br>Outpatient Date: 04/19 to present<br>Patient DOB: 05/05/66<br>Remarks: |

**TO WHOM**   The Social Security Administration and to the State agency authorized to process my case (usually called "disability determination services"), including contract copy services, and doctors or other professionals consulted during the process. [Also, for international claims, to the U.S. Department of State Foreign Service Post.]

**PURPOSE**   Determining my eligibility for benefits, including looking at the combined effect of any impairments that by themselves would not meet SSA's definition of disability; and whether I can manage such benefits.
☐ Determining whether I am capable of managing benefits ONLY (check only if this applies)

**EXPIRES WHEN**   This authorization is good for 12 months from the date signed (below my signature).

- I authorize the use of a copy (including electronic copy) of this form for the disclosure of the information described above.
- I understand that there are some circumstances in which this information may be redisclosed to other parties (see page 2 for details).
- I may write to SSA and my sources to revoke this authorization at any time (see page 2 for details).
- SSA will give me a copy of this form if I ask; I may ask the source to allow me to inspect or get a copy of material to be disclosed.
- I have read both pages of this form and agree to the disclosures above from the types of sources listed.

**PLEASE SIGN USING BLUE OR BLACK INK ONLY**

| INDIVIDUAL authorizing disclosure Signature | IF not signed by subject of disclosure, specify basis for authority to sign<br>☐ Parent of minor   ☐ Guardian   ☐ Other personal representative (explain) |
|---|---|
| *(signature)* | (Parent/guardian/personal representative sign here if two signatures required by State law) |
| Date Signed *6/16/2021* | Street Address *780 Shore Line Drive, Apt 307* |
| Phone Number (with area code) *917-868-8780* | City *Alameda*   State *CA*   ZIP *94501* |

**WITNESS**   I know the person signing this form or am satisfied of this person's identity:

| Signature *(signature)* | IF needed, second witness sign here (e.g., if signed with "X" above): |
|---|---|
| Phone Number (or Address) *917-318-2138* | Phone Number (or Address) |

This general and special authorization to disclose was developed to comply with the provisions regarding disclosure of medical, educational, and other information under P.L. 104-191 ("HIPAA"); 45 CFR parts 160 and 164; 42 U.S. Code section 290dd-2; 42 CFR part 2; 38 U.S. Code section 7332; 38 CFR 1.475; 20 U.S. Code section 1232g ("FERPA"); 34 CFR parts 99 and 300; and State law.

# ⠿ one medical

595 Castro Street San Francisco, CA 94114    Phone: 888-663-6331  •  Fax: 888-663-6331

Explanation of Form SSA-827,
**"Authorization to Disclose Information to the Social Security Administration (SSA)"**

We need your written authorization to help get the information required to process your claim, and to determine your capability of managing benefits. Laws and regulations require that sources of personal information have a signed authorization before releasing it to us. Also, laws require specific authorization for the release of information about certain conditions and from educational sources.

You can provide this authorization by signing a form SSA-827. Federal law permits sources with information about you to release that information if you sign a single authorization to release all your information from all your possible sources. We will make copies of it for each source. A covered entity (that is, a source of medical information about you) may not condition treatment, payment, enrollment, or eligibility for benefits on whether you sign this authorization form. A few States, and some individual sources of information, require that the authorization specifically name the source that you authorize to release personal information. In those cases, we may ask you to sign one authorization for each source and we may contact you again if we need you to sign more authorizations.

You have the right to revoke this authorization at any time, except to the extent a source of information has already relied on it to take an action. To revoke, send a written statement to any Social Security Office. If you do, also send a copy directly to any of your sources that you no longer wish to disclose information about you; SSA can tell you if we identified any sources you didn't tell us about. SSA may use information disclosed prior to revocation to decide your claim.

It is SSA's policy to provide service to people with limited English proficiency in their native language or preferred mode of communication consistent with Executive Order 13166 (August 11, 2000) and the Individuals with Disabilities Education Act. SSA makes every reasonable effort to ensure that the information in the SSA-827 is provided to you in your native or preferred language.

Privacy Act Statement
**Collection and Use of Personal Information**

Sections 205(a), 233(d)(5)(A), 1614(a)(3)(H)(i), 1631(d)(l) and 1631(e)(l)(A) of the Social Security Act as amended, [42 U.S.C. 405(a), 433(d)(5)(A), 1382c(a)(3)(H)(i), 1383(d)(l) and 1383(e)(l)(A)] authorize us to collect this information. We will use the information you provide to help us determine your eligibility, or continuing eligibility for benefits, and your ability to manage any benefits received. The information you provide is voluntary. However, failure to provide the requested information may prevent us from making an accurate and timely decision on your claim, and could result in denial or loss of benefits.

We rarely use the information you provide on this form for any purpose other than for the reasons explained above. However, we may use it for the administration and integrity of Social Security programs. We may also disclose information to another person or to another agency in accordance with approved routine uses, including but not limited to the following:

1. To enable a third party or an agency to assist us in establishing
   rights to Social Security benefits and/or coverage;
2. To comply with Federal laws requiring the release of information from our records (e.g., to the Government Accountability Office, General Services Administration, National Archives Records Administration, and the Department of Veterans Affairs);
3. To make determinations for eligibility in similar health and income maintenance programs at the Federal, State, and local level; and
4. To facilitate statistical research, audit, or investigative activities necessary to assure the integrity and improvement of our programs (e.g., to the U.S. Census Bureau and to private entities under contract with us).

We may also use the information you provide in computer matching programs. Matching programs compare our records with records kept by other Federal, State, or local government agencies. We use the information from these programs to establish or verify a person's eligibility for Federally funded or administered benefit programs and for repayment of incorrect payments or delinquent debts under these programs.

A complete list of routine uses of the information you gave us is available in our Privacy Act Systems of Records Notices entitled, Claims Folder System, 60-0089; Master Beneficiary Record, 60-0090; Supplemental Security Income record and Special Veterans benefits, 60-0103; and Electronic Disability (eDIB) Claims File, 0-0340. The notices, additional information regarding this form, and information regarding our systems and programs, are available on-line at www.socialsecurity.gov or at any Social Security office.

## PAPERWORK REDUCTION ACT

This information collection meets the requirements of 44 U.S.C. § 3507, as amended by Section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget control number. We estimate that it will take about 10 minutes to read the instructions, gather the facts, and answer the questions. **SEND OR BRING IN THE COMPLETED FORM TO YOUR LOCAL SOCIAL SECURITY OFFICE. You can find your local Social Security office through SSA's website at www.socialsecurity.gov. Offices are also listed under U. S. Government agencies in your telephone directory or you may call Social Security at 1-800-772-1213 (TTY 1-800-325-0778).** *You may send comments on our time estimate above to: SSA, 6401 Security Blvd., Baltimore, MD 21235-6401. Send only comments relating to our time estimate to this address, not the completed form.*

Form SSA-827 (11-2012)  ef (11-2012)                                                    Page 2 of 2

---

**END - Medical Records Release Form (3rd party)**

**BEGIN - Office Visit**

Chief Complaint  12-17-2021 REMOTE VISIT: FOLLOW-UP

# ⠿ one medical

595 Castro Street San Francisco, CA 94114     Phone: 888-663-6331  •  Fax: 888-663-6331
Note Type        Office Visit
Date of Service  Fri Dec 17 2021 @ 10:25 AM
Created By       Emanuel Vergis, MD (NPI: 1962478495)
Signed By        Emanuel Vergis, MD (NPI: 1962478495)
Date Signed      Fri Dec 17 2021 @ 10:45 AM

## Subjective

Confirmed name and date of birth with patient
Patient verbally consented to virtual care
Visit held virtually due to efforts to reduce the spread of the COVID-19 virus

Presents to update me:
continues to deal with family issues/mother's health issues
1. psychiatry increased dose of bupropion to 300 mg per day
2. NURTEC approved for migraine headaches; neurologist recommended 81 mg ASA as needed for aural symptoms;
3. home sleep study approved; study pending;
4. long term disability approved by ANTHEM (psychiatry is managing this);

## Exam

I did not examine Michael today and spent the majority of the time reviewing and coordination the care plan with him.

## Procedures & Services

## Assessment & Plan

### Generalized anxiety disorder - F41.1

5/17/2021:
Started seeing a psychiatrist who increased the dose of escitalopram to 10 mg per day;
Follow-up scheduled with psychiatry later this week;
Scheduled f/u with me in 2-3 weeks;

6/16/2021:
dose of escitalopram 5 mg (decreased from 10 mg) and clonazepam 0.5 mg qday was started;
Follow-up with psychiatry;
Scheduled follow-up with me in one month;
SSDI to be completed by psychiatry (??);

7/20/2021:
Repeat GAD-7 survey;
Continue escitalopram/clonazepam;
Follow-up with me in 2-4 weeks;
updated return to work date to be mid October in the EDD website;

7/23/2021:
recent GAD-7 score is 21 which is unchanged from 4/23;
Question efficacy of treatment versus need for more intense therapy

7/26/2021:
continue with escitalopram 15 mg po QDAY;
no changes planned with medication doses according to his psychiatrist;
presumed component of PTSD;
I asked him to inquire if other modalities are being considered for treatment such as EMDR;

10/11/2021:
see A/P Severe depression;

12/17/2021:
psychiatrist increased dose of bupropion to 300 mg per day;
sees psychiatrist every 3 months on average;

### Severe depression - F32.2

5/17/2021:
See A/P Generalized anxiety disorder

7/26/2021: See A/P Generalized anxiety disorder

# ·ŀ· one medical

595 Castro Street San Francisco, CA 94114   Phone: 888-663-6331 · Fax: 888-663-6331
check TSH, RPR

7/28/2021:
F/U PHQ-9 score is 25;
no change from prior survey;
will discuss dose adjustment for LEXAPRO, but this is something that his psychiatrist needs to decide;

10/11/2021:
Overall no change in his status;
Switched to bupropion from escitalopram per his psychiatrist;
EDD form to reflect anticipated return to work in mid January;
F/U with me in ~ 4 weeks;

11/8/2021:
Overall no change in status, but seems to think that bupropion is making a difference for him;
He plans to see his psychiatrist in December;
EDD paperwork to transition to Dr. Jillian for him to manage;
Check in with me in December;

12/17/2021:
currently on increased dose of bupropion 300 mg per day;

**Vestibular migraine** - G43.809

Characterized by dizziness, tinnitus;

10/11/2021:
he has noticed an uptick in headaches;
will identify an in-network provider for this;
discussed magnesium and B2 as preventatives;

118/2021:
Follow-up with neurology;
prior authorization for rimegepant pending;

12/17/2021:
NURTEC approved;
advised by his neurologist to take ASA 81 mg at onset of aural migraine symptoms;


**After Visit Guidance To Patient**

---

**END - Office Visit**

**BEGIN - Medical Record: Unedited**

| | |
|---|---|
| Note Title | Medical Record: Unedited: Department of Social Services |
| Note Type | Medical Record: Unedited |
| Date of Service | Mon Oct 25 2021 @ 04:57 PM |
| Created By | Chris Ibanez |
| Signed By | Chris Ibanez |
| Date Signed | Mon Oct 25 2021 @ 05:00 PM |

# ∴ one medical

595 Castro Street San Francisco, CA 94114   Phone: 888-663-6331 • Fax: 888-663-6331

STATE OF CALIFORNIA - HEALTH AND HUMAN SERVICES AGENCY                Gavin Newsom, Governor

**DEPARTMENT OF SOCIAL SERVICES**                                                        S05/K41/CWFREE
S05 CA DDS OAKLAND
PO BOX 30722
SALT LAKE CITY, UT  84130-9858



FAX: 1-866-640-1126

October 13, 2021

ONE MEDICAL
MEDICAL RECORDS
595 CASTRO ST
SAN FRANCISCO CA 94114

                                    RE:  MICHAEL DARDEN
                                    AKA:
                                    SSN:  ***-**-6330
                                    DOB:  05/05/1966
                    DDS CASE NUMBER:  1338575
                    REQUEST NUMBER:  4443833
            SERVICE VENDOR NUMBER:  J292496

The above-named individual has applied for disability benefits under the Social
Security Act.  This agency is responsible for adjudicating the claim. Your institution
has been identified as a source of medical evidence for the claimant.

IDENTIFYING INFORMATION
  Adm/Dschg Dates:  04/19 to present
  Outpatient Dates:  04/19 to present
        Patient NR:

Please note that this is a request for all records during the dates of treatment period,
and is not limited to records pertaining to the alleged impairments listed below.

Alleged Impairments:
MAJOR DEPRESSIVE DISORDER; GENERALIZED ANXIETY
DIS
ORDER; PANIC DISORDER; INSOMNIA; MIGRAINES;
TINNIT
US; MITRAL VALVE PROLAPSE; SPOTS BEFORE EYES;

INCLUDE THE FOLLOWING INFORMATION IF APPLICABLE:
Adm, H & P, Dchg.Sm.
Consultations
CT/MRI Reports
EKG W/Tracings
Lab Tests
Operative Notes
Outpatient Notes
Psychological Tests

MEF IH1 (12/17)

# ⋅⋅⋅ one medical

595 Castro Street San Francisco, CA 94114     Phone: 888-663-6331 • Fax: 888-663-6331

DEA:  CWFREE
DDS CASE NUMBER:  1338575
REQUEST NUMBER:  4443833

PT Progress Notes
Psychiatric Consult
Pathology Reports
X-Ray Reports

FOR ADULTS
We would also like to have a statement, based on your medical findings,
expressing your opinion about the claimant's ability, despite the functional
limitations imposed by the impairment(s) to do work-related physical and/or
mental activities as appropriate:
Physical activities such as sitting, standing, walking, lifting, carrying,
handling objects, hearing, speaking and traveling.

Mental activities such as understanding and memory; sustained
concentration and persistence; social interaction; and adaptation.

FOR CHILDREN
We would also like to have a statement, based on your medical findings,
expressing your opinion about the child's functional limitations in learning, motor
functioning, performing self-care activities, communicating, socializing,
completing tasks and responsiveness to stimuli.

A reasonable fee, as determined by this agency, may be paid upon request.  Your
request must be in writing on a separate form and must be attached to your response.
To insure prompt payment, send your report within 14 days.  It is our policy not to
routinely pay for medical reports received more than 90 days after the date of the first
request.  Enclosed is an authorization for release of information.

MR. COLTON F./K41,Disability Eval. Analyst I
(510) 622-3667

|___THIS REQUEST IS BEING RETURNED.  WE DO NOT HAVE THE
INFORMATION REQUESTED.  PLEASE PROVIDE DATE LAST SEEN: _____

MEF IH1 (12/17)

# ⁘one medical

595 Castro Street San Francisco, CA 94114    Phone: 888-663-6331 • Fax: 888-663-6331

| Whose Records to be Disclosed | |
|---|---|
| NAME (First, Middle, Last, Suffix) *Michael Allan Darden* | |
| SSN *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* | Birthday (MM/DD/YYYY) *05/05/1966* |

## AUTHORIZATION TO DISCLOSE INFORMATION TO
## THE SOCIAL SECURITY ADMINISTRATION (SSA)

** PLEASE READ THE ENTIRE FORM, BOTH PAGES, BEFORE SIGNING BELOW **

I voluntarily authorize and request disclosure (including paper, oral, and electronic interchange):

**OF WHAT**    All my medical records; also education records and other information related to my ability to perform tasks. This includes Specific permission to release:

1. All records and other information regarding my treatment, hospitalization, and outpatient care for my impairment(s) including, and not limited to:
   - Psychological, psychiatric or other mental impairment(s) (excludes "psychotherapy notes" as defined in 45 CFR 164.501)
   - Drug abuse, alcoholism, or other substance abuse
   - Sickle cell anemia
   - Records which may indicate the presence of a communicable or noncommunicable disease; and tests for or records of HIV/AIDS
   - Gene-related impairments (including genetic test results)
2. Information about how my impairment(s) affects my ability to complete tasks and activities of daily living, and affects my ability to work.
3. Copies of educational tests or evaluations, including Individualized Educational Programs, triennial assessments, psychological and speech evaluations, and any other records that can help evaluate function; also teachers' observations and evaluations.
4. Information created within 12 months after the date this authorization is signed, as well as past information.

**FROM WHOM**
- All medical sources (hospitals, clinics, labs, physicians, psychologists, etc.) including mental health, correctional, addiction treatment, and VA health care facilities
- All educational sources (schools, teachers, records administrators, counselors, etc.)
- Social workers/rehabilitation counselors
- Consulting examiners used by SSA
- Employers, insurance companies, workers' compensation programs
- Others who may know about my condition (family, neighbors, friends, public officials)

| THIS BOX TO BE COMPLETED BY SSA/DDS (as needed). Additional information to identify the subject (e.g., other names used), the specific source, or the material to be disclosed: |
|---|
| Organization: ONE MEDICAL<br>Vendor Address: 595 CASTRO ST  SAN FRANCISCO 94114<br>Inpatient Date: 04/19 to present<br>Outpatient Date: 04/19 to present<br> Patient DOB: 05/05/66<br>Remarks: |

**TO WHOM**    The Social Security Administration and to the State agency authorized to process my case (usually called "disability determination services"), including contract copy services, and doctors or other professionals consulted during the process. [Also, for international claims, to the U.S. Department of State Foreign Service Post.]

**PURPOSE**    Determining my eligibility for benefits, including looking at the combined effect of any impairments that by themselves would not meet SSA's definition of disability; and whether I can manage such benefits.
☐ Determining whether I am capable of managing benefits ONLY (check only if this applies)

**EXPIRES WHEN**    This authorization is good for 12 months from the date signed (below my signature).
- I authorize the use of a copy (including electronic copy) of this form for the disclosure of the information described above.
- I understand that there are some circumstances in which this information may be redisclosed to other parties (see page 2 for details).
- I may write to SSA and my sources to revoke this authorization at any time (see page 2 for details).
- SSA will give me a copy of this form if I ask; I may ask the source to allow me to inspect or get a copy of material to be disclosed.
- I have read both pages of this form and agree to the disclosures above from the types of sources listed.

| PLEASE SIGN USING BLUE OR BLACK INK ONLY | IF not signed by subject of disclosure, specify basis for authority to sign |
|---|---|
| INDIVIDUAL authorizing disclosure Signature<br>*Michael Darden* | ☐ Parent of minor  ☐ Guardian  ☐ Other personal representative (explain)<br><br>(Parent/guardian/personal representative sign here if two signatures required by State law) |
| Date Signed: *6/16/2021* | Street Address *180 Shore Line Drive, Apt 307* |
| Phone Number (with area code) *917-868-8780* | City *Alameda* | State *CA* | ZIP *94501* |

| WITNESS    I know the person signing this form or am satisfied of this person's identity: | |
|---|---|
| Signature | IF needed, second witness sign here (e.g., if signed with "X" above) |
| Phone Number (or Address) *917-318-2128* | Phone Number (or Address) |

This general and special authorization to disclose was developed to comply with the provisions regarding disclosure of medical, educational, and other information under P.L. 104-191 ("HIPAA"); 45 CFR parts 160 and 164; 42 U.S. Code section 290dd-2; 42 CFR part 2; 38 U.S. Code section 7332; 38 CFR 1.475; 20 U.S. Code section 1232g ("FERPA"); 34 CFR parts 99 and 300; and State law.



# one medical

595 Castro Street San Francisco, CA 94114    Phone: 888-663-6331 · Fax: 888-663-6331

### Explanation of Form SSA-827,
### "Authorization to Disclose Information to the Social Security Administration (SSA)"

We need your written authorization to help get the information required to process your claim, and to determine your capability of managing benefits. Laws and regulations require that sources of personal information have a signed authorization before releasing it to us. Also, laws require specific authorization for the release of information about certain conditions and from educational sources.

You can provide this authorization by signing a form SSA-827. Federal law permits sources with information about you to release that information if you sign a single authorization to release all your information from all your possible sources. We will make copies of it for each source. A covered entity (that is, a source of medical information about you) may not condition treatment, payment, enrollment, or eligibility for benefits on whether you sign this authorization form. A few States, and some individual sources of information, require that the authorization specifically name the source that you authorize to release personal information. In those cases, we may ask you to sign one authorization for each source and we may contact you again if we need you to sign more authorizations.

You have the right to revoke this authorization at any time, except to the extent a source of information has already relied on it to take an action. To revoke, send a written statement to any Social Security Office. If you do, also send a copy directly to any of your sources that you no longer wish to disclose information about you; SSA can tell you if we identified any sources you didn't tell us about. SSA may use information disclosed prior to revocation to decide your claim.

It is SSA's policy to provide service to people with limited English proficiency in their native language or preferred mode of communication consistent with Executive Order 13166 (August 11, 2000) and the Individuals with Disabilities Education Act. SSA makes every reasonable effort to ensure that the information in the SSA-827 is provided to you in your native or preferred language.

### Privacy Act Statement
### Collection and Use of Personal Information

Sections 205(a), 233(d)(5)(A), 1614(a)(3)(H)(i), 1631(d)(I) and 1631(e)(I)(A) of the Social Security Act as amended, [42 U.S.C. 405(a), 433(d)(5)(A), 1382c(a)(3)(H)(i), 1383(d)(I) and 1383(e)(I)(A)] authorize us to collect this information. We will use the information you provide to help us determine your eligibility, or continuing eligibility for benefits, and your ability to manage any benefits received. The information you provide is voluntary. However, failure to provide the requested information may prevent us from making an accurate and timely decision on your claim, and could result in denial or loss of benefits.

We rarely use the information you provide on this form for any purpose other than for the reasons explained above. However, we may use it for the administration and integrity of Social Security programs. We may also disclose information to another person or to another agency in accordance with approved routine uses, including but not limited to the following:

1. To enable a third party or an agency to assist us in establishing rights to Social Security benefits and/or coverage;
2. To comply with Federal laws requiring the release of information from our records (e.g., to the Government Accountability Office, General Services Administration, National Archives Records Administration, and the Department of Veterans Affairs);
3. To make determinations for eligibility in similar health and income maintenance programs at the Federal, State, and local level; and
4. To facilitate statistical research, audit, or investigative activities necessary to assure the integrity and improvement of our programs (e.g., to the U.S. Census Bureau and to private entities under contract with us).

We may also use the information you provide in computer matching programs. Matching programs compare our records with records kept by other Federal, State, or local government agencies. We use the information from these programs to establish or verify a person's eligibility for Federally funded or administered benefit programs and for repayment of incorrect payments or delinquent debts under these programs.

A complete list of routine uses of the information you gave us is available in our Privacy Act Systems of Records Notices entitled, Claims Folder System, 60-0089; Master Beneficiary Record, 60-0090, Supplemental Security Income record and Special Veterans benefits, 60-0103; and Electronic Disability (eDIB) Claims File, 0-0340. The notices, additional information regarding this form, and information regarding our systems and programs, are available on-line at www. socialsecurity gov or at any Social Security office.

### PAPERWORK REDUCTION ACT

This information collection meets the requirements of 44 U.S.C. § 3507, as amended by Section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget control number. We estimate that it will take about 10 minutes to read the instructions, gather the facts, and answer the questions. **SEND OR BRING IN THE COMPLETED FORM TO YOUR LOCAL SOCIAL SECURITY OFFICE. You can find your local Social Security office through SSA's website at www.socialsecurity.gov. Offices are also listed under U. S. Government agencies in your telephone directory or you may call Social Security at 1-800-772-1213 (TTY 1-800-325-0778).** *You may send comments on our time estimate above to: SSA, 6401 Security Blvd., Baltimore, MD 21235-6401. Send only comments relating to our time estimate to this address, not the completed form.*

Form SSA-827 (11-2012) ef (11-2012)                                                                                                Page 2 of 2

# ∴ one medical

595 Castro Street San Francisco, CA 94114    Phone: 888-663-6331  ·  Fax: 888-663-6331

# ∴ one medical
## One Medical Group

To:
From: Chris Ibanez

595 Castro Street
San Francisco, CA 94114

phone: 888-663-6331
fax: 415-291-0489

## Patient

| | |
|---|---|
| Patient | **Michael Darden** |
| DOB | **05/05/1966** |
| Sex | **M** |
| PCP | **Emanuel Vergis, MD** |
| Patient ID | **110786538** |
| Address | **1801 Shore Line Dr Apartment 307 Alameda, CA 94501** |

Anthem Blue Cross of California PPO
Member ID: XDP241W06151
Effective At: 01/01/2021
Policy Holder: Michael Darden (Self)

All records based on the parameters of your request.

# ·⁑· one medical

595 Castro Street San Francisco, CA 94114     Phone: 888-663-6331 · Fax: 888-663-6331

## Notes

**BEGIN - Office Visit**

| | |
|---|---|
| Chief Complaint | **REMOTE VISIT 10-11-2021: ANXIETY, DEPRESSION, PANIC DISORDER** |
| Note Type | **Office Visit** |
| Date of Service | **Mon Oct 11 2021 @ 10:25 AM** |
| Created By | **Emanuel Vergis, MD (NPI: 1962478495)** |
| Signed By | **Emanuel Vergis, MD (NPI: 1962478495)** |
| Date Signed | **Mon Oct 11 2021 @ 10:52 AM** |

### Subjective

Confirmed name and date of birth with patient
Patient verbally consented to virtual care
Visit held virtually due to efforts to reduce the spread of the COVID-19 virus

Presents to discuss ongoing issues (family);
Recent increase in stress and anxiety stemming from taking care of his elderly mother;
Other family members are triggering worsening of his symptoms and leaves him feeling overwhelmed;
His psychiatrist switched him to bupropion ER 150 mg per day from escitalopram;
He anticipates returning to work in mid January 2022;

Separately, notes that his migraine headaches are back;
He had an extensive evaluation of this in the past;
Will identify an in-network provider for him to see;

### Exam

I did not examine Michael today and spent the majority of the time reviewing and coordination the care plan with him.

### Procedures & Services

### Assessment & Plan

**Generalized anxiety disorder - F41.1**
5/17/2021:
Started seeing a psychiatrist who increased the dose of escitalopram to 10 mg per day;
Follow-up scheduled with psychiatry later this week;
Scheduled f/u with me in 2-3 weeks;

6/16/2021:
dose of escitalopram 5 mg (decreased from 10 mg) and clonazepam 0.5 mg qday was started;
Follow-up with psychiatry;
Scheduled follow-up with me in one month;
SSDI to be completed by psychiatry (??);

7/20/2021:
Repeat GAD-7 survey;
Continue escitalopram/clonazepam;
Follow-up with me in 2-4 weeks;
updated return to work date to be mid October in the EDD website;

7/23/2021:
recent GAD-7 score is 21 which is unchanged from 4/23;
Question efficacy of treatment versus need for more intense therapy

7/26/2021:
continue with escitalopram 15 mg po QDAY;
no changes planned with medication doses according to his psychiatrist;
presumed component of PTSD;
I asked him to inquire if other modalities are being considered for treatment such as EMDR;

10/11/2021:
see A/P Severe depression;

**Panic disorder - F41.0**

# ∷ one medical

595 Castro Street San Francisco, CA 94114    Phone: 888-663-6331  •  Fax: 888-663-6331

See A/P Severe depression

**Severe depression - F32.2**
5/17/2021:
See A/P Generalized anxiety disorder

7/26/2021: See A/P Generalized anxiety disorder
check TSH, RPR

7/28/2021:
F/U PHQ-9 score is 25;
no change from prior survey;
will discuss dose adjustment for LEXAPRO, but this is something that his psychiatrist needs to decide;

10/11/2021:
Overall no change in his status;
Switched to bupropion from escitalopram per his psychiatrist;
EDD form to reflect anticipated return to work in mid January;
F/U with me in ~ 4 weeks;

**Vestibular migraine - G43.809**
Characterized by dizziness, tinnitus;

10/11/2021:
he has noticed an uptick in headaches;
will identify an in-network provider for this;
discussed magnesium and B2 as preventatives;

**After Visit Guidance To Patient**

Hi Michael,

Thank you for the updates today. For your headaches consider starting magnesium 400 mg once daily and riboflavin 400 mg once daily. These are used as a means to
prevent migraines.

**END - Office Visit**

**BEGIN - Lab Result**

| | |
|---|---|
| Note Title | **Lab: CMP, CBC, Lipids, CT/NG NAAT (GU), CT/NG NAAT (rectal), CT/NG NAAT (pharyng), HIV Ab w/ rflx, RPR w/ reflex, TSH** |
| Note Type | **Lab Result** |
| Date of Service | **Wed Jul 28 2021 @ 06:10 AM** |
| Created By | **Medical Team** |
| Signed By | **Emanuel Vergis, MD (NPI: 1962478495)** |
| Date Signed | **Wed Jul 28 2021 @ 06:37 AM** |

This lab report was automatically sent to the patient in this message (https://one.1life.com/110786538/patient_timeline_posts/13204035) on 7/28/2021 at
6:10 AM because it contained no abnormal or critical results.

DARDEN, MICHAEL                                                                          Overall Report Status: **FINAL**
(SN: 20722938150)                                                                        Received on 07/28/2021

## Lab Report from LabCorp

| Specimen Number | Patient ID | Control Number | Account Number |
|---|---|---|---|
| 20722938150 | 110786538 | 3417450 | 04338885 |

| Patient Last Name | | Account Address | |
|---|---|---|---|
| DARDEN | | | |

| Patient First Name | Patient Middle Name | | |
|---|---|---|---|
| MICHAEL | | | |

| Patient SS# | Patient Phone | Total Volume | |
|---|---|---|---|
| | 917-868-8780 | | |

# ∴ one medical

595 Castro Street San Francisco, CA 94114    Phone: 888-663-6331 • Fax: 888-663-6331

| Date of Birth | | Sex | Fasting | Account Address | |
|---|---|---|---|---|---|
| 1966-05-05 | | M | N | | |

| Patient Address | | | |
|---|---|---|---|
| 1801 SHORE LINE DR APT 307 ALAMEDA CA, 94501- | | | One Medical Group 595 Castro Street San Francisco CA (California) 94114 |

| Date/Time Collected | Date Entered | Date/Time Reported | |
|---|---|---|---|
| 2021-07-26 12:48:00 PDT | 2021-07-26 21:00:00 PDT | 2021-07-28 05:35:00 PDT | |

| Additional Information | | |
|---|---|---|
| Physician Name | NPI # | Physician ID |
| VERGIS, E | 1962478495 | |

**Tests Ordered**

Comp. Metabolic Panel (14) (322000); CBC, Platelet, No Differential (028142); Lipid Panel (303756); Chlamydia/GC Amplification (183194); Ct/GC NAA, Rectal (188672); Ct/GC NAA, Pharyngeal (188698); HIV Ag/Ab with Reflex (083935); RPR, Rfx Qn RPR/Confirm TP (012005); Thyroid Cascade Profile (330015); Cardiovascular Report (910385)

| TESTS | RESULTS | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| **Comp. Metabolic Panel (14)** | | | | | |
| Glucose | 72 | | mg/dL | 65-99 | 01 |
| BUN | 18 | | mg/dL | 6-24 | 01 |
| Creatinine | 0.98 | | mg/dL | 0.76-1.27 | 01 |
| eGFR If NonAfricn Am | 86 | | mL/min/1.73 | >59 | 01 |
| eGFR If Africn Am | 100 | | mL/min/1.73 | >59 | 01 |

**Labcorp currently reports eGFR in compliance with the current** recommendations of the National Kidney Foundation. Labcorp will update reporting as new guidelines are published from the NKF-ASN Task force.

| | | | | | |
|---|---|---|---|---|---|
| BUN/Creatinine Ratio | 18 | | | 9-20 | 01 |
| Sodium | 137 | | mmol/L | 134-144 | 01 |
| Potassium | 4.8 | | mmol/L | 3.5-5.2 | 01 |
| Chloride | 102 | | mmol/L | 96-106 | 01 |
| Carbon Dioxide, Total | 25 | | mmol/L | 20-29 | 01 |
| Calcium | 9.7 | | mg/dL | 8.7-10.2 | 01 |
| Protein, Total | 7.2 | | g/dL | 6.0-8.5 | 01 |
| Albumin | 4.3 | | g/dL | 3.8-4.9 | 01 |
| Globulin, Total | 2.9 | | g/dL | 1.5-4.5 | 01 |
| A/G Ratio | 1.5 | | | 1.2-2.2 | 01 |
| Bilirubin, Total | 0.3 | | mg/dL | 0.0-1.2 | 01 |
| Alkaline Phosphatase | 95 | | IU/L | 48-121 | 01 |
| AST (SGOT) | 15 | | IU/L | 0-40 | 01 |
| ALT (SGPT) | 17 | | IU/L | 0-44 | 01 |

**CBC, Platelet, No Differential**

# ∴ one medical

595 Castro Street San Francisco, CA 94114    Phone: 888-663-6331 • Fax: 888-663-6331

| TESTS | RESULTS | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| WBC | 5.6 | | x10E3/uL | 3.4-10.8 | 01 |
| RBC | 5.00 | | x10E6/uL | 4.14-5.80 | 01 |
| Hemoglobin | 15.2 | | g/dL | 13.0-17.7 | 01 |
| Hematocrit | 44.6 | | % | 37.5-51.0 | 01 |
| MCV | 89 | | fL | 79-97 | 01 |
| MCH | 30.4 | | pg | 26.6-33.0 | 01 |
| MCHC | 34.1 | | g/dL | 31.5-35.7 | 01 |
| RDW | 12.1 | | % | 11.6-15.4 | 01 |
| Platelets | 271 | | x10E3/uL | 150-450 | 01 |
| NRBC | Canceled | | | | 01 |
| **Lipid Panel** | | | | | |
| Cholesterol, Total | 210 | High | mg/dL | 100-199 | 01 |
| Triglycerides | 125 | | mg/dL | 0-149 | 01 |
| HDL Cholesterol | 42 | | mg/dL | >39 | 01 |
| VLDL Cholesterol Cal | 23 | | mg/dL | 5-40 | 01 |
| LDL Chol Calc (NIH) | 145 | High | mg/dL | 0-99 | 01 |
| Comment: | Canceled | | | | 01 |
| **Chlamydia/GC Amplification** | | | | | |
| Chlamydia trachomatis, NAA | Negative | | | Negative | 01 |
| Neisseria gonorrhoeae, NAA | Negative | | | Negative | 01 |
| **Ct/GC NAA, Rectal** | | | | | |
| C. trachomatis, NAA, Rectal | Negative | | | Negative | 02 |
| N. gonorrhoeae, NAA, Rectal | Negative | | | Negative | 02 |
| **Ct/GC NAA, Pharyngeal** | | | | | |
| C. trachomatis, NAA, Pharyn | Negative | | | Negative | 02 |
| N. gonorrhoeae, NAA, Pharyn | Negative | | | Negative | 02 |
| **HIV Ag/Ab with Reflex** | | | | | |
| HIV Screen 4th Generation wRfx | Non Reactive | | | Non Reactive | 01 |
| **RPR, Rfx Qn RPR/Confirm TP** | | | | | |
| RPR | Non Reactive | | | Non Reactive | 01 |
| **Thyroid Cascade Profile** | | | | | |
| TSH | 3.730 | | uIU/mL | 0.450-4.500 | 01 |

No apparent thyroid disorder. Additional testing not indicated. In
rare instances, Secondary Hypothyroidism as well as Subclinical
Hypothyroidism have been reported in some patients with normal TSH
values.

**Cardiovascular Report**

| Interpretation | Note | | | | 03 |

# ⊹ one medical

595 Castro Street San Francisco, CA 94114    Phone: 888-663-6331 • Fax: 888-663-6331

| TESTS | RESULTS | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|-------|---------|------|-------|--------------------|----|
| CARDIOVASCULAR REPORT: | | | | | |

----------------------------
Current available clinical information suggests the
patient's risk is at least LOW. One major CHD risk factor is
present (age over 45). If the patient has CHD or a CHD risk
equivalent, the risk category is high. If patient does not
have CHD or a CHD risk equivalent, consider use of the
Pooled Cohort Equations to estimate 10-year CVD risk, as
individuals with greater than 7.5% risk may warrant more
intensive therapy. The calculator can be found at:
http://tools.cardiosource.org/ASCVD-Risk-Estimator/

Insulin resistance, obesity, excessive alcohol use, smoking,
nephrotic syndrome, liver disease, and certain medications
can cause secondary dyslipidemia. Consider evaluation if
clinically indicated.

Therapeutic lifestyle changes are always valuable to achieve
optimal blood lipid status (diet, exercise, weight
management).
----------------------------
LIPID MANAGEMENT
Select one patient risk category based upon medical history
and clinical judgment. Additional risk factors such as
personal or family history of premature CHD, smoking, and
hypertension modify a patient's goals of therapy. In CVD
prevention, the intensity of therapy should be adjusted to
the level of patient risk. MODERATE intensity statin therapy
generally results in an average LDL-C reduction of 30% to
less than 50% from the untreated baseline. Examples include
(daily doses): atorvastatin 10-20 mg, rosuvastatin 5-10 mg,
simvastatin 20-40 mg, pravastatin 40-80 mg, lovastatin 40
mg. HIGH intensity statin therapy generally results in an
average LDL-C reduction of 50% or more from the untreated
baseline. Examples include (daily doses): atorvastatin 40-80
mg and rosuvastatin 20 mg.
LOW RISK ASSESSMENT AND TREATMENT SUGGESTIONS
----------------------------
LDL-C is acceptable, 145 mg/dL. Non-HDL Cholesterol is
acceptable, 168 mg/dL.

Considerations for use of statin therapy include family
history of premature atherosclerotic disease, elevated
coronary artery calcium score, ankle-brachial index < 0.9,
elevated CRP, or elevated 10-year or lifetime CVD risk.
INTERMEDIATE RISK ASSESSMENT AND TREATMENT SUGGESTIONS
----------------------------
LDL-C is borderline high, 145 mg/dL. Non-HDL Cholesterol is
borderline high, 168 mg/dL.

Consider beginning or increasing statin. Factors that may
influence statin use include family history of premature
atherosclerotic disease, elevated coronary artery calcium
score, ankle-brachial index < 0.9, elevated CRP, or elevated
10-year or lifetime CVD risk. If statin cannot be tolerated
or increased, alternatives include use of an intestinal
agent (ezetimibe or bile acid sequestrant) or niacin.
HIGH RISK ASSESSMENT AND TREATMENT SUGGESTIONS
----------------------------
LDL-C is high, 145 mg/dL. Non-HDL Cholesterol is high, 168
mg/dL.

Begin statin. If statin already in use, consider increasing
dose to achieve at least a 50% LDL reduction from baseline.
Moderate or high intensity statin is preferred. If statin
cannot be tolerated or increased, alternatives include use
of an intestinal agent (ezetimibe or bile acid sequestrant)
or niacin.
----------------------------
DISCLAIMER
These assessments and treatment suggestions are provided as
a convenience in support of the physician-patient
relationship and are not intended to replace the physician's

# ⸭ one medical

595 Castro Street San Francisco, CA 94114   Phone: 888-663-6331 • Fax: 888-663-6331

| TESTS | | RESULTS | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|---|
| clinical judgment. They are derived from national guidelines in addition to other evidence and expert opinion. The clinician should consider this information within the context of clinical opinion and the individual patient. SEE GUIDANCE FOR CARDIOVASCULAR REPORT: Stone NJ et al. 2013 ACC/AHA guideline on the treatment of blood cholesterol to reduce atherosclerotic cardiovascular risk in adults: a report of the American College of Cardiology/American Heart Association Task Force on Practice Guidelines. Circulation 2014; 129 (suppl 2): S1?S45; Contois et al. Clin Chem 2009; 55(3):407-419; Brunzell et al. Diabetes Care 2008; 31(4):811-82. | | | | | | |
| PDF | | | Not applicable | | | 03 |

| 01 | 01 | LabCorp San Diego 13112 Evening Creek Dr So Ste 200, San Diego, CA 92128-4108 | | | Dir: JennyGallowayMD |
|---|---|---|---|---|---|
| 02 | 02 | LabCorp Phoenix 5005 S 40th Street Ste 1200, Phoenix, AZ 85040-2969 | | | Dir: EarleCollumMD |
| 03 | 03 | Litholink Corporation 150 Spring Lake Dr Ste A, Itasca, IL 60143-2091 | | | Dir: JohnAsplinMD |

For inquiries, the physician may contact Labcorp at 800-222-7566  Lab: 858-668-3700

**END - Lab Result**

**BEGIN - Office Visit**

| | |
|---|---|
| Chief Complaint | **REMOTE VISIT 7-20-2021: MEDICATION FOLLOW-UP** |
| Note Type | **Office Visit** |
| Date of Service | **Tue Jul 20 2021 @ 02:55 PM** |
| Created By | **Emanuel Vergis, MD (NPI: 1962478495)** |
| Signed By | **Emanuel Vergis, MD (NPI: 1962478495)** |
| Date Signed | **Tue Jul 20 2021 @ 03:18 PM** |

## Subjective

Confirmed name and date of birth with patient
Patient verbally consented to virtual care
Visit held virtually due to efforts to reduce the spread of the COVID-19 virus

Michael presents to update me
1. feels better in general and believes that the medications are making a difference (50% better); mom's issues are not resolved, but he is better able to discuss these;
3. is now seeing his psychiatrist every 2 months;
4. occasionally needs to take trazodone for sleep;

## Exam

I did not examine Michael today and spent the majority of the time reviewing and coordination the care plan with him.

## Procedures & Services

## Assessment & Plan

**Generalized anxiety disorder - F41.1**
5/17/2021:
Started seeing a psychiatrist who increased the dose of escitalopram to 10 mg per day;
Follow-up scheduled with psychiatry later this week;

# ∴ one medical

595 Castro Street San Francisco, CA 94114    Phone: 888-663-6331  •  Fax: 888-663-6331

Scheduled f/u with me in 2-3 weeks;

6/16/2021:
dose of escitalopram 5 mg (decreased from 10 mg) and clonazepam 0.5 mg qday was started;
Follow-up with psychiatry;
Scheduled follow-up with me in one month;
SSDI to be completed by psychiatry (??);

7/20/2021:
Repeat GAD-7 survey;
Continue escitalopram/clonazepam;
Follow-up with me in 2-4 weeks;
updated return to work date to be mid October in the EDD website;

**Insomnia - G47.00**
5/17/2021:
Psychiatry prescribed trazodone 50 mg po QHS as needed (up to 3 tablets per night);
Gabapentin was stopped;

7/20/2021:
continues to take trazodone 50 mg po as needed;

## After Visit Guidance To Patient

**END - Office Visit**

**BEGIN - Office Visit**

| | |
|---|---|
| Chief Complaint | **ANNUAL EXAM** |
| Note Type | **Office Visit** |
| Date of Service | **Mon Jul 26 2021 @ 02:55 PM** |
| Created By | **Emanuel Vergis, MD (NPI: 1962478495)** |
| Signed By | **Emanuel Vergis, MD (NPI: 1962478495)** |
| Date Signed | **Mon Jul 26 2021 @ 03:49 PM** |

## Subjective

Patient presents for annual wellness visit.
1. continues to work with psychiatry - no plans for medication change; disability until 10/15/21; therapist commented to him that he is exhibiting PTSD symptoms;
2. limited to no exercise since 2020;
3. would like to be 155 pounds

Reviewed age-appropriate health maintenance goals.

PMH, PSH, Medications, Allergies, FHx reviewed and updated.

Social Hx:
Reviewed and updated in chart.

ROS focused on patient risk factors:
ROS negative except for pertinent positives listed above

## Allergies

**Penicillins** (hives)

## Vitals

| sys | dia | HR | RR | temp | wt | ht | BMI |
|---|---|---|---|---|---|---|---|
| 108 | 72 | 78 | — | — | 160 lb | 65.5 in | 26.2 |

## Exam

I conducted the encounter wearing the following PPE: N95, face shield/goggles, gloves. The patient was wearing a mask.

# ⁘ one medical

595 Castro Street San Francisco, CA 94114    Phone: 888-663-6331 • Fax: 888-663-6331

General: No distress
HEENT: EOMI, nl conjunctiva & lids, hearing grossly nl
Neck: supple, no concerning masses, no LAD
Lungs: CTA bilaterally, nl effort
CV: RRR, no M/R/G
Abd: S/NT/ND
Neuro/Psych: Normal affect, normal speech
Skin: Warm and well perfused

**Procedures & Services**

**Assessment & Plan**

**ANNUAL EXAM** - Z00.01
Check usual labs to day;
Discussed that results will generally show up in 7-10 days, and will communicate results via VMT/provider;

Reviewed AHRQ preventive medicine recommendations;
PHQ-2 SCREEN: POSITIVE; PHQ-9 sent;
CRC screening: due in 2023; obtain prior HMR
STI screening: check usual panel today
VACCINATIONS: obtain prior HMR

**Generalized anxiety disorder** - F41.1
5/17/2021:
Started seeing a psychiatrist who increased the dose of escitalopram to 10 mg per day;
Follow-up scheduled with psychiatry later this week;
Scheduled f/u with me in 2-3 weeks;

6/16/2021:
dose of escitalopram 5 mg (decreased from 10 mg) and clonazepam 0.5 mg qday was started;
Follow-up with psychiatry;
Scheduled follow-up with me in one month;
SSDI to be completed by psychiatry (??);

7/20/2021:
Repeat GAD-7 survey;
Continue escitalopram/clonazepam;
Follow-up with me in 2-4 weeks;
updated return to work date to be mid October in the EDD website;

7/23/2021:
recent GAD-7 score is 21 which is unchanged from 4/23;
Question efficacy of treatment versus need for more intense therapy

7/26/2021:
continue with escitalopram 15 mg po QDAY;
no changes planned with medication doses according to his psychiatrist;
presumed component of PTSD;
I asked him to inquire if other modalities are being considered for treatment such as EMDR;

**Severe depression** - F32.2
5/17/2021:
See A/P Generalized anxiety disorder

7/26/2021: See A/P Generalized anxiety disorder
check TSH, RPR

**After Visit Guidance To Patient**

**Health Maintenance**

**Depression screening**
PHQ-9 - due 07/26/2021
**Screening History** 04/23/2021 - PHQ-9 - 25
**Anxiety screening**
GAD-7 - due 08/23/2021
**Screening History** 07/23/2021 - GAD-7 - 21 04/23/2021 - GAD-7 - 21

# ⁖ one medical

595 Castro Street San Francisco, CA 94114   Phone: 888-663-6331 • Fax: 888-663-6331

**Colon cancer screening**
Colonoscopy - due 05/05/2023
**Screening History** 2018 - Colonoscopy - NEGATIVE

**END - Office Visit**

**BEGIN - Office Visit**

| | |
|---|---|
| Chief Complaint | **REMOTE VISIT 6-16-2021L ANXIETY FOLLOW-UP** |
| Note Type | **Office Visit** |
| Date of Service | **Wed Jun 16 2021 @ 07:55 AM** |
| Created By | **Emanuel Vergis, MD (NPI: 1962478495)** |
| Signed By | **Emanuel Vergis, MD (NPI: 1962478495)** |
| Date Signed | **Wed Jun 16 2021 @ 08:21 AM** |

## Subjective

Confirmed name and date of birth with patient
Patient verbally consented to virtual care
Visit held virtually due to efforts to reduce the spread of the COVID-19 virus
Duration of appointment: 9 minutes; 10 min late for appointment

States he is about 15% better w/ regard to his anxiety and about 10% better w/ regard to his sleep;
Met with Dr. Jillian who prescribed clonazepam 0.5 mg qday as needed and decreased escitalopram dose to 5 mg per day;
Sees psychiatrist on 7/12;

Still dealing with arranging things for his mom;
Still dealing with his brother;

He is applying for SSDI;
Informed me that he has atypical migraines characterized by dizziness, tinnitus and visual "spots";
No headaches;
W/U in the 90s concluded that this migraine variant is caused by changes in barometric pressure;
He had one last week and believes that his anxiety made it much worse;

## Exam

I did not examine today and spent the majority of the time reviewing and coordination the care plan with .

## Procedures & Services

## Assessment & Plan

**Generalized anxiety disorder - F41.1**
5/17/2021:
Started seeing a psychiatrist who increased the dose of escitalopram to 10 mg per day;
Follow-up scheduled with psychiatry later this week;
Scheduled f/u with me in 2-3 weeks;

6/16/2021:
dose of escitalopram 5 mg (decreased from 10 mg) and clonazepam 0.5 mg qday was started;
Follow-up with psychiatry;
Scheduled follow-up with me in one month;
SSDI to be completed by psychiatry (??);

**Vestibular migraine - G43.809**
Characterized by dizziness, tinnitus;

## After Visit Guidance To Patient

**9 minutes spent on evaluation & management on 06/16/2021**

# ·ɨ·one medical

595 Castro Street San Francisco, CA 94114     Phone: 888-663-6331 · Fax: 888-663-6331

---

**END - Office Visit**

---

**BEGIN - Office Visit**

| | |
|---|---|
| Chief Complaint | **REMOTE VISIT 5-17-2021: ANXIETY FOLLOW-UP** |
| Note Type | **Office Visit** |
| Date of Service | **Mon May 17 2021 @ 08:25 AM** |
| Created By | **Emanuel Vergis, MD (NPI: 1962478495)** |
| Signed By | **Emanuel Vergis, MD (NPI: 1962478495)** |
| Date Signed | **Mon May 17 2021 @ 08:45 AM** |

## Subjective

Confirmed name and date of birth with patient
Patient verbally consented to virtual care
Visit held virtually due to efforts to reduce the spread of the COVID-19 virus
Duration of appointment: 19 minutes

Michael presents for follow-up;
Started seeing psychiatrist per Anthem's recommendation;
Saw Dr. Jillian last week who started him on trazodone 50 mg po QHS (1-3 tablets) as needed (gabapentin was stopped), and increased the dose of escitalopram to 10 mg per day;
Psychiatrist will assume prescribing of these medications;
He diagnosed Michael with MDD
Still dealing with stress/anxiety;
His brother is not being supportive with regard to their mother's health circumstances;

## Exam

I did not examine Michael today and spent the majority of the time reviewing and coordination the care plan with him.

## Procedures & Services

## Assessment & Plan

**Generalized anxiety disorder - F41.1**
5/17/2021:
Started seeing a psychiatrist who increased the dose of escitalopram to 10 mg per day;
Follow-up scheduled with psychiatry later this week;
Scheduled f/u with me in 2-3 weeks;

**Insomnia - G47.00**
5/17/2021:
Psychiatry prescribed trazodone 50 mg po QHS as needed (up to 3 tablets per night);
Gabapentin was stopped;

**Severe depression - F32.2**
5/17/2021:
See A/P Generalized anxiety disorder

## After Visit Guidance To Patient

---

**END - Office Visit**

---

**BEGIN - Office Visit**

# ∴ one medical

595 Castro Street San Francisco, CA 94114    Phone: 888-663-6331  •  Fax: 888-663-6331

| | |
|---|---|
| Chief Complaint | **REMOTE VISIT 4-30-2021: SEVERE DEPRESSION** |
| Note Type | **Office Visit** |
| Date of Service | **Fri Apr 30 2021 @ 04:25 PM** |
| Created By | **Emanuel Vergis, MD (NPI: 1962478495)** |
| Signed By | **Emanuel Vergis, MD (NPI: 1962478495)** |
| Date Signed | **Sat May 01 2021 @ 09:00 AM** |

## Subjective

Confirmed name and date of birth with patient
Patient verbally consented to virtual care
Visit held virtually due to efforts to reduce the spread of the COVID-19 virus
Duration of appointment: 25 minutes

Michael presents for follow-up;
His husband, Gregory, was also present;
Michael is back from visiting/moving his mother;
He received the SDI check;
Dealing with mom's issues and more recently their son was assaulted in NYC --> possible concussion;

Michael endorses anxiety, sleep disturbance and fatigue;
Continues to see his therapist weekly;

## Exam

I did not examine Michael today and spent the majority of the time reviewing and coordination the care plan with him.

## Procedures & Services

## Assessment & Plan

**Generalized anxiety disorder - F41.1**
Characterize anxiety with GAD-7 survey;
Consider low dose SSRI v. short term benzo use;
F/U with therapist;
Assist with EDD and Anthem paperwork;

4-23-2021:
GAD-7 score is 21

4/30/2021:
Discussed starting escitalopram to help with mood/sleep;
Reviewed escitalopram 5 mg po Qday and that it may take up to 2 weeks to notice improvement;
Scheduled f/u in 2 weeks with me;

**Insomnia - G47.00**
Discussed that treating underlying GAD and depression will contribute to better sleep;
Discussed role of gabapentin taken at bedtime to help with sleep with downstream effect on his anxiety;

**Severe depression - F32.2**
Will have him complete PHQ-9 to characterize his depression;
Assist with EDD and Anthem paperwork;
Consider SSRI

4/30/2021:
PHQ-9 score is 25;
See A/P Generalized anxiety disorder;

## After Visit Guidance To Patient

**25 minutes spent on evaluation & management on 04/30/2021**

# ∴ one medical

595 Castro Street San Francisco, CA 94114    Phone: 888-663-6331  •  Fax: 888-663-6331

---

**END - Office Visit**

---

**BEGIN - Office Visit**

---

| | |
|---|---|
| Chief Complaint | **REMOTE VISIT 4-21-2021: ANXIETY** |
| Note Type | **Office Visit** |
| Date of Service | **Wed Apr 21 2021 @ 08:55 AM** |
| Created By | **Emanuel Vergis, MD (NPI: 1962478495)** |
| Signed By | **Emanuel Vergis, MD (NPI: 1962478495)** |
| Date Signed | **Wed Apr 21 2021 @ 09:25 AM** |

### Subjective

Confirmed name and date of birth with patient
Patient verbally consented to virtual care
Visit held virtually due to efforts to reduce the spread of the COVID-19 virus
Duration of appointment: 25 minutes

Michael presents to discuss his current situation with anxiety and depression;
He is currently in Maryland dealing with mom's dementia;
She is in a NH currently;
No other relatives and Michael's brother is overseas;
He sees Penelope Fox weekly for therapy;
He has been on leave from work since 4/15;
Needs assistance with SDI EDD and other paperwork which his husband Greg has started on his behalf;

Endorses anxiety, sadness, exhaustion, and feeling overwhelmed;
Passive SI, but no plan;

### Exam

I did not Michael examine today and spent the majority of the time reviewing and coordination the care plan with him.

### Procedures & Services

### Assessment & Plan

**Depression screening needed** - Z13.31
Will have him complete PHQ-9 to characterize his depression;
Assist with EDD and Anthem paperwork;
Consider SSRI

**Generalized anxiety disorder** - F41.1
Characterize anxiety with GAD-7 survey;
Consider low dose SSRI v. short term benzo use;
F/U with therapist;
Assist with EDD and Anthem paperwork;

### After Visit Guidance To Patient

25 minutes spent on evaluation & management on 04/21/2021

---

**END - Office Visit**

---

**END - Medical Record: Unedited**

**BEGIN - Medical Records Release Form (3rd party)**

| | |
|---|---|
| Note Title | 3rd Party MRRF: Department of Social Services |

# ∴ one medical

595 Castro Street San Francisco, CA 94114   Phone: 888-663-6331  •  Fax: 888-663-6331

| | |
|---|---|
| Note Type | Medical Records Release Form (3rd party) |
| Date of Service | Mon Oct 18 2021 @ 02:05 PM |
| Created By | Gabi Charbeneau |
| Signed By | Chris Ibanez |
| Date Signed | Mon Oct 25 2021 @ 05:00 PM |

Type records (medical, billing, or all): MED Date range: 4/1/2019 - Present Send records to: 866 640 1126 Edited: NO Excluding: ** Release EXPIRES: 6/16/2022 Confirm signature: Approved Date sent: 10/25/2021 MRS: Chris Ibanez

# ⁘ one medical

595 Castro Street San Francisco, CA 94114    Phone: 888-663-6331  •  Fax: 888-663-6331

STATE OF CALIFORNIA - HEALTH AND HUMAN SERVICES AGENCY                    Gavin Newsom, Governor

**DEPARTMENT OF SOCIAL SERVICES**                    S05/K41/CWFREE
S05 CA DDS OAKLAND
PO BOX 30722
SALT LAKE CITY, UT  84130-9858

FAX: 1-866-640-1126

October 13, 2021

ONE MEDICAL
MEDICAL RECORDS
595 CASTRO ST
SAN FRANCISCO CA 94114

|  |  |
|---|---|
| RE: | MICHAEL DARDEN |
| AKA: | |
| SSN: | ***-**-6330 |
| DOB: | 05/05/1966 |
| DDS CASE NUMBER: | 1338575 |
| REQUEST NUMBER: | 4443833 |
| SERVICE VENDOR NUMBER: | J292496 |

The above-named individual has applied for disability benefits under the Social
Security Act.  This agency is responsible for adjudicating the claim. Your institution
has been identified as a source of medical evidence for the claimant.

IDENTIFYING INFORMATION
  Adm/Dschg Dates:  04/19 to present
  Outpatient Dates:  04/19 to present
      Patient NR:

Please note that this is a request for all records during the dates of treatment period,
and is not limited to records pertaining to the alleged impairments listed below.

Alleged Impairments:
MAJOR DEPRESSIVE DISORDER; GENERALIZED ANXIETY
DIS
ORDER; PANIC DISORDER; INSOMNIA; MIGRAINES;
TINNIT
US; MITRAL VALVE PROLAPSE; SPOTS BEFORE EYES;

INCLUDE THE FOLLOWING INFORMATION IF APPLICABLE:
Adm, H & P, Dchg.Sm.
Consultations
CT/MRI Reports
EKG W/Tracings
Lab Tests
Operative Notes
Outpatient Notes
Psychological Tests

MEF IH1 (12/17)

# ⊹ one medical

595 Castro Street San Francisco, CA 94114    Phone: 888-663-6331 • Fax: 888-663-6331

DEA:    CWFREE
DDS CASE NUMBER:    1338575
REQUEST NUMBER:    4443833

PT Progress Notes
Psychiatric Consult
Pathology Reports
X-Ray Reports

FOR ADULTS
    We would also like to have a statement, based on your medical findings,
    expressing your opinion about the claimant's ability, despite the functional
    limitations imposed by the impairment(s) to do work-related physical and/or
    mental activities as appropriate:
        Physical activities such as sitting, standing, walking, lifting, carrying,
        handling objects, hearing, speaking and traveling.

        Mental activities such as understanding and memory; sustained
        concentration and persistence; social interaction; and adaptation.

FOR CHILDREN
    We would also like to have a statement, based on your medical findings,
    expressing your opinion about the child's functional limitations in learning, motor
    functioning, performing self-care activities, communicating, socializing,
    completing tasks and responsiveness to stimuli.

A reasonable fee, as determined by this agency, may be paid upon request.  Your
request must be in writing on a separate form and must be attached to your response.
To insure prompt payment, send your report within 14 days.  It is our policy to not
routinely pay for medical reports received more than 90 days after the date of the first
request.  Enclosed is an authorization for release of information.

**MR. COLTON F./K41,Disability Eval. Analyst I**
**(510) 622-3667**

____THIS REQUEST IS BEING RETURNED.  WE DO NOT HAVE THE
INFORMATION REQUESTED.  PLEASE PROVIDE DATE LAST SEEN: _____

MEF IH1 (12/17)

# ⊹ one medical

595 Castro Street San Francisco, CA 94114    Phone: 888-663-6331  ·  Fax: 888-663-6331

| Whose Records to be Disclosed |
|---|
| NAME (First, Middle, Last, Suffix)<br>*Michael Allan Darden* |
| SSN *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*    Birthday (MM/DD/YYYY) *05/05/1966* |

## AUTHORIZATION TO DISCLOSE INFORMATION TO
## THE SOCIAL SECURITY ADMINISTRATION (SSA)

** PLEASE READ THE ENTIRE FORM, BOTH PAGES, BEFORE SIGNING BELOW **

I voluntarily authorize and request disclosure (including paper, oral, and electronic interchange)

**OF WHAT**    *All my medical records; also education records and other information related to my ability to perform tasks. This includes Specific permission to release:*

1. All records and other information regarding my treatment, hospitalization, and outpatient care for my impairment(s) including, and not limited to:
   · Psychological, psychiatric or other mental impairment(s) (excludes "psychotherapy notes" as defined in 45 CFR 164.501)
   · Drug abuse, alcoholism, or other substance abuse
   · Sickle cell anemia
   · Records which may indicate the presence of a communicable or noncommunicable disease; and tests for or records of HIV/AIDS
   · Gene-related impairments (including genetic test results)
2. Information about how my impairment(s) affects my ability to complete tasks and activities of daily living, and affects my ability to work.
3. Copies of educational tests or evaluations, including Individualized Educational Programs, triennial assessments, psychological and speech evaluations, and any other records that can help evaluate function; also teachers' observations and evaluations.
4. Information created within 12 months after the date this authorization is signed, as well as past information.

**FROM WHOM**

| · All medical sources (hospitals, clinics, labs, physicians, psychologists, etc.) including mental health, correctional, addiction treatment, and VA health care facilities<br>· All educational sources (schools, teachers, records administrators, counselors, etc.)<br>· Social workers/rehabilitation counselors<br>· Consulting examiners used by SSA<br>· Employers, insurance companies, workers' compensation programs<br>· Others who may know about my condition (family, neighbors, friends, public officials) | THIS BOX TO BE COMPLETED BY SSA/DDS (as needed). Additional information to identify the subject (e.g., other names used), the specific source, or the material to be disclosed:<br><br>Organization: ONE MEDICAL<br>Vendor Address: 595 CASTRO ST SAN FRANCISCO 94114<br>Inpatient Date: 04/19 to present<br>Outpatient Date: 04/19 to present<br>Patient DOB: 05/05/66<br>Remarks: |

**TO WHOM**    The Social Security Administration and to the State agency authorized to process my case (usually called "disability determination services"), including contract copy services, and doctors or other professionals consulted during the process. [Also, for international claims, to the U.S. Department of State Foreign Service Post.]

**PURPOSE**    Determining my eligibility for benefits, including looking at the combined effect of any impairments that by themselves would not meet SSA's definition of disability; and whether I can manage such benefits.
   ☐ Determining whether I am capable of managing benefits ONLY (check only if this applies)

**EXPIRES WHEN**    This authorization is good for 12 months from the date signed (below my signature).

   · I authorize the use of a copy (including electronic copy) of this form for the disclosure of the information described above.
   · I understand that there are some circumstances in which this information may be redisclosed to other parties (see page 2 for details).
   · I may write to SSA and my sources to revoke this authorization at any time (see page 2 for details).
   · SSA will give me a copy of this form if I ask; I may ask the source to allow me to inspect or get a copy of material to be disclosed.
   · I have read both pages of this form and agree to the disclosures above from the types of sources listed.

| PLEASE SIGN USING BLUE OR BLACK INK ONLY | IF not signed by subject of disclosure, specify basis for authority to sign |
|---|---|
| INDIVIDUAL authorizing disclosure Signature<br>*Michael Darden* | ☐ Parent of minor    ☐ Guardian    ☐ Other personal representative (explain) |
| | (Parent/guardian/personal representative sign here if two signatures required by State law) |
| Date Signed<br>*6/16/2021*    Street Address *1780 Shore Line Drive, Apt 307* | |
| Phone Number (with area code)<br>*917-868-8780*    City *Alameda*    State *CA*    ZIP *94501* | |

**WITNESS**    I know the person signing this form or am satisfied of this person's identity:

| Signature | IF needed, second witness sign here (e.g., if signed with "X" above) |
|---|---|
| Phone Number (or Address)<br>*917-818-2128* | Phone Number (or Address) |

This general and special authorization to disclose was developed to comply with the provisions regarding disclosure of medical, educational, and other information under P.L. 104-191 ("HIPAA"); 45 CFR parts 160 and 164; 42 U.S. Code section 290dd-2; 42 CFR part 2; 38 U.S. Code section 7332; 38 CFR 1.475; 20 U.S. Code section 1232g ("FERPA"); 34 CFR parts 99 and 300; and State law.

# ⊹ one medical

595 Castro Street San Francisco, CA 94114    Phone: 888-663-6331  •  Fax: 888-663-6331

**Explanation of Form SSA-827,**
**"Authorization to Disclose Information to the Social Security Administration (SSA)"**

We need your written authorization to help get the information required to process your claim, and to determine your capability of managing benefits. Laws and regulations require that sources of personal information have a signed authorization before releasing it to us. Also, laws require specific authorization for the release of information about certain conditions and from educational sources.

You can provide this authorization by signing a form SSA-827. Federal law permits sources with information about you to release that information if you sign a single authorization to release all your information from all your possible sources. We will make copies of it for each source. A covered entity (that is, a source of medical information about you) may not condition treatment, payment, enrollment, or eligibility for benefits on whether you sign this authorization form. A few States, and some individual sources of information, require that the authorization specifically name the source that you authorize to release personal information. In those cases, we may ask you to sign one authorization for each source and we may contact you again if we need you to sign more authorizations.

You have the right to revoke this authorization at any time, except to the extent a source of information has already relied on it to take an action. To revoke, send a written statement to any Social Security Office. If you do, also send a copy directly to any of your sources that you no longer wish to disclose information about you; SSA can tell you if we identified any sources you didn't tell us about. SSA may use information disclosed prior to revocation to decide your claim.

It is SSA's policy to provide service to people with limited English proficiency in their native language or preferred mode of communication consistent with Executive Order 13166 (August 11, 2000) and the Individuals with Disabilities Education Act. SSA makes every reasonable effort to ensure that the information in the SSA-827 is provided to you in your native or preferred language.

**Privacy Act Statement**
**Collection and Use of Personal Information**

Sections 205(a), 233(d)(5)(A), 1614(a)(3)(H)(i), 1631(d)(l) and 1631(e)(l)(A) of the Social Security Act as amended, [42 U.S.C. 405(a), 433(d)(5)(A), 1382c(a)(3)(H)(i), 1383(d)(l) and 1383(e)(l)(A)] authorize us to collect this information. We will use the information you provide to help us determine your eligibility, or continuing eligibility for benefits, and your ability to manage any benefits received. The information you provide is voluntary. However, failure to provide the requested information may prevent us from making an accurate and timely decision on your claim, and could result in denial or loss of benefits.

We rarely use the information you provide on this form for any purpose other than for the reasons explained above. However, we may use it for the administration and integrity of Social Security programs. We may also disclose information to another person or to another agency in accordance with approved routine uses, including but not limited to the following:

1. To enable a third party or an agency to assist us in establishing rights to Social Security benefits and/or coverage;
2. To comply with Federal laws requiring the release of information from our records (e.g., to the Government Accountability Office, General Services Administration, National Archives Records Administration, and the Department of Veterans Affairs);
3. To make determinations for eligibility in similar health and income maintenance programs at the Federal, State, and local level; and
4. To facilitate statistical research, audit, or investigative activities necessary to assure the integrity and improvement of our programs (e.g., to the U.S. Census Bureau and to private entities under contract with us).

We may also use the information you provide in computer matching programs. Matching programs compare our records with records kept by other Federal, State, or local government agencies. We use the information from these programs to establish or verify a person's eligibility for Federally funded or administered benefit programs and for repayment of incorrect payments or delinquent debts under these programs.

A complete list of routine uses of the information you gave us is available in our Privacy Act Systems of Records Notices entitled, Claims Folder System, 60-0089; Master Beneficiary Record, 60-0090; Supplemental Security Income record and Special Veterans benefits, 60-0103; and Electronic Disability (eDIB) Claims File, 0-0340. The notices, additional information regarding this form, and information regarding our systems and programs, are available on-line at www. socialsecurity.gov or at any Social Security office.

**PAPERWORK REDUCTION ACT**

This information collection meets the requirements of 44 U.S.C. § 3507, as amended by Section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget control number. We estimate that it will take about 10 minutes to read the instructions, gather the facts, and answer the questions. **SEND OR BRING IN THE COMPLETED FORM TO YOUR LOCAL SOCIAL SECURITY OFFICE. You can find your local Social Security office through SSA's website at www.socialsecurity.gov. Offices are also listed under U. S. Government agencies in your telephone directory or you may call Social Security at 1-800-772-1213 (TTY 1-800-325-0778).** *You may send comments on our time estimate above to: SSA, 6401 Security Blvd., Baltimore, MD 21235-6401. Send only comments relating to our time estimate to this address, not the completed form.*

Form SSA-827 (11-2012)  ef (11-2012)                                         Page 2 of 2

**END - Medical Records Release Form (3rd party)**

**BEGIN - Office Visit**

Chief Complaint  REMOTE VISIT 11-8-2021:
DEPRESSION

# ⁖ one medical

595 Castro Street San Francisco, CA 94114    Phone: 888-663-6331 • Fax: 888-663-6331
Note Type        Office Visit
Date of Service  Mon Nov 08 2021 @ 10:25 AM
Created By        Emanuel Vergis, MD (NPI: 1962478495)
Signed By         Emanuel Vergis, MD (NPI: 1962478495)
Date Signed       Mon Nov 08 2021 @ 10:42 AM

## Subjective

Confirmed name and date of birth with patient
Patient verbally consented to virtual care
Visit held virtually due to efforts to reduce the spread of the COVID-19 virus

Michael presents for follow-up:
1. seems to be responding to bupropion; meets with his psychiatrist in December.  Dr. Jillian will be assuming responsibility for EDD paperwork as well as continuing Anthem long term disability paperwork;
2. meets with his therapist Q weekly on Mondays;
3. met with Dr. Maska (neurologist) who recommended NURTEC (rimegepant) for migraine prophylaxis; PA is pending;

Generally feels about the same overall;

## Exam

I did not examine Michael today and spent the majority of the time reviewing and coordination the care plan with him.

## Procedures & Services

## Assessment & Plan

**Severe depression** - F32.2

5/17/2021:
See A/P Generalized anxiety disorder

7/26/2021: See A/P Generalized anxiety disorder
check TSH, RPR

7/28/2021:
F/U PHQ-9 score is 25;
no change from prior survey;
will discuss dose adjustment for LEXAPRO, but this is something that his psychiatrist needs to decide;

10/11/2021:
Overall no change in his status;
Switched to bupropion from escitalopram per his psychiatrist;
EDD form to reflect anticipated return to work in mid January;
F/U with me in ~ 4 weeks;

11/8/2021:
Overall no change in status, but seems to think that bupropion is making a difference for him;
He plans to see his psychiatrist in December;
EDD paperwork to transition to Dr. Jillian for him to manage;
Check in with me in December;

**Vestibular migraine** - G43.809

Characterized by dizziness, tinnitus;

10/11/2021:
he has noticed an uptick in headaches;
will identify an in-network provider for this;
discussed magnesium and B2 as preventatives;

118/2021:
Follow-up with neurology;
prior authorization for rimegepant pending;

**After Visit Guidance To Patient**

# ⁘ one medical

595 Castro Street San Francisco, CA 94114    Phone: 888-663-6331  •  Fax: 888-663-6331

**END - Office Visit**

**BEGIN - Office Visit**

| | |
|---|---|
| Chief Complaint | REMOTE VISIT 10-11-2021: ANXIETY, DEPRESSION, PANIC DISORDER |
| Note Type | Office Visit |
| Date of Service | Mon Oct 11 2021 @ 10:25 AM |
| Created By | Emanuel Vergis, MD (NPI: 1962478495) |
| Signed By | Emanuel Vergis, MD (NPI: 1962478495) |
| Date Signed | Mon Oct 11 2021 @ 10:52 AM |

## Subjective

Confirmed name and date of birth with patient
Patient verbally consented to virtual care
Visit held virtually due to efforts to reduce the spread of the COVID-19 virus

Presents to discuss ongoing issues (family);
Recent increase in stress and anxiety stemming from taking care of his elderly mother;
Other family members are triggering worsening of his symptoms and leaves him feeling overwhelmed;
His psychiatrist switched him to bupropion ER 150 mg per day from escitalopram;
He anticipates returning to work in mid January 2022;

Separately, notes that his migraine headaches are back;
He had an extensive evaluation of this in the past;
Will identify an in-network provider for him to see;

## Exam

I did not examine Michael today and spent the majority of the time reviewing and coordination the care plan with him.

## Procedures & Services

## Assessment & Plan

### Generalized anxiety disorder - F41.1

5/17/2021:
Started seeing a psychiatrist who increased the dose of escitalopram to 10 mg per day;
Follow-up scheduled with psychiatry later this week;
Scheduled f/u with me in 2-3 weeks;

6/16/2021:
dose of escitalopram 5 mg (decreased from 10 mg) and clonazepam 0.5 mg qday was started;
Follow-up with psychiatry;
Scheduled follow-up with me in one month;
SSDI to be completed by psychiatry (??);

7/20/2021:
Repeat GAD-7 survey;
Continue escitalopram/clonazepam;
Follow-up with me in 2-4 weeks;
updated return to work date to be mid October in the EDD website;

7/23/2021:
recent GAD-7 score is 21 which is unchanged from 4/23;
Question efficacy of treatment versus need for more intense therapy

7/26/2021:
continue with escitalopram 15 mg po QDAY;
no changes planned with medication doses according to his psychiatrist;
presumed component of PTSD;
I asked him to inquire if other modalities are being considered for treatment such as EMDR;

10/11/2021:
see A/P Severe depression;

# ⠿ one medical

595 Castro Street San Francisco, CA 94114    Phone: 888-663-6331 · Fax: 888-663-6331

**Panic disorder** - F41.0

See A/P Severe depression

**Severe depression** - F32.2

5/17/2021:
See A/P Generalized anxiety disorder

7/26/2021: See A/P Generalized anxiety disorder
check TSH, RPR

7/28/2021:
F/U PHQ-9 score is 25;
no change from prior survey;
will discuss dose adjustment for LEXAPRO, but this is something that his psychiatrist needs to decide;

10/11/2021:
Overall no change in his status;
Switched to bupropion from escitalopram per his psychiatrist;
EDD form to reflect anticipated return to work in mid January;
F/U with me in ~ 4 weeks;

**Vestibular migraine** - G43.809

Characterized by dizziness, tinnitus;

10/11/2021:
he has noticed an uptick in headaches;
will identify an in-network provider for this;
discussed magnesium and B2 as preventatives;

**After Visit Guidance To Patient**

Hi Michael,

Thank you for the updates today. For your headaches consider starting magnesium 400 mg once daily and riboflavin 400 mg once daily. These are used as a means to prevent migraines.

**END - Office Visit**

**BEGIN - Official Letter**

| | |
|---|---|
| Note Title | NON - COVID Excuse Note - Work / Sick / School |
| Note Type | Official Letter |
| Date of Service | Tue Sep 28 2021 @ 07:01 AM |
| Created By | Emanuel Vergis, MD (NPI: 1962478495) |
| Signed By | Emanuel Vergis, MD (NPI: 1962478495) |
| Date Signed | Tue Sep 28 2021 @ 07:02 AM |